FILED: June 6, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4451

(1:04-cr-00385-LMB-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

ALI AL-TIMIMI

       Defendant - Appellant

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:04-cr-00385-LMB-1 |
| Date notice of appeal filed in originating court: | 06/04/2014 |
| Appellant (s) | Ali Al-Timimi |
| Appellate Case Number | 14-4451 |
| Case Manager | Cathi Bennett<br>804-916-2704 |