UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4451
(1:04-cr-00385-LMB-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

ALI AL-TIMIMI

        Defendant - Appellant

### RULE 12(B) REPRESENTATION STATEMENT
### FOR DEFENDANT-APPELLANT DR. ALI AL-TIMIMI

Pursuant to Federal Rule of Appellate Procedure 12(b), he undersigned represents

Dr. Ali Al-Timimi, plaintiff and appellant in this matter, and no other party. The

notice of appeal was filed by EDVA local counsel S. Cagle Juhan, who is

withdrawing from the case.  The undersigned was appointed on this day as CJA

counsel and has filed his appearance as appellate counsel. Attached is a service list

that shows the only other party, the United States, and identifies their counsel by

name, address, email and telephone number.

Respectfully submitted,

Jonathan Turley (*Pro Hac*)
2000 H St., N.W.
Washington, D.C. 20052
(202) 994-7001
jturley@law.gwu.edu

Dated: June 20, 2014

## SERVICE LIST

Counsel for the United States:

Gordon D. Kromberg
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
gordon.kromberg@usdoj.gov
703.299.3721 (t)
703.2993981 (f)

## CERTIFICATE OF SERVICE

I certify that on June 20, 2014 the foregoing document was served on all parties or

their counsel of record through the CM/ECF system if they are registered users or,

if they are not, by serving a true and correct copy at the addresses listed below:

Gordon D. Kromberg
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
gordon.kromberg@usdoj.gov
703.299.3721 (t)
703.2993981 (f)