THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | CR-04-385 |
| V. | § § § | |
| DR. ALI AL-TIMIMI, PH.D | § § | Hon. Leonie M. Brinkema |
| Defendant. | § § | |

ORDER

This ACTION came before the Court upon Defendant Ali Al-Timimi's motion for withdrawal of the appearance of S. Cagle Juhan of Bryan Cave LLP as co-counsel on behalf of Dr. Al-Timimi.

IT APPEARING to the Court that this request is proper and should be granted, it is hereby ORDERED that S. Cagle Juhan's appearance as co-counsel on behalf of Dr. Ali Al-Timimi is hereby withdrawn.

/s/ _____
Leonie M. Brinkema
United States District Judge

DATED: July 8, 2014