UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-4451 (1:04-cr-00385-LMB-1)

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ALI AL-TIMIMI

    Defendant - Appellant

**UNOPPOSED (SECOND) MOTION TO EXTEND TIME TO FILE OPENING BRIEF AND APPENDIX PENDING RESOLUTION OF CLASSIFICATION ISSUES**

Pursuant to Federal Rule of Appellate Procedure 27, the Appellant, Dr. Ali Al-Timimi, through counsel, respectfully moves this Court to extend the time for his filing of an opening brief and appendix pending the resolution of ongoing classification review and related issues. This week, Dr. Al-Timimi was informed that the declassification review of critical documents was still ongoing and that there was no estimate on the completion of the review at this time. After conferring with the Clerk's office and opposing counsel, Appellant seeks a 30-day extension until December 1, 2014, for the filing to allow for the completion of that process.[1]

---

[1] A 30-day extension would fall on the Thanksgiving holiday so the date has been calculated for the following Monday, December 1, 2014.

This case was remanded in 2006 to address allegations of improperly undisclosed evidence under classified surveillance programs. Following the remand, the government cleared only the lead prosecutor, Gordon Kromberg, and the lead defense counsel, Jonathan Turley, to review classified information in the case. Various classified motions and briefs were then filed in a Sensitive Compartmented Information Facility (SCIF) where they remain secured by court security officers. All prior motions that would be needed for classified or unclassified briefing are also stored on secure computers.

After a final order was issued in the case this year, the lower court on June 13, 2014, ordered (Docket No. 363) the review of all classified documents for possible declassification in anticipation of the transfer of the record to the Fourth Circuit. Such review would greatly expedite appellate review and simplify the case for both the parties and the Court. Soon after the filing of the notice of appeal, the office of defense counsel corresponded with the Clerk to alert them to the classified evidence in the case and the need for the completion of a review. This court extended the time for filing to allow for the completion of the declassification review in August, 2014.

Until the ongoing review is completed and related issues resolved, it will not be clear whether separate classified briefing is necessary or whether special clearance procedures would be required for appellate review. With only limited access to a SCIF and a cleared computer, the process for classified briefing would require additional time even after a classification review were completed. With any declassification, the current unclassified draft brief would have to be

augmented with any released material and a classified brief prepared in the SCIF for the remaining material, if necessary. Only lead counsel would be allowed to prepare that classified briefing, which would present logistical and time constraints in the secured environment of the SCIF. There may also be the need for additional motions on the trial level to address any issues of declassification.[2]

Accordingly, after conferral with the Court Clerk, Defendant files this motion. The Court is asked to extend the filing of Appellant's opening brief and appendix to December 1, 2014.

The United States does not oppose this motion.


Respectfully submitted,

_____/s/_____
Jonathan Turley
Counsel For Dr. Al-Timimi
George Washington University
2000 H St., N.W.
Washington, D.C. 20052
(202) 994-7001
jturley@law.gwu.edu

Dated: October 2, 2014


**CERTIFICATE OF SERVICE**

I certify that on October 2, 2014, the foregoing document was served on all parties or their counsel of record through the

---

[2] Dr. al-Timimi is also currently awaiting the appointment of local CJA counsel who can file on any issues related to the declassification review. His prior counsel has accepted a government position and has had to withdraw. Lead counsel has appeared pro hac vice before the United States District Court for the Eastern District of Virginia.

CM/ECF system if they are registered users or, if they are not, by

serving a true and correct copy at the addresses listed below:

Gordon D. Kromberg
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
gordon.kromberg@usdoj.gov
703.299.3721 (t)
703.2993981 (f)
