# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

No. 14-4451 (1:04-cr-00385-LMB-1)

UNITED STATES OF AMERICA,

    Plaintiff – Appellee,

v.

ALI AL-TIMIMI,

    Defendant – Appellant.

## DEFENDANT-APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE OPENING BRIEF AND APPENDIX PENDING RESOLUTION OF CLASSIFICATION AND COMMUNICATION ISSUES

Pursuant to Federal Rule of Appellate Procedure 27, the Appellant, Dr. Ali al-Timimi, through counsel, respectfully moves this Court to extend the time for his filing of an opening brief and appendix, pending the resolution of ongoing classification review and related issues. This Court previously extended the schedule for filing the opening brief and appendix to February 5, 2015, due to the ongoing declassification review, and because of disruptions in attorney-client communication. The declassification review is still ongoing, and it is not clear which documents will be declassified, and what information can be discussed in the unclassified briefing. Previously, the government has severed communications

between Dr. al-Timimi and counsel without notice. Last month, defense counsel was allowed to resume communications. However, he will not be able to speak with Dr. al-Timimi this week, and he was informed today that Dr. al-Timimi will, *again*, be transferred and out of contact with counsel during the transition to a facility in Colorado. Accordingly, after conferring with the Clerk's office and opposing counsel, Appellant seeks a 30-day extension until March 5, 2015, for the filing, to allow for the completion of that process.

This case was remanded in 2006 to address allegations of evidence under classified surveillance programs that had been improperly withheld from Appellant. Following the remand, the government cleared only the lead prosecutor, Gordon Kromberg, and the lead defense counsel, Jonathan Turley, to review classified information in the case. Various classified motions and briefs were then filed in a Sensitive Compartmented Information Facility (SCIF), where they remain, secured by court security officers.

After a final order was issued in the case this year, the lower court ordered (Docket No. 363) the review of all classified documents for possible declassification after the notice of appeal in this case. Such review would greatly expedite appellate review and simplify the case for both the parties and the Court. Indeed, much, if not all, of the currently classified evidence may be released. Absent such declassification, the parties and Court would be faced with clearance

issues and unnecessary reviews for the public briefs. The delay and logistics of reviewing the public briefs, as well as the classified briefing, would entail its own delays in the case. The court security officers have stated that they will inform lead defense counsel when the review is complete, and defense counsel will inform the Court.

Delaying briefing until the ongoing classification review is complete and the related issues are resolved is appropriate because it will not be clear whether separate classified briefing is necessary and whether special clearance procedures would be required for appellate review until that time. With only limited access to a SCIF and a cleared computer, the process for classified briefing would require additional time, even after a classification review were completed. With any declassification, the current unclassified draft brief would have to be augmented with any released material, and a classified brief prepared in the SCIF for the remaining material, if necessary. Only lead counsel would be allowed to prepare that classified briefing, which would present significant logistical and time constraints in the secured environment of the SCIF. There may also be the need for additional motions at the trial level to address any issues of declassification.

Adding to these delays is the fact that Dr. al-Timimi is again being transferred, and counsel will not be able to speak with him this week (as confirmed by counsel this afternoon). Counsel has asked for one opportunity to speak with

Dr. al-Timimi before he is transferred. Past transfers have led to long periods without communication between Dr. al-Timimi and counsel. At this time, counsel is not aware if Dr. al-Timimi has even received past packages with briefing material for his review.

Accordingly, for all these reasons, Appellant files this motion seeking an extension of the date for filing Appellant's opening brief and appendix to March 5, 2015.

The United States does not oppose an extension to allow completion of the declassification review.


Respectfully submitted,

_____/s/_____
Jonathan Turley
Counsel for Appellant
The George Washington University Law School
2000 H St., N.W.
Washington, D.C. 20052
(202) 994-7001
jturley@law.gwu.edu

Dated: January 13, 2015

# CERTIFICATE OF SERVICE

I certify that on January 13, 2015, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/
Jonathan Turley
Counsel For Dr. al-Timimi
The George Washington University
2000 H St., N.W.
Washington, D.C. 20052
(202) 994-7001
jturley@law.gwu.edu

Dated: January 13, 2015