UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-4451 (1:04-cr-00385-LMB-1)

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

ALI AL-TIMIMI

Defendant - Appellant

**UNOPPOSED MOTION TO EXTEND TIME TO FILE OPENING BRIEF AND APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 27, the Appellant, Dr. Ali Al-Timimi, through counsel, respectfully moves this Court to extend the time for his filing of an opening brief and appendix to June 8, 2015, pending the resolution of ongoing classification review and related issues. This Court previously extended the schedule for filing the opening brief and appendix to May 8, 2015, due to the Government's declassification review. Dr. Al-Timimi has now been removed from the Hazelton prison facility and, again, has been cut off from contact with counsel.[1]

---

[1] Defense Counsel also wants to inform the Court that it is currently discussing how to respond to the release of a long-sought document by the National Archives and Records Administration (NARA). The document is

Prison officials are uncertain when communications will be re-established at the United States Penitentiary, Administrative Maximum Facility (ADX), in Fremont County, Colorado. Defense Counsel has been out of contact with Dr. Al-Timimi for over a week, and has not received any mail from Dr. Al-Timimi with material related to the appellate brief in three weeks.

Lead counsel recently informed the Clerk's office that the classification review by the Government was complete with various documents being released publicly in whole or in part.[2] At that time, however, Defense Counsel informed the Clerk that the Government was moving forward, over defense objections,[3] with another transfer of Dr. Al-Timimi, which would result in yet another period in which no communication with counsel. Defense Counsel was informed this morning that the transfer was underway. Defense Counsel was also informed that there is no information available concerning when communications will be reestablished.  In the past, communications have been cut off for weeks during such transfers. What is clear is that this new transfer will prevent the necessary

---

considered material evidence that contradicts prior government testimony and representations in the case.  The government has stated that it will oppose any consideration of this document by this Court.  The defense is considering options for addressing the delayed disclosure, including a motion for remand.
[2]     Defense Counsel placed those documents on the EDVA docket in this case.
[3]     Dr. Al-Timimi previously filed a series of challenges to this transfer as clearly interfering with his ability to review final drafts of material, as well as barring his participation in various decisions on the scope and issues in the brief presented on appeal.

conferral, and exchange of briefing material, with Dr. Al-Timimi before the current filing date – raising serious legal and ethical issues for the accused and counsel. [4]

The Government has stated that it does not oppose this extension on this ground.

Accordingly, Appellant files this motion and respectfully asks to extend the filing of Appellant's opening brief and appendix to June 8, 2015.[5]

Respectfully submitted,

_____/s/_____
Jonathan Turley
Counsel For Dr. Al-Timimi
The George Washington University
2000 H St., N.W.
Washington, D.C. 20052
(202) 994-7001
jturley@law.gwu.edu

Dated: April 14, 2015

---

[4] The delay includes the need to transfer funds and establish access to overnight mailing, which previously was also interrupted for a long period after the prior transfers. Today Dr. Al-Timimi's former counselor at Hazelton confirmed that there is no information even on a contact or counselor for Dr. Al-Timimi at the facility in Colorado.

[5] Without knowing how long attorney-client communications will be blocked due to the transit and processing of Dr. Al-Timimi, counsel is asking for the same period of extension in the hopes to minimize any further delay.

# CERTIFICATE OF SERVICE

I certify that on April 14, 2015, the foregoing document was served on the following parties or their counsel of record through the CM/ECF system:

Gordon D. Kromberg
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
gordon.kromberg@usdoj.gov
703.299.3721 (t)
703.2993981 (f)


_____/s/_____
Jonathan Turley
Counsel For Dr. Al-Timimi
The George Washington University
2000 H St., N.W.
Washington, D.C. 20052
(202) 994-7001
jturley@law.gwu.edu