FILED: May 7, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4451
(1:04-cr-00385-LMB-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

ALI AL-TIMIMI

  Defendant - Appellant

_____

O R D E R
_____

  Upon consideration of the appellant's motion to file a brief exceeding the ordinary word limit, the court grants the motion and grants the appellant leave to file an opening brief of not more than 30,000 words.

  For the Court

  /s/ Patricia S. Connor, Clerk