Filed with the Classified
Information Security Officer
CISO  MVuL
Date 4/29/15

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

No. 14-4451 (1:04-cr-00385-LMB-1)

UNITED STATES OF AMERICA,

       Plaintiff-Appellee,

v.

ALI AL-TIMIMI,

       Defendant-Appellant.

## APPELLANT'S UNOPPOSED MOTION FOR STAY OR, IN THE ALTERNATIVE, AN EXTENSION OF TIME FOR THE FILING OF THE OPENING BRIEF AND APPENDIX

Pursuant to Federal Rule of Appellate Procedure 27, the Appellant, Dr. Ali Al-Timimi, through counsel, respectfully seeks an order for either a stay of appellate briefing until the resolution of the pending motion regarding a possible remand in this case, or, in the alternative, an extension of time for Appellant to file his opening brief and appendix in the case to allow the parties to fully brief and resolve the pending remand motion. Due to the release of a long-sought government document, a motion was filed today with the Court seeking a remand of this case to the district court to address the allegation of withheld evidence, or at a minimum, to allow that document to be made part of the record. In the

alternative, Dr. Al-Timimi asked in that motion that this Court allow for the inclusion and consideration of this document on appeal. The merits of that pending motion will not likely be fully argued and resolved by June 8, 2015, when the opening brief and joint appendix is due to be filed in this case. In addition to the uncertainty over the possible remand, there will be uncertainty as to whether this critical document may be considered as part of the appellate argument in the opening brief. Accordingly, Appellant respectfully requests either a stay of this case pending resolution of the remand motion or a 30-day extension to July 8, 2015, for the filing of the opening brief and appendix. The government has indicated that it does not oppose this motion for either a stay or an extension to allow a full briefing of this question.

In March 2015, lead defense counsel received a long-sought document referencing "Squad IT-3" of the Washington Field Office (WFO) of the Federal Bureau of Investigation (FBI) (hereinafter the "Squad IT-3 document") from the National Archives and Records Administration (NARA) that confirms prior investigations that were not disclosed to the defense. After conferral, the government informed the defense that it would oppose any consideration of the document by this Court, and any remand effort to add the document to the record. The defense believes that this document is a critical piece of evidence that removes the alleged speculation over the existence of withheld material evidence and that,

in the interests of both due process and efficiency, it should be considered on appeal.

This appeal has already been delayed due to a declassification review that was only recently completed on documents in the case. While the defense repeatedly asked the lower court for such a review over the years of the remanded proceedings, the district court only granted a renewed motion for declassification after the issuance of the final opinion in this case. The result was that much of the material was found to be unclassified, as long suggested by the defense, and that material was added to the public docket at the issuance of the notice of appeal. Further delays were caused by the repeated transfer of Dr. Al-Timimi with long suspensions of attorney-client communications.[1]

Despite these delays, the defense team has worked diligently to prepare the opening brief and joint appendix in conjunction with government counsel. The parties have agreed upon the content of the joint appendix, and have assembled its contents for binding and submission to the Court. Likewise, the defense has worked diligently to confer with Dr. Al-Timimi, despite the repeated transfers and suspension of attorney-client communications by the government. The defense has

---

[1]     Defense counsel has not been able to exchange material or discuss the appeal with Appellant for weeks. Counsel is seeking a resumption of communications with Dr. Al-Timimi who has repeatedly objected to being denied even a pen to write to counsel as well as priority mail privileges to send comments on appellate briefing.

also filed a motion, on which the Court has not yet ruled, seeking enlargement of the opening brief, in light of the long record and earlier remand proceedings. Finally, defense counsel has been working on the logistics of filing both classified and unclassified material in this appeal with the Court security officers.[2]

While a further delay is hardly optimal or preferred, it would not impose an undue hardship for either party.

In light of the foregoing, Dr. Al-Timimi respectfully requests an order of staying this case pending resolution of the pending remand motion, or, alternatively, granting an extension of time to July 8, 2015, for the filing of the opening brief and appendix in this case to allow time for the Court to rule on the pending remand motion regarding the Squad IT-3 document.

Respectfully submitted,

Jonathan Turley
Counsel For Dr. Al-Timimi
The George Washington
University
2000 H St., N.W.
Washington, D.C. 20052
(202) 994-7001
jturley@law.gwu.edu

---

[2] The size of the record and brief in this case has presented logistical issues that lead counsel has been addressing with security staff. The defense is exploring a motion with security staff to help expedite this process for all of the parties as well as the Court.

Dated: April 29, 2015

## CERTIFICATE OF SERVICE

I certify that on April 29, 2015, the foregoing document was served on all parties

or their counsel of record through the Court security officer if they are registered

users or, if they are not, by serving a true and correct copy at the addresses listed

below:

Gordon D. Kromberg
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
gordon.kromberg@usdoj.gov
703.299.3721 (t)
703.2993981 (f)

Jonathan Turley
Counsel For Dr. Al-Timimi
The George Washington
University
2000 H St., N.W.
Washington, D.C. 20052
(202) 994-7001
jturley@law.gwu.edu