UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4451
(1:04-cr-00385-LMB-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

ALI AL-TIMIMI

Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Opening brief and Appendix due: 07/08/2015

Response brief due: 08/05/2015

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk