UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4451
(1:04-cr-00385-LMB-1)
_____

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

  v.

ALI AL-TIMIMI,

       Defendant - Appellant.

_____

O R D E R
_____

Upon consideration of submissions relative to appellant's motion to remand, the court grants the motion and remands this case to the district court for further proceedings.

The appeal will remain on this court's active docket. The parties shall file a status report on September 3, 2015 and every thirty days thereafter and shall

immediately notify this court in writing when the district court has rendered a decision.

The clerk is directed to attach a copy of the motion to remand to this order and to send a copy of the order and attachment to the district court.

For the Court

/s/ Patricia S. Connor, Clerk