# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff-Appellee,* ) | |
| ) | No. 14-4451 |
| v. ) | (1:04-cr-385-LMB) |
| ) | |
| ALI AL-TIMIMI, ) | |
| ) | |
| *Defendant-Appellant.* ) | |

## APPELLANT'S STATUS REPORT CONCERNING REMAND PROCEEDINGS BEFORE THE DISTRICT COURT

Pursuant to this Court's order of August 4, 2015, Defendant-Appellant Dr. Ali Al-Timimi respectfully submits the following status report concerning the ongoing remand proceedings before the U.S. District Court for Eastern District of Virginia.

1. On August 4, 2015, this Court granted Dr. Al-Timimi's motion to remand this case to the district court for consideration of newly declassified evidence that was released (in redacted form) after the filing of his appeal. This Court ordered that the appeal remain active on its docket, and that the parties file a status report on September 3, 2015 and every thirty days thereafter.

2. On August 6, the district court ordered the parties to meet and confer to select a date for a hearing on the issues raised in Dr. Al-Timimi's motion. Pursuant to the parties' mutual agreement, the district court originally ordered a hearing date of September 4, 2015. However, that date has since been postponed pending the declassification review of a subsequent defense motion described below in ¶4.

3. On August 14, the district court sua sponte ordered the government to provide it with an unredacted version of the "Squad IT-3" document—the document at the center of Al-Timimi's remand motion before this Court. In a classified ex parte filing, the government submitted the document to the district court the same day. Dr. Al-Timimi's cleared defense counsel does not at present have access to the unredacted document.

4. On August 31, Dr. Al-Timimi filed with the district court a motion captioned "Defendant's Motion to Compel Disclosure of Unredacted Documents to Cleared Counsel and Production of an Index of Undisclosed Evidence." See 1:04-cr-385 (E.D. Va), Dkt. Nos. 417-18. While the motion was based entirely on public material and not

believed to be classified, the papers were submitted to the district court through a Classified Information Security Officer and are currently undergoing classification review.

5. On September 3, the district court ordered that the hearing scheduled for September 4 be postponed pending the completion of the classification review.

6. The government has reviewed this status report and has no objections or additions. Pursuant to this Court's order of August 4, the defense will file its next status report in thirty days, or when the district court has rendered a final decision, whichever comes earlier.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

                                                            Respectfully submitted,

                                                            /s/ Jonathan Turley_____
                                                            Jonathan Turley
The George Washington University
2000 H St., N.W.
Washington, D.C. 20052
(202) 994-7001
jturley@law.gwu.edu

/s/ Thomas M. Huff_____
Thomas M. Huff
Attorney-at-Law
P.O. Box 2248
Leesburg, VA 20177
(703) 665-3756
thuff@law.gwu.edu

Counsel for Defendant-Appellant
Dr. Ali Al-Timimi

Dated: September 3, 2015

4

## CERTIFICATE OF SERVICE

I certify that on September 3, 2015, I will file the foregoing document on the CM/ECF system, which will then send an electronic notification to:

Gordon D. Kromberg
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
gordon.kromberg@usdoj.gov
703.299.3721 (t)
703.2993981 (f)

                          /s/ Thomas M. Huff
                          Thomas M. Huff
                          Attorney-at-Law
                          P.O. Box 2248
                          Leesburg, VA 20177
                          (703) 665-3756
                          thuff@law.gwu.edu

                          Counsel for Defendant-Appellant
                          Dr. Ali Al-Timimi