FILED: July 26, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4451
(1:04-cr-00385-LMB-1)
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

ALI AL-TIMIMI,

    Defendant - Appellant.

_____

O R D E R
_____

Upon consideration of the unopposed motion for modification of remand order in light of intervening Supreme Court authority, the court grants the motion and modifies the current remand order to allow the district court to reconsider the appellant's section 924(c) convictions in light of <u>Johnson v. United States</u>, 135 S. Ct. 2551 (2015).

The parties shall continue to file status reports as set forth in the court's

August 4, 2015 order.  The clerk shall send a copy of this order, accompanied by the unopposed motion for modification of remand order, to the district court.

    For the Court

    /s/ Patricia S. Connor, Clerk