FILED: September 23, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4451
(1:04-cr-00385-LMB-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ALI AL-TIMIMI

    Defendant - Appellant

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Opening brief and Joint appendix due: 10/31/2024

Response brief due: 11/21/2024

Any reply brief: 10 days from service of response brief.

    For the Court--By Direction

    /s/ Nwamaka Anowi, Clerk