## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff/Appellee*, | ) | |
| | ) | |
| v. | ) | Case No. 14-4451 |
| | ) | |
| ALI AL-TIMIMI, | ) | |
| *Defendant/Appellant.* | ) | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME
### IN WHICH TO FILE OPENING BRIEF AND JOINT APPENDIX

COMES NOW newly appointed counsel for the appellant, Dr. Ali Al-Timimi, and move this Court, pursuant to Fed. R. App. P. 26(b), for a four-month extension of time in which to file the appellant's opening brief and joint appendix. The United States does not oppose this request.

1.    As noted by previous counsel, this direct appeal stems from a complex national security prosecution with a litigation history spanning 20 years across a jury trial and two extended remand proceedings. ECF Doc. 151, at 2 (Appellant's Motion for Extension, filed Sept. 20, 2024). The most recent remand proceeding began in 2015 and involved the consideration of newly declassified evidence and several renewed motions for acquittal that went through multiple iterations of briefing to address intervening Supreme Court authority. The remand proceeding was not finally resolved until July of 2024. During the past four years of dormancy, Dr. Al-Timimi's two *pro bono* defense attorneys experienced changing personal and

professional circumstances that caused them to substantially reduce their litigation practices. *See* ECF Doc. 151, at 11-14. As a result of their changed circumstances, previous counsel requested that the Office of the Federal Public Defender for the Eastern District of Virginia, with that office's consent, be appointed by this Court to take over this appeal. *See* ECF Doc. 154-1 (motion to withdraw as counsel and appoint the OFPD, filed Oct. 23, 2024). The Court granted the motion, appointed the Office of the Federal Public Defender, and extended the filing deadline for the opening brief and joint appendix. *See* ECF Doc. 155 (order granting previous counsel's request for extension, filed Oct. 23, 2024); ECF Doc. 156 (order granting withdrawal and appointing the OFPD, filed Oct. 23, 2024).

2.    The opening brief and joint appendix are currently scheduled to be filed on December 2, 2024. *See* Doc. 155. New counsel have not previously requested an extension of this deadline. If this request is granted, the brief and appendix would be due on April 2, 2025.

3.    New counsel recognize that the amount of additional time requested is far larger than usually requested. In support of the request, counsel states the following:

First, the record in this appeal is extremely large. The district court record consists of over 550 docket entries, many of which were filed only in paper form given the age of the case. The transcript of the 17-day jury trial spans over 2,400

pages.  A draft joint appendix received from previous counsel, prepared in 2016, spans more than 3,800 pages.  In short, a four-month extension is needed to review the record.

Second, this case involved classified materials.  While Federal Public Defender Geremy Kamens has a current clearance, Assistant Federal Public Defender Frances Pratt has had to renew hers.  Counsel met with the CISO on November 20 to gain access to the SCIF.  However, counsel will not have a computer in the SCIF until December 4 or soon after.

Third, previous counsel Thomas Huff has provided new counsel with case materials and notes on the materials and potential appellate issues, all of which will undoubtedly be helpful to new counsel.  However, new counsel have a professional obligation to their client to independently review the case record and make their own decisions about potential issues.  Further, the issues contemplated in 2016 may not be the same as the issues for consideration in 2025 given the district court's post-2016 rulings and changes in the governing law.

Fourth, while Ms. Pratt has not taken on other new appeals since the Court appointed new counsel in late October, she filed the opening brief in *United States v. Smith*, No. 24-4230, on October 31, and has opening briefs due in *United States v. Spencer*, No. 24-4298 on November 27 and in *United States v. Friend*, No. 24-4414, on December 16.  She also will have several reply briefs due over the next

two months. Mr. Kamens has due in this Court the opening brief in *United States v. Chaudhry*, No. 24-4471, on December 4, in addition to his work on a number of district court cases and his administrative duties as head of his office. Finally, both counsel will be taking time away from the office during the Thanksgiving and Christmas holidays.

4.    In accordance with Fourth Circuit Local Rule 27(a), counsel have informed counsel for the United States of the intended filing of this motion. The government has consented to the requested extension.

For the foregoing reasons, counsel request an extension of four months, from December 2, 2024, to April 2, 2025, in which to file the opening brief and joint appendix in this case.

Respectfully submitted,

GEREMY C. KAMENS
Federal Public Defender
for the Eastern District of Virginia

    s/   Geremy C. Kamens
Geremy C. Kamens
Federal Public Defender
Frances H. Pratt
Assistant Federal Public Defender
Counsel for Appellant
1650 King Street, Suite 500
Alexandria, VA 22314
(703) 600-0800
Geremy_Kamens@fd.org
Fran_Pratt@fd.org

Dated November 21, 2024

<u>CERTIFICATE OF COMPLIANCE</u>

1.      This motion has been prepared using Microsoft Word for Office 365 software, Times New Roman font, 14-point proportional type size.

2.      The body of this motion, exclusive of the case caption, title, and signature block, contains no more than 5,200 words, specifically 765 words.

I understand that a material misrepresentation can result in the Court's striking the brief and imposing sanctions.  If the Court so requests, I will provide an electronic version of the brief and/or a copy of the word or line print-out.


    <u>November 21, 2024</u>                    <u>s/   Geremy C. Kamens</u>
              Date                                        Geremy C. Kamens
                                                          Federal Public Defender