IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff/Appellee*, | ) | |
| | ) | |
| v. | ) | Case No. 14-4451 |
| | ) | |
| ALI AL-TIMIMI, | ) | |
| *Defendant/Appellant.* | ) | |

UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE OPENING BRIEF AND JOINT APPENDIX

COMES NOW counsel for the appellant, Dr. Ali Al-Timimi, and move this Court, pursuant to Fed. R. App. P. 26(b), for a second extension of time, for three weeks, in which to file the appellant's opening brief and joint appendix. The United States does not oppose this request.

1.  As noted by previous counsel, this direct appeal stems from a complex national security prosecution with a litigation history spanning 20 years across a jury trial and two extended remand proceedings. ECF Doc. 151, at 2. The most recent remand proceeding began in 2015 and involved the consideration of newly declassified evidence and several renewed motions for acquittal that went through multiple iterations of briefing to address intervening Supreme Court authority. The remand proceeding was not finally resolved until July of 2024. During the past four years of dormancy, Dr. Al-Timimi's two *pro bono* defense attorneys experienced changing personal and professional circumstances that caused them to substantially

reduce their litigation practices. *See* ECF Doc. 151, at 11-14. As a result of their changed circumstances, previous counsel requested that the Office of the Federal Public Defender for the Eastern District of Virginia, with that office's consent, be appointed by this Court to take over this appeal. *See* ECF Doc. 154-1. The Court granted the motion, appointed the Office of the Federal Public Defender, and extended the filing deadline for the opening brief and joint appendix. *See* ECF Doc. 155; ECF Doc. 156.

2. The Court previously granted undersigned counsel's request for a four-month extension. *See* ECF Docs. 159, 160. Thus, the opening brief and joint appendix are currently scheduled to be filed on April 2, 2025. If this request for an additional three weeks is granted, the brief and appendix would be due on April 23, 2025. In support of the request, counsel states the following:

3. Counsel has largely completed his drafting of the opening brief. Dr. Al-Timimi has recently requested, however, that counsel consider adding another issue that may take some time to review and research, and if added to the brief, to draft new material for the statement of the case and the argument and add to the joint appendix. As well, previous counsel, Thomas Huff, who has remained on the case in a *pro bono* capacity, *see* ECF Doc. 154-1, at 9-11, is currently unable to devote time to reviewing and commenting on the brief due to significant academic commitments over the next two weeks.

4. In accordance with Fourth Circuit Local Rule 27(a), counsel has informed counsel for the United States of the intended filing of this motion. The government has consented to the requested extension.

For the foregoing reasons, counsel requests a second extension, from April 2 to April 23, 2025, in which to file the opening brief and joint appendix in this case.

                                             Respectfully submitted,

                                             GEREMY C. KAMENS
                                             Federal Public Defender
                                             for the Eastern District of Virginia

                                               /s/ Geremy C. Kamens
                                             Geremy C. Kamens
                                             Federal Public Defender
                                             Counsel for Appellant
                                             1650 King Street, Suite 500
                                             Alexandria, VA 22314
                                             (703) 600-0800
                                             Geremy_Kamens@fd.org

Dated March 27, 2025

CERTIFICATE OF COMPLIANCE

1. This motion has been prepared using Microsoft Word for Office 365 software, Times New Roman font, 14-point proportional type size.

2. The body of this motion, exclusive of the case caption, title, and signature block, contains no more than 5,200 words, specifically 468 words.

I understand that a material misrepresentation can result in the Court's striking the brief and imposing sanctions. If the Court so requests, I will provide an electronic version of the brief and/or a copy of the word or line print-out.

    March 27, 2025                     /s/ Geremy C. Kamens
          Date                               Geremy C. Kamens
                                             Federal Public Defender