No. 14-4451

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH COURT

_____

UNITED STATES OF AMERICA,
*Plaintiff/Appellee,*

v.

ALI AL-TIMIMI,
*Defendant/Appellant.*

_____

On Appeal From the United States District Court
for the Eastern District of Virginia
Alexandria Division (The Hon. Leonie M. Brinkema)

_____

JOINT APPENDIX

VOLUME II of XIII (pages 123 - 372)

_____

**ERIC S. SIEBERT**
**United States Attorney**

**Gordon D. Kromberg**
**Assistant U.S. Attorney**
**Counsel for Appellee**
**2100 Jamieson Avenue**
**Alexandria, VA 22314**
**(703) 299-3700**

**Joseph Attias**
**Attorney**
**Counsel for Appellee**
**Nat'l Security Division**
**U.S. Dep't of Justice**
**Washington, DC 20530**

**GEREMY C. KAMENS**
**Federal Public Defender**

**Geremy C. Kamens**
**Federal Public Defender**
**Counsel for Dr. Al-Timimi**
**1650 King Street, Suite 500**
**Alexandria, VA 22314**
**(703) 600-0800**

This page intentionally left blank for double-sided pagination and printing

# **TABLE OF CONTENTS**

## VOLUME I (pages 1 - 122)

District Court Docket Sheet (as of Apr. 28, 2025) .......................................1

Indictment (Sept. 23, 2004, Doc. 1).........................................................49

Superseding Indictment (Feb. 3, 2005, Doc. 47) .....................................64

Government's Proposed Jury Instructions (Mar. 28, 2005, Doc. 84)......................80

## VOLUME II (pages 123 - 372)

Transcript, Jury Trial, Day 1 (Apr. 4, 2005, Doc. 294) (defense opening statement)..............................................................................123

Transcript, Jury Trial, Day 1 (Apr. 4, 2005, Doc. 148).........................144

   Opening statements ..........................................................................148

      By the government...................................................................148
      By the defense............................................................*see* J.A. 126

   Government's evidence .....................................................................167

      Stipulation................................................................................167

      Nabil Gharbieh      Direct examination...................................171
                             Cross examination....................................233
                             Redirect examination ..............................274
                             Recross examination ...............................281

      Muhammad Aatique     Direct examination...................................283

   Concluding matters ..........................................................................369

i

## VOLUME III (pages 373 - 656)

Transcript, Jury Trial, Day 2 (Apr. 5, 2005, Doc. 149) .........................................373

    Preliminary matters ....................................................................377

    Government's evidence, cont'd ................................................377

        Muhammad Aatique      Direct examination (resumed) ...............378
                                       Cross examination....................................398
                                       Redirect examination .............................468
                                       Recross examination ...............................489

        Stipulations ....................................................................492

        Donald Surratt      Direct examination..................................504
                                         Cross examination....................................570
                                       Redirect examination .............................585
                                       Recross examination ...............................588

        Detective John Hodge      Direct examination..................................589
                                         Cross examination....................................592
                                       Redirect examination .............................592

        Stipulations ....................................................................594

        Playing of audiotapes....................................................598

        Yong Ki Kwon      Direct examination..................................604

    Concluding matters ....................................................................655

## VOLUME IV (pages 657 - 972)

Transcript, Jury Trial, Day 3 (Apr. 6, 2005, Doc. 150) .........................................657

    Preliminary matters ....................................................................661

Government's evidence, cont'd ..................................................................665

    Evan Francois Kohlmann    Direct examination....................................665
                                    Cross examination.....................................817
                                    Redirect examination ..............................895
                                    Recross examination ...............................903

    Stipulations .........................................................................905

    Playing of audiotape .........................................................914

Concluding matters .........................................................................970


VOLUME V (pages 973 - 1270)

Transcript, Jury Trial, Day 4 (Apr. 7, 2005, Doc. 151) .........................................973

    Preliminary matters.........................................................................977

    Government's evidence, cont'd ..................................................................980

    Playing of audiotapes and videotape ..........................................................980

    S.A. Tracy Kneisler    Direct examination.................................1093
                           Cross examination.................................1099

    S.A. Christopher Paul Mamula  Direct examination.................................1100

    S.A. Donald L. Monday    Direct examination.................................1105
                           Cross examination.................................1127

    Stipulations .........................................................................1131

    Yong Ki Kwon    Direct examination (resumed) ..............1146
                           Cross examination.................................1238

    Concluding matters .........................................................................1268

## VOLUME VI (pages 1271 - 1550)

Transcript, Jury Trial, Day 5 (Apr. 11, 2005, Doc. 152) ................................... 1271

    Preliminary matters ..................................................................... 1275

    Government's evidence, cont'd ....................................................... 1279

| | | |
|---|---|---|
| Yong Ki Kwon | Cross examination (resumed) | 1279 |
| | Redirect examination | 1446 |
| | Recross examination | 1475 |
| | | |
| S.A. Wade Ammerman | Direct examination | 1481 |
| | Cross examination | 1539 |

    Concluding matters ...................................................................... 1548

## VOLUME VII (pages 1551 - 1804)

Transcript, Jury Trial, Day 6 (Apr. 12, 2005, Doc. 153) ................................... 1551

    Government's evidence, cont'd ....................................................... 1555

| | | |
|---|---|---|
| S.A. Wade Ammerman | Cross examination (resumed) | 1556 |
| | Redirect examination | 1582 |
| | Recross examination | 1593 |
| | | |
| Stipulations | | 1600 |
| | | |
| Playing of audiotapes | | 1610 |
| | | |
| S.A. John Wyman | Direct examination | 1656 |

    Concluding matters ...................................................................... 1799

iv

VOLUME VIII (pages 1805 - 2058)

Transcript, Jury Trial, Day 7 (Apr. 13, 2005, Doc. 154) .....................................1805

    Preliminary matters ...................................................................1808

    Government's evidence, cont'd ..................................................1810

| | | |
|---|---|---|
| S.A. John Wyman | Direct examination (resumed) | 1810 |
| | Cross examination | 1852 |
| | Redirect examination | 1916 |
| | Recross examination | 1923 |
| Alex Daghestani | Direct examination | 1927 |
| | Cross examination | 1935 |
| Andre Thompson | Direct examination | 1940 |
| | Cross examination | 1951 |

    Playing of audiotapes.................................................................1954

    Government rests ..............................................................1955, 1965

  Defendant's Rule 29 motion .........................................................1958

  Defendant's evidence ...................................................................1965

| | | |
|---|---|---|
| Sherdil Loynab | Direct examination | 1966 |
| | Cross examination | 1970 |
| | Redirect examination | 1976 |
| Yousuf Jaafar Idris | Direct examination | 1977 |
| | Cross examination | 2018 |

  Concluding matters .....................................................................2056

## VOLUME IX (pages 2059 - 2318)

Transcript, Jury Trial, Day 8 (Apr. 14, 2005, Doc. 155) .....................................2059

    Defendant's evidence, cont'd .........................................................................2063

        Yousuf Jaafar Idris          Cross examination (resumed) ...............2063

        Luther Kennedy               Direct examination..................................2136
                                     Cross examination...................................2144
                                     Redirect examination .............................2163
                                     Recross examination ..............................2168

        Curtis Jamison               Direct examination..................................2172
                                     Cross examination...................................2189

        Defendant rests ........................................................................2198

    Government's rebuttal evidence ....................................................................2198

        Khwaja Mahmood Hasan        Direct examination..................................2199
                                     Cross examination...................................2235
                                     Redirect examination .............................2278
                                     Recross examination ..............................2284

        Muhammad Aatique, recalled  Direct examination..................................2290

        Conclusion of evidence ..........................................................2293

    Preliminary charge conference ......................................................................2306

## VOLUME X (pages 2319 - 2568)

Transcript, Jury Trial, Day 9 (Apr. 18, 2005, Doc. 156) .....................................2319

    Charge conference ......................................................................................2322

vi

Closing arguments ........................................................................2346

    By the government..............................................................2346
    By the defense...................................................................2376
    Rebuttal by the government..............................................2415

Jury charge ...................................................................................2429

Jury deliberations ........................................................................2500

    Jury question ....................................................................2500

Transcript, Jury Trial, Day 10 (Apr. 19, 2005, Doc. 157).............2506

    Jury deliberations, cont'd...............................................2507

    Jury question ....................................................................2507

Transcript, Jury Trial, Day 11 (Apr. 20, 2005, Doc. 158).............2515

    Jury deliberations, cont'd...............................................2517

    Jury question ....................................................................2517

    Jury questions ..................................................................2520

Transcript, Jury Trial, Day 12 (Apr. 22, 2005, Doc. 159).............2535

    Jury deliberations, cont'd...............................................2537

Transcript, Jury Trial, Day 13 (Apr. 25, 2005, Doc. 160).............2540

    Jury deliberations, cont'd...............................................2542

    Jury questions ..................................................................2542

Transcript, Jury Trial, Day 14 (Apr. 26, 2005, Doc. 161).............2553

    Return of verdict .............................................................2555

Concluding matters ........................................................................2560

Verdict Form (Apr. 26, 2005, Doc. 107) ........................................2566


## VOLUME XI (pages 2569 - 2770)

Defendant's Motion for Judgment of Acquittal (June 6, 2005, Doc. 118)..........2569

Defendant's Corrected Motion for New Trial (June 14, 2005, Doc. 124) ..........2630

Government's Response to Defendant's Post-Trial Motions (June 20, 2005, Doc. 125)................................................................2647

Defendant's Reply to the Government's Response to Defendant's Post-Trial Motions (June 28, 2005, Doc. 126) (attachments omitted from appendix)................................................................2688

Transcript, Sentencing Hearing (July 13, 2005, Doc. 147) ................................2719

    Argument and ruling on Rule 29 motion....................................2720
    Argument and ruling on Rule 33 motion....................................2724
    Ruling on Guidelines objections................................................2735
    Argument on sentencing ............................................................2739
    Allocution ..................................................................................2746
    Imposition of sentence ..............................................................2750

Judgment in a Criminal Case (July 13, 2005, Doc. 132)....................................2758

Notice of Appeal (July 15, 2005, doc. 133)........................................................2765

Fourth Circuit Judgment (corrected) (with copy of Apr. 25, 2006 order) (May 19, 2006, Doc. 168)................................................................2767


## VOLUME XII (pages 2771 - 2998)

Transcript, Hearing (Aug. 24, 2007, Doc. 239)................................................2771

Transcript, Hearing (Nov. 20, 2007, Doc. 245)....................................................2790

Transcript, Hearing (May 16, 2008, Doc. 263) ...................................................2795

Transcript, Hearing (Oct. 23, 2008, Doc. 272)....................................................2802

Transcript, Hearing (Feb. 19, 2009, Doc. 297)....................................................2827

Transcript, Hearing (Oct. 4, 2013, Doc. 340) .....................................................2834

(Redacted) Memorandum Opinion (denying motions to compel) (Apr. 28, 2014, Doc. 350)...................................................................................................2864

Order (May 21, 2014, Doc. 357)..........................................................................2887

Notice of Appeal (June 4, 2014, Doc. 358) .........................................................2889

Fourth Circuit Order (remanding case for further proceedings) (Aug. 4, 2015, Doc. 406)...................................................................................................2892

Fourth Circuit Order (expanding scope of remand) (July 26, 2016, Doc. 431).............................................................................................................2894

Government's Response in Opposition to Defendant's Second Motion for Acquittal on Count 1 (Aug. 29, 2018, Doc. 447) ...........................................2896

Defendant's Reply to Government's Supplemental Memorandum on *United States v. Davis* (Aug. 19, 2019, Doc. 459) .........................................2905

Government's Reply in Further Support of Its Supplemental Memorandum on *United States v. United States* (Aug. 26, 2019, Doc. 461) .......................2936

(Redacted) Memorandum Opinion (granting release pending appeal) (Aug. 18, 2020, Doc. 519) ...................................................................................2953

Order (granting release pending appeal) (Aug. 18, 2020, Doc. 520) ..................2969

Fourth Circuit Order (affirming grant of release pending appeal) (Aug. 31, 2020, Doc. 535)................................................................................................2971

Memorandum Opinion (vacating Counts 1, 7, and 8) (July 18, 2024, Doc. 549)........................................................................................2972

Order (vacating Counts 1, 7, and 8) (July 18, 2024, Doc. 550).........................2998


VOLUME XIII (pages 2999 - end)

Selected Government Trial Exhibits....................................................................2999

Gov't Exh. 1B1a: transcript of Apr. 7, 2003 consensually monitored call between Kwon and Royer.........................................................................2999

Gov't Exh. 1B2a: transcript of Apr. 8, 2003 consensually monitored call between Kwon and Royer.........................................................................3053

Gov't Exh. 1B4a: transcript of Apr. 17, 2003 consensually recorded CCTV hotel meeting between Kwon and Royer......................................3084

Gov't Exh. 1D27: Taiba Bulletin, Oct. 17, 2000.........................................3131

Gov't Exh. 1D28: Taiba Bulletin, Oct. 27, 2000.........................................3134

Gov't Exh. 1D29: Taiba Bulletin, Nov. 7, 2000...........................................3137

Gov't Exh. 1D45: Taiba Bulletin, Sept. 26, 2001 (post from nadqpk@yahoo.com)......................................................................3139

Gov't Exh. 1D48: Taiba Bulletin, Oct. 13, 2001 (post from nadqpk@yahoo.com)......................................................................3141

Gov't Exh. 1D52: Taiba Bulletin, June 24, 2001 (post from nadqpk@yahoo.com)......................................................................3144

Gov't Exh. 1F1: LET Poster, image 1 ..........................................................3151

Gov't Exh. 1F3: LET Poster, image 3 ..........................................................3152

Gov't Exh. 1F4: LET Poster, image 4 ..........................................................3153

Gov't Exh. 1G10a: transcript of Apr. 1, 2003 recorded telephone call (Hammad and Royer call Al-Timimi) .......................................................3154

Gov't Exh. 4G7: email dated June 19, 2001 from pballaz@yahoo.com, regarding praying in a moving car............................................................3164

Gov't Exh. 7A19: Uqla fatwa on events of 9/11, in English, taken from Surratt's residence on May 8, 2003 ...........................................................3168

Gov't Exh. 7A23; Hawali's *Statement to the Ummah* in English .................3178

Gov't Exh. 7A39a: translation of website containing Space Shuttle article in Arabic ........................................................................................3200

Gov't Exh. 7C31: email dated Sept. 20, 2001 from Kwon to Belton Harris .............................................................................................................3203

Gov't Exh. 7D3: email dated Oct. 15, 2001 from Surratt re. Hawali's *Statement to the Ummah* ..................................................................................3204

Gov't Exh. 7F24a: UPI News article dated Sept. 16, 2001 titled *Taliban Leaders Seek Islamic Support*....................................................................3206

Gov't Exh. 7H12: plea agreement and statement of facts for Muhammed Aatique.........................................................................................................3207

Gov't Exh. 10A3: document entitled *Suicide Attacks, Are They Suicide? A Shariah Viewpoint* ................................................................................3223

Gov't Exh. 10A41: email dated Oct. 23, 2000 from Nabil to Timimi re: trip to Delaware ........................................................................................3227

Gov't Exh. 10D19: email dated Oct. 21, 2001 email from altimimi@yahoo.com to aqdcksa@yahoo.com re. "Utter Nonsense" ......3229

Gov't Exh. 10H1A: record of instant messaging session with Bin Laden statement preamble ...................................................................................3233

Gov't Exh. 10J7: article, *Sheikh Ali Timimi on the Taliban and the Statues* .....................................................................................................3260

Gov't Exh. 10J9: email dated December 13, 2001 from Timimi re. "A call to reflect and repentance" ................................................................3262

Gov't Exh. 10J15: affidavit of Youseff Idris.................................................3265

Gov't Exh. 10S1: summary chart of Timimi / Kwon telephone calls, Sept. 16, 2001 .................................................................................3266

Gov't Exh. 10S2: summary chart of Timimi / Kwon telephone calls, Sept. 19, 2001 .................................................................................3267

Gov't Exh. 10S3: summary chart of Kwon telephone calls, Sept. 16, 2001 ...................................................................................................3268

Gov't Exh. 10T1: photograph, package of "New World Order" cassette tapes ........................................................................................................3272

Gov't Exh. 12-1: stipulation re. background facts............ 3273; *see* J.A. 167-171

Gov't Exh. 12-60: stipulation re. electronic surveillance of calls and email..........................................................................................................3277

Gov't Exh. 12-61: stipulation re. Al-Timimi lectures ............3278; *see* J.A. 2344

Selected Defense Trial Exhibits.........................................................................3280

Def't Exh. 33: Al-Timimi lecture titled *Muslims in America in the Face of Accusations of "Fundamentalism" and "Terrorism"* delivered at Purdue University on Oct. 20, 1993 ........................................................3280

Def't Exh. 57: letter dated from AUSA Gordon Kromberg to Yong Kwon's attorneys ...................................................................................3293

Def't Exh. 80: stipulation regarding Al-Timimi's unsubscription from Taiba Bulletin List ....................................................................................3295

Def't Exh. 81: summary report of an interview with Ismail Royer by Evan Kohlmann .................................................................................3298

Def't Exh. 82: photo of front of Yong Kwon's apartment ...........................3303

Def't Exh. 83: photo of back of Yong Kwon's apartment .............................3304

Def't Exh. 85: summary of Yong Kwon's phone calls on Sept. 16, 2001 ...................................................................................... 3305

Def't Exh. 86: summary of Yong Kwon's phone calls on Sept. 13-15, 2001 ...................................................................................3306

Def't Exh. 87: summary of Al-Timimi's calls on evening of Sept. 19, 2001 ...................................................................................3307

Def't Exh. 90: summary of Al-Timimi's calls on evening of Sept. 19, 2001 ...................................................................................3308

This page intentionally left blank for double-sided pagination and printing

1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

```
UNITED STATES OF AMERICA    .      Criminal No. 1:04cr385
                            .
     vs.                    .      Alexandria, Virginia
                            .      April 4, 2005
ALI AL-TIMIMI,              .      10:00 a.m.
                            .
          Defendant.        .      EXCERPT
                            .
.  .  .  .  .  .  .  .  .  .  .
```

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE LEONIE M. BRINKEMA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:            GORDON D. KROMBERG, AUSA
                               United States Attorney's Office
                               2100 Jamieson Avenue
                               Alexandria, VA 22314
                                 and
                               JOHN T. GIBBS, ESQ.
                               Counterterrorism Section
                               Criminal Division
                               United States Department of Justice
                               601 D Street, N.W.
                               Washington, D.C. 20004


FOR THE DEFENDANT:             EDWARD B. MAC MAHON, JR., ESQ.
                               107 East Washington Street
                               P.O. Box 903
                               Middleburg, VA 20118
                                 and
                               ALAN H. YAMAMOTO, ESQ.
                               643 S. Washington Street
                               Alexandria, VA 22314


ALSO PRESENT:                  S.A. WADE AMMERMAN
                               BOBBY WILLIAMS
                               S.A. JOHN WYMAN

(Pages 1 - 21)

COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES

J.A. 123

2

1    OFFICIAL COURT REPORTER:          ANNELIESE J. THOMSON, RDR, CRR
                                       U.S. District Court, Fifth Floor
2                                      401 Courthouse Square
                                       Alexandria, VA 22314
3                                      (703)299-8595

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1                              <u>I</u> <u>N</u> <u>D</u> <u>E</u> <u>X</u>

2

3     Opening Statement by Mr. MacMahon:                    Page 4

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Mr. MacMahon - opening statement**

4

1           *          *          *          *          *

2                      (Defendant and Jury present.)

3           THE COURT:  Mr. MacMahon?

4                      OPENING STATEMENT

5                      BY MR. MAC MAHON:

6           May it please the Court, Your Honor, counsel.

7           Ladies and Gentlemen of the Jury, earlier we spoke just

8    briefly, but I'll introduce you again.  My name is Edward

9    MacMahon.  I'm an attorney from Middleburg, Virginia, and I'm

10   proud to be here today representing Dr. Al-Timimi, and Alan

11   Yamamoto is my co-counsel in this case, and he will be helping as

12   well.

13          Ali Al-Timimi, Ladies and Gentlemen, is not a criminal.

14   He's not a traitor to this country, and he's not guilty of these

15   baseless charges that you just heard Mr. Kromberg describe in some

16   hyperbolic detail.

17          Dr. Ali Al-Timimi is an American citizen.  He was born

18   and raised in this country.  He is a son.  His mother is in the

19   courtroom.  He is a brother.  His mother is a social worker with

20   the D.C. Department of Mental Health.  His father is an attorney

21   in the District of Columbia.

22          In addition, Ali is a working member of our society,

23   too.  He's also a mathematician, a biologist, and an expert in

24   computer sciences.  He has a Ph.D.

25          If you listened to Mr. Kromberg's opening statement,

**Mr. MacMahon - opening statement**

5

1   you'd think that all Ali ever did was sit around and deal with

2   these religious issues that were so discussed and political

3   issues.  Dr. Al-Timimi has a Ph.D. earned in computational biology

4   from George Mason University.

5           That Ph.D. was earned while these charges were pending,

6   Ladies and Gentlemen, and at the very time that the government

7   claims that Dr. Ali Al-Timimi was engaged in all these vast

8   criminal actions with all these people, he was, in fact, studying

9   and doing research for a Ph.D.  His Ph.D. study is on the theory

10  on -- chaos theory and cancer.

11          Dr. Ali Al-Timimi once worked directly under Andy Card,

12  the chief of staff to the President of the United States.  He's

13  worked in Crystal City on sensitive defense projects.  You will

14  hear that from many witnesses.  He is a scholar; there is no

15  question about that.

16          And in his home, you will see -- this picture, Ladies

17  and Gentlemen, is a picture taken by the FBI when they raided

18  Dr. Al-Timimi's home.  In his home, there are over 2,000 books on

19  Islamic issues.

20          This is one side of his library, and this is the other.

21  This is the FBI's picture of this house.  If you went upstairs in

22  this house, you'd see a whole other room just like that full of

23  books on math and biology, Ladies and Gentlemen.

24          Now, there's one other thing I can assure you that

25  Dr. Al-Timimi is, and that is a pack rat.  Here's his garage.

**Mr. MacMahon - opening statement**

6

1  Again, this is an FBI picture of his garage, containing books and
2  papers and things downloaded from the Internet and notes that
3  people asked him at lectures, and every single things it seems
4  that he'd ever gotten in his life as a piece of paper was in this
5  garage, including telephone records, bank records, and everything
6  else, and you will get to see a lot of those things, and you will
7  see that there was never any phone call.

8         This, this hyperbolic argument about Hafiz Saeed
9  yesterday, the head of LET, being Dr. Al-Timimi's friend, what he
10 told the FBI, Ladies and Gentlemen, was that in 1994, he thinks he
11 met him at a conference.

12        And you will hear absolutely no evidence that he ever
13 had any discussion with this person, ever traded an e-mail with
14 him or a phone call.  You can look at all of his records that you
15 want, and if you want to know what the evidence in this case is
16 going to be like, it is that the government wants you to believe
17 that Ali Al-Timimi is the friend of Hafiz Saeed, and it's an
18 absolutely false statement.

19        Now, Ali Al-Timimi is, in fact, a very devout Muslim.
20 He does have very strong religious beliefs, like many of us do.
21 He has spoken all over the world.  Hundreds of hours, Mr. Kromberg
22 told you, of his lectures are available, and I join with him in
23 asking not to go up and try to look them up on the Internet.  He
24 doesn't earn a dime from the sale of these.  These are speeches
25 given at universities, at schools, in mosques.

**Mr. MacMahon - opening statement**

7

1    He was recently asked to give a speech to the United
2 States military about Islamic issues.  Not long ago, he was asked
3 to speak at the United States Congress about Islamic issues.

4    You can -- you look as hard as you want at all of these
5 tapes Mr. Kromberg is going to play you, and he just told you the
6 case wasn't about Islam and then went into some speech about who
7 the anti-Christ is in Islamic law, but you will know that there's
8 never been any speech, not a single speech will you hear that's
9 been taped, recorded or otherwise -- this man's life is an open
10 book.  You can look at all of it, you can see papers, and you will
11 not find not one time, not one time where he advocated violence
12 against anyone, not one time where he asked anyone to go overseas
13 and fight and do anything else.

14    Now, there are -- in Islamic issues, people ask
15 questions in ways -- excuse me, what I want to do is back --
16 Mr. Kromberg is correct, the Muslim community is different in ways
17 that most of us wouldn't understand.  They do, in fact, look up to
18 people, and they seek out people for knowledge and information.

19    Because of his training, Ali Al-Timimi was, in fact,
20 someone that was looked up to by a lot of young Muslim men, a lot
21 of young Muslim women, a lot of old Muslim women, and a lot of old
22 Muslim men.  He was not a person who had followers.  That is just
23 a canard for you to listen to in this case.

24    Now, the religious views that these people have are, in
25 fact, under assault in this case.  They can't apparently have a

**Mr. MacMahon - opening statement**

8

1  discussion about who the anti-Christ is under their religion

2  without seeing it come up in a federal courtroom anymore.

3         Now, let me tell you about the Dar al-Arqam Islamic

4  Center, Ladies and Gentlemen.  There's a picture of the Islamic

5  Center right there.  The Islamic Center is in Falls Church.

6  That's 360, I think, South Washington Street.  I may have given

7  the wrong address, but I apologize for that.

8         It is open to the public.  Anyone in this room could go

9  in there.  It has a dividing area for the women to sit in the

10  back; the men sit in the front.  It is a center of education for

11  Islamic people.

12         What it is, it is not a hotbed of terrorism, as

13  Mr. Kromberg would tell you.  You will hear from the founder of

14  this center.  You will hear from many young men who aren't wearing

15  jumpsuits, as will all of Mr. Kromberg's witnesses, and they will

16  tell you that violent jihad was, in fact, never discussed at this

17  Islamic Center, not once.

18         And what I want you to remember when all these

19  government witnesses come in in their jumpsuits because they're

20  all in prison, Ladies and Gentlemen, remember, every time they say

21  they had some kind of a criminal or sinister conversation at the

22  Dar al-Arqam, you will find that it happened around the back or

23  out in the parking lot or somewhere else.  The men that ran the

24  Islamic Center would not have tolerated and did not tolerate any

25  of these actions whatsoever.

**Mr. MacMahon - opening statement**

9

1        Now, let me tell you about the facts in this case.
2   There was a small group of Muslim men in Northern Virginia who
3   were engaged in crimes.  They were conspiring to commit crimes
4   against this country, and there isn't any debating that.  All
5   those people are actually already in jail.  Mr. Kromberg's already
6   convicted all of them.
7        Now, that was a very small portion of all the people
8   that went to this Islamic Center, and you will find no evidence in
9   this case that Ali Al-Timimi knew of, approved, aided, abetted, or
10  helped any of these people in any of these criminal actions.
11       Now, let me tell you who the ring leader of this
12  criminal organization was in Northern Virginia, Ladies and
13  Gentlemen.  This is a time line which I hope you can read from
14  there.
15       And Mr. Kromberg showed you Randall Royer, a very nice
16  picture of him.  He didn't show him in the garb he's wearing now.
17  He was convicted of crimes by this Court and sentenced to 20 years
18  in prison.
19       What you see is that he is the person who is responsible
20  for all these people going overseas and that you will have no
21  doubt when I'm done, listen to this, he converts to Islam in 1992.
22  In December of 1994, the evidence is, Randall Royer travels to
23  Bosnia, and he fights.  He tastes combat for the first time in the
24  defense of Muslims, and he was moved to go over there because of
25  the scenes of rape of Muslim women and the murder of Muslim

**Mr. MacMahon - opening statement**

10

1   children by the Serbs in Bosnia, and he was excited about what he
2   did over there.  He thought he had done a good thing, and when he
3   came back to the United States, you'll remember the American
4   Marines went over there and helped the same people.

5           Randall Royer didn't keep any of this a secret.  He will
6   tell you that he told at least 100 Muslims at his mosque about
7   what he did over in Bosnia.

8           What did he do in Bosnia?  He met the head of LET in
9   1995, Ladies and Gentlemen.  That's where all this started.
10  Randall Royer meets the military head of LET in Bosnia in 1995.
11  He will tell you that.

12          In 1997, he marries a Bosnian woman.  In 1999, Randall
13  Royer tries to get to Kosovo to fight again.  He travels to
14  Macedonia.  The fighting is over, and he can't do anything there.

15          Now, in January of 2000, Mr. Kromberg showed you again a
16  picture of Ibrahim Al-Hamdi, and that picture, that person you
17  will see in January of 2000 went with Randall Royer to Pakistan,
18  with Randall Royer, not Ali Al-Timimi, it's not going to mention
19  his name in this, because he didn't know anything about these
20  actions, and they went and tried to send guns and other equipment
21  to the Chechen rebels, Ibrahim Al-Hamdi and Randall Royer.  And
22  how do we know that?  Because that's what the evidence will be.
23  He'll tell you that.

24          In February of 2000, Randall Royer took Ibrahim Al-Hamdi
25  to the Pakistani embassy, showed him how to fill out the visa,

**J.A. 132**

1  told him who to call when he got to Pakistan, told him how to get

2  to the camps.  Ibrahim Al-Hamdi went.

3          Randall Royer went again.  He reached LET in April of

4  2000, where he fired at the Indian positions in Kashmir, and what

5  did he do?  He established the LET Bulletin which we've heard

6  about so much.

7          It's true that Randall Royer actually put Dr. Al-Timimi

8  on that list.  He also put President Clinton, John Kerry,

9  Mrs. Clinton, 58 United States senators.  This bulletin has a

10 500-page log.  It's absurd to say the evidence will show that

11 because Randall Royer subscribed all of these people to this log,

12 that they read this thing.

13         In May of 2000, Royer comes back to the United States.

14 He agrees before he leaves to be an LET recruiter.

15         In July of 2000, he joins the paintball group that

16 Mr. Kromberg referenced.  Who does he meet?  Yong Kwon, another

17 person whose name we've heard.  Yong Kwon is one of the first

18 people that Randall Royer tells about his wonderful jihad

19 experiences in Chechnya -- excuse me, in Kashmir.

20         In August of -- September of 2000, Randall Royer

21 purchases an AK-47 from Yong Kwon.  You'll see the receipt for

22 that.

23         In March of 2000 -- and Mr. Kromberg didn't mention this

24 to you -- Idris Surratt, Yong Kwon, and Randall Royer go to Mecca

25 for hajj, something that all Muslims have to do to be good

**Mr. MacMahon - opening statement**

12

1    Muslims, but this was a different trip, and this is a trip that

2    Ali Al-Timimi has nothing to do with, because Randall Royer

3    prearranges a meeting in Mecca, Saudi Arabia, for Yong Kwon and

4    Idris Surratt to meet the head of Lashkar-e-Taiba in Mecca during

5    their pilgrimage.  Mr. Royer will tell you that.

6            Mr. Surratt, one of the government's witnesses, will

7    tell you that he thinks he might have met someone from Arthur

8    Andersen on that trip.

9            What do they do there?  Royer and all of them agreed to

10   continue to recruit people in the United States, and they'd try to

11   get them over there.  Royer purchases jihad videotapes, and these

12   videotapes are used to show young men the tapes that he's talking

13   about killing Russian prisoners and everything.

14           Yeah, those do exist.  That's because Randall Royer and

15   all of these people, the evidence will show, were showing them to

16   their friends.

17           There will be no evidence, Ladies and Gentlemen, none,

18   that Ali Al-Timimi ever possessed a jihad video, ever talked about

19   a jihad video, or even looked at a jihad video with anyone.

20           In July of 2001, Royer assists Muhammad Aatique, another

21   government witness, in getting him to the Lashkar camp.  He gives

22   him a phony name.  He tells him who to call.  He takes him to the

23   embassy.

24           I think you're starting to see a pattern here, Ladies

25   and Gentlemen, of what happened in this case.  In August of 2001

**Mr. MacMahon - opening statement**

13

1   he does the same thing for Seifullah Chapman, whose picture

2   Mr. Kromberg just showed you.

3          And he tells us something else you didn't already hear:

4   that before September 11, Randall Royer admits that he called LET

5   on behalf of Yong Kwon and Mahmood Hasan.  There's the four people

6   that supposedly Dr. Al-Timimi encouraged to go overseas before

7   he's even introduced into this picture.  You see that it's

8   actually Randall Royer that does all of these things.

9          And that's not even really enough, and I'll move along,

10  but you'll see even after the other young men leave in October and

11  November of 2001, Royer from Bosnia is calling home and trying to

12  get other people to go overseas.  He never quits.  He writes an

13  e-mail where he praises John Walker Lindh and says that too bad

14  there's only one man like that in this country.

15         You won't ever read anything like that that

16  Dr. Al-Timimi ever signed.

17         Now, the evidence will show that there was a dinner at

18  Yong Kwon's house on September 16, and Ali Al-Timimi did, in fact,

19  go to that dinner, but you will see that his attendance at that

20  dinner was just an afterthought.

21         Now, here's a slide that shows you what Mr. Kwon did on

22  the 16th.  He called all of his friends starting at 2:38 to

23  arrange this dinner:  Donald Surratt; Randall Royer, a

24  seven-minute call with Randall Royer; Ibrahim Al-Hamdi; Nabil

25  Gharbieh, another government witness; Mahmood Mohamed; and Masaud

**Mr. MacMahon - opening statement**

14

1    Khan.  He calls all these people and even orders the dinner, and
2    then Ali at 6:30 -- Ali Al-Timimi at 6:29 places a call to Yong
3    Kwon.

4         Now, he was having a fight with his wife, and he went
5    looking for a neighbor -- they were neighbors in Fairfax,
6    Virginia, and he went over to the house, and certainly in
7    retrospect, he wished he hadn't.

8         But from what I just showed you about Randall Royer's
9    travels and from other things the evidence in this case will show,
10   this conspiracy was long gone.  We know that on the day before
11   this, September 15, Masaud Khan on the Internet purchased a long
12   winter jacket for use in the Himalayan mountains.  Yong Kwon this
13   night buys three more of them.

14        The government's never going to be able to explain to
15   you how it is that before Ali Al-Timimi is ever introduced into
16   the mix here, it is that Kwon and Khan are actually already
17   beginning to buy the supplies for their trip to go overseas and
18   fight.

19        You will see the jacket, I will show you the receipt
20   from the company, and that Masaud Khan's coat, the evidence will
21   show you, was purchased on September 15, 2001, after a phone call
22   from Yong Kwon.

23        There are no phone calls from Ali Al-Timimi to Randall
24   Royer in any record that anyone can find.  There were no calls.

25        Now, he went to the meeting for 15 or 20 minutes, 30

**Mr. MacMahon - opening statement**

15

1  minutes.  He spoke of hijra.  He told these young men that if they

2  didn't feel safe in this country, that they should leave, they

3  should be concerned for their safety and go back to another

4  country where they could practice their religion without

5  persecution.

6           He was concerned given this country's history in times

7  of war -- we can all remember what happened to the Japanese after

8  Pearl Harbor -- that there could be random violence against

9  Muslims.

10          And you know at that time that our government was

11 helping prominent Saudis leave the country at the same time.  They

12 weren't the only people that were worried about these things.

13          He left the meeting.  He would know he was back in D.C.

14 by 11:00 that night because there's a bank record you'll see that

15 shows he was already back in the, in the City of Washington.

16          Masaud -- excuse me, Yong Kwon -- the meeting goes on

17 and on and on.  Kwon doesn't even buy the jackets for three hours

18 later.  Those guys are up, they say they're planning, and Yong

19 Kwon will tell you that the idea of Afghanistan was actually his

20 idea and it wasn't discussed in front of Ali Al-Timimi.

21          Listen to what -- the evidence in this case will be that

22 when Yong Kwon, who the government has paid handsomely to come

23 back to the United States as well and is looking for a sentence

24 reduction in this case, when he does get Randall Royer on the

25 phone, Mr. Kromberg can call this coaching, but Randall Royer

**Mr. MacMahon - opening statement**

16

1  says, "I don't remember the Sheikh" -- and that's how they refer

2  to the older men in their community, as Sheikh; this is

3  Dr. Al-Timimi -- "I don't remember the Sheikh ever saying, 'Go be

4  with the Taliban or with Usama or something like that or fight

5  Americans.'"

6         And the cooperating government witness says, "Right."

7         That's the quality of the evidence that you're going to

8  see in this case.  Yong Kwon is going to be the worst liar that

9  you have ever seen in a courtroom.  He has made so many

10  inconsistent and false statements that you will have no problem

11  disregarding his testimony in its entirety.

12         What else will you hear in this case?  Randall Royer,

13  supposedly all hopped up for war, we're going to go fight

14  Americans, we're going to do all these crazy things, his phone

15  records which we've recently obtained show that when he left Yong

16  Kwon's house, he called ABC News to talk to a reporter, which he

17  did for 21 minutes.

18         In the morning, he woke up.  He called the Bosnian

19  embassy.  His wife is Bosnian.

20         Now, Ladies and Gentlemen, somebody who wants to go to

21  Afghanistan is not going to Bosnia.  The phone records show he

22  wanted to go to Bosnia to make hijra, and that's exactly what he

23  did.  Bosnia is not even on the same continent as Afghanistan.

24         Yong Kwon, Aatique, Hasan, and Masaud Khan never made

25  any effort whatsoever to go to Afghanistan.  They have all kinds

**Mr. MacMahon - opening statement**

17

1  of reasons now that they're cooperating to tell you why they

2  didn't get there, but the evidence is that none of them even

3  tried.  Aatique left after a couple of days.

4        Now, we heard the evidence will be that there was some

5  indication that Mr. Hasan is going to testify that Ali Al-Timimi

6  told them how to get to the camps.  That's entirely false.  He

7  doesn't know how to get to the camps.  There's no evidence of

8  Al-Timimi ever going to a camp.  Randall Royer is the one who told

9  them how to get to the camps.

10       And just recently, Hasan finally told the FBI that, in

11  fact, he did talk to somebody about going overseas other than Ali

12  Al-Timimi before he left.  The story that, oh, he said, "No, I'm

13  not going to tell you," we heard with such a flourish before,

14  Mahmood Hasan will tell you that Sheikh Jaafar Idris, the most

15  respected member of this Islamic community, in fact told him not

16  to go, and the evidence will be he told Yong Kwon not to go.

17       And after Ali Al-Timimi learned that they were going,

18  you will see from his phone records that he immediately tried to

19  contact them and to tell them not to travel overseas, that it just

20  was not safe.  I will show you Ali's phone records, and you will

21  know that.

22       The final incident the government wants to talk about is

23  this dinner with Idris Surratt.  There was no discussion at that

24  dinner about going overseas to fight Americans.  Mr. Surratt is

25  another witness who will come in here in a jumpsuit looking for a

**J.A. 139**

**Mr. MacMahon - opening statement**

18

1  sentence reduction.

2          How am I going to prove that to you?  The evidence will

3  be two men from this community who were present at that meeting

4  will come forward and they will tell you that they never heard Ali

5  ever speak of violence against anyone, that they never heard him

6  solicit anyone to go overseas and fight.

7          What else do we know?  His ex-wife is going to come in,

8  Ladies and Gentlemen, and she's going to tell you that when he

9  came home from the dinner, she said, "Honey, what happened?"

10          And he said, "Ali gave me advice to go make hijra."

11          And what did they do?  The best evidence of all?  Donald

12  Surratt and his Egyptian wife went to Egypt.  Now, if that's

13  soliciting somebody to commit a crime in the United States, I

14  don't know what, what evidence this Court's going to -- you are

15  going to need to see that what he actually said was "make hijra,"

16  which is what he always said is what he did.

17          Now, I suggest to you that the charge in this case won't

18  be proven by any standard, but there is one thing I'm sure that

19  the government will be able to do in this case, and that is to

20  show you much grossly unpopular speech that Dr. Ali Al-Timimi has

21  made in his life.  There isn't any question that a lot of the

22  speech that he gives is made on political issues, is very

23  unpopular, things that you wouldn't agree with, and I don't expect

24  you to agree with these things that he said.

25          Now, the reason the government is trying to put in all

**J.A. 140**

**Mr. MacMahon - opening statement**

19

1  of this -- and some of it, frankly, rises to the level of hate

2  speech, Ladies and Gentlemen.  You may end up hating Dr. Ali

3  Al-Timimi after you listen to all of these tapes, but that's what

4  the government is trying to do.

5          They're going to use this evidence to try to arouse your

6  emotions, to try to make you feel like there must be some evidence

7  in this case, because how could he be saying these awful things,

8  and, you know, why should we believe anything when we hear this

9  awful speech?

10         But remember, he has a First Amendment right to have

11 these opinions.  You don't have to agree with him to realize that

12 he has a right to his religion and a right to his freedom of

13 speech.

14         The Space Shuttle message is the best example of that.

15 I want you to read the whole thing when it's put in evidence.  It

16 is a very obscene and offensive comment that he makes.  It is not

17 a speech, though, as Mr. Kromberg would say, to his followers,

18 this nebulous term of who his followers are.  It turns out to be

19 only government witnesses.

20         But what you will see when you read this speech is first

21 that the government intercepted Dr. Al-Timimi's phone call to a

22 person overseas in which he made these comments in Arabic.  This

23 was not intended to be published in the United States.

24         And when you read the transcript, you won't even -- you

25 may not even believe it was intended to be published at all.

**Mr. MacMahon - opening statement**

20

1   Al-Timimi says, "Do whatever you want with this.  These are the

2   ravings of a mad man, but in my religion, I see omens and

3   associations with names and places."

4           He says that the U.S. is the greatest enemy of Muslims,

5   he does say that, and that Muslims around the world believe that,

6   but, Ladies and Gentlemen, that's the truth.  The Muslims around

7   the world believe that the United States is their greatest enemy.

8           When they see a dead Palestinian child killed in the

9   West Bank, they think of U.S. support for Israel.  When they see

10  what -- dying children in Iraq killed by American planes, the

11  Muslims around the world think that the United States killed those

12  Muslim people.  And that is not a crime to hold that belief.

13          Now, there's also in the Space Shuttle message a hope

14  that George Bush loses the next election.  There's a lot of

15  political speech in there as well, and you'll be able to sort it

16  out.

17          But I want you to know that when you look at the facts

18  of this case, there will be no evidence upon which you could

19  convict this man of the crimes that the government is charging him

20  with in this case, which are the most serious crimes he could

21  face.  You may hate him when this case is over.  You may not want

22  to ever see him again or hear anything that he has to say, but I'm

23  confident you will acquit him of the criminal charges that he's

24  facing.

25          Thank you very much.

21

1          THE COURT:  All right, thank you, counsel.

2          That concludes the opening statements.  We will take the

3    morning recess.  I ask the jury to be back here promptly at noon

4    to begin the evidence.  We'll recess until then.

5          (Recess from 11:45 a.m., until 12:08 p.m.)

6          *         *         *         *         *

7

8                    CERTIFICATE OF THE REPORTER

9      I certify that the foregoing is a correct excerpt of the

10   record of proceedings in the above-entitled matter.

11

12

13                              _____
                                          /s/
14                                Anneliese J. Thomson

15

16

17

18

19

20

21

22

23

24

25

1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | . | Criminal No. 1:04cr385 |
| | . | |
| vs. | . | Alexandria, Virginia |
| | . | April 4, 2005 |
| ALI AL-TIMIMI, | . | 10:00 a.m. |
| | . | |
| Defendant. | . | EXCERPT |
| | . | |

.   .   .   .   .   .   .   .   .   .   .

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE LEONIE M. BRINKEMA
UNITED STATES DISTRICT JUDGE

VOLUME I

APPEARANCES:

FOR THE GOVERNMENT:          GORDON D. KROMBERG, AUSA
                             United States Attorney's Office
                             2100 Jamieson Avenue
                             Alexandria, VA 22314
                               and
                             JOHN T. GIBBS, ESQ.
                             Counterterrorism Section
                             Criminal Division
                             United States Department of Justice
                             601 D Street, N.W.
                             Washington, D.C. 20004

FOR THE DEFENDANT:           EDWARD B. MAC MAHON, JR., ESQ.
                             107 East Washington Street
                             P.O. Box 903
                             Middleburg, VA 20118
                               and
                             ALAN H. YAMAMOTO, ESQ.
                             643 S. Washington Street
                             Alexandria, VA 22314

ALSO PRESENT:                S.A. WADE AMMERMAN
                             BOBBY WILLIAMS
                             S.A. JOHN WYMAN

(Pages 1 - 228)

COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES

**J.A. 144**

2

1    OFFICIAL COURT REPORTER:        ANNELIESE J. THOMSON, RDR, CRR
2                                    U.S. District Court, Fifth Floor
                                     401 Courthouse Square
3                                    Alexandria, VA 22314
                                     (703)299-8595
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

I N D E X

Opening Statement by Mr. Kromberg:                                    Page 5

|  | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| WITNESSES ON BEHALF OF THE GOVERNMENT: | | | | |
| Nabil Gharbieh | 28 | 90 | 131 | 138 |
| Muhammad Aatique | 140 | | | |

EXHIBITS

|  | MARKED | RECEIVED |
|---|---|---|
| GOVERNMENT'S: | | |
| No. 1C3 | | 226 |
| 1F1 | | 158 |
| 1J1 | | 56 |
| 1J2 | | 37 |
| 1J3 | | 57 |
| 1J4 | | 37 |
| 1J5 | | 58 |
| 1J6 | | 59 |
| 1J7 | | 35 |
| 1J8 | | 59 |
| 1J9 | | 60 |
| 1J10 | | 60 |
| 1J13 | | 62 |
| 3A8 | | 46 |
| 3H1 | | 36 |
| 7A42 | | 63 |
| 7C6 | | 210 |
| 7F2 | | 212 |
| 7F2a | | 213 |
| 7H12 | | 143 |

J.A. 146

4



EXHIBITS (Cont'd.)

| | MARKED | RECEIVED |
|---|---|---|

GOVERNMENT'S:

| No. 10A41 | | 34 |
| 10G4 | | 45 |
| 10J7 | | 181 |
| 10T1 | | 78 |

**Mr. Kromberg - opening statement**

5

Mr. Kromberg - opening statement

1                    P R O C E E D I N G S

2            *         *         *         *         *

3                    (Defendant and Jury present.)

4                    OPENING STATEMENT

5                    BY MR. KROMBERG:

6          Good morning, Ladies and Gentlemen.  As I said before,

7    I'm Gordon Kromberg; my colleague, John Gibbs; FBI Special Agent

8    John Wyman and FBI Special Agent Wade Ammerman are the case agents

9    on the case.  Bobby Williams is going to be helping by when we

10   refer to documents, put them on the screen to your right.

11          I think I can imagine how you might feel being selected

12   for jury duty in this case.  I'm not sure whether you'd

13   characterize it as something you really want to do, but it's a

14   responsibility, and you've been chosen, and you're going to do it

15   to the best of your ability.

16          It's a disturbing case.  The case is about this man

17   (indicating), who on September 16, 2001, the evidence is going to

18   show, came to a gathering of young men in Fairfax and told them,

19   he counseled them and he induced them to go fight against the

20   United States.

21          He said there is a -- the attacks on 9/11 were

22   triggering a global war against Islam, and the United States was

23   the greatest enemy of Islam in the world, and now was the time to

24   stand up for the side that they were on and that the side they

25   were on was not the United States.

**J.A. 148**

6

1      He counseled them and he induced them to go help the
2   Taliban, the organization that was running Afghanistan and
3   protecting Bin Laden, to go help the Taliban protect Bin Laden,
4   because the Taliban could have avoided getting attacked by turning
5   over Bin Laden, but he told them that the Taliban was right to
6   protect Bin Laden, and therefore, they should go help the Taliban.

7       This case is not about Islam.  It's irrelevant whether
8   Timimi is a representative of Islam, of mainstream Islam, of
9   extremist Islam.  It doesn't matter.  What matters is whether or
10  not he counseled and induced people to go fight against American
11  troops in Afghanistan, regardless of what the reason is.  It
12  doesn't matter if the reason is it's your religious duty.

13      We're not going to prove or attempt to prove what Islam
14  says or Islam does.  We're only going to attempt to prove what
15  this man did and what this man said to induce others to go fight
16  against Americans.

17      The background of the case is that Dar al-Arqam is an
18  Islamic center in Falls Church.  It specializes in teaching Islam
19  in the English language, which means that it specializes in
20  teaching Islam to people who did not grow up speaking Arabic,
21  people who did not or are not such experts in Islam.

22      Up 'til September 11, 2001, Ali Timimi was the primary
23  lecturer at Dar al-Arqam.  He was highly respected by the students
24  there.  He had lectured around the world.  He was like a rock
25  star.  You're going to see the brochures from the Ali Timimi Tour

7

1  in Australia in 2000.  I might have the year wrong, but he went
2  around on tour.

3          You can get his lectures on the Internet.  Don't do it,
4  as the judge said.  But you're going to see that his lectures are
5  sold around the world.  He's appeared around the world.  He was a
6  scholar.

7          And you're going to see that the witnesses, that the
8  people he spoke to, they weren't such scholars.  Several were
9  recent converts, and they knew very little about Islam other than
10 what they learned from Ali Timimi.  They were his students.  They
11 were his followers.  You'll hear them say that themself.  You'll
12 hear Special Agent Wyman testify that when he spoke to Ali Timimi,
13 Ali Timimi said the young men he spoke to, a lot of them held him
14 in awe.  Held him in awe.

15         You'll hear that these young men wanted to live their
16 lives as good Muslims, and what they understood to be living their
17 lives as good Muslims is based on what Ali Timimi told them.
18 You'll see that they regularly sought his guidance on all sorts of
19 things, from the most mundane parts of life to the most
20 significant parts of life, and you'll see that with respect to his
21 guidance in things both great and small, they did their best to do
22 what he told them to do.

23         This case is about what Ali Timimi told the young men,
24 who respected him, who revered him, and you'll see, they loved
25 him, and most of all, the young men who listened to him.

**J.A. 150**

8

1              Let me provide you a chronology of the facts as I expect
2    them to be presented.  In April 2000, a young man named Randall
3    Royer went to a training camp in Pakistan run by a group known as
4    Lashkar-e-Taiba.  That's Randall Royer on the screen.

5              I'm putting the pictures on the screen for now just
6    because some of the names are going to be very hard to remember
7    and unfamiliar.  Randall Royer you can remember.  He was an
8    American-born convert.

9              Anyway, Randall Royer went to a military training camp
10   run by a group called Lashkar-e-Taiba.  Lashkar-e-Taiba was an
11   Islamic group based in Pakistan that used to fight against the
12   Russians in Afghanistan, and since the Russians left Afghanistan,
13   they focus their attention on fighting Indians over Kashmir.

14             They pride themselves on providing free jihad training
15   to any young Muslim man who wants it.  You go to Pakistan, you go
16   to the jihad training camp, you show up, and they give it to you
17   free of charge.  They pride themselves on having trained tens of
18   thousands of mujahideen in fights to go fight all over the world.

19             You'll hear that Timimi personally knew the founder and
20   the leader of Lashkar-e-Taiba, a guy by the name of Hafiz Saeed.
21   You'll hear that Ali Timimi prided himself on his knowledge of
22   events affecting the Islamic world, because, you know, when he
23   goes around lecturing, people ask him questions, he's got to know.

24             You'll hear that Timimi was Internet savvy, computer
25   savvy, and he subscribed to the electronic newsletter of the LET,

**J.A. 151**

9

1  or Lashkar-e-Taiba.  Sometimes I refer to it as LET.  And the
2  bulletin was known as the Taiba Bulletin.

3        You'll hear that he admitted that he regularly visited
4  the website of the LET, and you'll hear that he told the young men
5  he advised at the Dar al-Arqam that the LET was a good
6  organization, or he would say it was on the sunnah, or the right
7  path, the correct path.

8        In August of 2000, another young man at Dar al-Arqam,
9  Ibrahim Al-Hamdi, who you see on the screen, he went to the
10 Lashkar camp in Pakistan, and when he came back, he brought with
11 him posters that reflect LET's ideology.  Here's one example.
12 That's one example of Lashkar's ideology that Ali Timimi says told
13 his followers they were on the right path.

14        You'll see that this was no aberration.  You'll see in
15 the Taiba Bulletin that Timimi subscribed to, the leader of LET,
16 his friend, Hafiz Saeed, said the real jihad is to kill the Jews
17 in their own homes, the right path.  This is what he's telling
18 young Muslim men, converts in Northern Virginia.

19        You'll see that the Taiba Bulletin that Timimi
20 subscribed to, the leader of the LET, his friend, Hafiz Saeed,
21 said that no truth of any kind can check the mujahideen from
22 jihad.  Muslims of Europe are teeming with jihadic passions which
23 would strike an end to the western civilization.  The right path,
24 the sunnah.

25        In August 2001, a third young man from Northern Virginia

1  went to the LET camps in Pakistan.  That was Seifullah Chapman,
2  another convert.  About that same time, Mohammed Aatique, a
3  Pakistani national working in American who was going to Dar
4  al-Arqam, decided to go as well, and then 9/11 happened.  Aatique
5  had decided in August he was going to go on September 19, and then
6  9/11 happened.

7       I'm not going to tell you about 9/11.  You know about
8  9/11.  But I am going to point out that the proof is going to show
9  that after 9/11, the newspapers were reporting that America was
10 getting ready to invade Afghanistan because of the Taliban's
11 unwillingness to give up Bin Laden.  It looked like we were going
12 to war.

13      And on September 16, while the World Trade Center was
14 still smoking, while at the Pentagon, people were picking through
15 the rubble at the Pentagon, Timimi came to speak at the house of
16 Yong Kwon.  Kwon was an American born -- well, he's not up there
17 yet.

18      There he is.  He was born in Indonesia, lived in
19 America, became a convert to Islam.

20      At the home of Yong Kwon.  Timimi came to Kwon's house
21 to talk about the proper response to the events of 9/11 and its
22 aftermath.  And so most of the time that Timimi was speaking,
23 there were six men there besides Kwon and Timimi.  There's
24 Aatique; there was Royer; there was Khwaja Hasan, with a picture
25 up there; there was Masaud Khan; there was Hammad Abdur-Raheem;

Mr. Kromberg - opening statement

11

1  and there was Caliph Abdur-Raheem.  The last two were converts.
2  Masaud Khan was American born from a Pakistani family and the same
3  with Khwaja Hasan.

4         At that meeting, at Timimi's direction, they pulled --
5  they closed the curtains, and they unplugged the phones for
6  security reasons.  And he told them no one should repeat what was
7  said that evening.

8         The evidence will be Timimi told them that very
9  turbulent times would be coming and they should take part in the
10 great jihad that was imminent, that an American attack on
11 Afghanistan was coming because of the Taliban's sheltering of Bin
12 Laden, and this would be the start of the end of times battle
13 between Muslims and the non-believers.

14         The American troops that were going to arrive in
15 Afghanistan would be legitimate targets of the violent jihad that
16 they had a duty to engage in.  The time had come for them to go
17 abroad to join the mujahideen, and if not in Afghanistan, then
18 elsewhere.

19         He said, you're going to hear, that Islam in the United
20 States was finished and they should all leave the United States.
21 Otherwise, their tax dollars would support bombs that would be
22 dropped on Muslims.  He said it was time to go and fight or at
23 least leave.

24         He said there were three steps:  repent, leave the
25 country, and join the mujahideen.

**J.A. 154**

1      He described a recent fatwa, an Islamic ruling, from a
2  sheikh, a leader, by the name of Uqla, and he cited it as support
3  of his position and said that even though there are a lot of --
4  you know, there are some problems with the Taliban, they are
5  Muslims, and they have the right to be supported by us.

6      At the meeting, you're going to hear that the group
7  said -- the group discussed the fact that they needed training
8  before they can just show up and fight, and you're going to hear
9  that Timimi said that Lashkar-e-Taiba provided the training and
10 they were on the right path.

11     Randall Royer, who had been to Lashkar-e-Taiba, said he
12 could help those guys get there by providing them the contacts.
13 Mohammed Aatique said, "Hey, I'm going anyway. I'm going to
14 Pakistan, and I already have my tickets, and if you want to
15 accompany me, I'll help you. I'm Pakistani."

16     The evidence will be that the guys at that meeting were
17 excited, and they were pumped up by what Timimi said. Khan, Kwon,
18 Hasan, and Aatique agreed to go to Lashkar to get military
19 training to prepare to go fight in Afghanistan.

20     They immediately started work on getting their visas and
21 their tickets. Right after that, within a day or two, Timimi meet
22 with Kwon and Hasan, and they told him that they had decided on
23 the basis of what he had said that they were going, and he
24 said, "Well, make sure, Kwon, if -- if Hasan gets pulled out of
25 line, you shouldn't go on your own, because you can't make it in

**J.A. 155**

13

1  Pakistan on your own.  Cry like a baby.  Ask for a lawyer."  He
2  gave him advice on how to get through security.

3           On September 19, 2001, just three days after this
4  meeting, Khan and Aatique boarded a plane for Pakistan.  The next
5  day, Kwon and Hasan boarded a plane for Pakistan.

6           Two days later, Royer was caught in the City of
7  Alexandria at a traffic stop with an AK-47 -- a legal AK-47, but
8  an AK-47 -- and 200 rounds of ammunition at a traffic stop.  About
9  a week later, he left, too, for Bosnia, where he had family, on
10 his way to Pakistan.

11          In Pakistan in October 2001, Kwon, Hasan, Aatique, and
12 Khan went through training.  They learned AK-47s.  They learned
13 machine guns.  They learned rocket-propelled grenades.  They
14 learned antiaircraft weapons.

15          After just a few days, Aatique said, "You know, this is
16 not a great idea."  He had second thoughts, and he went home.

17          Khan, Kwon, Hasan stayed through their, went through the
18 first 40-day set of trainings -- training.

19          Meanwhile, back in Virginia, the proof is going to show
20 that that meeting on September 16 was not an anomaly.  Timimi had
21 another meeting, this one early October, early to mid-October, and
22 this group included people you heard before:  Hamdi, Hammad,
23 Caliph, and a couple people you haven't heard before:  Donald
24 Surratt, another American-born convert, and Ali Asad Chandia, a
25 Pakistani national.

**J.A. 156**

14

1          This time, the evidence will show that Timimi spoke
2   about a fatwa from -- Islamic ruling -- from Safar Hawaali, a
3   Saudi, a religious leader, and this statement was called a
4   statement to the Ummah, the Ummah being the Muslim world, which
5   was like the Uqla fatwa, Timimi was using it to say that you
6   should support the Taliban.

7          Once again, you're going to hear that at that meeting,
8   Timimi said America was at war with Islam and would soon attack
9   the Taliban in Afghanistan, that they were obligated to help the
10  Taliban in the face of an attack by the United States.

11         The evidence will show Surratt said to Timimi, "I can't
12  go fight.  I have a family."

13         And Timimi said, "Well, that's okay.  If you can't, you
14  can't.  Just leave."

15         And Surratt left the country.

16         The evidence will show that Chandia immediately quit his
17  job, saying, "I have an emergency," and then immediately went and
18  got a passport, and then he left.  He went to Pakistan, and you'll
19  hear that as Kwon and Hasan were leaving LET after their 40 days
20  there were up, they ran into Chandia at the LET office in Lahore.

21         Kwon, Khan, and Hasan ended up not going -- they'll tell
22  you -- you'll hear, you'll hear that they didn't go to Afghanistan
23  after all.  By the time they could finish their training, the
24  border to -- between Pakistan and Afghanistan had been closed by
25  the Pakistani government, and because of the American military's

**J.A. 157**

1  skills, there was no war left.  There was no Taliban really left
2  to go fight for.

3          They get there early -- in late September, had a 40-day
4  training, and which the proof is going to show that by early
5  November, 2001, the Taliban was -- they didn't have a front to
6  defend.  So Lashkar-e-Taiba told them that Taliban was no longer
7  asking for foreign fighters and Lashkar would no longer help
8  arrange foreign fighters to get to Afghanistan.

9          Kwon stayed in Pakistan for a while and then went to
10  Korea, where he had family.  Hasan and Khan came back to the U.S.

11          In December 2001, Lashkar-e-Taiba attacked the Indian
12  parliament while it was in session, and then the United States
13  declared it a terrorist organization.

14          In 2002, Royer came home.  He never did make it to
15  Pakistan, although he tried.

16          In February 2003, the FBI executed a search warrant at
17  Timimi's house and found a will, the last will and testament of
18  Yong Kwon.  It turns out there was an innocent reason for Timimi
19  to have that will, but it was, it was a trigger:  Wait a minute,
20  let's talk to Yong Kwon.

21          Special Agent Ammerman telephoned Yong Kwon in Korea,
22  and this is an unbelievable part, an unbelievable story.  He calls
23  Yong Kwon and says, "Will you come talk to me about what
24  happened?"

25          And instead of saying, "No, I think I'll stay here in

1 | Korea and avoid all this," Kwon says, "Okay." And Kwon met
2 | Special Agent Ammerman in Hawaii.

3 |     They come to Hawaii, and Kwon voluntarily tells him what
4 | happens. He, you know, he -- first he gave him a cockamamy story,
5 | and the FBI says, "That's a cockamamy story," and Kwon says, "All
6 | right, I'll tell you what happened."

7 |     FBI says, "Will you come with us from Hawaii to Virginia
8 | to testify before the grand jury?"

9 |     Kwon scratches his head and says, "Okay." And Kwon came
10 | back to Virginia, testified before the grand jury.

11 |     The FBI says, "Would you be a cooperator and make
12 | consensual calls to your fellows?"

13 |     He says, "Okay," and he does.

14 |     He called -- you'll hear that he called Ali Timimi, and
15 | Timimi said among other things, "This call is being taped, you
16 | know." And he was right. But there was nothing significant said
17 | on that tape.

18 |     But there were tapes made of calls with Randall Royer,
19 | when Randall Royer said -- and you'll hear this -- talking about
20 | that 9/16 meeting, and this is April 2003, Randall Royer is
21 | telling Yong Kwon, "I swore to Sheikh Ali I would never tell what
22 | happened at that meeting."

23 |     And you'll hear Randall Royer talking -- when I say
24 | you're going to hear him talk, he talks and he talks and he talks,
25 | and you're going to hear him talking about how Sheikh Ali said to

1    go join the mujahideen.  And you hear Royer coaching Kwon because
2    Kwon's basically saying, "I'm going to say what -- I'm just going
3    to tell the truth because what else can I do?  I don't know what
4    else to do here.  I've got to" --

5            And Royer tells him, "Whatever you do, don't say
6    anything about Afghanistan.  They're going to try to get you to
7    talk about Afghanistan.  Don't talk about Afghanistan."

8            And of course, Kwon had already talked about Afghanistan
9    to the FBI.

10           In May of 2003, the FBI executed a search warrant at
11   Khan's house, and they found a terrorist manual, literally
12   terrorist manual, and it included an improvised munitions black
13   book.  It included something called the anarchist guide to
14   civilian warfare and sabotage.  And they also found a statement
15   from Usama Bin Laden from October 2001 basically saying, hey,
16   America got what it deserved on 9/11.  They found another AK-47,
17   legal, but another AK-47.

18           Much of the testimony in this case is going to be from
19   cooperating witnesses, people who heard what Timimi had to say in
20   September and October 2001 about going to help the Taliban.  These
21   witnesses have their issues.  First, their belief system and their
22   world view is going to appear strange and repellant to you.  They
23   may live in our community, but they live in a wholly different
24   world.

25           To them, the 9/11 attacks were justified, some of them.

1  To them, the problem with the 9/11 attacks was some Muslims got
2  killed.  To them, the American demands on the Taliban to turn over
3  Bin Laden were unjustified.

4          In their world, the Taliban was the regime to be the
5  most admired in the world because it was the truest to Islamic law
6  of any country in the world.  In their world, their obligations as
7  United States citizens or residents did not cause them to hesitate
8  to jump to defend the Taliban against the U.S. military.

9          In their world, mujahideen status as fighters against
10  the enemies of Islam caused them to be heroes, regardless of
11  whether they murdered helpless infidel prisoners in Chechnya,
12  regardless of whether they used homicide bomb attacks at pizza
13  places in Israel.  They were heroes.

14          This is the circle that many of the government's
15  witnesses traveled in, and it's the circle in which he was the
16  leader.

17          Second issue with the cooperating witnesses is they've
18  made -- some of them made false statements, inconsistent
19  statements.  They've shown a lack of candor.  They've made false
20  denials at times.

21          What you're going to see, though, is an interesting
22  thing about their failure to tell the complete truth.  They kept
23  trying to protect themselves and each other.  That's where their
24  lying was, protecting each other.

25          It's also important to recognize that their testimony,

19

1  the witnesses' testimony about what happened three years ago when
2  they saw the same events is not going to match up in every
3  respect, but you're going to find, I predict, at the end of the
4  case, when you go back and talk about what you saw, that your
5  recollections are going to differ about something that happened
6  just a couple days ago.  So they're not going to all match up in
7  every respect.

8        The cooperating witnesses, though, won't be alone.  As
9  the judge said, there's going to be other kinds of evidence as
10 well.  There's going to be the evidence that was found in the
11 search warrants.  There's going to demonstrative phone call tapes.
12 There's going to be the videotape of when Kwon met Royer in a
13 hotel room.

14       There's going to be testimony through Special Agent
15 Wyman about what Ali Timimi said to him in the course of a series
16 of interviews in 2003 and 2004.  You'll hear from Special Agent
17 Wyman that when he interviewed Ali Timimi, Timimi admitted that he
18 often spoke about violent jihad to audiences all around the world
19 and that he often fielded questions about it and that young men
20 often wanted to go engage in violent jihad and he would talk to
21 them about it.

22       He publicly lectured that all Muslims are sinners for
23 allowing infidels to occupy Muslim lands.  He publicly lectured --
24 you'll hear from Special Agent Wyman, who discussed it with Ali
25 Timimi -- that even before 9/11, at a question at a lecture, do

1  Muslims have an obligation to go fight overseas, he said, "Well,
2  if you have special military skills, you may have an obligation to
3  leave America and go fight."

4          And you're going to find that the young men at Dar
5  al-Arqam in this circle, they spent a lot of time, what they did
6  together was they trained for jihad some day, and then some day
7  came.  9/11, some day came.

8          You'll also hear Timimi talk about a concept called
9  hijra.  I think the judge mentioned it when she initially spoke to
10 you last week, hijra, the concept of migrating from Muslim land,
11 and what you're going to hear from Special Agent Wyman is that Ali
12 Timimi admits that hijra includes the concept of migrating to a
13 Muslim land to engage in jihad.  That's one of the purposes of
14 engaging in hijra:  to fight.

15         You'll also hear that Timimi's views on the events of
16 9/11 were basically those of Safar Hawaali, the Saudi sheikh who
17 did the statement to the Ummah.  You'll hear from Special Agent
18 Wyman Timimi said he was well acquainted with the statement to the
19 Ummah, and Special Agent Wyman summarized the statement to the
20 Ummah to Timimi as follows and asked Timimi if he agreed:  He said
21 the attacks were only wrong because the attackers acted on their
22 own, without consulting scholars, that even though they acted
23 wrongly by acting without consulting the scholars, they should
24 still be considered mujahideen if their intentions were good, and
25 that the attack -- the actions of the attackers were now history,

1  and Muslims had to determine whether they should abandon other
2  Muslims or stand by them regardless of whether they agree with how
3  the fight started.

4          And Special Agent Wyman will explain to you that Timimi
5  said, "Yes, that's what Hawaali said, and I agree with him" --
6  excuse me, "And I don't disagree with him."

7          So while the world view of some of the government's
8  witnesses is going to be repellant to you, you'll see it was not
9  by coincidence that Timimi -- that they were students of Timimi's.

10          You'll also hear Timimi said that somehow on that
11  meeting after September 16, he sensed that Kwon and Hasan were
12  going to go to a Lashkar camp. He doesn't know why. They didn't
13  say that, but he sensed it, so he discouraged them from going, and
14  he sent someone to talk them out of it.

15  ·          And Special Agent Wyman said, "Who?"

16          And Ali Timimi said, "I'm not telling you."

17          And then they met again a few months later, and John
18  Wyman said, "Who?"

19          And Ali Timimi said, "I'm not telling you because I want
20  to make sure that -- my lawyers and I are working with him to make
21  sure that he's going to tell you the same thing that he's told
22  me."

23          And then a year later, John Wyman said, "Who?"

24          And Ali Timimi said, "I'm not telling you."

25          You'll also hear that the first time that Ali Timimi

1  told the story, he didn't mention anything about having sent
2  anyone to tell Kwon and Hasan not to go.  So the second, third,
3  and fourth time, it was, "I'm not telling you."  The first time,
4  he didn't mention that at all.

5          In addition to what the cooperators -- cooperating
6  witnesses are going to say, in addition to what you're going to
7  hear from Special Agent Wyman, you're going to see that Ali Timimi
8  said for all the world to know that America is the greatest enemy
9  of Islam in the world.  It was the occasion of the crash of the
10 space shuttle in February 2003, when Ali Timimi said for all the
11 world to hear, you're going to hear him dictating this message to
12 be posted on the Internet, being sent to magazines in different
13 languages around the world, "Muslims everywhere were overjoyed at
14 the tragedy that befell their greatest enemy," talking about the
15 crash of the space shuttle, and Ali Timimi saw an omen in this for
16 the destruction of the United States and an end to 500 years of
17 western domination of Islam.  But not only was it an omen; he saw
18 it as glad tidings that he had that he saw this omen.

19         And what's important here, it's important -- we're not
20 asking that Ali Timimi be convicted because he thinks America is
21 the enemy or because he wants America to be destroyed.  This is
22 going to be consistent with what the witnesses have said.  When
23 the witnesses said, "He told us to go fight," this is consistent.

24         Don't, don't take this evidence about the space shuttle
25 as to convict Ali Timimi because he hates America.  That's not

1   what this is about.  We live in a country where you can -- if you
2   want to say that, you can say that.

3              THE COURT:  One minute.

4              MR. KROMBERG:  Thank you, Your Honor.

5              In addition to that, there are -- you're going to see
6   e-mails from Ali Timimi where he says, "Support the Taliban."  On
7   October 21, 2001, you're going to see his e-mail where he's
8   commenting on a fatwa by another sheikh by the name of Ghunayman,
9   where Ghunayman says, "Support the Taliban."

10             And somebody writes, "Well, I agree with Ghunayman, but,
11  you know, I suspect that Mullah Omar may really be the dajjal,"
12  the equivalent of the anti-Christ, "and, you know, the Taliban,
13  they could be Jews.  I'm a little uncomfortable about supporting
14  them."

15             October 21, 2001, Ali Timimi writes, "You know, some day
16  it may turn out that Mullah Omar is the dajjal, and it may turn
17  out that the Taliban really are Jews.  If so, we'll deal with it
18  then, but now they are Muslims, and we have an obligation with
19  respect to Mullah Omar, the Taliban, and the Arabs with them to
20  support them with our bodies, with our wealth, and with our word."

21             And who, by the way, and you're going to find out that
22  the Arabs with them, the Arabs with the Taliban is Al-Qaeda.
23  That's his words.

24             You're going to find a couple other e-mails along the
25  same lines.  They're going to corroborate what the witnesses said

**J.A. 166**

24

1   about what happened.

2          The judge instructed you what I say isn't evidence.

3   What my friend, Mr. MacMahon, and Mr. Yamamoto say is not

4   evidence.  What the witnesses say is evidence.  That's the

5   evidence, and when you hear it and when you see it, it will prove

6   the defendant is guilty as charged.  Thank you.

7          *          *          *          *          *

8          (Recess from 11:45 a.m., until 12:08 p.m.)

9                    (Defendant and Jury present.)

10         THE COURT:  All right, Mr. Gibbs, call your first

11  witness.

12         MR. GIBBS:  All right, Judge.  Our first witness is

13  Nabil Gharbieh, and actually, before I get to that, there's a

14  stipulation I'd like to read into the record, if I may.

15         THE COURT:  Yes, sir.

16         MR. GIBBS:  This is Stipulation No. 1, signed by the

17  government and the defense.

18         "The United States and the defendant hereby stipulate

19  and agree that:

20         "The Taliban, at all times relevant to this superseding

21  indictment until early 2002, was the ruling party that governed

22  the country of Afghanistan.  It was driven from power in late 2001

23  and early 2002 by a multinational coalition led by the United

24  States.

25         "Al-Qaeda, at all times relevant to this superseding

**J.A. 167**

1 indictment, was an international terrorist group found by Usama
2 Bin Laden and others, dedicated to opposing the United States and
3 many other governments with force and violence.  Bin Laden
4 declared a violent jihad against the United States and its
5 citizens, which he carried out through Al-Qaeda and its affiliate
6 organizations.  Beginning in or about 1996, Bin Laden and others
7 operated Al-Qaeda from Afghanistan, and forged close relations
8 with the Taliban.

9          "On July 4, 1999, President Clinton declared a national
10 emergency to deal with the threat posed by Al-Qaeda and the
11 Taliban.  Specifically, the president found that:

12          "[T]he actions and policies of the Taliban in
13 Afghanistan, in allowing territory under its control in
14 Afghanistan to be used as a safe haven and base of operations for
15 Usama bin Laden and the Al-Qaida organization who have committed
16 and threaten to continue to commit acts of violence against the
17 United States and its nationals, constitute an unusual and
18 extraordinary threat to the national security and foreign policy
19 of the United States.

20          "In Executive Order 13129, President Clinton prohibited,
21 among other things, United States persons from making or receiving
22 any contribution of funds, goods, or services to or for the
23 benefit of the Taliban.

24          "On October 9, 1999, the United States designated
25 Al-Qaeda a foreign terrorist organization pursuant to Section 219

26

1   of the Immigration and Nationality Act and redesignated it as such
2   on or about October 5, 2001.  In addition, at all times material
3   to this superseding indictment, the making of any contribution of
4   funds, goods, or services to Al-Qaeda by United States persons was
5   prohibited pursuant to Presidential Orders and regulations issued
6   under the International Emergency Economic Powers Act.

7          "On June 30, 2000, the national emergency with respect
8   to the Taliban was continued.  One year later, the national
9   emergency was again continued, pursuant to a finding by President
10  Bush that '[t]he Taliban continues to allow territory under its
11  control in Afghanistan to be used as a safe haven and base of
12  operations for Usama bin Laden and the Al-Qaida organization who
13  have committed and threaten to continue to commit acts of violence
14  against the United States and its nationals.'

15         "On September 11, 2001, in a coordinated attack against
16  the United States, terrorists affiliated with Al-Qaeda hijacked
17  four commercial airplanes.  They flew two of the planes into the
18  World Trade Center towers in Manhattan and one into the Pentagon
19  in Virginia.  The fourth plane crashed in Pennsylvania.  Thousands
20  of victims were killed or injured, and there was enormous
21  destruction of property.

22         "By September 13, 2001, newspapers reported that the
23  Bush administration won NATO support for a possible strike against
24  Usama Bin Laden and his supporters in Afghanistan, and was
25  pressuring Pakistan for intelligence and logistical backing.  That

**J.A. 169**

1  same day, newspapers further reported that the Taliban was bracing

2  for an imminent attack by the United States and sent its top

3  leader, Mullah Mohammad Omar, into hiding.

4        "In a nationally televised speech at the United States

5  House of Representatives on September 20, 2001, President Bush

6  demanded that the Taliban turn over bin Laden or face military

7  action.  After the Taliban refused those demands, the United

8  States and Allied forces attacked Al-Qaeda and engaged the Taliban

9  in combat to prevent it from allowing Al-Qaeda to use Afghanistan

10  as a base for terrorist acts against the United States and around

11  the world.

12        "Air strikes were launched against the Taliban in

13  Afghanistan on October 7, 2001.  American troops started the

14  ground war against the Taliban on or about October 20, 2001.  On

15  or about October 21, 2001, American commandos seized an airfield

16  in southern Afghanistan and then raided a compound of Taliban

17  leader Mullah Mohammad Omar.

18        "On or about November 10, 2001, the Taliban lost the key

19  city of Mazar-e-Sharif, and the northern provincial capitals of

20  Shibarghan, Aybak and Maimana.  By November 11, 2001, the Taliban

21  was being routed through northern Afghanistan.  On or about

22  November 13, 2001, the Taliban withdrew from the Afghan capital of

23  Kabul and Northern Alliance forces allied with the United States

24  took control of the city.  By November 15, Taliban forces had

25  retreated to Kandahar."

**Gharbieh - direct**

```
 1              And finally, "On December 24, 2001, the United States
 2   designated Lashkar-e-Taiba a foreign terrorist organization
 3   pursuant to Section 219 of the Immigration and Nationality Act."
 4              That concludes the stipulation, Judge.  Thank you.
 5              And, Judge, at this time, we would call Nabil Gharbieh
 6   to the stand.
 7              THE COURT:  All right.
 8              NABIL GHARBIEH, GOVERNMENT'S WITNESS, AFFIRMED
 9                        DIRECT EXAMINATION
10   BY MR. GIBBS:
11   Q.   Good afternoon, sir,
12   A.   Good afternoon.
13   Q.   Sir, would you please state your name for the record and also
14   spell it for the record?
15   A.   My name is Nabil Gharbieh.  N-a-b-í-l is my first name.  Last
16   name is G-h-a-r-b-i-e-h.
17   Q.   All right.  Sir, if you could pull the microphone up a little
18   bit, I think it will amplify your voice a little bit, but it's
19   important to keep your voice up so everyone can hear you.  Okay?
20   A.   Okay.
21   Q.   Mr. Gharbieh, which city do you live in?
22   A.   I live in Annandale, Virginia.
23   Q.   How long have you lived in Annandale, Virginia?
24   A.   Roughly 15 years.
25   Q.   Are you a U.S. citizen?
```

# Gharbieh - direct

1  A.   Yes, sir, I am.

2  Q.   Now, what is your educational background?

3  A.   I graduated from George Mason University with a degree in

4  communications.

5  Q.   And when did you graduate from George Mason with a degree in

6  communications?

7  A.   1998.

8  Q.   And what is your current occupation?

9  A.   I am a network engineer.

10  Q.   And could you tell us what a network engineer does?

11  A.   Maintains and manages a technical environment of computers.

12  Q.   And how long have you been a network engineer?

13  A.   About three or four years now.

14  Q.   Mr. Gharbieh, were you living in Annandale, Virginia, back on

·15  September 11, 2001?

16  A.   Yes, sir, I was.

17  Q.   And on that particular day, did you go to a gathering at the

18  Dar al-Arqam Islamic Center?

19  A.   Yes, I did.

20  Q.   Can you explain to the jury what the Dar al-Arqam Islamic

21  Center is?

22  A.   The Islamic Center, CIIE were the initials, Center for

23  Islamic Information and Education, was a -- it used to be a study

24  circle at a sheikh by the name of Sheikh Jaafar Idris's house.  He

25  used to teach us Islamic studies, and Dr. Ali Al-Timimi used to

1  sit in on these lectures, and he used to teach at the end.

2          And the class got very popular and grew, and as it grew

3  and demand for women wanted to attend, because it was such a small

4  group, it was men at first, and women requested, so we got

5  together, myself, Dr. Ali Timimi, Yousuf Idris, Sheikh Jaafar

6  Idris, Haytham Hantash, and some others, and we formed this

7  organization called Dar al-Arqam where we would teach Islamic

8  studies.

9  Q.   And was this teaching Islamic studies in English?

10  A.   Yes, sir, it was.

11  Q.   So was it primarily to recent converts to Islamic?

12  A.   Or people learning the faith whose native language was

13  English, yes.

14  Q.   All right.  And just for the record, you -- I'm sorry.  Okay.

15          Just for the record, you listed the name of a number of

16  people -- names of a number of people who helped establish the Dar

17  al-Arqam, including yourself.  I want to go through those just so

18  you could spell those for the record, if you would.  The first one

19  you mentioned was Sheikh Jaafar Idris.

20  A.   Yes, sir.  I guess that would be J-a-f-a-r I-d-r-i-s.

21  Q.   All right.  And you also mentioned a Yousuf Idris?

22  A.   Yes.  Y-u-s-u-f I-d-r-i-s.

23  Q.   All right.  And what was the relationship between Jaafar

24  Idris and Yousuf Idris?

25  A.   Father and son.

**Gharbieh - direct**

```
 1  Q.   Who was the father?
 2  A.   Sheikh Jaafar Idris.
 3  Q.   And you also mentioned an individual by the name of Haytham;
 4  is that correct?
 5  A.   Yes.
 6  Q.   What's Haytham's full name?
 7  A.   H-a-y-t-h-a-m is his first name, and his last name is, I
 8  think it's Hantash, H-a-n-t-a-s-h.
 9  Q.   And then you mentioned Ali Al-Timimi, that he was one of the
10  founders as well; is that correct?
11  A.   Yes, sir.
12  Q.   All right.  Is Ali Al-Timimi here in the courtroom?
13  A.   Yes, sir, he is.
14  Q.   All right.  Would you please point him out for the jury and
15  just indicate what he's wearing?
16  A.   He's the gentleman in the middle with the beard.
17           MR. MAC MAHON:  We'll stipulate to the identification.
18           THE COURT:  All right.
19           MR. GIBBS:  All right, thank you.
20  Q.   Now, you said that you and these other people established the
21  Dar al-Arqam Islamic Center.  Roughly when was that?
22  A.   To the best of my recollection, it would have been around '99
23  or 2000.
24  Q.   And where was the Dar al-Arqam located when you and these
25  other people helped to establish it?
```

**Gharbieh - direct**

1  A.   Falls Church, Virginia.

2  Q.   Now, you mentioned that, you know, the names of the people

3  that helped to set it up.  Was there some sort of a board or a

4  governing authority for Dar al-Arqam?

5  A.   I guess similar to a board.

6  Q.   Okay.  And you say "similar to a board."  Who would the

7  members on this entity that's similar to a board have been?

8  A.   Dr. Ali Al-Timimi; Sheikh Jaafar; Yousuf; Mohammad

9  Al-Qahtani, who was another person who helped form it.  It would

10 probably be them.

11 Q.   Okay.  So basically, it's the people you just named with the

12 exception of the Mohammad Al-Qahtani, and again, I'll ask if you

13 could please spell his name for the record as well.

14 A.   M-u-h-a-m-m-a-d  A-l-Q-a-h-t-a-n-i.

15 Q.   All right, thank you.

16       Now, some of the people you mentioned that were part of

17 the board at Dar al-Arqam, one of the ones I wanted to ask about

18 was Sheikh Jaafar Idris.  What was the relationship between Sheikh

19 Jaafar and Ali Al-Timimi?

20 A.   I guess Sheikh Jaafar was -- he's a scholar in our faith, the

21 Islamic faith, and Dr. Ali Timimi was more of -- aside from a

22 friendship, Dr. Ali would have respected Sheikh Jaafar as an elder

23 and faith and in age.

24 Q.   All right.  So Sheikh Jaafar was older than Ali Timimi?

25 A.   Yes, sir.

**Gharbieh - direct**

1  Q.   And you said there was a friendship between them as well; is

2  that correct?

3  A.   Yes, sir.

4  Q.   Now, what was the relationship between Yousuf Idris and Ali

5  Timimi?

6  A.   That of a friendship.

7  Q.   Now, what was -- other than being on the board or part of the

8  governing body for Dar al-Arqam, what was Ali Timimi's role at the

9  Dar al-Arqam?

10 A.   A lecturer.

11 Q.   And if you could, tell us who were the most regular lecturers

12 at Dar al-Arqam.

13 A.   Unless we had a substitute, it was Dr. Ali Al-Timimi.

14 Q.   So he was the person who lectured there the most?

15 A.   ·Yes, sir.

16 Q.   Now, prior to September 11, 2001, what was your relationship

17 with Ali Timimi like?

18 A.   Prior to 2001?

19 Q.   Yes, sir.

20 A.   I was getting to know Dr. Ali Al-Timimi roughly around '99,

21 '98 and -- from '97 from him teaching at Sheikh Jaafar's house,

22 just getting to know him through the classes, escalating to a

23 point where we, you know, formed Dar al-Arqam together.

24 Q.   And would you attend his lectures on a regular basis?

25 A.   Yes, sir.

**Gharbieh - direct**

1  Q.   All right.  If I could, I'd like to have you take a look at

2  Government's Exhibit 10A41.

3           THE COURT:  Any objection to that?

4           MR. MAC MAHON:  No objection, Your Honor.

5           THE COURT:  All right, it's in.

6           (Government's Exhibit No. 10A41 was received in

7  evidence.)

8           MR. GIBBS:  We can go ahead and put it on the board

9  then -- or on the screen then.

10          THE COURT:  Mr. Gibbs, unless you blow it up, I don't

11 think it's going to help the jury a whole lot.

12          MR. GIBBS:  Right.  Yeah, if we can enlarge that top

13 part, that would be great.

14 Q.   All right.  And, Mr. Gharbieh, you can take a look probably

15 at the TV screen.  Can you see that?

16 A.   Yes, sir, I can.

17 Q.   All right.  Now, what is this document that you're looking

18 at, 10A41?

19 A.   This is an e-mail in reference to a trip that I myself along

20 with Abdullah Zikria helped form to Delaware with Dr. Ali

21 Al-Timimi.

22 Q.   And what was the purpose of this trip to Delaware with

23 Dr. Ali Al-Timimi?

24 A.   He had a friend whose -- who was an imam of a mosque there

25 that I guess they were either building or rebuilding, and it was a

**Gharbieh - direct**

1   mosque, like, in a poor neighborhood, and he wanted to visit them,
2   and he was to give a lecture over there.
3   Q.   Who was to give a lecture over there?
4   A.   Dr. Ali Al-Timimi.
5   Q.   All right.  Now, it lists the names of six brothers here.  If
6   you could just for the record identify who these people are?
7   A.   Haroon Zikria was the, was the cousin of Abdullah Zikria.
8   They helped us get the -- in reference to me, they helped us get
9   the land where we did some paintball.  And Ibrahim Al-Hamdi was a
10  person who did -- who was a friend.  All these guys are friends
11  who we went paintballing with, Yong Kwon and Seif Chapman and
12  myself.
13  Q.   All right.  Now, I'd like to show you some photographs, and
14  just indicate if these are some of the people listed in this
15  e-mail.  First we'll pull up Exhibit 1J7, if we could.
16              THE COURT:  Are you going to move these pictures in as
17  you're discussing them?
18              MR. GIBBS:  I can, Judge, sure, if that's easier, or I
19  can do them at the end.
20              THE COURT:  Well, let's get them going as you're going.
21  Any objection to any of the photographs going in of the
22  individuals?
23              MR. MAC MAHON:  Not of this series, Your Honor.
24              THE COURT:  All right, 1J7 is in.
25              (Government's Exhibit No. 1J7 was received in evidence.)

**J.A. 178**

**Gharbieh - direct**

```
 1  BY MR. GIBBS:
 2  Q.   And can you for the record identify --
 3  A.   Yong Kwon.
 4  Q.   All right.  And he's one of the people listed in that e-mail?
 5  A.   Yes, sir.
 6  Q.   And how about, I believe we had Exhibit 3H1?
 7            THE COURT:  All right, that's also in.
 8            (Government's Exhibit No. 3H1 was received in evidence.)
 9            THE WITNESS:  That's Ibrahim Al-Hamdi.
10  BY MR. GIBBS:
11  Q.   And I think we have a better picture of him.  If we can pull
12  up 1J2?
13  A.   Yeah, Ibrahim Al-Hamdi.
14  Q.   That's him, okay.
15            He's also listed in that e-mail, correct?
16  A.   Yes, sir.
17  Q.   All right.  Now, have you ever seen Ali Al-Timimi at Ibrahim
18  Hamdi's house before?
19  A.   Yes, sir, I have.
20  Q.   How did that come about?
21  A.   I think on two occasions at Dar al-Arqam after Dr. Ali would
22  teach a class, we would go to have dinner afterwards, and on two
23  of the occasions, twice they were at Ibrahim Al-Hamdi's house.
24  Q.   All right.  And you said we would go have dinner elsewhere.
25  Do you recall anybody else that was there at Ibrahim Al-Hamdi's
```

**Gharbieh - direct**

1  house when Timimi had dinner there?

2  A.    It was roughly 30 to 40 people.  It was a lot of people.

3  Pretty much the people that were listed in this e-mail with the

4  exception of Seif Chapman.  Ibrahim Al-Hamdi himself, Abdullah

5  Zikria, myself, just the people, regular attendees at Dar

6  al-Arqam.

7  Q.    And regular attendees of Ali Al-Timimi's lectures?

8  A.    Yes, sir.

9  Q.    All right.  And you mentioned Seif Chapman.  If we could pull

10  up Exhibit 1J4 and have you identify that?

11  A.    That's Seif Chapman.

12  Q.    And he's also listed in that e-mail?

13  A.    Yes, sir.

14        MR. GIBBS:  And again, we'd move this one in as well.

15        THE COURT:  Yes, 1J2 and 1J4 are both in.

16        MR. GIBBS:  Thank you.

17        (Government's Exhibit Nos. 1J2 and 1J4 were received in

18  evidence.)

19  BY MR. GIBBS:

20  Q.    Now, going back to the e-mail regarding to the Delaware trip

21  for a moment, in that e-mail, you refer to Ali Al-Timimi as

22  "Sheikh."  Can you explain what the term "sheikh" means?

23  A.    Literal definition is either an older person you call him out

24  of respect, or a person more knowledgeable than you in the faith

25  out of respect, and Dr. Ali was both.

**Gharbieh - direct**

1   Q.   All right. So you were using "sheikh" in both terms?

2   A.   Yes, sir.

3   Q.   And when you say more knowledgeable in the faith, in the

4   faith of what?

5   A.   Islam.

6   Q.   Now, what exactly was your role in helping organize this trip

7   to Delaware, if anything?

8   A.   I don't know who rented the car. I didn't do too much other

9   than -- I don't remember who, who rented the van. I think it was

10   Abdullah, but we just -- I coordinated the brothers through the

11   e-mails, and we went out together.

12   Q.   All right. So you were, you were essentially informing

13   Timimi of the status of the trip?

14   A.   Yes, sir.

15   Q.   And just describe briefly what happened at Delaware. What

16   did you do up there?

17   A.   We went and visited his friend, who was an imam at a mosque,

18   and we had dinner afterwards.

19   Q.   And did Timimi speak?

20   A.   Yes, sir, he did.

21   Q.   And did the group travel back together from Delaware in that

22   same van?

23   A.   Yes, sir, we did.

24   Q.   And on the ride back from Delaware, did Timimi speak to the

25   group while referring to a particular book?

**Gharbieh - direct**

1  A.   Yes, he did.

2  Q.   And could you describe what happened?

3  A.   One of the books that we were going -- or the only book that

4  I recollect was a green booklet called 40 Hadeeths on Jihad.

5         THE COURT:  I'm sorry, called what?

6         THE WITNESS:  40 Hadeeths -- h-a-d-d-i-t-h-s, I would

7  say -- traditions of the Prophet Muhammad.

8  BY MR. GIBBS:

9  Q.   All right.  So "hadeeths" mean traditions of the Prophet?

10  A.   Yes, sir.

11  Q.   And what does "jihad" mean?

12  A.   Jihad is a struggle that ranges from protecting your house,

13  protecting yourself, your community, to the highest state of

14  jihad, which is fighting against your evil desires.

15  Q.   And can it also mean fighting in the sense of combat?

16  A.   Yes, sir.

17  Q.   And how long was Timimi reading from this 40 Hadeeths on

18  Jihad from the trip back to Delaware?

19  A.   I think he only read three or four of the hadeeths, each

20  hadeeth maybe taking a page or two.

21  Q.   All right.  Now, moving forward from this Delaware trip, have

22  you ever heard Timimi in other instances discussing if there are

23  any legitimate jihad movements in the world which are following

24  the proper creed?

25  A.   Dr. Ali's been asked that question maybe numerous times at

**Gharbieh - direct**

1  Dar al-Arqam as well as anywhere else in regards to are there, are

2  there groups, jihad groups who train for the state of jihad that

3  creed -- from a creed perspective are on the proper creed, and

4  Dr. Ali's opinion to the best of my recollection, hearing it

5  several times, would be no, but the closest ones would be that of

6  just due to -- he didn't have too much knowledge about the creed

7  of the two groups, the group out in Chechnya and LET, which is

8  Lashkar-e-Taiba, and he said that these two groups were closer to

9  the proper creed than other creeds that he definitely disagreed

10  with.

11  Q.   And what, what is your understanding of what it means to

12  follow the proper creed?

13  A.   To follow the correct understanding of Islam.

14  Q.   And you said that you've heard him ask these questions on

15  multiple occasions.  How would these questions come up?

16       MR. MAC MAHON:  Your Honor, object.  If we could get a

17  time frame here, please?

18       THE COURT:  All right, sustained.

19  BY MR. GIBBS:

20  Q.   Now, these questions that you talked about, did these occur

21  prior to September 11, 2001?

22  A.   Yes, sir.

23  Q.   And do you know roughly within which time frame you recall

24  these questions being asked?

25  A.   At the time where the Chechen struggle was in its prime in

**Gharbieh - direct**

1    the news.

2    Q.   And how would these questions come up?

3    A.   Questions and answers after the lecture Dr. Ali would give.

4    Q.   All right.  So people from the audience would ask these

5    questions?

6    A.   Yes, sir.

7    Q.   Now, you mentioned the two groups.  You mentioned Chechnya,

8    and you mentioned Lashkar-e-Taiba.  Let's start with

9    Lashkar-e-Taiba.  Who do you know -- well, first of all, what is

10   Lashkar-e-Taiba to the best of your knowledge?

11   A.   A group out in Pakistan who held training camps for jihad.

12   Q.   And jihad specifically where?

13   A.   In Pakistan.

14   Q.   And how do you know about Lashkar-e-Taiba?

15   A.   I've heard the name from Ibrahim Al-Hamdi and in

16   question-and-answer sessions.

17   Q.   Okay.  Other than Ibrahim Al-Hamdi and the

18   question-and-answer sessions, did you ever talk to anybody else

19   who discussed Lashkar-e-Taiba?

20   A.   Not to the best of my recollection.

21   Q.   And Timimi had said that although it may not be perfect, it's

22   closest -- LET is closer to the perfect -- to the proper creed?

23            MR. MAC MAHON:  Your Honor, that's a leading question.

24            THE COURT:  Sustained.

25   BY MR. GIBBS:

**J.A. 184**

**Gharbieh - direct**

```
1   Q.   All right.  If you could just summarize what Ali Timimi said
2   about Lashkar-e-Taiba in terms of following the proper creed?
3             MR. MAC MAHON:  That's asked and answered, Your Honor.
4             THE COURT:  I think that is repetitious, and so I'm
5   going to sustain that objection.
6             MR. GIBBS:  All right, I'll move on, Judge.
7   Q.   You also mentioned a second group that he talked about
8   related to the struggle in Chechnya; is that correct?
9   A.   Yes, sir.
10  Q.   And when Timimi answered these questions, did he refer to any
11  particular individuals?
12            MR. MAC MAHON:  Same objection as to the time frame,
13  Your Honor.  How do we know this is pre-9/11?
14            THE COURT:  Well, he's given a non-date-related
15  orientation; I mean, I heard his earlier testimony; but can you
16  give a time frame at least by year as to what we're talking about
17  here?
18            THE WITNESS:  2000.
19            THE COURT:  2000?  All right, go ahead.
20  BY MR. GIBBS:
21  Q.   And would he talk about these issues on more than one
22  occasion?
23            THE WITNESS:  Your Honor, 2000 and 2001, but definitely
24  pre-September 11.
25            THE COURT:  All right.  We're talking about Chechnya
```

# Gharbieh - direct

1  now.

2        THE WITNESS:  Chechnya probably -- it would probably be

3  2001 but pre-September 11.

4        THE COURT:  All right, go ahead.

5  BY MR. GIBBS:

6  Q.  And would he talk about Lashkar-e-Taiba and the struggle in

7  Chechnya on more than one occasion to your recollection?

8  A.  Aside from one -- aside from one session that was on the

9  Buddhist statue, I don't recollect that he gave a speech

10  specifically about that, but he was asked during the

11  question-and-answer sessions questions.

12  Q.  About Chechnya?

13  A.  About Chechnya, yes, sir.

14  Q.  And he also talked about it during a lecture on the Buddhist

15  statues?

16  A.  Yes, sir.

17  Q.  And is that related to the destruction of the Buddhist

18  statues in Afghanistan?

19  A.  Yes, sir.

20  Q.  Now, in any of his conversations about -- or any of his

21  statements about Chechnya, did he refer to any particular

22  individuals?

23  A.  In regards to Lashkar-e-Taiba, I never heard him mention an

24  individual.  In regards to the Chechen jihad, the name -- the most

25  popular name was brought up, Omar Khatab.

# Gharbieh - direct

44

1  Q.  Okay.  And it's Omar Khatab?

2  A.  Khatab.

3  Q.  Could you spell that for the record?

4  A.  I think it would roughly be O-m-a-r, last name

5  A-l-K-h-a-t-i-b.

6  Q.  All right.  Was he ever referred to as Ibn Khatab?

7  A.  Probably Ibn Khatab, yes.

8  Q.  And who is Omar Khatab or Ibn Khatab?

9  A.  From my understanding, he was the leader of the Chechen

10  jihad.

11  Q.  And how did you gain this understanding about Ibn Khatab?

12  A.  Different lectures from different -- not just Dar al-Arqam,

13  from different places:  the Internet, qoqaz.net, which is a

14  website, q-o-q-a-z.net; the news.

15  Q.  Now, qoqaz.net, is that a website dedicated to a particular

16  topic?

17  A.  Jihad.

18  Q.  And is it related to jihad in a particular area?

19  A.  Chechnya.

20  Q.  And is this a website that you've looked at yourself?

21  A.  Yes, sir.

22  Q.  And is it a website that some of the other, some of the other

23  brothers that you knew from Dar al-Arqam also looked at?

24  A.  Yes, sir.

25  Q.  And specifically who if you can recall?

# Gharbieh - direct

1  A.    Yong Kwon; Ibrahim Al-Hamdi; myself; Seif Chapman; Caliph

2  Basha, K-h-a-l-i-f B-a-s-h-a.  Probably a lot of -- it's a very

3  popular site because it reported the news, so a lot of -- I really

4  don't know anybody who didn't -- nobody I knew didn't see that

5  website or read over it.

6  Q.    All right, thank you.

7          Now, you mentioned this Khatab individual.  If we could

8  pull up Exhibit 10G4 so you could take a look at it?

9          And do you recognize 10G4?

10 A.    That's him, sir.

11 Q.    That's Khatab?

12 A.    Khatab.

13          THE COURT:  Any objection to that going in?

14          MR. MAC MAHON:  No, Your Honor.

15          THE COURT:  All right, it's in.

16          (Government's Exhibit No. 10G4 was received in

17 evidence.)

18 BY MR. GIBBS:

19 Q.    And what was it that Timimi said about either Khatab or the

20 jihad in Chechnya as far as why they were very close to following

21 the proper creed?

22 A.    I don't recollect the answer to that question, sir.

23 Q.    Okay.  And can you explain what it means to follow the proper

24 creed?

25          MR. MAC MAHON:  Your Honor, I object to that.  If he

1   doesn't remember what Dr. Al-Timimi says, I don't see the

2   relevance of the testimony.

3            THE COURT:  Well, the answer needs to be what you recall

4   Dr. Al-Timimi saying would be the creed, and if he hasn't said

5   that, then you can't answer the question.

6            THE WITNESS:  I wouldn't be able to answer that

7   question.

8            MR. GIBBS:  Okay.  That's fine.

9   Q.   Next what I'd like to do is have you take a look -- I think

10  we'll use Elmo for this -- this is part of Exhibit 3A8, Judge.

11           THE COURT:  Wait.  Before you put it on, is there any

12  objection to 3A8?

13           MR. MAC MAHON:  No, Your Honor, no objection.

14           THE COURT:  All right.  3A8, is that right, Mr. Gibbs?

15           MR. GIBBS:  Correct, Judge.

16           THE COURT:  That's in.

17           (Government's Exhibit No. 3A8 was received in evidence.)

18  BY MR. GIBBS:

19  Q.   And, Mr. Gharbieh, do you recognize this?

20  A.   Yes, sir, I do.

21  Q.   What is it?

22  A.   It's a label to a DVD that -- or a CD that I ordered called

23  "Russian Hell 2000" that was also on the website for free,

24  indicating -- I mean, showing clips of the Chechen jihad.

25  Q.   And you said you ordered it.  How many copies did you

**Gharbieh - direct**

1  actually order?

2  A.  I ordered two.

3  Q.  And what was the purpose of ordering two of them?

4  A.  One was for Seif Chapman.

5  Q.  And why did you want to get one for him?

6  A.  He requested one.

7  Q.  And --

8  A.  I told him I was getting one, and he told me to grab him one.

9  Q.  And did you order this online?

10 A.  Yes, sir, I did.

11 Q.  Now, did you show this DVD to any of your friends?

12 A.  I don't recall myself specifically showing it to somebody,

13 but I let people borrow it.  I don't have anyone -- I forgot who

14 took it from me.

15 Q.  But you loaned it out to somebody --

16 A.  Yes, sir.

17 Q.  -- and no longer have it?

18 A.  No, sir, I don't have it.

19 Q.  All right.  Now, do you recall a particular scene from this

20 DVD that depicts Ibn Khatab?

21 A.  A couple of scenes, yes, sir.

22 Q.  Okay.  Do you recall one that involves a Russian prisoner?

23 A.  Yes, sir.

24 Q.  Okay.  And if you could just -- well, actually, if we could

25 play that, Judge?

## Gharbieh - direct

48

```
 1            THE COURT:  All right.  Any objection?
 2            MR. MAC MAHON:  I made a prior objection.  We can
 3   approach the bench if you want, Your Honor.
 4            THE COURT:  Well, if there's nothing changed, then --
 5            MR. MAC MAHON:  Same objection that I made before.
 6            THE COURT:  All right, I've ruled that this is
 7   admissible.  And you're going to play it now?
 8            MR. GIBBS:  Yes, Judge.
 9            THE COURT:  For purposes of the record, what exhibit
10   number is this?
11            MR. GIBBS:  3A8.
12            THE COURT:  It's still part of 3A8, all right.
13            MR. GIBBS:  Yes, Judge.  This was the cover, and this is
14   the DVD itself playing.
15            THE COURT:  All right, that's fine.
16            Now, I just want to make sure that all the jurors can
17   see.  The jurors on the far end, are you able to see the screen
18   all right?  Yes?
19            A JUROR:  When they isolate it and enlarge it, yes.
20            THE COURT:  All right.  If not, what we may want to do
21   in the afternoon is see if we can get another small screen to put
22   on the end of your table so that the jurors on this end can get
23   the same access.  We'll try to work that in by this afternoon.
24            MR. GIBBS:  Okay.  That would be good, Judge.  Thank
25   you.
```

**Gharbieh - direct**

```
 1            (Excerpt of Government's Exhibit 3A8 was played.)
 2   BY MR. GIBBS:
 3   Q.    All right.  Now, Mr. Gharbieh, is that one of the scenes that
 4   you recall seeing in the "Russian Hell 2000" DVD?
 5   A.    Yes, sir.
 6   Q.    And did you recognize Khatab in any of that video?
 7   A.    Yes, sir.  He's the one that did the shooting at the end.
 8   Q.    And at the very end, there was some music playing.  Is there
 9   a particular term for that type of music that we heard?
10   A.    It's actually Koran.  That was actually a verse in the Koran.
11   Q.    Okay.  And this was the, one of the scenes from the "Russian
12   Hell 2000" DVD, but was this footage also available on the Qoqaz
13   site as well?
14   A.    Yes, sir.
15   Q.    All right.  Now, I'd like to move forward from that if I
16   could.  You mentioned that in 2000, when you went on the trip to
17   Delaware, that Yong Kwon was one of the people that went with you,
18   correct?
19   A.    Yes, sir.
20   Q.    Now, how did you and Yong Kwon first meet?
21   A.    I knew Yong just by face, but I was formally introduced to
22   him in a place called Ravi Kabob, R-a-v-i Kabob, in Arlington,
23   with Dr. Ali Al-Timimi.  He introduced us.
24   Q.    And during that -- and was it at Ravi Kabob that you and Yong
25   Kwon were first formally introduced to one another?
```

**Gharbieh - direct**

1  A.   Yes, sir, that was the place.

2  Q.   And during that first meeting, did the two of you, meaning

3  you and Yong Kwon, discuss the notion of jihad?

4  A.   Yes, sir, we did.

5  Q.   And what did the two of you discuss?

6  A.   We were talking about maybe forming a group like -- and go

7  out and do some paintballing for personal jihad training.

8  Q.   And what's the connection between paintball to personal jihad

9  training?

10 A.   It was multi-purposed.  One was -- the obvious was the

11 combat, and then it was also for personal struggle because you're

12 out there with no food and in the heat, overdressed, and it helped

13 you overcome struggles within yourself and patience.

14 Q.   And why did you and Yong Kwon feel like it was beneficial to

15 start this personal jihad training?

16 A.   We -- we believed that this was part of our faith.

17 Q.   And where did you get that understanding from?

18 A.   Different lectures, different articles, different articles on

19 the Internet.

20 Q.   And you say different lectures.  What lectures, if any, did

21 you hear that gave you this understanding of the benefits of

22 personal jihad training?

23 A.   It's a hard question to answer because it's such a wide topic

24 that it's rare to find a person on a scholarly level that didn't

25 talk or address that topic of jihad.  Chechnya was a hot topic at

**Gharbieh - direct**

1   the time.  It was a motivating factor.  The topics would come up
2   at Dar al-Arqam during questions and answers, and we just felt
3   like this was something that because we weren't partaking in a
4   real jihad, that we felt like by doing this, we would fulfill our
5   duties.
6   Q.   And did you and Yong Kwon, in fact, start a personal jihad
7   training group?
8   A.   Yes, sir, we did.
9   Q.   And who did you invite to join this group?
10  A.   The paintball group was -- we ran it -- myself and Yong Kwon
11  ran the idea by Caliph Basha and Idris Surratt and -- Idris
12  Surratt and Hammad -- and I can't remember his last name -- Hammad
13  is H-a-m-a-d, Idris Surratt, I-d-r-i-s S-u-r-r-a-t -- and they
14  were friends that I've known just seeing them at the mosque, and I
15  was talking to Yong, and we were looking for people who wanted to
16  partake in the paintballing, and I ran it by Caliph, excuse me,
17  myself and Yong ran it by Caliph, and he said that he knew -- he
18  was thinking along the same lines as well, and he wanted to do the
19  same thing, and he knew a couple of brothers that wanted to do the
20  same thing.
21          So we said, "Okay.  Bring who you want to bring, and
22  we'll bring who we want to bring, and then we'll start
23  paintballing."
24  Q.   And after you started doing this, did Timimi ever find out
25  about the personal jihad training?

**J.A. 194**

52

## Gharbieh - direct

1   A.   Yes, he did.

2   Q.   All right.  How did he find out about it?

3   A.   Myself and Yong Kwon approached him and maybe some others

4   that I can't recollect, and we told him this was something that we

5   were doing.

6          MR. MAC MAHON:   Your Honor, if we could get the time

7   frame on this, please?

8          THE COURT:   Yes.

9          THE WITNESS:   Pre-September -- time frame would be

10  around, probably around June of -- probably around June of -- I'm

11  sorry, the best I can do is the year, and it would be around 2000.

12          THE COURT:   All right.

13  BY MR. GIBBS:

14  Q.   All right.  And you said you and Yong Kwon and perhaps some

15  others approached him, and what did you tell him?

16  A.   That we were doing, we were doing this paintballing, and we

17  got people together, and we just ran it by him.

18  Q.   And what was the purpose that you wanted to run this by him?

19  A.   Being that he was our respected both elder and knowledge

20  person we looked up to, we wanted to run it by him more than

21  likely for his, you know, his opinion and his acceptance of it.

22  Q.   And did he give you his opinion and his acceptance of it?

23  A.   Not -- no, not really.  No.  He -- we just ran it by him, and

24  he just, I guess, accepted it that we were doing it.  He didn't

25  say not to or, "I applaud this; keep doing it."

**J.A. 195**

1   Q.   And was there anybody else that you wanted to run this by

2   that you were doing it other than Ali Timimi?

3   A.   No, sir.

4   Q.   Now, other than telling -- and was this pretty soon after you

5   had started this personal jihad training group that you told

6   Timimi about this?

7   A.   Yes, sir.

8   Q.   All right.  Was there any other time other than that first

9   time that you also discussed with Timimi this personal jihad

10  training that you were engaged in?

11          MR. MAC MAHON:  Your Honor, objection to the form of the

12  question.  If he talked to him about paintball, he could ask him

13  if he talked about paintball, but the government's spin of

14  personal jihad training --

15          THE COURT:  All right.

16          MR. MAC MAHON:  -- there hasn't been any testimony to

17  lay the foundation that there was ever a discussion with Ali

18  Al-Timimi about that.

19          MR. GIBBS:  Well, Judge, I think the witness used the

20  term when he described it initially.

21          THE COURT:  I think he did, too, so I'm going to

22  overrule that objection, and you can certainly probe it on cross.

23          MR. MAC MAHON:  Thank you, Your Honor.

24  BY MR. GIBBS:

25  Q.   Do you want me to repeat the question?

**J.A. 196**

**Gharbieh - direct**

1  A.    Yes, sir.

2  Q.    All right.  Other than that first time, did you have a

3  subsequent discussion with Ali Timimi about this personal jihad

4  training that you and the others were doing?

5  A.    The only other time was when Seif Chapman approached myself,

6  Yong Kwon, some others, pulled us to the side at Dar al-Arqam

7  after Dr. Ali had just spoken, and he -- we stood in a group by a

8  tree, and he asked if any -- in a circle formation, he asked if

9  any of us had any visitors recently, and we said, "No, we don't

10 know what you're talking about."

11         And he said, "Did the FBI ever approach any of you?"

12         And we were shocked and said, "No."

13         And he said that they came to his job and they were

14 asking about the paintballing that we were doing, and an FBI

15 question, "Is there anything that we should know, and is there

16 anything that you're hiding, because it will eventually come out,

17 so you might as well let us know now."

18         So after that, myself and Yong Kwon and Seif and some of

19 the other guys went to Dr. Ali at Dar al-Arqam after the lecture,

20 and we told him -- actually, it was outside of Dar al-Arqam, and

21 we told him that this happened.

22 Q.    Well, first of all, whose idea was it to go talk to Ali

23 Al-Timimi?

24 A.    Myself and Yong Kwon and Seif Chapman.

25 Q.    And why did you choose him to tell this about?

**Gharbieh - direct**

1   A.    He was our -- again, a person's opinion that we respected and
2   we sought after.  I mean, nobody else knew about the paintballing
3   that we could even bring it up in the first place and to have to
4   explain the story all over again, and so he already knew about it,
5   so we figured we'd go ask him.
6   Q.    And did you, in fact, tell him about what had happened with
7   Seif Chapman?
8   A.    Yes, sir.
9   Q.    What was his response?
10  A.    He said it was, it was something that we brought upon
11  ourselves.  It was pretty much our faults because we used to meet
12  publicly in a big group covered in camouflage, and we would have
13  our paintball guns, and we would meet, and we'd go out there
14  together, and he said that we brought it upon ourselves meeting
15  like that, and he quoted a verse from -- a chapter in the Koran,
16  Yusuf -- or Joseph -- where the father advised his sons to enter a
17  city through different doors, and he asked us to not quit, because
18  if we quit, we're going to look like we did something wrong, and
19  we felt we didn't do anything wrong, so he said to just keep doing
20  it but just don't meet up the way you guys meet up.
21          And then he said, "Or you can gather together and just
22  play soccer."
23  Q.    And did you, in fact, take his advice and become essentially
24  more discreet in the way you organized yourselves?
25  A.    Yes, sir.

**J.A. 198**

**Gharbieh - direct**

1   Q.   And how did you go about doing that?

2   A.   We just divided the paintball group into a car, whatever a

3   car could fit.  Each person -- whoever was driving with whoever

4   would coordinate with that person to meet at whatever, and

5   everybody just met at the paintball field.

6   Q.   All right, thank you.

7          Now, you mentioned some of the people that took part in

8   this training group with you.  I want to show you some more

9   photographs if we could, starting with Exhibit 1A1.

10         I'm sorry, let me go to the next one; that's the wrong

11  exhibit.  We'll do 1J1.

12         THE COURT:  All right, any objection?  I assume not.

13         MR. MAC MAHON:  No objection, Your Honor.

14         THE COURT:  All right, 1J1 is in.

15         (Government's Exhibit No. 1J1 was received in evidence.)

16  BY MR. GIBBS:

17  Q.   Who is that?

18         MR. MAC MAHON:  I'm sorry, Your Honor, can I sit down

19  when I say that?  I know that you always want us to stand up.

20         THE COURT:  No, you need the exercise.  It's good for

21  you.

22         MR. MAC MAHON:  Thank you, Your Honor.

23  BY MR. GIBBS:

24  Q.   And 1J1, do you know who that is?

25  A.   Ismail Royer.

**Gharbieh - direct**

1   Q.   And how do you know him?

2   A.   I worked with him at CARE.

3   Q.   Can you explain what CARE is?

4   A.   An Islamic advocacy group in Washington, D.C.

5   Q.   And did he take part in this training group that you and Kwon

6   had formed?

7   A.   Yes, sir.

8   Q.   And the next one is 1J3.

9            THE COURT:  No objection?

10           MR. MAC MAHON:  It hasn't come up yet, Your Honor.

11           THE COURT:  All right.

12           MR. MAC MAHON:  I'm not sure who that is, Your Honor.

13   I'm sorry, I'll have to wait.

14           THE COURT:  Ask the question.

15           MR. GIBBS:  All right.

16   Q.   Do you recognize 1J3?

17   A.   Yes, sir, I do.

18   Q.   All right.  Who is that?

19   A.   Masaud Khan.

20   Q.   All right.  How do you know him?

21   A.   Through Yong Kwon.

22           THE COURT:  All right, that's in.

23           (Government's Exhibit No. 1J3 was received in evidence.)

24           THE COURT:  Hold on one second.

25           MR. MAC MAHON:  No objection.

**J.A. 200**

**Gharbieh - direct**

```
 1              THE COURT:  All right, it's in.
 2   BY MR. GIBBS:
 3   Q.   All right.  Did he -- now, Khan, did he ever take part in the
 4   personal jihad training?
 5   A.   No, sir.
 6   Q.   All right, let's go to the next one, which is 1J5.  Do you
 7   recognize that person?
 8   A.   Hammad.
 9   Q.   And is this the Hammad or "Hammad" you spoke about earlier?
10   A.   Yes, sir.
11              THE COURT:  Any objection?
12              MR. MAC MAHON:  No, Your Honor.
13              THE COURT:  All right, it's in.
14              (Government's Exhibit No. 1J5 was received in evidence.)
15   BY MR. GIBBS:
16   Q.   And did he also take part in this training?
17   A.   Yes, sir.
18   Q.   All right.  Do you know if he was ex-military?
19   A.   Yes, sir.
20   Q.   Do you know what branch of the service?
21   A.   I believe it would be the Air Force.
22   Q.   And if we could go to the next one, which is 1J6?
23   A.   Caliph.
24   Q.   And is he one of the people you mentioned earlier as well?
25   A.   Yes, sir.
```

1          MR. GIBBS:  All right, Judge, I would move it in if
2    there's no objection.
3          THE COURT:  Any objection?
4          MR. MAC MAHON:  No objection.
5          THE COURT:  All right, it's in.
6          (Government's Exhibit No. 1J6 was received in evidence.)
7    BY MR. GIBBS:
8    Q.   And did Caliph also take part in the personal jihad training?
9    A.   Yes, sir.
10   Q.   And then if we could move to 1J8?
11   A.   Mahmood Hasan.
12   Q.   And how do you know Mahmood Hasan?
13   A.   I've known him from George Mason University vaguely, and then
14   he got involved with Dar al-Arqam when we started to get to know
15   each other more and more.
16   Q.   And did he also take part in the personal jihad training?
17   A.   Yes, sir.
18         MR. GIBBS:  All right, I would move that in as well,
19   Your Honor.
20         THE COURT:  Any objection?
21         MR. MAC MAHON:  No objection, Your Honor.
22         THE COURT:  All right, it's in.
23         (Government's Exhibit No. 1J8 was received in evidence.)
24   BY MR. GIBBS:
25   Q.   The next exhibit is 1J9.

**J.A. 202**

**Gharbieh - direct**

1  A.    Mohammed Aatique.

2  Q.    And how do you know Mohammed Aatique?

3  A.    Paintballing.

4  Q.    So he was also part of this group?

5  A.    Yes, sir.

6  Q.    And did he also attend the Dar al-Arqam?

7  A.    Yes, sir.

8  Q.    But he wasn't as regular as some other people?

9  A.    No, sir.

10         MR. GIBBS:  Okay.  We would move that one in and then

11  move next to 1J10.

12         THE COURT:  Any objection to either?

13         MR. MAC MAHON:  No, Your Honor.

14         THE COURT:  All right, they're both in.

15         (Government's Exhibit Nos. 1J9 and 1J10 were received in

16  evidence.)

17  BY MR. GIBBS:

18  Q.    And do you recognize the person depicted in Exhibit 1J10?

19  A.    Idris Surratt.

20  Q.    And who was Idris Surratt?

21  A.    He also went paintballing with us, and I mentioned him

22  earlier as myself and Yong Kwon approached in regards to the

23  paintball.

24  Q.    And did -- do you know if he was in -- had previously been in

25  the military?

**J.A. 203**

# Gharbieh - direct

1  A.  To the best of my knowledge, he was in the Army.

2  Q.  And finally, Exhibit 1J13.  Do you recognize this individual?

3  A.  Ali Chandia.

4  Q.  And who was Ali Chandia?

5  A.  He was just a person that used to come to Dar al-Arqam.

6  Q.  And did he ever take part in the training?

7  A.  No, sir.

8  Q.  Okay.  Do you know what Ali Chandia's relationship with

9  Timimi was?

10        MR. MAC MAHON:  Can we get a time frame on that, please,

11  Your Honor?

12        THE COURT:  Yes, and time frame.

13        THE WITNESS:  I apologize that it's just the year, not

14  so much as a month, but it's 2000.

15        THE COURT:  All right.

16        THE WITNESS:  I remember he helped out Dr. Ali Al-Timimi

17  with a lecture that took place in Maryland, and they were

18  translating a book together, I believe, or he was helping him put

19  a book together that was left at Dar al-Arqam, and Ali told me

20  that it was some book that him and Dr. Ali Al-Timimi were working

21  on.

22  BY MR. GIBBS:

23  Q.  All right.  When you say Ali told you, you're talking about

24  Ali Asad Chandia?

25  A.  I'm sorry, yes, sir.

**Gharbieh - direct**

1  Q.    Okay.

2          THE COURT:  For the record, 1J13 is in evidence.

3          MR. GIBBS:  Oh, thank, Judge.  I appreciate that.

4          (Government's Exhibit No. 1J13 was received in

5  evidence.)

6  BY MR. GIBBS:

7  Q.    All right.  Mr. Gharbieh, other than this -- the paintball

8  that you talked about, was there anything else that you and the

9  other members of this group did to prepare yourself for this

10 personal jihad training?

11 A.    I'm not sure I understood the question.

12 Q.    Well, you had talked about the paintball.  Was there anything

13 else that you and these other people whose pictures we've seen did

14 together in order to train yourself for this personal jihad

15 training?

16 A.    No, sir.

17 Q.    Did -- do you yourself or did you yourself at one time own

18 any firearms?

19 A.    Yes, sir.

20 Q.    And what type of firearm did you get?

21 A.    It's not an AK-47, but it resembles one of an AK-47.

22 Q.    All right.  And I might need Mr. Wood's assistance on this

23 one, but I believe Exhibit 7A42 is in the courtroom.  If I could

24 just have you take a look at that?

25 A.    That is my rifle, sir.

## Gharbieh - direct

1  Q.  All right.  And you said it's not an AK-47, but it resembles

2  one.  In what way does it resemble one?

3  A.  It's -- I guess from a, from a gun perspective, it's from the

4  same family.

5  Q.  And so this is -- it's a rifle, obviously, correct?

6  A.  Correct.

7  Q.  All right.  Is it automatic or semiautomatic?

8  A.  Semi.

9  Q.  And where did you get this gun?

10 A.  A gun show out in Woodbridge.

11         MR. GIBBS:  Okay.  That's fine, thank you.

12         And we would move this into evidence, Your Honor.

13         THE COURT:  Any objection?

14         MR. MAC MAHON:  Same objection I made before, Your

15 Honor.

16         THE COURT:  All right.  It's overruled, so it's in.

17         (Government's Exhibit No. 7A42 was received in

18 evidence.)

19         MR. MAC MAHON:  Thank you.

20 BY MR. GIBBS:

21 Q.  Now, you mentioned that you got this rifle at a gun show in

22 Woodbridge.  Did you go out to that gun show with anybody else?

23 A.  Yes, sir, with Yong Kwon, with Khan, Ismail Royer, and

24 Ibrahim Al-Hamdi and Seif Chapman.

25 Q.  All right.  And you bought the particular weapon that is

**Gharbieh - direct**

1    Government Exhibit 7A42 at that gun show, correct?

2    A.    Yes, sir.

3    Q.    All right.  Did anybody else get any weapons at that gun

4    show?

5    A.    Ismail Royer.

6    Q.    What type of weapon did he get?

7    A.    Very similar, same family, but not an AK-47.

8    Q.    And other than you and Ismail Royer, did you know anybody

9    else in this personal jihad training group that you had helped

10   establish that also got rifles?

11   A.    Yes, sir.

12   Q.    All right, who else do you know from the group that got

13   rifles?

14   A.    Myself, Yong Kwon, Seif Chapman, Idris Surratt or Caliph --

15   they were sharing one; I don't know who it belonged to -- Hammad,

16   Ibrahim Al-Hamdi.  I can't remember anybody else.

17   Q.    And did all those people get similar types of weapons?

18   A.    With the exception of Yong Kwon and Seif Chapman.

19   Q.    All right.  Well, let's start with them.  What type of gun

20   did Yong Kwon get?

21   A.    An AR-14, which is from the same family and looks like an

22   M-16.

23   Q.    And what kind of gun did -- you said Kwon got a different

24   type and who else?

25   A.    Seif Chapman, who had the same.

**Gharbieh - direct**

1  Q.   He got an AR-15 type?

2  A.   Right.

3  Q.   And then other than those two, what types of guns did the

4  other people you mentioned get?

5  A.   Similar to the one I had, AK-47s.  They were either AK-47s or

6  from the same family tree.

7  Q.   All right.  Was there any particular reason that a number of

8  people from this group either got AK-47s or got guns very similar

9  to AK-47s?

10          MR. MAC MAHON:  Objection.  Lack of foundation, Your

11  Honor.

12          THE COURT:  If you know.  If you-all discussed it.  In

13  other words, don't just guess, but if there's -- if you know of

14  your own knowledge why this particular type of weapon was being

15  purchased, you can testify to that.  So overruled.

16          THE WITNESS:  Ibrahim Al-Hamdi and Ismail Royer said to

17  get those guns.  A legitimate reason was, was cost, but another

18  reason was that if anybody ever went to a training, a jihad

19  training camp overseas, they would train with that type of gun, so

20  it's better to know -- be familiar with that as opposed to

21  anything else.

22  BY MR. GIBBS:

23  Q.   And in an attempt to familiarize yourselves with these types

24  of weapons, did you actually go out and, and shoot these weapons?

25  A.   Yes, sir, we did.

66

**Gharbieh - direct**

1    Q.   And where did you go shoot these weapons?

2    A.   At the NRA range and at a military range.

3    Q.   How did you get into a military range?

4    A.   Seif Chapman's ID.

5    Q.   And was he also ex-military?

6    A.   Yes, sir.

7    Q.   Do you know what branch of the service?

8    A.   Marine Corps.

9    Q.   Now, at some point, Mr. Gharbieh, did there come a time that

10   you became less involved with this jihad training group?

11   A.   Roughly -- yes, sir.  Roughly April and May of 2000.

12   Q.   Was it 2000?

13   A.   I'm sorry, 2001.

14   Q.   And was there a particular reason you became less involved

15   with this particular group?

16   A.    It got redundant to me after a while, and I started to lose

17   interest in all of it, the paintballing, the talks, and at that

18   point, people were going overseas for training camps, to Pakistan.

19   I don't know that they had gone anywhere else.

20         And I started -- although I was told that that was legal

21   in the United States to do that and that was a legal group, which

22   was why I was okay with the fact that people went, after a while,

23   it started -- it started sinking in that after they started

24   leaving more towards 2001, it was something that I wasn't going to

25   do, and I thought it just brought too much, I guess, unnecessary

**Gharbieh - direct**

1  attention to those guys, so I didn't want to have anything to do

2  with it.

3          THE COURT:  All right, I think at this point, Mr. Gibbs,

4  I try to give the jury a lunch break around 1:00.

5          MR. GIBBS:  Sure.

6          THE COURT:  So, Ladies and Gentlemen, we're going to

7  take our one-hour lunch break at this time and reconvene at 5

8  after two.  You're not required to stay in the building.  If you

9  want to go out and walk, that's fine, but just make sure again my

10 cautions about avoiding any contact with anybody about this case,

11 all right?  We'll see you back here at 5 after.

12          (Recess from 12:05 p.m., until 1:05 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

**Gharbieh - direct**

1      A F T E R N O O N   S E S S I O N

2                  (Defendant and Jury present.)

3          THE COURT:  All right, Mr. Gibbs?

4          MR. GIBBS:  Thank you, Judge.

5   Q.   All right.  Now, Mr. Gharbieh, before we took our afternoon

6   break, you had testified that one of the concerns you had that

7   caused you to withdraw from this training group was you found out

8   that some people were going to camps, correct?

9   A.   Yes, sir.

10  Q.   All right.  Specifically, what did you find out as it regards

11  camps?

12  A.   That they were going to a camp in Pakistan that was a jihad

13  training camp.

14  Q.   And what is your understanding of what a jihad training camp

15  is?

16  A.   Combat preparation.

17  Q.   And who was it specifically that you learned had gone to this

18  jihad training camp in Pakistan?

19  A.   Ismail Royer, Ibrahim Al-Hamdi, Yong Kwon, Masaud Khan.  I

20  can't -- I'm drawing blanks.

21  Q.   Okay.  But before September 11, were there particular people

22  that you learned had gone to this jihad training camp?

23  A.   Yes, sir, Masaud Khan and Ismail Royer.

24  Q.   How about Ibrahim Hamdi?

25  A.   And Ibrahim Hamdi, yes, sir.

## Gharbieh - direct

1  Q.   What was it about that fact that concerned you?

2  A.   In regards to the guys going over to the camps?  What

3  concerned me about that?

4  Q.   Right, yeah.  What concerned -- what about that concerned you

5  that you decided to withdraw from this training group here in the

6  United States?

7  A.   Oh, kind of, I guess, to me what would be the obvious, at the

8  time, for a while, it was just talk, and it was talk about how

9  they were legal, and it was just talk.  Then when actual

10 implementation started taking place and people started requesting

11 that I do one or -- well, later, people started requesting later

12 that I do one or the other, I guess to me it's the obvious.  I

13 just -- once I saw people were actually really going and that was

14 part of it, I didn't want to be a part of that, that light.

15 Q.   Okay.  So before, there had been talked about jihad training

16 in camps, correct?

17 A.   Yes, sir.

18 Q.   But did the fact that people actually did it make you realize

19 this had turned into a reality?

20 A.   Yes, sir.

21 Q.   And is that a reality you wanted to distance yourself from?

22 A.   Yes, sir.

23 Q.   All right.  Now, Mr. Gharbieh, moving forward to September

24 11, 2001, did you go to the Dar al-Arqam Islamic Center that day?

25 A.   Yes, sir.

**J.A. 212**

# Gharbieh - direct

1  Q.   And were there discussions at the Dar al-Arqam that day about

2  the attacks that had occurred on 9/11?

3  A.   Yes, sir.

4  Q.   And did Ali Timimi discuss those attacks?

5  A.   Yes, sir.

6  Q.   All right.  Specifically, what did Ali Timimi say at the Dar

7  al-Arqam that day?

8  A.   He mentioned that the attacks were something America --

9  was an event that America had coming due to the foreign policy

10 that America had held towards the Middle East.

11 Q.   And when he made that comment, that this was something that

12 America had coming because of its foreign policy that it had

13 towards the Middle East, did anyone at the Dar al-Arqam respond to

14 him?

15 A.   To my recollection, Haytham Hantash questioned him and asked

16 him questions in regards to his statement, yes.

17 Q.   All right.  And how many people were there when Ali Timimi

18 made this statement about how America had the 9/11 attacks coming

19 to it?

20 A.   I'd be safe to assume around at least eight maybe.

21 Q.   And do you remember specifically who some of the people were

22 there when Ali Timimi made this statement?

23 A.   Some of them included myself; Sheikh Jaafar Idris; Haytham;

24 Yousuf Idris; Fahad, F-a-h-a-d, Khan, K-h-a-n.  There's probably

25 three or four more.  Abdullah Zikria and maybe, like, two or three

**Gharbieh - direct**

1  others.

2  Q.    All right.  And based on some of the names you've told us,

3  you know, Haytham, Sheikh Jaafar, Yousuf Idris, I mean, these were

4  people who were part of the leadership at Dar al-Arqam, correct?

5  A.    Yes.

6  Q.    And what did, what did Haytham say to Timimi after he made

7  this comment about how America had the 9/11 attacks coming to it?

8          MR. MAC MAHON:  Objection to hearsay, Your Honor.

9          THE COURT:  Well, is it being offered for the truth of

10 its contents?

11         MR. GIBBS:  No.  It's being offered for -- to explain

12 why Ali Timimi responded as he did.

13         THE COURT:  I think it's not hearsay then.  I'll

14 overrule the objection.

15         THE WITNESS:  Can you repeat the question?

16 BY MR. GIBBS:

17 Q.    Sure.  What did Haytham Abu Hantash say after Ali Timimi made

18 this statement about how America had the attacks of 9/11 coming to

19 it?

20 A.    He questioned him in regards to if Dr. Ali had the opinion --

21 the Islamic opinion to his understanding if what happened was

22 Islamically justified.

23 Q.    And how did Haytham Hantash appear when he said this?

24 A.    Challenging.

25 Q.    And what was it about him that makes you say he appeared

1  challenging?

2  A.    Nothing I can really describe other than I know Haytham

3  personally, and I know his demeanor.  It wasn't a demeanor more,

4  Please explain.  It was more like, What do you mean, sir?  Are you

5  trying to say that -- not in those words, paraphrasing -- so are

6  you saying what happened was Islamically justified?

7  Q.    All right.  So is it fair to say Haytham appeared upset?

8  A.    It's fair to say.

9  Q.    And what was Timimi's response to him when he was confronted

10  like this?

11  A.    He brushed off and mentioned that no, he wouldn't say that

12  this was an Islamically correct or justified situation, but it was

13  just -- aside from that, it was just, it was just something that

14  America had coming due to their foreign policy.

15  Q.    And what do you mean when you said Ali Timimi brushed it off?

16  A.    Well, in a calm, collected manner, he didn't really

17  address -- he answered the question.  His answer was no, it was

18  not Islamically justified, but in a calm manner, he said, but the

19  fact was -- and I'm paraphrasing -- but the point was is this is

20  something that America had coming due to their foreign policy

21  towards the Middle East and other countries.

22  Q.    And did Haytham appear to remain upset that Timimi continued

23  to voice that opinion at the Dar al-Arqam?

24          MR. MAC MAHON:  Objection to the foundation, Your Honor.

25  There isn't any -- nothing in terms of -- I have a speaking

# Gharbieh - direct

1 objection.

2     THE COURT: Rather than object -- yes. And I think it's

3 also a leading question. Just do it in a non-leading fashion.

4 Sustained.

5     MR. GIBBS: Sure, Judge.

6 Q. And how did Haytham respond to that statement by Ali Timimi?

7 A. I remember leaving at one point, and that was very close to

8 the point that I left, the conversation, and I remember, though I

9 don't recall at all the discussion, that it was a little bit of a

10 back-and-forth between Haytham and Dr. Ali.

11 Q. Okay. And you mentioned that when Ali Timimi made this

12 statement about America having the attacks of 9/11 coming to it,

13 that Haytham specifically questioned him about that. How about

14 you, though? Did you question him there at the Dar al-Arqam?

15 A. No, sir.

16 Q. Why not?

17 A. It wasn't my place to question. Out of culture and religious

18 respect, with the presence of Sheikh Jaafar, a scholar in the

19 faith, around, it wouldn't have been my role to question anything.

20 It would be a disrespect to Dr. Ali Timimi and a disrespect to --

21 it's just not my place. There's people with more knowledge in the

22 area and older than me, so I wouldn't be able to out of respect

23 challenge anything.

24 Q. Okay. So when you say it's not your place, you're talking

25 about your place in terms of age and knowledge?

**Gharbieh - direct**

1   A.   Yes, sir.

2   Q.   Now, how did that gathering of the Dar al-Arqam on September

3   11, 2001, how did it ultimately end?

4   A.   I don't remember how it wrapped up.  I was in the back

5   working on producing some tapes, but I remember closing the door.

6           So to answer your question, I don't know how it was

7   concluded, but afterwards, I know Dr. Ali had left at that point,

8   and Haytham and Sheikh Jaafar were discussing the comments, and,

9   and Dr. Ali said something in regards to this is his opinion, and

10  Sheikh Jaafar had expressed that it's his opinion that Dar

11  al-Arqam did not want said on their behalf or said period and this

12  subject was not to be touched, and they alluded that Dr. Ali

13  Timimi said that this was his opinion and he's not going to back

14  down from it if anybody asks him about it.

15          So apparently, they had asked him to leave and --

16          MR. MAC MAHON:  Your Honor, object.  He's speculating

17  now as far as I can tell.

18          THE COURT:  All right.  Again, unless you know of your

19  own knowledge, you can't speculate.  So I'm sustaining the

20  objection unless you know of your own knowledge.

21          THE WITNESS:  Your Honor, the only reason why I said

22  that was because at the end, Sheikh Jaafar and Haytham had made a

23  decision to ask him not to --

24          MR. MAC MAHON:  That's hearsay, Your Honor.

25          THE COURT:  I think -- are you calling another witness

**J.A. 217**

**Gharbieh - direct**

1  on this topic?

2           MR. GIBBS:  I don't believe on this one, no, Judge.

3           THE COURT:  Well, I think now we are in the area of

4  hearsay, so I'm going to sustain the objection.

5           MR. GIBBS:  All right.  That's fine, Your Honor.

6  Q.  Now, to your knowledge, did Ali Timimi ever speak at the Dar

7  al-Arqam again after September 11, 2001?

8  A.  No, sir.

9  Q.  And you had mentioned that Sheikh Jaafar and Haytham were

10 talking at the end of the gathering that day.  Were those two part

11 of the leadership at Dar al-Arqam?

12 A.  Yes, sir.

13 Q.  So they could make decisions on behalf of Dar al-Arqam?

14 A.  Yes, sir.

15 Q.  Now, was a decision also made at Dar al-Arqam about what to

16 do with any of the materials that Dar al-Arqam sold after that

17 gathering on September 11?

18 A.  Just about the one, one tape cover of one of the sets that

19 Dr. Ali gave a lecture on.

20 Q.  And what was the decision with regards to that one tape

21 cover?

22 A.  To rip it -- to rip them and dispose of them.

23          MR. GIBBS:  And if we could pull up Exhibit 10T1,

24 please?

25          THE COURT:  Is there any objection to that?

# Gharbieh - direct

1          MR. MAC MAHON:  No objection, Your Honor.

2          THE COURT:  All right, it's in.

3          MR. GIBBS:  Thank you, Judge.

4  Q.   Mr. Gharbieh, could you identify Exhibit 10T1?

5  A.   Yes, sir.  That's the cover of a cassette album that Dr. Ali

6  Al-Timimi gave a lecture on maybe back, if I'm not mistaken, early

7  '90s or it was a while ago, in regard to the topic of the New

8  World Order, and that was a cover that was made by some guys that

9  we knew in Australia who we did our printing with because they did

10 it for cheap.

11          And in regards to that picture with respect to September

12 11, Haytham decided and Mohammad Al-Qahtani decided that they

13 didn't want to have that picture on the covers, and also, you

14 know, with what had happened on September 11, they were afraid

15 that somebody would draw a conclusion based on that.  So they felt

16 it wasn't fit.

17          So they didn't get rid of the tapes.  They just got rid

18 of the -- we were asked to rip the covers and dispose of them.

19 Q.   All right.  And you said this decision was made by Haytham

20 and Mohammad Qahtani?

21 A.   Yes, sir.

22 Q.   And again, these are two of the leaders at Dar al-Arqam?

23 A.   Yes, sir.

24 Q.   So that they were qualified to make that decision?

25 A.   Yes, sir.

```
 1  Q.   All right.  And in terms of the exhibit itself, 10T1, you
 2  said this is a cover of some lectures that Timimi did.  So this is
 3  a cover for a tape series, correct?
 4  A.   Yes, sir.
 5  Q.   And these tapes were sold at the Dar al-Arqam?
 6  A.   Yes, sir.
 7  Q.   All right.  Now, you testified earlier that Ali Timimi was
 8  the most regular speaker, live speaker at the Dar al-Arqam,
 9  correct?
10  A.   Correct.
11  Q.   All right.  How about among the tapes that were sold at Dar
12  al-Arqam?  Was he also one of the more prolific people at Dar
13  al-Arqam?
14  A.   Are you asking if he -- if most of the tapes that were sold
15  were more by him than anyone else?
16  Q.   Correct.
17  A.   Yes, sir.
18  Q.   More were by him?
19  A.   Yes, sir.
20  Q.   And if you could take a look, you know, we've looked at the
21  cover, but I believe the entire exhibit itself, which I'd like to
22  move into evidence, is next to you there.
23            THE COURT:  Is there any objection to all of 10T1 going
24  in?
25            MR. MAC MAHON:  No, Your Honor.
```

1           THE COURT:  All right, it's in.

2           (Government's Exhibit No. 10T1 was received in

3    evidence.)

4           MR. GIBBS:  Does he have that?

5           THE WITNESS:  Yes, sir.

6    BY MR. GIBBS:

7    Q.   If you could just hold that up?

8           Okay.  That's fine.  Okay.  All right.

9           And so this is a plastic container that those "New World

10   Order" tapes are in, correct?

11   A.   Yes, sir.

12   Q.   Do you know how many tapes are in this series?

13   A.   At least eight.

14   Q.   You can go ahead and open it up.

15   A.   I'm sorry, six.

16   Q.   Okay.  Six tapes.  Okay.  Thank you.

17          Can you just hold that up just so the jury can -- okay.

18   That's fine.

19          And you can just set that exhibit off to the side, sir.

20   Thank you.

21          Now, Mr. Gharbieh, at some point after that gathering at

22   the Dar al-Arqam on September 11, were you contacted by Yong Kwon?

23   A.   Yes, sir.

24   Q.   How long after that 9/11 was it that Yong Kwon contacted you?

25   A.   Roughly a week.

1  Q.   And when, when he contacted you, what did he tell you, if
2  anything?
3  A.   He mentioned that Dr. Ali was giving a speech at his house,
4  and he invited me to come over.
5  Q.   All right.  And -- now, you've said a couple of times, you
6  said that Dr. Ali was giving a speech at his house.  Now, at that
7  time, was Ali Timimi referred to as "Doctor"?
8  A.   No, "Sheikh."
9  Q.   Okay.  And was it your practice then to refer to him as
10 "Sheikh"?
11 A.   Yes, sir.
12 Q.   All right.  When did you learn that he actually can also be
13 addressed as Doctor?
14 A.   Recently.
15 Q.   Do you remember how recently?
16 A.   Maybe within a month.
17 Q.   And that's because he's gotten his Ph.D. recently?
18 A.   Yes, sir.
19 Q.   Okay.  And when Yong Kwon told you that Sheikh Ali was going
20 to be at his house, did he tell you anything else?
21 A.   No, sir.
22 Q.   And what did you do as a result of that conversation?
23 A.   I called a friend of mine, Sherdil Loynab -- S-h-e-r-d-i-l,
24 Loynab, L-o-y-n-a-b -- and I told him that he was -- he's a born
25 Muslim, but he wanted to learn more about his faith, and I told

1  him that Dr. Ali was giving a lecture and if he wanted to attend,
2  "I'll come and get you," and he wanted to attend.

3       So I picked him up, and I went to Yong Kwon's house, and
4  we went to the lecture there.

5  Q.   Okay.  Now, I believe you testified earlier that you had seen
6  Timimi at Ibrahim Hamdi's house on at least two occasions, but
7  other than that, was Yong Kwon's house the first time that you had
8  ever seen Timimi at the home of a member of this jihad training
9  group that you had formed?

10  A.   Yes, sir.

11  Q.   And when you and Sherdil went to Yong Kwon's house, who did
12  you see when you first got there?

13  A.   Caliph Basha, Ismail Royer, Yong Kwon, Dr. Ali, Mohammed
14  Aatique, Masaud Khan, and maybe there was, like, three or four
15  other people.  I can't recall.

16  Q.   And of the people that you saw there with Timimi that night
17  at Kwon's house, how many of them did you know that owned
18  firearms?

19  A.   Probably everyone.

20  Q.   And of the people you saw that night with Timimi, how many of
21  them did you know who had taken part in the personal jihad
22  training that you and Yong Kwon had started?

23  A.   All except Masaud Khan.

24  Q.   And when you first walked into Kwon's house, how was everyone
25  arranged inside?

1  A.   Sitting in a circle.

2  Q.   And what happened when you first walked into Kwon's house

3  with Sherdil Loynab?

4  A.   Dr. Ali was concluding a speech.  He concluded saying

5  something in regards to, "And that's what would happen.  And after

6  a long period of time, there would be peace on earth, but it would

7  be after a long, a long struggle, but at the end, everything will

8  be okay."

9        And the conversation just concluded at that point.

10  Q.   Okay.  And was there any visible reaction when you first

11  walked into the house with Sherdil Loynab?

12        MR. MAC MAHON:  Objection, Your Honor, as to foundation.

13  What exactly does he means by "reaction"?  By whom?

14        THE COURT:  Well, then he'd be leading.  I think "visual

15  reaction" is not -- or "any reaction" maybe is a better word.

16        Was there any reaction from the people when you entered

17  the house?

18        THE WITNESS:  Just a pause.  There was just a pause, and

19  everybody was looking at me.

20        THE COURT:  All right.

21  BY MR. GIBBS:

22  Q.   And who actually paused?  I mean, who was speaking that they

23  paused at that point?

24  A.   Dr. Ali.

25  Q.   Now, was there anything about Sherdil that distinguished him

**Gharbieh - direct**

1   from the other people at Kwon's house that day?

2   A.    He was not part of the paintball group or -- but he was new

3   to the crowd, period.

4   Q.    And had he ever taken part in the personal jihad training?

5   A.    No, sir.

6   Q.    Did he own a gun?

7   A.    No, sir.

8   Q.    Now, this -- when Timimi paused like that, had you ever seen

9   him react to you that way before the night at Kwon's house?

10  A.    No, sir.

11  Q.    Now, after Timimi wrapped up his remarks, did anyone else

12  talk to you there at Kwon's house that day?

13  A.    Yes, sir.

14  Q.    And who else talked to you?

15  A.    Ismail Royer.

16  Q.    And what did Ismail Royer say to you?

17  A.    He actually asked to speak to me on the side, and he asked me

18  what am I doing bringing Sherdil to a group like this?  And I got

19  upset with him, and I said, "What are you doing meeting like

20  this?"

21          And this was after September 11, and I said, "Especially

22  at a time like this, what are you, you know, what are you guys

23  doing?  What is this all about?"

24          And then he said, "I'll tell you later.  Just go drop

25  Sherdil off and come back."

**Gharbieh - direct**

1    And I told him that -- I got fed up, and I told

2   him, "I'm not coming back." My exact words to him were, "I'm not

3   coming back, and you-all shouldn't be gathering like this

4   anymore."

5    And I took Sherdil and I left.

6   Q.   And did you say anything to Sherdil when you took him and

7   left?

8   A.   On the way out, he asked me, he said, "Why" --

9    MR. MAC MAHON:  Your Honor, I object.  This witness is

10  going to testify in the case.  It would be hearsay as to what he

11  said.

12    MR. GIBBS:  Judge, again, I'm not offering it --

13    THE COURT:  Wait a minute.  The question is not hearsay,

14  and if the witness is then going to say what he said in response

15  to the question, this witness is available to be cross-examined.

16  So overruled.  Go ahead.

17    THE WITNESS:  I lost track of the question.

18  BY MR. GIBBS:

19  Q.   That's fine.  What did you say to Sherdil when you told him

20  you were going to leave Kwon's house?

21  A.   Oh, he asked me, "Why are we leaving so early?"

22    And I said, "Trust me, you don't want to sit with this

23  group, and one day you'll thank me.  You just don't want to get

24  involved with stuff like this."

25  Q.   And why did you make the comment to him, "Trust me, you don't

**Gharbieh - direct**

1  want to be with this group," to Sherdil when you told him it was
2  time to leave?
3  A.   It was the guys that I went paintballing with.  It was the
4  guys that talked about jihad, guys who had been to training camps,
5  and to me, all of that just led to it was the same topic that
6  these guys usually talked about when they got together.  It was
7  the concept of jihad.
8  Q.   And "jihad" meaning physically fighting?
9  A.   Yes, sir.
10  Q.   Now, did you, in fact, take Royer's suggestion and drop
11  Sherdil off and then come back to the meeting?
12  A.   No, sir.
13  Q.   And why not?
14  A.   Fulfilling what I told to Ismail, that I was not coming back
15  and I didn't want to partake in this.
16  Q.   And did there later come a time at some point after the
17  meeting at Kwon's house that Ismail Royer re-contacted you?
18  A.   About a week after that.
19  Q.   And where was it that he re-contacted you?
20  A.   I was at a gym, and he called me on my cell phone, and he
21  told me that he wanted to meet with me.  So we met at a park in
22  Annandale.
23  Q.   And what happened at the park in Annandale?
24  A.   He went straight to the point.  He said to me that, hey,
25  look, you know, you know Dr. Ali -- Sheikh Ali's opinion as well

**Gharbieh - direct**

1   as the scholars' opinions of Islam that all Muslims in this

2   country should be either making hijra, which is leaving this

3   country for a Muslim country, or should be going to a training

4   camp.

5           And he said, "Which one" -- he said, "A couple of the

6   brothers are going overseas soon, so I'm going around telling

7   everybody, you know."  So he asked me which one was I going to do.

8   Q.    And what did you tell him?

9   A.    I told him that I wasn't partaking in that.  I told him no,

10  and I told him that I'm the only son to my mother and that my

11  jihad was going to be to take care of my mother and father

12  according to a tradition of the Prophet Muhammad that I, that I

13  followed.

14  Q.    Now, you testified that Royer said, "You know the opinion of

15  Sheikh Ali and the other scholars that you either need to make

16  hijra or go to a training camp."  What was your understanding of

17  the significance of a training camp?

18  A.    Combat training.

19  Q.    Combat training to do what?

20  A.    To learn jihad.

21  Q.    And in your, in your response to Royer, you talked about your

22  jihad to your parents, correct?

23  A.    Yes, sir.

24  Q.    That it was -- your personal jihad would be not to fight but

25  to take care of your parents, right?

1  A.    Yes, sir.

2  Q.    And why did you feel the need to discuss with him jihad, as

3  opposed to hijra?

4  A.    Because the concept of jihad in Islam is very existent, and a

5  Muslim needs -- if it's true that a Muslim needs to be in one of

6  the two stages, then I'll pick jihad, and I'll pick that of taking

7  care of my parents.

8  Q.    As opposed to actually fighting?

9  A.    Yes, sir.

10  Q.    Now, during that conversation with Royer at the park, what,

11  if anything, did he say about the effect of paying taxes here in

12  the United States?

13  A.    He mentioned that, that by you not leaving, do you understand

14  that you're paying taxes here and it's contributing to that

15  foreign policy, that foreign policy that America has, which is

16  anti-Islamic?

17  Q.    And had you ever heard this type of rhetoric before about the

18  effect that staying in this country and paying taxes has on Islam?

19  A.    Yeah.  I mean, it's -- the concept is familiar amongst --

20  it's been discussed by several people before.  I can't recall them

21  all.

22         One time it was discussed at Dar al-Arqam during the

23  Buddhist statues conversation.  Somebody in the crowd asked

24  Dr. Ali -- well, he didn't even ask Dr. Ali.  He made his own

25  comment, saying that everybody should stop drinking Coca-Cola

**Gharbieh - direct**

1  because it contributes to either the U.S. or it contributes to

2  Israel, and by you buying that, you contribute to that.

3         And Dr. Ali addressed it, saying that that was in a

4  sense illogical, because if you're paying taxes, your taxes are

5  contributing far more than a soda can.  So if that was your

6  theory, then leaving the country is your best bet.

7  Q.    And this was in the -- again, I think you referred to it

8  earlier, but it's the Buddhist statues lecture referring to the

9  destruction of the Buddhist statues in Afghanistan by the Taliban?

10 A.    Yes, sir.

11 Q.    And that was one of Timimi's lectures that was actually on

12 sale at Dar al-Arqam, correct?

13 A.    Yes, sir.

14 Q.    Now, after that conversation with Ismail Royer in the park,

15 what did you ultimately do?

16 A.    I'm sorry, after the conversation between me -- I drew a

17 blank.  After the conversation me and Ismail Royer had, what did I

18 do?

19 Q.    Right?

20 A.    Nothing.

21 Q.    You didn't do hijra, right?

22 A.    Oh, no, sir.

23 Q.    And you didn't go to a training camp, right?

24 A.    No, sir.

25 Q.    You stayed here in the United States?

**Gharbieh - direct**

1  A.    Yes, sir.

2  Q.    Now, did you ever discuss with Timimi the things that Royer

3  told you that day in the park?

4  A.    No, sir.

5  Q.    And did your contacts with Timimi after that period diminish?

6  A.    Yes, sir.

7  Q.    Is it fair to say you pretty much lost contact with him?

8  A.    Yes, sir.

9           MR. GIBBS:  Okay.  If I could just have a moment, Your

10 Honor?

11          THE COURT:  All right.

12 BY MR. GIBBS:

13 Q.    Now, just going back briefly, when you had that conversation

14 in the park with Royer, you said that your response to him was

15 that you wanted to take care of your parents, correct?

16 A.    Yes, sir.

17 Q.    And Royer had been talking about the option of going to a

18 training camp, correct?

19 A.    Yes, sir.

20 Q.    All right.  In your mind, were those two options

21 inconsistent?

22 A.    I'm sorry, I don't understand the question.

23 Q.    Well, did you feel like there was some inconsistency between

24 staying here and taking care of your parents and going to a

25 training camp?

**Gharbieh - direct**

1  A.    Did I feel it was inconsistent?  I'm sorry, I'm just not
2  understanding the question.

3  Q.    It's not worded very well.  Let me try another approach.

4        Why was it that you decided to tell Royer that your
5  jihad would be to stay here and take care of your parents, as
6  opposed to going to a training camp?

7  A.    I felt that that was the biggest state of jihad.

8  Q.    And what was it about going to a training camp that might
9  impede you from taking care of your parents?

10 A.    I didn't feel it was an obligation on me to, to be in a
11 physical state of jihad combat.  I felt it was an obligation on me
12 to take care of my family and take care of myself and my family.

13 Q.    And is it fair to say that if you had -- yeah, why couldn't
14 you do both?

15 A.    I made it clear to -- and the guys can attest to this, the
16 guys that I went paintballing with, Ismail Royer mainly -- that I
17 was just not going to go overseas for any camp.

18 Q.    And, you know, you talked about the training was combat, you
19 know, leads up to combat.  Was it a concern that if you went and
20 did that and were killed or injured badly, you couldn't take care
21 of your parents?

22 A.    Yes, sir.

23        MR. GIBBS:  Thank you.  Mr. Gharbieh, I want to thank
24 you.  I believe that, that concludes my questions.

25        Thank you, Judge.

1           THE COURT:  All right.  Mr. MacMahon?

2                     CROSS EXAMINATION

3   BY MR. MAC MAHON:

4   Q.   Good afternoon, Mr. Gharbieh.  My name is Edward MacMahon.

5   We've never met, have we, sir?

6   A.   No, sir.

7           Yes, sir, we have actually.  Over the phone one time.

8   Q.   Over the phone.

9   A.   Yeah.

10  Q.   Of all the people you discussed in your paintball group, you

11  were the person that knew Dr. Ali Al-Timimi the best, weren't you?

12  A.   Myself and Ismail Royer, yes, sir.

13  Q.   Okay.  And how long had you known him?

14  A.   No more than -- on a close relationship, three-four years.

15  Q.   Okay.  And in that whole three- or four-year time, isn't it a

16  fact, sir, that what he advised you to do was to go get an

17  education?

18  A.   One time he advised me to go make hajj, pilgrimage.

19  Q.   Okay.  And is that something that all Muslims are supposed to

20  do?

21  A.   Yes, sir.

22  Q.   Okay.  Did he ever advise you to continue on your education?

23  A.   I can't recall that, sir.

24  Q.   Did you ever talk to him about your marriage --

25  A.   Yes, sir.

1  Q.    -- or your desire to get married?

2  A.    Yes, sir.

3  Q.    And what kind of discussions did you have with Dr. Al-Timimi

4  about getting married?

5  A.    I don't know.  I mean, discussions in regards to -- I don't

6  know, sir.  I don't know how to answer that question.  I mean,

7  just regular I'm looking for a spouse to get married to and any

8  advice he could offer.

9  Q.    He told you to try to get married and build a family, didn't

10  he, sir?

11  A.    Yes, sir.

12  Q.    And he told you to worry about your grades and how you were

13  employed and other issues in your life, didn't he?

14  A.    Yes, sir.  I can't recall the education conversation.  I'm

15  not saying it didn't happen.  I just can't recall it.

16  Q.    Okay.  Now, something that he never told you to do was to go

17  to a jihad training camp, isn't it?

18  A.    No, sir, he didn't.

19  Q.    He never once mentioned to you ever going to a jihad training

20  camp, did he?

21  A.    Mentioned to me to go to --

22  Q.    Yes.

23  A.    No, sir.

24  Q.    In fact, he never discussed with you in any way, shape, or

25  form jihad overseas, correct?

**Gharbieh - cross**

1  A.    You're correct, sir.  I need a second to, to think, but I

2  don't recall to the best of my knowledge him ever telling me that

3  that's something I needed to do or advised me to do, so no.

4  Q.    Now, we looked at the "Russian Hell 2000" video earlier.

5  That's -- you never watched that video with Dr. Al-Timimi, did

6  you?

7  A.    No, sir, I haven't.

8  Q.    And you never even told him you had it, did you?

9  A.    No, sir, I haven't.

10  Q.    You never showed it to him?

11  A.    No, sir.

12  Q.    Did you ever indicate to him that you had a collection of

13  videos, violent jihad videos from overseas?

14  A.    I don't believe I ever mentioned anything like that to him,

15  sir.

16  Q.    All right.  And the reason you didn't tell him that was

17  because you knew he had absolutely no interest in the topic; isn't

18  that correct?

19  A.    I'm sorry, sir, I just don't -- I think the answer to that

20  question is I just never felt an obligation to tell him about it.

21  Q.    You never felt any need to tell him, either, did you?

22  A.    Correct.

23  Q.    Okay.  And you never saw him at your paintball field, did

24  you?

25  A.    No, sir.

**Gharbieh - cross**

1  Q.   And you never once had him give you any advice of how to run
2  the paintball, did you?

3  A.   No, sir.

4  Q.   Okay.  And Mr. Gibbs asked you before about your personal
5  jihad training.  By that, do you mean training to go overseas and
6  fight, sir?

7  A.   I meant by that, sir, personal jihad training.

8  Q.   Okay.  And tell the jury, if you would, what you mean as a
9  Muslim by personal jihad training.

10 A.   That every Muslim is obligated to be in a state of jihad and
11 that the biggest state of jihad, which from my understanding of
12 the scholars that have written is that jihad of your soul, to ward
13 off whisperings of the devil, as, for example, to go steal as
14 opposed to go earn honest income, and the biggest state of jihad
15 is to earn the honest state of income.

16 Q.   So if you went to a lecture and you heard Dr. Ali Al-Timimi
17 talk about jihad, that's the kind of jihad that he was talking
18 about; isn't that right, Mr. Gharbieh?

19 A.   I think generally when anybody speaks about jihad, they
20 generally are just assuming the broad range of jihad.  I don't
21 think that somebody meant physical combat.  I just know when the
22 topic of jihad is brought up Islamically, it means all forms:  the
23 combat, the personal struggle, any type of jihad a person is
24 involved in.

25 Q.   Now, you never once talked about personal, I mean, personal

1    jihad meaning that you would try to take up arms against anyone

2    with Ali Al-Timimi; isn't that correct?

3    A.    No, sir.  You're correct, sir.

4    Q.    I'm entirely correct about that, aren't I, Mr. Gharbieh?

5    A.    Can you please restate that?

6    Q.    You never once spoke about any form of violent jihad at any

7    time with Dr. Ali Al-Timimi?

8    A.    In regards to implementing, no, sir.  The only times we

9    talked about violent states of combat is either in his lecture or

10   the book 40 Hadeeths on Jihad, like that.  But if you're asking me

11   has he talked about implementing a physical combat against

12   somebody or a country or a government, I don't recall him ever

13   saying something like that.

14   Q.    All of the discussions you had with Dr. Ali Al-Timimi that

15   related to jihad were all discussions of theology, weren't they?

16   A.    Yes, sir.

17   Q.    They were discussions about how to read the Koran; isn't that

18   correct?

19   A.    Mostly, sir.

20   Q.    Right.  And when -- the book that you say you read on the

21   trip back from Delaware is actually a book of -- to a Christian, I

22   would call it a book of scripture, wasn't it?

23   A.    I can't relate the two; I'm sorry.

24   Q.    Well, you say it was the -- the book was called the Riyad

25   Salaheen; is that correct?

# Gharbieh - cross

1  A.     No, sir.  It was actually -- I know the book Riyad Salaheen.

2  It was actually a small, green paperback book called The 40

3  Hadeeths on Jihad.

4  Q.     Okay.  But nothing in that book ever encouraged you to go

5  overseas and train for jihad, did it?

6  A.     I never went overseas and trained for jihad.

7  Q.     And nothing about hearing Dr. Al-Timimi read a book, a

8  publicly available book, ever encouraged you in any way to go

9  overseas and make jihad, either, did it?

10  A.     I don't recall Dr. Ali advising me or encouraging me to go.

11  My -- the encouragement mostly came from people in the paintball

12  group.

13  Q.     What is, what is a hadeeth, sir?

14  A.     A tradition of the Prophet Muhammad that -- it's either a

15  saying that he said or an action he did or did not do.

16  Q.     Okay.  And is that something that, that as a Muslim, you

17  would study?

18  A.     Yes, sir.

19  Q.     Is that part of the study of Islam for all Muslims?

20  A.     Yes, sir.

21  Q.     Okay.  And what you're saying is that what Dr. Al-Timimi was

22  reading in the book coming back from Delaware were actually

23  hadeeths, weren't they?

24  A.     Yes, sir.

25  Q.     And there are hadeeths dealing with literally every aspect of

1  your life, aren't there, sir?

2  A.   That book was geared more towards jihad, sir.

3  Q.   All right.  But there are other books of hadeeths?

4  A.   Oh, of course, sir.  Yeah.

5  Q.   About how to wash?

6  A.   Oh, yes, sir.

7  Q.   About how to pray?

8  A.   Yes, sir.

9  Q.   And even the, the jihad book that you were talking about, it

10 didn't, it didn't bear with it any indication of traveling

11 overseas or buying weapons or anything, did it, sir?

12 A.   Oh, no, sir.

13 Q.   Now, you say that you were one of the founders of the Dar

14 al-Arqam; isn't that correct?

15 A.   To an extent, yes, sir.  I was one of the people that, that

16 was there when the discussions of it forming, I was there, and the

17 finding the name and idea, yes, sir.

18 Q.   Okay.  And the Dar al-Arqam was a mainstream Muslim place of

19 learning, wasn't it?

20 A.   To my understanding, yes, sir.

21 Q.   And that's what you told the FBI, too, isn't it, sir?

22 A.   Yes, sir.

23 Q.   And that's true, isn't it?

24 A.   Yes, sir.

25 Q.   And there's never been -- as long as you've been -- let me

# Gharbieh - cross

1  ask you this:  Didn't you tape Dr. Ali Al-Timimi's speeches at Dar
2  al-Arqam?

3  A.   Yes, sir, I did.

4  Q.   And how many of those did you tape?

5  A.   At least half.

6  Q.   All right.  How many would that be?  Tell the jury how many
7  that would be.

8  A.   I guess if we take Dar al-Arqam for about a year, with him
9  lecturing every Friday night, give or take some, that would make,
10  I guess, at least 20.

11  Q.   Okay.  And you heard almost every other lecture that was
12  given at Dar al-Arqam as well, right?

13  A.   Yes, sir.

14  Q.   And in not one of those lectures did you hear anyone advocate
15  the use of violence against anyone, did you?

16  A.   No, sir.

17  Q.   Not at any time?

18  A.   No, sir.

19  Q.   And you never --

20  A.   No, sir.  At Dar al-Arqam, no, sir.

21  Q.   And you never heard Dr. Ali Al-Timimi advocate the use of
22  violence against anyone in any of the question-and-answer periods
23  that followed, either, did you?

24  A.   To answer your question, to advocate violence, no, sir.  If
25  you're asking me -- I'm sorry, go ahead.

**Gharbieh - cross**

1    The topics of jihad were discussed, but did Dr. Ali

2  advocate the encouragement of people to go out publicly and -- no,

3  sir.

4  Q.   Okay.  And he never advocated that anyone violate a law of

5  the United States of America, either, did he?

6  A.   No, sir.

7  Q.   Okay.  In the lectures at Dar al-Arqam, isn't there a special

8  place where the ladies sit?

9  A.   In the back.

10 Q.   Right.  And you would say that's where the sisters are,

11 correct?

12 A.   Yes, sir.

13 Q.   Okay.  And do they participate as well in the lectures?

14 A.   Sometimes.

15 Q.   Okay.  And if a sister in the back wants to ask a question of

16 the speaker, whoever that may be, what is the procedure?

17 A.   She can either knock on the wall or indicate that she has a

18 question.

19 Q.   Can she write it on a piece of paper?

20 A.   She can write it on a piece of paper.

21 Q.   And at one of these normal lectures at the Dar al-Arqam,

22 there would be lots of pieces of paper handed up by the sisters,

23 wouldn't there?

24 A.   Yes, sir.

25 Q.   And sometimes those questions were answered, and sometimes

**Gharbieh - cross**

1  they weren't, weren't they?

2  A.    Yes, sir.

3  Q.    Now, there were other speakers at Dar al-Arqam as well,

4  weren't there?  Yousuf Idris?

5  A.    Yes, sir.

6  Q.    And he was a very respected member of your community, isn't

7  he?

8  A.    Yes, sir.

9  Q.    The kind of person that a young Muslim might go to for

10 advice?

11 A.    Yes, sir.

12 Q.    Has Mahmood Hasan ever told you that Yousuf Idris told him

13 not to go to Pakistan in September of 2001?

14         MR. GIBBS:  Judge, I'd object.  That's double hearsay.

15         THE COURT:  Sustained.

16 BY MR. MAC MAHON:

17 Q.    Now, there were -- you say there were speeches at Sheikh

18 Jaafar's house before Dar al-Arqam as well, right?

19 A.    Yes, sir.

20 Q.    Okay.  And in none of those speeches did you hear

21 Dr. Al-Timimi or anyone else advocate the use of violence at all,

22 right?

23 A.    No, sir.

24 Q.    Okay.  And all those speeches again were about theological

25 issues and questions about how to live your life as a good Muslim,

## Gharbieh - cross

1  weren't they?

2  A.    Predominantly, yes, sir.

3  Q.    And there were lots of people at these lectures, correct?

4  A.    Yes, sir.

5  Q.    It wasn't just Yong Kwon and Mahmood Hasan and Randall Royer

6  sitting there listening, right?

7  A.    No, sir.

8  Q.    In fact, Randall Royer hardly ever went to the Dar al-Arqam,

9  did he?

10  A.    Yes, sir.

11  Q.    That's correct?

12  A.    That's correct.

13  Q.    In fact, the main place these people hung out was the Dar

14  al-Hijrah, wasn't it?

15  A.    Yong Kwon, Caliph Idris, and myself and Abdullah

16  Zikria were regular attendees of Dar al-Arqam on Fridays.  I would

17  say the other guys would be at Dar al-Hijrah, yes, sir.

18  Q.    Okay.  And tell the jury what Dar al-Hijrah is, please.

19  A.    It's a mosque in Falls Church.

20  Q.    Okay.  And how often is that mosque open?

21  A.    24 -- well, not 24 hours.  From about 5:00 to 6 a.m. until

22  about 9 p.m.

23  Q.    Seven days a week, right?

24  A.    Seven days a week.

25  Q.    Okay.  And that's where Mr. Royer and Mr. Kwon and Mr. Hasan

**Gharbieh - cross**

1  and Mr. Surratt, that's where they all spent most of their time

2  when they were mingling with other Muslims; isn't that correct,

3  sir?

4  A.   During the week, yes, sir.

5  Q.   Okay.  And just one night a week, after the last prayer was

6  when they might go down to Dar al-Arqam and hear a speech by some

7  Muslim person of knowledge, correct?

8  A.   Correct.

9  Q.   So the Dar al-Arqam was the least attended place where all

10  these people actually got together; isn't it?

11  A.   Yes, sir.

12  Q.   Okay.  And Dr. Ali Al-Timimi was, in fact, not the imam of

13  the mosque at Dar al-Hijrah, was he?

14  A.   No, sir.

15  Q.   In fact, he never spoke there, did he?

16  A.   Not to the best of my knowledge, no, sir.

17  Q.   Mr. Royer lived next door to the Dar al-Hijrah, didn't he?

18  A.   Yes, sir.

19  Q.   So when you're talking about your paintball crowd in Dar

20  al-Arqam, that paintball crowd is a very small portion of all the

21  people that on Friday nights would go to Dar al-Arqam, correct?

22  A.   Correct.

23  Q.   And how many people generally were at the Dar al-Arqam on a

24  Friday night?

25  A.   Minimum of 50.

**Gharbieh - cross**

1  Q.    So you were four or five maybe out of fifty was your

2  paintball crowd, right?

3  A.    Yes, sir.

4  Q.    All right.  And the paintball crowd was actually much larger

5  than just the group that you're talking about now, isn't it?

6  A.    Yes, sir.

7  Q.    Okay.  And on an average -- in fact, the paintball was open

8  to the public for most of the time, wasn't it?

9  A.    Yes, sir -- well, we did have a -- no, sir.

10  Q.    At the beginning, anybody who wanted to come to paintball

11  could come; isn't that correct?

12  A.    In the beginning, yes, sir.

13  Q.    All right.  And that was because you had had paintball at the

14  Muslim Student Association at George Mason before that, correct?

15  A.    Not me, but yes, sir.

16  Q.    You were aware of that, weren't you?

17  A.    Yes, sir.

18  Q.    And it was perfectly legal to have the paintball training

19  session, wasn't it?

20  A.    Yes, sir.

21  Q.    And you competed against other paintball teams, didn't you?

22  A.    Other mosques, yes, sir.

23  Q.    And how many other, how many other mosques did you compete

24  against in paintball training?

25  A.    One in North Carolina, and they had around 40 guys with them.

**Gharbieh - cross**

1  Q.   And where, where did that event take place?

2  A.   At the paintball field that we were -- that we did

3  predominantly our paintball at -- our paintball training at.

4  Q.   Okay.  And how was that arranged?

5  A.   I don't recall how that was arranged.  Somebody knew one of

6  their contacts, and they organized it.

7  Q.   Well, there was nothing secretive about your paintball

8  training if you were competing in a league, was there, sir?

9  A.   No, sir.  It wasn't a league, but no, sir.

10         MR. GIBBS:  Judge, I'd like to get a time frame on this.

11         THE COURT:  All right.

12         MR. MAC MAHON:  Okay.

13  Q.   When was that match?

14  A.   Pre-September 11.  When it first started, which was either

15  '99 or 2000.

16  Q.   Okay.  And so when you're talking about -- when Mr. Gibbs

17  asked you about your -- this group of people involved in personal

18  jihad training, you're talking about a very small portion of the

19  people even that played paintball, correct?

20  A.   I'm sorry, can you repeat that question?

21  Q.   When Mr. Gibbs asked you about this group that was interested

22  in going overseas and fighting and getting jihad training, that

23  was actually a very small portion of all of the people that played

24  paintball; isn't that correct?

25  A.   Yes, sir.

## Gharbieh - cross

1   Q.   Okay.  And the vast majority of the people involved in

2   paintball didn't have anything to do with watching these jihad

3   videos, did they?

4   A.   No, sir.

5   Q.   That was just a small group led by Mr. Kwon and Mr. Royer and

6   yourself that liked to watch those videos; isn't that correct?

7   A.   Correct.

8   Q.   And how many times do you think you watched that -- the

9   Russian Hell video, Mr. Nabil -- or Gharbieh, excuse me?

10  A.   Once, because I lent it out.

11  Q.   You only watched it one time?

12  A.   Probably, sir, but I've seen it on the Internet maybe once or

13  twice after.  I mean, when it first came out, it was very popular.

14  I mean, it was -- the concept of having something like that

15  captured was big at the time, so --

16  Q.   Okay.  And it's safe to say that you never told Ali Al-Timimi

17  that you were watching a video in which a Chechen rebel of some

18  name executed a Russian soldier; isn't that correct?

19  A.   Correct, sir.  I don't ever recall having a conversation like

20  that with him.

21  Q.   And it's something that you knew he would have absolutely no

22  interest in whatsoever; isn't that right, sir?

23          MR. GIBBS:  Judge, that calls for speculation.

24          THE COURT:  I don't know -- unless you have a basis of

25  knowledge, not just a surmise or a guess, you can't answer that

**Gharbieh - cross**

1   question.

2           MR. MAC MAHON:   I'll rephrase the question.

3           THE COURT:   All right.

4   BY MR. MAC MAHON:

5   Q.   Mr. Gharbieh, the topics of conversation that you had on a

6   regular basis with Dr. Ali Al-Timimi, the discussion of you

7   watching Chechen execution tapes is not something that you would

8   have discussed with him; isn't that correct?

9   A.   I wouldn't have discussed that with him, no, sir.

10  Q.   That's because you know he wouldn't have approved of it;

11  isn't that right, sir?

12          MR. GIBBS:   Judge, again calls for speculation.

13          THE COURT:   I'm going to sustain that objection.

14  BY MR. MAC MAHON:

15  Q.   Now, you testified earlier that you learned about the LET

16  creed -- or that Dr. Al-Timimi actually said something about the

17  LET creed to you.  Do you remember that testimony?

18  A.   Yes, sir, I do.

19  Q.   Okay.  And, in fact, sir, you actually learned about the LET

20  creed because you got an e-mail from one of the paintball people

21  telling you to click on a website; isn't that correct?

22  A.   I don't recall that, sir.

23  Q.   Sir, do you remember testifying under oath -- and I don't

24  have the exact day, Your Honor -- in the prior trial?

25  A.   I'm not saying it didn't happen, sir.  I'm just saying I

**Gharbieh - cross**

1  don't, I don't recall.  I remember being informed about LET by

2  Ibrahim Al-Hamdi.  I don't remember that there was an LET website.

3  I learned later that there was.  I didn't know if it was if I did

4  click on it.

5          If I did mention that in my last testimony, I'm not

6  going to say that it's not true.  I don't recall, but I don't

7  recall, to answer your question, I got an e-mail and that's how I

8  learned about LET, and it said, "Click here," and I clicked, and

9  it ended up on the LET, that's not how I learned about them, sir.

10 Q.   Okay.  There was no conversation you ever had with Ali

11 Al-Timimi in which he said that he approved of any group anywhere

12 in the world at all killing innocent civilians; isn't that

13 correct?

14 A.   Killing innocent civilians, no, sir.

15 Q.   All right.  And that's -- no one even in your group thought

16 that the 9/11 attacks were justified from an Islamic perspective,

17 right?

18 A.   That's correct, sir.

19 Q.   All right.  And you never heard Dr. Al-Timimi voice any

20 support for Al-Qaeda in any way, shape, or form, correct?

21 A.   No, sir.

22 Q.   In fact, he was opposed to it, wasn't he?

23 A.   To their creed, yes, sir.

24 Q.   And he was opposed to the Taliban in many respects as well,

25 too, wasn't he?

**Gharbieh - cross**

1  A.    I remember there was this -- a time when he was asked about

2  them, and he -- asked about the Taliban, if they were an

3  Islamically legitimate group, and he says he doesn't know enough

4  about them or their creed to answer that question.

5  Q.    All right.  And he never told you that you, Nabil Gharbieh,

6  have an obligation as a young Muslim to go overseas and fight and

7  help the Taliban, did he?

8  A.    No, sir.

9  Q.    Now, the Russian Hell video that we saw there, you actually

10  had some discussions with your paintball friends about that video,

11  didn't you?

12  A.    Yes, sir.

13  Q.    And you-all were concerned.  You didn't know whether or not

14  that was an Islamically permissible act for that Muslim in

15  Chechnya to kill that innocent soldier, right?

16  A.    It was shocking, and -- yes, sir.

17  Q.    And so what you decided to do was to find out from some

18  source what Islam would say about the execution of a helpless

19  prisoner, right?

20  A.    Yes, sir.

21  Q.    And you didn't go ask Ali Al-Timimi, did you?

22  A.    I don't recall asking him that question, sir.

23  Q.    You went to a website, didn't you, Mr. Gharbieh, called

24  fatwa.com to ask that question, didn't you?

25  A.    No, sir.

### Gharbieh - cross

1  Q.   You didn't go to azzam.com to ask somebody a question about
2  whether that was permissible?
3  A.   Not to my recollection, sir.
4  Q.   Did Yong Kwon ever do that?
5  A.   I think he -- I'm sorry, I would be alluding if I answered
6  that question.
7  Q.   Was it reported back to you by your friends in the paintball
8  group that they had gone on a website and found out some fatwa
9  dealing with the execution of prisoners?
10  A.   I'm sorry, sir, if that happened, I don't remember it.
11  Q.   But you are certain that you never asked Dr. Ali Al-Timimi
12  about that in any way?
13  A.   To the best of my recollection.
14  Q.   Okay.  And you had lots of jihad tapes, didn't you?
15  A.   There was, there was tapes that Idris Surratt brought over
16  from Saudi Arabia that he -- that I held and then got rid of them,
17  yes, sir.
18  Q.   Were you invited on the -- by Mr. Royer on the February-March
19  2001 trip to Saudi Arabia?
20  A.   No, sir.  I'm sorry?
21  Q.   Were you invited by Mr. Royer to go on hajj in 2001?
22  A.   I made hajj in 2001, if I'm not mistaken, sir, but I don't
23  think it was an invite from Ismail Royer.
24  Q.   Did you know that Mr. Royer was organizing a group to go over
25  there?

**Gharbieh - cross**

1 A.   No, sir.

2 Q.   Did you know that Mr. Royer had prearranged a meeting with

3 any LET officials, Lashkar-e-Taiba officials in Mecca?

4 A.   Sir, I did not go to hajj on that date; I apologize.  It was

5 Idris and those guys.  I went the year before that.

6 Q.   When Mr. Royer came back --

7 A.   Yes.

8 Q.   -- from hajj in 2001, he told you that he had met the head of

9 LET in Saudi Arabia on the hajj in Mecca, didn't he?

10 A.   I'm sorry, I don't remember him telling me that.

11 Q.   Did Mr. Surratt tell you that?

12 A.   No, sir.  The only thing that happened is Idris brought back

13 some jihad tapes.  The only time somebody mentioned that they met

14 somebody from LET was Ibrahim Al-Hamdi.

15 Q.   And that was in the year 2000, right?

16 A.   Yes.

17 Q.   Okay.  And Mr. Al-Hamdi told you that it was Randall Royer

18 that arranged for his travel over to LET; isn't that correct?

19 A.   I don't recall those details, sir.

20 Q.   Did Mr. Chapman ever tell you how it was that he made it to

21 the LET camp?

22 A.   No, sir.

23 Q.   When Mr. Hasan came back from Pakistan in 2001, he told you

24 he'd been to a wedding, didn't he?

25 A.   No, sir.  He told me he was just visiting Pakistan.

**Gharbieh - cross**

1  Q.   And he never told you he went to any training camp at all,
2  did he?
3  A.   No.  He said he was just visiting.
4  Q.   You didn't tell the FBI that Mr. Hasan told you he'd gone to
5  a wedding in Pakistan, sir?
6  A.   I will not affirm that statement, sir.
7  Q.   At the -- just a second, Your Honor.  Excuse me.
8         Now, you say there came a time when you talked to
9  Dr. Al-Timimi about the paintball, correct?
10  A.   Yes, sir.
11  Q.   Okay.  And what -- the first question he asked you was, "Are
12  you guys doing anything illegal?"  Correct?
13  A.   More or less, sir.  He said that we weren't doing anything
14  illegal, so there's nothing to worry about.  And actually, yes,
15  you're right, he did ask if we were doing anything illegal, and we
16  said to the best of our knowledge, no.
17  Q.   And that was true, wasn't it, sir?  You weren't doing
18  anything illegal out there, were you?
19  A.   I don't think I would have done it if I had known it was
20  illegal, sir.
21  Q.   And you haven't been charged with any crime, have you?
22  A.   No, sir.
23  Q.   Now, at the time that Dr. Al-Timimi asked you this question,
24  weren't you already getting concerned about people going overseas?
25  A.   Yes, sir.

1  Q.   Okay.  But you didn't tell him that you were worried about
2  people going overseas to fight, did you?

3  A.   No, sir.

4  Q.   You didn't tell him that Ibrahim Al-Hamdi had gone to
5  Pakistan to fight for LET?

6  A.   No, sir.

7  Q.   And you didn't tell him that Randall Royer was recruiting
8  people to go overseas to fight, either, did you?

9  A.   I don't think I recall Randall recruiting people to go
10 overseas other than a time that he approached me at the park.

11 Q.   Okay.  Well, who else were you concerned about?  You told us
12 that you were concerned about the appearance of you going
13 overseas -- excuse me, the appearance of your paintball group,
14 because people were beginning to put what you believed was
15 hypothetical into action, correct?

16 A.   Yes, sir.

17 Q.   Okay.  Other than Mr. Al-Hamdi, who were you concerned about?

18 A.   I wasn't concerned about the guys itself.  I was -- in
19 respect to themselves.  I was concerned about just generally the
20 concept of going to camps.  It was something that I thought it was
21 too much trouble and wasn't for me.

22 Q.   Okay.  And you never at that time or anytime when you talked
23 to Dr. Ali Al-Timimi told him of the specifics of your concerns
24 about what was happening at paintball, correct?

25 A.   No, sir.

**Gharbieh - cross**

1  Q.   So when he told you that it was okay to continue playing
2  paintball, he didn't know that you were worried that these people
3  were going overseas at all, did he?
4  A.   No, sir.
5  Q.   And to your knowledge, no one else ever told him any of that
6  information, either, did they?
7  A.   I can't answer that question, sir.
8  Q.   And why didn't you just go play soccer when he gave you that
9  advice?
10 A.   I don't know, sir.  At that point, I was leaving the group
11 anyway, and they were still going paintballing.
12 Q.   All right.  Well, you were the amir of paintball, weren't
13 you?
14 A.   At one point, but then it was -- "amir" meaning the leader of
15 the group, yes, sir, in the beginning, and then it was handed over
16 to Seif Chapman and Yong Kwon.
17 Q.   Okay.  How was that handed over?
18 A.   By voting.
19 Q.   Okay.  Did Dr. Al-Timimi have any vote in who was the amir of
20 paintball?
21 A.   No, sir.
22 Q.   Because he didn't know anything about it, did he, sir?
23 A.   About paintballing?
24 Q.   Yes, sir.
25 A.   He knew about the paintballing.

**J.A. 255**

1  Q.   But he didn't know anything about what you were doing out
2  there, did he?

3  A.   Oh, no, sir.

4  Q.   Now, was there any discussion with Mr. Royer between you
5  about taking Ali's advice, Dr. Al-Timimi's advice and starting to
6  play soccer so that you could get physically fit?

7  A.   No, sir.

8  Q.   Did you pass that on to your friends who were interested in
9  going overseas, that Dr. Ali Al-Timimi suggested soccer instead?

10 A.   Yes.

11 Q.   Well, soccer certainly wouldn't help you learn how to get
12 military training, would it?

13 A.   No, not military training.

14 Q.   And so there was never any, any reason for your group, which
15 was only interested in military training, to take his advice and
16 play soccer; isn't that correct?

17 A.   I guess.  But most of the guys were converts, American
18 converts who grew up -- they didn't play soccer, so the concept of
19 soccer, period, was not, was not accepted.

20 Q.   Did you ever see Mohammed Aatique at Dar al-Arqam?

21 A.   Yes, sir.

22 Q.   How many times?

23 A.   Not too many times.

24 Q.   Okay.  So he -- as far as you know, he had no personal
25 relationship whatsoever with Dr. Al-Timimi, correct?

114

# Gharbieh - cross

1  A.  No, sir.

2  Q.  And the same with Masaud Khan, correct?

3  A.  I'm sorry?

4  Q.  How many times did you see Masaud Khan at Dar al-Arqam?

5  A.  At Dar al-Arqam?  Not many times.

6  Q.  And he has a twin brother, too, doesn't he?

7  A.  Yeah.  A brother, yes, sir.

8  Q.  And people have trouble telling them apart, don't they?

9  A.  I didn't have that problem.  I don't know.

10  Q.  Okay.  You know --

11  A.  He has a brother that --

12  Q.  -- to your knowledge that Dr. Al-Timimi had no personal

13  relationship with Masaud Khan, correct?

14        MR. GIBBS:  Judge, I object.  Again, there's no

15  foundation for that.

16        MR. MAC MAHON:  From his own personal knowledge I asked

17  him.

18        THE COURT:  From your own knowledge, do you know whether

19  the defendant had any relationship with Mr. Khan?

20        THE WITNESS:  I only knew that Dr. Ali Timimi knew

21  Masaud Khan and his brothers, that they knew -- that they knew

22  each other and that they respected him.

23  BY MR. MAC MAHON:

24  Q.  They knew who he was, correct?

25  A.  And he knew who --

**Gharbieh - cross**

1  Q.  Muslims all over the area know who Dr. Al-Timimi is, right?

2  A.  Right.  And he, and he knew them.

3  Q.  Okay.  And how about Caliph Basha?

4  A.  Same thing.

5  Q.  Did he have a personal relationship with Dr. Al-Timimi?

6  A.  I can't say personal, no.

7  Q.  Okay.  And Yong Kwon, he had on two occasions to your

8  knowledge, had actually been the driver who took Dr. Al-Timimi to

9  the lectures, correct?

10  A.  That would be a fair statement.

11  Q.  All right.  And you saw them together one other time at a

12  luncheon, correct?

13  A.  Maybe at a wedding as well.

14  Q.  All right.  And that was it, right?

15  A.  Yes, sir.

16  Q.  Now, Mr. Gibbs with some flourish showed you this weapon that

17  you had there, sir.  That's your gun, isn't it?

18  A.  Yes, sir.

19  Q.  You've never ever in your life told Dr. Ali Al-Timimi that

20  you owned that weapon, did you?

21  A.  I don't know, sir.

22  Q.  You knew, sir, from attending lectures that it was his

23  position that no Muslim in America should own a gun because you

24  were just setting yourself up for trouble; isn't that correct?

25  A.  I don't know that, sir.

**Gharbieh - cross**

1  Q.  You never heard him say that?

2  A.  I don't recall that, sir.

3  Q.  Do you remember ever telling him that you had a gun?

4  A.  No, sir.

5  Q.  Did you ever see Ali Al-Timimi with a gun?

6  A.  He had a little handgun one time when we were moving, but

7  that was, like, in 2000, and that was for protection of his house.

8  Q.  That was an antique firearm of some sort or a useful gun?

9  A.  I remember it was small, very small.  That's all I remember.

10 Q.  It was a decorative item, wasn't it, sir?

11 A.  I'm sorry?

12 Q.  It was a decorative gun, wasn't it?

13 A.  I don't know, sir.  We were moving, so he wasn't --

14 Q.  There came a time when you helped him move into his house,

15 right?

16 A.  Yes, sir.

17 Q.  And everyone at the center helped him move, right?

18 A.  Correct, sir.

19 Q.  And that's because he had so many boxes and so many books

20 that a call was made on a Friday night, any brother with time,

21 please come help Dr. Timimi move, right?

22 A.  Correct.

23 Q.  And that's where you say you saw this, this gun at his house?

24 A.  Yes, sir.

25 Q.  Did you ever see him at a firing range?

**Gharbieh - cross**

1  A.   No, sir.

2  Q.   He didn't go with you when you went and bought a gun, did he?

3  A.   No, sir.

4  Q.   Okay.  And tell the jury who it was that went with you to the

5  gun show when you went and bought that weapon, sir.

6  A.   Masaud Khan, Yong Kwon, Ibrahim Hamdi, Ismail Royer.

7  Q.   And of that crowd, you're the only one who didn't go overseas

8  to a training camp; isn't that correct?

9  A.   It is, sir.

10  Q.   You didn't invite Ali Al-Timimi to go to the gun show with

11  you?

12  A.   No, sir.

13  Q.   Now, the dinner on September 11 at the Dar al-Arqam, what --

14  you testified -- let me back up.

15          On -- who told you to buy that weapon, sir?

16  A.   Nobody.  Everybody was just talking about going target

17  shooting, and we were talking about guns, and they were going to a

18  gun show, and I had interest in buying one.

19  Q.   All right.

20  A.   There was no one person that motivated me over another.

21  Q.   But there isn't any question, is there, sir, that Mr. Royer

22  was one of the people that encouraged you to buy that gun?

23  A.   He may have had something to do with it.

24  Q.   Right.  And he had told you on many occasions about his

25  experiences in combat in Bosnia, hadn't he?

**Gharbieh - cross**

1   A.   Yes, sir.

2   Q.   What did he tell you that he'd done in Bosnia?

3   A.   Get involved in combat.

4   Q.   Did he tell you any details?

5   A.   Not really.

6   Q.   Did he tell you a grenade landed next to him and didn't

7   explode?

8   A.   Oh, yes, sir.  Yes, sir.

9   Q.   You remember that?

10  A.   Yes, sir.

11  Q.   Do you remember him telling you of the experiences of combat

12  in Pakistan as well?

13  A.   Not right now, no, sir.

14  Q.   You don't remember him telling you that he had this exciting

15  time where he got to shoot a gun?

16  A.   Oh, yes, sir.  Yes, sir.

17  Q.   What did he tell you?

18  A.   Over the mountains in Pakistan, they were, they were yelling

19  against people, I guess, from India.  They were yelling at each

20  other at night, and then in the morning, they had combat.

21  Q.   Okay.  And why was Mr. Royer telling you these things?  Did

22  you ever ask him?

23            MR. GIBBS:  Judge, again, that calls for speculation,

24  and this whole line of questioning is hearsay, Judge.

25            THE COURT:  Well, I allowed you to get into this sort of

1  line of questioning as well, so that objection is overruled,

2  but --

3              MR. MAC MAHON:  I'll ask it a different way, Your Honor.

4              THE COURT:  All right, go ahead.

5              MR. MAC MAHON:  I apologize.

6  Q.  Did Mr. Royer ever tell you or indicate to you that, that he

7  wanted to tell you about his experiences overseas because they

8  were cool?

9  A.  I would say something along those lines.

10 Q.  He used that exact word, didn't he?

11 A.  I don't recall that.

12 Q.  Didn't he tell you that he felt like he was Superman when he

13 was overseas?

14 A.  No, sir.

15 Q.  You didn't tell the FBI that he said that?

16 A.  I can't remember what I told the FBI, sir.

17 Q.  Royer didn't tell you that being Superman is great?

18 A.  I'm sorry, sir, if I said that, I don't recall it.

19 Q.  And you also know that it was actually Mr. Royer who was

20 trying to pull you to go overseas and fight, correct?

21 A.  Yes, sir.

22 Q.  All right.  And that happened on many occasions, didn't it?

23 A.  Not as deliberate as the time at the park.

24 Q.  Okay.  But before that, he was, he was hinting with you that

25 that's what he thought you should do; isn't that right?

**Gharbieh - cross**

1  A.   Yes, sir.

2  Q.   In fact, one time he told you you would be looked on as a

3  sinner to Allah if you didn't go overseas and fight with him;

4  isn't that correct?

5  A.   Yes, sir.

6  Q.   And you never had Ali Al-Timimi tell you anything like that,

7  did you?

8  A.   I can't recall him saying something like that, sir.

9  Q.   You would remember that, wouldn't you, sir?

10  A.   No, I wouldn't, sir.  I mean --

11  Q.   You would remember if he said that to you?

12  A.   I think if he said it in those words, I probably would have

13  remembered it.

14  Q.   Okay.  Now, on the evening of September 11, what you heard

15  Ali Al-Timimi say at, at this dinner was a statement about his

16  view of America's foreign policy as it affects Muslims; isn't that

17  correct?

18  A.   I only caught the last part; I apologize, sir.

19  Q.   Okay.  What you heard him say on September 11 at the Dar

20  al-Arqam dinner was his view of how American foreign policy

21  affects Muslims in the world; isn't that correct?

22  A.   Correct.

23  Q.   And in your -- at the Dar al-Arqam, there was lots of

24  conversation in this time frame about the effect of sanctions on

25  the children of Iraq, correct?

**Gharbieh - cross**

1   A.    Correct.

2   Q.    And the Muslims at the Dar al-Arqam thought that American

3   policy in Iraq was leading to the death of children in Iraq; isn't

4   that correct?

5   A.    Yes, sir.

6   Q.    And the Muslims at the Dar al-Arqam Center thought that the

7   Palestinian children killed by Israelis were being assisted by

8   American financial and military assistance as well, correct?

9   A.    Correct.

10  Q.    So in, in your group and at the Dar al-Arqam Center, there

11  was a lot of anxiety or anger at the United States for its foreign

12  policy; isn't that correct?

13  A.    Yes, sir.

14  Q.    And none of that had anything to do with anybody thinking

15  that the 9/11 attacks were a good thing; isn't that correct?

16  A.    That's correct, sir.

17  Q.    Right.  Because what Dr. Al-Timimi told you was that in the

18  aftermath of 9/11, it was going to be very difficult for Muslims

19  to live in this country and practice their religion; isn't that

20  correct?

21  A.    I don't remember that statement, sir.

22  Q.    You don't remember him saying anything else at Dar al-Arqam

23  that evening about the fact that Muslims may be threatened in this

24  country?

25  A.    Actually, yes, sir.

**Gharbieh - cross**

1  Q.  Okay.  And what did he say?

2  A.  Exactly what you said, sir.

3  Q.  And he advised those in attendance that if the sisters were

4  veiled, that they should stay inside and be safe, right?

5  A.  I'm sorry, I don't recall that.

6  Q.  Do you recall him saying that Muslims should go out of their

7  way not to be conspicuous but that that would pass eventually?

8  A.  I don't recall that, sir.  It would only be an assumption,

9  sir.

10  Q.  The "New World Order" tape that Mr. Gibbs held up, could you

11  hold that up again, please, sir?

12                          (Witness complying.)

13  BY MR. GIBBS:

14  Q.  Dr. Timimi had absolutely nothing to do with the cover on

15  that tape, did he?

16  A.  Nobody at Dar al-Arqam did, sir.

17  Q.  Right.  It was done in Australia 12 years ago, right?

18  A.  I don't know, sir.

19  Q.  And nobody at the Dar al-Arqam ever thought it was

20  appropriate after 9/11 to have that image on the tape of any sort,

21  right?

22  A.  Nobody thought it was appropriate.

23  Q.  Including Dr. Timimi, isn't that correct?

24  A.  I don't recall him -- it was just Haytham and Mohammad

25  Al-Qahtani who asked us to rip it up.  That's the only discussion

**Gharbieh - cross**

1    I ever recall about this cover.

2    Q.   And how old is that tape?

3    A.   The tape is old, sir.

4    Q.   Do you know how old?

5    A.   I think I mentioned earlier it was either in the early '90s

6    or possibly late '80s.

7    Q.   Okay.  And it contains anti-terrorism statements, doesn't it?

8    A.   I didn't hear it all, sir.  I only heard maybe, like, one or

9    two, the first two tapes maybe.

10   Q.   Do you remember any -- you haven't even listened to the whole

11   thing?

12   A.   No, sir.

13   Q.   Do you remember any statement in there about him saying you

14   need to be a soldier in the Army but not in the means of holding a

15   gun but just having a purpose in your life?

16   A.   I'm sorry, sir, I don't recall that statement at all.

17   Q.   Have you ever heard him say otherwise?

18   A.   No, sir.

19   Q.   How many other Islamic speakers' tapes are sold at Dar

20   al-Arqam?

21   A.   No more than ten.

22   Q.   Okay.  And how many of Dr. Al-Timimi's speeches can be

23   purchased there?

24   A.   How many of Dr. -- all of them can be purchased there.  Not

25   all of his speeches but all the tapes that were there for sale can

## Gharbieh - cross

1   be purchased.

2   Q.   Just tell the jury, how many are we talking about of things

3   he has said publicly about Islam can be purchased and listened to?

4   A.   At least ten different lectures, either if they were sets or

5   personal cassettes.  Actually, more than that because he did a

6   series on Purification of the Soul, which is about 15 tapes in and

7   of itself, so several.

8   Q.   And these are all tapes on theology, right?

9   A.   Yes.

10  Q.   On how to live your life as a good Muslim?

11  A.   Yes, sir.

12  Q.   Teachings of the Koran?

13  A.   Yes, sir.

14  Q.   All right.  Have you listened to many of those tapes?

15  A.   Many of them, yes, sir.

16  Q.   And did anything in any of those tapes inspire you to commit

17  any criminal acts, sir?

18  A.   Nothing inspired me at any point to do a criminal act.

19  Q.   Now, you said that when you went to Yong Kwon's house, he

20  told you on -- this is the dinner on September 16 -- that he told

21  you that there was going to be a discussion from Dr. Al-Timimi; is

22  that correct?

23  A.   Yes, sir.

24  Q.   Okay.  Now, didn't you -- do you know when it was when you

25  first heard from him?

**Gharbieh - cross**

1  A.    No, sir.

2  Q.    Now -- just a second, Your Honor.

3         Didn't Mr. Kwon tell you that the discussion was going

4  to be about general Islamic issues?

5  A.    He just said Sheikh Ali was having a, a speech at his house,

6  to come over and attend.

7  Q.    Excuse me?  I didn't hear, I'm sorry.

8  A.    Yong Kwon --

9  Q.    Right.

10  A.    -- called me and told me that Sheikh Ali was giving a speech

11  at his house and to come over to attend.

12  Q.    Okay.  And you were in your car when your cell phone rang

13  when that happened, right?

14  A.    I believe so.

15  Q.    And you were with your friend, Sherdil?  Is that how you say

16  that?

17  A.    "Sherdil."

18  Q.    "Sherdil."

19         And then you came straight over there?

20  A.    Right.

21  Q.    It wasn't a phone call that you got in the middle of the

22  afternoon when Yong Kwon told you that Dr. Al-Timimi was coming,

23  right?

24  A.    I'm sorry, sir, I think the question is -- the answer to that

25  question is I got a call on my cell phone from Yong Kwon that

1   Dr. Ali Timimi would be there giving a lecture and to come over

2   and attend.  At that point, I called Sherdil and told him the same

3   thing, and he said that he wanted to go with me, and I picked him

4   up, and we went to Yong Kwon's house.

5   Q.   You went straight there?

6   A.   Yes, sir.

7   Q.   Okay.  Do you know what time it was when you arrived?

8   A.   It was in the daytime, sir.

9   Q.   It was in the daytime.  What time?

10  A.   Midafternoon.

11  Q.   Midafternoon?  Do you remember because it was light out?

12  A.   Yes, sir.

13  Q.   Okay.  And what floor is Mr. Kwon's apartment on?

14  A.   Second.

15  Q.   Did you notice all the shades drawn when you walked up?

16  A.   No, sir.

17  Q.   Did anybody ask you to turn off your cell phone when you

18  walked in the door?

19  A.   No, sir.

20  Q.   Did anybody tell you that what was happening there was a big

21  secret, sir?

22  A.   No, sir.

23  Q.   And when you walked in, you say Dr. Timimi was finishing his

24  talk, correct?

25  A.   Yes, sir.

**Gharbieh - cross**

1   Q.   And you heard him say that things would be okay, everything
2   would be okay in the end, correct?
3   A.   Yes, sir.
4   Q.   Right.  And you didn't hear what he said before that,
5   obviously.
6   A.   No, sir.
7   Q.   And you never heard him speak about it again, correct?
8   A.   You're correct, sir.
9   Q.   And Dr. Al-Timimi didn't haul you to the side and ask you,
10  "Why did you bring this guy here?," did he?
11  A.   No,  sir.
12  Q.   Who was that?
13  A.   Ismail Royer.
14  Q.   Okay.  And it was Royer who told you that you had to leave
15  and come back, not Ali Al-Timimi, right?
16  A.   Correct.
17  Q.   Now, you've said that the -- within the next day -- did
18  Mr. Royer tell you that he had made some solemn Islamic pledge
19  never to repeat what he'd heard at that meeting?
20  A.   No, sir.
21  Q.   Okay.  Because in fact, he called you the next day to try to
22  tell you what had happened, right?
23  A.   No, sir.
24  Q.   He called you many times in the next few days, didn't he?
25  A.   Perhaps, but I don't -- there was nothing that I ever recall

## Gharbieh - cross

1  about the meeting.

2  Q.   Okay.  What he -- fine.

3       But what he told you was that, that Ali Al-Timimi -- let

4  me strike that.

5       At this point in time after the meeting at Kwon's house,

6  you know that Royer is working as hard as he can to try to get you

7  to go overseas, right?

8  A.   I'm sorry, sir, I don't think he was working as hard as he

9  could, but he brought it up to me.

10 Q.   Do you know how many times he called you?

11 A.   No, sir.

12 Q.   Didn't you tell the FBI that you kept seeing his phone number

13 appear on your cell phone and you didn't even want to answer it?

14 A.   Yes, sir.

15 Q.   Okay.  So he was pestering you, wasn't he?

16 A.   Sir, I don't know if he was pestering me or not.  I didn't

17 give him the chance.

18 Q.   Okay.  But there finally came a time when you met with him,

19 right?

20 A.   Yes, sir.

21 Q.   Right.  And he told you that it was Ali's opinion that you

22 should make hijra or go to a camp, right?

23 A.   Yes, sir.

24 Q.   Okay.  He never told you that Ali -- did you believe him when

25 he said that?

**Gharbieh - cross**

1  A.   Yes, sir.

2  Q.   Had you ever heard Ali before say somebody should go to a

3  camp?

4  A.   Can I ever recall Dr. Ali specifically saying that you should

5  go to a camp?  I don't recall a time that he explicitly said it,

6  no, sir.

7  Q.   And Mr. Royer never mentioned going to Afghanistan to fight

8  against Americans, did he?

9  A.   Not to me, sir.

10 Q.   Right.  And he never mentioned going to Chechnya to fight

11 against the Russian soldiers, right?

12 A.   Not to me.

13 Q.   He wanted you to go to Lashkar-e-Taiba because he thought

14 that was a legal place for American citizens to go, right?

15 A.   Ismail Royer?

16 Q.   Yes.

17 A.   I don't know if that's where he wanted me to go and why.

18 Q.   Didn't he tell you that he could help you get to Pakistan?

19 A.   Yes, sir.

20 Q.   And he told you he could help you get to the Lashkar-e-Taiba

21 camp, didn't he?

22 A.   I'm not that familiar with Lashkar-e-Taiba, sir.

23 Q.   But you testified earlier that in your mind, it was legal to

24 go over to these camps, right?

25 A.   Yes, sir.

**Gharbieh - cross**

1  Q.   And that's because Lashkar-e-Taiba was not designated as a
2  terrorist organization by our government at that time, was it?
3  A.   From my understanding, they were not.
4  Q.   Right.  And the source of your understanding was Royer,
5  right?
6  A.   And Ibrahim Al-Hamdi.
7  Q.   And Ibrahim Al-Hamdi.
8       Two people that had actually been there, correct?
9  A.   Yes, sir.
10 Q.   And Ali Al-Timimi never told you that LET is not listed as a
11 terrorist organization; it's a place you can legally go, right?
12 A.   No, he's never told me that.
13 Q.   And the thing about Royer talking about U.S. taxes, that's
14 something that Mr. Royer said to you, correct?
15 A.   Yes, sir.
16 Q.   Right.  That's not something that Mr. Ali Al-Timimi ever said
17 to you, is it?
18 A.   At the Buddhist statue lecture.
19 Q.   Right.  He answered somebody's question about paying taxes,
20 and if I understand your testimony, somebody asked him a question
21 that if they didn't want to pay taxes, is that okay, and he said
22 that was fine if that's how they felt, right?
23 A.   No, sir.
24 Q.   He said specifically they shouldn't pay taxes to the United
25 States?

**Gharbieh - redirect**

1   A.   No, sir.

2   Q.   What did he say?

3   A.   I mentioned in this testimony, sir, and in previous testimony

4   that somebody asked him about the Coca-Cola product and saying

5   that they should not buy Coca-Cola in order not to support the

6   government, and Dr. Ali said, "If that's your theory, then it's

7   pointless, because you're paying taxes, and your taxes equate to

8   how many thousands of dollars a year as opposed to the price of a

9   can of Coke.  So if that was your theory, then leaving the country

10  would be your best bet."

11  Q.   But Dr. Al-Timimi even in that discussion never adopted that

12  theory as his own, did he?

13  A.   No, sir.

14            MR. MAC MAHON:  Just a second, Your Honor?

15            THE COURT:  Yes, sir.

16            MR. MAC MAHON:  Nothing further, Your Honor.  Thank you.

17            THE COURT:  All right.  Mr. Gibbs, any redirect?

18            MR. GIBBS:  A little bit, Judge.  Thank you.

19                     REDIRECT EXAMINATION

20  BY MR. GIBBS:

21  Q.   Mr. Gharbieh, you were asked on cross examination about the

22  trip to Delaware where Ali Timimi read you the 40 Hadeeths of

23  Jihad.  Do you recall that?

24  A.   Yes, sir, I do.

25  Q.   And Mr. MacMahon asked about what hadeeths are and how some

# Gharbieh - redirect

1  hadeeths can talk about how you should wash, correct?

2  A.  Correct.

3  Q.  And how some hadeeths talk about how you can pray, right?

4  A.  Yes, sir.

5  Q.  But when Ali Timimi read you those hadeeths that day, he

6  didn't read any about how you can wash, did he?

7  A.  No, sir.

8  Q.  And he didn't read any about how you can pray, did he?

9  A.  No, sir.

10  Q.  What were the hadeeths that he read you that day focused on?

11  A.  Combat jihad, sir.

12  Q.  Now, you were also asked on cross examination about the Dar

13  al-Arqam Islamic Center, and Mr. MacMahon asked you if it was a

14  mainstream place of learning, and you said that was correct,

15  didn't you?

16  A.  Yes, sir.

17  Q.  And that is true, right?

18  A.  Yes, sir.

19  Q.  And in fact, Ali Timimi was a regular lecturer at the

20  mainstream place of Islamic learning until his comments of

21  September 11, right?

22  A.  Correct.

23  Q.  And after that time, did he ever speak again at that

24  mainstream place of Islamic learning?

25  A.  No, sir.

## Gharbieh - redirect

1  Q.   Now, you were asked about the paintball training a little bit
2  and how it started and whether in the beginning anyone could come
3  participate, and I think you said yes to that question.  Do you
4  recall that?

5  A.   In the beginning, yes, sir.

6  Q.   All right.  Now, it looked like -- that's right, you said in
7  the beginning.

8       Now, ultimately, did that change in some way?

9  A.   Yes, sir.

10 Q.   And how did that change?

11 A.   It became a secret.

12 Q.   How did that come about?

13 A.   In a discussion with Ibrahim Al-Hamdi and Yong Kwon and
14 Ismail Royer and Hammad and Idris and them, it was feared that
15 although we were doing it publicly, that we would be associated
16 with some type of, you know, jihad training camp by the FBI or by
17 any, any police or official and that we'd be mistaken for that, so
18 we wanted to avoid that and said we just won't tell anybody about
19 it, and then it became a secret, and to bring a person to
20 paintball at that point, you needed two people amongst the group
21 that has already been paintballing to testify that they know this
22 person as a person who wouldn't go around blabbing their mouth
23 about the, the training.

24 Q.   All right.  And this conversation where it was determined
25 that the training would be secret, did this conversation take

**J.A. 276**

**Gharbieh - redirect**

1   place before or after you spoke to Ali Timimi about Seif Chapman

2   having been approached by the FBI?

3   A.    It was a secret before that, sir.

4   Q.    Now, you were also asked about the paint- -- the participants

5   in this training, and Mr. MacMahon asked you if it wasn't true

6   that a very small portion of the total number of paintball players

7   were sort of part of that original personal jihad training group.

8   Do you recall that?

9   A.    Yes, sir.

10  Q.    And you said it was a fairly small number of people, correct?

11  A.    Yes, sir.

12  Q.    But out of that fairly small number of people, weren't they

13  very well represented at the meeting at Kwon's house on September

14  16?

15  A.    Yes, sir.

16  Q.    In fact, it was most of them, wasn't it?

17  A.    Yes, sir.

18  Q.    And you were asked about Masaud Khan, and you said that he

19  was -- he did go to Dar al-Arqam infrequently, right?

20  A.    Infrequently, sir.

21  Q.    Infrequently, correct.

22  A.    Yes, sir.

23  Q.    And you testified that Ali Timimi did know Masaud Khan, and,

24  in fact, Masaud Khan was at Kwon's house on 9/16 when Timimi was

25  speaking, right?

**Gharbieh - redirect**

1  A.    Yes, sir.

2  Q.    Now, you were also asked about the meeting at the park with

3  Randall Royer, and you testified that he said that you'd be a

4  sinner to Allah if you didn't go overseas.  Do you recall that?

5  A.    Yes, sir.

6  Q.    Is that one of the things Royer told you at the park?

7  A.    Yes, sir.

8  Q.    And didn't he preface all of his remarks there at the park by

9  saying, "You know what Ali Timimi says"?

10  A.    Yes, sir.

11  Q.    That's how he started, correct?

12  A.    "You know the opinion of the scholars and Sheikh Ali."

13  Q.    Thank you.

14         Now, you were also asked about some of the prevailing

15  political views at the Dàr al-Arqam.  Mr. MacMahon asked you

16  wasn't it true that there were people at Dar al-Arqam upset about

17  American sanctions in Iraq, correct?

18  A.    Yes, sir.

19  Q.    And that's true, right?

20  A.    Yes, sir.

21  Q.    And you also testified that there were people at Dar al-Arqam

22  that would be upset when Palestinian children would be killed by

23  Israelis, correct?

24  A.    Yes, sir.

25  Q.    But on September 11, when Ali Timimi spoke at the Dar

**J.A. 278**

# Gharbieh - redirect

1  al-Arqam, he didn't talk about the sanctions in Iraq, did he?

2  A.   No, sir.

3  Q.   And he didn't talk about Palestinian children being killed in

4  Israel, did he?

5  A.   I want to go back, sir, if you don't mind, not to the

6  question, but when was this that you're asking me about?

7  Q.   The -- it was on September 11 at the Dar al-Arqam.

8  A.   All right.

9  Q.   When the 9/11 attacks were discussed.

10 A.   No children were mentioned, sir.

11 Q.   All right.  And, in fact, what he said was that in regards to

12 the attacks, America had it coming, correct?

13 A.   Yes, sir.

14 Q.   Now, you were also asked about the meeting at Kwon's house a

15 few days after 9/11 where Ali Timimi spoke, correct?

16 A.   Correct.

17 Q.   And you testified on cross examination that one of the things

18 Timimi said was that things would be okay in the end.  Do you

19 recall saying that?

20 A.   I do recall it.

21 Q.   And he said things would be okay in the end, but what did he

22 say would be the -- what the end would be after?

23 A.   I'm sorry I'm drawing all these blanks.  In regards to the

24 comment at Yong Kwon's house, he mentioned something to the extent

25 of everything would be okay at the end, and it would be after a

## Gharbieh - redirect

1   long period of struggle, but eventually, everybody would have --
2   Muslims as well would have peace on earth.  Something along those
3   lines, I'm sorry.

4   Q.   No, that's fine.

5        So the thing that would be okay at the end was something
6   occurring after a long period of struggle?

7   A.   Oh, yes, sir.

8   Q.   Now, you were asked about ultimately after the meeting at
9   Kwon's house, that you were re-contacted by Randall Royer.  Do you
10  recall that?

11  A.   I do.

12  Q.   And you testified on cross examination that he got you on
13  your cell phone and you weren't real excited to talk with him.  Do
14  you recall saying that?

15  A.   Yes, sir.

16  Q.   And why was it that you didn't want to talk to Royer after
17  the meeting at Kwon's house?

18  A.   I had a hunch that he wanted to talk about jihad or anything
19  related to it.

20  Q.   And you also testified on cross examination, Mr. MacMahon
21  asked you about what Royer claimed Ali Timimi had said, that you
22  either needed to do hijra or go to a camp.  Do you recall saying
23  that?

24  A.   I do.

25  Q.   And you testified that you believed Royer when he said that

1  Ali Timimi had said those things?

2  A.   I did.

3  Q.   Why was it that you believed Royer when he said that?

4  A.   It wasn't a far-fetched opinion that I believe Dr. Ali would

5  have had.

6  Q.   That you needed to make hijra or go to a camp?

7  A.   Right.

8  Q.   And do you know any reason why Randall Royer would have to

9  claim that Ali Timimi had said something that he hadn't said?

10            MR. MAC MAHON:  Your Honor, that calls for speculation.

11            THE COURT:  I'm going to sustain that objection.

12            MR. GIBBS:  Okay.  If I could have just a moment, Judge?

13            THE COURT:  Yes, sir.

14            MR. GIBBS:  Mr. Gharbieh, thank you.  That's all I have.

15            Thank you, Your Honor.

16            THE COURT:  Is there any recross, Mr. MacMahon?

17            MR. MAC MAHON:  Just a few, Your Honor.

18                      RECROSS EXAMINATION

19  BY MR. MAC MAHON:

20  Q.   Sir, with respect to the secret rules of paintball that you

21  told Mr. Gibbs about, Ali Al-Timimi had nothing to do with

22  changing the rules of paintball to make it secret, either, did he?

23  A.   Not to my knowledge.  He didn't have anything to do with

24  that.

25  Q.   Well, he wasn't there for the meeting when you talked about

1  it, was he?

2  A.    No.

3  Q.    And he never referred anybody to paintball, did he?

4  A.    No.

5  Q.    He never asked you to let somebody come into the paintball

6  group at all, right?

7  A.    No.

8  Q.    And you never once called Ali Timimi after you met with Royer

9  to ask him if he had ever actually had such a discussion with

10  Randall Royer about you going to a camp, correct?

11  A.    No, sir.

12  Q.    And you had never once in your life heard Ali Al-Timimi tell

13  anyone to go to a camp, right?

14  A.    No, sir.

15          MR. MAC MAHON:  That's all, Your Honor.

16          THE COURT:  All right.  Does anybody anticipate calling

17  this witness again during the trial?

18          MR. GIBBS:  The government does not, Judge.

19          THE COURT:  How about the defense?

20          MR. MAC MAHON:  No, Your Honor.

21          THE COURT:  All right, Mr. Gharbieh, then you're

22  released as a witness.  That means you can come into the courtroom

23  and watch the trial, or you may leave, but you're not to discuss

24  your testimony or anything you might see or hear in the courtroom

25  with any witness who has not yet testified.  Do you understand?

# Aatique - direct

1           THE WITNESS:  I understand that, Your Honor.

2           THE COURT:  Thank you.  You're free to go.

3                     (Witness excused.)

4           THE COURT:  The next witness, is that going to be a long

5    witness or --

6           MR. KROMBERG:  Yes, Your Honor.

7           THE COURT:  Well, why don't we take the afternoon break

8    at this point, let the jury stretch their legs, and we'll

9    reconvene at 10 of.

10                    (Recess from 3:35 p.m., until 3:51 p.m.)

11                         (Defendant and Jury present.)

12          THE COURT:  Mr. Kromberg, your next witness?

13          MR. KROMBERG:  Your Honor, the government calls Muhammad

14   Aatique.

15          MUHAMMAD AATIQUE, GOVERNMENT'S WITNESS, AFFIRMED

16                    DIRECT EXAMINATION

17   BY MR. KROMBERG:

18   Q.   Good afternoon, Mr. Aatique.  Would you please state your

19   name and spell it for the record?

20   A.   My name is Muhammad Aatique, and it's spelled M-u-h-a-m-m-a-d

21   A-a-t-i-q-u-e.

22   Q.   Mr. Aatique, when were you born?

23   A.   I was born on November 3, '72.

24   Q.   Where were you born?

25   A.   Karachi, Pakistan.

**Aatique - direct**

1  Q.  When did you first arrive in the United States?

2  A.  Second week of January '96.

3  Q.  Have you lived in the U.S. since that time?

4  A.  Mostly -- I mean, I've been traveling, but I've been living

5  here since that time.

6  Q.  What was your status when you got here in 1996?

7  A.  I came on a student visa, an F-1 visa, and --

8  Q.  F-1, that's a class of student visa?

9  A.  That's correct.  And I was on that visa type until about '98,

10 when I got switched to H-1 visa, which is a work visa.

11 Q.  H-1 is a work visa?

12 A.  That's correct.  And --

13 Q.  Well, let me stop you there for just a second.  When you were

14 here on a student visa, where were you studying?

15 A.  I came to Virginia Tech.

16 Q.  And what were you studying?

17 A.  Electrical engineering.

18 Q.  What is your immigration status now?

19 A.  Well, right now, I'm a federal prisoner, but until, until --

20 well, when I was arrested, I was still an H-1 visa.

21 Q.  Okay.  And that was for you to work.  Where were you working

22 at the time?

23 A.  I had been working in different companies, but when I was

24 arrested in 2003, I was working for a company in Pennsylvania, in

25 King of Prussia.  It's called TruePosition.

**Aatique - direct**

1  Q.   And what did you do for them?

2  A.   They work in -- working on tracking technologies for cell

3  phones.

4  Q.   Tracking technologies?

5  A.   Yeah, like 911 locations, stuff like that.

6  Q.   Mr. Aatique, what languages do you speak?

7  A.   Basically, I speak English and Urdu and a little bit of

8  Arabic.

9  Q.   Urdu, is Urdu the language of Pakistan?

10 A.   That's correct.

11 Q.   And you say you speak a little Arabic?

12 A.   I mean a little.  I can get by, but I'm not fluent.

13 Q.   Okay.  Now, you said you're obviously a federal prisoner.

14 What did you plead guilty to?

15 A.   I pled guilty to two charges.  One was an aiding and abetting

16 for the violation of Neutrality Act, and another was a gun charge.

17 Q.   A gun charge?

18 A.   Yes.

19 Q.   All right.  And the Neutrality Act is what?  Going to attack

20 another country?

21 A.   Another country that was at peace with the United States,

22 aiding and abetting in its violation.

23 Q.   Okay.  What is your obligation under your plea agreement

24 regarding telling the truth when you're called as a witness?

25 A.   I have to be truthful in, in whatever I tell the government,

**Aatique - direct**

1   and I'm required to testify in any end-resulting investigations or

2   trials that may result from this investigation.

3             MR. KROMBERG:  Could you bring up 7H12?

4             THE COURT:  Before we put these on the screen, we really

5   have to make sure defense do not have an objection.  Is there an

6   objection to 7H12?

7             MR. YAMAMOTO:  No, Your Honor.

8             THE COURT:  All right, then it's in.  Go ahead.

9             (Government's Exhibit No. 7H12 was received in

10  evidence.)

11            MR. KROMBERG:  Thank you, Your Honor.

12  Q.   I just wanted you to say that that was your -- want to ask

13  you if that was your plea agreement.

14  A.   Say it again, please?

15  Q.   Is what's in front of you, the first page marked 7H12, is

16  that the first page of your plea agreement?

17  A.   Yeah, that look like so.

18  Q.   Okay.  And the actual full thing is in the binders, but we

19  don't have to look at it now.

20            What sentence are you serving?

21  A.   I was sentenced in December 2003 to a sentence of 126 months.

22  Q.   How much of that will you serve?

23  A.   Right now, my release date is around August 2012, something

24  like that.

25  Q.   But has there been a motion by the government filed to reduce

# Aatique - direct

1  your sentence?

2  A.   Yes.  A motion has been filed with Judge Brinkema to -- so

3  that later on the government can -- I mean, this motion is for a

4  Rule 35(b) hearing.

5  Q.   Rule 35 is for -- is what to your understanding?

6  A.   Rule 35(b) is, is a rule by which the government can file a

7  motion to request a reduction in the sentence based on any

8  cooperation that the defendant provides.

9  Q.   Do you know how much your sentence is going to be reduced by

10 Judge Brinkema?

11 A.   No, I don't know.

12 Q.   In your view, what are the factors that Judge Brinkema is

13 going to use to reduce your sentence?

14 A.   Basically, my truthfulness and the value of my cooperation.

15 Q.   Are you familiar with Dar al-Arqam?

16 A.   It was a gathering place, a lecture gathering place in

17 Northern Virginia where different personalities, Islamic

18 personalities used to come to give lectures and people of the --

19 Muslims of the area used to attend.

20 Q.   Let me go back just a second.  You attended Virginia Tech,

21 and where did you move to after you left Virginia Tech?

22 A.   I finished my master's in September of '97, and from there I

23 moved to San Diego, California.  I got a job immediately, and I

24 was working there until February of '99, and that's when I moved,

25 moved to Reston, Virginia, here, Northern Virginia.

**Aatique - direct**                145

1   Q.    And when did -- when was your first contact with Dar
2   al-Arqam?
3   A.    Sometime later that year, either fall or winter of '99.  I
4   mean, it was -- when I say I had the contact at that time, I don't
5   mean the place.  The place started in 2000 -- I mean, the lecture
6   gathering.  That's what I start attending in late '99.
7   Q.    And where were you attending the lectures at that point?
8   A.    The first place I went to was in the campus of AOU, American
9   Open University.
10  Q.    American Open University.  What's the campus like of AOU at
11  the time?
12  A.    I don't know how big it is.  The only portion I saw was a
13  very small place near Falls Church.  It was just an upper floor
14  room where we used to gather.
15  Q.    An upper floor room in an office building?
16  A.    Sort of, yeah.
17  Q.    What was American Open University?
18  A.    It's a, it's a distant learning -- distance learning place
19  for people.  I mean, they don't have -- to the best of my
20  knowledge, they don't have classes anywhere.  I mean, you can --
21  you do correspondence courses in mostly Islamic topics, Arabic
22  language, Islamic topics.
23  Q.    Okay.  Who did you meet through attending those lectures
24  at -- and courses at American Open University?
25  A.    I met a lot of people.  I mean, do you want me to name them?

**Aatique - direct**                                146

1  Q.   Well, we've heard about a group -- well, in fact, would you
2  put up 1J7, please?
3         Okay.  Do you recognize that person?
4  A.   Yeah, that's the picture of Yong Kwon.
5  Q.   Okay.  How did you meet Yong Kwon?
6  A.   Well, I knew Yong Kwon from Virginia Tech because I came to
7  know him in '96-'97, when I was there.
8  Q.   All right.  And then when you moved to Virginia, to Reston,
9  did you reestablish contact with him?
10 A.   Yeah.  Actually, even in the, in the -- in the duration in
11 the meanwhile, I was in sort of phone contact with him.  I saw him
12 a couple of times maybe, but when I came back, I was seeing him on
13 a regular, regular basis.
14 Q.   Is -- was it Mr. Kwon who introduced you to American Open
15 University?
16 A.   I came to Dar al-Arqam through him when I came here.
17 Q.   Okay.  How about 1J3?
18 A.   That's Masaud Khan.
19 Q.   And how did you know him?
20 A.   He's the brother of Omer Khan, and Omer Khan was actually one
21 of the people I met in Virginia Tech, also.  Actually, I met Yong
22 Kwon through Omer Khan in Virginia Tech, and he's the older
23 brother of Omer Khan.  So actually, the first time I met -- met
24 him also in Blacksburg, which is where Virginia Tech is.
25 Q.   1J8?

**Aatique - direct**

1  A.    That's Mahmood Hasan.  I also met him in Dar al-Arqam for the
2  first time.
3  Q.    And how about 1J1?
4  A.    That's Ismail Royer, and I think I also met him the first
5  time through the Dar al-Arqam lecture place.
6  Q.    1J6?
7  A.    That's Calipha, and I also met him through Dar al-Arqam.
8  Q.    1J10?
9  A.    Idris Surratt, same thing.
10 Q.    And 1J5?
11 A.    Hammad, I also met him through Dar al-Arqam.
12 Q.    1J2?
13 A.    This is Ibrahim Al-Hamdi.  Also I met him through Dar
14 al-Arqam.
15 Q.    And 1J4?
16 A.    That's Seif Chapman.  I also saw him for the first time at
17 Dar al-Arqam.
18 Q.    And 1J13?
19 A.    Ali Chandia.  I also met him through Dar al-Arqam.
20 Q.    Of the group of people we just saw the pictures of, what
21 activities did you engage in, if any, with them?
22 A.    Except for Masaud Khan, who just came once or twice, almost
23 all of these people were regular attendees of paintball group,
24 where we used to play paintball.
25 Q.    You said except Masaud Khan.  How about Chandia?

**Aatique - direct**                                      148

1   A.   No, Chandia never -- I don't remember him being there, also.

2   Q.   All right.  What was the point to you of engaging in

3   paintball activities?

4   A.   When, when I joined for the first time, I was told that the

5   purpose of paintball is basically to train for jihad, and also it

6   was a recreation also for us.  So that was -- these two were the

7   purposes for paintball.

8   Q.   When you mention it was preparation for a jihad, what does

9   "jihad" mean in that sense?

10  A.   Physical fighting.

11  Q.   Who provided the training during that training?

12  A.   Mostly --

13  Q.   Who provided the training during the paintball sessions?

14  A.   Mostly people with formal military training, like Hammad or

15  Seif and Idris.

16  Q.   Seif is Seif Chapman, and Idris is Idris Surratt?

17  A.   That's correct.

18  Q.   Did you know Ali Timimi?

19  A.   Yeah.  He was one of the regular lecturers at Dar al-Arqam.

20  Q.   You never saw him playing paintball or anything, right?

21  A.   No.

22  Q.   How did you know -- how did you first meet him?

23  A.   Well, I knew him from before, also.  First time I saw him was

24  in a conference in December '96, in an IANA conference.

25  Q.   IANA is Islamic Assembly of North America?

**Aatique - direct**

1  A.   That's correct.

2  Q.   Was he a speaker?

3  A.   Yes.

4  Q.   Okay.  And when next did you see him?

5  A.   Next time I saw him, I think the next year's conference in

6  December '97, I'm not sure, I think I did see him, but that was

7  the second time.  And then I saw him regularly when I came to

8  Virginia at Dar al-Arqam.

9  Q.   What was your relationship with him?  Were you equals or

10  peers?

11  A.   No.  I was one of the attendees, and he was, he was the most

12  regular lecturer of that place.

13  Q.   How often did you attend his lectures at Dar al-Arqam?

14  A.   I used to attend lectures at Dar al-Arqam almost every

15  Friday.

16  Q.   Before September 11, 2001, during the time that you attended

17  the lectures, in what kind of a regard did you hold Ali Timimi?

18  A.   I hold him in a respectful regard.

19  Q.   Why?

20  A.   He was one of the regular lecturers there, and I was

21  listening to his tapes for many years, and I looked up to him in

22  this sense.

23  Q.   Had you ever socialized with him?

24  A.   No.  I mean, I had -- maybe I had dinners with him a couple

25  of times but not really socialization, I would say.

**Aatique - direct**

1  Q.  When you say "dinners with him," was it just the two of you?

2  A.  No.

3  Q.  What kind of dinners are you referring to?

4  A.  Like, sometimes we'd go to some place after a lecture,

5  somebody might invite us at their home or, or at some restaurant.

6  Not a whole lot of times.

7  Q.  Okay.  Had you ever been to his house?

8  A.  No.

9  Q.  Had he ever been to your house?

10  A.  No.

11  Q.  In 2000 and 2001, before September 11, during the time that

12  you were attending the lectures at Dar al-Arqam -- well, in fact,

13  let me stop there and go back a second.

14       Did you live in Virginia throughout 2001?

15  A.  No.  As I said, I came to Virginia in the last week of '99,

16  and I moved out of Virginia first week of July 2001.

17  Q.  And where did you move to?

18  A.  Pennsylvania.

19  Q.  Now, in 2000 and 2001 but before 9/11, what was your attitude

20  during that period with respect to the concept of jihad?  And when

21  I say "jihad," I'm talking about physical fighting.

22  A.  I looked -- I mean, I thought of it as one of the, I mean,

23  one of the aspects of Islam, that you have to be ready for

24  physical fighting and you might have to do it if time comes.

25  Q.  What factors caused you to have that attitude?

1    A.    I mean, all of my -- I mean, my religious knowledge, which I
2    have been acquiring since I was little and, of course, living
3    here, and, of course, going to Dar al-Arqam, also.
4    Q.    What impact did Ali Timimi's lectures have on you?
5    A.    I would say it's considerable impact.
6    Q.    What settings were -- did you hear his lectures being given
7    in?
8    A.    Say it again?
9    Q.    In what -- where did you hear these -- where did you hear
10   what Ali Timimi would say?
11   A.    Almost all the time, I mean -- I mean, his lectures were not
12   directly to jihad as such.  I mean, lot of different topics,
13   although the topic of jihad might come in.  In Dar al-Arqam most
14   of the times live but lot of times his tapes, also.
15   Q.    Were there any other settings where you heard him talk?
16   A.    Other than tapes and Dar al-Arqam?
17   Q.    Right.  You were talking before about dinners.
18   A.    Yeah.  I mean, yeah, the very few dinners that I attend with
19   him, he -- yeah, he talk on that topic.
20   Q.    He talked on what topic?
21   A.    I mean, different topics.
22   Q.    Okay.  Did -- was there a particular setting where he talked
23   about jihad differently than he did at Dar al-Arqam?
24   A.    As far as being highly encouraging of it, we had a dinner
25   just after 9/11 at Yong Kwon's home.

**Aatique - direct**                                    152

1  Q.   Well, before I get to that, were his positions that he --
2  that you heard him say in the public lectures any different from
3  what he said in private before September 16, 2001?
4  A.   I don't remember any --
5           MR. YAMAMOTO:  Objection, Your Honor.  Foundation has
6  not been laid for this.
7           THE COURT:  Well, this can only be based upon your
8  personal experience with the defendant as a speaker.  So the
9  question is based on when you were hearing him speak, did you
10 detect any difference in how he spoke about that topic depending
11 upon the location of where he was speaking?
12           I think that's the question.
13           MR. KROMBERG:  Thank you, Your Honor.
14           THE WITNESS:  I won't say there was any considerable
15 difference.  I mean, it might be that the -- that he was more
16 relaxed in a private setting among a closer group, but I won't say
17 a considerable difference.
18 BY MR. KROMBERG:
19 Q.   Was there -- okay.
20           Before -- let's talk about before 9/11, what was your
21 intent with regard to engaging in violent jihad?
22 A.   I never really had any plans.
23 Q.   What is to your knowledge -- again, what -- back in 2001,
24 before 9/11, what did you know about Lashkar-e-Taiba?
25 A.   I'm from Pakistan, so I'm aware of, I mean, because I read

**Aatique - direct**

1  the newspapers from there, I used to read them on a regular basis
2  through the Internet, so I used to be aware of what's going on in
3  Kashmir region, which is a disputed territory between Pakistan and
4  India, and there are many groups -- guerilla groups that are
5  fighting the Indian soldiers in the Indian-occupied territory of
6  Kashmir, and LET was one of the groups fighting them.  So that's
7  how I was generally aware of them.

8  Q.  What, if anything, had you ever heard Timimi say about LET?

9  A.  I don't -- I can't put an exact time, but maybe sometime
10 around 2001 or late 2000, I -- I mean, sometime around 2001 or
11 late 2000 maybe, I, I have an -- I have an impression that he
12 said, I mean, as them being one of the --

13          MR. YAMAMOTO:  Objection to impression.

14          THE COURT:  Wait, wait, wait.  It has to be more exact
15 than an impression. ·You have to have a clear memory, or you
16 shouldn't be testifying about it.

17          THE WITNESS:  I remember him saying something along the
18 lines that LET is -- are the good folks in Pakistan, to simplify
19 it, I mean, that they are the best people in Pakistan.  I don't, I
20 don't know exactly when he said that, but I think he said that
21 before 9/11, also, sometime.

22 BY MR. KROMBERG:

23 Q.  What other groups, jihad groups did Timimi speak about before
24 9/11?

25 A.  I think sometimes he talked about people fighting in

## Aatique - direct

1  Chechnya.  I don't, I don't recall any particular group

2  designation but --

3  Q.   I'd like to show you 10G4.

4           THE COURT:  Any objection to 10G --

5           MR. KROMBERG:  It's already in, Judge.

6           THE COURT:  Yes.

7  BY MR. KROMBERG:

8  Q.   Do you recognize this photo?

9  A.   This is a photo of Ibn Khatab, who's one of the commanders of

10  the mujahideen in Chechnya.

11  Q.   Did Timimi speak about Ibn Khatab?

12  A.   I remember once in Dar al-Arqam, he said something like which

13  can -- like, something like nobody can be a great commander like

14  him or like Shamil -- I'm not sure if he said Shamil Bashaev, but

15  I remember him talking about Ibn Khatab.

16           MR. YAMAMOTO:  Your Honor, I'd like a clarification of

17  what he knows that he said as opposed to what he's thinking he

18  said.

19           THE COURT:  I'm going to sustain that objection.  You

20  need to rephrase that question.

21  BY MR. KROMBERG:

22  Q.   Do you recall Timimi talking about Ibn Khatab?

23  A.   Yes.

24  Q.   What do, what do you recall Timimi saying about Ibn Khatab?

25  A.   It was something along the lines of that nobody, nobody can

1  get this honor of being, being such a high, well-known commander,
2  something like that.

3          MR. YAMAMOTO:  I'm still not sure I understand what the
4  answer is, Your Honor.

5          THE COURT:  Can you speak -- express your answer a
6  little bit more slowly?  And be as exact as you can.

7          THE WITNESS:  Okay.

8          THE COURT:  All right?

9          THE WITNESS:  The topic was something like of if we go
10  abroad and fight and join the mujahideen.  I don't know how it
11  came up, but it was hypothetically he answered that not everybody
12  can go and become a great, great commander like him, Ibn Khatab.
13  I don't remember if he said any other name, but that was what was
14  said.

15          THE COURT:  All right.

16  BY MR. KROMBERG:

17  Q.   You don't -- that not everybody who goes overseas to be a
18  mujahideen can be a great commander like Khatab?

19  A.   Something like that, yeah.

20  Q.   You mentioned the name Bashaev.  Who is Bashaev?

21  A.   He's another of the commanders in Chechnya.

22  Q.   What's the ethnic background of Khatab, if you know?

23  A.   From what I knew, he was an Arab.

24  Q.   And how about Bashaev?

25  A.   He's a Chechen.

## Aatique - direct

1  Q.    Was there a difference or -- between the Chechen rebels who

2  were -- were there any differences among the Chechen rebels

3  fighting the Russians between Arabs and Chechens?

4        MR. YAMAMOTO:  If he knows.  This sounds like a

5  hypothetical question.

6        THE COURT:  Well, this almost sounds like an expert

7  question, too.  I mean, I don't want you to guess.  If you know,

8  you need to first tell us how you know, and then we'll hear your

9  answer, and if you don't know, the answer is you don't know.

10        THE WITNESS:  I knew through websites, the different

11  jihad websites that kept track of what was happening there through

12  those websites, that Shamil Bashaev was a commander of the Chechen

13  mujahideen and Ibn Khatab was the commander of foreign mujahideen.

14        THE COURT:  All right.

15  BY MR. KROMBERG:

16  Q.    Is Khatab still alive?

17  A.    No.

18  Q.    Bashaev still alive?

19  A.    Probably, yes.  I'm not sure.  I'm not keeping track of news.

20  Q.    I suppose not.

21        Who was the first person to tell you about his own

22  personal experience at Lashkar-e-Taiba?

23  A.    Ibrahim Al-Hamdi.

24  Q.    After you -- what did he tell you, do you recall?

25  A.    That was after he came back from his own training there,

# Aatique - direct

1   maybe very late 2000, and he described some of his experiences
2   there.
3   Q.   After you heard about Lashkar from Hamdi, what did you do for
4   more information?
5   A.   Before he described his experience to me, I, I mean, LET
6   wasn't a very remarkable group for me as compared to a lot of
7   other groups that were fighting there, but after Hamdi came back
8   and for the next, I'd say, six-eight months, I start keeping more
9   an eye on them in the news.
10  Q.   Did you find their website?
11  A.   Yes.
12  Q.   Which was what, do you remember?
13  A.   Initially, it used to be something like lashkardawah.com.
14  Q.   Lashkardawa -- d-a-w-a -- .com?
15  A.   That was the spelling that was used, yeah.
16  Q.   And later?
17  A.   Later, jamadawah.com, something like that.
18  Q.   I'd like you to look at 1F1.
19          THE COURT:   Any objection?
20          MR. KROMBERG:   Your Honor, these are ones that we
21  already resolved, I think, before --
22          MR. YAMAMOTO:   I think we object to them.  I think the
23  Court has --
24          THE COURT:   -- overruled the objection, all right.
25          Then it's in.

**Aatique - direct**

1       (Government's Exhibit No. 1F1 was received in evidence.)

2 BY MR. KROMBERG:

3 Q.  Take a look at 1F1.  Do you recall -- do you recognize this?

4 A.  It seems like one of the LET posters along the lines

5 that I -- because when Ibrahim Hamdi came back and I went to his

6 home once, he brought out lot of posters, color posters that he

7 brought with him back from LET, and so I saw -- I remember seeing

8 those posters.

9       And also, when I myself went abroad to one of those

10 camps later in 2001, I saw something similar along these lines.

11 Q.  Well, let me ask you, can you read what is written on

12 these -- on this poster and translate it for us into English?

13 A.  It's -- this poster is almost all in Urdu.  The big, the big

14 yellow thing, it says literally, it means American world order at

15 the tip of my shoe.

16       THE COURT:  I'm sorry, it means what?

17       THE WITNESS:  America world order at the tip of my shoe.

18 BY MR. KROMBERG:

19 Q.  And literally, what would that -- could you translate more to

20 idiomatic English?

21 A.  It's something like hell with American world order or I give

22 two boots to American world order, something like that.

23 Q.  Okay.  How about the language at the upper left?

24 A.  That's a piece of poetry.  The first line says, "Go light or

25 go heavy."  And the second line says, "Whatever your preparation,

**Aatique - direct**

1  go."

2  Q.   Now, circling -- do you recognize what I'm circling?

3  A.   It looks like an AK-47.

4  Q.   Is that a symbol of the group?

5  A.   I recall the symbol being similar.  I don't know if this is

6  exactly the symbol.

7        MR. KROMBERG:  Can we look at 1F2, please?

8  Q.   Do you recognize that one?

9  A.   Yeah, that's a similar poster.

10  Q.   Okay.  First, what does that say in red near the top?

11  A.   The thing on the right, which is short two lines, it says

12  "Red Fort, Delhi, and Srinagar Airport."

13  Q.   Now, the Red Fort what?

14  A.   The "Red Fort, Delhi," which is the capital of India, and

15  just below it in a smaller font, it says "and Srinagar Airport."

16  And then it says in the front, in the center, until the end, it

17  says, "A martyrdom attack by the mujahideen of Lashkar-e-Taiba."

18        MR. YAMAMOTO:  Your Honor, can we get a clarification as

19  to where these items are coming from?

20        THE COURT:  I think you're going to need to probe that

21  down the road unless this witness knows.

22        Ask this witness.

23  BY MR. KROMBERG:

24  Q.   Well, do you know where this particular exhibit came from?

25  A.   No.

# Aatique - direct

1  Q.   Have you seen a poster like this at either Ibrahim Hamdi's
2  house or in your travels in Pakistan?
3  A.   I'm not sure if I've seen this exact poster, but I've seen
4  posters similar in nature at Ibrahim's home and when I traveled
5  abroad.  When I traveled abroad, it wasn't exactly a poster.  What
6  I saw was something similar in nature but not, not a poster.
7         MR. KROMBERG:  Judge, we're going to have another
8  witness actually tell us --
9         THE COURT:  All right.
10        MR. KROMBERG:  -- where this particular one came from.
11        THE COURT:  All right, we'll leave this open for now.
12        MR. KROMBERG:  Okay.
13  Q.   Now, I'm circling the flag on the upper left.  Do you
14  recognize that?
15  A.   That looks like an LET flag.
16  Q.   Okay.  And the building that's depicted there, do you
17  recognize that building?
18  A.   That's the Red Fort, a historical building in India, Delhi --
19  at New Delhi.
20  Q.   What significance does the Red Fort have for the
21  Lashkar-e-Taiba?
22  A.   It's, it's one of the biggest buildings constructed by Mogul
23  emperors, who were the historical rulers of India, and so a lot of
24  times, India government does, they'll, like, show a stage, like,
25  big Independence Day event there, and there's also people say

**J.A. 303**

**Aatique - direct**

1   there's some -- because there's a similar fort in Pakistan, also,

2   and they also have underground cells or something, and some people

3   say that a part of it is a military complex, also.

4   Q.   Was there any military action involving the Red Fort and

5   Lashkar-e-Taiba?

6   A.   Sometime, I don't remember the year, maybe 2000 or '99, they

7   staged an attack on this building.  That's, that's probably what

8   the poster refers to.

9   Q.   And on the bottom right, what I've just circled, can you make

10  that out, what that is?

11  A.   It's like a MiG plane in flames or fire, something like that.

12  Q.   Is that a picture that's described about the airport that you

13  talked about in Srinagar?

14  A.   Yes.

15  Q.   What was the attack on the airport in Srinagar?  Who did

16  that?

17  A.   That was also one of the LET operations.

18  Q.   Okay.  Now, the Red Fort is called a fort.  How old is it?

19  A.   Many centuries.

20  Q.   Is it a -- do people visit it as a landmark?

21  A.   Yes.

22  Q.   Take a look, if you would, at 1F3.  On the upper left, is

23  that the LET flag?

24  A.   That's correct.

25  Q.   What I've just circled, some writing, can you translate that?

# Aatique - direct

1  A.   It says "Mujahideen of Lashkar-e-Taiba."

2  Q.   Is that in Arabic or in Urdu?

3  A.   It seems to be in Urdu, although Arabic would be very similar

4  probably.

5  Q.   Okay.  And what does it say on the bottom right?

6  A.   The first line says that we saw Russia disintegrating

7  yesterday, and now we'll see India break up.  And the next line

8  says, "Then by the flames of the bolt of jihad, we'll see America

9  and Israel burning."

10 Q.   America and Israel burn?

11 A.   That's correct.

12 Q.   Let's go to 1F4.  Upper left, Lashkar flag?

13 A.   Yes.

14 Q.   Okay.  Can you read what's written on the left side?

15 A.   It says, "Mujahideen of Lashkar-e-Taiba."

16 Q.   And on the upper right?

17 A.   It says, "All you who believe, don't take Jews and Christians

18 as friends."

19 Q.   And in the center, by the boot on the flag?

20 A.   It's again a piece of poetry.  The line first says, "We, the

21 sons of Ghauri and Ghaznawi, will keep on moving forward," and the

22 next line says -- literally it says, "We'll bang brick with brick

23 of American criminals" or "American thugs," something like that.

24 Q.   Brick by brick what?

25 A.   "We'll bang the brick with brick of American criminals" or

# Aatique - direct

1  "American thugs," something like that.

2  Q.    American criminals and American terrorists?

3  A.    Criminals or thugs, something like that.

4         THE COURT:  Thugs, thugs.

5         MR. KROMBERG:  Thugs, I'm sorry.  Thank you.

6  Q.    1F5?  Can you read for us the writing on the left I've just

7  circled?

8  A.    "Mujahideen of Lashkar-e-Taiba."

9  Q.    And on the bottom?

10  A.    It says, "Holding the flag of Dawah" -- which means call to

11  Islam -- "and jihad."  The second line says, "We are awake.  We

12  are ready."

13  Q.    And Dawah, D-a-w-a --

14  A.    "H" you can put

15  Q.    -- is Dawah?

16  A.    Yes.

17  Q.    Call to Islam?

18  A.    Call to righteousness or call to Islam.

19  Q.    Okay.  And could you read what's on the upper right?

20  A.    The top right says, "Bis millah e rehman e rahim," which

21  means in the name of God.  God is most beneficent and most

22  merciful, and the yellow is a verse of Koran, and the red seems to

23  be a translation in Urdu.

24  Q.    And what is the verse of the Koran?

25  A.    It's something along the lines, I mean, I can't really make

1  out the Urdu, but it's -- this verse says -- and that's my own

2  rough translation -- it says, "Oh, Prophet, encourage the

3  believers for fighting."

4  Q.   And just the main flag there, is that the same Lashkar flag?

5  A.   Yes.

6  Q.   What I'm circling, is that a knife there?

7  A.   Looks like so, yeah.

8  Q.   What do you see, a grenade?

9  A.   Probably.  I can't make it out here.

10  Q.   All right.  Let's go to 1F6, please.

11       Lashkar flag?

12  A.   That's correct.

13  Q.   Can you read what I've just circled?

14  A.   This is again a verse of Koran, and the big red in the bottom

15  is Urdu translation.  It's something along the lines that such is

16  the cure of disbelievers or this is the cure of disbelievers,

17  something like that.

18  Q.   And it's obviously an American flag.  Below the American

19  flag -- for some reason, I -- oh, there we go -- what flag is that

20  that's burning between the burning American flag and the burning

21  Israeli flag?

22  A.   It's an Indian flag.

23  Q.   Indian flag.

24       On the very far left, do you recognize that patch?

25  A.   It seems to be LET logo in the arm of the person depicted

**Aatique - direct**                                    165

1   here.

2   Q.    Okay.   Thank you.

3           Now, I'd like you to, I'd like you to look at 7F3 --

4   7F3a.

5           THE COURT:   Hold on a second.   Has that one been --

6           MR. KROMBERG:   It's a newspaper article.   I think we've

7   agreed that it's -- 7F3a.

8           Judge, I think we have to approach on it.

9           THE COURT:   All right.

10          (Bench conference on the record.)

11          THE COURT:   Mr. Yamamoto, we're going to get all mixed

12  up.   The defense needs to come around this way.   All right.

13          MR. KROMBERG:   Judge, what this is is a printout from

14  the ABC News website.   We have the video, but I wasn't going to

15  play the video because I felt that was the wrong time to play the

16  video.

17          THE COURT:   Is this the one we saw in the other case?

18          MR. KROMBERG:   Correct.   But the only thing I wanted was

19  for the line on there that says, "Yesterday we broke the Soviets.

20  Today we break the Americans."   I might have gone over that.   But

21  I wanted to ask the witness whether he had seen that particular

22  slogan during his time at Lashkar.

23          THE COURT:   Any objection to that?

24          MR. YAMAMOTO:   Well, he doesn't need the, the exhibit

25  for that.   He can just ask him.

**Aatique - direct**                                    166

1              THE COURT:  Just ask him it that way.

2              MR. KROMBERG:  Okay.  Then I have to go get the

3    exhibit --

4              THE COURT:  All right.

5              MR. KROMBERG:  -- myself.

6              THE COURT:  All right.

7              (End of bench conference.)

8              MR. YAMAMOTO:  Your Honor, while the government is doing

9    that, I'd like to ask a question with regard to the posters, the

10   number of posters we just saw.  It's my understanding that the

11   government is going to have somebody testify as to the source of

12   those posters.  Is that right?

13             THE COURT:  Is that correct, Mr. Kromberg?

14             MR. KROMBERG:  Correct.

15             THE COURT:  All right.

16             MR. YAMAMOTO:  And the source being something other than

17   Dr. Al-Timimi's house?

18             MR. KROMBERG:  We agree that none of this came from --

19   that this did not come from Dr. Al-Timimi's house.

20             MR. YAMAMOTO:  Thank you.  I appreciate that.

21             THE COURT:  All right.

22   BY MR. KROMBERG:

23   Q.   Mr. Aatique, during your time in Pakistan at the LET camp,

24   which we'll talk more about, did you come across the slogan of LET

25   that yesterday we broke the Soviets; tomorrow we break America?

**Aatique - direct**                                    167

1  A.    I don't remember seeing it there.

2           THE COURT:  I'm sorry, you do or do not?

3           THE WITNESS:  I do not.

4           THE COURT:  Do not, all right.

5  BY MR. KROMBERG:

6  Q.    Do you recall -- well, if I might have just a moment?

7           THE COURT:  Yes.

8           While they're talking, remember what I told you at the

9  beginning of the trial, Ladies and Gentlemen.  If a lawyer makes a

10 statement in a question, if the witness says, "I don't recall,"

11 then you erase the question from your mind, because the question

12 is not in any respect evidence unless a witness says, "Yes, that's

13 what happened," or, "No, that's not what happened."  But, I mean,

14 be careful to keep that distinction.

15          All right.

16          MR. KROMBERG:  Judge, there are two more posters I want

17 to show that are at 7F9a, and I'd like to bring them up before the

18 witness so that the witness can explain to us what they say.

19          MR. YAMAMOTO:  Again, I'd like the source of the

20 posters.  I think these posters are not from Dr. Timimi, but

21 they're from sources that the government has found.

22          MR. KROMBERG:  This one is from the New York Times in

23 October 2000, Judge.

24          THE COURT:  Well, again, I don't want you testifying,

25 but the point is neither of these two documents came from the

**Aatique - direct**                                    168

1  defendant; is that correct?

2         MR. KROMBERG:  Correct.  And the New York Times part,

3  though, the government -- we've stipulated that's an authentic

4  copy of the New York Times, which is a self-authenticating

5  document under Federal Rule of Evidence 902 maybe.

6         MR. YAMAMOTO:  I think what the government has is some

7  posters with some Urdu writing that Mr. Aatique is able to read,

8  and so they want that translated to give the jury a flavor of the

9  LET propaganda and what LET is --

10        THE COURT:  All right.  And there's no objection to

11 that, is there?

12        MR. YAMAMOTO:  I don't object at this point, Your Honor.

13        THE COURT:  All right.

14        MR. KROMBERG:  Your Honor, we're not putting the article

15 in for the truth of what's in the article.  We're putting it in

16 for the fact that these posters were there in the New York Times

17 on a particular day reflecting the following things.

18        THE COURT:  All right, we can always redact the exhibit

19 since the text would not appear to be at least at this point

20 necessary.

21        MR. KROMBERG:  Correct, Judge.

22        THE COURT:  But the masthead for the date of the article

23 and the particular photographs would be apparently what is

24 relevant --

25        MR. KROMBERG:  Thank you, Your Honor.

**Aatique - direct**

1          THE COURT:  -- and so I'll have you redact that exhibit.

2     That's 7F9a?

3          MR. KROMBERG:  Correct, Judge.

4          THE COURT:  All right.

5          MR. KROMBERG:  Can you bring up 7F9a?

6          THE COURT:  In other words, when this goes to the

7     jury -- it's going to be shown now because the text isn't

8     critical.  Ladies and Gentlemen, don't worry about reading it.

9     We're just going to look at the picture and the date of the

10    article.  That's all that's relevant.

11         MR. YAMAMOTO:  The article itself is outside of the time

12    frame of the conspiracy.  It predates the conspiracy by

13    approximately a year.

14         THE COURT:  Well, but in any case, we'll look at the

15    photograph only.  The text will not go to the jury when the jury

16    goes to deliberate, and they're not going to pay attention to it

17    now, all right?

18         MR. KROMBERG:  Thank you, Your Honor.

19         THE COURT:  All right.

20         MR. KROMBERG:  Can you enlarge the photo -- I mean,

21    the --

22         THE COURT:  There's no dispute about the date.  What's

23    the date of this article?  Do we have it?

24         MR. KROMBERG:  October 10, 2000, Judge.

25         THE COURT:  All right.

 1  BY MR. KROMBERG:

 2  Q.   Mr. Aatique, can you tell us what the, what the writing is on

 3  that LET poster?

 4  A.   That's an Urdu piece of poetry.  It says, the first line

 5  says, "Don't negotiate.  Attack."  And the second line says, "Rip

 6  the chest open of disbelief," something like that.

 7  Q.   "Rip the chest open of disbelief"?

 8  A.   Yeah, "Cut open the chest," something like that.

 9  Q.   Okay.  Can you see what the one on the right says, or is that

10  too, too faded?

11  A.   I can sort of see.  On the top or on the bottom?

12  Q.   Either one.  You tell us.

13  A.   The top is again, like, a poetic two phrases.  The first line

14  says, "Yesterday, Pakistan was born," and something like, "and the

15  map of India changed."  And the second line says, "How many new

16  Pakistans will we see arise?"

17  Q.   Okay.  Thank you.

18            In the -- we'll leave the posters for a bit.  You can

19  take it off.

20            In the summer of 2001, what was your attitude regarding

21  LET?

22  A.   In the, in the summer, I started thinking about going there

23  for getting training myself.

24  Q.   Why did you -- why were you thinking about going to LET to

25  get training yourself?

1  A.   The fact that Ibrahim Al-Hamdi came back and described what

2  he saw and his training had a great impact on me, and I decided I

3  should also go there.

4  Q.   How did you arrange to get to LET?

5  A.   Ibrahim told me that he has been authorized to act as a

6  reference if more people want to go through him, so I think I was

7  talking to Yong Kwon about that, and he said, "Well, why don't you

8  talk to Ismail Royer?  He's the main guy," something like that.

9  Q.   So what did you do?

10 A.   So I contacted Ismail, and he said, "Yes, I can give you the

11 reference and the means to contact them."

12 Q.   What did, what did Royer do then?

13 A.   After having this conversation with him, he invited me to a

14 dinner at his home, I think, in August of 2001, and when I was

15 there, he, he wrote up a sort of reference letter for me, and he

16 also called the group to, to let them know about me and when I

17 might be there, and he also gave me a phone number to contact them

18 once I was in Pakistan.

19 Q.   Whatever happened to that letter?

20 A.   Oh, I destroyed that before I left America in the third week

21 of September.

22 Q.   When did you arrange -- when did you make your plans to, to

23 actually leave?

24 A.   Well, my plans were, like, in the making in late July and

25 August, and that's how I could tell him the dates so that he could

1  tell those people on the phone when to expect me, but as far as

2  actually buying the tickets, first week of September.

3  Q.   What was the date that you had planned in the summer of 2001

4  to actually be there at Lashkar camps in Pakistan?

5  A.   To be there at the camps, something around on the 20th of

6  September.  I was supposed to fly out of here on the 19th of

7  September, and after few days with my family, I was thinking of

8  being there, like, a week or so.

9  Q.   On September 11, what was your emotional state?

10 A.   My first impulse was a fear and caution about myself.

11 Q.   Why?

12 A.   Because I saw what was happening, and I saw people already,

13 like, agitated and shocked, and so I was thinking of that, that, I

14 mean, since I look like a Muslim and people know me to be, so it

15 might be that somebody may do something, something stupid.

16 Q.   On 9/11, what did you think about your plans to leave in

17 approximately a week to go to Lashkar-e-Taiba?

18 A.   I became sort of dicey about -- because the news focused so

19 much on that area and what was happening there and all these type

20 of groups operating in Afghanistan and Pakistan, that I became, I

21 became shaky whether when I go to -- because I have to go to

22 Pakistan anyway because I was going there to get my family back

23 with me.  My family was there since -- my wife and children were

24 there since two or three months in the summer, and I also had to

25 attend my brother-in-law's wedding.  So I was thinking when I go

**Aatique - direct** 173

1  there, should I go to the camp, or should I skip the camp
2  excursion and just go to my family and go back with them.
3  Q.    How did it happen -- okay.  Strike that.
4         Who, if anyone, among your Dar al-Arqam friends did you
5  speak to after 9/11?
6  A.    There was one weekend between 9/11 and the day I was going,
7  so I called Ismail Royer, I think.  I'm not sure if I called
8  Ismail Royer or Yong Kwon.  I think I called Ismail Royer and
9  ended up talking to him, and I wanted to get an idea of what he
10  might advise, but instead of advising me of anything, he just
11  asked me to drive down to Virginia and come to Yong Kwon's home.
12  Q.    Why did you agree to drive from Philadelphia to Virginia to
13  go to the meeting at Yong Kwon's house?
14  A.    I wasn't exactly living in Philadelphia.  It's a place
15  slightly northwest of it, maybe 20 more miles.
16         So he was being slightly forceful without saying it, and
17  also, since I was alone, I mean, my family wasn't there, so it
18  wasn't a big deal for me, so I just hopped in my car and drove up.
19  Q.    What were you hoping to accomplish by coming to the meeting?
20  A.    I really had no idea because he just said, "Do you want to
21  come down?  It's better if you come down," something like that.
22  Q.    At that time when you're driving down, what were your plans
23  about going to the Lashkar camp?
24  A.    I was thinking that I'll be able to talk to him more in
25  detail about what he advises, does he advise me to skip going

**J.A. 316**

1  there or what does he say, that should I keep on going.

2  Q.   What day of the week was this meeting?

3  A.   It was the weekend -- my recollection is that it was probably

4  Sunday.

5  Q.   Why do you say it was Sunday?

6  A.   That's because after the meeting, when I was driving back

7  late in the night, I had this feeling that I'll have a tough time

8  going to work tomorrow.  It was, like, one or two when I was

9  driving back.

10 Q.   When you got to Kwon's house, who came -- who was there at

11 that meeting?

12 A.   When I reached there, either at that time and also shortly

13 thereafter, a lot of people came, like, most of them were the

14 regular paintball players.

15 Q.   Such as who?

16 A.   I remember Yong Kwon himself, Ismail Royer, Masaud Khan,

17 Hammad Calipha, and I think Hasan.

18 Q.   How about Ali Timimi?

19 A.   He showed up later, maybe an hour later, something like that.

20 Yong Kwon came and came back with him.

21 Q.   When you say Yong Kwon came and came back with him --

22 A.   No, I meant after we were there, he left, and after a while,

23 he came back with him.

24 Q.   How about Nabil Gharbieh?

25 A.   Nabil showed up a bit later with somebody we did not know,

1   and he just left after two minutes.

2   Q.   How would you characterize the emotional state of the

3   individuals at that meeting on September 16?

4   A.   Most of the people were quiet and, like, I would say, tense

5   and, I mean, that's before he spoke.

6   Q.   Right.  When he spoke --

7           THE COURT:  Let's not use pronouns.  Who are we speaking

8   about?

9           MR. KROMBERG:  Sorry.  Thank you, Your Honor.

10  Q.   What, if anything, was done regarding the curtains that

11  night?

12  A.   Before he spoke, he had the curtains --

13  Q.   Before who spoke?

14  A.   Before Ali Timimi spoke, he had the curtains closed and the

15  phone cords pulled out.

16  Q.   Why did you unplug -- why were the phone cords unplugged?

17  A.   As I understood it, so that it cannot be electronically

18  monitored, if somehow the phone can be used for this purpose.

19  Q.   What, if anything, did Timimi say about whether you should

20  repeat outside of the group what was said that evening?

21  A.   He said that a meeting is an amana, which is one of the

22  sayings of the Prophet, which means that, I mean, something like

23  that a meeting is a trust, which is that it's not supposed to be

24  spoken outside unless it's meant for, meant for this purpose.

25  Q.   What did Timimi say at the meeting -- and I want to divide

**J.A. 318**

# Aatique - direct

1  this up, if I could, to before Nabil Gharbieh came, when Nabil
2  Gharbieh got there, and after Nabil Gharbieh left.  So what did he
3  say to start off, do you remember?

4  A.    Nabil came in the very beginning, and I'm not exactly sure I
5  can recall what was said before and after him.  While he was
6  there -- I don't know what was said before, but while he was
7  there -- I can't place exactly when he came.  I remember quite a
8  bit of the discussion but not the -- I know he came in the
9  beginning, but I'm not sure exactly what was said before or what
10  was said after him.

11  Q.    What did Timimi do when Nabil came in with a guy that you
12  didn't know?

13  A.    He kept on talking, but the nature of his talk was different
14  from what he said afterwards, when he had left.

15  Q.    And how so?

16  A.    After Nabil had gone, he talked about 9/11 and its legitimacy
17  and what we should be doing as Muslims.

18  Q.    Okay.  What did he say -- without regard to whether it was
19  before Nabil was there or after Nabil was there, what did Timimi
20  say to you at that meeting?

21  A.    In general, he said that these -- I mean, of course, people
22  asked questions and something like that happened, but in general,
23  he said that these attacks are Islamically legitimate and that
24  Muslims -- I mean, he encouraged us to go and, and participate in
25  the coming, coming fighting and coming jihads.

**Aatique - direct**

1  Q.    What did he say was the reason why the attacks were
2  legitimate?
3  A.    He said something along the lines -- because this question
4  was asked, I think I had asked this question, because the way it
5  happened initially, everybody asked one question.  He asked
6  everybody to ask one question, and then he was going to answer
7  them when we were sitting in the form of a circle, and I had asked
8  this question:  "How can this be justified?"

9            And he had, he had said that, that since U.S.
10  civilians -- either he said -- since the taxpayers fund the U.S.
11  government and the U.S. government is at war with Islam and
12  Muslims, or something like that, the U.S. civilians elect and
13  support the government.  I'm not sure exactly what he said.  It
14  was one of the two things, but he said something along those
15  lines, so that's why they're legitimate targets.

16            MR. YAMAMOTO:  I'm not sure he's answering the question.
17  He's not sure of what he said so --

18            THE COURT:  Well, I think he's giving people the gist of
19  what was said, but you can probe that on cross examination.  So
20  everyone knows this is not verbatim.  This is -- can you quote
21  what was said that night?

22            THE WITNESS:  I'll quote when I can.

23            THE COURT:  All right.  So I'm not going to sustain the
24  objection.  Go ahead.

25            MR. KROMBERG:  Thank you, Your Honor.

**J.A. 320**

1  Q.   So you asked him a question, "Can this be justified?," and he
2  said it could be justified for the reason about either taxpayers
3  or civilians?

4  A.   Yeah.  He just said that it is right because these people are
5  combatants, and then -- because they are not civilians; they're
6  combatants, and he said that -- probably he said that this is
7  because they fund the government, which is at war with Muslims and
8  Islam, and -- or he said that they are the support -- elect and
9  support the government, something like these two things.

10 Q.   Did you challenge that answer?

11 A.   No.

12 Q.   Why not?

13 A.   At that time, I accepted what he was saying, and nobody else
14 did -- nobody, nobody else challenged.

15 Q.   Did you ask him more than one question?

16 A.   The way the meeting progressed was that when he came, people
17 start talking, something like that, and he said, "Okay.  I mean,
18 everybody ask one question.  Then I'll start speaking."

19        So people were sitting in the form of a circle.  So
20 everybody asked one question.  Then he talked for a while, and
21 then there was -- I think there was general discussion later on.

22 Q.   Do you recall what his first words were after everybody got
23 their one question?

24 A.   He said -- and that I can almost recall verbatim -- he said,
25 like, "Now you're going to see the signs and the promises come

# Aatique - direct

1  true," something like that.

2  Q.   What promises and signs?

3  A.   My understanding was in the context of what he had been

4  saying before, like, before that day, for about a year, he had

5  taught a course in Dar al-Arqam which was about The Signs of the

6  End of Times, which was the title of the course.

7       And also, I had a lecture tape from him from before,

8  much before, which was "The New World Order" tape, and I

9  understood what he was saying in the context of those two things,

10 that the signs and the promises means that this is the -- that we

11 are approaching the end of time and the battles near the end of

12 time and the promise for the truth.

13 Q.   Who was going to lose the battle?

14 A.   People fighting Muslims.

15 Q.   Did -- how were they -- how did he, Al-Timimi,

16 characterize -- what words did he use to characterize the people

17 fighting the Muslims?

18 A.   Kufar, disbelievers.

19 Q.   Kufar is K-u-f-f-a-r?

20 A.   That's how you can approximate that in Arabic -- in English,

21 I mean.

22 Q.   And the disbelievers include who?

23 A.   Anybody who's not a Muslim.

24 Q.   What, if anything, did Al-Timimi say about a coming battle?

25 A.   He, he was speaking that the battle in Afghanistan is

**Aatique - direct**

1  imminent and that the Americans are going to attack, and next
2  thing which I'm saying, I can't recall him verbatim, but I got the
3  impression as he was saying about the signs and promises being
4  true, that this will be a start of the end of time battles, a
5  conflict global in nature.

6         And another thing he had said along these lines was that
7  he said the battle would be centered around three places mostly.
8  He said Palestine, Arabia, and the south Asian region.

9  Q.   What had Timimi previously said before 9/11 to your knowledge
10 regarding the Taliban?

11 A.   Two instances I remember.  One was a lecture he gave about
12 the, when the event happened about the statues being destroyed.  I
13 think that was early 2000 probably.

14 Q.   The giant statues of Buddha in Afghanistan?

15 A.   Yes.

16 Q.   Okay.  And what did Al-Timimi say about that?

17 A.   He had given a lecture in Dar al-Arqam, and he was saying
18 that because there was, there was some controversy among Muslims
19 about what they did was right or wrong, and he had supported their
20 action in his lecture.

21         MR. KROMBERG:  Could we bring up Government 10J7,
22 please?

23         THE COURT:  Is there any objection to 10J7?  No
24 objection?

25         MR. YAMAMOTO:  No, Your Honor.

**J.A. 323**

```
1              THE COURT:  All right.
2   BY MR. KROMBERG:
3   Q.   Okay.  Can you focus --
4              THE COURT:  For the record, 10J7, you're moving it in?
5              MR. KROMBERG:  Yes, Judge.
6              THE COURT:  I mean, you're showing it to the jury, so --
7              MR. KROMBERG:  Yes, Judge.
8              THE COURT:  All right.
9              (Government's Exhibit No. 10J7 was received in
10  evidence.)
11             MR. KROMBERG:  Move it up so you only focus on the first
12  couple paragraphs.
13  Q.   Now, Mr. Aatique, you can actually look at the hard copy.  It
14  might be easier for you to look at, look at that to read it.
15  A.   Yes, I have it.
16  Q.   Do you recognize that?
17  A.   I did not see it before I got arrested, this paper.
18  Q.   Right.  But you read it, correct?
19  A.   Yeah, I read it.
20  Q.   Is it consistent with what you recall Ali Timimi saying at
21  his lecture on the Taliban and the statues?
22  A.   Yes, some of it is similar to what he was saying.
23  Q.   Now, I want to point you to the second paragraph, where I'm
24  going to circle on the screen, where it says, "In general, my
25  response when asked is that while I do not have all the facts to
```

## Aatique - direct

1  say unequivocally that the Taliban represent THE Islamic state of
2  our time and their emir THE emir of the Muslims -- for to do so
3  has its implications on bay'a, hijra, nusra, etc. -- we can say
4  the following:  We are obliged to support all that they do which
5  is in agreement with Islam."

6          Is that consistent with what you heard Ali Timimi say
7  before September 11, 2001?

8  A.    That's correct.

9  Q.    Now, can you explain, if you can, what is -- when Ali Timimi
10 writes that the Taliban represents the Islamic state of our time,
11 what does it mean to be the Islamic state?

12         MR. YAMAMOTO:  I think he's asking for his opinion at
13 this point.

14         THE COURT:  You can only answer that if you've heard the
15 defendant in other lectures talk about "the Islamic state of our
16 time."  If he's used that expression before, you've heard him do
17 it, you can explain what has been said, but we don't want your
18 opinion what that means.

19         THE WITNESS:  I did not myself hear him talking on this
20 topic, but I came to know indirectly through Yong Kwon that there
21 was a meeting --

22         THE COURT:  Wait, wait, wait, wait.  I'm going to
23 sustain the objection then.  This has to come in in a better
24 format.

25         MR. KROMBERG:  Judge --

**J.A. 325**

# Aatique - direct

1    THE COURT:  No.  I've ruled on it, Mr. Kromberg, all
2 right?
3 BY MR. KROMBERG:
4 Q.   What as a Muslim -- how long have you been a Muslim?
5 A.   I was born a Muslim.
6 Q.   What is the amir of the Muslims?
7 A.   Say it again?
8 Q.   What is the amir of the Muslims?
9    THE COURT:  Wait.
10    MR. YAMAMOTO:  If he knows.
11    THE COURT:  Have you ever heard the expression "the amir
12 of the Muslims"?
13    THE WITNESS:  Yes.
14    THE COURT:  All right, what does the word "amir" mean
15 first of all?
16    THE WITNESS:  "Amir" literally means leader, or the one
17 who is in charge.  Historically, the term used to refer to the
18 leader of the Muslims from the times of the Prophet until whenever
19 there was a unified or even a symbolic Muslim leader, to refer to
20 it as the global leader of the Muslims.
21    THE COURT:  A global leader of the Muslims, all right.
22 BY MR. KROMBERG:
23 Q.   So you were at this -- you were at the lecture when
24 Mr. Timimi was speaking about this topic, correct?
25 A.   About the Buddha statues, yes.

1   Q.   And were you there when he was saying that he doesn't have
2   the facts to say unequivocally that the Taliban represent the
3   Islamic state of our time?
4   A.   I don't remember exactly this, this thing being discussed at
5   that lecture.  That lecture was more focused on the Buddha
6   statues.
7   Q.   Okay.  But the statement, "We are obliged to support all that
8   they do which is in agreement with Islam" --
9            MR. YAMAMOTO:  Your Honor, the statement stands for
10  itself.  He's asking him to interpret a statement that he's never
11  seen before.
12           THE COURT:  I agree.  I'm going to sustain that
13  objection.
14           MR. KROMBERG:  Okay.  You can take off 10J7.
15  Q.   Was Bin Laden mentioned at the meeting at Yong Kwon's house
16  on the 16th?
17  A.   Bin Laden?  I don't remember.
18  Q.   How about Al-Qaeda?
19  A.   I am not sure.
20  Q.   Was there any discussion at that meeting about why support
21  the Taliban if the Taliban can avoid getting attacked by turning
22  over Bin Laden?
23           MR. YAMAMOTO:  Is this Dr. Al-Timimi speaking, or is
24  this in general?
25           THE COURT:  I think you need to make the question more

# Aatique - direct

1  precise.

2  BY MR. KROMBERG:

3  Q.   Was there any discussion at that meeting at Kwon's house

4  about why you should risk your life or consider risking your life

5  to protect the Taliban if the Taliban could avoid the war by

6  turning over Bin Laden?

7  A.   He said -- and I'm quite sure about even the words that he

8  used -- something along the lines that although they have problems

9  in how they interpret and implement Islam, but we are Muslims, and

10 they need help, so we should help them.

11 Q.   So when you say "he," "he" is Ali Timimi?

12 A.   Yes.

13 Q.   What had you heard, if anything, Ali Timimi say about Bin

14 Laden before that meeting?

15 A.   That was again, I came to know through Yong Kwon --

16       THE COURT:  No, no, no.  Only -- I'm going to sustain

17 the objection which is about to be made.  Only things that you

18 directly heard the defendant say, not what somebody said the

19 defendant said.

20       THE WITNESS:  Okay.

21       THE COURT:  All right?

22 BY MR. KROMBERG:

23 Q.   Are you familiar with the concept of the Amir ul-Mumineem?

24 A.   I mean, we just talked about it a couple of minutes ago.  The

25 translation is amir of the believers, which is chief of the

**Aatique - direct** 186

1  believers, leader of the believers.

2  Q.   How was the Taliban related to the issue of the concept of

3  the Amir ul-Mumineem, or amir of the believers?

4          THE COURT:  Go ahead.

5          MR. YAMAMOTO:  Again, I'm not sure what -- he's asking

6  for an opinion from this individual.

7          MR. KROMBERG:  Judge, if I can respond, these people are

8  at a meeting listening to --

9          THE COURT:  Well, wait, I don't want a speech in front

10  of the jury.  Look, you can ask the question what did this

11  defendant himself say or ask at the meeting, what did he hear

12  other people say or ask at the meeting, and what he heard the

13  defendant say or respond at the meeting.  That's proper.

14          You can also ask him what he himself has heard

15  Dr. Al-Timimi say at the center or a mosque or any other place.

16  That's proper questions, but none of this other stuff.  You can

17  try to be a little more specific.  If you get an objection about

18  leading, I'll rule on it at that point, but that's the right line

19  of questioning.

20          MR. KROMBERG:  Okay.  Thank you, Your Honor.

21  Q.   The reason that people at the meeting had an obligation to

22  support the Taliban --

23          THE COURT:  No, no, no, no.  I already can tell from the

24  form of that question that's not proper.

25          MR. KROMBERG:  I was trying to lead, Judge.

**J.A. 329**

**Aatique - direct**

1          THE COURT:  No, but that's not proper.  I didn't

2     encourage you to lead.

3          What, if anything, did you hear discussed about the

4     Taliban at that meeting?

5          THE WITNESS:  It was clearly discussed that, that the

6     American attack on Taliban was imminent, and it was said that

7     since the -- I mean, it was previously said, that's how the

8     discussion started was since the attacks were justified, so as a

9     result, this attack on the Muslims was unjustified.

10          THE COURT:  You've got to slow down just a little bit.

11     It's hard to understand you.  Slow down, say that again.

12          THE WITNESS:  Okay.  It was mentioned that these attacks

13     of 9/11 were Islamically justified and were the correct thing to

14     do because of America being at war with Islam and Muslims, and --

15          THE COURT:  Who said that?

16          THE WITNESS:  I think I just mentioned a short while ago

17     that Ali Timimi had said that America is at war with Islam and

18     Muslims, so these attacks -- I mean, they are a people which can

19     be classified as combatants.

20          THE COURT:  All right.

21          MR. KROMBERG:  Maybe I can try a different -- get this a

22     different way, Judge.

23     Q.   What was different about the attacks that were expected to

24     come on Afghanistan after 9/11 versus the wars that were going on

25     in Chechnya or Kashmir before 9/11?  Was there anything special

**Aatique - direct** 188

1  about the Taliban within the group that you were in that listened

2  to Timimi's lectures?

3  THE COURT:  Mr. Yamamoto?

4  MR. YAMAMOTO:  That's sort of complicated, and I'm not

5  sure that --

6  THE COURT:  It was incomprehensible.  You're being kind.

7  Let's try it again.

8  MR. KROMBERG:  Thank you, Judge.

9  Q.  What was different about the Taliban -- about support for the

10  Taliban as opposed to support for Lashkar-e-Taiba or support for

11  Khatab in Chechnya in the view of you after 9/11?

12  A.  I would say after that meeting, because the way Ali Timimi

13  had described the events of what had happened and what was about

14  to happen, and he was saying that, I mean, they're being attacked

15  because they are Muslims, and this would be the start -- he said

16  the signs and the promises are going to come true, that this would

17  be the start of a large-scale global conflict.  So he said this is

18  a global-scale thing that is coming.

19  So it's not just Taliban.  It's every Muslim.

20  Q.  Was it a topic of discussion among the folks that you knew

21  from Dar al-Arqam that Khatab was the amir of the believers?

22  A.  Khatab was the amir of the believers?  No, it was never

23  discussed.

24  Q.  How about Hafiz Saeed, the leader of the LET?  Was it a topic

25  of discussion whether he was the amir of the believers?

# Aatique - direct

1   A.    No, it was never discussed.

2   Q.    Was it discussed whether Mullah Omar was amir of the

3   believers?

4   A.    I came to know that it was discussed.

5   Q.    What was the difference between Mullah Omar, Khatab, and

6   Hafiz Saeed about why was Mullah Omar that was discussed as the

7   amir of the believers?

8            THE COURT:  Mr. Yamamoto?

9            MR. YAMAMOTO:  Objection to all that, Your Honor.  He is

10  again --

11           THE COURT:  Yes, the form of the question is simply not

12  proper.  I'm sustaining the objection.

13  BY MR. KROMBERG:

14  Q.    What was different about Mullah Omar that caused him to be

15  considered by some as the amir of the believers but not Khatab or

16  Hafiz Saeed?

17  A.    That's because sometime, I can't put a date on that, maybe

18  2000 or early 2001, there was this meeting in Kabul of all the

19  religious representatives of Afghanistan, different provinces or

20  places, and they elected him as the amir of the believers.

21           THE COURT:  How do you know that?

22           THE WITNESS:  It was all over the news.  I don't know

23  about here, but it was, it was reported in the news.

24           THE COURT:  All right.

25  BY MR. KROMBERG:

1  Q.   Was the fact that it was reported in the news discussed by
2  you with anyone at Dar al-Arqam?
3  A.   Yeah.  I discussed it with Yong Kwon.
4  Q.   What did Timimi say with respect to whether Mullah Omar was
5  the amir of the believers before 9/11?
6  A.   When I -- when this topic came up with Yong Kwon, he told me
7  that he attended a meeting in which --
8         THE COURT:  Wait, wait, wait, wait.  Here we go again.
9  Not what Kwon told you.  Did you ever hear before September 11,
10 did you ever hear Dr. Al-Timimi talk about Omar as the amir of the
11 believers?
12        THE WITNESS:  No.
13        THE COURT:  All right.
14        THE WITNESS:  Not myself directly.
15 BY MR. KROMBERG:
16 Q.   Had you asked Timimi whether you were obligated to obey
17 Mullah Omar because he had declared himself the amir of the
18 believers?
19 A.   No, I did not ask him.
20 Q.   Do you know if any of your fellows asked?
21 A.   Yes.  That's along the same lines, the answer.
22 Q.   That you know that Kwon asked Timimi that?
23 A.   I don't know if he himself asked.
24 Q.   Okay.  So what do you know?
25 A.   I came to know through him that, that other people asked this

**Aatique - direct**

1  question.

2  Q.   Okay.  Without going into the answer of what Timimi said, you

3  know the question was asked whether we -- whether you guys were

4  obligated to obey Mullah Omar, correct?

5  A.   Yes.  The --

6       MR. YAMAMOTO:  He didn't hear the answer.  I think he

7  heard this through somebody else.

8       THE COURT:  Right.  That's all he can say, yes.

9       MR. KROMBERG:  He knew the question was asked.

10      THE WITNESS:  Yes.

11 BY MR. KROMBERG:

12 Q.   On the basis of what you heard, did you act differently

13 towards Mullah Omar?

14 A.   I can't say about me in person before 9/11 -- you're talking

15 about before 9/11, right?

16 Q.   Right.

17 A.   I mean, I always, I mean, because I'm from that region and I

18 used to keep up with the news all the time, so I used to, I used

19 to keep an eye out for the news more than you can say any other

20 person, you can say, but as far as my personal attitude towards

21 him, I won't say it made any difference about when I -- I won't

22 say it made any difference when I came to know about that other

23 people asked him this question.

24 Q.   Okay.  We've heard -- can you tell what the term "fatwa"

25 means?

**Aatique - direct** 192

1   A.    It can roughly be translated as a religious ruling in the
2   case where some clarification is needed or some decision is
3   required on the basis of religion.
4   Q.    On September 16, at Kwon's house, did Mr. Timimi speak about
5   a fatwa?
6   A.    Yeah.  He mentioned a fatwa given by a Saudi scholar, Sheikh
7   Al-Uqla.
8   Q.    A Saudi scholar, Sheikh al-Uqla?
9   A.    That's correct.
10  Q.    Is that U-q-l-a?
11  A.    It can be approximately like that in English.
12  Q.    Okay.  What did Ali Timimi say about the, what I'm going to
13  refer to as the Uqla fatwa?
14  A.    He quoted that as an, as an evidence for his position that he
15  was saying that these people are not innocent civilians; these are
16  combatants.
17  Q.    When you say "these people are not" --
18  A.    The people who got killed in the attacks of 9/11.
19  Q.    I'd like you to look at 10J1, and it might be easier to just
20  look at it in the book before you look at it on the screen.
21          MR. KROMBERG:  Actually, before you go to 10J1, go to
22  7A19, if I could.
23          MR. YAMAMOTO:  Which one?  I'm sorry.
24          MR. KROMBERG:  7A19.
25          MR. YAMAMOTO:  Thank you.

**J.A. 335**

**Aatique - direct**

1          MR. KROMBERG:  I'm going to ask the witness to look at
2     10J2 as well.
3          THE COURT:  Well, wait.  Was there a question about
4     7A19?
5          MR. KROMBERG:  Not yet, but I just want to give the
6     witness an opportunity to get both documents before him.
7          MR. YAMAMOTO:  Your Honor, we would object to the
8     admission of this document.
9          THE COURT:  Which one?  Because I'm looking at three
10    right now.  7A19 or 10J1 or 10J2?
11         MR. YAMAMOTO:  I'm looking at 7A19.
12         THE COURT:  All right.  And the basis for the objection?
13         MR. YAMAMOTO:  Well, he says he's not moving it in at
14    this point, so --
15         MR. KROMBERG:  I just want the -- I want the witness to
16    look at it and say if it has things in it like what Ali Timimi
17    talked about on that day, in which case then I will move it in.
18    But I agree it's premature at this point.
19         THE COURT:  Well, let's let the witness look at it
20    first.
21         MR. YAMAMOTO:  The document that Dr. Al-Timimi had was
22    in Arabic.  This is an English translation of that document.
23         MR. KROMBERG:  And that's 10J2 is the Arabic, Judge.
24         THE COURT:  I understand that.
25         Well, are you able to look at the Arabic in 10J2 and --

**Aatique - direct**                                    194

1              THE WITNESS:  I can make out some of it, but I can't --
2    I'm not sure I can read everything.
3              THE COURT:  All right.  But does it appear to be similar
4    to what -- the English translation is supposedly what, 10J1?
5              MR. KROMBERG:  No, no, I'm sorry, Judge.  The English
6    translation is 7A19 --
7              THE COURT:  All right.
8              MR. KROMBERG:  -- and the Arabic is 10J2, and I'd like
9    the witness to look at them.
10             THE COURT:  Yes, but 10J1 is almost the same thing.
11             MR. KROMBERG:  Defense objected to 10J1 on the grounds
12   that it has --
13             THE COURT:  Well, wait, I don't need to hear all of that
14   right now.
15             MR. KROMBERG:  Well, we're not using 10J1 because we
16   replaced it with 7A19 because of an objection.
17             THE COURT:  All right.  So we'd like you to look at 7A19
18   and 10J2.  So the first thing is does the English appear to be a
19   translation of the Arabic?
20             THE WITNESS:  The first three lines seems to be the
21   translation of the Arabic text.  The English seems to be the
22   translation of the Arabic text.
23             THE COURT:  All right.
24   BY MR. KROMBERG:
25   Q.   Now, looking at the English, does the English text reflect --

**J.A. 337**

# Aatique - direct

1  is that consistent with what Ali Timimi talked about when he
2  talked about the Uqla fatwa on September 16?
3  A.   Yes.  The, the first paragraph of the answer has things along
4  the lines which are, which are according to what he spoke that
5  day.
6  Q.   Okay.  Did you actually see on September 16 the Uqla fatwa
7  that Ali Timimi had?
8  A.   No, I did not see that.
9  Q.   So you don't know if either of the two documents before you
10 were what he had?
11 A.   I can't be 100 percent certain, but I had come to know about
12 that fatwa through that day and also through the news, so I knew
13 the general idea of what Sheikh Uqla had talked about.
14 Q.   Okay.  Does 7A19, the English version, appear to be the Uqla
15 fatwa that you came to know that Sheikh Uqla issued?
16 A.   It seems along those lines about that second fatwa.  I mean,
17 I was aware of two of his fatwas.  One he gave, I think, before
18 9/11 and one which was during those days just after 9/11.  It
19 seems to be the one given just after 9/11.  I can't be 100 percent
20 sure because I did not read it then, but it seems to be along
21 those lines.
22          MR. KROMBERG:  Okay.  Judge, at this point, we'd move in
23 7A19.
24          MR. YAMAMOTO:  We would object to 7A19 and to 10J2.
25 He's not sure.

**Aatique - direct**

1          THE COURT:  I'm sustaining that objection.  There's not

2   enough foundation for these to go in, not like this.

3          MR. KROMBERG:  Okay.

4   Q.  At the time on September 16, what did Timimi do with the

5   document that he said was the Uqla fatwa?

6   A.  I don't --

7          MR. YAMAMOTO:  Objection to him saying it was the Uqla

8   fatwa.  I don't think he ever said that.

9          THE COURT:  All right, go back over that.  Lay a

10  foundation.

11         MR. KROMBERG:  Was -- thank you.

12  Q.  On September 16, was Timimi speaking about the fatwa he

13  called an Uqla fatwa?

14         MR. YAMAMOTO:  Objection.  He didn't call it an Uqla

15  fatwa.

16         THE COURT:  Well, wait, wait, wait, wait, wait.  To your

17  knowledge, was the defendant reading from or holding any documents

18  when he spoke that evening?

19         THE WITNESS:  That's correct.  When he was talking, I

20  don't recall the exact time line, but either later or during the

21  meeting, he was holding the Uqla fatwa.  He took it out from his

22  carry bag or briefcase or whatever it was, and he was mentioning

23  that.  I remember him holding, holding those pages.

24         THE COURT:  Did you actually see the papers yourself?

25         THE WITNESS:  No, not then.

# Aatique - direct

1    THE COURT:  But that's how they were referred to?

2    THE WITNESS:  Yes.  Being the Sheikh Uqla fatwa on these

3  events, this topic.

4    THE COURT:  All right.

5    MR. KROMBERG:  Thank you.

6  Q.  What happened to -- what did you see happen, if anything, to

7  that piece of paper that you understood to be a copy of the Uqla

8  fatwa?

9  A.  You mean where they went?

10  Q.  Yes, on September 16.

11  A.  I'm not sure if he took it back or he gave it to somebody.

12  I'm not sure.

13  Q.  Okay.  Now, when Nabil Gharbieh arrived to that meeting on

14  the 16th, Timimi finished his lecture, correct?

15  A.  I don't think he had really started by that time.  It was

16  maybe in the beginning because most of the talk was after he had

17  gone, but when he came, he just finished it off in general words,

18  without talking in specifics.

19  Q.  And then he started up again after Nabil left?

20  A.  Yes.

21  Q.  Okay.  Had you ever seen Timimi wrap up a lecture so abruptly

22  as you did that night when Nabil came in?

23    MR. YAMAMOTO:  Objection.

24    THE COURT:  Sustained.

25  BY MR. KROMBERG:

**Aatique - direct** 198

1  Q.    Have you ever seen Timimi wrap up his lecture when someone
2  walked in and then restart it when someone -- when that person
3  left?

4            MR. YAMAMOTO:  Objection.

5            THE COURT:  No, that's all right now.  There's no
6  editorial comment.

7            THE WITNESS:  No.  That was -- it was obvious the way it
8  happened, especially when he started speaking later on, that it
9  was aborted because of Nabil bringing someone we did not know.

10 Q.    What, if anything, did Timimi say about Nabil bringing
11 somebody you did not know after Nabil left?

12 A.    Something about the brothers need to be more intelligent,
13 something like that.

14 Q.    Where did Timimi say his listeners should go -- at that
15 meeting on September 16, where did he say you should go?

16 A.    He -- the gist or the -- the gist of his recommendation on
17 that day was he, he encouraged the people to go and take part in
18 the fighting, or he also encouraged them to leave, leave America,
19 go with the Muslims, and also, if they can't go to the fighting,
20 then, then leave and live with the good Muslims anywhere -- not
21 anywhere.  He said in one of these three places that he mentioned.

22 Q.    Who are the good -- who did he refer to as the good Muslims?

23 A.    The only one I recall was -- in that discussion was about in
24 Pakistan being the LET folks.

25 Q.    At that meeting on the 16th, what did Timimi say about Mullah

**Aatique - direct**

1  Omar?

2  A.  I had -- I seem to remember that he has -- he had quoted out

3  of the fatwa that Mullah Omar had given a call for help and that

4  that's -- we need to help them, but I really just -- I mean, I

5  happened to read the fatwa when I was in the jail, and the

6  portions I saw did not mention Mullah Omar, so I --

7       MR. YAMAMOTO:  Objection to what he's read subsequent to

8  these events.

9       THE COURT:  Yes.  The only issue is what you remember

10  being said, not what you find out afterwards, but what you

11  remember being said.  So what did you remember being said?

12       THE WITNESS:  I had a memory that he, he had mentioned

13  the fact that Mullah Omar has called for the Muslims to help him

14  and that he was quoting it out of the fatwa.

15  BY MR. KROMBERG:

16  Q.  Is that your present recollection today?

17  A.  No.  That's what I was continuing about, that I -- because --

18  Q.  Without going into why your recollection has changed, has

19  your -- has your recollection changed?

20  A.  Yeah.  I'm not sure anymore if he did mention Mullah Omar and

21  his call specifically, just listening.

22  Q.  Do you recall what Royer said about what would happen if

23  Royer went to Afghanistan?

24  A.  Yeah.  That was during the general discussion that happened

25  after he had finished his speaking and the topic of going to

# Aatique - direct

1  Afghanistan come up, and Royer had said something like, "Oh, if I
2  were to go, they might think I'm a spy."
3  Q.   Where was Ali Timimi at when Royer said, "If I go to
4  Afghanistan, they might think I'm a spy"?
5  A.   I think he was present.
6  Q.   What did Masaud Khan say at that meeting?
7  A.   One of the things, I think -- initially, when everybody was
8  asking questions, one of his questions was, "What should we be
9  doing here?" And later on, he had said something along the lines
10 that people need to go there to Afghanistan because the cowards
11 and the weak-hearted are the first to run away.
12 Q.   What was said at the meeting about whether you could leave
13 before paying off all your debts?
14 A.   Somebody had asked Ali Timimi about the fact that -- and that
15 was, that was in context of just wrapping up and going, leaving
16 the country, going either to fight or just to live among the
17 Muslims, and the questions -- question was asked, "Well, but we
18 have student loans here."
19           So Ali Timimi responded something along the lines that
20 the matter is too big for that.
21           THE COURT:  I'm sorry, what was the answer?
22           THE WITNESS:  The matter is too big for that, which --
23           THE COURT:  The matter is too big for that?
24           THE WITNESS:  Yeah, which means that the student loan is
25 a trivial issue as compared to what we're talking about.

1  BY MR. KROMBERG:

2  Q.   What did you understand was, was different about the current

3  matter versus other matters where you would have to pay off your

4  student loans?

5  A.   He was enforcing the, the magnitude of the situation and

6  enforcing the obligation of trying to help, help the Muslims.

7  Q.   Did you understand that there was some jihadic obligations

8  that one might have that you'd have to pay off your loans first?

9  A.   This, this can be understood as being, I mean, as being a

10 personal obligation, as compared to a communal obligation.

11 Q.   What do you mean by that?

12 A.   Usually there's -- something in Islamic law is that as far as

13 saying that you have to do obligations, they can be communal, and

14 they can be obligatory.  Communal means that if some people in the

15 community perform it, then they're delivered from the point of

16 your full community.  But personal obligation, like the five daily

17 prayers, everybody has to do it.  You can't, you can't have it,

18 somebody in the community do it for whole community.

19        MR. YAMAMOTO:  Your Honor, I think he's, he's not

20 talking about what happened here.  I'm not sure where this

21 community obligation and private obligation is coming from.

22        THE COURT:  Well, I think it came in the context of the

23 obligation to pay one's debts, but you can get into that in cross

24 examination.

25        MR. YAMAMOTO:  Thank you, Your Honor.

# Aatique - direct

1  BY MR. KROMBERG:

2  Q.   If -- is it correct that this was the kind of obligation that

3  it doesn't matter if other people are doing it, but you had to do

4  it, and that's why you had to do it without paying your debts?

5  A.   That's what my understanding was.

6  Q.   What was said at that meeting on the 16th at Kwon's house

7  about a need to get training before you could just go and fight?

8  A.   This topic came up during the meeting about, about getting

9  training, and I don't know if this came up before LET was

10  discussed or after LET was discussed, but --

11  Q.   LET?

12  A.   LET, Lashkar-e-Taiba.

13          And -- so it was later on agreed that, that people will

14  go to --

15          MR. YAMAMOTO:  I'd like to know if Dr. Al-Timimi was

16  there at the time of this discussion, Your Honor.

17          THE COURT:  All right.  And again, I'll ask you,

18  Mr. Aatique, to speak a little bit more slowly.  It is hard for

19  the jury to understand sometimes what you're saying, all right?

20          THE WITNESS:  Okay.

21          THE COURT:  All right.  So first of all, do you know

22  whether the defendant was present when this discussion was going

23  on?

24          THE WITNESS:  You mean the discussion about LET and

25  going to training?

# Aatique - direct

1           THE COURT:  Yes.

2           THE WITNESS:  I remember him being present for, for this

3    discussion, although I'm sure part of it happened also after he

4    had gone.

5           THE COURT:  All right.  Well, the portion while he was

6    present, you can tell us what was said while he was present.

7    BY MR. KROMBERG:

8    Q.   What was said to your recollection about the need for

9    training while Mr. Timimi was present?

10   A.   After he had given his talk, this thing came up about -- he

11   was still there -- about going to LET and getting the training,

12   and at that time, I -- as I told before, I had these plans already

13   made up from before.  So, so I told him, "Well, I'm already going

14   there."  I just happened to have the exact travel arrangements.

15          So I remember other people also discussing this thing of

16   going there.

17   Q.   Why did you say that you were already going there?  Why did

18   you tell them in that group that you, that you had already made

19   your plans?

20   A.   It just so happened that, that the whole conversation became

21   like this:  Okay, we need to go to LET in Pakistan and get in

22   training, and it just so happened that in the past few weeks and

23   months, that's the exact plans I had.  I mean, I even had my

24   travel tickets ready for 19th of September.

25   Q.   Had you concluded before you got to Kwon's house that day

204

**Aatique - direct**

1  that you were definitely going?

2  A.  I had my plans to go from before, but after 9/11, I had

3  become slightly shaky whether, whether I should go or not, and

4  that's one of the reasons that I contacted Ismail Royer and ended

5  up that day at Yong Kwon's home.

6  Q.  So at the time when you said to Mr. Timimi and the others

7  that you're going, had you -- were you still shaky at that point?

8  A.  No.  I mean, after the talk, I decided, okay, I'll go through

9  what I had planned.

10  Q.  Why did you change from being shaky to deciding to go through

11  with your plans?

12  A.  It was the impact of the talk that was given.

13  Q.  What was -- at the time that you were being -- the time of

14  this talk, what did you understand was the relationship between

15  the Taliban and Al-Qaeda?

16  A.  I knew whatever was in the media at that time, that Taliban

17  are giving shelter to, to these people.

18  Q.  Then why would you -- why were you willing to consider

19  fighting -- why would you be willing to consider going to prepare

20  to fight if the Taliban could avoid the war by turning over Bin

21  Laden?

22           MR. YAMAMOTO:  He's not talking anything -- he's not

23  saying anything about the Taliban.

24           THE COURT:  I don't think that -- I'm going to sustain

25  the objection to the form of the question because I think the

## Aatique - direct

1  question has information in it that this witness has not testified
2  to.

3  BY MR. KROMBERG:

4  Q.   Mr. Aatique, did you understand that the United States was
5  going to, was going to go to war in Afghanistan because the
6  Taliban was sheltering Bin Laden?

7  A.   It appeared so at that time, yes.

8  Q.   Why were you willing to consider fighting for the Taliban --

9             MR. YAMAMOTO:  Objection again.

10            THE COURT:  Wait.  Were you at any point thinking of
11 fighting for the Taliban?

12            THE WITNESS:  Personally for me, I never really had any
13 crystal clear idea of, okay, I'm going to go there and fight for
14 anybody, but after the talk, I said, okay, I will definitely go to
15 training and see how events turn out, and if it turns -- if it
16 turns out to be a conflict of this magnitude, then I'll see where
17 I end up.

18            I mean, I was inclined to, to see, okay, I'll go there,
19 and I may go and fight somewhere, but I wasn't 100 percent certain
20 where I go or who I'll fight with.  That's personally for me.

21 BY MR. KROMBERG:

22 Q.   Why -- with that in mind, why would you even consider going
23 off for training to prepare to fight if the fight was about or
24 partly about whether the Taliban was protecting Bin Laden?

25            MR. YAMAMOTO:  He hasn't said he's going to fight.

# Aatique - direct

1        THE COURT: Yes, he didn't say that. I'm going to
2  sustain that objection.

3        I'm not clear, though, why did you want to get training?
4  Why were you at all interested in going to LET?

5        THE WITNESS: I had these plans from before, from the
6  summer of 2001, and as I said before, I mean, personally for me, I
7  like to be militarily trained, I mean, I like military things, and
8  I like to be trained militarily, and to me, it was sort of an
9  extension of the paintball training that we were doing, and it
10  would be a better form of training with live weapons, and also,
11  when Ibrahim Al-Hamdi came back and described his experience, it
12  was very encouraging to the other people there.

13  BY MR. KROMBERG:

14  Q.   If I could follow up, are you referring to -- when you talk
15  about why you wanted to go, is that -- was the motivation the same
16  after 9/11 as before 9/11?

17  A.   After 9/11, it was -- you're talking about me in person?

18  Q.   Yes, you personally.

19  A.   There was this added factor after 9/11 of going there to get
20  in training for taking part in these great events if they
21  transpire.

22  Q.   Before 9/11, when you just answered the Court's question, was
23  there any intention on your part to actually fight anywhere?

24  A.   No.

25  Q.   After 9/11, was there any intention to fight anywhere under

# Aatique - direct

1  some circumstance?

2  A.    Yes.

3  Q.    What impact did what Ali Timimi said to you have on the

4  change from your -- what you were thinking before 9/11 to what you

5  were thinking after 9/11?

6  A.    As he described in this talk and he said that this is, this

7  is a conflict or this is scale that's coming and we as Muslims

8  have to support the Muslims and this will be a start of a

9  global-scale conflict, so I personally saw that if things happen

10  the way they're being described, then I should be ready and able

11  to support Muslims.

12  Q.    How long did Ali Timimi stay at the meeting at Kwon's house?

13  A.    I'd guess maybe an hour, 45 minutes, something like that.

14  Q.    What did he say when he left regarding being overheard in

15  your conversations?

16  A.    He had said in the meeting that don't talk about these things

17  in your homes, in your cars.  Assume that they're electronically

18  monitored.

19  Q.    What was your emotional state after hearing Timimi's

20  presentation?

21  A.    I would say me and everybody in the, in the meeting was

22  excited and charged up.

23  Q.    What happened after Ali Timimi left that day, that evening?

24  A.    Yong Kwon left to drop him off, then he came back, and I

25  think for an hour and two, people mostly discussed logistics about

## Aatique - direct

1  how anybody would go to Pakistan and what to do there, how to
2  arrange tickets, how to get visa, what to carry, something like
3  that.

4  Q.    I take it you drove home that night?

5  A.    That's correct.

6  Q.    When was the next time you saw anybody from that meeting?

7  A.    I drove back home that night, and that was Sunday, probably

8  Sunday night, and my tickets were for 19th.  That was a Wednesday.

9         So I heard from, I think, on Tuesday, I, I had a phone

10  conversation with, I think with Yong Kwon, and he -- and he told

11  me that he's going to drop Masaud Khan at my home on late 18th,

12  Tuesday, because he -- what happened before was when I told people

13  in the meeting that, okay, I already happen to have arrangements

14  to go to LET and I'm traveling on Wednesday 19th, so I had said if

15  anybody can go, then I can drop them off or I can help.

16         So it was in this context that Yong Kwon called me on

17  Tuesday and said that Masaud Khan has, has tickets with the same

18  flight that you're going, and since I had offered a ride, so he

19  said -- but I said, "I can't drive down again.  Someone has to

20  drop him off to Pennsylvania."

21         So that's what he was saying, that we'll drive down

22  tonight to drop him at your home and so that he could go with you

23  tomorrow.

24  Q.    So did they -- did that, in fact, happen, and Yong Kwon drove

25  Masaud Khan to your house?

## Aatique - direct

1 A.    Yes.  Very late in the night between the night of 18th and
2 19th, Yong Kwon came with Masaud Khan and also with Mahmood Hasan,
3 and they dropped Masaud Khan at my place before they drove back
4 early next morning.
5 Q.    What was your understanding of what Masaud Khan's plans were
6 when he was getting on the plane with you to go to Pakistan?
7 A.    My understanding was that he -- after the training, he might
8 go and fight.
9 Q.    What was your understanding of what Kwon's plans were when he
10 dropped off Masaud Khan at your house?
11 A.    When they both -- when Kwon and Hasan dropped Khan off at my
12 home, they were, they were about to leave because they were
13 saying, "Oh, we have our visas due to get back from Pakistan
14 embassy Wednesday morning," because they were trying to leave very
15 early.
16        So, so I told them, I mean, it was, like, very late in
17 the night, after midnight.  So I told them to stay over and go
18 next morning, don't just drive back that late night.  So they
19 stayed over and drove back in the morning of 19th.
20        And so I understood at that point that they are also
21 traveling.
22 Q.    What did you plan to tell Customs and Immigration regarding
23 the reason for your trip if they asked?
24 A.    For me, I mean, I'm a Pakistani citizen, and I have been
25 so -- I wasn't expecting being questioned, but even if questioned,

## Aatique - direct

1  I would tell that I'm going to get my family back and attend my
2  brother-in-law's wedding.
3  Q.   Who did you -- what was -- did you discuss that issue with
4  anyone, what to say to Customs or Immigration?
5  A.   Yeah.  When these guys were at my home, this was discussed,
6  that, that, like, these guys discouraged me from carrying, like, a
7  Koran, or I had some boots with camouflage color.  They
8  discouraged me from taking this so that we don't arouse any
9  suspicion.  And this topic of what to say was discussed.
10  Q.   How did you get to the airport?
11  A.   I -- well, these guys left the morning of 19th.  Then in the
12  afternoon of that day, the 19th, the Wednesday, I drove in my car,
13  and Masaud Khan was with me.  So I drove to a friend's place in
14  New Jersey, a friend from Pakistan, and I had told him the day
15  before I needed a ride to the airport.  So I reached there, and I
16  dropped my car at his place, and he dropped us off at the JFK
17  Airport in New York.
18  Q.   Okay.  I'd like you to take a look at 7C6.
19           And you can put that on the screen, 7C6.
20           THE COURT:  No objection?
21           MR. KROMBERG:  Judge, we have a stipulation.  We just
22  haven't had a chance to read it into the record yet.
23           THE COURT:  All right, that's fine.  All right, it's in.
24           (Government's Exhibit No. 7C6 was received in evidence.)
25  BY MR. KROMBERG:

# Aatique - direct

1  Q.   I'm circling "Super Travel & Tours."  Is that who you got
2  your ticket from?
3  A.   Yes.  These are the people I bought my tickets from.
4  Q.   Do you recognize that as your ticket?
5  A.   Yes.
6  Q.   You got it on the 13th of September?
7  A.   Well, what happened was that they had, they had reserved a
8  seat for me first week of September, but then 9/11 happened, so
9  they printed it out and FedEx'd it after 9/11, but my reservations
10 were made first week of September.
11 Q.   Okay.  Is this your reservation sheet?  It might be easier to
12 look at it in the, in the book.
13 A.   Okay.
14 Q.   Okay.  Is that the, the original itinerary that you planned?
15 A.   Yes.  That's -- yeah.  And I followed all the flights.
16 Q.   You followed what?
17 A.   I mean, I went through this.  It wasn't just no reason, I
18 mean, originally.  I took all these planes on these dates and came
19 back.
20 Q.   Okay.  What did you do when you got to Pakistan?
21 A.   I went to my mother's place, and I stayed there
22 three-four-five days, something like that, and then I took my
23 flight to Lahore as planned.
24 Q.   Where was Masaud Khan during that time?
25 A.   When we reached Karachi, I, I mean, I went to my family, and

**J.A. 354**

## Aatique - direct

1  I saw him leaving the airport, but I didn't see who he was going

2  with, but I saw him once at a morning, we got together with his

3  younger brother two-three days later, and that was a day or two

4  before I was going to Lahore.

5  Q.    How did you contact Lashkar-e-Taiba?

6  A.    Royer had given me that letter in August of that year, which

7  I had destroyed before traveling, and he had also given me a phone

8  number in Lahore.  So when I reached Lahore, I used that phone

9  number to contact the group, and eventually, I reached -- by

10  talking to them, I reached their office.

11  Q.    And that was in Lahore?

12  A.    Yes.

13        MR. KROMBERG:  Can you bring up 7F2?  The parties have

14  stipulated to this.  We haven't had a chance to read the

15  stipulation in.

16        THE COURT:  All right, it's in.  It's a map of Pakistan?

17        MR. KROMBERG:  Yes, Your Honor.

18        (Government's Exhibit No. 7F2 was received in evidence.)

19  BY MR. KROMBERG:

20  Q.    Now -- okay, Mr. Aatique.  On this map, can you tell us --

21  can you circle with your finger even where Lahore is?

22                    (Witness complying.)

23  Q.    Okay.

24  A.    This thing moved.

25  Q.    Okay.  Try it again.

## Aatique - direct

1               (Witness complying.)

2  Q.   All right, thank you.

3           Now, we'll take that off for just a second.  I want to

4  put on 7F2a.

5           THE COURT:  That's also in evidence.

6           MR. KROMBERG:  Thank you, Your Honor.

7           (Government's Exhibit No. 7F2a was received in

8  evidence.)

9  BY MR. KROMBERG:

10  Q.   Can you just explain -- can you circle where Kashmir is?

11  A.   This big red seems to be the map of -- I mean, Kashmir is,

12  depends who you took to what Kashmir is.  Like, some territories

13  in the north which Kashmir has being part of Kashmir, Pakistan

14  doesn't admit them as being part of Kashmir.

15  Q.   Okay.  Where was the -- where were the LET camps that you

16  went to?

17  A.   The ones I saw were in the vicinity of Muzafrabad, which is

18  in the capital of Pakistani-controlled Kashmir.

19  Q.   All right.  Is that on the map that's in front of you now?

20  A.   It must be, but I can't make it out.

21  Q.   Okay.  Let's try it on the other map.  Can you circle where

22  Muzafrabad is on that map?

23  A.   It's not marked.

24  Q.   Right.  About where?  Just put your finger on -- yeah, that's

25  it.

**J.A. 356**

# Aatique - direct

1          THE COURT:  So north of Islamabad?

2          THE WITNESS:  North-northeast, something like that.

3          THE COURT:  Northeast.

4    BY MR. KROMBERG:

5    Q.   Okay.  Now, how long -- on this map, while we have it, can

6    you circle what are the disputed areas of Kashmir generally

7    speaking?

8    A.   I mean, this whole territory has been, I mean, is claimed by

9    somebody, so -- by more than one, one country, so -- not this one,

10   but, like, I'd say, this one, some of it is in China, some of it

11   is in India, some of it is in part of Pakistan.

12   Q.   Okay.  Thank you.

13          So is it correct that Muzafrabad was right by the

14   disputed areas of Kashmir?

15   A.   It's itself within the disputed area.  I mean, this is in the

16   part of Kashmir that Pakistan controls since 1947-'48.

17   Q.   Okay.  Thank you.

18          Now, how long were you in Lahore?

19   A.   Two days -- two nights.

20   Q.   And then where did you go from there?

21   A.   They, they had a guide to accompany me to Islamabad.

22   Q.   And how far was Islamabad from Lahore?

23   A.   By bus, it took maybe, like, four hours, four or five hours.

24   Q.   Okay.  We have now focused in a little bit.  Is that Lahore

25   where I've just circled?

215

**Aatique - direct**

1  A.    Yes.

2  Q.    And Islamabad where I've just circled again?

3  A.    That's correct.

4  Q.    Okay.  How long did you stay in Islamabad?

5  A.    Just a few hours.  I mean, we, we left Lahore very early in

6  the morning, and we reached there by, like, maybe noon.  Then I

7  stayed in an office for, like, three hours maybe, and then another

8  guide accompanied me from there and in the bus to Muzafrabad.

9  Q.    What is Muzafrabad, a town?

10 A.    It's bigger than a town.  It's maybe a small city.

11 Q.    And what -- how long did you stay in Muzafrabad?

12 A.    Overnight.

13 Q.    And where did you go from Muzafrabad?

14 A.    The same day I reached Muzafrabad through a bus from Karachi,

15 I stayed there overnight as a, as a sort of residential camp close

16 to the city, and then next morning, the same guide, I mean, he, I

17 mean, he -- I mean, we went up in a hike into the neighboring

18 mountains from early morning.

19 Q.    And where did you go?

20 A.    A few hours later, maybe four or five hours later, we reached

21 a training camp.

22 Q.    What was that camp called?

23 A.    It was called, I think, Aqsa.

24 Q.    A-q-s-a, Aqsa?

25 A.    It can be spelled like that.

**J.A. 358**

# Aatique - direct

1  Q.   Okay.  What -- could you describe for the ladies and

2  gentlemen of the jury what Aqsa camp looked like?

3  A.   It had sleeping quarters, offices, mosques, training grounds,

4  lecture rooms.

5  Q.   Okay.  How long did you stay at Aqsa camp?

6  A.   A few minutes.  We just basically stopped by there, had a

7  drink or something, and then we kept on moving.

8  Q.   And how -- were you moving on foot at that point?

9  A.   Yes.

10  Q.   And where did you go from there?

11  A.   Like, in maybe half an hour to an hour later, we reached

12  another smaller camp.

13  Q.   What was that called?

14  A.   Masada.

15  Q.   Masada?  What was Masada camp like?

16  A.   It was much smaller as compared to Aqsa.  I mean, it had, I

17  would say, one or two sleeping barracks, a mosque, an office, a

18  kitchen-type structure, a couple of other rooms, toilets.  That

19  was it.

20  Q.   How long did you stay at Masada camp?

21  A.   Four or five days.  Four-and-a-half days to be exact.

22  Q.   What did you do there?

23  A.   They were conducting training there, so I got trained on some

24  rifles, some pistols.

25  Q.   When you say "some rifles," what kind of rifles were they?

# Aatique - direct

1  A.    AK-47, M-16, G-3, some type of Russian machine guns, some
2  hand-held pistols.  I don't recall their names.
3  Q.    Was the AK-47 that you used there automatic or semiautomatic?
4  A.    It was automatic.
5  Q.    And what's the difference between automatic and
6  semiautomatic?
7  A.    An automatic is a weapon that can fire in bursts, and a
8  semiautomatic, which can fire one, one bullet, but it reloads
9  itself automatically.  That's why it's semiautomatic.
10 Q.    When you say that you -- well, let me go back.  During your
11 time at Masada camp when you studied these weapons, did you
12 actually fire them?
13 A.    Yes.  Except for -- one of the rifles had its rounds finished
14 off, so I don't know if it was M-16 or G-3, so I did not happen to
15 fire that one, but I fired all other weapons.
16 Q.    Did there come a time when you trained on a rocket-propelled
17 grenade?
18 A.    During my stay there, and that was after Hasan and Kwon and
19 Masaud Khan had showed up there that we actually -- half of the
20 morning, we traveled back to Aqsa camp, and there we were
21 demonstrated how an RPG works and how, I mean, some details about
22 RPG, but nobody fired that.
23 Q.    At that time, nobody fired?
24 A.    Not at that time.
25 Q.    Okay.  You mentioned you saw some of your friends from

## Aatique - direct

1  Virginia.  How did that come about?

2  A.    I had reached Masada camp, as I said, so I think after I had

3  spent two nights there, these guys showed up with a guide, Masaud

4  Khan, Yong Kwon, and Mahmood Hasan.  Then they also started living

5  there in the Masada camp, and I left them after two days.

6  Q.    What is Camp ibn Masood?

7  A.    It turned out that my last full day there, and that was

8  before the evening that I left, the instructors took us, we hiked

9  three to four hours, and it was more a vertical hike.  We hiked up

10  to another camp, a very big camp called ibn Masood.

11  Q.    Who was at these camps besides you, Kwon, Hasan, and Khan?

12  A.    Different camps were different in nature.

13  Q.    So if you could describe the Aqsa camp, who was at the Aqsa

14  camp?

15  A.    Aqsa camp was all Pakistanis, some of them very young.

16  Q.    Were they trainees or staff of Lashkar-e-Taiba?

17  A.    Every camp had a staff but also trainees, also.

18  Q.    How about at Masada?

19  A.    Masada seemed like mostly for foreigners, I mean,

20  non-Pakistanis.

21  Q.    And ibn Masood?

22  A.    Ibn Masood, I mean, it was -- I saw all kinds of people

23  there, a lot of Pakistanis, but I also met some, it seemed like

24  some foreigners there.

25  Q.    When you were there, what name did you go by?

**Aatique - direct**

1  A.    Abu Omar.

2           THE COURT:  I'm sorry, what?

3           THE WITNESS:  Abu Omar.

4           THE COURT:  Abu?

5           THE WITNESS:  Omar.

6           THE COURT:  Omar?

7           THE WITNESS:  Yes.

8  BY MR. KROMBERG:

9  Q.    Why did you use the name Abu Omar?

10 A.    Everybody used a kunya there.  Nobody used their names.

11 Q.    A kunya is what?

12 A.    A kunya in Arab culture is an alternate name.  It's a common

13 thing in Arab culture to use instead of your name.  I mean, you're

14 using it as a sign of respect.

15 Q.    What name did Masaud Khan go by?

16 A.    Abu Ibrahim.

17 Q.    And Kwon?

18 A.    Abu Ubayda.

19 Q.    Is that U-b-a-y-d-a-n?

20 A.    -- d-a, I would say.  I wouldn't put an "N" there.

21 Q.    Abu Ubayda.

22           And Hasan?

23 A.    Abu Qudama or Abu Qatada.  I'm uncertain.

24 Q.    I think you're going to have to spell both of those.

25 A.    Abu Q-u-d-a-m-a or Abu Q-a-t-a-d-a.

**Aatique - direct**

1  Q.    And did you discuss with any of the LET permanent staff there
2  Royer when you were there?
3  A.    They knew that I had come through Royer because when I was in
4  Lahore office, they had a talk with me because they were expecting
5  me.  So I had to talk with a couple of people, and they knew, and
6  they had asked me to show them the letter, also, which I did not
7  have at that time.

8         And so when I reached Masada, they seemed to be familiar
9  with Ismail through his kunya.
10 Q.    What was his kunya?
11 A.    Abu Fatima.
12 Q.    What languages were spoken at the camps while you were there?
13 A.    Within themselves, the instructors mostly speak Urdu, but
14 they tried to run everything in Arabic because some of the
15 trainees were Arabic, also, and all of their training commands
16 are, exercise command like physical workout, that was in Arabic,
17 but they, they could also get by with broken English.
18 Q.    What courses were available to take through Lashkar when you
19 were there?
20 A.    When I reached there, I came to know that they have, they
21 have two type of courses, and one of them is, like, the earlier
22 one is a short course, which is, like, a 13 -day course, and
23 another one is a longer version, a 40-day course, four-zero.
24 Q.    What is -- do you know what the difference was between the
25 courses other than the length?

## Aatique - direct

1  A.   It was the level of training and the types of things that

2  each -- like, it seems in the shorter course basically that you

3  just familiarize with a few weapons, you fire them, and that's

4  pretty much it, but in the longer version, they teach you a lot of

5  other things.

6  Q.   What training at the Masada camp did you see Kwon, Hasan, and

7  Khan engage in?

8  A.   The two days that I spent with them there -- actually,

9  one-and-a-half days, something like that, because the last day, we

10  were at another place -- the time I spent with them at Masada,

11  they -- the first rifle they taught was AK-47s, so they got

12  started on that in front of me, and I also think they learned a

13  couple of machine guns in front of me.

14  Q.   What firing, if any, did you do at the ibn Masood camp?

15  A.   When we had -- when we were up there the last, my last full

16  day, we had a training on an antiaircraft gun and also on hand

17  grenades, and they made us fire one round in the big antiaircraft

18  gun there.

19  Q.   Where did you fire it at?

20  A.   It was -- a few thousand feet, there was another rising side

21  of a mountain, and we aimed at a tree there.

22  Q.   Did you fire an antiaircraft gun shell?

23  A.   Yes.

24  Q.   Did Kwon?

25  A.   Everybody, everybody was offered one to -- after they

**Aatique - direct**                                         222

1   familiarized us with the weapon, with the weapon, and everybody

2   fired except for Kwon and Hasan.  I'm not sure, one of them had a

3   bad round or something.  It was getting stuck.

4   Q.   While you were there at the Lashkar camps, what was said by

5   your trainers regarding any fighting in Afghanistan?

6            MR. YAMAMOTO:  Objection, Your Honor.  It's hearsay.

7            THE COURT:  Is it being offered for the truth of its

8   contents?  Then it would be hearsay.

9            MR. KROMBERG:  Okay.

10            THE COURT:  I'll sustain the objection.

11  BY MR. KROMBERG:

12  Q.   How long did you stay at the Lashkar camps?

13  A.   I mean, I was out from my home for seven-eight days,

14  something like that, but at the Masada camp, I basically stayed

15  four-and-a-half days.

16  Q.   And why did you leave at that point?

17  A.   My original plan always was to come back, so eventually, I

18  stayed with my plans.

19  Q.   Well, we talked earlier about how you had one plan before

20  9/11 and then your plans changed after 9/11.

21  A.   Um-hum.

22  Q.   Is it correct that you went back to your original plan?

23  A.   Yes.  Even before I left the U.S., I made up my mind that I'm

24  not going anywhere to fight; I'll come back.

25  Q.   When did you make that -- when did you reach that conclusion?

223

**Aatique - direct**

1  A.   Sometime after I came back from the meeting and before
2  Wednesday.  I mean, in the two-three intervening days.
3  Q.   Why did you reach -- why did you change your mind or change
4  your intention?
5  A.   I just thought it's not for me.
6  Q.   Did you reconsider in any way the value of what Ali Timimi
7  had said to you?
8  A.   I mean, he said a lot of things.  Are you talking about
9  anything specific?
10  Q.   The things that he said on September 16.
11  A.   To me, I mean, the thing that made most impact on me was his
12  statements about 9/11 and its justification.  So I had this thing
13  in my mind that maybe, maybe it is that these attacks are
14  justified.
15  Q.   Did that opinion in your -- did that change in you between
16  the time -- between September 16, when you heard it, and when you
17  decided to come back from Lashkar-e-Taiba?
18  A.   Say it again?
19  Q.   Did your opinion of the, of the propriety of the 9/11 attacks
20  change after you heard Ali Timimi's opinion?
21  A.   Later on, I also came to hear a lot of these conspiracy
22  theories floating on the Internet, and also, whenever I entered
23  this discussion with anybody, I could never, I could never
24  cogently put this in front of them, what Al-Timimi had said.  So I
25  would say I was, I mean, I was rather confused about this topic, I

**J.A. 366**

# Aatique - direct

1  mean, about the exact thing that, okay, this is right, this is not

2  wrong, I stopped entering this argument with people.

3  Q.   Did you ultimately conclude that it was right or wrong?   The

4  attacks, I mean.

5  A.   I mean, I personally believed that it wasn't right.

6  Q.   When did you reach that conclusion?

7  A.   I, I can't put a date on that.

8  Q.   Was it --

9  A.   Much, much later.  I mean, for a period of time, I would say

10  that maybe I was double-minded or confused, but --

11            MR. YAMAMOTO:  I think we're going beyond the scope of

12  this.

13            THE COURT:  I do, too.  I'm going to sustain that

14  objection.

15            MR. KROMBERG:  Okay.

16  Q.   How much had you paid for the training that you received at

17  Lashkar?

18  A.   Nothing.

19  Q.   When you got home back to the U.S. -- when did you get back

20  to the U.S.?

21  A.   7th or 8th of October, something like that.  It's on my

22  tickets.

23  Q.   What contact did you have with Ismail Royer?

24  A.   Because I was living in Pennsylvania, so that's where I came

25  back, and I had no contact with anybody in Virginia, either phone

## Aatique - direct

1  contact or I -- I don't remember -- so what happened was that I
2  got -- after some weeks, I got an e-mail from, from Ismail Royer
3  that he said that I'm in Bosnia, and he said, "I had to travel
4  because the law enforcement came to my home," or, "I got
5  questioned, and that's why I came suddenly, and I couldn't even
6  carry my family with me.  My family is still in Manassas," I think
7  where he was living.

8              And I think we had a couple of exchanges, and then he
9  said that he, he was trying to get a visa to go to Pakistan, and
10 he wanted -- he said he has some money, but he wants to leave it
11 for his family, and he wanted the -- he wanted me to loan him some
12 money.

13 Q.  So what did you do?

14 A.  He had asked for $700 as his -- to be able to travel to
15 Pakistan.  So, so -- and I asked him, "I can give it to you, but
16 how?"

17             So he e-mailed me a bank account and, I mean, his bank
18 and his account number.

19 Q.  Could you take a look at Exhibit 1C3?

20             Don't put it on the screen.

21             If you can just take a look at it in the book?

22             THE COURT:  This will be the last issue because it's
23 6:00, and I want to keep to schedule.

24             MR. KROMBERG:  Yes, Your Honor.

25             THE COURT:  Any objection to this exhibit?

**J.A. 368**

226

## Aatique - direct

1                MR. YAMAMOTO:  It's his bank statement.

2                MR. KROMBERG:  Okay.  Well, if there's no objection,

3    we'll just put it on the screen.

4                THE COURT:  Just put it on the screen.

5                MR. KROMBERG:  1C3.

6                THE COURT:  It's in.

7                (Government's Exhibit No. 1C3 was received in evidence.)

8    BY MR. KROMBERG:

9    Q.   Do you recognize that?  We're going to make it a little

10   bigger.

11   A.   Yeah.  The amount and the date seems to indicate that this is

12   the amount I withdrew from my account to put in Ismail's account.

13               MR. KROMBERG:  Okay.  Thank you, Judge.  This would be

14   an appropriate time.

15               THE COURT:  All right, at this point, Ladies and

16   Gentlemen, we'll recess.  I have an unrelated matter I have to

17   take up at 9:00.  I expect to be clear by 9:30.  I'd like to start

18   promptly at 9:30.  If it's a few minutes one way or the other,

19   that's because I'm tied up downstairs, all right?

20               But if you'll report to the jury room, and leave your

21   notebooks here.  Get a good night's sleep, remember my cautions,

22   and we'll see you back here at 9:30 in the morning.  We'll recess

23   court until that time.

24               MR. KROMBERG:  Judge, could we have one moment at the

25   bench before the jury leaves?  Because I have something I think

**J.A. 369**

227

1   the Court might want to --

2           THE COURT: Oh, all right.

3           (Bench conference on the record.)

4           THE COURT: Yes.

5           MR. KROMBERG: Judge, I heard from a reporter that NBC

6   Nightly News was going to have an interview with Ali Timimi aired,

7   but what I heard -- this was last week. I heard they were

8   scheduling it for tonight, but I was told "unless the pope dies,"

9   because that would be --

10          THE COURT: Well --

11          MR. KROMBERG: But I just want the Court to know maybe

12  the Court wants to tell the jury not to watch Nightly News because

13  it's possible --

14          THE COURT: This jury is so good.

15          MR. KROMBERG: Okay.

16          THE COURT: If they're, you know, going through the TV

17  and they see something, they'll turn it off. I'll caution them

18  yet again.

19          MR. MAC MAHON: And if I may, Your Honor, I just would

20  tell you that this interview was done at least a year -- it was

21  done before the paintball trial. It's not anything that would

22  just have been done. I just wanted you to know it wasn't

23  something --

24          THE COURT: It wasn't done recently.

25          MR. MAC MAHON: August of 2003, the doctor tells me, but

**J.A. 370**

228

1   it was something in the can.  It's certainly nothing, and I know

2   the government wouldn't have participated in it, either.  So just

3   so you know that up front.

4          MR. KROMBERG:  And my understanding is that one of the

5   things that was discussed was the space shuttle message that's at

6   issue in this case.

7          THE COURT:  All right.  Well, I'll just warn the jury

8   not to watch it, okay?

9          MR. KROMBERG:  Thank you.

10         (End of bench conference.)

11         THE COURT:  There, in fact, may be television coverage

12  tonight or tomorrow about this case.  Some folks may have been

13  interviewed.

14         Again, you've been wonderful about following my

15  cautions.  If when you're channel surfing you should see something

16  you think is related to this case, immediately get away from it,

17  all right, folks?  Thank you.

18         Get a good night's sleep, and we'll see you back here at

19  9:30 in the morning.  We'll recess court.

20         (Recess from 6:01 p.m., until 9:30 a.m., April 5, 2005.)

21

22                    CERTIFICATE OF THE REPORTER

23     I certify that the foregoing is a correct excerpt of the

24  record of proceedings in the above-entitled matter.

25     _____
                        Anneliese J. Thomson

**J.A. 371**

This page intentionally left blank for double-sided pagination and printing