No. 14-4451

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH COURT

———————————

**UNITED STATES OF AMERICA,**
*Plaintiff/Appellee,*

**v.**

**ALI AL-TIMIMI,**
*Defendant/Appellant.*

———————————

**On Appeal From the United States District Court**
**for the Eastern District of Virginia**
**Alexandria Division (The Hon. Leonie M. Brinkema)**

———————————

**JOINT APPENDIX**

**VOLUME IV of XIII (pages 657 - 972)**

———————————

**ERIC S. SIEBERT**
**United States Attorney**

**Gordon D. Kromberg**
**Assistant U.S. Attorney**
**Counsel for Appellee**
**2100 Jamieson Avenue**
**Alexandria, VA 22314**
**(703) 299-3700**

**Joseph Attias**
**Attorney**
**Counsel for Appellee**
**Nat'l Security Division**
**U.S. Dep't of Justice**
**Washington, DC 20530**

**GEREMY C. KAMENS**
**Federal Public Defender**

**Geremy C. Kamens**
**Federal Public Defender**
**Counsel for Dr. Al-Timimi**
**1650 King Street, Suite 500**
**Alexandria, VA 22314**
**(703) 600-0800**

This page intentionally left blank for double-sided pagination and printing

# **TABLE OF CONTENTS**

## VOLUME I (pages 1 - 122)

District Court Docket Sheet (as of Apr. 28, 2025) ..................................................1

Indictment (Sept. 23, 2004, Doc. 1)...................................................................49

Superseding Indictment (Feb. 3, 2005, Doc. 47) ...............................................64

Government's Proposed Jury Instructions (Mar. 28, 2005, Doc. 84)......................80

## VOLUME II (pages 123 - 372)

Transcript, Jury Trial, Day 1 (Apr. 4, 2005, Doc. 294) (defense opening statement)..........................................................................................123

Transcript, Jury Trial, Day 1 (Apr. 4, 2005, Doc. 148) ........................................144

  Opening statements ......................................................................................148

    By the government.................................................................................148
    By the defense...........................................................................*see* J.A. 126

  Government's evidence ..................................................................................167

    Stipulation..............................................................................................167

| | | |
|---|---|---|
|     Nabil Gharbieh | Direct examination..................................171 | |
| | Cross examination.....................................233 | |
| | Redirect examination ...............................274 | |
| | Recross examination ................................281 | |
|     Muhammad Aatique | Direct examination....................................283 | |

  Concluding matters .......................................................................................369

## VOLUME III (pages 373 - 656)

Transcript, Jury Trial, Day 2 (Apr. 5, 2005, Doc. 149) .........................................373

    Preliminary matters ...................................................................377

    Government's evidence, cont'd ..................................................377

        Muhammad Aatique      Direct examination (resumed) ................378
                                     Cross examination.....................................398
                                     Redirect examination ...............................468
                                     Recross examination .................................489

        Stipulations ................................................................492

        Donald Surratt           Direct examination...................................504
                                       Cross examination.....................................570
                                     Redirect examination ...............................585
                                     Recross examination .................................588

        Detective John Hodge      Direct examination...................................589
                                       Cross examination.....................................592
                                     Redirect examination ...............................592

        Stipulations ................................................................594

        Playing of audiotapes.................................................598

        Yong Ki Kwon           Direct examination...................................604

    Concluding matters .......................................................655

## VOLUME IV (pages 657 - 972)

Transcript, Jury Trial, Day 3 (Apr. 6, 2005, Doc. 150) .........................................657

    Preliminary matters ...................................................661

Government's evidence, cont'd ......................................................................665

    Evan Francois Kohlmann     Direct examination...................................665
                               Cross examination....................................817
                               Redirect examination ..............................895
                               Recross examination ...............................903

    Stipulations ...........................................................................905

    Playing of audiotape ............................................................914

Concluding matters ...................................................................970


VOLUME V (pages 973 - 1270)

Transcript, Jury Trial, Day 4 (Apr. 7, 2005, Doc. 151) .......................................973

Preliminary matters....................................................................977

Government's evidence, cont'd ....................................................980

    Playing of audiotapes and videotape ..........................................980

    S.A. Tracy Kneisler     Direct examination.................................1093
                                Cross examination..................................1099

    S.A. Christopher Paul Mamula  Direct examination.................................1100

    S.A. Donald L. Monday     Direct examination.................................1105
                                Cross examination..................................1127

    Stipulations .........................................................................1131

    Yong Ki Kwon     Direct examination (resumed) ...............1146
                                Cross examination..................................1238

Concluding matters .................................................................1268

## VOLUME VI (pages 1271 - 1550)

Transcript, Jury Trial, Day 5 (Apr. 11, 2005, Doc. 152) ....................................1271

    Preliminary matters .........................................................................1275

    Government's evidence, cont'd .......................................................1279

        Yong Ki Kwon         Cross examination (resumed) ...............1279
                                         Redirect examination ............................1446
                                         Recross examination .............................1475

        S.A. Wade Ammerman      Direct examination.................................1481
                                         Cross examination.................................1539

    Concluding matters .........................................................................1548

## VOLUME VII (pages 1551 - 1804)

Transcript, Jury Trial, Day 6 (Apr. 12, 2005, Doc. 153) ....................................1551

    Government's evidence, cont'd .......................................................1555

        S.A. Wade Ammerman      Cross examination (resumed) ...............1556
                                         Redirect examination ............................1582
                                         Recross examination .............................1593

    Stipulations ....................................................................................1600

    Playing of audiotapes......................................................................1610

        S.A. John Wyman          Direct examination.................................1656

    Concluding matters .........................................................................1799

iv

VOLUME VIII (pages 1805 - 2058)

Transcript, Jury Trial, Day 7 (Apr. 13, 2005, Doc. 154) .....................................1805

    Preliminary matters .........................................................................1808

    Government's evidence, cont'd ........................................................1810

        S.A. John Wyman          Direct examination (resumed) ...............1810
                                            Cross examination..................................1852
                                            Redirect examination ............................1916
                                            Recross examination .............................1923

        Alex Daghestani            Direct examination.................................1927
                                                Cross examination..................................1935

        Andre Thompson          Direct examination.................................1940
                                                Cross examination..................................1951

        Playing of audiotapes.............................................................1954

        Government rests ...........................................................1955, 1965

    Defendant's Rule 29 motion ...........................................................1958

    Defendant's evidence ......................................................................1965

        Sherdil Loynab            Direct examination.................................1966
                                               Cross examination..................................1970
                                            Redirect examination ............................1976

        Yousuf Jaafar Idris      Direct examination.................................1977
                                            Cross examination..................................2018

    Concluding matters ........................................................................2056

## VOLUME IX (pages 2059 - 2318)

Transcript, Jury Trial, Day 8 (Apr. 14, 2005, Doc. 155) ....................................2059

    Defendant's evidence, cont'd ........................................................................2063

        Yousuf Jaafar Idris        Cross examination (resumed) ...............2063

        Luther Kennedy        Direct examination.................................2136
                                    Cross examination.................................2144
                                    Redirect examination ............................2163
                                    Recross examination .............................2168

        Curtis Jamison        Direct examination.................................2172
                                    Cross examination.................................2189

        Defendant rests ....................................................................2198

    Government's rebuttal evidence ....................................................................2198

        Khwaja Mahmood Hasan        Direct examination.................................2199
                                      Cross examination.................................2235
                                    Redirect examination ............................2278
                                    Recross examination .............................2284

        Muhammad Aatique, recalled    Direct examination.................................2290

        Conclusion of evidence ........................................................2293

    Preliminary charge conference ...................................................................2306

## VOLUME X (pages 2319 - 2568)

Transcript, Jury Trial, Day 9 (Apr. 18, 2005, Doc. 156) ....................................2319

    Charge conference ........................................................................................2322

vi

Closing arguments ........................................................2346

    By the government.................................................2346
    By the defense.......................................................2376
    Rebuttal by the government.....................................2415

Jury charge ................................................................2429

Jury deliberations .......................................................2500

    Jury question ........................................................2500

Transcript, Jury Trial, Day 10 (Apr. 19, 2005, Doc. 157).............2506

    Jury deliberations, cont'd........................................2507

    Jury question ........................................................2507

Transcript, Jury Trial, Day 11 (Apr. 20, 2005, Doc. 158).............2515

    Jury deliberations, cont'd........................................2517

    Jury question ........................................................2517

    Jury questions ......................................................2520

Transcript, Jury Trial, Day 12 (Apr. 22, 2005, Doc. 159).............2535

    Jury deliberations, cont'd........................................2537

Transcript, Jury Trial, Day 13 (Apr. 25, 2005, Doc. 160).............2540

    Jury deliberations, cont'd........................................2542

    Jury questions ......................................................2542

Transcript, Jury Trial, Day 14 (Apr. 26, 2005, Doc. 161).............2553

    Return of verdict ...................................................2555

Concluding matters ..........................................................................2560

Verdict Form (Apr. 26, 2005, Doc. 107) ......................................2566


## VOLUME XI (pages 2569 - 2770)

Defendant's Motion for Judgment of Acquittal (June 6, 2005, Doc. 118)..........2569

Defendant's Corrected Motion for New Trial (June 14, 2005, Doc. 124) ..........2630

Government's Response to Defendant's Post-Trial Motions (June 20, 2005, Doc. 125)........................................................................2647

Defendant's Reply to the Government's Response to Defendant's Post-Trial Motions (June 28, 2005, Doc. 126) (attachments omitted from appendix)........................................................................2688

Transcript, Sentencing Hearing (July 13, 2005, Doc. 147) .................................2719

    Argument and ruling on Rule 29 motion...................................................2720
    Argument and ruling on Rule 33 motion...................................................2724
    Ruling on Guidelines objections................................................................2735
    Argument on sentencing ..........................................................................2739
    Allocution ...............................................................................................2746
    Imposition of sentence ............................................................................2750

Judgment in a Criminal Case (July 13, 2005, Doc. 132)....................................2758

Notice of Appeal (July 15, 2005, doc. 133)........................................................2765

Fourth Circuit Judgment (corrected) (with copy of Apr. 25, 2006 order) (May 19, 2006, Doc. 168)........................................................2767


## VOLUME XII (pages 2771 - 2998)

Transcript, Hearing (Aug. 24, 2007, Doc. 239)..................................................2771

Transcript, Hearing (Nov. 20, 2007, Doc. 245)...................................................2790

Transcript, Hearing (May 16, 2008, Doc. 263) ...................................................2795

Transcript, Hearing (Oct. 23, 2008, Doc. 272)...................................................2802

Transcript, Hearing (Feb. 19, 2009, Doc. 297)...................................................2827

Transcript, Hearing (Oct. 4, 2013, Doc. 340) ....................................................2834

(Redacted) Memorandum Opinion (denying motions to compel) (Apr. 28, 2014, Doc. 350)................................................................................................2864

Order (May 21, 2014, Doc. 357)..........................................................................2887

Notice of Appeal (June 4, 2014, Doc. 358) .........................................................2889

Fourth Circuit Order (remanding case for further proceedings) (Aug. 4, 2015, Doc. 406)................................................................................................2892

Fourth Circuit Order (expanding scope of remand) (July 26, 2016, Doc. 431)................................................................................................................2894

Government's Response in Opposition to Defendant's Second Motion for Acquittal on Count 1 (Aug. 29, 2018, Doc. 447) .........................................2896

Defendant's Reply to Government's Supplemental Memorandum on *United States v. Davis* (Aug. 19, 2019, Doc. 459) .........................................2905

Government's Reply in Further Support of Its Supplemental Memorandum on *United States v. United States* (Aug. 26, 2019, Doc. 461) .......................2936

(Redacted) Memorandum Opinion (granting release pending appeal) (Aug. 18, 2020, Doc. 519) ....................................................................................2953

Order (granting release pending appeal) (Aug. 18, 2020, Doc. 520) ..................2969

Fourth Circuit Order (affirming grant of release pending appeal) (Aug. 31, 2020, Doc. 535)...............................................................................................2971

ix

Memorandum Opinion (vacating Counts 1, 7, and 8) (July 18, 2024, Doc. 549)........................................................................2972

Order (vacating Counts 1, 7, and 8) (July 18, 2024, Doc. 550)..........................2998


VOLUME XIII (pages 2999 - end)

Selected Government Trial Exhibits....................................................................2999

Gov't Exh. 1B1a: transcript of Apr. 7, 2003 consensually monitored call between Kwon and Royer.......................................................................2999

Gov't Exh. 1B2a: transcript of Apr. 8, 2003 consensually monitored call between Kwon and Royer.......................................................................3053

Gov't Exh. 1B4a: transcript of Apr. 17, 2003 consensually recorded CCTV hotel meeting between Kwon and Royer......................................3084

Gov't Exh. 1D27: Taiba Bulletin, Oct. 17, 2000.........................................3131

Gov't Exh. 1D28: Taiba Bulletin, Oct. 27, 2000.........................................3134

Gov't Exh. 1D29: Taiba Bulletin, Nov. 7, 2000..........................................3137

Gov't Exh. 1D45: Taiba Bulletin, Sept. 26, 2001 (post from nadqpk@yahoo.com).............................................................................3139

Gov't Exh. 1D48: Taiba Bulletin, Oct. 13, 2001 (post from nadqpk@yahoo.com).............................................................................3141

Gov't Exh. 1D52: Taiba Bulletin, June 24, 2001 (post from nadqpk@yahoo.com).............................................................................3144

Gov't Exh. 1F1: LET Poster, image 1 ..........................................................3151

Gov't Exh. 1F3: LET Poster, image 3 ..........................................................3152

Gov't Exh. 1F4: LET Poster, image 4 ..........................................................3153

Gov't Exh. 1G10a: transcript of Apr. 1, 2003 recorded telephone call (Hammad and Royer call Al-Timimi) ........................................................3154

Gov't Exh. 4G7: email dated June 19, 2001 from pballaz@yahoo.com, regarding praying in a moving car..............................................................3164

Gov't Exh. 7A19: Uqla fatwa on events of 9/11, in English, taken from Surratt's residence on May 8, 2003 ............................................................3168

Gov't Exh. 7A23; Hawali's *Statement to the Ummah* in English .................3178

Gov't Exh. 7A39a: translation of website containing Space Shuttle article in Arabic .........................................................................................3200

Gov't Exh. 7C31: email dated Sept. 20, 2001 from Kwon to Belton Harris ............................................................................................................3203

Gov't Exh. 7D3: email dated Oct. 15, 2001 from Surratt re. Hawali's *Statement to the Ummah* ....................................................................3204

Gov't Exh. 7F24a: UPI News article dated Sept. 16, 2001 titled *Taliban Leaders Seek Islamic Support*....................................................................3206

Gov't Exh. 7H12: plea agreement and statement of facts for Muhammed Aatique.............................................................................................3207

Gov't Exh. 10A3: document entitled *Suicide Attacks, Are They Suicide? A Shariah Viewpoint* ...............................................................................3223

Gov't Exh. 10A41: email dated Oct. 23, 2000 from Nabil to Timimi re: trip to Delaware ...........................................................................................3227

Gov't Exh. 10D19: email dated Oct. 21, 2001 email from altimimi@yahoo.com to aqdcksa@yahoo.com re. "Utter Nonsense" ......3229

Gov't Exh. 10H1A: record of instant messaging session with Bin Laden statement preamble .................................................................................3233

Gov't Exh. 10J7: article, *Sheikh Ali Timimi on the Taliban and the Statues* .................................................................................................3260

Gov't Exh. 10J9: email dated December 13, 2001 from Timimi re. "A call to reflect and repentance" ...................................................3262

Gov't Exh. 10J15: affidavit of Youseff Idris .................................3265

Gov't Exh. 10S1: summary chart of Timimi / Kwon telephone calls, Sept. 16, 2001 ...................................................................3266

Gov't Exh. 10S2: summary chart of Timimi / Kwon telephone calls, Sept. 19, 2001 ...................................................................3267

Gov't Exh. 10S3: summary chart of Kwon telephone calls, Sept. 16, 2001 ..........................................................................3268

Gov't Exh. 10T1: photograph, package of "New World Order" cassette tapes ...............................................................................3272

Gov't Exh. 12-1: stipulation re. background facts ............ 3273; *see* J.A. 167-171

Gov't Exh. 12-60: stipulation re. electronic surveillance of calls and email...............................................................................3277

Gov't Exh. 12-61: stipulation re. Al-Timimi lectures ............3278; *see* J.A. 2344

Selected Defense Trial Exhibits ..........................................................3280

Def't Exh. 33: Al-Timimi lecture titled *Muslims in America in the Face of Accusations of "Fundamentalism" and "Terrorism"* delivered at Purdue University on Oct. 20, 1993 ........................................3280

Def't Exh. 57: letter dated from AUSA Gordon Kromberg to Yong Kwon's attorneys .......................................................3293

Def't Exh. 80: stipulation regarding Al-Timimi's unsubscription from Taiba Bulletin List ..................................................3295

Def't Exh. 81: summary report of an interview with Ismail Royer by Evan Kohlmann .......................................................3298

Def't Exh. 82: photo of front of Yong Kwon's apartment .............................3303

Def't Exh. 83: photo of back of Yong Kwon's apartment ............................3304

Def't Exh. 85: summary of Yong Kwon's phone calls on Sept. 16, 2001 .................................................................................................. 3305

Def't Exh. 86: summary of Yong Kwon's phone calls on Sept. 13-15, 2001 ................................................................................................3306

Def't Exh. 87: summary of Al-Timimi's calls on evening of Sept. 19, 2001 ................................................................................................3307

Def't Exh. 90: summary of Al-Timimi's calls on evening of Sept. 19, 2001 ................................................................................................3308

This page intentionally left blank for double-sided pagination and printing

512

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA,          .          Criminal No. 1:04cr385
                                   .
        vs.                        .          Alexandria, Virginia
                                   .          April 6, 2005
ALI AL-TIMIMI,                     .          9:30 a.m.
                                   .
            Defendant.             .
                                   .

.   .   .   .   .   .   .   .   .   .

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE LEONIE M. BRINKEMA
UNITED STATES DISTRICT JUDGE

VOLUME III

APPEARANCES:

FOR THE GOVERNMENT:              GORDON D. KROMBERG, AUSA
                                 United States Attorney's Office
                                 2100 Jamieson Avenue
                                 Alexandria, VA 22314
                                    and
                                 JOHN T. GIBBS, ESQ.
                                 Counterterrorism Section
                                 Criminal Division
                                 United States Department of Justice
                                 601 D Street, N.W.
                                 Washington, D.C. 20004

FOR THE DEFENDANT:               EDWARD B. MAC MAHON, JR., ESQ.
                                 107 East Washington Street
                                 P.O. Box 903
                                 Middleburg, VA 20118
                                    and
                                 ALAN H. YAMAMOTO, ESQ.
                                 643 S. Washington Street
                                 Alexandria, VA 22314

ALSO PRESENT:                    JOEL ALTER
                                 S.A. WADE AMMERMAN
                                 BOBBY WILLIAMS
                                 S.A. JOHN WYMAN

(Pages 512 - 827)
COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES

513

```
 1   OFFICIAL COURT REPORTER:        ANNELIESE J. THOMSON, RDR, CRR
                                     U.S. District Court, Fifth Floor
 2                                   401 Courthouse Square
                                     Alexandria, VA 22314
 3                                   (703)299-8595

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

514

1                           I N D E X

2                          DIRECT    CROSS    REDIRECT    RECROSS

3    WITNESS ON BEHALF OF
     THE GOVERNMENT:
4
     Evan Francois Kohlmann       520      672        750        758
5

6
                              EXHIBITS
7
                                      RECEIVED        STRICKEN
8
     GOVERNMENT'S:
9
     Nos.  3A12                          632
10         7A23                          597
           7A35c                         630
11         7A35c1                        632
           7A35d                         631
12
           7C10b                         641
13         7C10c                         641
           7C13                          766
14         7C13a                         766
           7C18                          765
15
           7C19a1 through 7C19a4         764
16         7C19b1 through 7C19b4         764
           7C19c through 7C19g          764
17         7C30                          764
           7C32                          763
18
           7D13                          581
19         7F3                           647
           7H3                           636
20         7H3b                          633
           7H22                          761
21
           10A33b                        656
22         10J11                         568         572
           10J11a                        573
23         10J11b                        574
           10J11e                        569
24
           10T4                          766
25         12-36                         766
           12-37                         765

515

| 1 | EXHIBITS (Cont'd.) | | |
|---|---|---|---|
| 2 | | RECEIVED | STRICKEN |
| 3 | GOVERNMENT'S: | | |
| 4 | No. 12-38 | 764 | |
|   | 12-45 | 761 | |
| 5 | 12-46 | 766 | |
|   | 12-48 | 764 | |
| 6 | 12-49 | 763 | |
| 7 | 12-51 | 768 | |
|   | 12-57 | 762 | |
| 8 | | | |
| 9 | DEFENDANT'S: | | |
| 10 | No. 33 | 700 | |
|    | 81 | 727 | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

516

1                          P R O C E E D I N G S

2                     (Defendant present, Jury out.)

3            THE COURT:  Good morning.  Counsel, we've received a

4    note from Juror No. 89 that I need to tell you about.  It says,

5    "During the testimony of Kwon, he mentioned a person that attended

6    a meeting with him.  He said the name was Faraz something.  I know

7    a Siraj Faraz.  I worked with him at UUnet during February 2000

8    through August 2000, the same time frame as Kwon."

9            Now, does anyone know whether Kwon was referring to

10   Siraj Faraz?

11           MR. KROMBERG:  I think that is not the person that he

12   was referring to, Judge.

13           THE COURT:  All right.

14           MR. MAC MAHON:  And if I may, Your Honor, I'd just --

15   good morning, Your Honor.

16           THE COURT:  Good morning.

17           MR. MAC MAHON:  Dr. Al-Timimi just told me the same

18   thing.  He thinks it's a different person.

19           THE COURT:  All right.  So what I'm going to do -- first

20   of all, again, it shows you how carefully the jury is listening,

21   which always impresses me.  When they come in, I will simply

22   address Juror 89 and advise her that it is not the same person and

23   thank her for bringing that to our attention.  All right?

24           Now, two other housekeeping matters.  Then I want to get

25   the jury in here.  Mr. Kromberg, I understand you asked to have

**J.A. 661**

517

1   more monitors in here rather than the transcripts, and the answer
2   on that is no, A, because the more monitors, the more sightlines
3   get blocked; two, the hotter it gets in here; and three, we need
4   the transcripts for the jury at some point anyway.  Otherwise,
5   they're not taking the monitors into the jury room.

6           MR. KROMBERG:  That will be fine, Judge.

7           THE COURT:  All right?  So anyway, whenever you go to
8   put those tapes on, please have the transcripts ready, all right?

9           MR. KROMBERG:  Yes, Your Honor.

10          THE COURT:  I understand you want to call Mr. Kohlmann
11  now rather than continuing with Kwon.

12          MR. KROMBERG:  That's correct, Judge.

13          THE COURT:  All right, I'll advise the jury that
14  sometimes for scheduling purposes, that has to happen.  So we'll
15  bring them in unless there are any other preliminary matters.
16  Anything else?

17          MR. MAC MAHON:  None for the defense, Your Honor.

18          THE COURT:  All right.  Actually, Mr. Wood, hold on just
19  one more second.

20          Mr. Kromberg, I'm just for planning purposes, you
21  indicated yesterday that you thought we were well ahead of
22  schedule and that it's possible the government might be resting
23  this week since we're going to go until the end of business
24  tomorrow.  Is that still an estimate?  I'm not going to hold you
25  to it, but I just --

518

1           MR. KROMBERG:  It's possible.

2           THE COURT:  It depends on cross examination; I know
3  that.

4           MR. KROMBERG:  Right.

5           THE COURT:  All right.

6           MR. KROMBERG:  But it's possible.

7           THE COURT:  But certainly it sounds as though you will
8  definitely be finishing on Monday.

9           MR. KROMBERG:  I expect that that would be the case,
10  that we wouldn't go past Monday.

11           THE COURT:  All right.  And again, Mr. MacMahon, I'm not
12  trying to lock you in in any respect, but can you give me an
13  estimate as to how long you think the defense case may take?

14           MR. MAC MAHON:  We obviously have some decisions to
15  make, but I would imagine two or three days.

16           THE COURT:  All right.  Because we've moved so well and
17  I know that I keep a fairly intense pace, next Friday I'm not yet
18  sure whether we will conduct trial or not.  Clearly, in the
19  morning, we will not because I've got a docket.  It is possible we
20  may have a four-hour afternoon session that Friday, all right?
21  But for planning purposes, I just wanted to give you a heads up
22  about that.

23           All right, let's bring the jury in then.

24                    (Jury present.)

25           THE COURT:  Ladies and Gentlemen, you're not wedded to

**J.A. 663**

519

1  the same seat.  If you want to move around, it's fine.

2              A JUROR:  Creatures of habit.

3              A JUROR:  I've adjusted the seat so that I don't fall
4  over backwards.

5              THE COURT:  Whatever makes you-all comfortable.  Thank
6  you.

7              All right, I think everybody is here now.  Juror No.
8  89 -- you-all have a seat, please -- thank you very much for your
9  note.  I'm advised by both sets of attorneys that the person whom
10 you know as Siraj Faraz is not the same person who was referred
11 to.  Again, I want to thank you for the careful attention you're
12 paying.  That kind of a note shows us that the jury is really
13 listening carefully.  But there is no problem.  But thank you.

14             THE JUROR:  You're welcome.

15             THE COURT:  And that's exactly the kind of thing to
16 bring to our attention.  If during the course of the trial, Ladies
17 and Gentlemen, somebody's name gets mentioned or something gets
18 mentioned that you think you might know something about, just
19 write us a note so that we can make sure there isn't any problem,
20 all right?

21             But we are ready to go on.  Now, sometimes because of
22 scheduling purposes, the order of witnesses has to be rearranged,
23 and there's a witness whom the government needs to call now, so
24 we're not going to continue at the moment with Mr. Kwon's
25 testimony.  We're shifting to someone named Mr. Kohlmann, and then

**J.A. 664**

# Kohlmann - direct

1  when his testimony is finished, we will go back and continue the

2  direct examination of Mr. Kwon.  So I wanted you to know that's

3  why that's happening.

4          All right, Mr. Kromberg?

5          MR. KROMBERG:  Thank you, Your Honor.  The government

6  calls Evan Kohlmann.

7      EVAN FRANCOIS KOHLMANN, GOVERNMENT'S WITNESS, AFFIRMED

8                       DIRECT EXAMINATION

9  BY MR. KROMBERG:

10 Q.  Good morning, Mr. Kohlmann.  Can you please state your full

11 name and spell your last name for the record?

12 A.  My name is Evan Kohlmann, E-v-a-n K-o-h-l-m-a-n-n.

13 Q.  Mr. Kohlmann, how are you employed?

14 A.  I'm employed as an international terrorism consultant.  I

15 work as an NBC terrorism analyst, and I also work as a, as a

16 consultant for various law enforcement and government agencies

17 involved in the war on terrorism.

18 Q.  What is your educational background?

19 A.  I have a B.S.F.S., a Bachelor in Foreign Service from the

20 Georgetown University's Edmund A. Walsh School of Foreign Service,

21 and I have a J.D. from the University of Pennsylvania Law School.

22 Q.  What was your major in college?

23 A.  I had a major of my own creation.  It was a focus on

24 international politics, with a specialty in Middle East dissident

25 groups, particularly the Arab Afghans.

**Kohlmann - direct**

1  Q.    What are the -- well, we'll get to what are the Arab Afghans.

2          Did you have a minor?

3  A.    Yeah, I had a minor in Islam and Muslim-Christian

4  understanding.

5  Q.    Was there a center at Georgetown involving Muslim-Christian

6  understanding studies?

7  A.    Yeah.  As part of my minor, I actually got -- I received a

8  certificate from the Center for Muslim-Christian Understanding.

9  It's a center established at Georgetown University run by Dr. John

10 Esposito and several other faculty members which is kind of

11 dedicated to improving relations between the Christian and Islamic

12 world.

13 Q.    What was your -- did you have to write a thesis?

14 A.    Yeah.  Actually, I wrote several research theses and also a

15 final honors thesis at Georgetown.  I wrote -- for my certificate

16 degree, I wrote a paper on Afghan religious development in the

17 early 20th Century.  For my honors thesis, I wrote a paper about

18 the -- a lengthy thesis actually about the development of the Arab

19 Afghan movement, how it had managed to infiltrate various

20 countries in the Middle East, and how it had coordinated itself

21 from inside of Afghanistan.

22 Q.    What is the Center for Contemporary Arab Studies?

23 A.    That was one of the major focuses of my studies at

24 Georgetown.  Many of the classes I took were at the CCAS, the

25 Center for Contemporary Arab Studies, and I also served as a

# Kohlmann - direct

1  research assistant for a professor at the Center for Contemporary
2  Arab Studies, Dr. Mamoun Fandy.
3  Q.   Who is he?
4  A.   He's an Egyptian American professor who specializes in Middle
5  Eastern dissident groups, particularly those in North Africa and
6  the Gulf.
7  Q.   What classes did you take with him?
8  A.   I took numerous classes.  I took classes on particularly
9  Islamic dissident movements in the Middle East in general and also
10 the politics of the Arabian Gulf.
11 Q.   Now, when you mentioned your theses, was "The Legacy of the
12 Arab-Afghans:  A Case Study," one of those theses?
13 A.   That's correct, yeah.  What I did is I took several countries
14 where Arab Afghan veterans had settled after fighting in
15 Afghanistan, particularly Algeria, Egypt, Saudi Arabia, and the
16 Caucuses, and I analyzed in various places how the Arab Afghans
17 had managed to infiltrate there, what they had done, whether they
18 had been successful or not, and why or why not they had been
19 successful.
20 Q.   What honors, if any, did you receive as a result of your
21 scholarship?
22 A.   I received honors in international politics as a result of my
23 thesis, and I was also nominated subsequently for a Rhodes
24 Scholarship.
25 Q.   Did not get that?

# Kohlmann - direct

1  A.    No.

2  Q.    At Georgetown when you were there, how many other students

3  were concentrating on, on studying Afghanistan?

4  A.    I was the only one.

5  Q.    What, what kind of department -- that's a bad question,

6  excuse me.

7         Why was it that, that Georgetown University, there was

8  nobody studying Afghanistan at the time?

9         MR. MAC MAHON:  Objection to the relevance of that, Your

10 Honor.

11        THE COURT:  I'm sustaining that objection.

12 BY MR. KROMBERG:

13 Q.    Which of your -- which of your professors had published on

14 Afghanistan?

15        MR. MAC MAHON:  Same objection as to that, Your Honor.

16 It doesn't go to his credibility or his credentials.

17        THE COURT:  Well, Mr. MacMahon, are you challenging

18 Mr. Kohlmann as an expert witness?

19        MR. MAC MAHON:  Not on the -- not pursuant to the

20 Court's ruling of a while ago.

21        THE COURT:  All right.

22        MR. MAC MAHON:  If this is limited to that, I have no

23 objection to that.

24        THE COURT:  Mr. Kromberg, why don't you just go ahead

25 and tender Mr. Kohlmann as an expert in the areas that you want

# Kohlmann - direct

1   him to be an expert in.

2         MR. KROMBERG:  Okay.  Thank you, Your Honor.

3         THE COURT:  And, Ladies and Gentlemen, the reason we're

4   going through this is normally witnesses cannot testify to their

5   opinions.  We make an exception in the law if somebody is deemed

6   to be an expert, and people can become experts either through

7   education, training, just experience in a particular area, and if

8   somebody has developed expertise in a particular area where we

9   think it might be of use to the jury, we allow that person if he's

10  qualified to testify as an expert witness, which means the person

11  may be able to give opinions about matters.

12        You should understand, however, that you are the

13  ultimate fact-finders, and it is perfectly appropriate for a jury

14  to reject any or a portion or none of an expert witness's

15  testimony.  In other words, you evaluate it on its own merits, and

16  you don't have to accept any of it, or you can accept part of it,

17  or you can accept all of it.  That's up to you.  All right?

18        Go ahead.

19        MR. KROMBERG:  Thank you, Your Honor.  So at this time,

20  the government proffers Mr. Kohlmann as an expert on the origin of

21  the Arab Afghans, Al-Qaeda, Lashkar-e-Taiba; the relationship

22  between jihad fighters in Bosnia, Pakistan, Afghanistan; and the

23  connections between Lashkar-e-Taiba, the Taliban, and Al-Qaeda;

24  and also as an expert in doing Internet research in tracking

25  Islamic terrorist groups.

# Kohlmann - direct

1          THE COURT:  All right.  Mr. MacMahon, the Court will
2   accept him as an expert in those fields unless you have a strong
3   argument against that other than what I've already heard.

4          MR. MAC MAHON:  No, just --

5          THE COURT:  All right.  Then I've overruled the previous
6   objections, and the witness will be permitted to testify as an
7   expert in those particular fields.

8          MR. KROMBERG:  Thank you, Your Honor.

9   Q.  Mr. Kohlmann, what is the Taliban?

10  A.   The Taliban, it actually means students.  The word means
11  students.  It's a group of Deobandi, followers of Deobandism.
12  It's a form of Islam in northern Pakistan, in India, and now in
13  Afghanistan.

14         It was a group of mainly those who had become refugees
15  from Afghanistan as a result of the Soviet-Afghan war of the
16  1980s, many of whom became students, taliban, at various madrassas
17  along the Afghan-Pakistani border.  Madrassas are religious
18  schools, Suni Muslim religious schools.

19         At many of those schools, those Taliban, these students
20  were recruited as an army to take back Afghanistan in the name of
21  Islam, primarily in the name of those who ran the madrassas along
22  the Pakistani-Afghan border.

23         The Taliban, the group of students who took over
24  Afghanistan, were known for a rather strict version of Islam, no
25  television.  They were known for erasing symbols of what they

# Kohlmann - direct

1  called an idolatrous history.  For instance, they destroyed the
2  Bamiyan statues of Buddhas because they considered them heretical
3  depictions of an idolatrous faith.

4          They also killed members of different religious and
5  ethnic groups in Afghanistan that they saw as opposed to them.
6  There was ethnic cleansing that took place in western Afghanistan,
7  particularly in the area of Herat, where the Taliban found
8  Shiites, and according to the Taliban's rule of Islam, Shiites,
9  Hindus, Jews, pretty much anyone who's not a strict fundamentalist
10 Suni Muslim can be considered the enemy.

11 Q.   Well, let me go back.  There was a lot in there.  What's a
12 Deobandi?  You mentioned --

13 A.   Deobandi is, it's a form of Islam.  I believe it actually
14 originally comes from India.  It didn't originally start, I
15 believe, exactly as the Taliban created it, but it transformed, it
16 morphed as it became taught at these madrassas along the
17 Afghan-Pakistani border, and it began to take on a particularly
18 political element to it, particularly again in the form that it
19 was taught to the Taliban.

20          These men were instructed that it was their religious
21 duty to defeat those who had taken control of Afghanistan and
22 reestablish a greater rule of Islam not just in Afghanistan but
23 all over the greater region of Asia, the Middle East, and beyond.

24 Q.   When you mention the madrassas, the madrassas were schools?

25 A.   Yes.

# Kohlmann - direct

1  Q.   Who funded the madrassas?

2  A.   The schools were funded by a number of sources.  However, one

3  of the prominent sources were wealthy donors in the Arabian Gulf.

4  Q.   Now, what time frame was the -- can you explain when the

5  Taliban started and when it was in control of particular parts of

6  Afghanistan and when it no longer was in control?

7  A.   The movement itself had begun in the madrassas, I would say,

8  probably already by the early 1990s.  However, the Taliban as a

9  movement particularly in terms of how it controlled Afghanistan,

10  it didn't get started until about 1995.  Initially, it started

11  with cross-border raids, where the Taliban would at the behest of

12  whoever had asked them, would cross over the border and would take

13  control of various Afghan villages and Afghan towns.

14  Q.   Let me stop you, and let me ask you to slow down a bit.

15  A.   Yeah.

16  Q.   The students, the Taliban were where at this point?

17  A.   They were inside of Pakistan.  They crossed over the border,

18  and they began taking control of southeastern Afghanistan, which

19  is very close along the border with Pakistan.

20       Initially, these were just forays.  The Taliban moved

21  into places like Kandahar, but when they discovered that it was so

22  easy for them to take control because the country was so weak

23  after two decades of war, they began to progressively move forward

24  and recruit more followers, and within just about two years, the

25  Taliban controlled nearly 90 percent of Afghanistan.

1   Q.   Well, let's go back.  I'd ask you to be a little more basic
2   and talk, if you could, talk about the 20 years of war.  What has
3   been the modern political history of Afghanistan, say, starting
4   from the 1960s?

5   A.   During the 1960s and 1970s, the Afghan state was torn apart
6   by internal civil strife between radical Marxists and radical
7   Islamists on, on each side of the fence.  The radical Marxists
8   backed by the Soviet Union eventually took control of Afghanistan
9   with the help of the Soviet Army.

10          In about 1979, when the Soviets invaded, the response
11  was a group of Afghan Islamists got together and formed the
12  Islamic Unity of Afghan Mujahideen.  "Mujahideen" means literally
13  holy warriors.  These men were dedicated to forming a guerilla war
14  in order to unseat Soviet control in Afghanistan, in order to
15  depose Afghan Communist rule, and eventually in order to establish
16  an Islamic government in Kabul.

17          These men were very far from united in most cases.  They
18  each had their own particular ethnic and religious interests, and
19  Afghan politics tends to be sometimes self-serving, especially in
20  the modern context, and thus, while these men technically were
21  part of a union, many times they were fighting against each other
22  just as often as they were fighting with the Soviets.

23          These men also were aided by other foreign fighters
24  especially in the period from 1985 to 1989, where hundreds and
25  perhaps thousands of Saudis, Yemenis, Egyptians, and others came

# Kohlmann - direct

1  to Afghanistan, joined the Afghan mujahideen units in hopes of
2  seeking training.  It was at this point that the Afghan war
3  devolved into something larger.
4       When the Soviets withdrew in 1988 --
5  Q.  Well, slow down.
6  A.  Yeah.
7  Q.  The Afghan war changed.  How did the -- what did it used to
8  be?
9  A.  It was -- again, it was initially, you know, the anti-Soviet
10 jihad, the anti-Soviet Holy War.  It was a place where Afghans and
11 other Muslims could come fight the Soviet Union.  However, of
12 course, in 1989, the Soviet Union withdrew from Afghanistan.
13 Q.  Well, before you even get to 1989, what part did the United
14 States have before 1989 in that Afghan -- in the Soviet war in
15 Afghanistan?
16 A.  Between 1979 and 1989 approximately, the U.S. contributed
17 millions upon millions of dollars to the Afghan Resistance, and
18 also, they also covertly supported both the Afghan mujahideen
19 units and it's also accused that they were guilty of supporting
20 Arab mujahideen units as well.
21 Q.  Okay.  Now, so then in 1989, the Soviets withdrew?
22 A.  (Nodding head.)
23 Q.  You have to actually say something.
24 A.  Yeah, I'm sorry.  In 1989, the Soviets withdrew, and at that
25 point, the U.S. withdrew its support for the mujahideen because at

## Kohlmann - direct

1  that point, it was perceived that there was no longer an American
2  role in Afghanistan.
3  Q.   So in 1989, who was left in control when the Soviets withdrew
4  its military?
5  A.   The former head of the Afghan version of the KGB, a fellow
6  named Najibullah took over control of the Afghan government in
7  Kabul.  He renamed himself, so technically he no longer considered
8  himself a Communist but a Nationalist, but for most others in
9  Afghanistan, he was still considered a Communist.

10         Large areas, though, outside of Kabul were already by
11  then in full control of Afghan mujahideen factions, who were not
12  always again in agreement with each other and were fighting with
13  each other over territory.  As a result, even though Najibullah no
14  longer had the support of the Soviet Army, it took several years
15  before the Afghan mujahideen factions could desist from fighting
16  with each other and come together to eventually depose Najibullah.
17  Q.   Even after the Soviet Union withdrew its army in 1989,
18  Najibullah was still getting Soviet support, correct?
19  A.   Yeah, yeah.  Tacit support, yeah.
20  Q.   Financial support?
21  A.   Financial but not military.
22  Q.   Okay.  So how long did Najibullah last without Soviet
23  military support?
24  A.   Several years.  I mean, he was there until, I believe, 1993,
25  but he was -- again, he was there for quite a bit.  He was

**J.A. 675**

## Kohlmann - direct

1  actually something of a fly in the ointment for a lot of these
2  Afghan mujahideen factions because they could not understand why,
3  you know, they had successfully fought the Soviets for so long,
4  and yet once the Soviets had left, they couldn't agree on
5  anything. In fact, what they -- the only thing they could agree
6  on was that they didn't want each other to be in control.

7           They fought over territory. They fought over money.
8  They fought over weapons. They fought over just about everything,
9  and it created an extremely dangerous situation for everyone, even
10 those that were part of the jihad inside of Afghanistan.

11 Q.   So when -- so you're now talking up 'til 1993 or so, when
12 Najibullah falls. What happens when he falls? Who takes control?
13 A.   At that point, there is a coalition Afghan mujahideen
14 government that's established. I believe Ahmad Shah Massaud, who
15 was one of the --
16 Q.   Slow down and spell it.
17 A.   No problem. A-h-m-a-d S-h-a-h M-a-s-s-o-u-d, Ahmad Shah
18 Massaud, also known as the Lion of the Panjshir, someone who
19 received quite a bit of support during the Soviet-Afghan war, was
20 generally considered to be relatively pro-Western, was appointed
21 as the defense minister, and --
22 Q.   Well, let me slow you down there. So the Lion of Panjshir,
23 Shah Massaud, why was he called the Lion of Panjshir?
24 A.   He was known as the Lion of the Panjshir because northeast of
25 Kabul, there is an area called the Panjshir Valley. It's an area

**J.A. 676**

# Kohlmann - direct

1  that has become something of lore in Afghan mujahideen legion
2  because Ahmad Shah Massaud, an ethnic Tajik, was able to hold out
3  in this valley with just several hundred of his men against a
4  combined Soviet force of thousands of troops, aircraft, tanks.

5        In numerous times actually, the Russians, I believe,
6  tried evacuating him from there on five separate occasions, all of
7  which failed.  Every single time, Massaud was able to turn the
8  Russians back, and eventually, they were forced to broker a
9  negotiated peace with him, in fact, bribe him in order to get him
10 to stop attacking them.

11       His success was --
12 Q.   Hold on just a second.  I'm going to try to put a map up on
13 the screen, and if you can point out what you're talking about?
14 A.   Sure.
15 Q.   Are you able to use that -- can you enlarge the Afghanistan
16 area, please, Joel?

17       Now, when you talk about Panjshir, if you can -- I think
18 if you circle it on the screen with your hand, it will create a
19 circle on the map.
20 A.   On this map, the easiest way to go by is if you see right
21 northeast of Kabul, there's a town called Charikar, right here.
22 The area that I've circled is roughly the Panjshir.  It's slightly
23 maybe a little northeast of where I've drawn it, but Charikar is
24 really the, I guess you'd call it the entry point to the Panjshir.
25       From there you head northeast, and it follows all the

# Kohlmann - direct

1  way almost into Tajikistan, which is up here.

2         MR. KROMBERG:  Okay.  Could we make the map -- take a

3  zoom-out, please.

4         THE WITNESS:  Right.  Tajikistan would be right up here.

5  BY MR. KROMBERG:

6  Q.   Now, is it correct, Mr. Kohlmann, that during the

7  Soviet-Afghan war, Tajikistan, Uzbekistan -- oops, whatever

8  happened there -- Turkmenistan, Uzbekistan -- I guess whenever I

9  hit "Uzbekistan," a menu comes up.

10        Anyway, those were all part of the Soviet Union?

11 A.   That's correct.  Those were all ex-Soviet Republics.

12 Q.   Okay.  And what I'm circling here, what's that called?

13 A.   It's called the Wakhan Corridor.  It's a narrow area of

14 Afghanistan that was designed to provide a buffer zone between the

15 Soviet Union and Pakistan.

16 Q.   Okay.  Now, we were talking about Shah Massaud, and he became

17 the defense minister?

18 A.   That's correct, yes.

19 Q.   Okay.  This was 1993, you said?

20 A.   Approximately 1993.

21 Q.   Okay.  Then what happened then?

22 A.   Well, one of his competitors, one of those that was also

23 given a position in the government, Gulbuddin Hekmatyar, another

24 Afghan mujahideen warlord -- Hekmatyar is spelled

25 H-e-k-m-a-t-y-a-r, Gulbuddin, G-u-l-b-u-d-d-i-n.

## Kohlmann - direct

1    Hekmatyar, Massaud, and several other of the mujahideen
2  commanders eventually decided that they could not live together in
3  peace, and they began fighting for control not just of the Afghan
4  government but also of particular areas in Afghanistan centering
5  around the capital, Kabul.

6    For the next several years, Ahmad Shah Massaud's forces,
7  those of Gulbuddin Hekmatyar, and those of the Shiite
8  Hezb-e-Wahdat Party -- it's H-e-z-b-dash-e-dash-W-a-h-d-a-t --
9  fought for control of Kabul, but their philosophy was one of which
10 if we can't have it, nobody can.  So the attacks were mainly
11 rocket attacks that ended up destroying much of the city.
12 Q.    And what's, what's the time frame we're talking about?
13 A.    We're talking about here between the years of approximately
14 1993 and 1995.
15 Q.    Did that -- so what happened to change that?
16 A.    Well, eventually the only thing that really changed the
17 prevailing situation was the entry of the Taliban into
18 Afghanistan.  At that point --
19 Q.    Let me stop you a second.
20 A.    Yeah.
21 Q.    You had mentioned Hekmatyar.  Can you circle on the map where
22 his base was?
23 A.    Well, Hekmatyar actually is originally from, I believe,
24 Konduz Province ethnicly, which is right up here.
25 Q.    Never mind.  Let's see, how did that happen?  All right.

**J.A. 679**

## Kohlmann - direct

1  A.    That's where he's from ethnicly.  However, because of the
2  fact that these were the areas that were largely in control of the
3  Soviet Army and Afghan Communist forces, his predominant forces at
4  that point, I believe, were located right to the southeast here of
5  Kabul, in between Kabul and Jalalabad.
6  Q.    And where was Shah Massaud's forces?
7  A.    They were located to the north-northeast of Hekmatyar's
8  forces, and then Hezb-e-Wahdat, the Shiites, were located in
9  western Kabul, over here.  So what you have almost is you have a
10 triangular power relationship, where each one of these forces are
11 fighting from a different side of the city for control.
12 Q.    And then where were the Taliban physically located at this
13 point?
14 A.    Well, again, in about 1993, most of the Taliban were still in
15 Pakistan, along the Afghan-Pakistani border here, particularly in
16 places like Quetta and Peshawar, which is up here.
17 Q.    Okay.  Would you circle Peshawar?
18 A.    Peshawar is right here, and Quetta is down right here.  This
19 area is the area of dominance of the Pashtuns in Afghanistan.  The
20 Pashtuns are, I guess you'd call it, one of the dominant Suni
21 tribes.
22 Q.    Okay.  We were talking how the situation of the triangular
23 power relationship changed with the entry of the Taliban.  If you
24 could continue?
25 A.    Right.  Well, initially, as I explained before, Taliban

## Kohlmann - direct

1   forces began crossing over into the areas of Kandahar, which is
2   down here, and a little bit farther north near Khost, which is
3   right up here.  Essentially, over the next approximately three
4   years, the Taliban gradually moved to the north and to the west
5   from these locations.

6            Eventually, within a very short time, Hekmatyar,
7   Massaud, and other commanders began to realize that the Taliban
8   were a real threat to their control.  Even though many of the
9   Taliban leaders actually had experience fighting in the
10  Soviet-Afghan war and had fought along with these same mujahideen
11  commanders, including Mullah Mohammad Omar, the leader of the
12  Taliban who had been blinded fighting during the anti-Soviet
13  jihad, these men now regarded their former mujahideen allies as
14  the enemy.  They saw these men as un-Islamic.  They pointed to
15  incidences of rape, of theft, of warlordism, and they essentially
16  said not only are these men evil, but they're un-Islamic, and
17  that's really the basis for why they should be destroyed, not just
18  driven out, but destroyed.
19  Q.   So how did the -- what was the progression of the Taliban's
20  taking power in Afghanistan?
21  A.   By about 1996, they were in the outskirts of Kabul.  By
22  mid-1996 or '97, they had already taken control of Kabul and had
23  control basically with some pockets here in western Afghanistan
24  outside of their control and some pockets outside of northern
25  Afghanistan, but approximately this area here and this area and

# Kohlmann - direct

1  this area were firmly in their control.

2  Q.   And what time period was that?

3  A.   This is about, until about 1997 we're talking about here.

4  The Taliban --

5  Q.   If I can just stop you for a second?

6  A.   Yes.

7  Q.   Let's try that now.

8  A.   Sure, no problem.

9  Q.   Maybe you won't get the menu when you talk about -- when you

10  point at northern Afghanistan.

11  A.   In 1996, we're talking about, about to here.  By 1997 and

12  1998, the Taliban moved farther north into Herat, here in the

13  west, the Shiite zone, and also up here in the north,

14  Mazar-e-Sharif, a town that was for a long time considered a base

15  of operations for the anti-Taliban movement.

16       When that -- when those two areas were conquered, it

17  really only left a very small area of Afghanistan that was no

18  longer in the control of the Taliban, which is this area right up

19  here and a small area along the border here.

20  Q.   Well, let me stop you.  The way you've drawn it, it looks

21  like Kabul is --

22  A.   I'm sorry, I drew that line a little too deep.  It's actually

23  very close.  It's amazing that -- this area, because we're talking

24  about the Panjshir Valley, this is Ahmad Shah Massaud's stomping

25  ground for lack of a better term.  The Taliban were -- did not

## Kohlmann - direct

1  have any more success than the Soviet Union did in terms of
2  evicting him from this area, so while they were able to take
3  control, as you see, of virtually all of Afghanistan, they were
4  able -- they were not able, rather, to take control of areas even
5  very close to Kabul farther to the northeast towards Tajikistan.
6  Q.   Were there ethnic issues involved in the breakdown of the way
7  the forces worked?
8  A.   Yeah, that was one of the biggest issues that came as a
9  result of the Afghan jihad.  Many of the anti-Soviet Afghan
10 commanders, those that first led the anti-Soviet jihad and then
11 later led the anti-Taliban campaign, one of the biggest issues
12 dividing them was actually religion and ethnicity.
13      Ahmad Shah Massaud was a Tajik, ethnic Tajik, from, you
14 know, technically Tajikistan, but he's from Afghanistan.  In the
15 west, you had other commanders that were Uzbeks and that were
16 Turkmen.  Those groups in Afghanistan see themselves as
17 competitors for power.
18 Q.   And if I could stop you, what about the Shiites?
19 A.   Well, the Shiites again are predominant in western
20 Afghanistan, but again, you have areas of Shiites even here to the
21 west of Kabul.
22 Q.   Let me stop you.
23 A.   Yeah.
24 Q.   Where I'm drawing a line, that's Iran there, correct?
25 A.   That's correct, yes.

**J.A. 683**

## Kohlmann - direct

1  Q.    And that's predominantly Shiite?

2  A.    Yeah.  The Afghan Shiites generally see themselves as on the

3  weak end of the stick.  Even though Iran is next door, they

4  perceive themselves as being a persecuted minority in many cases,

5  and thus, they are, I would say, reticent to allow any Suni force

6  to have dominion over them, whether it's Tajik, Uzbek, or Pashtu.

7  Q.    What impact did Afghanistan's geographic location between

8  Iran, Pakistan, the Soviet Union, and China have on the course of

9  the Afghan war?

10  A.    I mean, I would certainly say it prolonged it.  Iran directly

11  contributed to help the mujahideen in Afghanistan.  So did

12  Pakistan.

13        The Soviet Union on the other hand was contributing to

14  the anti-mujahideen movement.  When the Soviets withdrew and the

15  mujahideen movement became the anti-Taliban movement, Russia,

16  India, Iran, and many other states were contributing to Ahmad Shah

17  Massaud and the other anti-Taliban commanders in order to offset

18  the influence of the Taliban and the Pashtus farther south.

19  Q.    Who -- what foreigners were involved -- what non-Afghanis

20  were involved in the, in the war after the Russians left?

21  A.    After the Russians left, approximately, say, 50,000 foreign

22  nationals between the years of 1989 and 1999 traveled to

23  Afghanistan seeking training.  These individuals came from across

24  the world, actually from a very diverse range of countries,

25  predominantly the Middle East.

## Kohlmann - direct

1    There were something like 25,000 Saudis that went.
2  There were several thousand Yemenis, Jordanians, Iraqis, you name
3  it, pretty much everywhere, north Africans.  But really you had
4  volunteers from all over the world.  You had volunteers from
5  Europe, you even had volunteers from the United States that would
6  go to Afghanistan here and that would visit supposedly
7  decommissioned training camps, mujahideen military training camps
8  that were positioned along the border between Afghanistan and
9  Pakistan in order to seek training.

10    Though the war technically -- at least the war against
11  the Soviets was technically over, these camps were still training
12  individuals primarily for combat purposes either in areas such as
13  Tajikistan against the Northern Alliance, the anti-Taliban
14  Alliance in northern Afghanistan, in Chechnya, in Bosnia, in
15  Kashmir, in the Philippines, in various other locations.  They
16  were essentially using this as an incubator for, for a mobile
17  military force.

18  Q.  What is the term -- you've written a book about the Arab
19  Afghans?

20  A.  That's correct.

21  Q.  Did you bring a copy of that book today?

22  A.  I actually did not, sorry.

23  Q.  Okay.  What do you mean when you use the term "Arab Afghans"?

24  A.  "Arab Afghans" is the term that has come to refer to those
25  who went to Afghanistan to, quote-unquote, to join the Afghan

# Kohlmann - direct

1  mujahideen but who really went there to seek training at Arab-run

2  jihad camps is the best way to put them, terrorist training camps

3  such at al Farooq, such as Durunta, Khalden --

4  Q.    Slow down.

5  A.    Yeah.

6  Q.    Got to spell these.

7  A.    Durunta, D-u-r-u-n-t-a; Khalden, K-h-a-l-d-e-n; al Farooq,

8  a-l F-a-r-o-o-q; Jihad Wal, J-i-h-a-d W-a-l.

9         These camps were set up initially by Afghans; however,

10 they were taken over by Arab mujahideen commanders such as Usama

11 Bin Laden, who were using them in order to recruit followers,

12 supporters, and train those that even though they may disagree

13 with Bin Laden or had ideological disagreements or whatnot, that

14 they could go forth and use this training elsewhere.

15 Q.    When did the Arab Afghans arrive in Afghanistan?

16 A.    The first group of Arab Afghans arrived in 1985.  In 1985,

17 there was really only a group of 32 individuals.  At that time, it

18 was really, it was the elite.  It was the founders of Al-Qaeda

19 really.

20        By 1988, already you had several hundred volunteers.

21 The reason that the numbers increased so much between those years

22 was that it was at that point in approximately 1985 that the --

23 that certain Afghan mujahideen leaders, in cooperation with men

24 like Sheikh Abdullah Azzam and Usama Bin Laden, two of the

25 founders of Al-Qaeda, decided that there should be a more vigorous

# Kohlmann - direct

1   effort to recruit foreigners in order to participate in the Afghan
2   war.
3   Q.    You mentioned Azzam.  We've heard about an Azzam website.
4   Who is Azzam?
5   A.    Sheikh Dr. Abdullah Azzam is -- was a Palestinian cleric born
6   in the Palestinian territories back in the late 1940s.  He
7   initially had joined what he -- they were called mujahideen units
8   in Jordan fighting against the Israeli occupation of Palestine.
9   However, he became disillusioned with those units because he
10  didn't feel that they were Islamic enough.  Shortly thereafter, he
11  went to Saudi Arabia, where he began teaching about the concepts
12  of jihad and martyrdom inside Saudi.

13          Shortly thereafter, when the Afghan war began in 1979,
14  almost immediately, Dr. Abdullah Azzam left Saudi Arabia and went
15  to Peshawar, Pakistan, where he announced that he was going to
16  dedicate himself to be a coordinator and leader of the mujahideen
17  movement.

18          In the end, if you read Azzam's writings, what becomes
19  clear is that Azzam saw Afghanistan as basically a trial by fire.
20  This is an opportunity in his, in his mind to take over -- to take
21  back the Islamic world, that they would use this as a base from
22  which to recruit Afghans and non-Afghans to fight for an Islamic
23  Caliphate, an Islamic Empire.

24          The idea was, as was said by Azzam's lieutenant when he
25  came here to the United States in the late '80s, was to travel

# Kohlmann - direct

1  north from Afghanistan beyond the borders, into the ex-Soviet
2  republics, down into the Caucuses, down into the Middle East, and
3  eventually to reach Jerusalem and to reach Europe and to take back
4  historically Muslim lands that were no longer under Muslim
5  control.
6  Q.   You mentioned to use Afghanistan as the base.  Is there an
7  organization that uses the term "the base"?
8  A.   Yeah.
9  Q.   What is that?
10  A.   That's actually -- Abdullah Azzam was the one that created
11  this idea.  In April 1988, in a magazine called Al-Jihad, Abdullah
12  Azzam wrote an article titled "Al-Qaeda," or the solid base or the
13  solid foundation, and this is really, I guess you'd call it, the
14  founding treatise to the organization Al-Qaeda.
15        The idea was as he wrote it that the Muslim world had
16  fallen under shadow, had fallen under the control of infidels, and
17  that the way to take back the control was by organizing a small
18  kind of Leninist-style elite group of leaders who were willing to
19  sacrifice everything for the cause and that would lead the Muslim
20  Ummah, the Muslim nation forward by force, very much the way that
21  Lenin did it in Russia.
22        The idea is that you rely on this elite group of people
23  alone, and from this base comes the eventual Islamic Empire.  It
24  sprouts kind of like a flower.
25  Q.   What was Bin Laden's relationship to Azzam?

## Kohlmann - direct

1   A.    Bin Laden was -- I guess you'd say Azzam was Bin Laden's
2   first ideological mentor.  Azzam was the spiritual, political, and
3   everything leader to the mujahideen.  Everyone in Afghanistan
4   pretty much, whether they were Afghan or non-Afghan, recognized
5   the influence and charisma and power of Sheikh Abdullah Azzam.  He
6   was the de facto force behind the mujahideen, and he was the one
7   that was largely in control of the money for the mujahideen.

8           As a result, Usama Bin Laden, who was a wealthy donor
9   and a big proponent of the mujahideen, quickly became close
10  friends, and the two of them co-founded Al-Qaeda together in 1988.
11  Q.    What happened to Azzam?
12  A.    Azzam was killed a year later in a bomb explosion.  Although
13  the bombing was initially blamed by some of their associates on
14  the KGB and the CIA, further analysis reveals that the likely
15  culprits were Egyptian radicals who were opposed to Dr. Azzam,
16  felt that he was not radical enough, and wanted the money that he
17  was in control of.
18  Q.    You've mentioned the Caliphate.  Can you describe the
19  relationship of the concept of the Caliphate to the Taliban and
20  Afghanistan?
21  A.    The Caliphate, the term "Caliphate" refers to an Islamic
22  Empire.  In history, of course, for a long period of history, an
23  Islamic Empire in one form or another stretched across Asia, the
24  Middle East, and north Africa.  The Caliphate for all intents and
25  purposes ended with the fall of the Ottoman Empire during the

**Kohlmann - direct**

1   first World War.

2          With the fall of the Caliphate -- the Caliph, by the

3   way, is the leader of the Caliphate, the emperor for all intents

4   and purposes.

5   Q.   Is there another word in -- how is that referred to in

6   Arabic?

7   A.   In Arabic?  Calipha.  Calipha.

8          But essentially what happened was is that ever since --

9   Q.   I'm sorry for interrupting.

10  A.   Yeah.

11  Q.   What about the term "Leader of the Belivers," "Amir of the

12  Believers"?

13  A.   Amir Al-Mumineen.  Amir Al-Mumineen is a term that refers --

14  that can be bestoyed upon someone that means Commander of the

15  Faithful.

16  Q.   Is that related to the Caliphate?

17  A.   Yeah.  The idea would be that if you appoint someone as the

18  Amir Al-Mumineen in a time when there is no Caliphate, that person

19  is the obvious choice to lead the Muslim Ummah forward to

20  reestablish that Caliphate.

21  Q.   Okay.  I'm sorry for interrupting.  You were talking about

22  the Caliphate.

23  A.   Yeah.  So the Caliphate, again, it fell approximately at the

24  end of the Ottoman Empire; at least that's how it's penned by

25  those who would like to revive it.  So there were many of those in

**J.A. 690**

## Kohlmann - direct

1  the late 20th Century, many Muslim leaders who looked back and
2  wanted to reestablish that empire, wanted to reestablish a Muslim
3  government dominant over certain areas of the Middle East, Asia,
4  and elsewhere.

5  Q.    Well, what is the significance of the Caliphate when there
6  are governments in Muslim countries like Egypt and Saudi Arabia
7  and Jordan and Tunesia and Morocco and Algeria and Libya, what
8  significance does the Caliphate have when there are governments in
9  Muslim countries now?

10  A.    Well, the problem being is that these governments are not
11  considered Islamic governments by those that want to reestablish
12  the Caliphate.  The only thing that even came close, there were
13  two examples during the early 1990s, some of those that -- the
14  proponents of the Caliphate thought that perhaps Sudan or Iran
15  would be the bases of the Caliphate, the problem being, of course,
16  that Iran is Shiite, and for radical Sunis, particularly Salafis,
17  the idea of Shiites being in charge of the Caliphate is not
18  something that would be generally accepted.

19        The other option was the Sudan, where in the early
20  1990s, a radical Islamic regime had taken control.  However, by
21  1996, that regime had been discredited in many of the eyes of the
22  supporters of the Caliphate for numerous reasons but one of them
23  being the fact that they had evicted the Arab Afghans and Usama
24  Bin Laden in 1996.

25  Q.    Why did Sudan evict the Arab Afghans and Bin Laden in 1996?

**J.A. 691**

## Kohlmann - direct                                     547

1  A.    The main reason was a mock trial that took place.    The
2  Egyptian Islamic jihad caught a young boy, a young Sudanese boy
3  who they accused of being a spy for the Egyptian Intelligence
4  Services, and most likely he probably was, but that being said,
5  the Egyptian Islamic jihad proceeded to hold a trial and an
6  execution outside of the laws of the Sudan, outside of the courts
7  of Sudan.
8          When Hassan Al-Turabi and other Sudanese leaders found
9  out --
10 Q.    Slow down.
11 A.    Yeah.
12 Q.    Spell "Hassan Al-Turabi."
13 A.    Sorry.    Hassan Al-Turabi, H-a-s-s-a-n A-l-dash-T-u-r-a-b-i.
14          When Hassan Al-Turabi and other Sudanese leaders found
15 out what had happened, as much as they in some sense admired Bin
16 Laden, a number of frustrations that had been boiling reached the
17 boiling point, and Turabi more or less gave Bin Laden 24 hours to
18 leave Sudan and to evacuate his friends, family, and supporters.
19 Q.    There are a couple questions that I want to go back to on the
20 things you just said.    First, you mentioned Salafi.    What's a
21 Salafi?
22 A.    Salafi is, again, it's another form of Islam.    It's a
23 purist form of Islam.    "Salaf" is the term that refers to the
24 elders, the idea being that you go back to the original conditions
25 that were present at the founding of Islam, when Muhammad was

1  around.

2          You don't just go back in spirit.  You go back pretty

3  much delineated strictly to the letter of the law.  You adhere

4  only to the very authentic, the authentic text of Islam.  You

5  don't rely on discredited hadeeths, stories attributed to the

6  Prophet Muhammad.  You adhere strictly to the pure tenets of the

7  faith, and that goes in all aspects of your life.

8  Q.   What, what are the differences that you see in everyday life

9  between a Salafi Muslim and a different kind of Muslim?

10  A.   Salafis adhere all aspects of their life to Islam.  They

11  wouldn't -- there is no compromise.  There is no, there is no --

12  there's no compromise.  If something conflicts with the tenets of

13  your faith, you go with Islam over everything else.

14  Q.   What impact does Salafi belief have on secularization or the

15  separation of church and state?

16  A.   They are absolutely opposed to it.  In Islam, there really is

17  no separation between church and state.  The deen is the deen.

18  The religion is the religion.  And Salafis in particular are of a

19  belief that there should be absolutely no separation between

20  church and state, that it is one, and that in order to have a

21  legitimate government, a government that can be respected, it has

22  to be a government governed under shariah, or Islamic law.

23  Q.   Okay.  When you mentioned Bin Laden was pressured to leave

24  the Sudan, could you describe how Bin Laden got to the Sudan?

25  A.   In 1993, the Pakistani government decided that it could no

**Kohlmann - direct**

1  longer tolerate the open presence of mujahideen offices and Arab

2  mujahideen recruits on its own territory.

3  Q.   Let me slow down a second.

4  A.   Yeah.

5  Q.   That's Pakistan, but I thought they were in -- I thought you

6  mentioned that they were in Afghanistan before that.

7  A.   Well, they --

8        MR. MAC MAHON:  Your Honor, I think we're getting a

9  little far afield here.  1993, Bin Laden in Pakistan?

10       THE COURT:  No, I'm going to allow a little bit more of

11 this as part of the background in this case.  Overruled.

12       THE WITNESS:  Well, again, they were in Afghanistan, but

13 they're along the Afghan-Pakistani border.  So while you have

14 training camps inside of Afghan territory, the actual physical

15 infrastructure of the movement, their offices, their magazines,

16 their guesthouses, all this stuff was located in Pakistan.

17       The gateway to jihad in Afghanistan was really Peshawar,

18 a town in northwestern, well, yeah, northwestern Pakistan, right

19 here.  This is the gateway to jihad in Afghanistan.  If you wanted

20 to go to fight or to seek training, you went to Peshawar first,

21 and this is where you were, you were drawn into a guesthouse.  You

22 recorded your name, you handed over your passport, and eventually,

23 you became part of a training camp.

24       But again, without this network inside of Pakistan, the

25 Afghan camps were meaningless.  If you can't get there, there's no

## Kohlmann - direct

1  point in having them.

2          At that point in 1993, when the Pakistani government,

3  quote-unquote, cracked down on some mujahideen groups, what

4  happened was is that some mujahideen, some Arab mujahideen that

5  had been in Pakistan crossed over the border into Afghanistan.

6  That was the dangerous option.  At that time, there was

7  internecene battles going on between different mujahideen

8  factions.  Just because you had fought during the Soviet-Afghan

9  war, it was no longer a guarantee of protection for your life.

10          As a result, Bin Laden and some of his other cohorts who

11  were, frankly, afraid not just of the disaster going on in

12  Afghanistan but, moreover, the influence of foreign intelligence

13  agents inside of Pakistan who they believed were tracking them,

14  they left, and they went to the Sudan.

15  Q.  Okay.  Now, what were they trying to accomplish when they

16  were in the Sudan?

17  A.  The idea was is that since Afghanistan at that point seemed

18  like a failed venture, perhaps instead we can create an Islamic

19  state in the Sudan, and we can use Sudan as the base, as Al-Qaeda,

20  as a place for these various groups, the Egyptian Islamic jihad,

21  Al-Gamaat Al-Islamiyya --

22  Q.  You're going to have to spell that one.

23  A.  No problem.  Al-Gamaat Al-Islamiyya, the Egyptian Islamic

24  group, A-l G-a-m-a-a-t A-l-dash-I-s-l-a-m-i-y-y-a.

25  Q.  Okay.  You were saying those groups were going to Sudan.

**Kohlmann - direct**

1  A.    Yes, yes, they were.  Again, the idea was is this could be an
2  alternate base for operations.  Now that Afghanistan was no longer
3  deemed a central point for organization, while there may still be
4  operatives inside of Afghanistan and Pakistan, they're
5  underground, and thus, in order to have a viable organization, one
6  that worked with a local government, one that could establish an
7  Islamic state, the idea was let's move to Sudan, where we're
8  welcome, we're being welcomed in by the local government.
9  Q.    What year was that they went to Sudan?
10 A.    In 1992.
11 Q.    And how long did they stay in Sudan?
12 A.    They stayed until 1996.
13 Q.    What connection did they have, the Arab Afghans that were in
14 Sudan at that time, with what was going on in Bosnia?
15 A.    There was a very strong connection.  The Sudan was used as a
16 transit point, a byway for Afghan mujahideen and for Arab
17 mujahideen from Afghanistan who were seeking to travel on to the
18 war in Bosnia.
19        In 1992, when the Serbs invaded Bosnia in Muslim
20 territory, a war began there, and it was a war where the Bosnian
21 Muslims were largely outgunned and outmanned by the Serbs.  Arab
22 mujahideen units in Afghanistan, though they knew very little
23 about Bosnia, in fact, they admitted they didn't even know where
24 it was, they didn't know if it was in Europe or South America,
25 they had decided that this would be the new jihad.  This would be

**J.A. 696**

## Kohlmann - direct

1   the new Holy War, the new struggle against non-Muslims, a place to
2   organize, a place to set up bases, and according to the words of
3   Usama Bin Laden, a place from which to strike, a base to strike at
4   the United States.

5              At that point, a number of Arab mujahideen commanders,
6   training camp instructors, others, traveled through Sudan to
7   Croatia and then on to training camps sent up in central Bosnia.

8   Q.   And that was your book, Al-Qaida's Jihad in Europe:  The
9   Afghan-Bosnia Network?

10  A.   That's correct.

11  Q.   All right.  Now, when Sudan said -- the Sudanese government
12  said they had to leave, where did they go?

13  A.   They didn't really have much of an option.  At the time,
14  there were -- there was rumors that Saddam Hussein had offered
15  asylum to them, but those weren't taken seriously, and of course,
16  the only place left to go was back to Afghanistan.

17  Q.   So when did that happen?

18  A.   That happened in 1996.

19  Q.   What -- you've obviously been talking about Al-Qaeda and Bin
20  Laden for a bit.  What has Al-Qaeda and Bin Laden's relationship
21  been to the United States since it was formed?

22              MR. MAC MAHON:  I'm going to object to that.

23              THE COURT:  Well, the government has these issues
24  involved in this case.  They've got a right to put on their
25  evidence, and you've got a right to refute it.

**J.A. 697**

# Kohlmann - direct

1      MR. MAC MAHON:  There's no issue of Al-Qaeda in this

2  case, Your Honor.

3      MR. KROMBERG:  Your Honor, we have the evidence that

4  said he said support the Arabs with them.

5      THE COURT:  Yes, I'm going to sustain that -- overrule

6  that objection.  Go ahead.

7  BY MR. KROMBERG:

8  Q.   Before we go farther, Mr. Kohlmann, if in October 2001

9  someone says, "Support Mullah Omar, the Taliban, and the Arabs

10 with them," who are the Arabs with them likely to be?

11      MR. MAC MAHON:  Objection.  That's beyond the scope of

12 his expert testimony to ask him to speculate as to what somebody

13 else might have meant.

14      THE COURT:  Well, not so much what somebody else might

15 have meant but whether that term means anything to him.

16      MR. KROMBERG:  Thank you.

17 Q.   Who, who were the Arabs with the Taliban and Mullah Omar in

18 October 2001?

19 A.   Well, in the late 1990s, after Usama Bin Laden pledged an

20 oath of allegiance to Mullah Mohammad Omar, the leader of the

21 Taliban, the Taliban formed a specific unit within their own

22 forces called the 055 Brigade.  This brigade was set up

23 exclusively as a unit for foreign fighters, particularly Arabs.

24      The Arab fighters that were fighting with the Taliban in

25 October of 2001 and, for that matter, as far as two years earlier

**J.A. 698**

## Kohlmann - direct

1  were Arab fighters recruited by Usama Bin Laden and other Al-Qaeda
2  leaders specifically for the 055 Brigade, and a number of
3  detainees, those that were detained in other foreign countries,
4  had had experience fighting in the 055 Brigade.
5  Q.   What other Arabs were there with the Taliban and Mullah Omar
6  at that time other than the 055 Brigade?
7  A.   Perhaps a handful of miscellaneous fighters but there was
8  no -- that was the organized force.
9  Q.   Now, the question -- back to the question of what was Bin
10  Laden and Al-Qaeda's relationship with the United States.
11  A.   Well, starting in 1988, there became a gradual recognition on
12  the part of Al-Qaeda leaders that their goal of deposing the
13  Soviet Union as a superpower was nonexclusive and that while at
14  that time the United States was providing aid to Afghan mujahideen
15  and Arab mujahideen inside of Afghanistan, these leaders
16  recognized that the United States was not their friend.

17        For instance, Gulbuddin Hekmatyar, an Afghan mujahid but
18  someone who was a good friend of Usama Bin Laden's, refused to
19  come to the United States, refused to come to the White House even
20  after he was invited, because, he said, "I don't shake hands with
21  an infidel."

22        Usama Bin Laden already by the late 1980s and Abdullah
23  Azzam before his death started discussing how there are no
24  superpowers or mini-powers anymore.  The only thing that there is
25  is the willpower that springs from our religious belief.  We are

**Kohlmann - direct**

1  the power.  There is no, there is no more Westphalian state order.
2  We are --
3  Q.   All right, Westphalian, you're going to have to explain
4  Westphalian.
5  A.   Sorry.  The idea is that the whole nation state system as we
6  see it, the world as we see it, it doesn't exist in their minds.
7  The only thing that means anything is Islam, is the willpower that
8  springs from Islamic beliefs, and that the idea -- the traditional
9  borders of nation states around the world are now meaningless in a
10  post-Cold War environment.
11  Q.   Does a Salafi Muslim who believes this who happens to live in
12  Afghanistan think of himself as an Afghani or something else?
13  A.   Well, I mean, I think it would vary from case to case, but
14  the Taliban, for instance, in 1996 declared the founding of the
15  Islamic Emirate of Afghanistan.  The idea was is that Afghanistan
16  was going to be the first state of the new Islamic Caliphate.  It
17  was going to be the base from which the Caliphate would expand and
18  take over more states, kind of like a United States of Islam.
19  Q.   Back to the relations of Bin Laden and Al-Qaeda to the United
20  States.  What has -- how did that course go?
21  A.   Well, in approximately 1991, Bin Laden first became involved
22  in terrorism directly -- directed straight at the United States.
23  There was a hotel bombing in Yemen that was aimed at U.S. soldiers
24  going for a peace-keeping mission in Somalia.  That bombing was
25  later traced directly to Bin Laden.  Even though it was failed, it

# Kohlmann - direct

1  did kill one foreign tourist.  At the time, the significance was
2  lost on us.

3         Shortly thereafter, in 1993, when U.S. troops in Somalia
4  attempted to arrest a Somali warlord, several of their helicopters
5  were shot down by rocket-propelled grenades.  What later came out
6  from testimony given by senior Al-Qaeda members was that the
7  individuals that had fired the rocket-propelled grenades were
8  specifically trained on how to do this and to shoot down U.S.
9  helicopters in particular by senior Al-Qaeda military trainers
10 that were flown in directly from Afghanistan to Somalia.

11        Shortly thereafter, we also have the -- actually even
12 before that, we have the February 1993 World Trade Center bombing.
13 Although there is no direct link to Usama Bin Laden, his name is
14 on a list of unindicted coconspirators, and Ramzi Yousef, the
15 mastermind behind the bombing, acknowledged knowing Usama Bin
16 Laden but refused to tell FBI agents any further.
17 Q.   Was that related to the Egyptian Islamic group?
18 A.   The attack itself was traced back to Sheikh Omar Abdel
19 Rahman, O-m-a-r A-b-d-e-l R-a-h-m-a-n.
20 Q.   What is the relationship between Rahman and Al-Qaeda?
21 A.   Sheikh Omar is an old friend and confidante of Usama Bin
22 Laden from back in the days of the Afghanistan war.  The two of
23 them were considered very close, and Usama Bin Laden became very
24 perturbed when Sheikh Omar was arrested in the wake of the '93
25 World Trade Center bombing.

## Kohlmann - direct

1      In approximately 1994, Al-Qaeda held a meeting in Sudan

2  at which they discussed the arrest of Sheikh Omar, and they've

3  said that this was very bad, it was very sad, and that something

4  had to be done, something had to be done to free the sheikh.

5      U.S. intelligence as late as 2000 received information

6  that Al-Qaeda lieutenants, followers of the sheikh and followers

7  of the Egyptian Islamic group, were intending on hijacking an

8  aircraft in the hopes of seizing it and exchanging it for Sheikh

9  Omar Abdel Rahman.

10  Q.   Was the Egyptian Islamic group ever officially a part of

11  Al-Qaeda?

12  A.   In 1998, Al-Gamaat Al-Islamiyya, the Egyptian Islamic group,

13  signed on as part of the World Islamic Front Against Jews and

14  Crusaders, which was the founding document really for the modern

15  Al-Qaeda alliance.

16  Q.   Against Jews and Crusaders, who are the Crusaders?

17  A.   The Crusaders are primarily the United States, but the United

18  States and its Coalition allies, including France, including the

19  United Kingdom, virtually any country that is perceived as

20  anti-Islamic.

21  Q.   Why, why is the term "Crusaders" used?

22  A.   There is -- I think there's a penchant for going back in

23  history to the Crusades, and I think it's very easy to explain a

24  conflict between Muslims and non-Muslims especially in the Islamic

25  world by showing it through the prism of the Crusades and showing

**J.A. 702**

# Kohlmann - direct

1  it, this is not just a political conflict; this is a

2  civilizational conflict.  It's a conflict between us and them.

3        And by bringing up the memory of the Crusades, I think

4  it awakens a lot of anger and resentment in Muslims against the

5  West.

6  Q.    Because the Crusades were Westerners conquering Islamic lands

7  that the Muslims had conquered first?

8  A.    Right.  I mean, you know, the Crusades, you know, the

9  Crusades have a very bad history in the Middle East, and I think

10 they're remembered largely for, you know, sacking and looting and

11 pillaging, and there is a sense that, you know, that Muslims were

12 able to eventually eject the Crusaders by force.  Salaheddine, the

13 great commander, the great military commander --

14 Q.    Spell?

15 A.    Salaheddine, S-a-l-a-h --

16        MR. MAC MAHON:  Your Honor, do we have to hear about the

17 Crusades in this case, too?

18        THE COURT:  I think now we are getting a little bit far.

19 Let him spell it for the record, and then let's move this along,

20 Mr. Kromberg.

21        MR. KROMBERG:  Thank you, Your Honor.

22        THE WITNESS:  It's S-a-l-a-h-e-d-d-i-n-e.

23 BY MR. KROMBERG:

24 Q.    Thank you.  You mentioned that the International Front for

25 the, again, for Jihad Against Crusaders and Jews was formed, that

## Kohlmann - direct

1  was when?

2  A.    That was February of 1998.

3  Q.    Okay.  And what's been the history of the relationship

4  between Al-Qaeda and America since that time?

5  A.    Shortly thereafter, a joint cell of operatives belonging to

6  the Egyptian Islamic Jihad, followers of Dr. Ayman al-Zawahri,

7  Z-a-w-a-h-r-i, who is a close ally of Usama Bin Laden and is

8  considered the, I guess you'd call it the co-president, operatives

9  of his combined with Saudi Al-Qaeda operatives carried out dual

10  bombings in Kenya and Tanzania on August 7, 1998, destroying two

11  U.S. embassies and killing hundreds of people, mostly innocent

12  Kenyans and Tanzanians.

13  Q.    What's, what's the relationship of -- well, obviously, and

14  then there's September 11.

15  A.    Yeah, yeah.  Sure.  And also the USS Cole bombing in October

16  of 2000.

17  Q.    What's the relationship of Zawahri and Bin Laden to the

18  Kingdom of Saudi Arabia?

19  A.    Bin Laden is the scion of an extremely powerful and wealthy

20  family.

21  Q.    Scion?

22  A.    Scion.  I guess you'd call it a leading son.  He wasn't

23  always so.  He's the son of a Saudi businessman who gained very

24  lucrative contracts with the kingdom when it was first getting

25  going earlier last century.  These construction contracts were

# Kohlmann - direct

1  lucrative enough that the Bin Ladens, even though they were not
2  Saudis in terms that they were not part of the Saud family, became
3  extremely influential and powerful in the kingdom.  They were the
4  oligarchs for all intents and purposes.

5          Bin Laden -- Usama Bin Laden anyway was only one of
6  approximately 50 other children, and he wasn't -- he didn't
7  particularly stand out at any point in time.  However, when you're
8  from the Bin Laden family, you have a lot of money by default, you
9  have quite a bit of influence, and Bin Laden's influence gained
10  not as a result of his father or as a result of his father's
11  business but because of the fact that he became involved with the
12  Afghan mujahideen, and he developed a legend for himself as the
13  Saudi Lion that went forth from the homeland of Saudi Arabia to
14  Afghanistan to lead the Islamic armies.

15  Q.   And -- so what's the relationship between Bin Laden to the
16  Kingdom of Saudi Arabia today?  Excuse me, let me take that back.
17  Trace his relationship through the 1990s 'til today, if you could.
18  A.   In 1990, when Iraq invaded Kuwait, Bin Laden approached the
19  government of Saudi Arabia and offered to use his Arab Afghan
20  force as a means to evict Saddam Hussein from Kuwait.  That offer
21  was not taken seriously, and shortly thereafter --
22  Q.   Was not taken seriously by who?
23  A.   By King Fahd, the leader of Saudi Arabia.

24          And shortly thereafter, King Fahd instead allowed U.S.
25  forces to arrive in order to evict Saddam Hussein from Kuwait.

**J.A. 705**

## Kohlmann - direct

1  Bin Laden and his followers became extremely angry not just
2  because they weren't given an opportunity to fight, but more
3  importantly, they had been deprived of that opportunity in
4  exchange for King Fahd, the leader of Saudi Arabia, supposedly an
5  Islamic state, inviting infidel forces into the homeland of Islam.

6          And there is, there is a religious precedent, there is a
7  hadeeth which specifically states that, you know, this is --
8  again, a hadeeth is a story going back to the time of the rightly
9  guided Caliphs, the rightly guided emperors and Muhammad, the idea
10 being that non-believers should not be allowed to be in the
11 Arabian peninsula, especially in the areas of Mecca and Medina,
12 and though U.S. forces were stationed far away from Mecca and
13 Medina, they were stationed in far eastern Saudi Arabia, that
14 distinction was lost on the Arab Afghans, it was lost on Bin
15 Laden, and they viewed this invasion of U.S. forces as just that,
16 as an invasion that should be removed by force.

17 Q.   By force against who?

18 A.   By force primarily against the United States.  However,
19 afterwards, the -- Bin Laden also turned on his Saudi, I guess
20 you'd call them his Saudi clients.  Initially, in approximately
21 1992, the Saudis ejected Bin Laden.  Bin Laden was forced to
22 leave.  In 1994, they revoked his citizenship.  However, even up
23 until as far as 1998, the Saudis were still sending envoys to
24 Afghanistan, to Sudan and to Afghanistan to meet with Bin Laden in
25 an attempt to persuade him to come home.

## Kohlmann - direct

1    Those -- when those attempts failed in 1998 and the
2  Taliban refused the Saudi request to return Bin Laden forcibly,
3  that was the end of any relationship between the Saudi government
4  and Usama Bin Laden.
5  Q.   What was the relationship -- well, go back to the Taliban for
6  just a moment.  When the Taliban was ruling Afghanistan, what
7  countries in the world recognized the Taliban as the government of
8  Afghanistan?
9  A.   I believe it was only the United Arab Emirates and Saudi
10 Arabia.
11 Q.   And Pakistan?
12 A.   Pakistan as well, yes.
13 Q.   You mentioned before that Usama Bin Laden made bayat to
14 Mullah Omar.  Can you explain "bayat"?
15 A.   Bayat is an oath of allegiance.  In the modern context, it's
16 typically given from one military commander to another, from a
17 military commander to a political leader, the idea being is if you
18 swear bayat, you are willing to sacrifice everything you have,
19 everything you own, everything that you are for this person and
20 for their cause, primarily for the cause, but the cause embodied
21 by this person.
22      It's an oath of allegiance.  It's like -- almost like
23 giving an oath of allegiance when you join the military.
24 Q.   So why did Bin Laden make an oath of allegiance to Mullah
25 Omar?

## Kohlmann - direct

1  A.    At that point, Usama Bin Laden had discussions with other
2  Al-Qaeda leaders about the situation with the Taliban, because
3  there was a discussion at first over whether or not the Taliban
4  were a legitimate Islamic movement, whether they were a legitimate
5  Islamic force, whether they should be worked with or whether they
6  should be treated as the enemy.

7          Bin Laden at this point decided that Mullah Omar was not
8  just someone that they could work with but was the person who
9  should lead the Islamic nation, the Ummah, towards victory,
10 towards a new Caliphate, and thus, not only did he swear bayat to
11 him, but he began referring to him as Amir Al-Mumineen, Commander
12 of the Believers, in the hopes of placing Mullah Omar in the
13 position of being de facto president of the Islamic Emirate, the
14 growing Islamic Emirate.

15 Q.    Okay.  If you could get a copy of the exhibit, because I
16 think we have to look at them first before we can put them on the
17 screen, and take a look in the book at Government Exhibit 10J11?

18          Okay.  Do you recognize 10J11?

19 A.    Yes, I do.

20 Q.    Where did you -- where did you -- how did you know -- how
21 have you seen 10J11 from before?

22 A.    This is a copy of a website or a web page that I was able to
23 recover off something called the Internet Archive.

24 Q.    Okay.  If you'd turn, if you would, to 10J11d, do you
25 recognize 10J11d?

564

## Kohlmann - direct

1  A.    Yeah.  This is the home page of the Internet Archive.  It's
2  called the WayBack Machine.  What it essentially allows you to do
3  is to go back in time by a particular year, by a particular month,
4  and look at various websites, the way they were back then, in
5  other words, the original archived versions.
6  Q.    So the WayBack Machine people have stored everything that was
7  on the web or some things that were on the web in previous dates?
8  A.    Not everything, but I think you'd be surprised in how much
9  they really have stored.  It's quite amazing.  They've created a
10 database of millions upon millions of websites.
11 Q.    If I could just stop you a second?
12 A.    Yes.
13          MR. KROMBERG:  Judge, I'd move in 10J11d to start with.
14          THE COURT:  Any objection?
15          MR. MAC MAHON:  Relevance, Your Honor.  It doesn't have
16 any relevance to this case.
17          THE COURT:  I assume you're going to tie this up?
18          MR. KROMBERG:  Judge, this is just explaining how, how
19 Mr. Kohlmann found 10J11, which we're going to get to in just a
20 moment.  10J11d is just part of explaining how you find something
21 that's no longer on the Web today.
22          THE COURT:  Well, is there going to be any, any dispute
23 about the websites themselves that he's going to be testifying
24 about as somehow not being authentic or available on the Internet?
25          MR. MAC MAHON:  No.  I don't have any idea how to use

**J.A. 709**

565

## Kohlmann - direct

1  the WayBack Machine, Your Honor.  I have other objections to the

2  exhibits but --

3       THE COURT:  Well, I'm going to allow this in.  I think

4  it helps understanding how these websites are obtainable.

5       MR. KROMBERG:  Thank you, Your Honor.

6       If you could show 10J11d?  Can you make it a little

7  bigger, please?

8  Q.  Okay.  You might even have a color copy on your screen,

9  whichever is easier to look at.

10      This website is found where?

11 A.  Www.archive.org.  I should add, by the way, it says here,

12 "Browse through 30 billion web pages archived from 1996 to a few

13 months ago."

14 Q.  Okay.  And to find something that was on the web in the past

15 that may not be there now, you go to where it says "Take Me Back,"

16 and you type in the web address of what you were looking for that

17 might have been on the Web at that time?

18 A.  You have to know the original domain name, or URL, the site

19 that you're looking for, but as long as you have that, that's all

20 you need.  You put it in the box that's marked right next to the

21 "WayBack Machine," and then you click on "Take Me Back."

22 Q.  Okay.  To find 10J11 -- well, let's just put 10J11 on the

23 screen for just a moment, if we could.

24      THE COURT:  Is there any objection to 10J11?

25      MR. MAC MAHON:  Yes, there is, Your Honor.

**J.A. 710**

## Kohlmann - direct

1          THE COURT:  And what is the objection?

2          MR. MAC MAHON:  There's no date on this document.

3  There's no link at all to the defendant on this.  They're putting

4  in this evidence just to show that he might have read something.

5  The only date I can see on this is sometime in -- one of these

6  articles deals with the jihad in '80s against --

7          THE COURT:  Well, wait.  10J11 just by itself is just a

8  one-page, if I'm looking at the same document, that's what I've

9  got.

10         MR. MAC MAHON:  I've got four pages, Your Honor.

11         MR. KROMBERG:  I have --

12         THE COURT:  My book only has -- hold on a second.  I'm

13 sorry, okay.  Yes, it does have several pages.  All right.

14         MR. MAC MAHON:  There has to be some link to the

15 defendant in this case, Your Honor.

16         MR. KROMBERG:  Judge, Mr. MacMahon knows very well of

17 the link to the defendant --

18         THE COURT:  Wait, wait, wait, wait.

19         MR. KROMBERG:  -- which I'll be glad to say now rather

20 than waiting for Special Agent Wyman to say it.

21         THE COURT:  All right, come up so I have it on the

22 record.

23         (Bench conference on the record.)

24         THE COURT:  Yes?

25         MR. KROMBERG:  At an interview of Mr. Timimi attended by

**Kohlmann - direct**

567

1    several of his lawyers, not Mr. MacMahon and Mr. Yamamoto but

2    Mr. Yamamoto and Mr. MacMahon know about this from discovery of

3    the 302s, Mr. Timimi was asked about two articles from Supporters

4    of Shariah website that are on that very page with the links.

5         So this is just showing how Evan Kohlmann found these

6    articles that John Wyman showed Ali Timimi and Ali Timimi said,

7    "Yes, I sent one of these to my brother," and that --

8         THE COURT:  All right.  That certainly is enough of a

9    connection.

10        MR. MAC MAHON:  We can put the web page in.  Look at

11   this document.  It's got Abu Hamza, Sheikh Al-Masri, "A Warning by

12   the Imam of The Prophet's Mosque."  They don't need to put this

13   stuff in.  This Al-Qaeda link in this case just because of one

14   e-mail in here is getting highly prejudicial.  There isn't even a

15   terrorism charge in this case.

16        You look at that document, and all it is is discussion

17   of different people that helped Bin Laden and Bin Laden's

18   declaration of war.  If they want to put in the article that they

19   showed him with the agents, they can do that.  They don't need to

20   do this.

21        MR. KROMBERG:  Your Honor, how did Ali Timimi find the

22   article without going through the web page and clicking on the

23   link?  This is to show that when John Wyman says Ali Timimi said

24   that he was very well read on all things involving the Islamic

25   world, this is one thing that we know that he saw.

## Kohlmann - direct

1          THE COURT:  All right.

2          MR. MAC MAHON:  If I may, Your Honor, this is a link to

3   one thing that he saw.  If they have the article that he saw, they

4   can put that in.  They don't need to put all this in, and it's

5   obvious why they're trying to --

6          THE COURT:  I will give at the end of the trial if I

7   feel that there's not enough strong linkage to the defendant, I

8   will give a cautionary instruction to the jury, but at this point,

9   I'm allowing this line of questioning, and I'll see how it gets

10  tied up when actual evidence is presented.

11         MR. KROMBERG:  Thank you, Your Honor.

12         MR. MAC MAHON:  Thank you, Your Honor.

13         (End of bench conference.)

14  BY MR. KROMBERG:

15  Q.   Could you put 10J11 on the screen, please?

16         THE COURT:  And for the record, 10J11 is in evidence now

17  since it's being shown to the jury over the defendant's objection.

18         (Government's Exhibit No. 10J11 was received in

19  evidence.)

20         MR. KROMBERG:  Now, if you could make this part bigger

21  to start with?

22  Q.   Mr. Kohlmann, is this what you got -- is this document what

23  you got when you put the link in the WayBack Machine?

24  A.   Yeah.  This is the -- this is actually the secondary page.

25  There was an opening page as well.

## Kohlmann - direct

1  Q.   Okay.  Take a look, if you would, at 10J11e, as in echo.

2  A.   Yeah, this is actually the original page you get when you go

3  straight to the domain supportersofshariah.org on the WayBack

4  Machine.  You'll notice that there are several conferences listed

5  on there for April 28, 2001, and May 12, 2001, and then below

6  there's a button to enter the main S.o.S. website.

7  Q.   So if you look on where it says "Enter S.o.S. Here," then you

8  end up with -- you end up at 10J11?

9  A.   Yeah, exactly.

10            MR. KROMBERG:  Can we go back to 10J11?

11            THE COURT:  And for the record, 10J11e is in evidence.

12            MR. MAC MAHON:  Subject to the same objection, Your

13  Honor.

14            THE COURT:  Yes, I understand that whole 10J series you

15  objected to, and I'm overruling the objection.

16            (Government's Exhibit No. 10J11e was received in

17  evidence.)

18  BY MR. KROMBERG:

19  Q.   Now, if you could, when you get to 10J11, there are a number

20  of links on that, correct, so you can find out who is Sheikh

21  Abdullah Azzam, for example?

22  A.   Yeah.  This is the website of Abu Hamza Al-Masri in London,

23  and it contains various articles, audio recordings, and video

24  recordings done by him.

25  Q.   Okay.  This link, "Usaama Gives His Bayat to Mulla Umar and

**Kohlmann - direct**

1  Calls On Others, A Message From" -- "Calls On Others," if you
2  click on that link, what did you get?
3            MR. MAC MAHON:  If I may, Your Honor, can we approach
4  the bench again?
5            THE COURT:  Yes, sir.
6            (Bench conference on the record.)
7            THE COURT:  Yes, Mr. MacMahon?
8            MR. MAC MAHON:  Your Honor, the reason we just heard we
9  needed to read this was because there was one document in there
10  that they talked about.  That's the American Dying Shaheed that
11  was shown to him.
12            All of this other stuff about these other people is
13  grossly prejudicial in this case.  It doesn't tie up.  You can see
14  on there there is a link to it, there is an e-mail that
15  Dr. Al-Timimi sent to his brother about this story, American Dying
16  Shaheed.
17            Now we're going to use this to start talking about
18  Al-Masri and all these other people we talked about in the motion
19  in limine we weren't going to bring in in this case.
20            THE COURT:  Well, I do not want prejudicial extraneous
21  material introduced in this case.  If the only article on this
22  website that was shown by the agents to the defendant is the Dying
23  Shaheed article, let's go right to it.
24            MR. KROMBERG:  Judge, if I may, the point of the Dying
25  Shaheed article is that he got it from going to this website, so

**J.A. 715**

**Kohlmann - direct**

1  therefore, he knows about these issues.  I'll bet you dollars to
2  donuts that if he testifies, I ask him, "Do you know about Usama
3  Bin Laden pledging bayat?," he's going to say of course, he knows
4  that sort of thing.  Everybody knew it.

5         That's all I'm trying to get at is that this website,
6  the one that we know that he went to, had this information here.

7         MR. MAC MAHON:  Your Honor, they showed him an e-mail
8  that he got.  There's no evidence of him looking at this specific
9  web page.  This is total back door Al-Qaeda evidence.

10        MR. KROMBERG:  If I may, Mr. MacMahon is totally wrong.
11 If you look at the article, it's from the website.  It has the
12 Supporters of Shariah website, and this is the document that was
13 shown to him that we got it by going from the Supporters of
14 Shariah website, which is right over here.  So in order to get to
15 that one, you have to use this one.

16        THE COURT:  At this point, I'm going to sustain the
17 objection.  Let's just get to the shaheed article that you --

18        MR. KROMBERG:  I wasn't going to even ask Mr. Kohlmann
19 about this.  The only relevance of the article, Judge, is to show
20 that this person, who admits that he is extremely well informed
21 about Islamic issues, has gone to the Supporters of Shariah
22 website, so he's got to know about Mullah Omar being pledged bayat
23 by Usama Bin Laden.

24        THE COURT:  Well, wait, I'm not even sure that that's
25 that critical to this case, all right?  So I'm going to let

# Kohlmann - direct

1  this -- let's get this case moving.  On rebuttal, depending on

2  what doors get opened, you may be able to go back and use this,

3  all right, but I'll sustain the objection.

4          MR. MAC MAHON:  Thank you, Your Honor.

5          (End of bench conference.)

6          THE COURT:  Just to clarify the record, Ladies and

7  Gentlemen, at this point, I'm going to change my earlier ruling

8  about this 10J11 exhibit.  We'll strike it at the present time.

9  It may come back in, and we'll move on.

10          (Government's Exhibit No. 10J11 was stricken from

11           the record.)

12          THE COURT:  Go ahead, Mr. Kromberg.

13          MR. KROMBERG:  Show 10J11a, please.

14          THE COURT:  And just for the record, 10J11d is still in,

15  there's no problem with that, and 10J11a is separate from 10J11,

16  which 10J11 is not in.

17  BY MR. KROMBERG:

18  Q.    Have you seen 10J11a before?

19  A.    Yes, I have.

20  Q.    What is that?

21  A.    This is an article that was posted on

22  supportersofshariah.org, this website, about an American born

23  shaheed, an American born martyr who was killed fighting in

24  Kashmir.

25  Q.    How do you get to this particular document,

573

# Kohlmann - direct

1    supportersofshariah.org, from this particular article, "An
2    American Born Shaheed"?
3    A.    How did I get to this article?
4    Q.    Yes.
5    A.    There was a link to it on the second page you came to, the
6    main S.o.S., Supporters of Shariah website.

7            MR. KROMBERG:  If we could enlarge that portion, please?
8    Q.    What are the underlined lines that are in this portion of the
9    article?

10           MR. MAC MAHON:  Your Honor, we just went through this.

11           THE COURT:  No, this is different.  Because of the
12   foundation the government discussed at the bench, this particular
13   article is in a different status than the issues you've raised
14   before.

15           MR. MAC MAHON:  This is not what was -- I mean, this is
16   not what was shown at the interview, Your Honor.  This is
17   something different.

18           MR. KROMBERG:  Your Honor, if you look at your copy,
19   there's a signature on the top of --

20           THE COURT:  I see it.  I'm satisfied you established a
21   sufficient foundation at the bench.  10J11a can go into evidence,
22   is going in.  You laid the foundation at the bench.

23           MR. KROMBERG:  Thank you, Your Honor.

24           (Government's Exhibit No. 10J11a was received in
25   evidence.)

**J.A. 718**

# Kohlmann - direct

1   BY MR. KROMBERG:

2   Q.   Now, these links on 10J11a, when it says the "Bombing In

3   Yemen," what bombing was that, the USS Cole?

4   A.   Yeah, I believe it's referring to the USS Cole bombing.

5   Q.   "Taliban Smashes Idols"?

6   A.   That's referring to the Taliban destroying the Bamiyan

7   Buddhas in the summer of 2001.

8   Q.   "Fatwa on Taliban"?

9   A.   The "Fatwa on Taliban," I believe it's a fatwa by Sheikh

10  Hammoud Bin Uqla Ash-Shuaibi, but I'm not --

11  Q.   From when was that?

12  A.   That was from November of 2000.

13  Q.   "Hijrah:  Saving Your Religion," let me ask you to take a

14  look at 10J11b.

15          THE COURT:  Any objection to this article?

16          MR. MAC MAHON:  I need to see it, Your Honor, I'm sorry.

17          THE COURT:  All right.

18          MR. MAC MAHON:  Can I talk to counsel for one second?

19          THE COURT:  Yes.

20          MR. MAC MAHON:  I have the same objection as before,

21  Your Honor, but the government has the same foundation as before.

22          MR. KROMBERG:  Judge, if you turn to page 4 --

23          THE COURT:  Yes.  All right, then 10J11b is also in

24  evidence.

25          (Government's Exhibit No. 10J11b was received in

## Kohlmann - direct

```
 1  evidence.)
 2          MR. KROMBERG:  If you could turn -- put 10J11b on the
 3  screen, please?
 4  Q.   Now, on 10J11b is an article, "Making Hijrah to Save
 5  Yourself," correct?
 6  A.   Yeah.  Do you want to know what hijra is?
 7  Q.   I think we've heard what hijra is, but we'll hold that for
 8  just a second.
 9          I'd like you to go to the bottom of page 4.
10  A.   Page 4?  Okay.
11  Q.   You're faster than my colleague.
12          And if you could make that bigger?  Oh, it's me.
13          That's the article that says the second category of
14  hijra is, "Traveling for jihad so as to fight the enemies of Allah
15  of Islam who persecute Muslims and to also establish" --
16          MR. MAC MAHON:  Your Honor, I object.
17          THE COURT:  Wait.
18          MR. MAC MAHAN:  Excuse me.
19          THE COURT:  You can't both be talking at the same time.
20          MR. MAC MAHON:  This document speaks for itself.  He's
21  not an expert on Islam, Your Honor, and what hijra is and could be
22  as written in some article.  He wasn't proffered as an expert on
23  Islam.
24          MR. KROMBERG:  Your Honor, I'm not asking Mr. Kohlmann
25  anything about hijra.  I just wanted to ask him if I read
```

**J.A. 720**

## Kohlmann - direct

1   correctly what was in this document that was found on the
2   Supporters of Shariah website that you got the link from -- that
3   you saw before.

4           THE COURT:  I'm allowing publication of documents.  I'll
5   allow the defense the same option because it helps the jury absorb
6   a lot of information which is coming in very quickly.  So
7   overruled.

8           MR. KROMBERG:  Thank you, Your Honor.

9           THE COURT:  It's hard for the jury, also, to read this,
10  so it sometimes needs to be read to them because the print is not
11  very big.

12          Yes, I see several jurors nodding their heads.  Do you
13  want to read it then again so it's clear?

14          MR. KROMBERG:  Thank you, Your Honor.
15  Q.  "The second category, (Types of hijrah whose cause is the
16  land of destination).  1.  Traveling to visit one of the three
17  Holy Masjids, the Sacred Masjid in Makkah, Masjid of the Prophet
18  (saw)" -- which is Blessed is His name or something which I'll ask
19  Mr. Kohlmann in a moment -- "in Madinah, or alMasjid Al-Aqsa in
20  alQuds.  2.  Traveling for Jihad.  So as to fight the enemies of
21  Allah of Islam who persecute Muslims and to also establish the
22  Deen of Allah."

23          Mr. Kohlmann, where it says "saw" after "the Prophet" --
24  A.  Yes.  It's Salahu Alehi Wasalam, May Peace Be Upon Him.
25  Q.  Okay.  Thank you.

**J.A. 721**

# Kohlmann - direct

1           Thank you, Your Honor.

2           THE COURT:  And what's a masjid?

3           THE WITNESS:  Masjid is a mosque.

4           THE COURT:  All right.  I assume that Makkah,

5    M-a-k-k-a-h, is Mecca?

6           THE WITNESS:  Yes, alternately spelled Mecca, M-e-c-c-a.

7           THE COURT:  All right.  What does Deen -- D-e-e-n -- of

8    Allah, what does that mean?

9           THE WITNESS:  The religion of Allah.  Deen is religion.

10          And also, Madinah, which is up above, Medina is normally

11   spelled M-e-d-i-n-a, and al Quds is Jerusalem.

12          THE COURT:  All right.

13   BY MR. KROMBERG:

14   Q.   Mr. Kohlmann, you already mention Al-Mumineen, I think.   Let

15   me withdraw that.

16          THE COURT:  It sounds like you're mumbling,

17   Mr. Kromberg.  Don't do that, all right?

18          MR. KROMBERG:  Sorry.  It's my middle name, Mumbles.

19   Q.   I'd like you to take a look at, Mr. Kohlmann, at Exhibit 10J7

20   in the book before we put it on the screen.

21   A.   Okay.  I have it before me.

22          THE COURT:  It's already in evidence.

23          MR. KROMBERG:  Oh, it is?

24          THE COURT:  10J7 came in through Mr. Aatique.

25          MR. KROMBERG:  Okay.  That's great.  Thank you.

# Kohlmann - direct

1  Q.   Mr. Kohlmann, have you ever seen this "Shaikh Ali Timimi on
2  the Taliban and the Statues"?
3  A.   Yeah.   There were -- in about this period of time, there were
4  a number of audio lectures and written documents issued by various
5  solipsists, ideologues around the world specifically on the
6  subject of the Taliban and destruction of the Bamiyan Buddhas.
7  Q.   So when did you see this?
8  A.   I saw it shortly after it came out, in the summer of 2001.
9        THE COURT:   I'm sorry, the summer of when?
10       THE WITNESS:   2001.
11       THE COURT:   Where did you see it?
12       THE WITNESS:   It was posted on the Internet, I believe,
13  in audio lecture form.
14  BY MR. KROMBERG:
15  Q.   Did you listen to the audio lecture?
16  A.   I can't recall when I did, but I have since, yes.
17  Q.   Was it in preparation for this trial?
18  A.   No, of again interest.
19  Q.   Now, when it says at the top, "I just wanted to share a few
20  quick thoughts on the Taliban and their destruction of the
21  Buddhist idols in Afghanistan," can you explain what that
22  reference is to?
23  A.   Yeah.   In western Afghanistan near Herat, there used to be a
24  series of giant Buddha statues that were considered to be a world
25  heritage landmark.   They were constructed, I mean, I'm not an

1  expert in that, but they were constructed a long time ago, and
2  they're considered to be artifacts.

3        At some point in early 2001, the Taliban decided that
4  they could no longer permit these statues to exist in the Islamic
5  Emirate because they were a symbol of idolatry and paganism and
6  that their duty as good Muslims was to destroy them.  So shortly
7  thereafter, the Taliban lined the statues with dynamite and filmed
8  their destruction.

9  Q.   Okay.  Let's go to the next, the next paragraph.  If we can
10 make that a little bigger?  Or not.

11       "Over the past two to three years, I have been
12 increasingly asked by Muslims both locally (i.e., here in the US)
13 and abroad regarding the Taliban and our responsibilities toward
14 that regime.  I will never forget one incident in Singapore two
15 summers ago when I was asked to convey a letter to Shaikh Ibn
16 Uthaymeen -- may Allah's mercy be on his soul -- asking for an
17 unambiguous ruling on the Taliban government and a Muslim's
18 responsibility to that government.  Shaikh Ibn Uqla's recent fatwa
19 I think is a positive step in the right direction but there still
20 is a need for more voices to be heard on the topic so a consensus
21 or majority opinion may be formed."

22       Are you aware of a fatwa by Sheikh Ibn Uqla that was
23 issued relatively recently before the March 7, 2001 issuance of
24 this speech -- of this lecture, article?

25 A.   In November of 2000, Sheikh Hammoud Bin Uqla Ash-Shuaibi,

# Kohlmann - direct

1   who's a Saudi cleric, this is the person that's being referred to
2   here, issued a fatwa supporting the Taliban, and that fatwa was
3   widely distributed both in Arabic and English, and it was actually
4   distributed on the Internet for anyone who was interested in
5   English.

6          MR. KROMBERG:  Can we look at 7D13, please?  Don't put
7   that on the screen for just a moment.

8   Q.   If you could look at that in the book, 7D13?

9          THE WITNESS:  7B13?

10          THE COURT:  7D as in David.

11          MR. MAC MAHON:  Your Honor, we object to 7D13 as well.
12   This is just using this witness to get in all this hearsay
13   evidence, with no link to the defendant.

14          THE COURT:  Well, if this is referenced in something the
15   defendant wrote, that certainly is sufficient foundation to link
16   it.  Now, whether this is an accurate, an accurate description of
17   the fatwa is a different issue.

18          MR. MAC MAHON:  Well, there may be another fatwa, Your
19   Honor.  If they can link it up, the expert can tell us whether
20   this is the exact one or there was another one, that would be
21   helpful.

22          THE COURT:  Well, let's see where we go with that, but
23   certainly this appears to have been referenced.

24   BY MR. KROMBERG:

25   Q.   Mr. Kohlmann, I think you can now look at it on the screen.

# Kohlmann - direct

1   It may be easier.   7D13.

2   A.   Yeah, it's dated right here November 29, 2000.

3   Q.   Is that the fatwa that you are aware of that was issued by

4   Sheikh Uqla relatively recently in time to the March 7, 2001

5   article by Ali Timimi?

6   A.   Yeah.   This is, I believe, the version that was issued on

7   Azzam Publications' website.

8           MR. KROMBERG:   Okay.   Could we scroll down, make the

9   print bigger so it can be read?

10          THE COURT:   7D13 is in evidence.

11          MR. KROMBERG:   Thank you, Your Honor.

12          (Government's Exhibit No. 7D13 was received in

13   evidence.)

14          MR. KROMBERG:   Could we make it bigger?   Forget the

15   e-mail part.   Just go to the fatwa part.   No, actually, forget the

16   e-mail part.   Okay.

17          THE COURT:   You should be able to blow that up more than

18   that.

19          MR. KROMBERG:   I can try it on the Elmo, Judge, if

20   that's worth it.

21          THE COURT:   I don't think the jury can read that.   No,

22   they're shaking their heads no.

23          MR. KROMBERG:   Let me try it on the Elmo then.

24          THE COURT:   That's not any better.

25   BY MR. KROMBERG:

# Kohlmann - direct

1  Q.    Mr. Kohlmann, can you read the Uqla Ash-Shuaibi -- the
2  Hammoud Bin Uqla Ash-Shuaibi fatwa on the shariah implementation
3  of the Taliban government in Afghanistan to the jury?
4  A.    Sure.  Do you want me to start with "Question"?
5          MR. MAC MAHON:  The whole thing, Your Honor?
6          THE COURT:  I'm going to allow some -- can you highlight
7  what specific portions of this?  I mean, the full document --
8          MR. KROMBERG:  I can, and if you want, I'll read it
9  then, and I'll only read parts, but then I was suspecting
10  Mr. MacMahon would say I wasn't reading all of it.
11          THE COURT:  Well, wait a minute.  Ladies and Gentlemen,
12  the entire exhibit is in evidence, and you'll have the whole
13  exhibit when you go to deliberate, but to move things along, each
14  side -- again, on cross examination, there may be other portions
15  of this the defense wants read, but, Mr. Kromberg, you can
16  highlight those portions of it that you want the jury to hear
17  right now.
18          MR. KROMBERG:  Okay.  Thank you.  I think it might be
19  easier if I read it then.
20          "Question:  Some people hold doubts about the Shariah
21  implementation of the Taliban Government in Afghanistan.  What is
22  the reality regarding this government?  request from you a
23  comprehensive answer backed up by evidences.  May Allah protect
24  you."
25          THE COURT:  Now, hold up one second.  I don't know if

**J.A. 727**

## Kohlmann - direct

1  the jury has gotten a clear definition yet.  What is your

2  understanding of the word "shariah"?

3            THE WITNESS:  Shariah is Islamic law.  It's law derived

4  from the Koran and sunnah.

5            THE COURT:  All right, go ahead.

6  BY MR. KROMBERG:

7  Q.    What is the sunnah?  We've heard about that.

8  A.    It's the belief system.  It's the Islamic belief system.

9  Q.    You have to speak in the microphone.

10  A.    Sorry.  It's the Islamic belief system.

11  Q.    Okay.  The answer:  "Indeed to determine the implementation

12  or rejection of Shariah by a country depends on a number of

13  factors:  Firstly:  Its legislation by the Book of Allah and the

14  Sunnah of His Messenger in all the branches of ruling and other

15  than it in other worldly dealings."

16            And then, "Indeed one of the most important components

17  of a country is its control of land.  It is well-known that the

18  Taliban Government has over 95% of Afghanistan under its control."

19  Actually, that's secondly.

20            "Thirdly:  That its relations and dealings with other

21  countries are established on the basis of the Noble Deen."

22            What is the Noble Deen?

23  A.    The religion, Islam.

24  Q.    And, "The Taliban Regime in Afghanistan has been proven to

25  fulfil these factors, so it is the only country in the World in

# Kohlmann - direct

1  which there are no man-made laws and legislations.  Rather, indeed

2  its legislation is established on the Shariah of Allah and His

3  Messenger in the Courts of Law, in the ministries, in the

4  governmental circles and in other establishments.

5          "As for the Muslim countries other than Afghanistan,

6  amongst them are those which legislate with man-made laws in their

7  totality and amongst them are those who contain Courts of Law

8  which are man-made in their totality."

9          Excuse me just a moment, Judge.  Just one moment, Judge.

10  I might have a better copy.

11          THE COURT:  Well, I'll tell you what:  I normally when

12  we start having these technology snafus think it's a good time for

13  the jury to take its break, and we're about at that hour, so why

14  don't we recess until 11:30.  Maybe you can get that set up by

15  then.

16          MR. KROMBERG:  Thank you, Judge.

17          (Recess from 10:10 a.m., until 10:30 a.m.)

18                  (Defendant and Jury present.)

19          MR. KROMBERG:  Your Honor, I think we have it fixed.

20          THE COURT:  All right.

21          MR. KROMBERG:  7D13?

22          And it's not because Mr. Williams has replaced

23  Mr. Alter.  They're equally good.

24          THE COURT:  It's the computer's fault, I know.

25          MR. KROMBERG:  That's right.  No, it's actually the bad

**Kohlmann - direct**

1  planning on the prosecutor's fault.

2  Q.    Okay.  We're going to start at the top, where it said,

3  "Thirdly" -- you can't see the "Thirdly" -- "That its relations

4  and dealings with other countries are established on the basis of

5  the Noble Deen.

6          "The Taliban Regime in Afghanistan has been proven to

7  fulfil these factors, so it is the only country in the World in

8  which there are no man-made laws and legislations.  Rather, indeed

9  its legislation is established on the Shariah of Allah and His

10  Messenger in the Courts of Law, in the ministries, in the

11  governmental circles and in other establishments.

12          "As for the Muslim countries other than Afghanistan,

13  amongst them are those which legislate with man-made laws in their

14  totality and amongst them are those who contain Courts of Law

15  which are man-made in their totality, but under the label of

16  Shariah of Allah and His Messenger.  Even the vast proportion of

17  the rulings in the so-called 'Shariah' Courts in these countries

18  are based on man-made institutions and legislative acts, so in

19  reality there is no difference between this type of ruling and the

20  ruling of man-made laws except by name.

21          "Amongst the evidences that the Taliban Government is a

22  Shariah Government is the fact that the disbelieving countries who

23  are enemies of Islam and the Muslims are hostile towards it, have

24  imposed an economic boycott on it, isolated it and tightened their

25  grips on it for no reason other than its adherence to the Deen of

# Kohlmann - direct

1  Islam.

2          "Furthermore, military strikes are about to be carried

3  out on Afghanistan just like America attacked it with Cruise

4  Missiles in 1998.  At the same time, these same disbelieving

5  countries continue to support the Opposition Northern Alliance (of

6  Ahmad Shah Massood) with funds, weapons and advisors.  This itself

7  is clear evidence on the Shariah implementation of the Taliban

8  Government and that they are upon Truth in their fighting against

9  the Northern Alliance.  In addition, the failure of the

10  disbelieving nations to recognise the Taliban Regime as a nation

11  and a government further removes any doubt in the Shariah

12  implementation of the Taliban Government.

13          "Amongst other reasons that point to the fact the

14  Taliban Government is a Shariah Government is the fact that it

15  fulfils certain criteria as mentioned earlier, with the exception

16  that it is in urgent need of financial assistance due to its

17  limited financial resources.  Therefore we appeal to our Muslim

18  brothers and sisters around the World to assist it with financial

19  and material means and to support it with their media capabilities

20  because the enemies of Islam and their agents have deceived and

21  misguided most of the people until they have become confused as to

22  whether this is a Muslim Government or not.

23          "At this time, the Taliban Regime remains in a state of

24  warfare against its opposition, the Northern Alliance, so Jihad

25  with it is ordained by the Shariah because Jihad with the Taliban

**J.A. 731**

## Kohlmann - direct

1   is against the Northern Alliance which is being funded by the
2   forces of Disbelief like America, Britain and Russia and others
3   who are calling for a broad-based government in Afghanistan
4   established upon a Western legislative system.  Since the
5   situation is like this, then indeed it is obligatory to assist the
6   Taliban Regime and to make Jihad with it in order to bring victory
7   to Islam and in order to cooperate upon all acts of piety and fear
8   of Allah."

9          And I will stop reading there, but there is more.

10         Now, Mr. Kohlmann, it mentioned America attacking the
11  Taliban with cruise missiles in 1998.  Can you explain what that
12  reference is?

13  A.   In late August 1998, in response to the East Africa Embassy
14  bombings engineered by Al-Qaeda and the Egyptian Islamic jihad,
15  the United States fired cruise missiles from ships stationed in
16  the Indian Ocean across Pakistani air space into Afghanistan,
17  striking at suspected terrorist training camps housing various
18  operatives from groups affiliated with Al-Qaeda and also striking
19  a pharmaceutical factory in Khartoum, Sudan.

20         MR. KROMBERG:  All right.  Can we go back to 10J7,
21  please?

22  Q.   Okay.  And if we could -- actually, because we have a -- this
23  was the reference to Sheikh Uqla's recent fatwa and Sheikh Ali
24  Timimi on the Taliban and the statues reference, correct, to the
25  best of your knowledge?

**Kohlmann - direct**

1  A.    Correct.

2  Q.    Okay.  Now, I want to go to the paragraph from Sheikh Ali

3  Timimi on the statues:  "In general my response when asked is that

4  while I do not have all the facts to say unequivocally that the

5  Taliban represents THE Islamic state of our time and their emir

6  THE emir of the Muslims -- for to do so has its implications on

7  bay'a, hijra, nusra, etc. -- we can say the following we are

8  obliged to support all that they do which is in agreement with

9  Islam.  This is the same principle which is used time and time

10 again regarding those contemporary states (few as they are) which

11 still remain in the pale of Islam and the various Islamic groups

12 movements when they are do something that is within the bounds of

13 the Sunna.  In other words, our wala' does not have to be 100% or

14 nothing -- rather the principle of Ahl as-Sunna is that wala' is

15 shown to the degree someone is in agreement with Islam and the

16 Sunna.  Likewise, bara'a is also not 100% or nothing rather again

17 it is to be shown to the degree someone is at variance with Islam

18 and the Sunna."

19         Now, Mr. Kohlmann, if you can, explain if you can what

20 is the reference to the reader who reads this statement:  "I do

21 not have all the facts to say unequivocally that the Taliban

22 represents THE Islamic state of our time"?

23         MR. MAC MAHON:  Your Honor, objection to the question.

24         THE COURT:  I'm going to sustain that objection.  What

25 I'd rather have you do, though, is there are terms here I don't

# Kohlmann - direct

1  think the jury has heard yet.  What is bay'a, b-a-y-apostrophe-a,
2  if you know?
3          THE WITNESS:  I'm sorry, "its implications on bay'a," I
4  believe it's referring to a bay'a.  "Bayat" is plural.
5          THE COURT:  All right.  We've heard "hijra."  How about
6  "nusra"?
7          THE WITNESS:  I'm not familiar with the exact meaning of
8  that term.
9          THE COURT:  All right.  Then there was the term wala',
10 w-a-l-a-apostrophe.  What does that mean?
11         THE WITNESS:  Wala' wal Bara'.  I believe it's referring
12 to the necessity.  Wala' wal Bara' usually refers to the
13 necessity, but I'm not exactly sure of the exact meaning here.
14 BY MR. KROMBERG:
15 Q.  Those are religious terms that you're not an expert in?
16 A.  Yeah.  I wouldn't want to venture an opinion on those areas.
17         THE COURT:  All right.
18 BY MR. KROMBERG:
19 Q.  Okay.  Let me go back to what you may have an opinion on, and
20 that is the issue of whether "the Taliban represents THE Islamic
21 state of our time and their emir THE emir of the Muslims."  What
22 does that refer to?
23         MR. MAC MAHON:  Your Honor, that's far beyond the scope
24 of what this expert -- what did this person mean by this?
25         THE COURT:  Unless those particular terms exactly as

# Kohlmann - direct

1   quoted there are terms of art based on your understanding as an
2   expert in this area, what was going on in the mind of the author
3   this man cannot testify to.

4           MR. KROMBERG:  Right.

5   Q.   Mr. Kohlmann, were -- is the question of whether "the Taliban
6   represents THE Islamic state of our time," is "THE Islamic state
7   of our time," is that a term of art in the field of Afghan
8   politics in the late 20th Century?

9   A.   I'm not sure I understand what your question is.

10  Q.   What is the -- does the term "THE Islamic state of our time"
11  mean something in particular to you as an expert in modern Afghan
12  politics?

13  A.   Well, it means -- it's referring to the Islamic Emirate, the
14  idea that Afghanistan will serve as the base for the Islamic
15  Emirate to expand beyond the borders of Afghanistan, ultimately
16  to, again, to create like a United States of Islam.  You need a
17  first state, and this would -- the idea is the Islamic state
18  meaning the basis for that eventual reestablishment of the empire.

19  Q.   Okay.  Thank you.  All right, that's it for 10J1.

20          It did mention the bayat.  The judge asked you about
21  bayat, and that's the bayat that Mullah Omar, you described, that
22  Bin Laden made to Mullah Omar?

23  A.   I believe so, but I can't be sure from the context.

24  Q.   Okay.  I'd like you to look at 7D3.

25          Do not put it on the screen because I'm not sure whether

# Kohlmann - direct

1    it's in evidence yet.  I forgot.

2              THE COURT:  It came in through Mr. Surratt.  It's in.

3              MR. KROMBERG:  Okay.  Can we put on 7D3, please?  There

4    we go.

5    Q.   Mr. Kohlmann, can you tell us who Sheikh Salman -- is there a

6    Sheikh Salman who made a statement about the -- in the time of

7    October 2001 about the Taliban?

8              MR. MAC MAHON:  Your Honor, I object to the use of this

9    expert witness to try to bring in these statements.  This is

10   beyond the scope of what he was proffered for.  He's not -- he has

11   nothing to do with modern Afghan politics, what someone in Saudi

12   Arabia may have said.  It's just a backdoor method to get in

13   hearsay, Your Honor.

14             MR. KROMBERG:  Judge, I'll be happy --

15             THE COURT:  Well, wait.  This exhibit is already in

16   evidence, so it's in evidence.  It came in through Mr. Surratt.  I

17   don't need -- we don't need cumulative evidence on this, so if

18   there's something in addition you want to ask this witness about

19   it --

20             MR. KROMBERG:  Yes, Your Honor, thank you.

21   Q.   Who is Sheikh Salman?

22   A.   Well, given the context here and given the other names that

23   are mentioned, it appears that the reference is to Sheikh Salman

24   Al-Ouda, who is one of two clerics -- primary clerics in Saudi

25   Arabia surrounded by a group of others that are known as the

**Kohlmann - direct**

1   awakening sheikhs.  They are considered to be close friends of

2   Usama Bin Laden, and they're considered to be a primary

3   ideological and spiritual influence on both himself personally and

4   on his movement.

5   Q.    Was Sheikh Salman's imprisonment in Saudi Arabia any factor

6   in what Bin Laden's position against the United States is?

7           MR. MAC MAHON:  We're getting far afield in this case,

8   Bin Laden and why people are in prison in Saudi Arabia.  There's

9   no tie-in to the defendant to any of this.

10          THE COURT:  I'm going to sustain that objection unless

11  you can tie it up.

12  BY MR. KROMBERG:

13  Q.    What was one of the causes of Bin Laden's declaration of war

14  against the United States that may have involved Sheikh Salman?

15  A.    In an interview with a Western reporter before 9/11, Bin

16  Laden indicated that the moment upon which he decided that he

17  needed to step forth and take physical action was upon the news of

18  the arrest of his old friend, Sheikh Salman Al-Ouda.

19  Q.    Now, who is Sheikh Ibn Jibreen?

20  A.    This is another cleric from, from the Arabian Peninsula, also

21  generally considered to be fairly conservative among the awakening

22  clerics, although I believe Ibn Jibreen is generally considered to

23  be closer to the Saudi regime than Salman Al-Ouda.

24          MR. KROMBERG:  Okay.  Can we go down on the page?

25  Now -- please keep going.

**Kohlmann - direct**

1  Q.   Now, with the reference to the Peninsular sheikhs, who are
2  the Peninsular sheikhs -- or, excuse me, what are the Peninsular
3  sheikhs?
4  A.   Well, "Peninsular" refers to the Arabian Peninsula, and when
5  you're talking about the Arabian Peninsula, you're generally
6  talking about the clerics from Saudi Arabia, particularly the
7  awakening sheikhs like Salman Al-Ouda, and you'll also see Sheikh
8  Ibn Jibreen's name on there as well.
9  Q.   Okay.  Who is Sheikh Shuaibi?
10 A.   That's -- I believe we just went over his name earlier.  It's
11 Sheikh Hammoud Bin Uqla Ash-Shuaibi.
12 Q.   Salman is Salman Al-Ouda that you just mentioned?
13 A.   That's correct.
14 Q.   And Ibn Jibreen you just mentioned?
15 A.   That's correct.
16 Q.   And Safar is Safar Hawali?
17 A.   That's correct.
18 Q.   Okay.  Now, when it says that so far of the Peninsular
19 sheikhs, these sheikhs have spoken out without any ambiguity, are
20 you familiar with what Safar al-Hawali, what his statement was
21 that's referred to as Sheikh Safar al-Hawali's latest statements?
22        MR. MAC MAHON:  Objection, Your Honor.  Hearsay.  It's
23 clearly a back door for some sort of --
24        THE COURT:  Approach the bench, please.
25        (Bench conference on the record.)

**J.A. 738**

**Kohlmann - direct**                              594

1           THE COURT:  How much longer is this type of testimony
2  going to be?

3           MR. KROMBERG:  Virtually none.  Judge, part of this is
4  again a red herring.  In the interview with Agent Wyman, Ali
5  Timimi identified Hawali's statement to the Ummah, the very
6  document that Surratt was going to testify about --

7           THE COURT:  All right.

8           MR. KROMBERG:  -- and that Kohlmann is going to say,
9  "Yes, this is the one that I found myself."

10          Mr. Timimi has already said that that's the one.
11  There's no real dispute that that's the one, and we're just going
12  to ask this witness, "Did you find Hawali's statement to the
13  Ummah?," and expect him to say, "Yes, this particular document,"
14  and then we're going to be moving on to a different area.

15          MR. MAC MAHON:  Your Honor, this whole -- this is all
16  this guilt by association I talked about in my motion in limine.
17  We're now talking about why did Bin Laden declare war, all of
18  these things.  This is all extremely prejudicial.

19          And we're getting into the -- the Hawali fatwa has not
20  come into evidence yet, and using an expert witness to ask him if
21  he saw it and get it in that way is entirely improper.

22          THE COURT:  Well, in the interview of the defendant, was
23  the fatwa shown to him?

24          MR. KROMBERG:  Yes, Judge.

25          THE COURT:  And he acknowledged seeing it?

1          MR. KROMBERG:  Yes.  If you may recall from one of

2    the --

3          THE COURT:  Then why don't you just put it in that way?

4          MR. KROMBERG:  Because that's not going to come until

5    later.  We have to match up to other references -- all these

6    references to Hawali, when the Court talks about a jigsaw puzzle,

7    this is an important piece of the jigsaw puzzle that in reality

8    there's no dispute about.

9          THE COURT:  All right.

10         MR. MAC MAHON:  Your Honor, if we put in the exact one

11   that the agent showed to him, they can do that, but that isn't

12   what they're trying to do.  They're trying to go around and use

13   the Arabic ones, using different ones.

14         MR. KROMBERG:  We'll put the --

15         THE COURT:  Do you have the --

16         MR. KROMBERG:  It's 10J2 or 10J3.  I have to go back and

17   see.

18         The 10Js, Your Honor, are the documents that were shown

19   to Mr. Timimi, not this one.

20         THE COURT:  10J1 --

21         MR. KROMBERG:  That's the Uqla fatwa.  There should be a

22   bunch of 10Js.

23         THE COURT:  10J2 -- all right.  This is the Ummah,

24   right?

25         MR. KROMBERG:  That's the Uqla, yes.

1           THE COURT:  All right, this is 10J7.  10J7 is the
2  defendant's statement.  10J8, 10J9 is the --
3           MR. MAC MAHON:  That's the e-mail about the American
4  dying shaheed, Your Honor.
5           MR. KROMBERG:  No, it's not.  That's e-mail that
6  references the --
7           THE COURT:  Wait a minute.
8           MR. KROMBERG:  I'm sorry, Judge; I must have it wrong.
9           THE COURT:  That's all right.
10          MR. KROMBERG:  Judge, 7A23.
11          THE COURT:  7A what?
12          MR. KROMBERG:  23.
13          MR. MAC MAHON:  Your books are working better than ours,
14 Judge.
15          THE COURT:  Here's 7A23.  This is a statement to the
16 Ummah?
17          MR. KROMBERG:  Correct.
18          THE COURT:  Hold on.  And this has the agent's initials
19 on it.
20          MR. KROMBERG:  Correct.
21          THE COURT:  So this is the one that's shown to the
22 defendant.
23          MR. MAC MAHON:  And that's the one that's missing the
24 last 11 pages of the translation as well.  They can put that in
25 through -- they don't need to get everything else in through --

1          THE COURT:  Show this one to the witness, and you can

2   ask him about that.

3          MR. KROMBERG:  Thank you.

4          MR. MAC MAHON:  Thank you, Your Honor.

5          (End of bench conference.)

6          THE COURT:  All right, we're going to move on to 7A23.

7   There apparently was a previous objection to that which I've

8   sustained.  However, based on the bench conference we've now had,

9   I am vacating that ruling, and 7A23 will be moved into evidence at

10  this point.

11         (Government's Exhibit No. 7A23 was received in

12  evidence.)

13         THE COURT:  I will advise the jury that this document is

14  not complete.  It's missing ten pages, but -- the one that I have

15  is missing ten pages.

16         MR. KROMBERG:  Judge, that's what Mr. MacMahon says, but

17  that's not correct.

18         THE COURT:  Well, in any case, I've moved it in.  It is

19  what it is, all right?

20         MR. KROMBERG:  Thank you, Your Honor.

21  Q.   Mr. Kohlmann, do you recognize "A Statement to the Ummah

22  Concerning the Recent Events"?

23  A.   Yes, it is.

24  Q.   Is this the statement to the Ummah by Sheikh Hawali that you

25  understand was referenced in the last e-mail we were looking at?

# Kohlmann - direct

1  A.    Yes, I believe it is.

2  Q.    Now -- can you make that section bigger?

3         Mr. Kohlmann, when it says, "Translator's Note:  The

4  Sheikh (may Allah reward him) has written this document in the

5  light of the events surrounding September 11, however it is

6  important to note that the war in Afghanistan had not yet begun,"

7  who wrote that, the translator's note?

8         MR. MAC MAHON:  Objection, Your Honor.  If he knows.

9         THE COURT:  If you know.

10        MR. MAC MAHON:  He's never seen this document before.

11        THE COURT:  Wait a minute.

12        If you know, and if you don't know, Mr. Kohlmann, do not

13 guess.

14        THE WITNESS:  No, I have no idea who the identity of the

15 translator is.

16        THE COURT:  All right.

17 BY MR. KROMBERG:

18 Q.    All right.  Have you ever seen this document before?

19 A.    Yes.

20 Q.    Where?

21 A.    I believe it was posted on Azzam Publications' website.

22 Q.    Okay.  I'd like you to turn to the last, the very last two

23 lines on the last page, which is page 22 of 22.

24 A.    Yeah.

25        MR. KROMBERG:  If you can make that bigger?

**J.A. 743**

# Kohlmann - direct

1  Q.    Where it says, "Pages 21-32 from this Bayaan of Sheikh Safar

2  haven't yet been translated.  As soon as they are translated, we

3  will upload them and notify our mailing list members," was this

4  the document that you saw on Azzam?

5  A.    I believe it is, yes.

6  Q.    Okay.  What you saw on Azzam was not -- did not have pages 21

7  to 32 because they hadn't been translated yet?

8  A.    I honestly can't recall whether or not it had pages 21

9  through 32, but the rest of the document is what I -- is what I

10  have, yeah.

11  Q.    Okay.  Now, let's go -- let's look at this document.  Let's

12  go back to the beginning.

13        And, Judge, this is a long document.  I will try to take

14  particular parts of it.

15        THE COURT:  All right.

16        MR. KROMBERG:  I'm going to read parts of it.  "I have

17  been led to write this piece in order to absolve myself of the

18  responsibility, as well as an insistence by the Ummah, and also

19  given the enormity of the events of which this is only the

20  beginning.  We pray that the conclusion is beneficial for the

21  Ummah."

22        Let's go to page, go to page 2 of 22.

23        "So, after all, what are the various successive

24  civilizations, they are nothing but settlements and ages that are

25  subjected to the Sunnah (way) of Allah that is neither exchanged

## Kohlmann - direct

1  nor removed [even if those civilizations dislike it]?  And what is
2  America except a town amongst the many which brought it [calamity]
3  upon itself with sins?"

4        Go down to the next paragraph, where it says "The
5  tolerance shown."  "The tolerance being shown by Allah for this
6  tyrannical nation (i.e. America) is most amazing.  They combine
7  the despotism/haughtiness of the Aad, the transgression of the
8  Thamud, the arrogance of Pharaoh, the foulness of the people of
9  Lot and the fraudulence and niggardliness of the people of Madyan.
10 To this they added the cunning plots of the Jews, their ardent
11 desire for life, playing with words and claims of
12 self-righteousness elevating themselves above all others besides
13 them.  So what can be awaited for them except that Allah brings on
14 them the Ways with which He dealt with those who have passed and
15 such days from Allah come upon them incessantly?  It is not
16 strange at all that their High Priest declared, 'This is only the
17 beginning!'

18        "As for me I say that if Allah doesn't wipe them out
19 totally it is for a high wisdom known to Allah."

20        Let's go to page 3 -- in fact, let's go to page 4.

21        MR. MAC MAHON:  Your Honor, is there a question, or are
22 we just reading excerpts from this document?

23        THE COURT:  I'm letting the government publish, as you
24 may also publish, from documents to give the jury context.

25        MR. MAC MAHON:  Thank you, Your Honor.

# Kohlmann - direct

1        THE COURT:  All right.

2        MR. KROMBERG:  Okay.  Let's go to the top of page 6,

3   please.  "Aiding the Non-Muslims over Muslims -- no matter which

4   form of aid or cooperation it be, even if it is merely in

5   speech -- this is clear Kufr and sheer hypocrisy."

6        THE COURT:  Stop.  Do you know what the word "Kufr"

7   means?

8        THE WITNESS:  Yeah.  It means -- Your Honor, it means

9   disbelief.  The noun form, if you're talking about people who are

10  disbelievers, would be Kufr or infidels.

11       THE COURT:  All right.

12       MR. KROMBERG:  Okay.  Let's go to the bottom of page 6.

13  "So now how would it be, given that the goal is to wipe out a

14  whole Muslim community and thereby take revenge for the successive

15  defeats of the Crusaders at this community's hands (i.e. the

16  Muslims) -- from as far back as a century and a half until the

17  expulsion of the Russians from it?  How the whole world speaks of

18  a sweeping all-out attack whose frontline is in Afghanistan, the

19  rear is all the way back in America and it stretches over the

20  depths of the oceans while its mission is to exterminate a

21  hunger-stricken community from the Ummah of Muhammad (s.a.w.), and

22  they will surely follow-up after this nation with others and yet

23  those Journalists and the Public Speakers (in their Sermons) from

24  amongst the people of Islam will speak of aiding the attack and

25  the campaign against terrorism and describe the Mujahideen as

## Kohlmann - direct

1   'terrorists.'  They fall into the trap of deceptive terminologies
2   and declare that 'Allah has forbidden Terrorism' or 'the religion
3   of Islam is free from Terrorism,' whereas in reality, the
4   terrorising of the enemies of Allah is a requirement as stated in
5   the Book of Allah, {And make ready against them all you can of
6   power, including steeds of war to threaten the enemy of Allah and
7   your enemy}.  And victory by fear is one of the special
8   characteristics of this Noble Prophet and his Ummah (may the peace
9   and blessings of Allah be on him and them)."

10          The next sentence goes down, "As for the various
11  divisions of Kufr, each of them defines Terror as he pleases.  But
12  they all agree that the Muslim mujahid in Palestine, Lebanon,
13  Chechnya, Kashmir, Philippines or Eritrea is a 'Terrorist'!!
14  Moreover, every Muslim who enters an airport is liable to be
15  discredited and labelled so.

16          "And let it be known to everyone who did condemn and
17  denounce in such a manner that this is essentially a permission
18  from him to them for revenge!  And America doesn't want from the
19  public any more than this.  Then it will decide by itself how that
20  revenge will be, specify who is to be included in this treatment
21  and to what extent the vengeance will be carried out -- it will
22  decide on all of this, unaccountable to any and without anyone to
23  oversee it."

24          Let's move on to page 8, to the bottom of page 8, the
25  last full paragraph.  Thank you.

## Kohlmann - direct

1      "So the Muslims are one Ummah and their responsibility
2  and pacts are undertaken by the least of them [in status] and they
3  are all one single hand on others besides them.  Whoever amongst
4  them stands up to undertake a facet of religion be it to do with
5  knowledge, Dawah or Jihad, loving him and supporting him becomes
6  obligatory, while they ought to all strive to have their efforts
7  done side by side supplementing each other and completing.  But if
8  the people of knowledge started attacking the people of Jihad or
9  the latter deny and disavow the former and so on, then the
10 strength and spirit of the Believers will disappear and their
11 ranks will scatter and split up amongst themselves and they will
12 fall in the way of those who incurred the wrath (of Allah) or the
13 way of the astray."

14      Let's move on.  Page -- skip page 9 and 10.  So page 11:
15      "So here it is asked, did these exceed and transgress in
16 what they did with America -- if it ever gets proven that they in
17 fact did it -- is it exceeding what America did with the Muslims
18 everywhere?

19      "We leave the answer to the readers and say that the
20 saying of Allah, the Exalted, {Then whoever transgresses the
21 prohibition against you, you transgress likewise against him.}
22 may not necessitate the equality in the number of the dead or the
23 wealth for this is a matter that cannot be specified in every
24 case.  But what is intended is to meet an action with an action:
25 killing with killing, taking prisoners with taking prisoners and

# Kohlmann - direct

1   causing wreckage and destruction with causing wreckage and

2   destruction."

3          Go on to page 12, under subheading Ten:  "If a Muslim

4   did ijtihad (strove to find the correct standpoint according to

5   Islam) in aiding the religion and taking revenge against the

6   unjust Kuffar (Non-believers) for his Muslim brothers and in order

7   to cause a loss amongst the Kuffar but he erred in his judgment

8   then he is nevertheless rewarded for his intention despite the

9   mistaken action."

10          Go down to the next paragraph:  "This Muslim --

11   supposing that he erred in taking revenge against the enemy or

12   that he erred in considering someone to be an enemy who is not an

13   enemy -- this Muslim is no more sinful than the perpetrators of

14   Major Sins like adultery, theft, and impiety towards the parents."

15          The last full paragraph on the page:  "As for such

16   people going as far as to call them Kuffar (Non-muslims), that

17   accuser is doing one of the Major Sins and it is feared that it

18   may come back on him, and we ask Allah to keep us safe."

19          Then at the very bottom:  "Eleven.  There may be some

20   clues from the incident that point to the involvement of some

21   youngsters who may be related to this, but there is no inference

22   or any doubt that the careful planning and the study of the

23   aftermath of such an action are far more greater than what the

24   minds of these youngsters can come up with, especially considering

25   that most of these had not even left their country except a few

# Kohlmann - direct

1  months ago."

2        On page 13, subheading Twelve:  "The constraints placed
3  by most of the Arab Governments on its citizens is a main reason
4  for the unqualified emotional support shown by these masses for
5  everything that is done by these people as well as the support to
6  them that is given by an increase in the individuals."

7        The bottom of page 13, the two last full sentences:
8  "They are people who devote themselves for what they have vowed to
9  do and strive to be sincere in it and they do a lot of Dua
10 (supplication) in humility.  The pious Muslims everywhere pray for
11 them.  Yet despite this they are forced and anguished over what is
12 happening to them and to their Ummah.  Therefore, their acts come
13 in a way that resembles miracles whether it is in Afghanistan,
14 Chechnya, Somalia, Kashmir or Bosnia.  If it is true that the
15 explosions that occurred in Khobar, Aden, East Africa and America
16 is from them, then these are yet another example."

17        Go down two more paragraphs:  "The enemy has declared a
18 war against us psychologically and against our values.  Some
19 amongst us have been found to be following them and promoting and
20 propagating their ideas and terminologies amongst us.  Otherwise,
21 when was The Pentagon ever regarded 'an innocent'!  Wheras, it is
22 in the words of an American thinker, Ghour Fidal, and the likes of
23 him as well as the common folk in America, the Pentagon is
24 regarded as the 'hell's retreat,' 'the home of conferences that
25 make mischief in the world' or the 'Devil's nest' -- all of this

**J.A. 750**

## Kohlmann - direct

1  besides its being the biggest military target in the world.  They
2  made such similar references also of what is the pit of espionage,
3  the nest of Mafia, the centre of usury and the washer away of
4  wealth -- i.e., The World Trade Centre!!"

5  Okay.  Let's move on to page 15.  Then we go on to page
6  16 actually and 17.  Okay.  Actually, I want to go to the bottom
7  of page 18, the last sentence on page 18:

8  "At the height of the anger and emotions the incident
9  occurred and the Muslims rejoiced everywhere -- not gloating over
10  other's misfortune nor sympathising with the perpetrator about
11  whose identity there is still not a clue -- but it was more a
12  release and letting off the feelings from frustration over all
13  that subjugation.  And it was also out of hope that this incident
14  would finally lead the Americans to stop its tyrannical government
15  after having tasted for one day what the Muslims go through every
16  day and in every place -- particularly in Palestine -- and this
17  too over long decades!!"

18  Go down two more paragraphs:  "Once more we find
19  ourselves in front of another problem that was created by America
20  itself and we find grave injustice adopted and followed by America
21  and its Allies!!

22  "So let us then get to know the Taliban and its
23  position -- with justice -- in the following section."

24  Go on to the bottom of page 20, the second-to-last full
25  paragraph on page 20:  "So it is not true what the Western Media

# Kohlmann - direct

1  keeps repeating that Taliban is a creation of America and the
2  magic turned against the magician.  But the truth is that the
3  Americans want an American Islam whereas these established an
4  Islam true according to their believes (aqeedah) and Jurisprudence
5  (madhhab), and it is from here that the two paths separated.  One
6  thing that is certain is that the success of Taliban was one of
7  the character above anything else, and they returned to the
8  Muslims some of the hope that the factions there had destroyed,
9  and they rekindled in the Ummah the idea of establishing a country
10 based on the Aqeeda (religious beliefs) -- a country that observes
11 the texts of the Quran, the Sunna and the scholars of
12 Jurisprudence (Fiqh) as opposed to the crooked contemporary ways
13 and the bendable International Law.

14         "As for what is related to terrorism, all the just
15 people would be in agreement that the Government of Taliban is the
16 one that wiped it off and bought peace and security even to the
17 corners of the country as it did in wiping off many of the sources
18 of mischief including the plantation of Drugs."

19         Next page, top of 21:  "As for the lies of the Western
20 Media about the oppression of the women and drug trafficking, they
21 were absurd and regarded so by the Muslims and they actually
22 produced the opposite effects -- let alone the other issue of
23 forbidding the missionary activity by the Christians and the issue
24 of demolishing the statues.

25         "In fact, the scholars who visited Afghanistan for

## Kohlmann - direct

1  inspection of the affair of the demolishing the statues stated
2  clearly that what they saw was actually the opposite of what they
3  had heard and that they were the scapegoats of the Western Media
4  distortion and they alerted the Muslims of that.

5       "As for the other problem that actually became the
6  source of all problems(!) i.e., giving refuge to Terrorists -- it
7  is not possible for anyone who looks at it with justice and
8  fairness to do any thing but adopt the Islamic position of
9  Taliban, which at the same time is the humane position and the
10 correct position politically with regards to those left behind
11 from the Arab Mujahideen."

12      The next paragraph, actually, it's a worthwhile
13 paragraph but it's long.  We'll skip it and go down to the next
14 one after that.  Thank you.

15      "As for the Taliban standing by the right of granting
16 and maintaining the protection -- except to make it void for a
17 reason that is valid according to Sharia -- this is a gesture that
18 ought to be thanked for, although necessity does have its own
19 rulings."

20      Page 22:  "Are we saying all this to defend Taliban?
21 And what do those who defend Taliban have to hope for,
22 particularly these days?!

23      "In fact, we say this in defence of the truth and
24 reality and to let the world know the extent of America's
25 haughtiness and its spite for all that has anything to do with the

**J.A. 753**

## Kohlmann - direct

1  real Islam and to let it be known the injustice and wrongdoing
2  which compels the moderate amongst the Muslims -- but even the
3  unaware and heedless -- to become extreme in his judgement against
4  America and declare his enmity for it. And to let the Arab
5  governments know that there is no escape for it from any of its
6  crisis except by returning to the Book of Allah (i.e. the Quran)
7  and the Sunna of His Messenger (s.a.w.) and the way of the
8  Righteous Caliphs, and by opening the door to Dawah and the
9  cultivation of the Youth in an Islamic way that is balanced and
10 based on Iman. And to let it be known to those doing the Dawah in
11 this country and others besides it that having patience with these
12 youth and embracing them with niceness in behaviour towards them
13 and seeking to understand their positions is the right solution
14 and the real way forward towards refining and cultivating them --
15 and not the way of attacking and defaming them from the pulpits
16 and regurgitating whatever the enemies of Allah say about them."
17          Mr. Kohlmann, was that the translation of the statement
18 of Ummah that you found?
19 A.   Yeah. I believe it was, yeah.
20 Q.   I'd like you to take a look at in your book 7D6.
21          THE COURT: Is there any objection to 7D6?
22          MR. MAC MAHON: I don't know that this witness has ever
23 seen this, Your Honor.
24          MR. KROMBERG: What I'm asking him to do is to identity
25 people who are named in 7D6, Judge.

**J.A. 754**

# Kohlmann - direct

1              THE COURT:  That's all at this point.

2              MR. KROMBERG:  Correct.

3              THE COURT:  All right.  Well, then don't show it to the

4    jury.  Just asked him the names.

5              MR. KROMBERG:  This was written by -- this is an e-mail

6    from Surratt at the top, Judge, and they were authenticated by

7    Surratt.

8              THE COURT:  Was this moved in?

9              MR. KROMBERG:  We moved this in, and I think we got

10   confused about --

11             THE COURT:  It's not in evidence at this point.

12             MR. MAC MAHON:  No, it's not.

13             THE COURT:  It was not moved in through Surratt.

14             MR. KROMBERG:  Okay.  Well, at this point, Judge, we

15   would move it in as an e-mail that Surratt said was his e-mail,

16   and I'd like to have Mr. Kohlmann identify who, if he knows, one

17   of the individuals that's mentioned here.

18             MR. MAC MAHON:  Objection, Your Honor.  Instead of

19   reopening the witness, this didn't come in, and --

20             THE COURT:  Well, wait.  Rather than the exhibit coming

21   in, you can ask the witness if he recognizes somebody's name --

22             MR. KROMBERG:  Thank you.

23             THE COURT:  -- but at this point, 7D6 is not in.

24             MR. KROMBERG:  All right.

25   Q.   On page -- if you could turn to page 3, when it says, "When

# Kohlmann - direct

1  the Mufti (Shaykh 'Abdul-'Azeez Aal ash-Shaykh)," who is that?

2  A.    That's the grand mufti of Saudi Arabia.

3           THE COURT:  I'm sorry, is what?

4           THE WITNESS:  I'm sorry, the grand mufti of Saudi

5  Arabia, Your Honor.  It's the head Islamic cleric of Saudi Arabia,

6  the state-appointed one I should say, the equivalent of not

7  necessarily the pope, but the pope for Saudi Arabia anyway.

8  BY MR. KROMBERG:

9  Q.    And who is Shaykh Saalih al-Lehaydaan, L-e-h-a-y-d-a-a-n?

10 A.    Well, at the time, I believe he was the chief justice of the

11 Supreme Judiciary Council, which is a council of clerics which

12 essentially advises the grand mufti, but I'm not sure if he still

13 is or not.

14 Q.    Now, when you mentioned Shaykh 'Abdul-'Azeez Aal ash-Shaykh

15 as the mufti, was there a well-known mufti immediately preceding

16 him?

17 A.    Yeah, Sheikh Bin Baz.  Sheikh Bin Baz is an extremely

18 well-known cleric.  He's very popular even now that he's gone.

19 He's still widely revered.  His writings are still publicized all

20 over the world and distributed in Arabic and English and half a

21 dozen other languages.

22          MR. KROMBERG:  Okay.  Now, on 7D8, also, we have the

23 same issue, Judge.  This was an e-mail from Surratt that was not

24 moved in -- or it was moved in, and then we stopped -- we got

25 diverted.  It was not moved -- we did not actually get it in

# Kohlmann - direct

1  through Surratt, but I did want to ask the witness about issues
2  that were raised in it.

3        MR. MAC MAHON:  Same objection, Your Honor.

4        THE COURT:  All right, the exhibit itself is not in
5  evidence at this time.  If you have to recall Surratt, so be it.
6  But in any case, let's just get to the question.

7        MR. KROMBERG:  May we approach on this issue, Judge?  It
8  might save some time.

9        THE COURT:  All right.

10       (Bench conference on the record.)

11       MR. KROMBERG:  Judge, the 7D series of exhibits were
12  moved in, and the Court ruled that Surratt's -- that what Surratt
13  was reading was not necessarily relevant, but they were
14  authenticated, but what we didn't mention at the time was that
15  some of them -- not all of them were Surratt's writings about
16  Sheikh Uqla's followers.

17       For example, this 7D8, Shibli Zaman was writing about
18  Sheikh Uqla's fatwa.  So it was authenticated, and it was relevant
19  to what Surratt was talking about because we'd like to move it in
20  because there's nothing other than Surratt is going to say that
21  yes, I wrote those.

22       THE COURT:  The fact that someone other than the
23  defendant made statements isn't relevant to this case.

24       MR. KROMBERG:  Your Honor, if I may, it explains the
25  Uqla fatwa that Surratt was looking into, that Sheikh Ali Timimi

## Kohlmann - direct

1  was referring to, here is the conversations that, by the way -- I
2  mean, another issue I can bring up is the 302 from John Wyman, the
3  interview of Mr. Timimi in the presence of his attorneys, he
4  subscribed to this very list.

5          THE COURT:  Well, then that's something you get directly
6  when you get to that part of the case, but this is too far afield.

7          The issue is not what Surratt knew.  Surratt is not even
8  named as one of the people who went off and did anything.  It's
9  other people.  That's too far afield.

10         MR. KROMBERG:  I think because the evidence is going to
11 come in that Mr. Timimi subscribed to this list, that these are
12 the references -- one of the key pieces of evidence in this case
13 is Mr. Timimi's e-mail on December 13, 2001, responding to people
14 on this list, saying, "Some of you have complained that I have
15 been silent on these issues.  I assure you my silence is
16 because -- is because he who is silent will be saved.  However, I
17 have had the ability to tell people in private meetings."

18         These e-mails, what Surratt took from the Al-Jazeera
19 list that Mr. Timimi admitted that he was a member of are the
20 e-mails, the government contends, are the e-mails that Mr. Timimi
21 was responding to when he says, "There have been -- you have
22 complained that I have been inexcusably silent."

23         So those are the e-mails that we know that he was on the
24 list, we know that they complain about the scholars being silent.
25 Therefore -- and Surratt says that these were e-mails --

**J.A. 758**

## Kohlmann - direct

1          THE COURT:  You may have to recall Surratt, but at this
2   point in the trial, it's simply not making any sense.  When you
3   get to the point of calling your agent and your agent testifies as
4   to what he exchanged with the defendant and what the defendant
5   said about various things, then it may be proper, but it's not at
6   this point.  So I'm sustaining the objection.

7          MR. MAC MAHON:  If I can, Your Honor, before we go so we
8   don't have to come back, here we go again, he's going to ask him
9   about Uqla and then try to put in the Uqla fatwa through this
10  witness, something you haven't let in before.  This guilt by
11  association, what other people are reading, what this guy is
12  reading, this dramatic reading of the espionage in the World Trade
13  Center is grossly prejudicial in this case, and there's no backup
14  for it at all.

15         THE COURT:  Well, again, the case goes in bits and
16  pieces.  If it all gets tied up at the end, that's not improper,
17  but at this point, it doesn't make sense to me to let it in, so
18  I'm going to sustain the objection.

19         MR. MAC MAHON:  Thank you, Your Honor.

20         THE COURT:  You can ask this witness while he's here if
21  there are names in here or words in these messages that the jury
22  would not understand and they need somebody to explain what they
23  mean.  That's all right without quoting from these documents, all
24  right?

25             MR. KROMBERG:  All right, Judge.  Back on the Uqla, I

**J.A. 759**

# Kohlmann - direct

1  thought the Uqla fatwa was allowed in, but even if it wasn't,
2  that's one of the documents that was shown to Mr. Timimi that his
3  initials are on.

4           THE COURT:  Then you get to it at that point, but this
5  is not right, and what Surratt is writing to people, what
6  Surratt's views are is irrelevant unless you have evidence that
7  Surratt got those views because Timimi told him to have that view
8  or led him to do that, and we don't have that at this point.

9           So I'm sustaining your objection.

10          MR. MAC MAHON:  Thank you, Your Honor.

11          THE COURT:  Let's move this along.

12          (End of bench conference.)

13  BY MR. KROMBERG:

14  Q.   Mr. Kohlmann, are you familiar --

15          THE COURT:  Wait, wait, wait.

16          All right.  Are we all set?  All right, now go ahead.

17  BY MR. KROMBERG:

18  Q.   Mr. Kohlmann, are you familiar with a dispute involving

19  Sheikh Uqla's fatwa and his usage of collateral damage?

20  A.   Are you referring to the in terms of killing innocent

21  Muslims?  Is that what you're referring to?

22  Q.   The post-9/11 fatwa.

23  A.   Are you talking about referring to killing innocent

24  civilians, correct?

25  Q.   Correct.

**Kohlmann - direct**

1  A.    Correct.  Yeah, I mean, there's a debate about that.
2  Generally, Saudi scholars tend to be against collateral damage,
3  but, you know, there's some debate over whether or not killing
4  innocent people or killing Muslims can be legitimized or not.
5  Q.    Was there a dispute among the Saudi scholars that was
6  particularly divided between those who were employed by the
7  government of Saudi Arabia and those who were not?
8          MR. MAC MAHON:  Your Honor, objection.  Can we have a
9  time frame to this in relation to the case?
10          MR. KROMBERG:  Post-9/11.
11          MR. MAC MAHON:  There's still no tie-in to the
12  defendant, Your Honor.
13          THE COURT:  All right, I'm going to at this point allow
14  this line of questioning subject to it being tied up at the end.
15  Go ahead.
16          THE WITNESS:  Well, there's a group of Saudi clerics,
17  some of whom who are more pro-government and some of whom are more
18  independent, and these clerics could all pretty much agree on
19  certain issues when it came to foreign policy.  In particular,
20  they could all agree that there were valid jihads going on in
21  places like Indonesia, Afghanistan, Kashmir, Bosnia, and they
22  could agree on issuing fatwas in this regard.
23          However, when it came to terrorist attacks directly
24  inside of the United States and inside Saudi Arabia, there grew a
25  split, because the Saudi government couldn't endorse something

1  like that, and by virtue of that, they couldn't have state clerics
2  endorsing that.

3         Thus, as a result, you do have a dispute growing between
4  some state clerics in Saudi Arabia, who say, well, jihad is fine
5  as long as it's in the Caucuses or it's in Afghanistan or Kashmir,
6  but once you bring back the jihad here, that's an illegitimate
7  jihad, versus others that consider themselves really more Salafi,
8  more purist.  The idea that, you know, you shouldn't make a
9  distinction just because of the fact that the Saudi government
10 tells you that that's wrong, if you think it's Islamically
11 correct, you shouldn't, you shouldn't go against it.
12 Q.   All right, thank you.

13        Now, I'd like to go to a slightly different area here,
14 talk about the various jihad groups before 9/11.  What groups were
15 engaged -- excuse me, since the Russians left Afghanistan, where
16 have the major jihad struggles occurred in the world?
17 A.   Following Afghanistan, following the war in Afghanistan, one
18 of the areas that Arab Afghan fighters that had been trained in
19 Afghanistan went was to first in Tajikistan.  A lot of people
20 don't realize this, but immediately following the Afghan civil
21 war, there was a similar civil war up north in Tajikistan, and
22 during that Soviet conflict, it pitted ex-Soviet rulers against a
23 renaissance, an Islamic renaissance party that was aided by the
24 Arab Afghans.  So a group of followers of Usama Bin Laden and
25 Abdullah Azzam left Afghanistan and went there.

## Kohlmann - direct

1        Others went to places like Kashmir, which is a disputed
2    area between Pakistan and India.  There was an ongoing battle that
3    had been going on for many years between Pakistan and India, but
4    there were some Pakistani Islamists who saw the Afghan jihad as an
5    opportunity to reinvigorate that struggle and add kind of a new
6    Islamic element to it, an element that would permit the ideas of
7    jihad and would encourage more Muslims not just from Pakistan but
8    from everywhere to participate.

9        Also, as I mentioned before, in 1992, a war began in
10   Bosnia pitting Bosnian Muslims against Bosnian Serbs and Bosnian
11   Croats.  Now, while Bosnian Muslims don't have really as close a
12   connection, I would say, initially anyway to the Afghan war, these
13   extremists in Afghanistan decided that the Bosnian war would be a
14   great opportunity to use this as a doorway to get to Europe.  A
15   jihad doorway is what they called it.  So a number of fighters,
16   several thousand actually, left to go to Bosnia and set up a
17   central base in Bosnia.

18   Q.   How about Chechnya?

19   A.   Chechnya came afterwards.  Immediately following the end of
20   the Bosnian war, in about 1995, a group of Arab Afghan fighters,
21   some of who had been fighting in Tajikistan, others who had been
22   fighting in Bosnia, and others still from Afghanistan, left to go
23   to the Caucuses, where there had been an ongoing civil war in
24   Chechnya, in the province of Chechnya, between Russian military
25   forces and Chechen nationalists.

# Kohlmann - direct

1    By 1995, the first phase of that war was nearly
2 complete.  It was essentially over, and by late 1995-early 1996,
3 the Russian forces, military forces began withdrawing wholesale
4 out of the Caucuses.

5    So essentially, when the Arab Afghans first arrived in
6 the Caucuses in 1995-1996, it was really at the very end stages of
7 the first Chechen war.

8 Q.    And how did the second Chechen war start?

9 A.    In late 1999, a group of Arab Afghan fighters led by a Saudi,
10 a young Saudi who had fought with Bin Laden in the late 1980s, a
11 Saudi by the name of Samir Al-Suwailem, better known as
12 Ibn-ul-Khatab, traveled --

13 Q.    Hold on just a second.

14 A.    Yeah.

15    MR. KROMBERG:  Can you put on 10G4, which is in
16 evidence?

17 Q.    Is that the person you're talking about?

18 A.    Yeah, that's Samir Al-Suwailem.

19 Q.    All right.

20 A.    He was -- he distinguished himself first in combat in
21 Afghanistan at the Lion's Den operation led by Bin Laden.  He then
22 went on to Tajikistan, where he again distinguished himself, and
23 in 1995, he left Tajikistan with a group of five other Arab
24 Afghans, various leaders of different Arab Afghan-affiliated
25 groups from predominantly Egyptian, Saudi, and Yemeni, and left to

**J.A. 764**

## Kohlmann - direct

1  go to Chechnya in order to found a jihad movement there, an Arab
2  Afghan-led jihad movement there.
3  Q.   And how did -- and you were talking about the second Afghan
4  war -- excuse me, the second Chechen war.
5  A.   During the period of approximately 1996 to 1999,
6  Ibn-ul-Khatab mobilized his forces in the Caucuses, recruited
7  foreign fighters from everywhere from Asia to Europe, and
8  established connections with local Chechen guerilla commanders,
9  some of whom actually had ties back to Afghanistan themselves.

10       In late 1999, this individual, Samir Al-Suwailem, better
11  known as Ibn-ul-Khatab, led a large group of fighters along with a
12  Chechen commander by the name of Shamil Basayev across the border
13  of Chechnya even though that peace had been established into the
14  neighboring Russian Republic of Dagestan, in the hopes of
15  establishing a second, quote-unquote, Islamic Republic next door.

16       This became -- this along with a series of apartment
17  bombings in Moscow became the impetus for the second Chechen
18  jihad, which for all intents and purposes continues up until this
19  day.

20  Q.   What happened -- what did the Russians do after Khatab went
21  to Dagestan?
22  A.   The Russians at that point decided to reinvade, and this time
23  they committed more military forces, and they were more determined
24  to hold territory.  While the Chechens, a combined force of
25  predominantly Chechens with a few Arab Afghans, had been able to

## Kohlmann - direct

1  move Russian forces out of Grozny in 1995 and '96 in a quite
2  desperate battle, the reverse happened in '99.

3          The Arab Afghans and the Chechens were quickly moved
4  backwards.  They suffered fairly large casualties.  So did the
5  Russians.

6          But in general, while, while initially Ibn-ul-Khatab and
7  his Chechen allies had been able to run free in Chechnya, the
8  Russian military advance slowly pushed them into mountains and
9  more remote areas.

10  Q.   Was Ibn Khatab part of the Chechen Republic military?
11  A.   No.  He, he was actually a leader of a unit that he called
12  the Al-Ansaar Brigrade.  "Al-Ansaar" means the supporters or the
13  partisans.  In modern context, "Al-Ansaar" has come to refer
14  really to foreign fighters, foreign mujahideen fighters who travel
15  from conflict to conflict around the world.

16          It's really like, kind of like tourism.  It's jihad
17  tourism.  They go from conflict to conflict to experience the
18  struggle, to help the struggle, to help expand the struggle, and
19  then once their role is over, then they jump to the next conflict.
20  Q.   Was what Khatab did in Dagestan, was that in his role as part
21  of the Chechen Republic government, or was that separate?
22  A.   No, that was part of his role -- himself and Shamil Basayev
23  formed an organization that has many names, but I generally refer
24  to it as the Islamic Army of the Caucuses.  It was an independent
25  military force that unfortunately has now become the predominant

## Kohlmann - direct

1   military force in Chechnya, but it was one that was, it was
2   founded on the basis of Arab Afghan military commanders combined
3   with local Chechen contacts, kind of a fusion of the Al-Ansaar
4   Brigade with local Chechen extremists who were willing to accept
5   radical Salafism or Wahhabism, whatever you want to call it, a
6   radical form of Islam in exchange for material support, weapons,
7   finances, you name it.
8   Q.   You use the name "Wahhabism."  Can you spell that and tell us
9   what it is?
10  A.   Yeah.  Wahhabism, W-a-h-h-a-b-i-s-m.  Wahhabism, it's really
11  a pejorative term.  It's come to refer to a form of Islam that was
12  started by Ibn ul-Wahhab in Saudi Arabia.
13          "Wahhabism" is kind of a generic term that refers to the
14  Saudi, I guess the Saudi brand of Islam.  However, many Wahhabis
15  would describe themselves as Salafis.  Wahhabi is essentially
16  Saudi Salafis.
17  Q.   Are you familiar with a commercial -- commercially available
18  DVD called "Russian Hell 2000"?
19  A.   Yeah.  I purchased it from an Al-Qaeda clearing house in
20  London in approximately 1999.
21  Q.   Are you familiar with the scene in which Khatab kills the
22  wounded Russian soldier?
23          MR. MAC MAHON:  Your Honor, objection to the relevance
24  of this.  We've already seen the video.
25          THE COURT:  This sounds like this is going to be

**J.A. 767**

# Kohlmann - direct

1   cumulative.

2          MR. KROMBERG:  I have a different -- just wanted to set

3   the --

4          THE COURT:  Is this the foundational question?

5          MR. KROMBERG:  Yes, Judge.

6          THE COURT:  All right, overruled.

7   BY MR. KROMBERG:

8   Q.   Was that a subject of some controversy?

9   A.   It's an epic scene.  It's a scene that still today is traded

10  by jihad supporters everywhere.  It's a very --

11  Q.   Was it a subject of controversy in that some people thought

12  it was wrong; some people thought it was right?

13  A.   Yeah.  I mean, there was a question over whether or not it

14  was permissible to execute a prisoner of war, because technically,

15  under the laws of Islam, depending on how you interpret them, the

16  laws of Islam in battle mean that you have to give protection to

17  those who surrender to you.  You're not supposed to kill innocent

18  people.

19          So the scene of Khatab dragging an injured Russian

20  soldier and executing him and laughing about it, it did draw some

21  comments, I think, that were critical.

22  Q.   How was that or was that resolved?

23  A.   Yes.  Through a Western outlet for propaganda from

24  Ibn-ul-Khatab, a fatwa was released, a fatwa that was directly --

25  actually said directly in response to the comments, the criticisms

## Kohlmann - direct

1  that were received as a result of this execution and as a result
2  of the execution of five Russian Special Forces officers, and it
3  was pretty indignant.  The explanation was is that we're not going
4  to comment --

5          MR. MAC MAHON:  I'm going to object.  There's no, no
6  relevance in this case to whether Khatab got approval for what he
7  did from somebody.

8          MR. KROMBERG:  Well, as a matter of fact, yes, Judge,
9  there is, because if this was a topic of significant
10 conversation --

11         THE COURT:  I'm going to overrule the objection.  I
12 think it's within the scope of what's been coming in in this case.

13         MR. KROMBERG:  Thank you.

14 Q.   Please continue.

15 A.   I believe the fatwa was issued from scholars in the Arabian
16 Peninsula, the same scholars that Khatab relied on in order to --
17 because there were numerous, there were numerous statements issued
18 by clerics in Saudi Arabia endorsing Khatab, endorsing jihad in
19 the Caucuses, saying that it was a legitimate one, saying that
20 Muslims everywhere should participate in terms of funding and
21 whatnot, and thus, that was probably the natural place for them to
22 look for support when it came to a fatwa, even when it came to
23 permissibility of executing prisoners of war.

24         THE COURT:  I'm sorry, just so I'm clear, you keep
25 talking about Khatab.  Is that "Khatab"?

## Kohlmann - direct

1              THE WITNESS:  "Khatab."  Yeah, it's Samir Abdullah
2    Al-Suwailem, the individual that's on the screen here.
3    BY MR. KROMBERG:
4    Q.    Where did you access that fatwa on the permissibility of
5    executing the prisoners of war?
6    A.    I accessed it on the website of Azzam Publications for the
7    jihad in Chechnya, which was directly set up according to
8    Ibn-ul-Khatab himself, Samir Al-Suwailem, was set up directly to
9    carry statements for the mujahideen and was set up to endorse
10   propaganda outlets, was set up to set up bank accounts.  If
11   somebody wanted to donate to the mujahideen, they would spread
12   information on how to do that on there.
13             MR. KROMBERG:  I would show it to the witness, but I
14   can't find it at the moment.  It's somewhere on my desk, and I'll
15   be looking for it the next chance I get.  So let me move on,
16   Judge.
17   Q.    Mr. Kohlmann, are you familiar with the organization known as
18   Lashkar-e-Taiba?
19   A.    Yes.
20   Q.    What is Lashkar-e-Taiba?
21   A.    Lashkar-e-Taiba, which means roughly Army of the Righteous,
22   sometimes known as Army of Medina, was a Pakistani Islamist group
23   that was formed in late 1980s inside of Afghanistan.  The founder
24   of -- the Pakistani founder anyway of Lashkar-e-Taiba, Hafiz
25   Mohammed Saeed, was a mujahideen, part of the mujahideen during

**J.A. 770**

## Kohlmann - direct

 1  the Soviet-Afghan war, and had fought under an Islamist commander,
 2  an Afghan guy who was known for his, you know, rather extreme
 3  Islamic beliefs.  In fact, it was the same individual who Hafiz
 4  Mohammed Saeed was fighting under who eventually gave permission
 5  for Usama Bin Laden to set up Al-Qaeda training camps in his
 6  territory.

 7          Hafiz Mohammed Saeed while fighting under this Afghan
 8  commander met a Saudi, a pretty influential cleric by the name of
 9  Abu Abdel Aziz "Barbaros."  Abu Abdel Aziz "Barbaros" was a member
10  of Al-Qaeda.  He was someone that was considered fairly important,
11  so important that even though the Saudis considered him a threat
12  to their stability, they chose not to arrest him.  He was a very
13  popular guy.

14          Himself and Hafiz Mohammed Saeed decided to found an
15  organization that would be dedicated solely to the jihad in
16  Kashmir, that being the disputed territory between India and
17  Pakistan, the idea being that the Afghan jihad would be the
18  sprouting of jihads everywhere, and one of those jihads to be in
19  Kashmir, to liberate the land of Kashmir and establish either an
20  Islamic state there or at least to merge it with Pakistan, which
21  is a Suni Muslim country.

22          Abu Abdel Aziz "Barbaros" was to serve as the link for
23  Saudi financiers who wanted to donate to this new jihad.  He was a
24  person that provided a lot of the military influence since he was
25  a very well known Al-Qaeda figure.  He had fought and he had led

## Kohlmann - direct

1  Al-Qaeda-affiliated groups everywhere from Bosnia to the
2  Philippines.

3          His reputation preceded him, and thus, when he stepped
4  up along with Hafiz Mohammed Saeed to set up this organization
5  along with other commanders who had been trained in Afghanistan,
6  the organization quickly moved its base to Pakistan, moved its
7  training camps to the Pakistan-Kashmir area, but always maintained
8  a presence in Afghanistan.

9  Q.    Is it correct that the, the training camps -- the camps in
10  Pakistan could be near Afghanistan, or on the other side of
11  Pakistan, they could be near Kashmir?

12  A.    Well, if you can bring up the map for a second?

13          MR. KROMBERG:    7F2?

14          THE WITNESS:    Right here we're talking about again
15  Peshawar is the gateway to jihad in Afghanistan, and the majority
16  of Arab Afghan training camps that were in Afghanistan were
17  located in this area, again along the Afghan-Pakistani border.

18          This is the area in which Lashkar-e-Taiba basically got
19  its start.    The camps that Lashkar established outside of the
20  Afghan-Pakistani border were located here.    So you'll see there's
21  not a lot of distance between those two areas.

22          Now, Pakistan is not an easy country to travel across,
23  but even so, that's a relatively, that's a relatively small
24  distance --

25  Q.    Okay.

628

**Kohlmann - direct**

1  A.    -- and thus, the camps themselves were all roughly in the
2  same, the same zone.
3  Q.    Mr. Kohlmann, what is Markaz Dawa Wal-Irshad?
4  A.    Markaz Dawa Wal-Irshad is the political wing of
5  Lashkar-e-Taiba.  It considers itself a political office.  Yet it
6  recruits followers for the military wing.  It spreads Lashkar
7  propaganda.  It makes statements on behalf of the leader of
8  Lashkar, Hafiz Mohammed Saeed.
9          It is for all intents and purposes an active arm of
10  Lashkar-e-Taiba.
11  Q.    What, where are Lashkar -- do you know -- excuse me, strike
12  that.
13          How many camps does Lashkar have?
14  A.    I can't give you an exact number, but there are a number.
15  There's the Moaskar Aqsa Camp, there's the Abdullah bin Massoud
16  camp, there is a facility at Muridke, and there was at least one
17  camp in Afghanistan under the dominion of Lashkar-e-Taiba.
18  Q.    What does Lashkar do at the camps in Pakistan?
19  A.    There was actually a regimen set up where it was very much
20  like, almost like a university, where you have classes in Warfare
21  101, 201, and 301.
22          You start off with very basic training.  If you don't
23  have any prior military experience, you come in, they teach you
24  about basic weaponry, basic guerilla warfare skills, but as you
25  progress up the level of the camps, eventually when you get to the

## Kohlmann - direct

1  camp in Afghanistan, you're talking about heavy weapons training.
2  You're talking about more advanced stuff. You're talking about
3  the kind of skills that a military commander would have versus a
4  foot soldier.

5        And foreigners who were recruited by Lashkar in Pakistan
6  were specifically told that they would be given a fast track to
7  the more advanced training.

8  Q.  You mentioned foreigners. Who attends these camps?

9  A.  It's a mixed group. Obviously, the predominant nationality
10 at the camps is Pakistani, some Afghans, but Lashkar camps have
11 been known to train a variety of different individuals because
12 Lashkar is part of the same Afghan brotherhood that many of the
13 Arab Afghan organizations come from. Thus, you'll see people
14 there that are Westerners from the United States, from Europe.
15 You'll see Chechens.

16       Again, the predominant nationality is Pakistani. I
17 think that's why, though, the group of people they did get, the
18 foreigners were treated on an elevated status.

19 Q.  How does Lashkar find its trainees -- or, excuse me, or how
20 does its trainees find a way to Lashkar?

21 A.  Well, in Pakistan, you know, up until recently, it was
22 relatively easy to find Lashkar because Lashkar had offices that
23 were openly advertised. You could just go there, and you could
24 visit, and you could speak with someone, and they had business
25 cards, but obviously, you know, if you're not in Pakistan, that's

1  not the easiest thing to do.

2          However, again up until recently, Lashkar-e-Taiba had

3  multiple Internet sites, and on those Internet sites were their

4  address, their phone number, their e-mail addresses, and you could

5  reach out and contact them.  They --

6  Q.  Well, let me stop you there.  I'd like you to bring up -- or

7  take a look at in the book before we put it on the screen 7A35c.

8  Do you recognize 7A35c?

9  A.  Yes.  It's a website that I visited in 1999 and 2000.

10 Q.  And you saved that?

11 A.  Yeah, I saved copies of this website.

12          MR. KROMBERG:  I'd like to show that to the jurors, so I

13 would move in 7A35c.

14          THE COURT:  Any objection?

15          MR. MAC MAHON:  It has no link to the defendant, Your

16 Honor.

17          THE COURT:  Excuse me?

18          MR. MAC MAHON:  If that's what he found, it has no link

19 to the defendant.

20          THE COURT:  Well, I mean, the government has a right to

21 tie things up.  LET has certainly been extensively discussed in

22 this case, and I'm going to overrule the objection.  It can come

23 in at this point.

24          (Government's Exhibit No. 7A35c was received in

25 evidence.)

# Kohlmann - direct

1           MR. KROMBERG:  Could you put up 7A35c, please?

2   Q.   Okay.  This was a web page?

3   A.   Yeah.  It's not the opening web page.  This was part of a

4   website that I saved called The Road to Jihad.

5   Q.   Well, we'll get to that in a moment.  If you clicked where it

6   says "Click here to continue," what did you get?

7   A.   It would actually give you the, I believe, The Torrism Guide

8   to Jihad Camps.

9   Q.   Could you look at 7A35d?

10  A.   Yeah.

11          THE COURT:  Any objection to this?

12          MR. MAC MAHON:  Same objection, Your Honor.

13          THE COURT:  All right, same ruling.  It's overruled.

14          (Government's Exhibit No. 7A35d was received in

15  evidence.)

16          MR. KROMBERG:  And if we can put that on the screen,

17  please?

18  Q.   When did you get this?  You said 1999?

19  A.   I visited this website multiple, multiple times, but I saved

20  it first in late 1999.

21  Q.   Okay.  And what, what did you get when you clicked on

22  "Lashkar Taiba Camp" link?

23  A.   It would bring you to the website www.dawacenter.com,

24  d-a-w-a-c-e-n-t-e-r-dot-com.

25  Q.   I'd also like you to take a look at 7A35c1.

**J.A. 776**

# Kohlmann - direct

1         THE COURT:  Same objection, Mr. MacMahon?

2         MR. MAC MAHON:  Yes, Your Honor.

3         THE COURT:  All right, same ruling.  It's in.

4        (Government's Exhibit No. 7A35c1 was received in

5 evidence.)

6         MR. KROMBERG:  Could you put that on the screen, please?

7 Q.   Do you recognize 7A35c1?

8 A.   Yeah.  This was another page on the same site marked under

9 the heading "Jihad by Wealth."

10 Q.   And there's a bank account for Markaz Dawah?

11 A.   There's a bank account for Markaz Ad-Da'wa Wal Irshad, and

12 there's also an e-mail, donation@dawacenter.com.

13         MR. KROMBERG:  Okay.  If we can bring up 3A12, which I

14 believe we have a stipulation that it was a business card that was

15 seized at the house of Ibrahim Al-Hamdi?

16         THE COURT:  Any objection to 3A12?

17         MR. MAC MAHON:  No, Your Honor.

18         THE COURT:  All right, 3A12 is in.

19        (Government's Exhibit No. 3A12 was received in

20 evidence.)

21 BY MR. KROMBERG:

22 Q.   You can look at it on the screen at this point.  Or actually,

23 the original might be --

24 A.   Yeah, I have it right here.

25 Q.   Do you see that website, www.dawacenter.com?

**Kohlmann - direct**

1  A.   Yes, I do.

2  Q.   Is that the website that you went to for getting

3  Lashkar-e-Taiba materials?

4  A.   Yes, I did.

5  Q.   When did you access that, that site?

6  A.   I first accessed this site in late 1999.

7  Q.   And how often -- and until when did you access it?

8  A.   Until it went offline sometime, I believe, in late 2000.

9  Q.   Okay.  Did you capture any of the screen shots that were on

10 the Lashkar website at that time?

11 A.   Yeah.  I saved, I saved many if not all of the files off that

12 site.

13 Q.   Okay.  Take a look in your book at 7H3b.

14           THE COURT:  Any objection to 7H3b?

15           MR. MAC MAHON:  Just a second, Your Honor.  I'm sorry.

16           Same objection, Your Honor.  I don't know what the link

17 is here.

18           THE COURT:  All right, I'm going to overrule it.  It's

19 in.

20           (Government's Exhibit No. 7H3b was received in

21 evidence.)

22           MR. KROMBERG:  Can you show us 7H3b, please?

23 Q.   Now, this is a screen shot that you captured?

24 A.   Actually, this is the actual page I captured, or one of them

25 anyway I captured off of dawacenter.com.

**J.A. 778**

1          MR. KROMBERG:  All right, we're going to have to make it
2  bigger in order to read it.

3  Q.    Was this the page that gave the history of Lashkar-e-Taiba?

4  A.    Yeah, yeah.  It's the page on the, on the site that offered a
5  history, yeah.

6  Q.    Okay.

7  A.    Also of Markaz Dawa and its relationship to Lashkar.

8          MR. KROMBERG:  Can you scroll down?

9          We can stop there.

10 Q.    So it says, "Consequently in 1993, Jihadic and warfare wing
11 of Markaz-al-Dawa-Wal Irshad was established with the name of
12 'Lashkar-e-Taiba.'  Later this organization emerged as a powerful
13 force in the occupied J&K."

14          Is that Jammu and Kashmir?

15 A.    Jammu and Kashmir, yes.

16 Q.    "Thousands of Mujahideen were trained to fight in Afghan,
17 Kashmir, Bosnia, Chachenya, Kosovo, The Philippines and in areas
18 where Muslims are fighting for freedom.  More than 500 Mujahideen
19 including Ameer Ibrar, Abu Hafs Ameer Shams-ur-Rahman Afghan,
20 Ameer Abu-Zar and Ameer Khalid Waleed, belonging to this
21 organization have sacrificed their lives in the occupied J&K while
22 many others are still fighting against the brutal Indian Army with
23 the aim to free Kashmir from Indian occupation."

24          Right?

25          THE COURT:  I'm sorry, what do you understand "J&K" to

**Kohlmann - direct**

1  mean?

2          THE WITNESS:  Jammu and Kashmir.  It's referring to an

3  area of Kashmir that's in dispute.

4          THE COURT:  All right.

5          MR. KROMBERG:  Scroll down, please.

6  Q.  Are these the camps that you testified earlier that Laskar

7  had?

8  A.  Yeah.  I mean, it would be some of them, yeah.

9  Q.  Okay.  How has Lashkar arranged for communication between its

10  members and other mujahideen around the world?

11  A.  Well, Lashkar actually had -- since it had the benefit of the

12  government that tacitly supported it, it was able to hold open

13  mujahideen conferences in Pakistan, where it would invite

14  representatives of other jihad movements around the world.  So for

15  instance, people like Abu Abdel Aziz "Barbaros," one of the

16  cofounders of Lashkar, would be invited from Saudi Arabia to come

17  give a lecture about jihad, and a representative from Chechnya and

18  a representative from America.

19          It was, you know, they labeled it as a mujahideen

20  conference.

21  Q.  All right.  Did you capture any pages describing the 1999

22  conference?

23  A.  Yeah.  Actually, the first time I visited dawacenter.com,

24  there was a number of materials relating to the conference,

25  including summaries of speeches that were given, in some cases

## Kohlmann - direct

1  even audio recordings.

2  Q.  How did -- well, take a look at 7H3 in the book.  Do you

3  recognize 7H3?

4  A.  Yeah.  It's the first day highlights from the mujahideen

5  conference held by Lashkar.

6  Q.  And that's a page that you, that you saved?

7  A.  Yeah, I personally saved this.

8          MR. KROMBERG:  The government moves that in, Judge.

9          THE COURT:  Mr. MacMahon, any objection?

10         MR. MAC MAHON:  Same objection.

11         THE COURT:  All right, I think it's still overruled, so

12  it's in.

13         (Government's Exhibit No. 7H3 was received in evidence.)

14         MR. KROMBERG:  If you could show that?

15  Q.  So this is a summary of the, obviously, first day highlights.

16  A.  Yeah.

17  Q.  Now, I'd like you to -- do you have a picture -- I mean, it

18  says there, "Another 40 feet long banner portrayed Lashkar's

19  dagger penetrating the national flags of USA, Russia, U.K. & India

20  & Israel."  Did you manage to get a picture of that banner?

21  A.  I don't have a copy of that banner, but I have a copy of

22  similar material issued by Lashkar at the same time.

23  Q.  Are those the -- are those posters?

24  A.  Yeah, they're color propaganda posters for Lashkar, which, I

25  mean, it may, it may even be what they're describing.  I just, I

# Kohlmann - direct

1   didn't see it, so I can't, I can't verify, but it is describing

2   the exact same thing.

3           MR. KROMBERG:  Judge, we're not going to show them

4   again.  The jury has seen them.

5   Q.   But the posters came -- the posters that we showed, is that

6   correct that you gave them to us?

7   A.   Yes, correct.  They were taken off of another Lashkar

8   propaganda site that appeared after dawacenter.com disappeared.

9   Q.   What was that one?

10  A.   The islamic.20m.com.

11  Q.   Now, did -- how did Lashkar-e-Taiba disseminate news of --

12  disseminate its, whatever information it wanted to spread besides

13  having the conference?

14  A.   Well, in addition to having an Internet site, which was

15  eminently useful, Lashkar also had an e-mail update list where

16  it -- called the Taiba Bulletin, where it would distribute news

17  about ongoing military operations, ongoing decisions made by

18  Lashkar leaders, and this newsletter was also distributed on the

19  Internet in three different languages:  in Arabic, in Urdu, and in

20  English.

21  Q.   Now, in front of you is Government Exhibits 1D23 to 1D43,

22  which are already in evidence, and those are the Taiba

23  Bulletins -- or some of the Taiba Bulletins, excuse me.  It might

24  be a different volume.

25  A.   It's a different binder.

# Kohlmann - direct

1              MR. KROMBERG:  1D -- as in David -- 23 to 43 --

2    actually, 23 to 43, that's correct.

3    Q.    Have you seen those before?

4    A.    Yeah.  These are, these are copies of Lashkar-e-Taiba

5    Bulletins that were sent out on Lashkar's e-mail list.

6    Q.    Now, when you compare -- excuse me, what can you conclude

7    about the origination of 1D23 to 1D43, those Taiba Bulletins, as a

8    result of the information that was on Abu Umer's business card

9    that you were showed on the screen a few minutes ago?

10   A.    Well, on the business card, I believe Abu Umer's e-mail

11   address is listed as markazdawa@hotmail.com, and by looking at the

12   IP headers, the e-mail headers, the information that shows where

13   this e-mail electronically came from and what route it took from

14   the person that sent it to the eventual user, it's quite clear

15   here that the person that originally sent this out was using the

16   e-mail address markazdawa@hotmail.com and the user name Abu Umer.

17   Q.    Now, Mr. Kohlmann, you mentioned IP.  What's an IP briefly?

18   Because we really don't have to get into that much about it.

19   A.    "IP" stands for Internet protocol.  Everybody on the

20   Internet, everybody that uses the Internet has a unique numeric

21   address or, generally speaking, has a unique numeric address.

22   That numeric address is an identifier which shows where you're

23   operating from the Internet, what Internet access service you've

24   used, and it can be used to trace back the trail of data as it

25   passes through the Internet in order to see how information leaves

**J.A. 783**

# Kohlmann - direct

1  you or leaves somebody else and eventually arrives at another

2  destination.

3  Q.   I'd like you to take a look at 1D44 through 48, 1D50, and

4  1D52, and ask if you recognize them.

5  A.   I'm sorry, 1D44?

6  Q.   Through 48.

7  A.   Yeah, these are -- let me make sure.  These are all copies of

8  Taiba Bulletins that were forwarded through a list known as Muslim

9  World News.

10  Q.   If you could look at 7C10b, do you recognize that?  Do you

11  recognize 7C10b?

12  A.   Yeah.  These are copies of e-mail headers that I was able to

13  recover off of messages sent on the Muslim World News list,

14  specifically, Taiba Bulletin messages sent on the Muslim World

15  list.

16  Q.   Also, look at 10C1c.

17          THE COURT:  Just so I'm clear, you yourself created

18  7C10b then?

19          THE WITNESS:  Yes.  Yes, Your Honor.  Yes, I did.

20          THE COURT:  All right.  And, I'm sorry, 7C10c.

21  BY MR. KROMBERG:

22  Q.   Do you recall 7C10c?

23  A.   I believe it's -- I believe it's the original document that

24  this came from.

25  Q.   Take a look.

**Kohlmann - direct**

1  A.   Oh, I see.

2  Q.   There's a number of pages there, 28 pages or so.  And a lot

3  of it -- this is another --

4          THE COURT:  Alphabet soup, to say the least.

5          MR. KROMBERG:  I was going to use the term

6  "gobbledygook," but alphabet soup is good, too.

7          THE WITNESS:  This is another message sent out through

8  the Muslim World News list, another Taiba Bulletin sent through

9  there, and again you have the header information at the top, which

10 I saved, the e-mail header information, showing how it got

11 transmitted.

12 BY MR. KROMBERG:

13 Q.   Okay.  What significance, if any, did -- excuse me, based on

14 7C10b and 7C10c, what can you conclude about the origination of

15 1D44 through 48, 1D50, and 1D52?

16 A.   Well, from the e-mail header information here, it's clear

17 that the person that runs Muslim World News, the Muslim World News

18 Forum, was receiving their copies of Taiba Bulletin that they were

19 distributing directly from markazdawa@hotmail.com, a/k/a Abu Umer,

20 a/k/a the official contact person at least as far as his business

21 card is concerned for Lashkar-e-Taiba.

22          It shows here quite clear that the person that was

23 distributing the Taiba Bulletin, nadqpk, was subscribed to the

24 Taiba Bulletin Arabic list, and, I believe, also, well, at least

25 here it's the Taiba Bulletin Arabic list, showing they were

**J.A. 785**

641

## Kohlmann - direct

1  directly forwarding all messages received from

2  markazdawa@hotmail.com.

3          MR. KROMBERG:  Thank you.

4          Judge, at this time, the government would move into

5  evidence Government Exhibits 1D44, 45, 46, 47, 48, and 52, the

6  Taiba Bulletins that Mr. Kohlmann just spoke about.

7          THE COURT:  How about 50?  You had mentioned --

8          MR. KROMBERG:  I intended to say 50 but not 49 or 51.

9          THE COURT:  Correct.  44 through 48, 50, and 52, and

10  you've also had 7C10b and 7C10c mentioned.

11          MR. KROMBERG:  I'm not sure that it makes any difference

12  to move those in.  I think they're going to be gobbledygook for

13  any of the rest of us, Judge, but I'll move them in as well.

14          THE COURT:  For completion, you ought to.

15          Any objection?

16          MR. MAC MAHON:  I don't object to the gobbledygook

17  exhibits, but the other ones, there's no evidence that the

18  defendant was on the Muslim World News or saw any of these things

19  at all.

20          THE COURT:  Well, you can argue that to the jury, but at

21  this point, I'm letting it in.  All right, that's all in.

22          (Government's Exhibit Nos. 7C10b and 7C10c were received

23  in evidence.)

24          MR. KROMBERG:  Thank you, Judge.

25          If we could look at the last line on 1D52, that's the

# Kohlmann - direct

1  Taiba Bulletin?  We have it -- we should have it up on the screen.

2  It should be after that.  Okay.  There we go.

3          If you could make that bigger?

4  Q.    Mr. Kohlmann, was that a way that Lashkar-e-Taiba advertised

5  for trainees?

6  A.    Yeah, that was one of the ways.  They would put a --

7  occasionally put an advertisement on their Taiba Bulletins

8  suggesting that anyone who's interested in joining could join them

9  and receive training.

10          MR. KROMBERG:  Could we go to the first page of 1D52?

11  Q.    And the title of this particular article is "How can I Train

12  Myself for Jihad"?

13  A.    That's correct.  This originally actually was taken from the

14  Azzam Publications Chechnya Jihad site.  This article was

15  originally endorsed by Ibn-ul-Khatab, the Chechen commander -- the

16  Arab commander in Chechnya.

17  Q.    All right.  Mr. Kohlmann -- I've just got one more, well,

18  maybe a couple more areas, but nearing the end, Judge.

19          What relationship is there -- excuse me.  In the time

20  frame of 1999 to 2003, what relationship was there between

21  Lashkar-e-Taiba and mujahideen elsewhere around the world besides

22  the training aspect?

23  A.    There was also, there was also shared resources.  Lashkar

24  used -- not only used their camps but used their personnel around

25  the world in order to aid other mujahideen groups.  I mean, it

**Kohlmann - direct**

1    goes back even farther than that.

2         Back as early as 1993 and 1994, you have Lashkar members

3    who are going to places like Bosnia, Herzegovina, and are fighting

4    there.  It primarily has to do with the fact that these guys were

5    under the command of leaders who were not just concerned about

6    Kashmir but had other concerns as well, and ergo, that's how they

7    showed up in places like Bosnia and Chechnya.

8    Q.   What relationship was there between Lashkar-e-Taiba and

9    Al-Qaeda?

10        MR. MAC MAHON:  Objection again, Your Honor, to that,

11   the relevance of that in this case.

12        THE COURT:  I'm going to overrule that objection.

13        THE WITNESS:  Lashkar members were receiving advanced

14   training at Al-Qaeda-run training camps.  There was also a

15   relationship where Lashkar-e-Taiba had come to an agreement with

16   the Taliban and Al-Qaeda.  They had agreed essentially that they

17   were from the same brotherhood, that they needed to work together,

18   that even if they had an ideological disagreement or even if they

19   had a particular ethnic or national tie, that they should

20   essentially because they were from the same Afghan brotherhood

21   work -- to work together at least in the sense cooperatively

22   against their joint enemies.

23   Q.   Mr. Kohlmann, in its public statements on the Taiba Bulletin,

24   what has Lashkar espoused to be its philosophy regarding Jews?

25   A.   It sees Jews as the enemy.

644

## Kohlmann - direct

1  Q.  Can you turn to 1D27?  If you'd turn to the second page, the
2  last sentence in the first full paragraph?
3  A.  Would you like me to read it?
4  Q.  Yes.  Well, we got the wrong -- wait until we get the actual
5  part on the screen.
6        Where it's starting with what I circled there.
7  A.  Yeah, this is the end of a speech given by -- or a summary of
8  a speech given by Hafiz Mohammed Saeed, the leader of
9  Lashkar-e-Taiba:  "'The real Jihad, in fact, is to target the Jews
10 points and to kill them in their own homes', the Amir concluded."
11 Q.  And the date of this Taiba Bulletin was when, if you'd turn
12 to the first page?
13 A.  October 17, 2000.
14 Q.  What was Lashkar's philosophy regarding Western civilization?
15 A.  That it was generally considered to be the enemy.
16 Q.  If you'd turn to 1D29 and look at the bottom of that first
17 page?  If you could read that last sentence?
18 A.  I believe this is again a quote from the leader of
19 Lashkar-e-Taiba, Professor Hafiz Mohammed Saeed:  "'Jihadic forces
20 are getting stronger throughout the world.  Muslims of Europe are
21 also teeming with Jihadic passions which would strike an end to
22 the western civilization,' he added."
23 Q.  Now, we talked about earlier in 10D19 about the passage, the
24 passage about supporting Mullah Omar, the Taliban, and the Arabs
25 with them.  But we looked earlier at 10D19 -- would you bring that

645

## Kohlmann - direct

1  up, 10D19?

2          Where it says -- I think you can look at it on the

3  screen -- "Here are some quick comments interspersed.  Ali."  And

4  Ali Timimi at the top, his e-mail, to aqdcksa@yahoo.com?

5          MR. MAC MAHON:  Your Honor, I object to having the

6  expert comment on Mr. Al-Timimi's mail.

7          THE COURT:  Well, I'll tell you what:  Since this

8  examination is going to go on a bit longer and then there will be,

9  I'm sure, an extensive cross, this is as good a time as any for us

10 to take our lunch break, and we'll reconvene at 2:00.

11          (Recess from 1:03 p.m., until 2:00 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Kohlmann - direct**

1            A F T E R N O O N   S E S S I O N

2                    (Defendant and Jury present.)

3            THE COURT:  All right, Mr. Kromberg?

4    BY MR. KROMBERG:

5    Q.   Mr. Kohlmann, earlier today you were talking about the

6    Lashkar camps.  Was there a news video that was nationally

7    broadcast with footage of one of those camps?

8    A.   I believe in 1999, although I'm not sure about exactly when,

9    ABC News did a special about, specifically about foreign fighters

10   in Afghanistan training and fighting for jihad against America,

11   and during that segment, they went to a Lashkar camp in

12   Afghanistan and actually filmed, filmed both training and also

13   filmed instances of anti-American propaganda at the camp.

14            MR. KROMBERG:  Judge, the parties have stipulated that

15   7F3 is an authentic copy of the ABC News World Tonight from April

16   24, 2000.  We'd like to play it at this time.

17            MR. MAC MAHON:  Your Honor, we stipulated it was

18   authentic.  We didn't say it was relevant to the case.  There

19   isn't any description of who the people might be in this thing or

20   any tie-up to any of the witnesses in the case.

21            THE COURT:  I think the jury has a right since there's

22   been so much talk about LET camps to see this video since it

23   doesn't have any authenticity problems.  So over your objection,

24   it's coming in.  7F3?

25            MR. MAC MAHON:  That's correct, Your Honor.

# Kohlmann - direct

1          (Government's Exhibit No. 7F3 was received in evidence.)

2          (Government's Exhibit No. 7F3 was played.  No transcript

3    provided by government.)

4          MR. KROMBERG:  Thank you, Judge.

5    Q.   Mr. Kohlmann, because your qualifications were agreed to, I

6    did not get a chance to ask you some questions I intended to about

7    some of the work you had done -- some of your experiences in

8    contacting individuals around world who espouse terrorist or

9    radical ideologies.  Could you describe how you used instant

10   messaging to communicate with such people?

11         MR. MAC MAHON:  Your Honor, objection.  Can we approach

12   the Bench, please?

13         THE COURT:  Yes, sir.

14         (Bench conference on the record.)

15         THE COURT:  Yes, Mr. MacMahon?

16         MR. MAC MAHON:  Your Honor, when we filed our motion in

17   limine about this expert, your ruling in the case was he could do

18   what he did in the Benkahla trial.  The entire Benkahla trial

19   didn't take this long, and we're getting now into his work on

20   instant messaging?  We're talking about things from Gore Vidal

21   about Jews?

22         It's almost as if the trial has completely careened out

23   of control into these other prejudicial things, Your Honor.

24         THE COURT:  This is being lengthened in part because

25   we've had so many interruptions with objections, but you had

## Kohlmann - direct

1  indicated there's not much more.

2        MR. KROMBERG:  That's correct.

3        THE COURT:  How much more do we have?

4        MR. KROMBERG:  I want him to explain how instant

5  messaging can, in fact, be captured on a computer, because we have

6  an instant messaging session between Al-Timimi and another

7  individual that there's no stipulation that we're going to have to

8  prove that it was an instant messaging session between Al-Timimi

9  and someone else, because what he is an expert in and the Court

10 ruled he was an expert in and he did testify before was how he

11 communicated with terrorists and supporters around the world to

12 get information from them.

13        He's going to describe how he saved those instant

14 messaging chats because I think the members of the jury, I suspect

15 they have no idea that you can save the text, the substance of an

16 instant messaging conversation, and that's what we have here.

17        THE COURT:  Can't that be stipulated to?

18        MR. MAC MAHON:  No.  He was stipulated as someone who

19 knew how to access the Internet.  There was never any disclosure

20 as well that this witness was going to testify as to how to

21 capture instant messaging.  There was never any indication

22 whatsoever that this witness was going to be used this way.

23        They found this instant message just this week, Your

24 Honor, on a disk.  This is totally beyond the scope of everything

25 we've ever talked about before.

**J.A. 793**

## Kohlmann - direct

1          MR. KROMBERG:  Your Honor, if the witness --

2          THE COURT:  Wait.  If the government just found it, did

3    they advise you properly that they were going to get into instant

4    messaging with this witness?

5          MR. MAC MAHON:  They mailed me a copy.  No, this is the

6    first I've heard about instant messaging with this witness.

7          MR. KROMBERG:  That's true, but it's also misleading.  I

8    gave Mr. MacMahon someone, an FBI expert's questions that were

9    going to be asked of the FBI expert, and then I realized that when

10   Mr. Kohlmann had testified about his instant messaging

11   communications with terrorists and their supporters around the

12   world in the Benkahla trial, I thought, okay, well, he can

13   describe how he does this.

14         And this is part of qualifying him.  This wasn't even --

15   this wasn't even going to be the substance of the testimony, but

16   when he -- when I was going to qualify him as an expert to say,

17   "Well, how did you communicate with people around the world to get

18   this information?," he was going to say, "I contacted them, I said

19   I wanted information, and we engaged in conversations."

20         And Your Honor may recall he testified about some of the

21   online conversations that he had in the past at the last trial.

22         THE COURT:  I think this again is a tempest in a teapot.

23   Number one, I'm not so sure that jurors today wouldn't know you

24   can capture instant messages, but putting that aside, that's all

25   he's going to testify about is the technique?

# Kohlmann - direct

1          MR. KROMBERG:  Yes.

2          THE COURT:  He's not going to put specific messages into

3     evidence?

4          MR. KROMBERG:  No.

5          THE COURT:  And you really think that's giving you a

6     disadvantage?

7          MR. MAC MAHON:  Well, the instant message is on the disk

8     that the agent just said he couldn't even recognize in a bag.

9     We'll get to that later.  I think there's some rule about what

10    disclosure comes in, what witnesses can do.

11         THE COURT:  Was the FBI expert disclosed?

12         MR. MAC MAHON:  Two days ago.

13         MR. KROMBERG:  I gave it as soon as I found the expert.

14    And that's where Mr. Gibbs is today.  Mr. Gibbs is right at this

15    moment talking with the FBI expert about trying to come up with

16    questions for him to appear.

17         I asked Mr. MacMahon to stipulate that the disk was

18    seized at Chandia's house; he wouldn't stipulate.  I asked him to

19    stipulate that disk was found -- he wouldn't stipulate.  He has

20    stipulated to many things, but this is just one that we're going

21    to have to prove.

22         THE COURT:  All right.  The instant message itself, this

23    witness is qualified as an expert on how one conducts research on

24    the Internet.  This can't be surprising, but even if it were,

25    you've got at least another week of trial.  You can get a

# Kohlmann - direct

1  counter-expert if you think that what he describes about how one

2  can use an instant message and capture it is not technologically

3  correct.  Overruled.

4           MR. KROMBERG:  Thank you, Judge.

5           (End of bench conference.)

6           MR. KROMBERG:  I'm not sure where we left off.  What was

7  the last question?

8                    (Question read.)

9           MR. KROMBERG:  Thank you.

10  Q.  Can you answer that question?

11  A.  Sure.  First of all, suffice it to say there are different

12  kinds of instant messenger.  There's -- AOL has one service,

13  Yahoo! has another, and Microsoft has another.  I believe actually

14  Yahoo! and Microsoft's may now be compatible.

15       The point being is that with AOL, it's a little more

16  difficult, because with AOL, you can create any screen name you

17  want if you want to use AOL.  So it's tough to track down people

18  electronically.

19       Yahoo! it's easier because when you create a login on

20  Yahoo!, if you have a Yahoo! e-mail address, that same login also

21  functions for other Yahoo! features, including Yahoo! Instant

22  Messenger.  So presumably if you have someone's Yahoo! e-mail

23  address, you're also able to chat with them, and I've had some

24  success in reaching people who are difficult if not impossible to

25  reach on the telephone, not necessarily always important people,

# Kohlmann - direct

1  but people that are involved in this, and chatting with them over
2  Yahoo! and AOL Instant Messenger both.

3  Q.   How do you preserve the -- well, first, can you -- I have
4  never used instant messaging, and it wouldn't surprise me -- well,
5  every juror, I'm sure, has, but just in case one has not, can you
6  describe what instant messaging is?

7  A.   Sure.   It's a realtime chat software where you have a buddy
8  list, so you can see exactly who is online of the people that you
9  normally talk to or wish to talk to, and if they are online, you
10 can then go ahead and send messages to them, and then you get
11 realtime responses back.

12        So in other words, instead of having an e-mail exchange
13 with someone, where you have to send e-mails back and forth, if
14 you just want to have a quick conversation with a few sentences
15 back and forth, if you want to send a link, if you want to send a
16 file, this is a great way of chatting.   And it's private, so it's
17 not open to the public.   It's just you and that person, like a
18 telephone conversation.

19 Q.   When you say it's private, is that different from e-mail?
20 A.   Well, no, not necessarily, except the fact that e-mail
21 generally goes through a mail server.   In other words, whoever is
22 your Internet service provider who you send e-mail through, most
23 likely they keep copies of whatever e-mails you're sending and
24 you're receiving.

25        With Instant Messenger, it's not necessarily the case.

**J.A. 797**

653

## Kohlmann - direct

1  There is really only a record if AOL decides to or Yahoo! decides
2  to -- most of the time they don't -- or else the alternative is
3  that if you save a log of the chat, most of these softwares allow
4  you the option of either automatically logging all your chats or
5  else saving individual ones, and even those that don't offer that
6  option, with Windows, it's very easy simply to go into that
7  window, copy things, cut, and then paste it into a document.
8  Q.   What did you do when you saved your -- the records of your
9  instant messaging session?
10 A.   I did both.  I mean, in some cases, it wasn't worth
11 automatically logging all my chats, but in certain cases when I
12 would have a -- even with e-mail, a particular e-mail or
13 particular AOL instant chat or a Yahoo! instant chat, I would save
14 the material as usually a .txt file.
15 Q.   Now, when it gets saved as a .txt file, how do you know which
16 message comes from which person involved in the exchange?
17 A.   Well, it depends exactly how you have it set up, but the
18 default is that at a minimum, you have the person's user name,
19 their login, you know, whatever it is.  If mine is evankohlmann,
20 one word, that would be my login, a colon, and then it would have
21 whatever I've said.

22        The name is usually in a different color.  The two
23 people that are chatting, they have different color names so you
24 can distinguish between the two.  Alternatively, you can also add
25 features like time, date stamp, and whatnot, but that's not

# Kohlmann - direct

1   necessarily done.

2   Q.    In Yahoo!, what is the relationship between the name of the

3   person that is before the colon and the name of the account holder

4   who is -- of the account which is being used to send the instant

5   messaging?

6   A.    Well, Yahoo! envisions itself as a comprehensive service, so

7   when you log in on Yahoo! and you register a user name, that user

8   name holds for all of the different services that Yahoo! has.

9   That's your e-mail address.  So if I registered at

10  evankohlmann@yahoo.com, evankohlmann@yahoo.com would be my e-mail

11  address.  Evankohlmann would be my Yahoo! Instant Messenger name.

12          If I wanted to join up with a news group service and I

13  wanted to submit, you know, join up, I would be signed up as

14  evankohlmann@yahoo.com.  That user name holds over on the various

15  different aspects of Yahoo! services.

16  Q.    Okay.  Thank you.

17          I want to move to the last topic, which was what we were

18  on before we had the lunch break.  We were looking at 10D19, and

19  we're starting near the top.  This is a -- it says, "Here are some

20  interesting and important comments I received from a student of

21  knowledge in response to Ghunayman's fatwa."

22          And if you look towards the -- go down a little bit

23  more, and then it has, "I agree with this fatwa indeed entirely

24  since we are with the Afghani people against the kuffar."

25          Can you tell from that what Ghunayman fatwa is being

## Kohlmann - direct

1  referenced?

2  A.   Well, at this point in time, there was really only one fatwa

3  of note that was being passed around by Sheikh Ghunayman, and it

4  was actually -- I was able to locate a copy of it in the same

5  place that I was able to locate copies of other similar fatwas,

6  such as the Uqla fatwa that we talked about before and those from

7  Salman Al-Ouda and the awakening sheikhs.

8         They were located all on the same web page of the

9  website of Azzam Publications, which was an Al-Qaeda website that

10 was formally based in London.

11 Q.   Now, if you could take a look at Government Exhibit 10A33b?

12        I'm sorry, it is not in evidence, Judge.

13        Mr. Kohlmann, if you could take a look at 10A33b, is

14 that the Ghunayman fatwa on aiding the Taliban that you are

15 referring to?

16 A.   Yes.  This is the one that I was able to download off of

17 Azzam Publications.

18        MR. KROMBERG:  Judge, the United States would move in

19 Government Exhibit 10A33b to understand what the Ghunayman fatwa

20 is that is being discussed in that e-mail sequence.

21        THE COURT:  All right.

22        MR. MAC MAHON:  Same objection, Your Honor, using an

23 expert to put in hearsay, but this is -- if you look at this

24 e-mail to see where he's bringing this in from, this is somebody

25 chatting about it.  It's not necessarily the defendant's views on

**J.A. 800**

## Kohlmann - direct

1  this topic at all.

2          THE COURT:  Well, I think it -- 10D19 --

3          MR. KROMBERG:  Is in, Judge.

4          THE COURT:  -- is already in, and this 10A33b clearly

5  helps in understanding the context of that, so I'm going to

6  overrule the objection, and it's in.

7          (Government's Exhibit No. 10A33b was received in

8  evidence.)

9          MR. KROMBERG:  Thank you, Your Honor.

10 Q.  And just to clarify, when Mr. MacMahon says this may not be

11 Mr. Timimi's view, let's go over it line by line, and we'll be

12 able to match it up.

13          But first let's go over 10A33b, the Ghunayman fatwa:

14 "To the Noble Shaykh, Abdullah bin Muhammad al-Ghunayman, may

15 Allah the Exalted, preserve him.

16          "As-salamu alaikum wa rahmatullahi wa barakatuhu, to

17 proceed:

18          "You, may Allah preserve you, are no doubt aware of what

19 is happening in the land of Afghanistan and the gathering of

20 groups from all regions of the earth to fight them.  To further

21 aggravate matters the neighbouring countries have closed off the

22 routes to aiding them; at the same time some of those who adhere

23 to Islam, and some of the scholars have raised their voices to

24 take a stance against the Taliban government and the people of

25 Afghanistan, siding with America and her allies.

# Kohlmann - direct

1          "1) What is your view, may Allah preserve you,
2   concerning aiding the Taliban government and its subjects?
3          "2) What is the ruling of one who sides with America,
4   Britain and their allies against the Taliban?
5          "3) Does this calamity which has occurred amongst the
6   Muslims allow them to make Qunut for them and supplicate against
7   their enemy?"
8          Could we go down a little bit?
9          THE COURT:  Well, wait.  What does "Qunut" mean, if you
10  know?
11         THE WITNESS:  I'd rather not give an exact definition.
12         THE COURT:  All right.
13         THE WITNESS:  I don't think that's within my expertise.
14  Thank you, Your Honor.
15  BY MR. KROMBERG:
16  Q.   Now, go to where it says "Firstly."  "Firstly, upon
17  investigating what has happened and is happening of the war of
18  America and her allies, it becomes clear that they have not
19  defined this objective which they have termed 'terrorism.'  They
20  have not established that the attack which happened in America was
21  indeed done by Afghanistan or through their support and help --
22  this is a fact known to the whole world.
23         "Therefore it is obvious that their understanding of
24  'terrorism' is none other than Islam itself, hence making this war
25  a Crusade -- a truth that has been clearly stated by a number of

## Kohlmann - direct

1    their leaders, such as the President of the United States.

2         "This is nothing new, rather this is something that runs
3    through their blood as our Lord, the Blessed and Exalted, has
4    informed us, 'the Jews and Christians will never be satisfied with
5    you until you follow their religion.'"  And then there's a cite
6    which I'm not going to read.  "'They will not cease fighting you
7    until'" --

8         MR. MAC MAHON:  Your Honor, if he's going to read it, I
9    think he should go ahead and read the Koranic passages in what
10   he's trying to put in evidence, Your Honor.

11        THE COURT:  All right, go ahead.

12        MR. KROMBERG:  All right.  "[Al-Baqarah (2):120]; 'they
13   will not cease fighting you until they make you renegade from your
14   religion if they are able,' [al-Baqarah (2):217]

15        "This is why what the Jews do in Palestine -- killing
16   babies, women, the young and old, the destruction of their very
17   infrastructure and society -- is not regarded as terrorism in the
18   eyes of America.  Indeed it happens under their auspices and
19   protection simply because it involves the killing of Muslims.
20   Then when one of them picks up a stone with which to defend
21   himself, he becomes a terrorist!

22        "Secondly, it is clear that their goal in this war is to
23   humiliate the Muslim nations, to force them into subservience to
24   America and to protect the Jewish land from any danger that may
25   threaten it.

**J.A. 803**

659

## Kohlmann - direct

1           "Thirdly, it is also clear that they will not suffice
2    with merely standing against the Taliban government, rather they
3    will continue on to other Islamic lands and organisations,
4    especially those that are effective in da'wah or are firm in
5    educating people about Islam.  Their president has made this clear
6    and they are making active effort and in-roads towards achieving
7    this.

8           "Fourthly, it is obligatory upon the Muslim leaders, the
9    kings and presidents, to take heed of what is happening so that it
10   may lead them to take a united stance and work towards defending
11   their lands and peoples.  It is obligatory upon them to hold
12   firmly to their religion and to suffice with the natural resources
13   and wealth that Allah has blessed their lands with, to protect
14   them and to prevent their enemy from acquiring them -- who use
15   their own natural resources to fight them!  It is obligatory upon
16   them to do all that they can to remove their dependency upon their
17   enemy and to use their resources, wealth and men towards attaining
18   strength and nobility, thereby implementing what their Lord, the
19   Exalted, has commanded them, 'against them make ready your
20   strength to the utmost of your ability.' [al-Anfal (8):60]; 'O you
21   who believe!  Take not into your intimacy those outside your
22   ranks; they will do anything to harm you.  They love what causes
23   you distress:  rank hatred has already appeared from their mouths
24   but what their hearts conceal is far worse.  We have made the
25   Signs clear to you if you use your intelligence.'  [Ali 'Imran

## Kohlmann - direct

1  (3):118]

2  "Fifthly, it is obligatory upon all the Muslims to stand
3  as one united rank against their enemy and to beware of his plot
4  which aims to disunite them and cause them to fight each other so
5  that they may be weakened and ultimately fall under their control.
6  It is obligatory upon them to actively strive towards being
7  strictly disciplined, uniting their words and ranks, and bringing
8  their hearts closer together for all of this is from the means
9  that lead to the help of Allah, the Exalted, by His leave.

10  "As regards to the answer to the questions, I say:

11  "It is obligatory to help the Muslims of Afghanistan and
12  others in their efforts to defend their religion, lands and honour
13  from the attacks of the disbelievers.  Allah, the Exalted says,
14  'if they ask you for help, it is your duty to help them.'
15  [al-Anfal(8):72].  The Messenger of Allah (SAW) said, 'the Muslim
16  is the brother of the Muslim, he does not oppress him or surrender
17  him.'

18  "Therefore, it is obligatory to aid them as much as is
19  possible.

20  "As for siding with the disbelieving nations and aiding
21  them against them [the Muslims], the one who does is one of them
22  [the disbelievers].  Allah, the Exalted says, 'O you who believe!
23  Take not the Jews and Christians for your friends and protectors;
24  they are but friends and protectors of each other.  Whoever
25  amongst you turns to them [for friendship and protection] is

## Kohlmann - direct

1  indeed one of them.'  [al-Ma'idah (5):51].  There are many verses
2  concerning this.

3          "As for the supplication of Qunut, this is the least
4  that a Muslim can do in such a calamity.  The Messenger of Allah
5  (SAW) has set the precedent for performing Qunut at the occurrence
6  of calamity, he performed it when the group of reciters he sent to
7  Ra'l and Dhakwan were murdered, after the battle of Uhud and on
8  other occasions.  Hence it is obligatory upon the Muslim to turn
9  to his Lord in supplication persistently in Witr and other
10 prayers, indeed all of the time.

11          "I ask Allah that he show kindness to the Muslims and
12 that He secure them from trials -- both the outer and inner.
13 Peace and blessings be upon our Prophet, Muhammad, upon his
14 family, and all his Companions.

15          "Written by the previous head of the faculty of higher
16 studies in Madinah University -- Abdullah bin Muhammad
17 al-Ghunayman, Tuesday 29th Rajab, 1422H."

18          Mr. Kohlmann, do you know what date that is that might
19 be more familiar to us?
20 A.   1422, I mean, I believe it corresponds to 2001, but I'm not
21 sure about the 29th Rajab.
22 Q.   Okay.  Now, go to 10-19, which starts on the --
23          THE COURT:  10D19?
24          MR. KROMBERG:  I'm sorry, 10D19, Judge.  We'll start at
25 the top.

## Kohlmann - direct

1      MR. MAC MAHON:  Your Honor, it is what I objected to
2  before, having the expert look at and interpret Dr. Al-Timimi's
3  own e-mail.  I don't think that's appropriate from the expert.
4      MR. KROMBERG:  Your Honor, we just had the last
5  objection from Mr. MacMahon that, oh, this e-mail does not suggest
6  that Mr. Timimi has any approval of 10A33.  I don't need to ask
7  the expert what his interpretation is, but I think now is the time
8  to go through this e-mail so the jury can see while the question
9  is before them what D19 has to do --
10      THE COURT:  If you want to publish it, you can publish
11  it.
12      MR. KROMBERG:  That's what I want to do.
13      THE COURT:  But I don't think it's appropriate to have
14  the expert commenting on it unless there are terms or something
15  that his expertise would help, and you've already gotten the
16  Ghunayman fatwa explained.
17      MR. KROMBERG:  Thank you, Judge.  That's what I wanted.
18  And now I'd like to publish this to the jury so they can see
19  10D19.
20      "From altimimi@yahoo.com Sun Oct 21 09:36:00 2001."
21      And if it's okay with Mr. MacMahon, I will skip down to
22  where it says, "Well this student of knowledge still has a lot of
23  studying to do."
24      MR. MAC MAHON:  Your Honor, actually, I'd like him to
25  read the subject header of the e-mail as well.

## Kohlmann - direct

1           MR. KROMBERG:  That's fine, okay.

2    Q.    "Subject:  Utter nonsense.

3           "Well, this student of knowledge still has a lot of

4    studying to do.

5           "Here are some quick comments interspersed.

6           "Ali."

7           Scroll down.  Then we have a message from AQ at

8    aqdcksa@yahoo.com on October 21, and the message is, "Here are

9    some interesting and important comments I received from a student

10   of knowledge in response to Ghunayman's fatwa.  I am not sending

11   this except to a select few whom I hope can understand that they

12   in no way condone the attacks of the disbelievers upon the Muslims

13   or any assistance to them in causing the destruction or loss of

14   life to them.  Nevertheless, they point out a certain reality that

15·  exists.  Now is the time for unity.  Remember what Mua'wiyyah said

16   to the Roman Emperor who offered him assistance during his

17   conflict with Ali?"

18           Signed, "AQ."

19           Okay.  The underlying message:  "I agree with this fatwa

20   indeed entirely since we are with the Afghani people against the

21   kuffar, but then again I have a perspective upon the Taliban that

22   they are dire enemies of the 'wahaabis' since they are

23   sufi-deobandis."

24           MR. MAC MAHON:  Your Honor, if I may, I don't mean to

25   interrupt, but that's not part of Dr. Al-Timimi's message.  If

# Kohlmann - direct

1  he's going to read it, I think he should say what part Al-Timimi
2  says.

3          THE COURT:  I think that's very important.  We need to
4  have that part.

5          MR. KROMBERG:  Absolutely, Judge.

6          THE COURT:  All right.

7          MR. KROMBERG:  I think Mr. MacMahon would agree with me
8  that this was not even what AQ said.  This was the underlying
9  comment on the Ghunayman fatwa that AQ sent to Ali Timimi for Ali
10 Timimi's comments.

11         MR. MAC MAHON:  I don't have any idea why this is here.
12 I don't have an assumption as to what this is, Your Honor.  It's a
13 piece of paper.

14         THE COURT:  All right.  Mr. Kohlmann, based upon your
15 experience with chats, instant messaging, is this an example of an
16 instant message?

17         THE WITNESS:  No, this is an example of a quote of an
18 e-mail.  The little brackets on the side there, they indicate that
19 that's someone being quoted.  So yeah, I mean, all that tells us
20 is that the message is being quoted from AQ.

21         MR. KROMBERG:  Judge, I'll be happy to read it the way
22 it is, and I'll be happy to say what it appears to be, but I
23 shouldn't have to have an objection from Mr. MacMahon if I don't
24 say who's saying what and I do get an objection when I do say who
25 is saying what.

# Kohlmann - direct

1      THE COURT:  Well, wait.  I am concerned that not just
2  every e-mail back and forth can be attributed to the defendant.
3  The only reference I see on this exhibit to the defendant is at
4  the very top, where it says "From altimimi@yahoo.com."

5      MR. KROMBERG:  And, Your Honor, if you turn to the very
6  bottom, it's signed "Ali," and if you see that at the very bottom
7  there are not those little carets to the left which indicated, I
8  think Mr. Kohlmann just suggested, indicating that the little
9  carets are the underlying e-mail, and where there's no carets, as
10  there at the bottom of page 4 and the top of page 1, that's the
11  message that Ali Timimi is sending.

12      THE WITNESS:  That's correct, Your Honor.

13      THE COURT:  All right, I understand that now.  All
14  right, the objection is overruled.

15  BY MR. KROMBERG:

16  Q.   Okay.  So the underlying message that -- being asked to
17  comment on is where it says, "I agree with this fatwa indeed
18  entirely since we are with the Afghani people against the kuffar,
19  but then again I have a perspective upon the Taliban that they are
20  dire enemies of the 'wahaabis' since they are sufi-deobandis.

21      "To say that they are" -- without carets, "To say that
22  they are dire enemies becuase the are Deobandis is an
23  exaggeration.  If one reads what the Deobandis say -- one will
24  find anti-Wahhabism and a degree of tolerance to Wahhabism."

25      Go on to the next page.

666

## Kohlmann - direct

1        "The question is what is the position of the Talibaan
2   toward the 'Wahhabis'?  Otherwise this is mere speculation which
3   does not bring any benefit."

4        Then the underlying message with the carets again:  "And
5   their leader is sooooo mysterious to give me the suspicious creeps
6   that maybe will eventually become the dajaal (patans are famous
7   for claiming that they are a lost tribe of bani-Israel and he is
8   sufi -- said to be qalandari type -- wears a famous burdah of the
9   prophet on occasion to become a special holy man and his followers
10  claim that he is the third Umar and that there hasn't been a
11  government like his since the kulafaa rashedeeen, etc., etc."

12       Without the carets:  "This is the height of ignorance.
13  First of all, ad-Dajjaal will not be able to have any progeny.
14  According to the wire reports, during the first week Mullah Umar's
15  son was killed.  He also has daughters and other sons.

16       "The Qalandari sufis are outside the fold of Islam.  One
17  of their qualities was they shave their beards (at least during
18  the time of Ibn Taymiya).

19       "This person is saying it is 'said' that he is a
20  Qalandari.  In other words, he has no sure knowledge.  Doesn't
21  this person fear the falling into sin by a false accusation.  What
22  type of studentg of knowledge is this?

23       "He wears the burdah of the Prophet -- sallallahu alaihi
24  wa sallam -- to become a special type of holy man.  How does one
25  know this.  And how are we to distinguish this burdah of the

**J.A. 811**

# Kohlmann - direct

1  Prophet -- sallallahu alaihi wa sallam -- from the cloak that most
2  Afghani Pathan men use to cover themselves.

3          "Also notice that this person neglected to invoke --
4  sallallahu alaihi wa sallam -- after mentiong the Prophet --
5  alaihi s-salaatu was-salaam.  (I realize he might of invoked that
6  within himself but it is only correct adab to write that too which
7  I would expect this student of knowledge to show.)

8          Getting back to the carets:  "In Pakistan the sufi
9  deobandis are crazy for him just as they are crazy against the
10 ahl-hadeeth salafi."

11         And without the carets:  "Well what do the Ahl
12 al-Hadeeth think of him?  The Salafi mujahideen in Kashmir are not
13 against them."

14         Back to the carets:  "And it is said that now many green
15 turbaned Brailawi (extremist grave worshippers) are going to
16 Afghanistan to fight also since they are all close and all hanafi
17 taqleedi, etc.)"

18         Without the carets:  "Again 'it is said,' no sure
19 knowledge.  Also even if this is true so what?  How does this
20 reflect negatively against him or their movemenet.

21         "Also what about the fact that the Brailewis consider
22 the Deobandis to be kuffaar?  Why has the author of this nonsense
23 neglected to mention that?  And how does he reconcile that?"

24         Then on back to the carets:  "And I have been collecting
25 material on this for a long time since many of my students and

668

## Kohlmann - direct

1   acquaintances in Pakistan were afghans with unique knowledge."

2          Without the carets:  "Well so have others.  You have

3   been collecting materials others have gone there and seen first

4   hand; not second or third hand.  I would suggest Abdul-Qaadir that

5   you pay a visit to Dr. Abdullah ar-Rayyis in KSU.  He has first

6   hand knowledge of them."

7          Back to the carets -- and, Mr. Kohlmann, "KSU" is an

8   abbreviation for what?

9   A.   King Saud University, in Saudi Arabia.

10  Q.   Back to the carets:  "Thus, I have said that bin ladin has

11  among him some truly takfeeri types."

12          Back to no carets:  "What does 'takfeeri types' mean?

13  Those with him do have extremism but they are not from jama-aat

14  at-takfeer in any way.  While these jihaadi movements have

15  tendency to swing to that extremism, the Salafi movements have the

16  tendency to swing to the pro-government Irjaa' extreme.  But when

17  should not paint a group or a phenomenon with a broad brush based

18  on a few members.  This is injustice and ignorance.  Those who

19  seek to rectify the affairs of the ummah need to understand the

20  historical and contemporary dimensions of these movements and

21  steer them to the truth."

22          Mr. Kohlmann, can you explain the takfeeri?

23  A.   Yeah.  There's an Islamic sect known as Takfir Wal-Hijra.

24  It's more an ideology than anything else.  Primarily, it came from

25  Egypt during the 1970s, although it was predominant among North

# Kohlmann - direct

1  Africans both in North Africa and in Europe.

2          "Takfir Wal-Hijra" means literally excommunication and
3  flight, the idea being -- and this actually really -- I think the
4  reason why it gets brought up here is because there is an
5  application to the Afghan war.  The idea is that if you're in a
6  society right now that is corrupt, that's un-Islamic, that's not
7  governed by the shariah, you're not allowed to stay there, or
8  you're not supposed to stay there.

9          You have to go into exile.  You have to flee.  You have
10  to take a journey, and you have to go to a foreign land, where you
11  wait and you declare that your enemies at home are excommunicated,
12  they're no longer Muslims, and you bide your time in this foreign
13  land until you gain the strength enough to go back and overthrow
14  the corrupt rulers.

15          But even though, I mean, I think Bin Laden and Zawahri
16  would be reticent to describe themselves at Takfir Wal-Hijra, it's
17  very similar.  The ideology is quite similar to exactly what they
18  did, which is flee their homelands because they felt the rulers
19  were un-Islamic, go to a foreign land, declare those rulers
20  excommunicated, and bide their time while waiting to overthrow
21  them.

22  Q.   Now, Bin Laden you talked about was from Saudi Arabia.   Where
23  was Zawahri from?

24  A.   From Egypt.  In fact, there are many that say that Zawahri's
25  ideology has its direct roots in the Takfir Wal-Hijra of the

# Kohlmann - direct

1  1970s.

2  Q.   Now, back to 10D19, the carets:  "And I don't know about him

3  personally but he has made baiah to mulla umar."

4        Without the carets:  "Again the author, admits ignorance

5  but tries to tie in something."

6        The carets again:  "And many afghan arabs used to be

7  extremist in fighting along with the taliban against the

8  northerners and allies and there are many stories indeed of

9  terrible wrongdoing and tribalism etc on both sides -- fitnah

10  fitnah . . ."

11        THE COURT:  Slow down, Mr. Kromberg.

12        MR. KROMBERG:  Sorry.  We're back to the no carets:

13  "Again stories no real information.  Ask this student of knowledge

14  to explain for us the massacre at Taif by the 'Wahhabis' and ask

15  him to explain what the a'imma of ad-dawah an-najdiya replied to

16  that massacre.

17        "Ask this student of knowledge to explain for us the

18  Iraqi salafi scholar al-Aloosi's comments in his history of Najd

19  (which the relvant pages are ripped out in editions found in the

20  Kingdom) regarding the extremism of the Wahhabis.

21        "Ask this student of knowledge to explain for us Sh

22  al-Albani's statement in the 7 tape series he did in Makkah in the

23  late 70s when being read portions from Majmu'atut-Tawheed the

24  Shaikh remarks that Ibn Abdul-Wahhab had extremism in the issues

25  of takfeer.

## Kohlmann - direct

1          "What I am trying to show by these comments is that this
2     student of knowledge still needs to learn a lot more knowledge,
3     manhaj, and adab wise.

4          "To try to voice concerns that perhaps Mullah Umar will
5     turn into the Dajjal or that the Pathans are said to be of Jewish
6     origin (even though the hadeeth mentions 70,000 Jews from Isfahan
7     which is I would guess a good 1,000 miles -- maybe more -- to the
8     east of Kandahar) or this or that based upon stories or feelings
9     of creepiness is not the mathodology of Ahl as-Sunna.

10          "Moreover, to distribute this nonsense does nothing for
11    the cause of Muslims at this time even with the first line I agree
12    with the fatwa.  Well who are you for us to care if you agree or
13    not?"

14          And we went over the part before:  "As Muslims we are to
15    deal with the facts.  If the Taliban and Mullah Omar and the Arabs
16    with them turn out to be the Dajjaal and his army we will deal
17    with that then when it is apparent.  Until that time they are
18    Muslim whom we are obligate to support by body, wealth and word
19    even if some find that distasteful."

20          Thank you, Judge.

21          And at this time, I'd like to move in -- I think the
22    exhibits are in, but I'd like to name the exhibits.  I think we --
23    or I could wait for later, but --

24          THE COURT:  Let's wait for later.

25          MR. KROMBERG:  Okay.  Thank you, Judge.

672

## Kohlmann - cross

1            Thank you, Mr. Kohlmann.

2            THE COURT:  All right, cross examination?

3                        CROSS EXAMINATION

4    BY MR. MAC MAHON:

5    Q.    Good afternoon, Mr. Kohlmann.

6    A.    Good afternoon.

7    Q.    When did you graduate from college?

8    A.    In 2001.

9    Q.    Okay.  And then you went to law school?

10   A.    That's correct.

11   Q.    Okay.  And do you have a business now, sir?

12   A.    Yes, I do.

13   Q.    Okay.  You advertise on the web?

14   A.    Yes, I do.

15   Q.    Do you advertise as the Dougie Howser of Terrorism, sir?

16   A.    I don't advertise it so much as, unfortunately, it's become a

17   nickname that I've gained, and I've determined that I can either

18   live with it, or I can hate it, and people use it anyway.

19   Q.    So it's the banner of your website, isn't it, sir?

20   A.    No, it's not.

21   Q.    It doesn't say on the first page of your website that you're

22   the Dougie Howser of Terrorism?

23   A.    No, it doesn't.

24   Q.    You were called that by a reporter from the L.A. Times?

25   A.    Actually, the reporter, I believe, was citing a comment that

## Kohlmann - cross

1  he received from an FBI agent that I had worked with on a case.

2  Q.   Okay.  And you've worked with a lot of FBI agents, haven't

3  you, sir?

4  A.   I've worked with some.  I don't know about a lot.  I've

5  worked on certain specific cases.

6  Q.   Okay.  How many, how many times have you testified for the

7  government against a Muslim?

8  A.   I've only testified twice.  This would be No. 2, and both

9  times they were Muslim defendants, I suppose.

10 Q.   One of them was a man name Sami Al-Hussein?

11 A.   No, I've never testified in that case.

12 Q.   But you have an opinion about that case, don't you?

13 A.   I've actually written several papers about the case, yeah.

14 Q.   Right.  And if we go to the methodology of your scholarship,

15 sir, one of your papers is something called Legal and

16 Investigative Leap Holes -- Loopholes, excuse me -- in Modern

17 Cyber-Terrorism Cases.  Is that a paper you wrote?

18 A.   Yes, it is.

19       MR. KROMBERG:  Judge, I'd like to object because that

20 exhibit was the subject of an objection from Mr. MacMahon that I

21 wasn't allowed to go into and talk about, and now -- this was

22 before trial, and now we're going to go into it?

23       THE COURT:  Well, then you can do it on redirect.

24 Overruled.

25 BY MR. MAC MAHON:

**J.A. 818**

## Kohlmann - cross

1  Q.   Now, you -- you recite a lot of sources and a lot of

2  information, don't you, Mr. Kohlmann?

3  A.   Yeah.

4  Q.   Okay.  And, for example, in this paper, you cited to an

5  article in the Al Quds' Al Arabi journey to meet Bin Laden

6  described, right?

7  A.   Al Quds Al Arabi, yeah.

8  Q.   That's something you've read, right?

9  A.   Yeah.

10 Q.   Okay.  You've never been to Pakistan, have you?

11 A.   No.

12 Q.   Never been to Afghanistan?

13 A.   No.

14 Q.   Never been to Saudi Arabia?

15 A.   No.

16 Q.   Don't speak Arabic?

17 A.   Well, that's not really true.  I don't speak Arabic fluently,

18 but I know quite a bit of vocabulary, and I actually -- I mean, I

19 listen to Al-Jazeera during the day.  I don't understand

20 everything, but, I mean, I pick up quite a bit.

21 Q.   You don't speak any Urdu, do you?

22 A.   No.

23 Q.   You can't read Urdu on the Lashkar websites?

24 A.   Lashkar websites are generally in English, not in Urdu.

25 Q.   Okay.  And what's the main language in Afghanistan?

## Kohlmann - cross

1   A.    There is multiple languages.

2   Q.    Well, what are they?

3   A.    There's Pashto, there's Dari, there's Farsi, there's Tajik,

4   there's Uzbek, plus, I mean, there's scattered people that speak

5   Arabic and other languages.

6   Q.    Okay.  And you don't speak any of those languages, either?

7   A.    Other than a little bit of Arabic, no.

8   Q.    Okay.  Do you speak Farsi?

9   A.    No.

10  Q.    Okay.  So you can't read any of these stories or anything in

11  their original sources, can you?

12  A.    I have translators to do that for me.

13  Q.    Okay.  But you can't yourself, right?

14  A.    No, no, no.

15  Q.    Okay.  And so when you read "The Journey to Meet Bin Laden

16  Described," did you have any way to know whether anything that was

17  in that article was actually true?

18  A.    No.

19  Q.    And you get government reports, too, from -- here you cite to

20  some web page from the Electronic Intrusion Threat to National

21  Security.  Where did you get that?

22  A.    I'd have to see the reference in order to see it.

23  Q.    But just some of your web research, sir?

24  A.    I'm not really understanding what you're asking me.

25  Q.    You spend a lot of time on the web, don't you?

## Kohlmann - cross

1  A.    It's -- these days, it's one of the most active places to
2  pick up original information about these groups.
3  Q.    All right.  And everything you read on the web, you have
4  absolutely no way of knowing whether any of it's true, is it?
5  A.    Well, that's part of my scholarship.  What I do is I take
6  what I find on the web, and then I try to confirm it.  So for
7  instance, lately I've been collecting biographies of people who
8  have gone to Iraq to be suicide bombers.  So what happens is in
9  addition to their biographies and whatnot I'll pull off the web,
10 I'll also get telephone numbers for families, or I'll get e-mail
11 addresses, or I'll -- their relatives in the United States.

12            So I will then go out, and I will attempt to confirm
13 that information by making phone calls, by going out and meeting
14 people, by interviewing, by cross-referencing sources.  It's a
15 little more complicated than just pulling this stuff straight from
16 the web.

17 Q.    And you cite Reuters news articles, don't you?
18 A.    For background, yeah, sure.
19 Q.    You don't know whether the reporter in those situations has
20 any idea what he's talking about, do you?
21 A.    Generally speaking, I try to go for original sources.  In my
22 book, if you read my book, if you go through the footnotes in my
23 book, most of them are to original sources or they're to
24 evidentiary documents that I have copies of, not just news
25 articles.

**J.A. 821**

## Kohlmann - cross

1        I would be, I would be pretty reticent basing something
2  entirely upon news articles for exactly the reasons you just
3  cited.
4  Q.   Well, you don't dispute that in this paper that I'm looking
5  at right now, you cite many news articles?
6  A.   Yeah.
7  Q.   CNN, Fox News?
8  A.   For basic facts, for undisputable facts.  If there's
9  something in any of those articles that I think is in dispute or
10 in any way in dispute, I would try to cross-reference it, or I
11 would mark saying "allegedly" or "claimed."
12       That's one of the reasons why I put so many footnotes is
13 so that people can go back and see where I got something from so
14 if they choose to disagree with it, they can look back to the
15 original source.
16 Q.   All right.  And then some other sources that you used here at
17 footnote 67 is the government's evidentiary proffer supporting the
18 admissibility of coconspirator statements, United States v. Enaam
19 Arnaout?
20 A.   That's correct.
21 Q.   Okay.  And was that ever admitted in trial?
22 A.   Well, actually, no, but the exhibits that support that
23 proffer were submitted, and I have copies of all of them.
24 Q.   Right.  So whatever the government writes and hands to a
25 judge you take as true and put in one of your papers, right,

## Kohlmann - cross

1  Mr. Kohlmann?

2  A.    No, not necessarily.  Actually, usually I refer primarily to

3  witness testimony in court.  For instance, I referred quite

4  heavily to the testimony of Jamal Al-Fadl.  In my book, I cite,

5  cite portions of Al-Fadl's testimony that were given as a result

6  of this proffer and not in any case.

7          But Jamal Al-Fadl has already been certified as an

8  expert witness.  He's a former Al-Qaeda member.  He's given

9  lengthy testimony that was given in the largest, the largest

10 terrorism trial ever in the United States history.  He's

11 considered a pretty credible witness, and I have to say that since

12 he's already been approved once, if he says something, I'm going

13 to at least, I'm going to at least cite it.

14          I'm going to very carefully say that this information

15 came from this person in court under this testimony.  I allow the

16 reader to judge.  I don't make those kind of judgments.

17 Q.    Well, what case was Jamal Al-Fadl accepted as an expert

18 witness in?

19 A.    No, not an expert witness.  As a fact witness.  United

20 States --

21 Q.    You said he was an expert witness, didn't you?

22 A.    I'm sorry, I misspoke.  It's United States v. Usama Bin

23 Laden, et al.  He was a star witness.

24 Q.    He was one of many witnesses, wasn't he?

25 A.    No, he was a star witness.  He testified for over three days,

## Kohlmann - cross

1  and he testified for much of the testimony in that trial.

2  Q.   All right.  And that transcript of that trial is 30,000 pages

3  long, isn't it?

4  A.   If you read through, much of the material that has to deal

5  with anything substantive has to deal with him, and he was one of

6  the first witnesses, and he testified, I think, more than any

7  other single witness.

8  Q.   All right.  And Mr. Al-Fadl, for example, when was his last

9  time with Al-Qaeda?

10 A.   In 1996, in the Sudan.

11 Q.   Right.  And so he doesn't know anything about any of the

12 issues that you talked about today that are subsequent.  He's been

13 in government custody ever since, hasn't he?

14 A.   Well, he's only one person.  I've spoken with -- I mean, I

15 should caution you I've spoken with a number of defendants.  I've

16 spoken with a number of eyewitnesses.

17        I try to avoid using one source or one person as a

18 source just because it's -- I was trained as an academic, and I

19 wrote a lot of this stuff as a law school student, and you have to

20 be pretty careful about judging your sources.  You have to be

21 pretty careful about measuring them and about supporting them.

22 You don't want to write something based on one source.

23 Q.   Have you met Jamal Al-Fadl in person?

24 A.   I'd like to, but I can't.

25 Q.   So all you do is look at what he says that's typed up on a

## Kohlmann - cross

1  transcript, and then you decide on his credibility?

2  A.   No.  Actually, I've compared what he's said with the

3  testimony from other Al-Qaeda individuals plus original material

4  that I was able to get directly from Al-Qaeda members, and

5  according to what he said, it corresponded directly to what they

6  said.

7  Q.   An Al-Qaeda member gave you something about Jamal al-Fadl?

8  A.   Not Jamal al-Fadl but about Jamal al-Fadl and other Al-Qaeda

9  members, yes.

10  Q.   And did you turn that directly over to the government, sir?

11  A.   No, not immediately.  I did that later, yeah, when I realized

12  what it was.

13  Q.   Okay.  You testified at the beginning, I think, that you said

14  you consult with law enforcement as well, right?

15  A.   That's correct.

16  Q.   Okay.  What law enforcement agencies do you work with?

17  A.   The Department of Justice, the FBI, the Treasury Department,

18  the IRS, Immigration and Customs.

19  Q.   Let's go through -- what do you do for the Department of

20  Justice, Mr. Kohlmann?

21  A.   I work as an expert witness, and I help review evidence for

22  cases.

23  Q.   Okay.  Did you review the evidence in this case?

24  A.   As regards to my expert testimony, I did, but not anything

25  else, no.

**J.A. 825**

## Kohlmann - cross

1   Q.    How much time did you spend with Mr. Kromberg preparing for
2   today?
3   A.    Today?
4   Q.    Preparing for your testimony.
5   A.    Today?  Less than an hour.
6   Q.    How about before that?
7   A.    I haven't spoken with Mr. Kromberg in months.  The last time
8   I think we spoke was a year ago.
9   Q.    Okay.  And you testified on his request in another case,
10  right?
11  A.    A year ago, yeah.
12  Q.    Okay.  And that was the case The United States v. Sabri
13  Benkahla?
14  A.    That's correct, yeah.
15  Q.    Okay.  And did you have -- Mr. Benkahla was acquitted after
16  your testimony, wasn't he, sir?
17  A.    If you say so.
18  Q.    You don't know?
19  A.    I was --
20          MR. KROMBERG:  Objection, Judge.  The fact -- as the
21  Court knows, the reason that Mr. Benkahla was acquitted had
22  nothing to do --
23          THE COURT:  Whoa, whoa, whoa.
24          MR. KROMBERG:  This is the most absurd insinuation that
25  Mr. MacMahon is making.  He knows very well why Mr. Benkahla was

**J.A. 826**

# Kohlmann - cross

1  acquitted had nothing to do with Mr. Kohlmann.

2              THE COURT:  Well --

3              MR. MAC MAHON:  I'll rephrase the question.

4              THE COURT:  You should rephrase that question, because

5  the question is misleading.

6  BY MR. MAC MAHON:

7  Q.   After the trial, did you meet with Mr. Kromberg to discuss

8  ways to improve your testimony?

9  A.   No.

10 Q.   Now, you -- in page 19 of your, this cyber-terrorism paper

11 you wrote for school, you cite definitively to the indictment of a

12 man named Sami Omar Al-Hussayen, correct?

13 A.   When you say "definitively," what exactly do you mean?

14 Q.   Well, do you want me to read it to you, sir?

15 A.   Sure.

16 Q.   You say that Hussayen engaged in, quote, in computer website

17 activities that exceeded his course of study at the University of

18 Idaho, including giving, quote, expert computer services, advice,

19 assistance, and support to Islamic organizations in America whose

20 Internet sites, quote, accommodated materials that advocated

21 violence against the United States.

22 A.   I cited to the, to the indictment, but I had actual original

23 copies that I had myself gotten of all of his e-mails that he had

24 posted online of his former websites, of domain registries, of

25 e-mails, you name it, of his news group.  I had all the original

# Kohlmann - cross

1  evidence.  I just felt that they had stated it fairly succinctly.

2  Q.    Okay.  And did you offer to review that case, too, sir?

3  A.    No.  I didn't offer to review it nor did I review it nor did

4  I testify.

5  Q.    All right.  And he was acquitted, too, wasn't he, sir?

6  A.    I mean --

7              MR. KROMBERG:  Objection, Judge.  What possible

8  relevance does that have?

9              THE COURT:  I'm sustaining that objection.

10              MR. MAC MAHON:  It has relevance as to methodology as to

11  how he pulls these things together, Your Honor.

12              THE COURT:  Wait a minute.  If he didn't testify at that

13  trial, there's no way in the world in which that particular line

14  of questioning was proper.  I'm sustaining the objection.

15              I sustained it, Mr. Kromberg.

16              MR. MAC MAHON:  Thank you, Your Honor.

17              MR. KROMBERG:  Well, I ask that you instruct

18  Mr. MacMahon not to bring up any more, because the fact that

19  someone was acquitted in another case has nothing to do with any

20  issue in this case regardless of whether Mr. Kohlmann --

21              THE COURT:  I think the jury is more than astute enough

22  to understand the distinction.

23              MR. KROMBERG:  Thank you, Your Honor.

24  BY MR. MAC MAHON:

25  Q.    Okay.  Now, in this paper, sir, you also advocate, if I don't

**J.A. 828**

## Kohlmann - cross

1  misstate what you suggest as your conclusion, that in order to
2  further the goal of counterterrorism as you see it, that we should
3  insert and disseminate false information, overload systems,
4  misdirect message traffic, preclude access, engage in other
5  destructive and disruptive activities to hamper and prevent
6  terrorist operations?

7  A.   Well, I think actually that's a direct quote that I cited
8  from somebody else.  I'm not endorsing it.  In fact, I think it's
9  a pretty bad idea, but I -- when writing that paper, it was a
10 theoretical paper.  It was for a cybercrime and cyberterrorism
11 class, so part of the idea behind the class was we were supposed
12 to come up with alternative ideas, solutions, even if we didn't
13 necessarily agree with them, ideas that would potentially help us
14 understand the problem better and other solutions.

15        I don't advocate that.  I do not participate in it.
16 It's not something that I do.

17 Q.   So as an academic, you often in your papers raise different
18 viewpoints?

19 A.   Yeah, I do.

20 Q.   And suggest them?

21 A.   I wrote a paper about a year and a half ago for law school
22 about Ahmad Shah Massaud and Gulbuddin Hekmatyar, two of the
23 people I've spoken about today.  One of the things that I really
24 wanted to focus on in that paper was give differing views of each
25 of them and show how each of them are perceived differently.

**Kohlmann - cross**

1        You know, a lot about terrorism is perception, so I
2   think it's important.  Yeah, I mean, usually I try to get both
3   sides out, and if there's any question as to the legitimacy or
4   accuracy of evidence, I'm usually quick to cite that.
5   Q.   So for you as an academic, the fact that you quote to one
6   source or another in a paper doesn't mean you're endorsing that in
7   any way, do you?
8   A.   I would hope not.  I don't always -- I endorse -- when I
9   endorse something, I say that I believe this is a true fact.  In
10  my book, there's a number of things where I endorse as I believe
11  they actually happened from speaking with eyewitnesses, from
12  reviewing documents, but in the theoretical paper that I wrote
13  from law school, I mean, when I write things for an academic
14  environment, law school, it's theoretical.  I mean, it
15  shouldn't -- it should be taken as theory.
16  Q.   All right.  So things that are written by academics that are
17  theoretical shouldn't be taken too seriously by anybody in terms
18  of it advocating one position or another; is that right?
19  A.   Well, again, I said in the context of law school.  Now, if I
20  was writing this outside, I think I would have done a better job
21  of making sure that I wasn't showing people that I'm advocating
22  cybercrime.  What I'm doing is suggesting that there are
23  alternatives.
24        I mean, I think there's a difference between writing
25  something for, for an academic environment such as in a school or

## Kohlmann - cross

1  in a university versus outside, and that's something I generally
2  adhere to in my writing.

3  Q.   Okay.  What other government organizations do you work for
4  other than DOJ?

5  A.   I don't work for any government organizations.

6  Q.   Well, you've performed services for them, haven't you?

7  A.   Only in a temporary basis.

8  Q.   Okay.  And which organizations are those?

9  A.   We've gone through all of them.

10 Q.   Would you tell us the work that you did for all of them?

11 A.   I performed -- I reviewed exhibits, I interviewed cooperating
12 witnesses, I reviewed wire transcripts, I have given my
13 perspective on various individuals who are named in a given case
14 about whether I'm familiar with them.  I've provided electronic
15 evidence in the form of videos or propaganda videos, stuff like
16 that.  Just, you know, general stuff that may be available in the
17 Internet but law enforcement agencies don't necessarily have a
18 copy of.

19 Q.   And you charge for these services, I hope, right?

20 A.   Not always.  Generally with law enforcement, I'll only charge
21 if there's a case where I'm being hired as an expert, because
22 that's a specific amount of dedicated work that I'm putting in,
23 and, I mean, I have to pay my bills, but generally speaking, if I
24 have a document and it's not doing me any good and it would help
25 someone in the government to see it, I'll pass it along for free.

# Kohlmann - cross

1   I mean, I don't -- I'm not that greedy.

2   Q.   But you're getting paid in this case, I hope, right?

3   A.   Some, yeah.

4   Q.   Well, you have a contract with the government to provide

5   testimony in this case, don't you?

6   A.   Yeah, yeah.

7   Q.   So just so we're clear, most of the testimony you've given is

8   just about all these organizations, the result of you doing a lot

9   of reading and a lot of being on the Internet and otherwise,

10  correct?

11  A.   Well, no, that's not true.  I've also gone undercover, and

12  I've met terrorist leaders in various places around the world.

13  Q.   That was in Britain, right?

14  A.   Also in the rest of Europe as well.  I've traveled around

15  pretty extensively, and I've met, I've met some pretty ranking

16  people.  I had a three-hour-long conversation with Abu Hamza

17  al-Masri.  I've spoken at length with other Salafi leaders also

18  here in the United States.

19          But the best way to learn about this stuff is -- really

20  is to go out and meet people and talk with them, and that's

21  generally the way by which I'm able to verify what's written in a,

22  in a document.

23          So for instance, in my book, I cite a French

24  intelligence document talking about Abu Hamza al-Masri and talking

25  about his involvement in Bosnia, so I went to Abu Hamza, and I

688
## Kohlmann - cross

1  asked him about it, and generally what he said corroborated with
2  the report, and his general gist of what happened and certain
3  things that he said fit in with the report, and I was able to
4  match those things up.
5       The same thing goes with other people that I interview.
6  That's really the goal of going out and doing firsthand research.
7  Q.  And Abu Hamza is who?  Tell the jury who that is.
8  A.  Abu Hamza is an Egyptian cleric currently awaiting
9  extradition from London.  He was a spiritual advisor to
10 individuals such as Richard Reid, Zacarias Moussaoui, Jamal Begal,
11 and Lionel Dumont.
12 Q.  All right.  And did he serve in Afghanistan?
13 A.  Yes, he did.
14 Q.  Was he injured in Afghanistan?
15 A.  Yes.  According to French intelligence, he lost his hands and
16 part of his eye while playing with explosives.
17 Q.  All right.  And when you interviewed him, he told you about
18 his experiences in Afghanistan, didn't he?
19 A.  Yes, he did.
20 Q.  And he told you they were -- his combat experience was
21 valuable to him in helping to recruit other people, didn't he?
22 A.  He wouldn't say that kind of a thing to me I don't think.
23 Q.  But you know that from reading sources about -- stories about
24 him, that he tells young Muslim men about his combat experiences,
25 trying to recruit them, didn't you?

**J.A. 833**

## Kohlmann - cross

1  A.    He talks about talking about his combat experiences, and he
2  talks about jihad in general, yeah, yeah.
3  Q.    And he shows jihad videos to young men as well?
4  A.    Yeah.
5  Q.    That's an important part of how he recruited young men,
6  wasn't it?
7  A.    He -- actually, one of the most important parts is that he
8  speaks English, because very few radical clerics speak English,
9  and the fact that he speaks English very fluently meant that he
10 was a primary recruiter for Europeans and Americans that were
11 seeking to go to jihad.
12 Q.    All right.  But you know that at the Finsbury Park Mosque, he
13 showed jihad videos to impressionable young Muslim men, didn't he?
14 A.    Yeah, but like I said, a lot of those people that came there
15 were, were English speakers.  He told me -- he actually said to
16 me, "Americans always come here.  Americans -- journalists and
17 people from the American Army, they always come here to seek my
18 advice."
19 Q.    Okay.
20 A.    His --
21 Q.    In your --
22         MR. KROMBERG:  Objection, Judge.  Let the witness finish
23 his answer.
24         MR. MAC MAHON:  Excuse me, I thought he was done, Your
25 Honor.

690
## Kohlmann - cross

1        THE WITNESS:  His -- actually, the best way he recruits
2   people is by distributing videotapes of himself and audiotapes of
3   himself in English.  He -- these are available on the web now, you
4   can download them, and they have lectures where they tell people
5   that America is the enemy, that 9/11 was a good thing, and that
6   you should go out and do more stuff like that.
7   BY MR. MAC MAHON:
8   Q.   All right.  And his are direct calls for people to go
9   participate in jihad and --
10  A.   No.  Again, he's smart enough that he doesn't do this.  What
11  he'll do is he'll go up to a certain point where he'll say 9/11
12  was justified.  He'll say Usama Bin Laden is a hero.  He'll say
13  it's a good thing for these things to happen.  More of them will
14  happen.  But he'll never get himself recorded saying, you know, I
15  want you to go and do this.

16        However, other evidence has surfaced showing that indeed
17  that's exactly what his agenda is.  When, when British police
18  raided his mosque, what they discovered in the basement was a
19  photocopy machine used to make ricin instructions in Arabic.
20  Q.   All right.  That's something that Abu Hamza had was ricin
21  instructions, correct?
22  A.   Secretly, yeah.
23  Q.   Yeah.  It was hidden somewhere in a mosque, and it was found
24  by the police, right?
25  A.   Actually, no.  They never -- they found the ricin

691

## Kohlmann - cross

1  instructions in northern England, and what they did was they
2  traced -- they realized that they had a photocopy document, so
3  what they did is they traced back to the photocopier back to Abu
4  Hamza's mosque.

5      What Abu Hamza's mosque was is part of the
6  infrastructure.  If you wanted to make a photocopy of ricin
7  instructions, you went and used his photocopier.  If you wanted a
8  fake passport, you went into the bathroom at the mosque.

9      It was -- you know, it was -- there were several
10  locations like this in Europe that were used as kind of
11  guesthouses/underground meeting points, not so underground after a
12  while.
13  Q.   All right.  Now, the -- you said that Lashkar-e-Taiba was
14  supported, I think, by the Pakistani government?
15  A.   That's correct.
16  Q.   Okay.  And how long were they supported by the Pakistani
17  government?
18  A.   From their very inception.
19  Q.   All right.  And so actually, it was at one time a legitimate
20  political party in Pakistan, wasn't it?
21  A.   Well, Lashkar-e-Taiba was never a legitimate political party.
22  Markaz Dawa was a legitimate political party.  Lashkar has had the
23  tacit support of the Pakistani military since about 1993 or 1994,
24  when they first began activities in Pakistan -- Kashmir, rather.
25      Pakistan has had a tremendous interest in trying to

## Kohlmann - cross

1  drive the Indians out of Jammu and Kashmir, and I believe the idea
2  was is that they were going to use groups like Lashkar, like the
3  Badr Brigades, like Jaish-e-Mohammad, in order to drive out the
4  Indians through fear, through terroristic attacks, stuff that the
5  Pakistani government, the Pakistani military could not do on its
6  own and take credit for, in fact, could not do on its own, period,
7  because it would be bad press.  So Lashkar worked at times as a
8  proxy.

9  Q.   Right.  Lashkar was doing the dirty work for the Pakistani
10 government even after 9/11, wasn't it?

11 A.   In some ways, yes, but only in Kashmir.  The Pakistanis were
12 not so eager about what Lashkar was doing outside of there.  There
13 were people in the ISI, the Pakistani intelligence, perhaps that
14 were.  But yeah, it continued even after 9/11.

15 Q.   And when you say the ISI, can you tell the jury who that is?
16 A.   Sure.  The ISI is the Pakistani Inter-Services Intelligence.
17 It's the equivalent of the American CIA.  And it was used
18 primarily during the 1980s and 1990s as a mechanism in order to
19 support radical Islamic groups both based in Afghanistan and
20 Kashmir in an attempt to secure Pakistani national borders and
21 national interests.

22 Q.   All right.  And the United States made great use of the ISI
23 during the Afghan-Soviet war, didn't it?

24 A.   I would say they made great use of the ISI up until about
25 '93.

## Kohlmann - cross

1  Q.    Right.  And they, they funneled billions of dollars, the
2  United States funneled billions of dollars to the Afghans, the
3  Arabs fighting in Afghanistan, didn't it?
4  A.    I can't think of the exact number, but it's hundreds of
5  millions or billions of dollars, yeah.
6  Q.    It was specifically approved publicly by the United States
7  Congress after the Soviet invasion of Afghanistan, right?
8  A.    That's correct.
9  Q.    And that was when the Olympics were canceled?
10 A.    That's correct.
11 Q.    Right.  And --
12 A.    Although I should add that the lion's share of U.S. aid to
13 Afghanistan in terms of military aid really did not begin until
14 approximately 1985.  At that point, there was an assessment done
15 by Pakistani ISI folks and military folks, and they, they believed
16 that with the advent of more Russian helicopters in Afghanistan,
17 the attack helicopters, that the Afghan Resistance would collapse.
18        So at that point, it was really in '85 or '86, it was
19 really the last three years of the war that America was fully
20 involved.  The first five years, it was at a much more restricted
21 level.
22 Q.    Well, didn't the National Security Advisor, Zbigniew
23 Brzezinski, go over there and publicly stand with a rifle at the
24 border?
25 A.    As, as did countless numbers of journalists and politicians

## Kohlmann - cross

1  and you name it.  It was for a while during the late '80s, it was
2  a popular thing to do, to go there and do this, but of course,
3  this all ended in 1988.

4  Q.   All right.  And in the United States in that time frame,
5  there were mosques that raised money and sent it over to the
6  mujahideen in Afghanistan, weren't there?

7  A.   Well, it depends what you mean by the mujahideen in
8  Afghanistan.  There were two types of fundraising that was going
9  on.  There were people raising money for the Afghan mujahideen,
10 and there were people raising money for the Arab mujahideen.

11         Now, sometimes those, those forces were integrated, but
12 there was a distinct network for raising money specifically for
13 Arab fighters that was separate from that of Afghan fighters, and
14 that network had goals that from the beginning were beyond
15 Afghanistan.

16 Q.   All right.  But it was done in this country openly, wasn't
17 it?

18 A.   Oh, yeah, yeah.

19 Q.   No law enforcement interfered with anybody doing any of those
20 things?

21 A.   Well, at some point, they did, but not in the late 1980s no.

22 Q.   Right.  And Americans went over to Afghanistan and fought,
23 too, didn't they?

24 A.   Yes, they did.

25 Q.   And nobody stopped them from going over there to fight, did

**Kohlmann - cross**

1  they?

2  A.    No, they didn't.

3  Q.    And nobody ever prosecuted any of them when they came home,

4  right?

5  A.    To a certain point.  And if you're talking about the people

6  that went over there during the late 1980s, the answer is yes and

7  no.  As a matter of fact, we did prosecute someone, Clement Rodney

8  Hampton-el.  We didn't prosecute him on the basis of his

9  involvement in the Afghan war; however, it was his involvement in

10  the Afghan war that led him into participation in a group of jihad

11  cell plotters up in New York that were plotting to among other

12  things blow up the Holland Lincoln Tunnels.  That was, that was in

13  '93-'94-'95.

14  Q.    That was the Egyptian group that you were talking about,

15  correct?

16  A.    That's correct.  The New York Jihad Plots case, yeah.

17  Q.    And they weren't Afghan Arabs, that crowd, were they?

18  A.    They were.

19  Q.    They were?

20  A.    Virtually all of them.

21  Q.    We have the crowd with -- have you -- in preparing for trial,

22  have you read on the Internet some of Dr. Al-Timimi's statements?

23  A.    You know, I've listened to his audios over the years

24  occasionally.  I really -- it's not in my immediate interest area,

25  so, I mean, it's possible that I've read some of his stuff.

696
## Kohlmann - cross

1  Q.   Look, if you would, at Defendant's Exhibit 33, please.

2         THE COURT:  Mr. MacMahon, I need a set.

3         MR. MAC MAHON:  Oh, it's right there, Your Honor, I'm

4  sorry.

5         THE COURT:  Well, we need one here.

6         MR. MAC MAHON:  Excuse me, I thought we'd given it up.

7  I apologize, Your Honor.

8         MR. KROMBERG:  Judge, I'm going to object to Defense

9  Exhibit 33.

10        THE COURT:  Well, I need to see it.  That's why I have

11 to have them up here.

12        THE WITNESS:  I'm sorry, did you say 33?

13        MR. MAC MAHON:  Hold on for a second, if you would.

14        THE COURT:  It is 33, though, right?

15        MR. MAC MAHON:  Yes, Your Honor.

16        THE WITNESS:  Thank you, Your Honor.

17        THE CLERK:  I need volume 1.

18        THE COURT:  Well, 33 is not in my volume.

19        MR. MAC MAHON:  Excuse me, Your Honor.

20 Q.   Have you ever seen that before?

21 A.   No.

22 Q.   You never heard that speech?

23 A.   I've never been to Purdue University.

24 Q.   Do you have any ideas what Dr. Timimi's --

25        MR. KROMBERG:  Objection, Your Honor.  I object to any

**J.A. 841**

## Kohlmann - cross

1  more -- I object to questioning of this witness on this, but I
2  also -- once the witness has said he's never seen it before,
3  that's it.

4          MR. MAC MAHON:  I was going to ask him about another
5  one.  They brought up the speech of the --

6          THE COURT:  I'm going to try as much as I can to make it
7  an even playing field.  The witness has not seen the article, so
8  he can't comment on the article specifically, but if there are
9  particular topics or something in it that you want to ask him
10 about, that you may ask him about.

11         MR. KROMBERG:  Judge, may we approach on this?

12         THE COURT:  Yes.

13         (Bench conference on the record.)

14         THE COURT:  Yes, Mr. Kromberg?

15         MR. KROMBERG:  This is hearsay for the defendant.  This
16 is a way of getting the defendant to be able to say, "I'm against
17 terrorism," without ever testifying, because this is a speech that
18 Mr. MacMahon wants to get in where Mr. Timimi said, "I'm against
19 terrorism," in 1993.

20         Well, that's fine.  This witness has never seen it.  To
21 ask this witness anything about it is just a backdoor way of
22 allowing Mr. Timimi to say that he's against terrorism without
23 submitting himself to cross examination.

24         It's being offered by the defendant as his own
25 statements to get them onto the record without any way of

698

## Kohlmann - cross

1  cross-examining them.

2       THE COURT:  But you've done the same thing.

3       MR. KROMBERG:  What I did was I showed Mr. -- I showed
4  Evan Kohlmann a speech that he said that he actually saw in the
5  course of his studies -- in the course of his work and asked him
6  to comment on it.

7       THE COURT:  The words of this defendant are critical to
8  this case, and if they were published before the events that are
9  the subject of the indictment, then they are historically out
10 there.  I'm going to allow it to come in.

11      MR. KROMBERG:  Where is the proof that it was published?
12 This witness has never even seen it before.  We need a witness to
13 say that I've seen this.  This is just a document that Mr. Timimi
14 gives to us and says, "Here, this is my statement against
15 terrorism."

16      THE COURT:  Actually, wait a minute, does this even have
17 an author on it?

18      MR. MAC MAHON:  Yes, Your Honor.  It's delivered -- at
19 the end, it's his.  It's the statements that he made.  "I will
20 conclude my remarks and open the floor for questions and
21 comments."

22      THE COURT:  Yes, but how can we know who the speaker is?
23 It just says "Delivered at Purdue."  It doesn't say "Delivered by
24 John Smith."

25      MR. MAC MAHON:  Your Honor, you talked about the 302s.

**J.A. 843**

699

## Kohlmann - cross

1   This is something Dr. Al-Timimi brought in to the FBI and told
2   them about before he was even indicted.  It's in the same 302s
3   that have opened the door to everything else.

4               MR. KROMBERG:  This is something that Mr. Timimi gave to
5   us and said that this is a speech that he delivered 12 years ago;
6   that's true.

7               MR. MAC MAHON:  And the things we've seen in this case
8   all go longer than that.

9               THE COURT:  I'm allowing it in.  You can cross-examine
10  about it.  Again, I may have to give a whole bunch of cautionary
11  instructions to the jury.

12              MR. MAC MAHON:  Thank you.

13              THE COURT:  But that's fair.  I will allow it.

14              (End of bench conference.)

15  BY MR. MAC MAHON:

16  Q.   Mr. Kohlmann, you talked about the World Trade Center
17  bombing, correct?

18  A.   That's correct.

19  Q.   Okay.  And the date of this speech is October 20, 1993,
20  correct?

21  A.   That's correct.

22  Q.   Okay.  And do you see where it says "Non-combatants during
23  war"?

24              THE COURT:  It's a multi-page document.  Can you refer
25  to a page?

## Kohlmann - cross

1          MR. MAC MAHON:  Page 4.  I'm sorry, Your Honor, excuse
2    me.
3          THE WITNESS:  Yeah, I have it right here in front of me.
4    BY MR. MAC MAHON:
5    Q.   "Non-combatants during war.  Yet at the same time, it must be
6    emphasized that Islam has prohibited under all circumstances" --
7          THE COURT:  Wait a minute.  Mr. MacMahon, first of all,
8    A, you've got to go slower so we get this for Ms. Thomson, but
9    secondly, I want to jury to understand what you're reading from.
10         MR. MAC MAHON:  Okay.  This is, this is the text of a
11   speech that Dr. Al-Timimi gave at Purdue University on October 20,
12   1993, and I'm putting in -- I'm not going to read the whole thing;
13   it's too long -- just some portions.
14         THE COURT:  Are you moving it into evidence?
15         MR. MAC MAHON:  Yes, Your Honor.
16         THE COURT:  All right.  The government objected, the
17   Court has overruled the objection, and it's in.
18             (Defendant's Exhibit No. 33 was received in evidence.)
19         THE COURT:  Go ahead.
20   BY MR. MAC MAHON:
21   Q.   "Non-combatants during war.  Yet at the same time, it must be
22   emphasized that Islam has prohibited under all circumstances" --
23         THE COURT:  Slow down.
24         MR. MAC MAHON:  I'm sorry, Your Honor.  ". . . the
25   intentional taking of the lives of non-combatants.  The Prophet

## Kohlmann - cross

1  has instructed:  Do not kill a decript old man, or a young infant,
2  or a woman.

3          "Based on this and similar statements by the Prophet,
4  the Muslim scholars are in agreement that it is forbidden to kill
5  the children and womenfolk of the unbelievers so long as they
6  themselves do not participate in the war," and there is a cite.

7          "Thus innocents, like women, children, elderly men who
8  are incapable of participating in warfare, and likewise by the
9  prophet Muhammad's instructions, those religious monks who are
10 typically pacifists and hence do not engage in warfare; regarding
11 all these people, the prophet Muhammad has forbidden us under any
12 circumstance to deliberately take any of their lives.  On one
13 occasion during the lifetime of the prophet Muhammad, the Muslims
14 attacked an inhabitation and during the heat of battle entered
15 into a household and killed some women and children.  When the
16 Prophet came to know of this, he became angered and remarked that
17 God has not sent us to kill the likes of these persons.

18          "The application of weapons of mass destruction upon
19 civilian populations.  Also, if you look at the books of fiqh
20 written in earlier centuries a question appeared concerning the
21 use of catapults and cannons against civilian populations.  As at
22 the time of the sending of the prophet Muhammad, the weapons
23 employed in Arabia were simple sword, javelin, arrows, and so
24 forth.  It was only much later that the use of the catapult and
25 the cannon became prevalent in warfare.  The Muslim scholars

## Kohlmann - cross

1 writing at that time were in agreement that it was impermissible
2 to use the catapult or the cannon against civilian populations.
3 Their reasoning was that when laying siege to a city and you
4 bombard it with catapults and cannons, this would necessarily
5 result in the death of non-combatants.  So therefore the Muslim
6 Army when laying siege to a city of a country to which they were
7 at war, they should not use these weapons that in the modern times
8 we would equate with weapons of mass destruction.

9         "Such attitudes show how Islam values the sanctity of
10 life and only permits the taking of the lives of those specific
11 individuals who are actually engaged in warfare on the
12 battlefield."

13         This is page 7, Your Honor:  "Acts of violence
14 perpetuated by Muslims.  So these are the categories of
15 unbelievers as viewed by Islamic law.  If you consider this, then
16 we can frankly say that certain acts of violence perpetrated by
17 Muslims against non-combatant unbelievers over the last 10 or 15
18 years clearly contradict Islam.  It is exceedingly important that
19 Muslims are the first and foremost to condemn and reject such
20 actions.

21         "Violence against diplomatic missions.  Among the
22 directives given by the Prophet was his prohibition that
23 emissaries be killed.  The Prophet, likewise, forbade that
24 emissaries be imprisoned.

25         "Thus, the taking hostage of the U.S. diplomatic mission

## Kohlmann - cross

1  to Iran some 14 years ago is an act that the Prophet himself
2  forbade.  Unfortunately, it was perhaps this specific act that
3  perhaps began the recent cycle of labeling Muslims as terrorists.

4       "All diplomatic missions are considered by the Islamic
5  law to fall under the category of those individuals who have come
6  to the Muslim world under a guarantee of safety, or an aman.
7  Hence they are given safe passage and permitted to remain in a
8  Muslim land for some temporary period of time without fear of any
9  harm to their persons or property.

10       "Violence against tourists.  Similar to the prohibition
11  of violence against diplomatic missions would be violence against
12  tourists as is with the recent events in Egypt.  Like diplomats,
13  these people have entered the lands of the Muslims assuming that
14  they will be unharmed.  Now whether certain forms of tourism are
15  approved by Islam or not is not the issue here.  The issue is that
16  these individuals have come to a Muslim land under the assumption
17  that while in these lands both their person and property will be
18  unharmed.  Therefore to take their lives is a breach on our part
19  of that agreement.

20       "Hijacking of airplanes.  Individuals in transit, like
21  passengers on an airplane that either originates in a Muslim land
22  or happens to stop in a Muslim land, also fall under the category
23  of al-musta'minun."  And like Mr. Kromberg, I apologize for my
24  pronunciations.  "We are required to provide them all assistance
25  they require while they are in transit from one point to another.

## Kohlmann - cross

1   Consequently, hijacking passenger airplanes is forbidden according
2   to the religion of Islam.  If this is the case with merely
3   hijacking an airplane and diverting it from its course, then how
4   much greater would be the prohibition if the hijacking entailed
5   blowing up the airplane resulting in loss to either person and/or
6   property?

7            "Deliberate killing of non-combatants," still on page 8:
8   "To intentionally kill non-combatants (like innocent women and
9   children) would be under any circumstance forbidden irrespective
10  if those women and children are citizens of a country with which
11  Muslims are at war with the Muslims or not and irrespective if
12  there exists an actual formal declaration of war or not.

13           "When we witness any of these or similar acts
14  perpetrated by some Muslims, we must condemn these acts.  It is
15· very sad to see Muslims ignorant of their religion in not adopting
16  the guidance of the prophet Muhammad.  Due to their ignorance they
17  commit these acts assuming they have religious sanction justifying
18  such acts.  They therefore smear the religion of Islam by their
19  ignorance.  In no way are we trying to be apologetic for our
20  beliefs, however when we find something that our religion forbids
21  we must clearly declare that it is forbidden without any
22  hesitation.  These acts when perpetrated by Muslims have led to
23  the perception of Muslims as terrorists in addition to the
24  prejudices that were derived from the historical context from
25  which I alluded."

705

## Kohlmann - cross

1          THE COURT:   "To which."

2          MR. MAC MAHON:   "To which," excuse me, Your Honor.

3          And on page 10, "I hope this clears up the accusation

4    that Islam condones, let alone promotes, terrorism.  Muslims

5    categorically say that what is done by our fellow Muslims from

6    acts of terrorism is indisputably contrary to our religion.

7          "The World Trade Center bombing.  I remember that when I

8    was told that some Muslims were implicated in the World Trade

9    Center bombing.  I was very saddened.  At that moment, I jotted

10   down on these two sheets of paper some thoughts that came to my

11   mind that illustrate that this act is forbidden in Islam.

12         "The first point I wrote was that this act of bombing

13   the World Trade Center, if Muslims did do so, would be counted

14   among the great sins and falls under the category corruption upon

15   earth that God has forbidden."

16         And a Koranic passage:  "Those who break the covenant of

17   God after ratifying it, and sever that which God has ordered to be

18   joined, and (who) cause corruption on earth:  Those are they who

19   are the losers.  (The Qur'an 2:27)

20         "That was my first point.  I also wrote nine other

21   points that are perhaps not distinctly relevant to our topic."

22         THE COURT:   Directly.  Directly relevant.

23         MR. MAC MAHON:   Directly, excuse me.  Thank you, Your

24   Honor.

25         "What I would like to emphasize is that according to

## Kohlmann - cross

1  Islamic law, this act . . . is forbidden."

2          Going to page 11: "It is exceedingly important that we

3  Muslims have no hesitation in declaring that. Yes we should be

4  strict with our religion. And yes we should hold firm to it. But

5  at the same time, when a Muslim does something criminal we Muslims

6  will all say that it is immoral without any uneasiness on our part

7  to assert that."

8          And those are the portions of the exhibit --

9          MR. KROMBERG: Can we have the date of that again,

10 Judge?

11         MR. MAC MAHON: October 20, 1993.

12         THE COURT: Yes.

13 BY MR. MAC MAHON:

14 Q.  Now, Mr. Kohlmann, you were apparently an aficionado of the

·15 Taiba Bulletin?

16 A.  Yeah.

17 Q.  Did you, did you look at it all the time?

18 A.  Virtually all the time. I mean, I don't know if I caught

19 every single last one, but I caught most of them. I saved, I

20 think, every single archived version on my hard drive.

21 Q.  Okay. Did you have trouble becoming a subscriber to the

22 Taiba Bulletin?

23 A.  Nope. It was open to anyone.

24 Q.  It was open to anyone, wasn't it?

25 A.  Um-hum.

## Kohlmann - cross

1  Q.   Do you know --

2  A.   I mean, that's why they put it out in English as well as

3  Arabic and Urdu.  It was supposed to be distributed to a wide

4  audience.

5  Q.   Just anybody that wanted to could get it, right?

6  A.   All you had to go to was e-groups and later on Yahoo!, and

7  you had to put down an e-mail address, you had to give them an

8  address, and you had to wait for them to approve you, but most of

9  the time, they would approve you.

10 Q.   Okay.  Do you know Senator Ashcroft was a member -- received

11 a Taiba Bulletin?

12 A.   Not surprised.

13          MR. KROMBERG:  Objection, Judge.  The same objection we

14 had before.  The issue in this case is not who read it but who

15 agreed with it and who said that they were on the right path.

16          MR. MAC MAHON:  That's a speaking objection, Your Honor.

17          THE COURT:  Wait.  I understand that, and it's

18 overruled, but we don't need it repeated.  The jury has already

19 heard that.

20          MR. MAC MAHON:  I'm just asking if he knew, Your Honor.

21          MR. KROMBERG:  Objection to the relevance of what does

22 it matter whether Evan Kohlmann knows that somebody was on the

23 list other than himself?

24          THE COURT:  Now, Mr. Kromberg, this is cross

25 examination, and to the extent you've opened the door in your

**J.A. 852**

## Kohlmann - cross

1  case, they've got a right to go through it.  However, we don't
2  need to bludgeon the jury with lots of repetition, all right?
3            MR. MAC MAHON:  It was one question, Your Honor.
4            THE COURT:  I understand.  Let's move this on.
5  BY MR. MAC MAHON:
6  Q.   Did you know whether Senator Ashcroft --
7            THE COURT:  No, no.
8            MR. MAC MAHON:  Oh, a different one.
9            THE COURT:  And a different topic.
10           MR. MAC MAHON:  All right.
11 Q.   When you -- did you read the Taiba Bulletin after the World
12 Trade Center attacks?
13 A.   I read numerous --
14           MR. KROMBERG:  Objection, Judge.  Which World Trade
15 Center attack?
16           THE COURT:  Yes, I think you do need to make a
17 distinction.
18           MR. MAC MAHON:  Excuse me.
19 Q.   After 9/11, sir.
20 A.   That's what I was assuming.  Yeah, yeah, definitely.
21 Q.   And LET issued a statement condemning the attacks, didn't it?
22 A.   Well, actually, yes and no.  There -- James C. Scott wrote a
23 book called Domination and the Arts of Resistance, and he
24 describes how there's a public transcript and a private transcript
25 for dissident groups.

**J.A. 853**

## Kohlmann - cross

1          In this case, Lashkar did that.  It had a public
2   transcript in the form of immediately after the attacks, it
3   condemned them, yet then the private transcript was then sending
4   out a message later on saying, well, America is blaming the
5   Taliban and Al-Qaeda for this.  They couldn't have possibly done
6   it, and because of that, we, we should support them, and America
7   is evil and wrong, and it's the CIA that did this.
8   Q.   Were you on the private list, too?
9   A.   No.  This was -- this was a public message.  What I'm saying,
10  I'm using political science terms.  There's a public transcript
11  and a private transcript.  The public transcript was meant for the
12  digestion of the Western world.  By sending out a message right
13  after 9/11 condemning it, that's exactly what most groups did
14  after the World Trade Center bombing.

15          That's a smart thing to do because it's very difficult
16  to defend on principle killing 3,000 people by suicide crashing
17  plane into buildings, but it's easier to defend people on an
18  ideological perspective by saying that, well, America is trying to
19  get revenge or trying to blame this on somebody, and thus, you
20  know, we should defend our brothers because they're innocent of
21  it, and we know that.
22  Q.   All right.  Let me ask you this, Mr. Kohlmann, because maybe
23  I'm confused:  Are you saying there are two Taiba Bulletins?
24  A.   No, no.  Again, you're not --
25  Q.   So just -- there's one?

## Kohlmann - cross

1  A.    There is one, and --

2  Q.    And in the one that's public that someone in the United

3  States would have received after 9/11, LET condemned the September

4  11 attacks; isn't that correct?

5  A.    But at the same time, they also supported the Taliban.

6  Again, it was a double message.  It was a message saying Muslims

7  didn't do this, and it's wrong, and anyone that accuses Muslims of

8  doing this, anyone that tries to attack Muslims for doing this, we

9  need to stand with those Muslims against America.

10  Q.    Okay.  But I'm talking about specifically you're reading

11  through the lines as a political scientist, correct?

12  A.    No, I'm telling you exactly what they said.  They issued a

13  statement afterwards saying exactly that on the Taiba Bulletin in

14  English.

15        Again, Lashkar is a political group.  It's politically

16  savvy.  They did something here where they played both ends of the

17  stick.

18  Q.    Okay.

19  A.    They issued one statement saying that 9/11 was wrong on

20  principle but then defended those who were responsible for 9/11.

21  So it's, you know --

22  Q.    Was the Taliban responsible for 9/11, Mr. Kohlmann?

23  A.    By sheltering Usama Bin Laden, I'd have to say that in my

24  opinion, they are partially responsible for it, yeah.

25  Q.    Okay.  And the Taliban was also supported by the ISI, wasn't

**J.A. 855**

## Kohlmann - cross

1  it?

2  A.    By certain members of the ISI, yeah.

3  Q.    Right.   The same Pakistani government that was our ally was

4  also supporting the Taliban, wasn't it?

5  A.    That's correct.

6  Q.    And that was as of September 11, 2001?

7  A.    The majority of Pakistani support was before then, but the

8  ISI still had contacts with the Taliban after 9/11, yes.

9  Q.    Right.   And that's because they're all from the same tribe.

10  Aren't they all Pashtuns?

11  A.    I would be careful about saying that.   I don't think all

12  Pakistanis are Pashtuns to begin with.   I don't think all ISI

13  people are Pashtuns.

14         There are -- Afghanistan are not all Pashtuns.   The

15  Taliban are primarily Pashtun, but in Afghanistan, you have two

16  different Pastuns.   You have Durrani and Ghilzai, and they don't

17  necessarily like each other.

18         So you have to be careful when you refer to ethnic.   I

19  mean, there's Baluki Taliban as well.

20  Q.    General Musharraf, who was the military leader of Pakistan

21  before September 11 and after, he also supported the Taliban,

22  didn't he?

23  A.    I don't know if he did tacitly -- or I don't know if he did

24  openly.   He did in some ways, yeah.

25  Q.    Well, they sent money, they sent material, they sent

712
## Kohlmann - cross

1  airplanes, they sent everything over to them, didn't they?
2  A.    Unfortunately, I don't know who made that decision within the
3  Pakistani government.  Musharraf only took over a short time
4  before 9/11.

5          I really -- I can't tell you who made those decisions,
6  whether they were made by the Pakistani military, which is headed
7  by very important generals, very influential generals that, as was
8  seen earlier in the ABC News piece, tend to speak their mind, tend
9  to make their own decisions that are militarily what they see in
10 the benefit of Pakistan, not necessarily what is told to them by
11 the president.
12 Q.    Now, the ABC News piece, I think you testified before, excuse
13 me, that it was a short route from the Afghani terrorist camps to
14 Kashmir?
15 A.    I said relatively short; let's be clear.  First of all,
16 traveling across Pakistan is not an easy thing to do.  It's
17 mountainous.  There's no easy roads.  But in terms of actual
18 geographic proximity, it would only take very -- it would only
19 take a day or two to travel from the Afghan camps that were on the
20 border to eastern Pakistan, depending on conditions.  I don't want
21 to say always.
22 Q.    Was there a mountain range between those camps?
23 A.    Yes, there is.
24 Q.    What's the name of that mountain range?
25 A.    You have the Tora Bora mountain range.  You have the White

**J.A. 857**

## Kohlmann - cross

1    Mountains.  You have mountains over on the Kashmiri side.

2              No, look, like I said, the terrain is very rough, and

3    it's --

4    Q.    Isn't one of the mountains called the Himalayas, sir?

5    A.    Well, that's actually over towards Kashmir.  That's really up

6    towards the line of control.  That's not really where the training

7    camps are.  The training camps were not necessarily in the

8    Himalayas.

9              And even so, even by foot, it only took these guys a few

10   days to cross across.  It doesn't take -- even if you take a bus,

11   you can get on a bus from the border and make it to the other

12   border, it's not going to be two hours, but it won't take you that

13   long.

14   Q.    Is it your testimony that there are no LET camps in the

15   Himalayas?

16   A.    There might be, but they don't have to go to the Himalayas to

17   find an LET camp.  There's an LET camp at Muridke, which is not in

18   the Himalayas.

19   Q.    Okay.  Tell the jury what's in Muridke.  Isn't there a school

20   and a hospital there, too?

21   A.    It's actually very interesting.  Because Lashkar has enjoyed

22   a status of openness inside of Pakistan for so long, the Muridke

23   camp has developed into almost a university campus, where you have

24   a University of Jihad, where they teach the theoretics behind

25   jihad.  They recruit people for the military wing.  They recruit

1   people for the political wing.

2          It's more or less a headquarters.  It's described as a

3   university, but it is really a training camp.

4   Q.    But there are schools there, aren't there?

5   A.    Yeah, the University of Jihad.

6   Q.    Okay.  But there are schools for young children and

7   everything else, right?

8   A.    The University of Jihad, yeah.  They teach -- at this campus,

9   they teach Holy War.  They teach about martyrdom.  They teach

10  about the Al-Ahadeeth version of Islam.  But there is a focus on

11  the concepts of jihad.  There's a focus on the concepts of

12  martyrdom.  That's the whole point of Markaz Dawa.  I mean,

13  that's, you know, it's the political wing of Lashkar-e-Taiba.

14  Q.    Well, Pakistan is full of schools like that.  They're called

15  madrassas, right?

16  A.    Not explicitly so, no.  You have -- madrassas are not meant

17  to be political.  Madrassas are supposed to be religious.

18  Unfortunately, de facto, they have become political because the

19  leaders of those madrassas have decided to use their influence in

20  order to control the Taliban, whereas Muridke is a direct, open

21  thing.  I mean, they don't hide it, they don't hide their

22  political aspect or their military aspect.

23          The other thing is is that the madrassas, there isn't

24  necessarily explicit military training at the madrassas.  The idea

25  is that a Taliban commander or a Taliban recruiter will call up

## Kohlmann - cross

1  the leader of the madrassa and will say, "Look, I need 30 of your

2  students to come across the border, get training, and then go

3  fight the Northern Alliance."

4         All they do is empty the beds.  It would be like an

5  orphanage emptying out their stead and sending them over to go

6  fight.

7  Q.    Did you ever meet an Al-Qaeda member who had trained at an

8  LET camp personally?

9  A.    I met -- I don't know if you'd call him Al-Qaeda, but yes, I

10 have met someone and interviewed someone that was at an LET camp,

11 yes.

12 Q.    That's Randall Royer, isn't it?

13 A.    That's correct.

14 Q.    Now, the person that you -- you actually published your

15 interview with Mr. Royer, didn't you?

16 A.    No.

17 Q.    Was it just produced in discovery in this case?

18 A.    Yeah.

19 Q.    And Mr. Royer told you many things that you put down in your

20 report, didn't you?

21 A.    Yeah.

22 Q.    In fact, this person, Mr. -- if I could just a second, Your

23 Honor, I need to find it.

24        Mr. Royer -- in your report, you indicate that you

25 learned from Mr. Royer that he first met an LET member serving in

## Kohlmann - cross

1  Bosnia, correct?

2  A.    An LET leader, yeah.

3  Q.    And who was that?

4  A.    He actually met, I forget his name, but he met two of them.

5  He also met Abu Abdel Aziz "Barbaros."  He also -- I forget the

6  individual's name, while -- he met a Lashkar member while at the

7  Zenica Mujahideen Training Camp inside central Bosnia.

8  Q.    Okay.  What were the circumstances surrounding you getting an

9  interview with Ismail Royer?

10 A.    It was part of my expert witness services for the government.

11 Randall Royer was involved in a previous case that I was involved

12 in, and he was a cooperating witness.  So as I've done before with

13 cooperating witnesses, I interviewed him with his cooperation as

14 far as I understand it.

15 Q.    And then you posted it on your website?

16 A.    No.  No, that was never posted on my website.

17 Q.    Global Terror Alert?

18 A.    My logo is on there, and my contact is on there, but that's a

19 standard template form I use for creating all reports.   That

20 report was never published on the Internet.  It is not public

21 information.

22 Q.    Okay.  But it was something that you relied on in forming

23 your opinion before you testified today, wasn't it?

24 A.    I've done a lot more research than just that, but that is one

25 of the things that I base my opinion on, yeah, sure.

## Kohlmann - cross

1  Q.   And in your --

2  A.   I should just add, I mean, with anything else, like anything

3  else, like any other intelligence report, like any other

4  indictment, you have to take everything in there with a grain of

5  salt.  I -- as do I.

6           I would only confirm things as true if they match up

7  with other pieces of evidence because I'm not necessarily sure

8  that either Randall Royer's interests are in revealing everything

9  he knows about Lashkar-e-Taiba, No. 1, and No. 2, he had a certain

10 perspective of it that was his perspective.  That wasn't -- I

11 don't know if it was everyone's.  It is a perspective that I had

12 in my, in my analysis.

13 Q.   All right, let's try to back up again.  You told this jury

14 that you, that you believe that LET provided training or -- with

15 Al-Qaeda, advanced training, correct?

16 A.   Yeah, I know it did.

17 Q.   Is Mr. Royer your source for that information?

18 A.   No.

19 Q.   Mr. Royer told you there was no relationship between LET and

20 Al-Qaeda, didn't he?

21 A.   Actually, that's not what he said.  He explained that the

22 Taliban had come to an agreement with LET whereby one of the camps

23 that was managed by the Taliban and de facto was run by Al-Qaeda

24 training camp managers was being used by LET.  What's more is that

25 in August 1998, when the United States fired missiles at Al-Qaeda

## Kohlmann - cross

1  training camps in Afghanistan, they didn't kill Al-Qaeda members.
2  They killed Lashkar-e-Taiba members, and if that's --
3  Q.    That's what you read in the papers, Mr. Kohlmann, right?
4          MR. KROMBERG:  Objection, Judge.  Let the witness finish
5  his answer.
6          THE COURT:  Wait, wait.
7          MR. MAC MAHON:  I thought he was done.  Excuse me, Your
8  Honor.
9          THE COURT:  He hadn't finished.  Sustained.
10         THE WITNESS:  They killed Lashkar-e-Taiba members, and
11 then shortly thereafter, Lashkar-e-Taiba made a statement, members
12 of Lashkar-e-Taiba made a statement saying that they had been
13 there, saying that they were going to carry out revenge on the
14 United States for killing their, their members.
15         That was one of the great ironies of the strike is that
16 we killed members of Kashmiri groups linked to Al-Qaeda instead of
17 Usama Bin Laden or Al-Qaeda proper.
18 BY MR. MAC MAHON:
19 Q.    Mr. Royer told you that he met, he met this "Barbaros"
20 gentleman that you talked about at a conference in Detroit?
21 A.    That's right.  An Al-Qaeda recruiter was here for three years
22 in a row every single year recruiting for jihad in Bosnia and
23 Kashmir.
24 Q.    Right.  And this other person you mentioned, Hafiz Saeed, he
25 traveled freely around the United States for a long time as well,

**Kohlmann - cross**

1  right?

2  A.    I don't have direct evidence of that, but I suspect as much,

3  yes.

4  Q.    Okay.  So someone could have just met him at a conference,

5  couldn't they?

6  A.    You had to know about these conferences.  It's not quite as

7  simple as -- you have to be involved in this.  You have to know

8  what the names are.  I can tell you that for a long time, nobody

9  realized who Abu Abdel Aziz "Barbaros" was.  That's why he was

10 able to not only come to conferences here in the United States but

11 also participate in Lashkar conferences over in Pakistan.

12 Q.    All right.  But the conference where Royer told you that he

13 met "Barbaros" was the Islamic Assembly of North America.  That's

14 not a hidden group, is it?

15 A.    Again, it's about knowing which group to go to.  In addition,

16 a lot of the sessions that Abu Abdel Aziz "Barbaros" was giving

17 were in Arabic language.  So you had, I mean, you had to have some

18 knowledge of what was going on to begin with.

19        The other thing was is that while "Barbaros" was very

20 loud and proud about what he believed in, he was also smart enough

21 to realize that there were intelligence agencies that were after

22 him, and he was a little bit more circumspect than I think you

23 might imagine.  But that being said, yes, he recruited directly

24 openly at conferences.

25        Now, the Islamic Assembly of North America, it's not the

## Kohlmann - cross

1  kind of Islamic conference you just stumble upon.  They do
2  advertise in Islamic magazines, but it's a certain kind of
3  religion that they espouse there.  It's Salafism, pure and simple.
4            So you wouldn't necessarily see followers of the Muslim
5  brotherhood too eager to go to a Salafist conference.  It's a
6  distinction within sects of Islam.  So that, you know, if you look
7  at the attendance of these conferences, you're not talking about
8  thousands of people.  You're talking about hundreds at most, most
9  of the time less than that.
10 Q.   Now, you said that there was a -- an LET person killed at a
11 camp in Afghanistan.  Isn't there another group called
12 Harkat-al-Mujahideen?
13 A.   Harkat-al-Mujahideen.
14 Q.   Yeah?
15 A.   HUM, that's correct.
16 Q.   One of their members was killed there, too?
17 A.   Yep.
18 Q.   And that's another Islamic organization in Pakistan, right?
19 A.   It's another group that has Afghan origins, that has roots
20 that go back to the Afghan war, and the leader of HUM, better
21 known as Maulana Massoud Al-Azhar, is considered to be an
22 ideological leader of Al-Qaeda affiliates.  He, in fact, back in
23 1999, I think you'll remember that an airplane was hijacked and
24 landed in Afghanistan in order to free Massoud Azhar, in order to
25 win his freedom from prison in India.

**J.A. 865**

## Kohlmann - cross

1  Q.    Okay.  Then the Harakat ul-Mujahideen is a different
2  organization from LET, correct?

3  A.    There are a number of Afghan-affiliated groups that are
4  active in Kashmir.  You also have separate groups like the Badr
5  Brigades, which are more independent Kashmiri-Pakistani Islamist
6  factions that are also active militarily.

7          THE COURT:  But I think the answer to the question is --
8  that question was is it affiliated.  The answer is either yes or
9  no.

10          THE WITNESS:  Oh.  I mean, they work together.

11          MR. MAC MAHON:  The question was are they different
12  groups, Your Honor, excuse me.

13          THE WITNESS:  They are different.  They're competitors,
14  but they're competitors because they draw from the same pool of
15  recruits, they draw from the same pool of money, they draw from
16  the same group of weapons, and they have the same roots.

17          Again, they both have roots, Harkat-al-Mujahideen began
18  as Harkat-ul-Ansar, and that was then banned, so it changed its
19  name to Harkat-al-Mujahideen.  The reason it was banned is because
20  it had links back to Afghanistan.

21  Q.    Do they have the same ideology?

22  A.    It depends what you mean, what aspect of their ideology.  In
23  terms of the tenets of Islam that they particularly adhere to,
24  there may be a difference in terms of what sect of Islam they
25  adhere, but generally speaking, they adopt the same tactics.  They

## Kohlmann - cross

1  adopt the same generic set of leaders as their spiritual mentors,
2  like Abdullah Azzam, for instance.  They can agree on certain
3  aspects of their ideology.

4          It's very much actually kind of like Lashkar and the
5  Taliban.  They don't agree about everything, and certainly they
6  have disagreements, but when faced with a common enemy, especially
7  one like America, they are very ready to cooperate with each other
8  to work against America.  That doesn't preclude disagreements
9  between those groups.

10  Q.   Well, the big disagreement was that the members of
11  Harkat-al-Mujahideen actually pledged bayat to Usama Bin Laden,
12  didn't they?

13  A.   Some of them did, yeah.

14  Q.   Right.

15  A.   But I don't -- again, Lashkar is a large organization.  There
16  were individuals from Lashkar that quickly went on to Al-Qaeda
17  camps.  I don't think you can say that there's a strong
18  disagreement over Usama Bin Laden.  I think Lashkar was of the
19  opinion, I think, that they thought Bin Laden was a side issue.
20  Their primary issue was jihad.

21  Q.   In Kashmir?

22  A.   Not if you read what they have to say, no.  They're talking
23  about jihad in Kashmir, in Chechnya, in Palestine, many places.

24          Now, obviously, they're Pakistanis.  I would assume
25  their primary objective is in Kashmir, but then again, Bin Laden's

## Kohlmann - cross

1  primary objective is in Saudi Arabia.  Yet he still struck in
2  America.
3  Q.    The leaders of LET to your knowledge never swore bayat to
4  Usama Bin Laden, did they?
5  A.    I don't know that they did, but I also know a lot of other
6  Al-Qaeda affiliate groups that haven't necessarily sworn bayat,
7  either, and yet are still considered to be affiliates.
8  Q.    But the question is that they -- the answer is that they did
9  not, right, Mr. Kohlmann?
10 A.    The answer is I don't know, and again I caution you in the
11 sense that after about 1993 or 1995, once the organization began
12 to have to disperse because of pressure from international law
13 enforcement intelligence, the whole process of swearing bayat got
14 a little hazy, and you had Al-Qaeda affiliates and operatives
15 working for Al-Qaeda who didn't necessarily ever swear bayat
16 directly to Bin Laden, bayat to Al-Qaeda.  They were Al-Qaeda by
17 proxy.
18         Because they had sworn bayat to an Al-Qaeda affiliate
19 group and that group was being contracted out for work on a
20 particular project, they had become de facto Al-Qaeda members.
21 The fact that they had never sworn bayat or the fact that they had
22 never officially joined, that's a side issue.
23 Q.    Mr. Royer never pledged bayat to Usama Bin Laden, did he?
24 A.    He didn't tell me so.
25 Q.    All right.  He told you that he disagreed with Usama Bin

# Kohlmann - cross

1  Laden and his methods, didn't he?

2  A.    No.

3  Q.    Did you ever ask him that question?

4  A.    No.

5  Q.    Okay.  He told you that he went to Muridke, right?

6  A.    That's correct.

7  Q.    He told you that Muridke was less like a training camp and

8  more like a university camp, with modern buildings, wheat fields,

9  and even fish ponds.  Isn't that what he tell you?

10 A.    It's incredible what you can do when you don't have a

11 government in the way.  I mean, they -- Lashkar really developed.

12 They had an entire infrastructure.  They had an office building.

13 They owned an office building in Lahore where you'd go, an open

14 office.

15 Q.    All over the country, didn't they?

16 A.    Yeah.

17 Q.    That's what you've been told because you've never been there,

18 right?

19 A.    I mean, I know of it because I have direct evidence.  I have

20 the address.  I mean, they weren't shy about this.  They

21 advertised the locations of their offices.  You didn't need to go

22 to verify they existed.  But as well as that, I've been told as

23 much by people that have been there, including Mr. Royer.

24 Q.    And Mr. Royer told you that he met several Saudi nationals at

25 an LET office in Lahore who were heading up to the camps, right?

**Kohlmann - cross**

1  A.    That's correct.

2  Q.    And he also told you that LET maintained an office in Riyadh,

3  Saudi Arabia, run by a local Pakistani, didn't he?

4  A.    That's right.

5  Q.    Did you verify that?

6  A.    I don't have any way of verifying that.

7  Q.    Did you look into that at all?

8  A.    Honestly, it wasn't of significance to me to look into.

9  Q.    Okay.  There is a recruiting -- all these organizations

10 recruit in the hajj, don't they?

11 A.    I mean, I don't know.  What do you mean, "all these

12 organizations"?

13 Q.    Well, LET recruits young Muslim men that come to the hajj,

14 don't they?

15 A.    I mean, I think all militant groups recruit among people that

16 they think would be sympathetic.  They think that pious Muslims

17 will be sympathetic to their causes.  So I think it probably makes

18 sense, yeah.

19 Q.    But you know, Mr. Kohlmann, that there have been recruitment

20 by lots of extremist organizations at the hajj.  You know that,

21 don't you?

22 A.    I haven't been there, so I can't say as a witness.

23 Q.    Well, have you read anything that said that?

24 A.    I've read about at conferences such as Jamaat Tabligh, and

25 I've read it at places like the hajj, you do have recruitment, but

## Kohlmann - cross

1  honestly, I can't tell you which groups. I can't tell you who. I

2  can't tell you where. I've never been on hajj, and I've never

3  been to Saudi Arabia.

4  Q.  Did Mr. Royer tell you that he met the LET official from

5  Saudi Arabia in Mecca in the year 2001?

6  A.  I don't recall him ever saying that to me, no.

7  Q.  Did you ever ask him that question?

8  A.  No.  Oh, actually, I asked him quite a bit about the Lashkar

9  office in Saudi, but that was the -- the only details he gave me

10  about that office are the ones that are printed right there.

11        I was interested in trying to, trying to get information

12  from him about it.  You know, frankly speaking, independently, I

13  don't have any way of verifying it, and it wasn't significant

14  enough for me to sink time into.

15  Q.  And Mr. Royer says -- told you that he met the cofounder of

16  LET in Pakistan; is that correct?

17  A.  Which cofounder?

18  Q.  The former head of Saudi Airlines?

19  A.  Abu Abdel Aziz "Barbaros."  No, he met him here in the United

20  States.

21  Q.  He didn't meet him in Bosnia as well, did he?

22  A.  As a matter of fact, I believe he did see him in Bosnia, yes.

23        THE COURT:  All right, Mr. MacMahon, it's about 10 of

24  four.  I think we should take the afternoon break at this point.

25        We'll take a 20-minute break, Ladies and Gentlemen.  See

**J.A. 871**

## Kohlmann - cross

1  you back here at 10 after.

2          (Recess from 3:50 p.m., until 4:10 p.m.)

3                  (Defendant and Jury present.)

4          MR. MAC MAHON:  Thank you, Your Honor.  During the

5  break, I was able to get more copies and put an exhibit sticker on

6  what Mr. Kohlmann said he -- this Global Terror Alert that we've

7  marked as Exhibit 81 and would offer it in evidence.

8          THE COURT:  Any objection?

9          MR. KROMBERG:  No, Your Honor.

10          THE COURT:  All right, Defense Exhibit 81 is in

11  evidence.

12          (Defendant's Exhibit No. 81 was received in evidence.)

13  BY MR. MAC MAHON:

14  Q.  Sir, is this the document we've been talking about for a

15  little while here?

16  A.  You're referring to the report I did on Ismail Royer?

17  Q.  Yes, sir.

18  A.  Yeah, that's it.

19  Q.  Okay.  And is that your website, www.globalterroralert.com?

20  A.  Again, this is a template that I use for all reports that I

21  do so that when people review the reports that I write, they knew

22  immediately who wrote the report and where to get more

23  information, but again, this was not a -- I want to clarify this

24  was not a publicly distributed report.  This is only for the

25  benefit of law enforcement.

# Kohlmann - cross

1  Q.   Sir, the question was http://www.globalterroralert.com, is
2  that your website?
3  A.   Yeah.  Again, I just want to clarify that this was not --
4       THE COURT:  No, no, you don't need to clarify things.
5       THE WITNESS:  Okay.
6       THE COURT:  Just answer the question.
7       THE WITNESS:  That's correct.  That's my website.
8  BY MR. MAC MAHON:
9  Q.   And if somebody sent an e-mail to info@globalterroralert.com,
10 it would go to you?
11 A.   Well, indirectly, yes.
12 Q.   Somehow through the magic of the Internet, it would get to
13 you, right?
14 A.   Indirectly, yeah.
15 Q.   Okay.  Now, when we were talking about Mr. Royer --
16      THE COURT:  I'm sorry, hold on one second.  Approach the
17 bench.  Approach the bench, counsel.
18      Oh, I'm sorry, I couldn't see Ali Al-Timimi.  That's all
19 right; now I see you.  Fine.
20      MR. MAC MAHON:  I take up too much of the podium, Your
21 Honor.  Sorry.
22      THE COURT:  That's all right.
23      MR. MAC MAHON:  Can I proceed?
24      THE COURT:  Yes.  We didn't want an issue about the
25 defendant not being in the courtroom, and I didn't see him.

# Kohlmann - cross

1          I got your adrenaline pumping.  All right, let's go.

2   Maybe that's not a good thing.

3          MR. MAC MAHON:  You got me off my place, Your Honor.

4   Q.   Mr. Royer told you a lot about the LET training camps, didn't

5   he?

6   A.   Yeah, sure.

7   Q.   He told you that he'd been there once, hadn't he?

8   A.   He -- to multiple LET locations, yeah.

9   Q.   Right.  He'd been to Pakistan at least once to your

10  knowledge, right?

11  A.   At least, yes.

12  Q.   That's what he told you?

13  A.   Yeah.

14  Q.   And he was proud of the fact that he'd gone to Pakistan,

15  wasn't he?

16  A.   I mean, I can't really judge that.  I really can't judge

17  that.  I'm not in a position to know whether he's proud or not of

18  what he did.

19  Q.   And Royer told you that LET didn't offer explosives training

20  at its camps in Afghanistan, right?

21  A.   That's correct.

22  Q.   Did Royer tell you he'd ever been to Afghanistan?

23  A.   I don't recall we ever talking about it, no.

24  Q.   That's something that Royer told you that he actually heard,

25  right?

**J.A. 874**

# Kohlmann - cross

1  A.   Royer told me that he was told that if he wanted, he could
2  get on the fast track to go to the Lashkar camp in Afghanistan as
3  a foreign fighter, but I don't believe he, he ever went there, no,
4  or at least if he did, he didn't talk about it with me.

5  Q.   Right.  And he never told you that he ever saw such a camp or
6  anything else, right?

7  A.   No.  Although, although he did talk about the Saudis that
8  were in the office that, I believe, were intending to go there.

9  Q.   All right.  We've already talked about the Saudis, haven't
10 we?

11 A.   That's right.

12        MR. MAC MAHON:  Can you go to the last page, please?

13 Q.   Okay.  Do you see what's the last page of Exhibit 81, sir?

14 A.   Yep.

15 Q.   Okay.  Where did you get the card?

16 A.   The card was an exhibit, an exhibit in the case.

17 Q.   Okay.  And do you remember whose card that was?

18 A.   The business card?

19 Q.   Yeah.

20 A.   Yeah.  It's a business card for Abu Umer, the head of the
21 Foreign Affairs Department of Lashkar-e-Taiba.

22 Q.   Okay.  That's not a good question.  My question is do you
23 know who had that card in their possession either when they were
24 arrested or when their home was searched?

25 A.   Honestly, it was an exhibit in court.  That's all I know.

## Kohlmann - cross

1  Q.   Okay.  Did Mr. Royer tell you that, that when he left

2  Pakistan, Abu Umer gave him a bunch of cards?

3  A.   No, he didn't tell me that.

4  Q.   Did he tell you that he recruited -- or sought to recruit

5  young Muslim men in this area to go fight in Pakistan?

6  A.   That wasn't the subject of our interview, so no, he didn't

7  tell me that.

8  Q.   He says that -- at the bottom, Mr. Royer told you that LET

9  had a, quote-unquote, close relationship with the Pakistani

10 military, and at times it seemed as if the LET was actually a unit

11 of the Pakistani military.  Pakistani army officers even took them

12 up to the line of control.

13          Do you see that?

14 A.   Yes.

15 Q.   That's what he told you, isn't it?

16 A.   I believe he's probably correct.

17 Q.   All right.  And he's consistent on that, isn't he?

18 A.   You mean --

19 Q.   Excuse me, that's consistent with other things that you know

20 about LET?

21 A.   Yes, yes.

22 Q.   Okay.  And in fact, you -- all the Taiba Bulletins you showed

23 us, all the things you've told us about LET and their affiliations

24 with all these groups, at the time of every one of those

25 documents, LET was not designated as a foreign illegal terrorist

# Kohlmann - cross

1  unit by our government, was it?

2  A.    No.

3  Q.    Okay.  And do you know why that was?

4  A.    I'm not -- again, I'm not in a position to know.  I've never

5  worked for the State Department.

6  Q.    You've never asked anybody at the State Department how it is

7  that this organization that was training people was not considered

8  to be a terrorist organization by our government?

9  A.    I disagree with that decision, but I, I mean, I can't argue

10  with someone in the government about it.  Eventually they were

11  designated, so apparently people did feel that they were a

12  problem.

13        I have -- if you're asking what my opinion is, my

14  opinion is the reason why --

15  Q.    I'm not asking what your opinion is, Mr. Kohlmann.  I'm

16  asking you if you have any idea as an expert witness as to why it

17  took all the way 'til the middle of December of the year 2001 --

18        MR. KROMBERG:  Objection, Your Honor, to the

19  editorializing, and if that's not asking for an opinion, I can't

20  figure out what the question means:  "I'm not asking for your

21  opinion.  I'm just asking if you have any idea why."

22        MR. MAC MAHON:  I'm asking factual questions.

23        MR. KROMBERG:  It's something that's not in his personal

24  knowledge anyway.

25        THE COURT:  Wait.  The government did tender

733
## Kohlmann - cross

1  Mr. Kohlmann as an expert on these areas, but if the witness can't
2  say, I mean, he isn't allowed to speculate just because he's an
3  expert, so --
4          MR. MAC MAHON:  If he doesn't know, he doesn't know,
5  Your Honor.  That's all I'm trying to get at.
6          THE COURT:  Well, the question would then be do you know
7  why?
8          THE WITNESS:  No idea.
9          THE COURT:  All right.
10 BY MR. MAC MAHON:
11 Q.   Government Exhibit 10J7, please?
12          Did I move Exhibit 81 in evidence, Your Honor?
13          THE COURT:  Yes, you did.
14          MR. MAC MAHON:  Thank you.
15 Q.   Do you have that in front of you, sir?
16 A.   Not yet.
17 Q.   I'm sorry.
18 A.   10J7, correct?
19 Q.   Right.  "Shaikh Ali Timimi on the Taliban and the Statues"?
20 A.   Um-hum.
21 Q.   And this was publicly available, wasn't it?
22 A.   Sure, yeah.  You could download it off a variety of different
23 Internet sites, yeah.
24 Q.   Okay.  It wasn't -- it didn't take any of your Internet magic
25 to find this document?

## Kohlmann - cross

1  A.    If you had access to Google, you probably could have found
2  it.

3  Q.    Okay.  And you know that this is -- or do you know, excuse
4  me, that this is actually a summary of a long speech?

5  A.    I mean, I've heard the -- like I said, I've heard the audio,
6  but I don't know if I knew that they were the exact same, but I
7  presumed as much.  I didn't -- I mean, giving two speeches on the
8  same subject is probably not as likely as this being a transcript
9  of the audio.

10  Q.    Okay.  And it's a -- you haven't seen how many tapes it takes
11  to put this speech on?

12  A.    I really don't know.

13  Q.    Okay.  Now, there was a theological discussion in the Muslim
14  world, wasn't there, about these statues?

15  A.    Yeah, yeah.

16  Q.    And it was very common knowledge in the, in the Muslim world
17  that there were some people that thought the statues were an
18  affront to Islam and some who didn't, right?

19  A.    There was a discussion, but I don't think the issue really
20  came up as much until after the statues were destroyed.  I don't
21  think most people realized that the Taliban were serious about
22  destroying them until they did.  They didn't do it with a lot of
23  fanfare until afterwards, and the discussion really came about
24  afterwards.

25  Q.    All right.  So that the issue of the statues is something

# Kohlmann - cross

1  that was of a theological nature to Muslims, wasn't it?

2  A.   I think it was -- because of the fact that Afghanistan is not

3  entirely all Muslim and because of the fact that the Buddhas have

4  a heritage that's really a global -- it's for humanity, I think

5  there were discussion extended far beyond there.  You had U.N.

6  relief agencies who were decrying the destructions of the Buddhas.

7  You had political debates.  You had theological debates.  I mean,

8  this is a pretty controversial issue.

9  Q.   Right.  And what you're reading, the summary of the speech,

10 it's Government 10J7, that's a -- that's a theological discussion

11 about the issue, isn't it?

12 A.   I mean, again, in Islam, you don't have a separation between

13 politics and religion.  They're one and the same.  So when you

14 have something like this that talks about something from a

15 theological perspective, there's no difference between something

16 that's different from a theological or political perspective,

17 especially if you are a Salafist.  If you're a Salafist, seeing

18 any distinction between religion and politics is heresy.

19 Q.   But there are a lot of Salafis that live in this country,

20 aren't there?

21 A.   There are.

22 Q.   And it says in the first page here that in general, my

23 response when asked is that while I do not have all the facts.  Do

24 you see that?

25 A.   Yep.

## Kohlmann - cross

1  Q.    That's something as an academic you would say when you didn't
2  have all the facts, Mr. Kohlmann?
3  A.    I mean, I guess so.  I don't really know.
4          MR. MAC MAHON:  Government Exhibit 7A23, please?
5          Are you ready, Your Honor?
6          THE COURT:  Yes.
7  BY MR. MAC MAHON:
8  Q.    That's the document "A Statement to the Ummah Concerning the
9  Recent Events."  Do you remember we spent a lot of time on that
10 this morning?
11 A.    That's correct.
12 Q.    Let me ask you a few questions about this, if you could help
13 the jury.
14 A.    Sure.
15 Q.    The top of page 3 --
16 A.    Um-hum --
17 Q.    And I'll read from the bottom of page 2:  "An example of this
18 is the attack of the early Americans on the Red Indians in their
19 lands.  They waged a war on them to eradicate them to an extent
20 that it eternally remains a black spot in the history of America.
21 But now the Red Indians are killing 300,000 Americans every
22 year!!  How is this?  Will Durant wrote in his book, the story of
23 Civilisation, 'The European Colonists learnt from the native
24 Indians the consumption of the foul plant, the cigarette, and thus
25 were able to avenge their enemy perpetually in a way their spears

## Kohlmann - cross

1 could not.'  This suffering is besides the AIDS, Anxiety,

2 Depression and poor social relations in that society!!'"

3          My question to you, sir, is tell the jury who Will

4 Durant is.

5 A.    I really am not familiar with Will Durant.

6 Q.    You don't know who Will Durant is, sir?

7          THE COURT:  You're showing your age, Mr. MacMahon.

8 BY MR. MAC MAHON:

9 Q.    Do you know whether if -- excuse me.  I'm not going to

10 respond to that, Your Honor.  I'm doing my best.  It's not easy.

11          MR. KROMBERG:  I can answer, Judge.

12          THE COURT:  Wait.  Ladies and Gentlemen, I should note

13 for the record occasionally during these trials, we have moments

14 like this of humor, and I want you to understand that I deem humor

15 in the course of a criminal trial much in the way Shakespeare had

16 humor in all of his great tragedies, and that is, it doesn't mean

17 that this enterprise is not being taken seriously either by the

18 Court or by the lawyers.  We're all human, and people sometimes

19 need humor, frankly, to relieve the tension.  It's healthy and

20 it's normal.

21          But I don't want you to misconstrue the fact that this

22 occasionally happens, that this is not a very, very serious trial

23 for everybody.

24          All right, go ahead.

25          MR. MAC MAHON:  Thank you, Your Honor.

## Kohlmann - cross

1  Q.   On page 6 of 22:  "Likewise, we call upon the government of
2  the Islamic emirate in Afghanistan to take the initiative and make
3  peace between itself and the opposing Alliance by declaring a
4  general amnesty, accepting some of the demands, opening the door
5  to a dialogue and understanding and giving the Muslim leaders from
6  them an opportunity to gain positions in the Government and such
7  other measures which remove the divisions or at least decrease it.
8         Now, that deals with the fact that there was a -- after
9  9/11, there was still actually a civil war going on in
10 Afghanistan, wasn't there?
11 A.   Yeah.
12 Q.   And there was much debate among scholars about the civil war
13 in Afghanistan and how, well, Muslims were killing other Muslims
14 in Afghanistan and the propriety of serving on either side,
15 correct?
16 A.   There was a debate about whether Muslims should be killing
17 other Muslims, yes.
18 Q.   All right.  And that's what they're referring to here?  They
19 would want peace between the Northern Alliance and the Taliban
20 government?
21 A.   I think the idea was that enough blood had already been shed
22 in Afghanistan and perhaps there would be some way of coming to an
23 agreement.  I mean, keep in mind the Taliban and the Afghan
24 mujahideen, the leaders in the Northern Alliance had the same
25 roots.  They all came from the Soviet-Afghan war.  At one time,

## Kohlmann - cross

1  they were all fighting for each other.

2          So, you know, I'm not surprised that they would try to

3  encourage the two to come back together.

4  Q.    The Northern Alliance was led by a Tajik, right?

5  A.    Ahmad Shah Massaud, correct.

6  Q.    Right.  And that was a different ethnic group than the

7  Pashtuns in the south, correct?

8  A.    That's correct.

9  Q.    And Ahmad Shah Massaud was assassinated on September 10,

10  2001, wasn't he?

11  A.    September 9.

12  Q.    September 9, thank you.

13          On page 9 of 22, starting in the middle of paragraph

14  Nine:  "Every Group that may have engaged in a war with its enemy

15  regardless of which side provoked it, or may have broken a pact on

16  equal terms and then no pact remains thereafter between it and its

17  enemy even if the situation was not the same between that enemy

18  and the rest of the Muslim countries and groups.  But it solely

19  bears the responsibility of its pacts, wars, profits and losses.

20  Although it may not be compulsory for Muslims other than that

21  country to help it but without a doubt it is not permissible for

22  them to help the Kafir against that Muslim country!!"

23          What issue in the Muslim world is being addressed there?

24  A.    I believe the issue that you're looking for is the issue

25  whether or not jihad is permissible or obligatory.

## Kohlmann - cross

1  Q.    Isn't the question here wasn't there some concern about the
2  Pakistani government coming in on the side of the U.S. to invade
3  Afghanistan?
4  A.    That's one of many issues.  I mean --
5  Q.    And there were lots of theological questions over whether and
6  how the Pakistani government could deal with the problem in which
7  it found itself, right?
8  A.    I guess so.
9  Q.    Well, the Pakistani government had been sponsoring the
10  Taliban, hadn't it?
11  A.    That's correct, yeah.
12  Q.    And after 9/11, President Bush said on September 20 that
13  either you're with us or you're against us, and that put the
14  Pakistanis in a bind, didn't it?
15  A.    I believe so.
16  Q.    And there were a lot of people that thought they should have
17  stood on the side of the, the Muslims no matter what, right?
18        MR. KROMBERG:  Objection, Your Honor.  Muslims were on
19  both sides of that war, and as many times as Mr. MacMahon says all
20  Muslims are one side, it's just not true.  He knows it, I know it,
21  you know it, and the jurors know it.
22        THE COURT:  All right, I'm going to sustain the
23  objection.  You can cross-examine, you can lead, but you can't
24  have the question packed so that it's misleading.
25        MR. MAC MAHON:  Okay.  Excuse me, Your Honor.

## Kohlmann - cross

1  Q.    Was there a debate in the Muslim world about how Pakistan
2  should respond to the ultimatum that President Bush gave them?
3  A.    Yeah.
4  Q.    And give the jury a flavor of that, if you would.
5  A.    You have some people who believe that Pakistan as a
6  responsible nation is someone who cannot stand up for barbarity,
7  has to cooperate in terms of capturing the Taliban and Al-Qaeda.
8  There are a lot of people that saw Usama Bin Laden and Ayman
9  al-Zawahri as harijites, as dissenters, as people that were
10  dissenting for the sake of dissent, causing problems for the sake
11  of causing problems, and thus, Muslims should not sacrifice
12  themselves on the -- for the sake of someone that's an
13  opportunist.

14         There were also plenty of other Muslims who saw this as
15  an issue that Pakistan as an Islamic state, as the only Islamic
16  state with a nuclear weapon, the only real Islamic state in
17  Central Asia, should stand with its former allies, the Taliban,
18  even if their relationship was a little bit estranged by then, and
19  that Pakistan should, should aid its Taliban brothers.  Especially
20  for Pakistanis, this is largely true of Pakistani Muslims, is
21  because for Pakistanis, they saw a strategic element of the Afghan
22  situation.  They saw -- they figured if Afghanistan fell under the
23  control of Tajiks or Uzbeks, that there would be potential
24  political fall-out for Pakistan.
25  Q.    Right.  Because the Pashtuns control Pakistan, correct?

# Kohlmann - cross

1  A.    Actually, no.  Pashtuns control an area that's between the
2  border of Pakistan and Afghanistan.  It's called Pashtunistan.
3  That's the area that it's generally known as.

4        Now, the problem is is that it's much like the modern
5  state of Kurdistan.  It doesn't exist.  It's a state within two
6  states.

7  Q.    What is -- what's the ethnic background of, for lack of a
8  better word, of General Musharraf?

9  A.    I'm actually not sure off the top of my head.  I have no
10 idea.

11 Q.    Is he a Pashtun?

12 A.    He might be.  I really don't know.

13 Q.    Now, at that same time -- and we read this in a bunch of
14 e-mails that Mr. Kromberg read, too -- there was a debate in the
15 Muslim world about whether Bin Laden was actually responsible for
16 9/11 in September and October of 2001, correct?

17 A.    Debate extended long after that, yeah.

18 Q.    Right.  So there were Muslims that wanted proof about what
19 happened on September 11 and that there were some Muslims
20 responsible for it, correct?

21 A.    Yeah.  There were -- I mean, a lot of people were saying, "We
22 want to see proof," but there were also people that were saying
23 that it couldn't have possibly happened, so there's no proof that
24 you can provide that will convince me.

25        I mean, that was one of -- I mean, there are multiple

## Kohlmann - cross

1  trends on here.  I've seen the same group of people tell me that
2  Usama Bin Laden didn't do 9/11 but then celebrate Usama Bin Laden
3  for carrying out 9/11.

4         Abu Hamza Al-Masri each year used to hold a conference
5  on 9/11 called The Towering Day in World History, where he talked
6  about how wonderful the 19 hijackers were, and yet when I talked
7  to him, he told me, "There's no possible way it could have been
8  caused by a suicide plane crashing into it because I have a degree
9  in engineering, and I know that it had to have been caused by an
10 internal explosion."
11 Q.   All right.  And he also told you that Muslims couldn't
12 actually do such a thing technically, right?
13 A.   Yeah, I -- no.  Technically, no.  I think his point was
14 religiously they couldn't, but then at the same time, he was also
15 glorifying the -- it's a bizarre double message, but again,
16 there's a public transcript, and there's a hidden transcript, and
17 both those transcripts get out.
18 Q.   Okay.  Let me read on the bottom of 11 and see if I can focus
19 this a little better.
20 A.   Sure.
21 Q.   The bottom of page 11 of 22:  "As for the point that it is
22 not permissible for this group -- nor any other party -- to bring
23 upon the Ummah an animosity for which there is no parallel and to
24 drag it to a war which is not matched (and equal), for which it
25 was not prepared nor ready, this we surely raise our voice in

**J.A. 888**

## Kohlmann - cross

1  protest and will not let our voice be subdued.  But if that group
2  refused except to be dictatorial in its view and did whatever
3  occurred to its mind without consulting or regarding the better
4  welfare and the good (maslaha), then in that situation we will be
5  the innocent ones and free from responsibility and we will be the
6  sacrificial prey to the vengeance of a savage enemy.  This is what
7  will happen to the Afghan people and others besides them for they
8  are innocent, and the one who falls is not from the enemy!!"

9         Now, isn't this passage, this section I'm reading here
10 about the concern for the innocent people in Afghanistan who were
11 stuck in the middle of this situation?
12 A.   Well, again, I think you have to put it in context.  In terms
13 of this context, when they say "innocent," they're not just
14 referring to women and children.  They're referring to the
15 Taliban, of which I believe that the person that authored this
16 believed that they were innocent of 9/11, of being involved in
17 9/11.

18         So again, it depends on the context.  There's no
19 specificity in terms of what this person is referring to here.
20 Q.   Okay.  You say that the sheikh here didn't believe that, from
21 your knowledge, that the Taliban was responsible for September 11?
22 A.   Did not believe it.
23 Q.   Right.  And you disagree with him about that?
24 A.   I mean, I believe that there is enough evidence to say that
25 Usama Bin Laden and Al-Qaeda were protected by the Taliban, were

## Kohlmann - cross

1  behind 9/11, yes.

2  Q.    But in October of 2001, Usama Bin Laden hadn't actually come

3  out publicly and taken responsibility for the attacks of September

4  11, had he?

5  A.    He didn't until years later, but there was enough evidence

6  even within days of the attack to confirm Bin Laden's role in

7  this.

8  Q.    For you there was, but for people all over the world, maybe

9  there wasn't, sir.

10  A.    I mean, the British government came out within a week of 9/11

11  with an extended dossier showing how Bin Laden was responsible for

12  9/11.  They specifically did that in order to distribute it

13  publicly to everyone on the Internet so that if anyone had any

14  question about whether or not there was strong -- very strong

15  compelling evidence linking Bin Laden and Al-Qaeda to 9/11, you

16  could see it for yourself.  That was the very purpose of releasing

17  that document.

18  Q.    But there's a big difference, isn't there, between what a

19  person in Riyadh or Jeddah, Saudi Arabia, believes and writes than

20  somebody who listens to BBC sitting in London, isn't there?

21  A.    Oh, I agree, but even when a tape surfaced of Bin Laden in

22  December of 2001 with him claiming responsibility, gloating for

23  the act, this person didn't change his opinion about the Taliban.

24  Q.    And that was December 2001, when Bin Laden -- a videotape

25  appeared in which Bin Laden is sitting on the ground, and he's

## Kohlmann - cross

1  talking to a bunch of Saudis, and he takes credit for the 9/11
2  attacks, doesn't he?

3  A.    This was the first -- it wasn't even -- it wasn't even a
4  claim, because what it was is a videotape that he had made which
5  was recovered by U.S. forces in Afghanistan, but that was the
6  first public, I would say the public absolutely indisputable video
7  evidence that Bin Laden -- of Bin Laden admitting, "I did this."

8  Q.    Okay.  And what was the date that that was released publicly?
9  A.    December 14, 2001.

10 Q.    Now, look at the last page of this document, if you would.
11 At the bottom, it says, "[Pages 21 to 32 from this Bayaan of
12 Sheikh Safar haven't yet been translated.  As soon as they are
13 translated, we will upload them and notify our mailing list
14 members.]"

15        Do you see that?

16 A.    Yeah.

17 Q.    Was that on the copy that you downloaded when you got this?
18 A.    I really, I can't remember.  I know that the first section
19 was, that says in the beginning, "[Translator's Note:  The Sheikh
20 has written this document in the light of the events," etc., but I
21 can't remember what the end looked like.  I don't -- I haven't
22 read through the whole thing in a while.

23 Q.    Okay.  But this isn't complete, is it?  You've read more of
24 this document than this, haven't you?

25 A.    I honestly -- I can't say that I have.  I really don't

**J.A. 891**

**Kohlmann - cross**

1  recall.

2  Q.   Have you -- do you believe you've read the whole document?

3  A.   I can't say for sure.

4  Q.   Okay.  Did you read where it said it was the -- that it

5  wasn't permissible for Al-Qaeda or any other group to draw the

6  Muslim world into a war?

7  A.   Did I read that?  Yeah.

8  Q.   Yes.  Did you read that it was incumbent for Islamic

9  activists to utilize these events as a springboard for the

10 following period:  the period of the great jihad with the Koran,

11 as God has said, wage jihad, i.e., with the Koran?

12 A.   Where are you reading from?

13 Q.   You didn't read the whole document?

14 A.   No, I don't know where you're reading from.

15 Q.   When a -- in your experience, when someone says -- talks

16 about the waging jihad with the Koran, they mean to spread their

17 religion, correct?

18 A.   It doesn't have to be.  Jihad, jihad can be spiritual, or it

19 can be physical.  Because Dawah, which is spreading the call, for

20 instance, right, that's really with the Koran, but Dawah is not

21 necessarily just Dawah without jihad.

22           A lot of times, people consider jihad an integral part

23 of Dawah.  So if you come with the Koran, that doesn't necessarily

24 mean all you're doing is proselytizing.  There's -- that's a very

25 generic term.

## Kohlmann - cross

1  Q.   Okay.  And there's lots of these fatwas and statements coming
2  out of Saudi Arabia all the time, aren't there?
3  A.   Not about the Taliban, no.  There was a series that came out
4  during -- between the years of approximately '99 and 2001, in the
5  years leading up to eventually 9/11 and the U.S. invasion of
6  Afghanistan.  They were, I mean, they were widely distributed.

7         Other than that, there's been a few that have surfaced,
8  but mainly on Arabic language websites, some books have been
9  published with them in there, but in general, I mean, Saudi
10  fatwas, they make it outside of Saudi Arabia if they're
11  significant in some way, if they get published in a book or if
12  they're relevant to a particular topic, if they get placed on a
13  website.  For instance, one of the websites that was mentioned
14  back here, alasr.ws, used to carry a number of such fatwas.
15  Q.   In your experience, it wouldn't be unusual for Muslims in the
16  United States to be reading all of these things, right?
17  A.   I mean, I can't say.  I mean, that's -- some Muslims read all
18  of them.  Some read none.  Some read a few.  There's no generic --
19  I mean, the Muslims I know, they read some of them, but, I mean,
20  the Muslims I know also are very interested in this topic.

21         I can't speak for all Muslims.  I can't speak for some
22  Muslims.

23  Q.   It wouldn't be unusual for an academic to have these kinds of
24  things, correct?
25  A.   To have them?

## Kohlmann - cross

1  Q.   Yes, to have read them.

2  A.   I mean, what kind of an academic?  It depends what kind of an
3  academic you're --

4  Q.   Someone who is a scholar in Islam.

5  A.   Yeah, I think, I think he'd probably have a copy of it.  He'd
6  probably read.

7  Q.   They'd have copies of lots of these things, wouldn't they?

8  A.   I mean, I can't really say.  I mean, my mentor, Dr. Mamoun
9  Fandy, who did a book all about al Hawali, didn't have copies of
10 this stuff lying around his office, and he did an entire book
11 about al Hawali and Al-Ouda.  So, I mean, your answer is is that
12 maybe.  It doesn't -- not necessarily.

13 Q.   It would just depend on what their interest was, right?

14 A.   It's a personal -- I think it's a personal interest.  It can
15 be either because someone is fascinated by the fatwas.  It
16 could -- I mean, I can't speak to motive.  I really don't know.  I
17 mean, I know why I downloaded them, but I can't speak for other
18 people.

19 Q.   And these are just -- all these fatwas that you read are just
20 advisory.  They're the opinions of these various scholars sent
21 out, right?

22 A.   Well, in Islam, there is no pope.  There is no senior
23 religious figure that is controlling, and thus, a lot of different
24 Islamic entities can issue fatwas.  Some of them are -- carry more
25 legitimacy than others.

# Kohlmann - redirect

1           However, the person that issued this fatwa, for him to
2   issue a fatwa like this is extremely significant.  For instance,
3   about three months ago, the same person authored a fatwa saying it
4   was obligatory for Muslims to go fight in jihad in Iraq, and since
5   then, countless numbers of Saudi Arabia nationals, followers of
6   this individual, have been picked up in Iraq.

7           So I guess you could say not all Saudis followed what he
8   said, maybe not even all Saudi followers of this person, but a
9   number -- a large number of them did, and in fact, the parents of
10  these folks are blaming this individual for doing that.

11  Q.   Do you -- there's nothing in the Hawali fatwa that you read
12  that says it's obligatory for Muslims to go fight in Afghanistan,
13  is there?

14  A.   I don't think it's saying "obligatory," but I think it's
15  saying it's permitted to go fight with the Taliban, yeah.

16               MR. MAC MAHON:  Thank you, Your Honor.

17               THE COURT:  All right, any redirect?

18               MR. KROMBERG:  Yes, Your Honor.

19                     REDIRECT EXAMINATION

20  BY MR. KROMBERG:

21  Q.   While we're talking about what you didn't read in the part
22  from 7A23, "A Statement to the Ummah," did you read the part where
23  it says, "Afghanistan was chosen as a sacrificial lamb in the war
24  of arrogance and hegemony not because of terrorism or because it
25  sheltered the Al-Qaeda organization but for reasons dating back to

# Kohlmann - redirect

1  the old rivalry between the Soviets and the Americans for control
2  of the Gulf"?
3  A.    I think this is part of the same doublespeak I was talking
4  about.    There are two different messages being put out here.    I
5  think that's pretty common.
6  Q.    How about the part where it said, "This event was more than
7  just a surprise attack on a super power which rocked its
8  foundations and knocked it senseless.    It overturned all the
9  equations and rendered all the calculations useless on which the
10  Crusading West had built its civilization and supremacy as well as
11  the reasons for its dominance for 500 years or more when it drove
12  the Muslims out of Spain and initiated its colonial explorations"?
13  A.    That's in there, too.
14  Q.    How about, "It's a painful situation that can result in
15  nothing but frustration and despair.    It could bring us to doubt
16  God's promise, think ill of Him, and even deny what was written in
17  His book, God forbid.    However this event has clearly stated to
18  Muslims in the world that the fortified stronghold which the West
19  has spent centuries building can be penetrated by a homing pigeon.
20  Numerous armies can be defeated by hundreds of those who seek
21  heaven.    Technology, no matter how advanced, cannot stand up to
22  the Believer's spirit."  Do you remember that?
23  A.    Yeah.    I mean, less than a year after this came out, the
24  person that authored this fatwa went on Saudi television and said
25  that even if Americans hide in holes, they can't hide from our

# Kohlmann - redirect

1  airplanes, and our men love, love death as you love life, and we
2  consider this a form of military service, the same way that your
3  men join, join the military.
4  Q.   Thanks.  You were talking before in response to, actually,
5  page 8 of 22 on 7A23, when Mr. MacMahon asked was there anything
6  about what's obligatory --
7  A.   Yeah.  It actually says here under Eight, it doesn't refer to
8  the Taliban particularly, but it does say, "So the Muslims are one
9  Ummah and their responsibility and pacts are undertaken by the
10 least of them . . . and they are all one single hand on others
11 besides them.  Whoever amongst them stands up to undertake" --
12          THE COURT:  Slow down a second, Mr. Kohlmann.
13          THE WITNESS:  Sorry.  Sorry, Your Honor.
14          "Whoever amongst them stands up to undertake a facet of
15 religion be it to do with knowledge, Dawah or Jihad, loving him
16 and supporting him becomes obligatory, while they ought to all
17 strive to have their efforts done side by side supplementing each
18 other and" -- I believe it's supposed to be "complementing."
19 BY MR. KROMBERG:
20 Q.   "But if the people of knowledge started attacking the people
21 of jihad," what are -- what do you understand the difference
22 between the "people of knowledge" and the "people of Jihad"?
23 A.   I believe the "people of knowledge" is referring to Islamic
24 clerics, whereas the "people of Jihad" is referring to the
25 soldiers, the mujahideen.

1  Q.   Only clerics or also scholars?

2  A.   Oh, Islamic scholars.  I mean, again, there is no established

3  clergy in Islam, so you can be -- you can have the status almost

4  of a cleric even without being a cleric.

5  Q.   Thank you.

6        When you were -- when Mr. MacMahon was asking you

7  earlier about the way the LET condemned the attacks of 9/11 and

8  you testified that there were two messages being sent out, I'd

9  like you to look at Government Exhibit 1D45, which is already in

10 evidence.

11       Well, it's actually on the screen now.

12 A.   Okay.

13 Q.   When it says, "Lashkar-e-Taiba will not leave Afghan brethren

14 in the lurch.  They will sacrifice their lives along with other

15 Muslims against America and other disbelievers in case they attack

16 Afghanistan" --

17 A.   Actually, this is the exact thing I was referring to.  Like I

18 said, there were two messages sent out.  At the same time Lashkar

19 was saying that, well, the Taliban had nothing to do with 9/11 and

20 aren't responsible for it and were disavowing it, at the same

21 time, they were saying, but if America turns around and punishes

22 the Taliban for being involved in 9/11, we will stand side by side

23 with them and sacrifice ourselves.

24       MR. KROMBERG:  Can we scroll down just a bit,

25 Mr. Williams?

# Kohlmann - redirect

1    THE COURT:  I'm sorry, do we have a date for this

2  document?

3    MR. KROMBERG:  On the top, Judge, it says Tuesday,

4  September 25.

5    THE COURT:  2001, okay.

6    MR. KROMBERG:  2001.

7  Q.  And then later on, "Lashkar-e-Taiba is intended to uphold the

8  flag of Islam by jihad in the battlefield and by Dawa work in the

9  peaceful regions."

10    Now, turn to 1D46, if you would.  That one is dated

11  October 27, 2001, correct?

12  A.  That's correct.

13    MR. KROMBERG:  Could we scroll down?

14  Q.  "The United States has begun attacking targets in Afghanistan

15  in its new planned war to massacre all Muslims of the world."  Was

16  this part of the double message you were talking about?

17  A.  That's correct; it was.

18  Q.  And take a look at 1D47.  That's October 27 -- excuse me, I'm

19  sorry, October 7, 2001.

20    And if you could scroll down?

21    This is the speech by Saeed and what his, what his take

22  on September 11 was, correct?

23  A.  Yeah.  This is actually a speech from the leader, the top guy

24  in Lashkar-e-Taiba.

25  Q.  "The September 11 tragedy on the US soil is something

## Kohlmann - redirect

1  unforgettable for the entire world.  When confronted with such
2  situations, many a nation would review their entire thinking and
3  pursuits, redefine their priorities and goals.  This course was
4  also open for the Americans.  They could have deemed it wise to
5  give up their world policeman mentality and their craze for
6  capturing all the resources in the world and their policy of
7  enslaving the nations by realizing that the tragedy was the
8  natural outcome of their exploitative policies and the wrongs they
9  had been doing all through the world.  It would have been a wiser
10 approach for Washington.  But unfortunately, the US chose the
11 opposite path.  The US rulers sensationalized the American nation
12 and in no time, laid the blame on Osama bin Ladin and started
13 preparations for attacking Afghanistan.  The American media
14 carried on this propaganda so forcibly that anti-Islam sentiments
15 were aroused all over the West, leading to attacks on the Muslims
16 in US and in almost all the European countries and closure of
17 mosques there.

18        "That the US took to this turbulent course makes one
19 believe that the whole thing was pre-planned.  The US president
20 lost no time in declaring that Crusades were at hand although he
21 subsequently tried to clarify, the mischief was done."

22        The jury will have the entire speech that it can read,
23 but is this part of what you were referring to?
24 A.   Yeah.  Like I said, I mean, you have two -- you have two
25 messages that go out.  You have the public relations message,

# Kohlmann - redirect

1  which is meant for 9/12, which is, you know, Muslims didn't have
2  anything to do with this; this is horrible.

3        No one can justify 9/11.  I don't even think Bin Laden
4  on 9/12 could have justified 9/11, but it's very easy a few days
5  later to come back and say, "America is now blaming this on
6  Al-Qaeda.  This was a preplanned scheme by the CIA to attack the
7  Muslim world, and thus we have to stand by our Afghan brothers."

8        I would say that's a fairly unreasonable world view to
9  take even if you're not from the United States.  I don't think
10 that's a reasonable belief to have.  And there was enough
11 evidence, I would say, by this time to make it clear that this is
12 propaganda, nothing else.

13 Q.   When you look at 1D48, that's on October 12, 2001?
14 A.   Right.
15 Q.   And if we could go down to the headline:  "Ummah should
16 support the oppressed Afghans.  Hafiz Saeed advised the people to
17 refrain from vandalism in protest against the government Afghan
18 policy and instead join Jihadic forces at this critical juncture.
19 Islamabad, Oct. 12.  The Ameer of Markaz Dawah wal Irshad, Prof.
20 Hafiz Muhammad Saeed, on Friday pledged total support to
21 Afghanistan and said the Muslims all over the world were ready to
22 face every challenge from America.  Delivering his Friday address
23 at the congregational prayers in Salgi Masjid in H-8 area, he said
24 that it was obligatory for the entire Ummah to support the
25 oppressed Afghans against the US.  He counseled the Muslim rulers

## Kohlmann - redirect

1  to review their policies following the bombardment of US led
2  forces on Afghanistan.  This is in fact, an attack on Islam, he
3  asserted."
4         The same, more of double message?
5  A.   Yeah.  I mean, again, the idea is is that the U.S. has blown
6  up the World Trade Center in order to spike a war on Islam, and
7  we --
8         MR. MAC MAHON:  Your Honor, I object.  There's nothing
9  in that message that says that.
10        THE COURT:  Well, I think it's cumulative at this point.
11        MR. KROMBERG:  Okay.
12        THE COURT:  I'll sustain the objection.
13        MR. KROMBERG:  Judge, I have just two short areas I want
14  to go into, but I think we need to approach on one.
15        THE COURT:  Come up.
16        MR. KROMBERG:  Thank you.
17        (Bench conference on the record.)
18        THE COURT:  Yes, Mr. Kromberg?
19        MR. KROMBERG:  Judge, obviously, the Court recalls its
20  rulings about Safar Hawali.  The witness has actually been not
21  even saying Hawali's name sometimes when he talked about the
22  awakened sheikhs, but I believe that Mr. MacMahon's questions have
23  opened the door enough that I can ask Mr. Kohlmann to explain who
24  Hawali is in relation to the awakening sheikhs and Al-Ouda that he
25  already spoke about.

# Kohlmann - redirect

1          THE COURT:  We've got enough about Hawali.  Anything
2   else?

3          MR. MAC MAHON:  Thank you, Your Honor.

4          (End of bench conference.)

5   BY MR. KROMBERG:

6   Q.   Mr. Kohlmann, back to Defense Exhibit 81 -- in fact, I'll
7   just put it up on the screen.  It might be easier.

8          The defense exhibit notes that Royer met at least two
9   Australians during his time at the LET camp in Pakistan, including
10  David Hicks.  Who is David Hicks?

11  A.   David Hicks has better become known as the Australian
12  Taliban.  He was picked up inside of Afghanistan fighting with the
13  Taliban against U.S. forces.  He was subsequently taken and
14  deported to Guantanamo Bay, Cuba, where he's currently being held
15  as an enemy combatant.

16  Q.   What camps, if you know, had he attended besides the Lashkar
17  camp after he went to the Lashkar camp?

18  A.   I believe he also attended al Farooq camp in Afghanistan run
19  by Al-Qaeda, but that's the only one that I'm familiar with
20  offhand.

21          MR. KROMBERG:  Thank you.  Nothing further for this
22  witness, Your Honor.

23          THE COURT:  All right.  Recross?

24          MR. MAC MAHON:  Just briefly.

25                        RECROSS EXAMINATION

## Kohlmann - recross

1  BY MR. MAC MAHON:

2  Q.   You've never met David Hicks, either, have you?

3  A.   No.

4  Q.   You've never seen his passport, don't know where he is or

5  anything else, do you?

6  A.   I know he's in Guantanamo Bay, Cuba.

7  Q.   You believe that.

8  A.   I know he is.  There's been legal documents that have been

9  filed that indicate he is.

10 Q.   You haven't been there, either, have you?

11 A.   Guantanamo Bay, Cuba?

12 Q.   Yeah.

13 A.   No.

14          MR. MAC MAHON:  Nothing further.

15          THE COURT: ˙ All right, is anybody going to call

16 Mr. Kohlmann again during the course of the trial?

17          MR. KROMBERG:  No, Your Honor.

18          THE COURT:  How about the defense?

19          MR. MAC MAHON:  No, Your Honor.

20          THE COURT:  All right, Mr. Kohlmann, thank you for your

21 testimony.  You're excused.  You can stay in court and watch the

22 proceedings or leave, but you're not to discuss your testimony or

23 anything you've seen or heard in the courtroom with anybody and

24 obviously not publish anything about it while this trial is in

25 session.  Thank you.

# Kohlmann - recross

1           THE WITNESS:  Thank you very much, Your Honor.

2                      (Witness excused.)

3           THE COURT:  All right, your next witness?

4           MR. KROMBERG:  Judge, I'd like to put some stipulations

5    in the record, if I may.

6           THE COURT:  All right.  Are then we going back to

7    Mr. Kwon this evening?

8           MR. KROMBERG:  What we were hoping to do was to go back

9    to the tapes we tried inadequately to play before.

10          THE COURT:  All right.  Then that will take up the rest

11   of the day?

12          MR. KROMBERG:  Right.

13          MR. GIBBS:  It will, Judge.  And we've got transcripts.

14   I think we've been able to enlarge the print.

15          THE COURT:  All right.  So if the marshals are holding

16   Mr. Kwon here, they can take him back.

17          MR. KROMBERG:  I think that's correct, Judge.

18          THE COURT:  All right, that helps.

19          MR. KROMBERG:  Judge, the parties have entered into

20   Stipulation No. 45.  Once again, I thank the defense and defendant

21   for entering into these stipulations to make things quicker on

22   everyone.  Stipulation No. 45, which is 12-45 --

23          THE COURT:  Okay.  It's late in the day.  Ms. Thomson is

24   a phenomenal court reporter; let's make her job a little easier.

25   Just slow it down.

761

1           MR. KROMBERG:  Sorry.

2           THE COURT:  All right.  Stipulation --

3           MR. KROMBERG:  No. 12-45 -- excuse me, Stipulation 45,

4    Government Exhibit 12-45:  "The United States and the defendant

5    hereby stipulate and agree that Government Exhibit 7H22

6    constitutes an authentic copy of a record of Costco maintained in

7    the ordinary course of business."

8           THE COURT:  All right.  So Exhibit 12-45 is in evidence.

9           (Government's Exhibit No. 12-45 was received in

10   evidence.)

11          THE COURT:  And are you trying to move in 7H22 at this

12   time or not?

13          MR. KROMBERG:  Yes, Your Honor.

14          THE COURT:  Is there an objection to 7H22?

15          MR. MAC MAHON:  No objection, Your Honor.

16          THE COURT:  All right, 7H22 is in evidence.

17          (Government's Exhibit No. 7H22 was received in

18   evidence.)

19          MR. KROMBERG:  And, Judge, if I may publish this to the

20   jury?

21          THE COURT:  Yes, sir.  So for the record then, this is a

22   statement by a Mr. Chandia.

23          MR. KROMBERG:  Correct.

24          THE COURT:  All right.

25          MR. KROMBERG:  "I was hired at Costco Wholesale on 21

762

1   May 1997.  I started my career in Costco at Foods and later worked
2   at many other departments.  I really had a great time.  I enjoyed
3   working with both employees and the management.  I have to leave
4   now due to some family emergency.  I plan on going to Pakistan and
5   probably won't be back for next six or seven months.  Therefore,
6   please accept my resignation.  My last day will be Friday,
7   November 2.  Hope to see you again.  Cheers.  Ali Chandia."

8            Judge, the next stipulation -- oh, in fact, Judge, I
9   have the hard copy of the Stipulation No. 57 that we entered into
10  orally yesterday that has now been signed by the parties that
11  says, "The United States and the defendant hereby stipulate and
12  agree that at various times until December 2001, at least some of
13  Lashkar-e-Taiba's operations were facilitated by at least some
14  elements of the Pakistani government."

15           THE COURT:  All right.  So Exhibit 12-57 is in evidence.
16           (Government's Exhibit No. 12-57 was received in
17  evidence.)

18           MR. KROMBERG:  Stipulation No. 49, Judge, Government
19  Exhibit 12-49:  "The United States and the defendant hereby
20  stipulate and agree that Government Exhibit 7C32 constitutes an
21  authentic copy of records of MBNA, maintained in the ordinary
22  course of business."

23           This is not something we're moving in now -- we're
24  willing to move it in now, but this is something that will be
25  pertinent to Mr. Kwon when he testifies.

**J.A. 907**

763

1           THE COURT:  All right.  Exhibit 12-49, the stipulation
2    itself, is in.
3           (Government's Exhibit No. 12-49 was received in
4    evidence.)
5           THE COURT:  Is the defense objecting to 7C32?
6           MR. MAC MAHON:  No, Your Honor.
7           THE COURT:  All right, then let's get it in at this
8    point.
9           MR. KROMBERG:  Thank you, Your Honor.
10          THE COURT:  7C32 is also in.
11          (Government's Exhibit No. 7C32 was received in
12   evidence.)
13          MR. KROMBERG:  Similarly, Government Exhibit 12-48 is
14   Stipulation No. 48:  "The United States and the defendant hereby
15   stipulate and agree that Government Exhibits 7C19a1, 7C19a2,
16   7C19a3, 7C19a4, 7C19b1, 7C19b2, 7C19b3, 7C19b4, 7C19c" --
17          THE COURT:  Wait, I'm sorry, 7C --
18          MR. KROMBERG:  19b4, then "7C19c, 7C19d, 7C19e, 7C19f,
19   and 7C19g constitute authentic copies of records of Wachovia Bank,
20   maintained in the ordinary course of business."
21          The government would move those bank records in at this
22   time.  They also are pertinent to the testimony of Yong Kwon.
23          MR. MAC MAHON:  No objection, Your Honor.
24          THE COURT:  All right.  Just for the record, to recap,
25   that's 7C19a1 through a4; 7C19b1 through b4; 7C19c, d, e, f, and

**J.A. 908**

764

1    g.

2             MR. KROMBERG:   That's correct, Judge.

3             THE COURT:   All right.

4             (Government's Exhibit Nos. 7C19a1 through 7C19a4, 7C19b1

5    through 7C19b4, 7C19c through 7C19g, and 12-48 were received in

6    evidence.)

7             MR. MAC MAHON:   Thank you.

8             THE COURT:   Robin, we're in sync?

9             THE CLERK:   Yeah.

10            MR. KROMBERG:   Similarly, Judge, Stipulation No. 38,

11   which is Government Exhibit 12-38:   "The United States and the

12   defendant hereby stipulate and agree that Government Exhibit 7C30

13   constitutes authentic copies of records of Sprint, maintained in

14   the ordinary course of business."   The government moves in 7C30,

15   which are phone records relating to Mr. Kwon as well.

16            THE COURT:   Any objection?

17            MR. MAC MAHON:   No, Your Honor.

18            THE COURT:   All right.   7C30 as well as Exhibit 12-38

19   are both in evidence.

20            (Government's Exhibit Nos. 7C30 and 12-38 were received

21   in evidence.)

22            MR. KROMBERG:   Stipulation No. 37, which is marked

23   12-37:   "The United States and the defendant hereby stipulate and

24   agree that Government Exhibit 7C18 constitutes an authentic copy

25   of records of Paragon Travel and Tours, Inc., maintained in the

765

1  ordinary course of business.  The United States and the defendant
2  further stipulate that the records of Paragon Travel and Tours,
3  Inc., reflect that the tickets reflected in Government Exhibit
4  7C18 were purchased on September 19, 2001."

5          The government would move in 7C18 as well.  That will be
6  relevant to the testimony of Mr. Kwon.

7          THE COURT:  Any objection?

8          MR. MAC MAHON:  No, Your Honor.

9          THE COURT:  All right, so 12-37 and 7C18 are both in.

10         (Government's Exhibit Nos. 7C18 and 12-37 were received
11 in evidence.)

12         MR. KROMBERG:  Stipulation No. 36, which is Government
13 Exhibit 12-36:  "The United States and the defendant hereby
14 stipulate and agree that Government Exhibits 7C13 and 7C13a
15 constitute authentic copies of records of Cabellas, Inc.,
16 maintained in the ordinary course of business.  Cabellas, Inc.
17 records reflect that an order for one jacket by Masaud Khan was
18 placed on September 15, 2001, at 10:45 p.m. (Eastern Time), and
19 that an order for three jackets by Yong Kwon was placed on
20 September 17, 2001, at 1:15 a.m. (Eastern Time)."

21         And we would move in 7C13 and 7C13a as well.

22         THE COURT:  Any objection?

23         MR. MAC MAHON:  No objection, Your Honor.

24         THE COURT:  All right.  So 12-36 as well as 7C13 and 13a
25 are all in.

766

1           (Government's Exhibit Nos. 7C13, 7C13a, and 12-36 were
2    received in evidence.)

3           MR. KROMBERG:  Stipulation No. 46, "Government Exhibit
4    10T4 is an authentic copy of the 'Role of Muslim Students in
5    American Universities'" --

6           THE COURT:  I'm sorry, what was the stipulation number?
7           MR. KROMBERG:  46, Judge, Government Exhibit 12-46:
8    "Government Exhibit 10T4 is an authentic copy of 'Role of Muslim
9    Students in American Universities,' a recording of a lecture made
10   by Ali Al-Timimi," and we would move 10T4 in at this time as well.
11          MR. MAC MAHON:  No objection, Your Honor.
12          THE COURT:  All right, they're both in, 12-46 and 10T4.
13          (Government's Exhibit Nos. 10T4 and 12-46 were received
14   in evidence.)

15          MR. KROMBERG:  Almost done here, Judge.  Stipulation No.
16   51, Government Exhibit 12-51:  "The United States and the
17   defendant hereby stipulate and agree that in September 2001, the
18   following individuals used the following telephone numbers."  And,
19   Judge, this is really a background stipulation that will be
20   used -- useful for other exhibits involving Mr. Kwon for both
21   sides, I believe.
22              "Mohammed Aatique, 610-792-7084
23              "Hammad Abdur-Raheem, 703-338-2544
24              "Nabil Gharbieh, 703-906-0699
25              "Ibrahim Hamdi, 703-475-5559

**J.A. 911**

1          "Khwaja Hasan, 703-568-1073

2          "Yong Kwon, 703-200-8024

3          "Masaud Khan, 301-977-6577

4          "Randall Royer, 571-214-4433, 703-330-0186

5          "Donald Surratt, 240-602-8849, 301-736-0299

6          "Ali Al-Timimi, 703-622-4388."

7          At this time, Judge, what I'd like to do is publish to

8    the jury Ali Chandia's -- a couple pages of Ali Chandia's passport

9    that we just stipulated to the admission of in one of the first of

10   the series of stipulations.  We showed the Costco letter, and this

11   has a --

12          THE COURT:  All right.  And just for the record, what is

13   this exhibit number, the Chandia passport?

14          MR. KROMBERG:  7H21.

15          THE COURT:  All right.

16          MR. KROMBERG:  (Indicating) So that's the first page;

17   that's the second page; third page; fourth page; fifth page,

18   bearing the date 15-10-01; and the last page --

19          MR. MAC MAHON:  Your Honor, I don't mean to get him out

20   of order.  I'm not sure the jury got to see that long enough to

21   see what it was.

22          THE COURT:  Yes, I think -- I mean, the jury will

23   eventually have the entire document, but as long as we're showing

24   it to them -- all right?

25          MR. KROMBERG:  Okay.  And then that page, I'm going to

1  put it on upside down because it's easier to read that way maybe.
2  We'll see.

3          And there is an entry at Lahore Airport on November 5,
4  2001, and an exit from Lahore on February 5, 2002.

5          THE COURT:  All right, in case I didn't say it before,
6  your Stipulation 12-51 is in evidence.

7          (Government's Exhibit No. 12-51 was received in
8  evidence.)

9          THE COURT:  And, Ladies and Gentlemen, since you are
10  taking notes, some of you may want to write that down as the one
11  that has all those telephone numbers in it because I'm sure you
12  didn't get that while they were all being read to you.  It's
13  Exhibit 12-51 that has that stipulation.

14          MR. KROMBERG:  Thank you, Judge.  I apologize for taking
15  up time by something that wasn't as scintillating as what we had
16  for the rest of the day, but that will do it.

17          I'll turn it over to Mr. Gibbs.

18          MR. GIBBS:  And, Judge, we have the transcripts for the
19  jury.

20          THE COURT:  All right.  Now, just so we're clear, again,
21  I alerted the jury yesterday about the distinction between
22  transcripts and what you hear on the tape.  Is that the entire set
23  for all the transcripts we're going to hear this afternoon?

24          MR. GIBBS:  No, Judge, that's just for the first call.

25          THE COURT:  All right.  And for the record, what are the

1   records on this one?

2              MR. GIBBS:  It's 1B1a.

3              THE COURT:  1B1a?

4              MR. GIBBS:  Yes, Judge.

5              THE COURT:  All right.

6              MR. GIBBS:  And this is -- for the record, it's a

7   consensual phone call between Yong Kwon and Randall Royer dated

8   April 7, 2003.

9              THE COURT:  All right.  Does the defense have copies yet

10  of the transcripts?

11             MR. GIBBS:  They do.

12             THE COURT:  All right, we need one for Ms. Thomson, one

13  for me, and I hope you have 14 for the jury.

14             MR. GIBBS:  I hope we do, too, Judge.

15             THE COURT:  All right, that's fine.

16             MR. GIBBS:  Actually, Judge, we did provide the Court

17  with a copy.

18             THE COURT:  Oh, all right.  But Ms. Thomson needs one.

19  That's even more important.

20             MR. GIBBS:  Okay.  And the court reporter.  Okay.

21             She got one.

22             THE COURT:  All right, Mr. Gibbs, are you ready to play?

23             MR. GIBBS:  Yes, Judge.

24             THE COURT:  All right.

25             (Excerpt of Government's Exhibit No. 1B1 was played,

1  excerpt of Government's Exhibit No. 1B1a was copied verbatim into
2  the record as follows:)

3          AGENT WYMAN:  "This is Special Agent JOHN WYMAN.  It,
4  Monday, I'm sorry, it Monday, April 7th, 2003.  The time is ah,
5  5:02 p.m., and ah, we're about to do a consensually monitored
6  telephone call between YONG KWON and ISMAIL ROYER.

7          UM:  Asalamalakum

8          YK:  Malakum Salam.  Uh, may I speak to Ismail Royer
9  please?

10         UM:  Yeah, who's this?

11         YK:  This is his friend.

12         UM:  OK, he is in the meeting.  Can I have your name and
13  phone number, let him call you back?

14         YK:  Uh, do you know what time he'll get out of the
15  meeting?

16         UM:  Um...no.

17         YK:  Okay, because I'm actually calling from overseas.

18         UM:  Okay, what's your name sir?

19         YK:  My name is Yong.

20         UM:  Yong?

21         YK:  And...he knows, he knows who I am.

22         (PHONE RINGING)

23         IR:  (Inaudible)

24         YK:  Yes.  Hello.  Hello.  Hello.  Hello?  Hello?

25         (Re-dial, PHONE RINGS AGAIN)

**J.A. 915**

771

```
 1              IR:  MAS, may I help you?
 2              YK:  M.A.S., may I speak to Ismail Royer please?
 3              IR:  Yeah, it's me Asalamalakum.
 4              YK:  Malakum, Salam.
 5              IR:  Oh, my god!
 6              YK:  What's going on?
 7              IR:  Well, nothing much. First of all tell me how I can
 8    get a hold of you in case we get disconnected again. (LAUGHS)
 9              YK:  (LAUGHS) Actually I...
10              IR:  Do you have a number or anything?
11              YK:  (LAUGHS) Yeah, I'm, I'm, I'm overseas as you can
12    tell, but ah...
13              IR:  Ok.  If you don't wanna give me your number, you
14    don't have to.
15              YK:  Yeah, um...
16              IR:  Ok, that's cool.
17              YK:  It might not be a good idea.
18              IR:  Ok, that's cool.
19              YK:  Um,, ahhh,(CLEAR THROAT).  So how's everything man?
20              IR:  Oh man, a lot going on brother, I....
21              YK:  That right?
22              IR:  Have you heard or no?
23              YK:  No.  Well, actually ah....
24              IR:  (COUGHS)
25              YK:  ...I guess everybody is, is, is cool?
```

772

1          IR:   (LAUGHING) No, everyone's not cool. (STILL
2    LAUGHING)
3          YK:   (CLEARS THROAT) I mean you have to tell me what's
4    going on man, um..
5          IR:   Ok, but I, I, not at this number um...
6          YK:   Ok.
7          IR:   ..let me give you another number to call me on, ok?
8          YK:   Ok.
9          IR:   Ah, but I, I got'a talk to you as, as soon as
10   humanly possible, um...
11         YK:   Yes, me to.
12         IR:   Alright ah, ok, ah shoot.  I got a cell phone but I
13   don't know what the number is. (LAUGHS)
14         YK:   That's good.
15         IR:   Ah, yeah.  Well, it's my wife's um, ok, hold on.
16   Um'a find it.  I don't wanna waste your money here ah but um
17   finding it very quickly.
18         YK:   Yeah. (COUGHS)
19         IR:   Ah, ok.
20         YK:   The money's not, not a big problem here, I don't
21   (INAUDIBLE, VOICE DROPS OFF).
22         IR:   Ok, alright, then, then, just hang tight and
23   hopefully I will find this quickly.  Man it is very good to hear
24   Your voice brother.  I been missing...
25         YK:   (LAUGHS)

773

```
 1            IR:  Ok, ah, 703-589...
 2            YK:  589
 3            IR:  ....6865.
 4            YK:  6865.  Can I call you back in like five minutes?
 5            IR:  Call me back in one minute if you can. (LAUGHS
 6  AGAIN)
 7            YK:  Ok. Ok.
 8            IR:  Alright.  Asalamalakum.
 9            This is Special Agent JOHN WYMAN (INAUDIBLE,
10  UNINTELLIGIBLE, THERE IS ALOUD DIAL TONE THAT'S DROWNING OUT THE
11  VOICE).  ....703-589-6865 and the date is April 7th, 2003.
12  Approximately 5:50.
13            (PHONE RINGS)
14            IR:  Asalamalakum.
15            YK:  Malakam Salam.
16            IR:  On the, actually, actually um in the bathroom.
17  (LAUGHS)
18            YK:  You're what?
19            IR:  Ok, um, um just using the bathroom, (UI) Bout
20  ah,...
21            YK:  Oh, you're in the bathroom.
22            IR:  (LAUGHING) Yeah Yeah I'm in the bathroom. (STILL
23  LAUGHING).
24            YK:  Should I wait or, or...
25            IR:  No, no, no.  No.  Collect call.  I'll just flush.
```

**J.A. 918**

774

1    (FLUSHES TOILET) Ok.  Alright.  Alright Bro, you know what?  Been

2    a long time man.

3              YK:   Yeah, it's been a long time.

4              IR:   A long time.

5              YK:   Ah, man.

6              IR:   (UNINTELLIGIBLE, BARELY AUDIBLE).

7              YK:   Yeah, yeah, I need you know.  I need to talk to

8    you.

9              IR:   Ok, here I am out side.  Ok.  Go head.

10             YK:   Yeah, I need to talk to you seriously.  Um you can

11   talk now...

12             IR:   Yeah.

13             YK:   ..right?

14             IR:   Yeah, I can talk now.

15             YK:   Ok, well I need to know what's going on because I'm

16   afraid I'm not in a very good situation man, ah, I don't know

17   what's going on over there but, seems my...

18             IR:   I tell you everything.

19             YK:   Ok.

20             IR:   Um, let me clear one thing first.

21             YK:   Ok.

22             IR:   Don't even consider, don't even consider coming

23   back here.

24             YK:   Ok.

25             IR:   That would be the, probably the number one dumbest,

**J.A. 919**

1  stupidest, unwisest, thing you could possible do.  Short of maybe

2  ah, getting in front of a moving train, you know?

3          YK:  Ok.

4          IR:  Ah, and you're not dumb, stupid or unwise so...

5          YK:  Ok.

6          IR:  ...I, I take it you understand what I'm saying.

7          YK:  Uh huh.

8          IR:  Now here's, here's what's happening.  Ah, round

9  about ah, bout four months ago ah, brother's started getting

10 visited by the FBI.

11         YK:  Ok.

12         IR:  Um, I, which I don't think you know about, oh, you

13 don't even, I don't, you don't know about cause I haven't even

14 talked to you...

15         YK:  Man I, I haven't talked to anybody.  I was trying

16 to lay low but....

17         IR:  Ok.

18         YK:  ...you know um forced now, so...

19         IR:  Ok, this is what's hap, this is what's happening.

20 Um, right after you guys left, the FBI came to my house um, and

21 ah, oh, no, no, you don't even know.  It's the power.  You don't

22 even know about.  Did you know that I got arrested with my rifle

23 and everything?

24         YK:  No.

25         IR:  Oh my god, ok.  Well, um, ah, we, we, I went to go

**J.A. 920**

1    sell my rifle to get rid of it because I was gonna going over seas
2    and I wanted to, you know I didn't want to you know, it, it would,
3    the fact that you know I had one would look very suspicious and...

4              YK:  Right.

5              IR:  ...and stuff you know right after September 11th,
6    and I wanted to get rid of it.  So I went to ah, um, Potomac Arms
7    to sell it back to them.

8              YK:  Ok.

9              IR:  You know, ah, they gave me like a ridiculously ah,
10   low offer so I was just like no, screw this you know and I, I, I
11   took it and I left.  Now as I pulled out of the parking lot and
12   Iwas gonna go to that gun show and sell it or something like this.
13   Now, when I pulled out of the parking lot somewhere while I was in
14   Alexandria ah, very close to that place I got pulled over for not
15   having a county sticker on my car.

16             YK:  Ok.

17             IR:  Now whether or not that was, really why I got
18   pulled over that you know I got pulled over.  When I got pulled
19   over they asked me ah, for my license.  I said well, I don't have
20   my license, it's in the back.  I went and opened up the back ah,
21   and I had my gun in the back but it was, everything was legal, I
22   mean, ammunition was seperate, I mean, it was in a case.
23   Everything was fine.

24             YK:  Ok.

25             IR:  And he says what's that?  The cop say's what's

**J.A. 921**

1    that? I said that's my, that's my rifle. And he say's ah, I said

2    you can look at it if you want, I mean, its legal. So, um, he

3    say's well I'll look at it, I'll look at it believe me. I'm like,

4    alright, whatever. So I had it, I had my ah, pass port, my

5    drivers license, everything, my kids social security numbers,

6    everything in one ah, brief case because I was simultaneously

7    getting pass ports for my two youngest kids. I had plane tickets

8    in there. I had everything, you know what I am saying, everything.

9          YK:  Uh.

10         IR:  So he, so he looks at all this stuff and he was

11   like you know, freak'n out on me.

12         YK:  That's seems suspicious.

13         IR:  Yeah, he thinks he's gonna captured the next you

14   know what um saying. (LAUGHS)

15         YK:  (LAUGHS)

16         IR:  (STILL LAUGHING) The next wave of September 11th,

17   right? Can, can you hear me?

18         YK:  Yeah. Yeah.

19         IR:  Ok, so, so I ah...

20         YK:  So what happened, I mean...

21         IR:  Yeah, so I got arrested.

22         YK:  Did you go to the.......

23         IR:  In the area basically.

24         YK:  Well, no, did you go to the...

25         IR:  Ok. Well I got arrested. They, the um, ATF came,

```
 1  the FBI came...

 2          YK:  (LAUGHS)

 3          IR:  I mean ah, (STARTS LAUGHING), they, they had like

 4  simultaneous I was doing um,ah, I was doing the newsletter for

 5  CAIR you know and so I, cause I was working at CAIR at the time so

 6  I was put'n together their news letter and I had photographs of

 7  like, the Capitol Hill, with some Congressmen standing in front

 8  of it.

 9          YK:  Great.

10          IR:  Yeah, they thought they had found terrorist

11  targets.  They were just full of garbage, I...

12          YK:  Jackpot.

13          IR:  Yeah, so FBI interrogated me as well.

14          YK:  (SNIFFS)

15          IR:  Ah, the ask me, here's the, here's, I believe, I

16  believe here's where it all kind of, you, you came into the

17  picture because remember you sold me the gun and your name was on

18  the receipt.

19          YK:  Right.

20          IR:  Right?  So they wanna know who's Yong Kwon, ah,

21  he's just someone I know from the majid, you know.  Where is he

22  now?  I don't know.  I really didn't know.

23          YK:  No.

24          IR:  Yeah um saying all kinds of stuff.  And so I ah,

25  they let me out on bond.  Ok, they, they questioned me for about
```

1  like five hours but it was essentially um, regarding like you know
2  what I do at CAIR.  How did I become Muslim, you know what um
3  saying, this kind of stuff.

4           YK:  Ok.

5           IR:  They didn't, ah, do I know anyone that's ever been
6  to Afghanistan. They didn't ask me ah, anything more about you
7  other than the fact that I, I mean that you sold me the gun and
8  that was obvious cause your name was on the, you know on the
9  thing.

10          YK:  Right.

11          IR:  Now, um after that I started noticing FBI cars, ah,
12 and they give me court date for the, you know driving without a
13 sticker and what not.  I start noticing FBI ah, cars parked
14 outside my house basically like twenty four hours a day.  They
15 were Crown Vic's unmarked but the had like ah Justice Department
16 ah, parking stickers...

17          YK:  It's...

18          IR:  ..on them and stuff like this, you know.  And I
19 started noticing people going door to door in the neighborhood
20 and I figured that was the FBI.

21          YK:  Uh huh.

22          IR:  And at the time by the way, right after, right
23 after September 11th, the FBI was all over...

24          YK:  I'm sure.

25          IR:  ...all over Northen Virginia.  I mean I was running

**J.A. 924**

780

1  into them at ah, Kinkos and they were everywhere just asking
2  about, Muslims, asking about everything.  So anyway, so I started
3  getting kind of freaked out and I was trying, I'd made plans to
4  leave anyway you know what um saying.

5          YK:  Right.

6          IR:  So, I had plane tickets and everything.  So I...

7          YK:  Well you know, I, I, yeah go head.

8          IR: Yeah, so I ah, so I had ah, the passport, I had my
9  passport and the passport for my oldest daughter.  So I got on the
10 first plane out and I left and I left my wife and ah, two other
11 kids um, but my father coincidentally had come up to visit me and
12 he had agreed to ah, bring her to Bosnia, my wife and my othe two
13 children with him and he would escort them to Bosnia which was
14 great.  So I left, but um the FBI, like the day that they were
15 leaving, they like, descended on my house you know what um saying?

16         YK:  Yeah.

17         IR:  Man, they were all over the place, but I was in
18 Bosnia at the time and they successfully ah, my wife basically
19 told them go to hell.  They were looking for like you know,
20 address books and stuff like this and that, you know that I'd had.

21         YK:  Uh huh.

22         IR:  My wife told them he doesn't have it whatever go to
23 hell.  They didn't have a search warrant or anything they just, so
24 they left also.  They joined me in Bosnia.  I was in Bosnia for
25 like seven months.

1    YK:  Yeah, actually I got your e-mail.  I got like two
2  e-mails from you with pictures or something like that.

3    IR:  OK Yeah, cool.  So that there...

4    YK:  Yeah, but I never replied because you know I, ha..

5    IR:  No, no, no problem so, I was there and I was
6  constantly trying to send you salam, via the other people.  I
7  don't know if you've ever heard.

8    YK:  No.  Actually I stopped checking that account long
9  time ago. I was trying basically..

10    IR:  Ok.  Yeah.

11    YK:  ....trying to let you know, not, not...

12    IR:  Good idea, good idea.  So here's the deal.  So, um,
13  so I say ah, so I was in Bosnia and then I was suppose to try to
14  ah, suppose to get a job in Saudi Arabia.  I never managed to.  I
15  was, I was never able to get to where I was trying to get to
16  because the people wouldn't give me a visa, you know what I'm
17  saying?

18    YK:  Ok.

19    IR:  Ah so, I mean I tried like everything, everything
20  to get there, I couldn't and it was the most frustrating period in
21  my life.  After about four months in Bosnia I came to realize that
22  ah, I wasn't gonna get a visa and then the group was, you know
23  what I'm saying, outlawed and what not.

24    YK:  Uh huh.

25    IR:  So, so at that point I was just like....

**J.A. 926**

782

1          YK:    (SNIFFS)

2          IR:    ...well you know let me try to get a um, job in

3    Saudi.  So I was trying get a job in Saudi and that just wasn't

4    panning out.  Then I ran out of money - totally broke, and I was

5    like you know.

6          YK:    Uh huh.

7          IR:    All, I had money enough left to do was to come back

8    to the United States.

9          YK:    Uh huh.

10          IR:    Ah, it was either that or sit in Bosnia and just

11    you know basically, situation in Bosnia is extremely bad they're

12    arresting, Arabs arresting Arabs.

13          YK:    I see.

14          IR:    So I was just like you know forget it, and I left,

15    and came back.  So, after I came back, the FBI...

16          YK:    Ok, when'd you come back?

17          IR:    Why did I come back?

18          YK:    Yeah, I mean when'd you come back?

19          IR:    I was stupid.  Oh, April.  Ah, last April.

20          YK:    Oh.

21          IR:    So exactly one year ago actually.

22          YK:    Ok.

23          IR:    Exactly one year ago.  So I was extremely stupid

24    and ah, I made that decision but I, I made it.  Um, I thought

25    things had chilled out here and what not.  Now, after I came back

1  um, see there was kind of a mess because it happened that, see
2  there use to be these Arabs that stayed at my um, father's house.
3          YK:  Ok.

4          IR:  It happened, it happened that one of these ah, they
5  were just like students and they had to um, they were staying at
6  my father's house because it kind of became a tradition in the
7  community that if you wanted, ah, if you're if you were were a
8  foreign Muslin student and wanted to stay with an American family
9  to learn English you know well there's the Royer's, fam- , house,
10  you know what um saying?

11          YK:  (LAUGHS)

12          IR:  (LAUGHS) Yeah, yeah, so I had maybe, I had maybe a
13  good ten, fifteen Arabs staying at my place at any you know, not
14  at one time but I mean through out the course of a couple of
15  years.  So one of the people who did happen to be someone who
16  bought a satellite phone for Bin Laden and sent it to
17  Afghanistan...

18          YK:  Are you serious?

19          IR:  Yeah, yeah and the was ah, paying for the minutes
20  for him while he was in Afghanistan.  And then he used that to
21  blow up these embassies in Africa and stuff, so it was a total
22  mess, this guy, who subsequently died by the way.  He was killed
23  in ah, Mecca in some kind of, in Hajj, like in a car accident or
24  something.

25          YK:  Uh huh.

1         IR:  But then they think he faked it, anyway, it doesn't
2    matter I, I didn't even know the guy whatsoever.

3         YK:  Right.

4         IR:  So, it had nothing to do with me at all, so the FBI
5    was very interested in ah, my father and then subsequently me.  So
6    they would, they had taken his computer and all this stuff and
7    then they found out it was me and I all I had been arrested with
8    the gun, you know what um saying they started put'n together all
9    these things that really had no connection.

10        YK:  Ok.

11        IR:  And then ah, so, FBI came and talked to me.  I was
12   so stupid to have talked to them without a lawyer but the
13   conversation was mostly about ah, my ah, Bosnia, ah that I had
14   fought in Bosnia.  They knew I fought in Bosnia and they had all
15   kinds of people telling them I had fought in Bosnia.

16        YK:  Uh huh

17        IR:  And I knew it wasn't illegal so I said yeah, I
18   fought in Bosnia, whatever, you know.

19        YK:  Ok.

20        IR:  And it was so stupid of me to talk to them without
21   my lawyer but anyway then I wound up getting subpoenaed, but they
22   didn't ask me at any point ever about anything in Virginia.
23   Nothing, you now what um saying?  It was all about like guys...

24        YK:  Uh. Over seas ah...

25        IR:  ...like who I didn't know.  It was all about

785

1   Bosnia's, all about this different stuff like, like that kind of
2   thing. I wounded up getting a subpoena to testify in front of a
3   grand jury in St. Louis.  Um, ah, and I didn't know what it was
4   regarding and my lawyer told me look, there's all kinds of you
5   know things about a Grand Jury which I learned you know and
6   whatever but my lawyer said ah, ok you know do it and go and plead
7   the 5th unless the questions are like not related to you directly
8   you're not and if you, you know.  And if you can build up the case
9   of the person that they're, I mean while telling the truth
10  obviously, the person that's asking about whatever.  So I went
11  there and my whole strategy was based on what kind of questions
12  they were gonna ask me.  Now I go in there and it was all about
13  these African Americans brothers and in St. Louis who had started
14  a Majid in `94? And I hadn't seen any of them since for like seven
15  years.

16          YK:   Uh huh.

17          IR:   So I was just, yeah, I don't know anything bad
18  about them at all whatsoever, they're just..

19          YK:   (CLEARS THROAT).

20          IR:   You know, making a dawa in their neighborhood, they
21  Were just cleaning, trying to prevent crime and stuff and everyone
22  loved them in the neighborhood.  So, that's what all that was
23  about and they, and he also had like fifteen different articles,
24  the prosecutor had like fifteen articles that I'd written over the
25  years and they start going through each one of them, you know.

1   What did you mean when you said this, what did you mean?  So you
2   know what um saying?

3              YK:   Right.

4              IR:   But nothing about what happened, anything that
5   happened ever here.

6              YK:   Ok.

7              IR:   So, I was like, you know whatever and so I came
8   back, then they started coming to me again.  And I, by that
9   time had, I was, I was smartened up and I'd, anytime they called
10  me I'd say go call my lawyer, go call my, go call my lawyer.  And
11  they never would you know, they would just, you know and they
12  figured I wouldn't talk to them.  Then, then brothers started
13  getting ah, ah, raided by the FBI.

14             YK:   Uhhhh.

15             IR:   Nabil, Ah, um, let's see like, who else, maybe like
16  Four or five other brothers you know got raided by the FBI..
17  Hamdii ah, Ibrahim Hamdi who is in jail by the way.

18             YK:   Oh man.

19             IR:   Um, got raided I don't know if you heard.  Are you
20  still with me there?

21             YK:   Yeah, ah, yeah.

22             IR:   Ok.

23             YK:   What's um...

24             IR:   Um, so, Ibrahim Hamdi got raided by the FBI and see
25  That what they're doing is they're looking for any little tiny,

**J.A. 931**

```
 1  tiny infraction that they can jail people on.  Ibrahim Hamdi's ah,
 2  ah,...
 3           YK:  What was it?  Why is he in jail?
 4           IR:  ...visa ran out or something like that.
 5           YK:  Huh?
 6           IR:  And he had a rifle.  Ok now, obviously your having
 7  a rifle is not illegal but apparently (LAUGHS) being an illegal
 8  immigrant with a rifle is illegal. (LAUGHS)
 9           YK:  Shhhh!
10           IR:  So they, they jailed him on the rifle thing and the
11  Illegal immigration thing
12           YK:  Oh.
13           IR:  He's now in INS custody but he's in Federal Prison
14  but it's under the INS sort of thing, not anything else.
15           YK:  I see.
16           IR:  And they're going around, the questions they're
17  asking people or like Nabil apparently completely cracked you
18  know apparent.... This is the story from ah, you know from
19  people...
20           YK:  Ok.
21           IR:  ...from from his own lawyer actually who was my
22  Lawyer....
23           YK:  Yes.
24           IR:  ...but he's not any more.
25           YK:  Ok.
```

J.A. 932

1          IR:  He completely cracked, he's spilling very thing, he
2  Singing. None of us did any thing illegal by the way that I know
3  of. You know what I am saying but...

4          YK:  Yeah.

5          IR:  Still there's enough ah, kind of quote un quote
6  scary looking things that the FBI is trying to use them all
7  against us.

8          YK:  What did Nabil tell them?

9          IR:  Huh.

10         YK:  What did Nabil tell them?

11         IR:  Ah, Nabil told them about the um,...

12         YK:  Did it, anything about me?

13         IR:  Ah, I don't know specifically that but I know that
14  he did tell them about Ali Timimi ah, you now had a meeting and
15  told every one this and that.

16         YK:  Where?  At that night, you, he, he talked about the
17  meeting you know at my house?  That what he talked about?

18         IR:  Yeah, but he wasn't even actually there for more
19  than a minute he got booted out because he brought that you know,
20  guy along.  So yeah, he was there.

21         YK:  So, so, so he told them that.

22         IR:  Yeah he did, he told them the whole thing about
23  that.

24         YK:  Ok. (SIGHS)

25         IR:  Then they went to ah, ok, who else did they?  They

**J.A. 933**

1  went to Hamdi, they arrested Hamdi because of ah, the rifle.

2  Hamdi's lawyer tells me ah, that, that he also told them

3  everything. Ah, essentially that I sent ah, ah, I gave him ah,

4  ah, I hooked him up with the people in Kashmir.

5           YK:  Ok.

6           IR:  ...you know what I'm saying....

7           YK:  Yeah.

8           IR:  ..this and that.  Probably about you as well but I

9  don't know, you know what um saying?

10          YK:  Okay.

11          IR:  Um, you know, now ah, they seem to be fixated by

12 the way on you as like some kind of major figure.  I'm not exactly

13 sure why

14          YK:  Ok.

15          IR:  But, yeah, but they are like (LAUGHS) running

16 around, Where's Yong Kwon, Where's Yong Kwon.

17          YK:  (LAUGHING)

18          IR:  (LAUGHING) But that, now, ok, I knew that I was

19 gonna, I knew that I was next.  I knew that I was gonna get raided

20 next.

21          YK:  Right.

22          IR:  So, I told the ah, ah, the FBI called me up, oh

23 yeah we just wanna talk to ya.  I said ok, call my lawyer.  You

24 know his number, Ashraf Nubani.

25          YK:  (LAUGHS)

1        IR:  Ah, 202, whatever it is.

2        YK:  They didn't raid you or anything like that?

3        IR:  Ok, listen, I knew they were gonna raid me next so
4   I told them, I said oh, by the way um, you know and I said call my
5   lawyer.  They are like ok, great, by the way we have a subpoena
6   for you, you know.  Ah, you have to testify in front of a Grand
7   Jury here in Virginia.  I said, I well yeah, tell my lawyer about
8   this.  And I said oh, by the way, when you guys come you know
9   (LAUGHS) when you guys raid my house, don't come in, don't feel
10  that you have to come in with guns, because what they've been
11  doing is going around with like MP5's pointing everywhere.

12       YK:  Are you serious? That's how they are doing it?

13       IR:  Yeah.. Oh yeah, ooow yeah, yeah So, I said, so
14  don't, don't feel that you need to do that, just you know, knock
15  on the door, I'll let you in, I've nothing to hide. I have
16  children here you know what um saying?

17       YK:  Right, right.

18       IR:  Just come in.  No problem.  He was like, yeah, yeah
19  yeah, you know whatever.  And ok, so I, (LAUGHS), last week
20  (LAUGHING) last week I at ah, I was driving my, ah, picking my
21  daughter up from her pre-school and dropping off at my house.
22  Around 2:00 o'clock, I got, I stepped out of my, my car...

23       YK:  Right.

24       IR:  And I went around to the other side to let my
25  daughter out and suddenly, zoom, they all swarmed me, arrested

**J.A. 935**

791

1  me.   Arrested me for driving, while, with a suspended license.
2  (LAUGHS)

3            YK:   (LAUGHS) So they're finding any excuse to ah,...

4            IR:   Yes. An-y Any excuse! Ok.

5            YK:   Ok.

6            IR:   And it was actually suspended but it was um, it was
7  like it, ah, technical error by the DMV, as a computer error and I
8  got it resolved instantly.  So they took me in and their detective
9  there talking bout, well you know we ah, we searched you house, we
10 got a search warrant because we went, we were looking for evidence
11 that you knew that your license was suspended.  And ah, it is like
12 whatever, bla, bla, bla, bla.  Ok, and they didn't say anything
13 about the FBI or anything because I, I, didn't wanna like open the
14 whole story but I knew this was somehow related.

15           YK:   Right.

16           IR:   And then the Magistrate let me out on unsecured
17 bond and everything was fine.  And he say's oh, the detectives
18 say's oh, by the way the FBI is now at your house searching your
19 house.  I said yeah.  Yeah, I knew, I knew that.

20           YK:   Uh huh.

21           IR:   So I man, knew that was probably the case.

22           YK:   (Sigh)

23           IR:   So, anyway I get home and as I get home, the last
24 guy was leaving just as I came in.  My, I go in and my wife tells
25 me, yeah they came in with MP5 machine guns pointing every....

**J.A. 936**

792

```
 1            YK:  Sheeee....

 2            IR:  ... yeah, she didn't tell me MP5's but she was
 3   telling me they had these rifles pointing everywhere.

 4            YK:  Yeah.

 5            IR:  They were pointing at the baby, they were pointing
 6   um at the kid, you know what um saying?

 7            YK:  Uh huh.

 8            IR:  They were running around, tore the house apart and
 9   they had a search warrant.  Now the search warrant says, this is
10   very funny.

11            YK:  Yeah?

12            IR:  Search warrant say's, they are authorized or you
13   are hereby commanded to seize ah, any and all, ah, you know then
14   it's listed like abcdefg...all the way through.

15            YK:  Right.

16            IR:  And there are things like you know, evidence of ah,
17   nuclear and biological...

18            YK:  (LAUGHING)

19            IR:  ...warfare something like...yeah it says like ah,
20   evidence of support for Usama Bin Laden and Al Qaeda.  And then it
21   says ah, it says, then, just a whole list of these things, books
22   tapes, passports etc., and then the last thing it says is,
23   evidence of furtherance, furtherance of a conspiracy between
24   Royer, Timimi, ah, Yong Kwon um, ah Gharbieh, Hamdi, and any of
25   and, and, and other co-conspirators.
```

**J.A. 937**

793

1          YK:   OK

2          IR:   So, we, they, they figure....

3          YK:   Huhhhhhhhhh!   (BLOWS OUT SIGHS)

4          IR:   ...that we're all part of some humongous
5   conspiracy.

6          YK:   Right.

7          IR:   So what's happening now is basically I have, I was
8   suppose to testify in front of the Grand Jury on ah, on um,
9   Wednesday, last Wednesday.  Now my strategy was as per my lawyer
10  was that I had written out a statement saying ah, I'm, I'm, ah
11  pleading the, um exercising my ah, constitutional right ah, to
12  plead the 5th Amendment not to say anything to you ah, because
13  this is a ah, I said something like, you know if I thought that by
14  testifying I'd be making America a safer place I would, but this
15  is a fishing expedition bla, bla, bla. You know what um saying?

16         YK:   Uh huh.

17         IR:   As an anti Muslim campaign, and this is what I was
18  gonna read.  Ah, now the whole point of this is because when you
19  test, when you plead the 5th, then what they do is they give you
20  immunity ah, based on, see that your 5th Amendment right is only
21  to protect you from saying anything that ah, ah, that incriminates
22  yourself.

23         YK:   Right.

24         IR:   But if you plead the 5th and then the judge gives
25  you immunity it applies first of all it applies only to what you

794

1 say about yourself.  So in other words if I say, yeah, yeah, I
2 sent them all over, I hooked them up to all go to Kashmir.

3     YK:  Yeah.

4     IR:  And then they go, let's say hypothetically that's
5 what it was, that's what I'd, I'd say.

6     YK:  Ok.

7     IR:  Then they, they they would go and they would say
8 ah, they would say, yeah, yeah and I helped to, you know I told
9 the brother you know so and so ah, Abdula ah, whatever, that I did
10 that.  Ok and then they go and ask Abdula did Ismail say that?  He
11 says yeah he did and then they go lock me up.  You know what um
12 saying?

13     YK:  Yeah.

14     IR:  So it only applies to what I say to, about my self.
15 Ok, so what they do is they give you immunity and then if you
16 continue to refuse to talk because now you, you now you don't have
17 any right to plead the 5th because you're not incriminating
18 yourself.  You know what I'm saying?

19     YK:  OK.

20     IR:  Ah, now at that point they ah, probably will um,
21 get the ah, probably get ah, have a judge put you in jail for
22 contempt.  So ah, contempt of court which means, disobeying a
23 judge.

24     YK:  Right.

25     IR:  And you get up to eighteen months in prison for

**J.A. 939**

1  contempt and the brother ah, my lawyer told me first of all ah,
2  it's in your best interest to do this even if you have to go to
3  jail for eighteen months because what they're trying to do is put
4  together some kind of you know, bull shit, excus-, excuse my
5  words,...
6          YK:  Ok.
7          IR:  ...and try to put you, you know and you wind up, if
8  you give them ammunition to use against you you wind up in jail
9  for many, many, many years.  Longer then that.
10         YK:  Right.
11         IR:  You know what um saying, assuming if a jury
12 convicts you of blah blah blah.  Now, and, and of courses not to
13 mention the fact that Islamically um, I have you know, no right to
14 say anything about any of this.
15         YK:  Uh.
16         IR:  Which is so (UI)...which is a fact that is
17 incredibly amazing and I looked at the brother and even Hammad, by
18 the way, Hammad got the, has a subpoena to testify.
19         YK:  That's something.
20         IR:  So does Kalifa.  Kalifa told them everything
21 already.
22         YK:  Uh uh.
23         IR:  I don't even know why they're trying to get him to
24 testify.
25         YK:  Ok. Well they...

**J.A. 940**

796

1          IR:  So...

2          YK:  Ok.

3          IR:  I told the brother Hammad.  And Hammad is the only
4  one with half a brain left.  I said look Hammad ah, the thing is
5  that if I was taking, rewind two years ago and gather all you
6  brothers up and say, you know what?  Ah, two years from now every
7  single one of, the FBI is gonna be bearing down on us and every
8  single one of you is gonna be saying, spilling your guts to the
9  FBI except for one of us which is me.  You guys would say oh,
10 (UNINTELLIGIBLE).  I wouldn't do that, but in fact that's what's
11 happening.

12         YK:  Yeah.

13         IR:  And one's who the most did it was Nabil, was ah
14 Hamdi, and was ah Kalifa by the way.  But anyway.

15         YK:  Uh huh.

16         IR:  So that's where, that's what the situations at
17 right now.

18         YK:  So what....

19         IR:  Now um suppose to testify on Wednesday.  I'm gonna
20 go Wednesday, oh and the prosecutor, the prosecutor by the way is
21 the same clown who ah, who had did the ah, IIIT and all these, I
22 don't know if you were out of town. I was out of the country to
23 for this but...

24         YK:  Yeah.

25         IR:  ...but a whole bunch of organizations here in

**J.A. 941**

1  Northern Virginia got raided.  He's the same one.  He's the um,
2  he's this ah, Jewish guy.  He like total, total Zionist.  And he's
3  like, you know he's like a, he loves, he loves Steven Emerson and
4  all this stuff.

5           YK:  Uh huh.

6           IR:  I mean like he's got his books and, and what not.
7  And he even told the lawyer for Triple IT that ah, that he didn't
8  even need to write the indictment he just ah, went to Chapter six
9  in Steve Emerson's book and use that. (LAUGHS)

10          YK:  Oh yeah.

11          IR:  Yeah, so it's a real kind of a, it's a real
12  campaign you know I mean.  Obviously, here's the thing.  I don't
13  know what anyone did after, after they went out of the country but
14  I know that it was never my intentions to, to send anyone to go
15  fight America per se, you what um saying?

16          YK:  Right.

17          IR:  And, and to go fight America at all.

18          YK:  Uh uh.

19          IR:  All I was doing was helping ah, get out of the
20  country and in a time when Muslims were not, you know what um
21  saying?

22          YK:  Right.

23          IR:  Muslims were being you know having hate crimes
24  against them.  And you know, and, and another thing or none, none
25  of the people and none of the places that any of the brothers went

798

1  to were any groups that were illegal at the time.  You know what
2  I'm saying...
3           YK:  So, so what's, so all these brothers, what happened
4  to them I mean?  The ones who cracked and talked, I mean we, we'll
5  get into trouble.  I mean obviously....
6           IR:  Yeah.
7           YK:  ...we're going to get into trouble for all this
8  things we did, right?
9           IR:  Well, but, but, but the.....
10          YK:  Or is there anything that you know?
11          IR:  No!  Here's the thing brother.  Here's the crazy
12  thing.  Nothing we did was illegal!  Ok?
13          YK:  Ok.
14          IR:  Nothing we did was illegal!  And um, you know I
15  mean just to, to speak openly, I mean like for example
16  LASHKAR-E-TAYYABA was not ah, placed on any terrorist list until
17  like you know what um saying?
18          YK:  Yeah, I, I know when, I know when.  I was over
19  there where it happened.
20          IR:  Right!  Ok, ok, so, so all, so nothing that we did
21  was illegal.
22          YK:  Ok.
23          IR:  So, so the fact of the matter is, in fact this is
24  what the, the um, this is the funny thing.  Listen to this, you
25  know ah, you don't remember your, Ibrahim had fought in Kashmir

**J.A. 943**

1   and got wounded and stuff you know?

2           YK:   Right.

3           IR:   I mean, um, the prosecutor told his lawyer that we
4   don't, we don't have any, he said we're trying to think of what
5   we're gonna charge him with.  And then he was like, ah...You can't
6   charge him with terrorism because the group is not on the
7   terrorist list.  So he was like well, we're thinking about ah, ah
8   charging him with ah, um, ah, with ah, ah, participating in a
9   conflict in which America was not ah, is not a participant.  Or
10  some thing like this.  You know it shows like a maximum of seventy
11  days in jail.  I mean some kind of garbage like that.

12          YK:   Ok.

13          IR:   And he told my lawyer, he was like, we don't have
14  any evidence that a crime has been committed.  We're just a
15  sniffing around because it looks suspicious, you know.  A paint
16  ball and you know people going over seas and what not.

17          YK:   Yeah.

18          IR:   But the question, see he told, he told my lawyer
19  just about the paint ball but the questions that they're asking
20  people like, where, whether who, um not gonna mention, told me
21  that they said um, who's the Kashmir connection? Was it Royer?, we
22  know it's Royer.  Just tell me it was Royer.  You know what I'm
23  saying and this kind of stuff.

24          YK:   Well it's not a big ah, secret ah, I don't think.
25          IR:   It's not a big secret and even if it was ah, it's,

800

1  I mean the fact is that it wasn't illegal.

2        YK:  Ok.

3        IR:  And I no longer have ah, ah, you know am ah, am ah,
4  helping that group or anything because it's now illegal to do so.
5  So you know.

6        YK:  Ok.

7        IR:  Anyway.

8        YK:  (TAKES A BIG SIGH) Okay, so, what about the ones
9  who, who went, I mean....

10        IR:  Ah...

11        YK:  ..because I lost contact since they you know, you
12  know, you know.  I guess you know better then me what they do now.

13        IR:  I do, I do.  But I....

14        YK:  I split up with them, right?

15        IR:  Yeah, yeah, yeah, yeah.

16        YK:  I went my own way.  I don't know what happened to
17  them.  What, did they, did they say anything or did, would they
18  anybody?

19        IR:  No, no.  A coup...a couple brothers are in Saudi,
20  oh yeah yeah and Mahmoud.  Mahmoud is in Saudi Arabia but he got
21  ah, he talked to them too.  You know they...

22        YK:  Ok.

23        IR:  ..they, when he came back from ah, from ah over
24  seas they ah, grabbed him at the airport or something and he
25  told them bla, bla, bla..

**J.A. 945**

1        YK:   What, ah, do you know what he said?

2        IR:   Ah, he said he was on the plane with you ah, he
3   said that ah,...

4        YK:   (BREATHS HEAVY SIGH)

5        IR:   ..ah, basically I think he just told them what he
6   was doing there um, but when I was interrogating him bout what he
7   told them (LAUGHS) he was like ah, he was real evasive real
8   evasive you know and...

9        YK:   Uh, so he, so it could be that he said something
10  about me.  Right?

11       IR:   Um'a, huh?  Oh I know, I know he said something
12  about you.

13       YK:   Ok.

14       IR:   I know, I know for a fact he to you, he told them
15  you guys were on the same plane.  I don't know what he told them
16  about you but I know that, I know that he told them you know.  I
17  mean he was being very evasive to me, I mean he was like I don't
18  have to tell ya, I shouldn't tell ya, you know.

19       YK:   Yeahhhh...,

20       IR:   What, what the hell you talking about you shouldn't
21  tell me, you know what um saying?

22       YK:   Yeah.

23       IR:   You know but he, he ah, I know him, I know for a
24  fact he mentioned your name and, and what exactly he said about
25  you I don't know.

802

1          YK:  Ok. I was try'n to avoid that.

2          IR:  He was desperately trying to avoid that.

3          YK:  (DEEP SIGHT) OK.  What about the other, other guy?

4          IR:  Ah....

5          YK:  He went back first actually as you probably know
6    best.

7          IR:  Yeah ah, talking bout Seif.

8          YK:  Ah,.

9          IR:  Ok, alright.

10         YK:  Actually the guy who, who went with us.

11         IR:  Ah, I don't even know.

12         YK:  Uh huh.

13         IR:  I, I think he's cool.  I think he's cool.  I don't
14   think anyone said I...

15         YK:  That's cool.

16         IR:  I don't think he was even being approached.

17         YK:  I see.

18         IR:  As a matter of fact there's a whole, whole bunch'a
19   brothers who have never even ah...

20         YK:  So, so what happened to Seif?  Did he, did he...

21         IR:  He's over seas teaching I think.  He just, he just
22   ah, someone did tell me as a matter though, someone who knows um,
23   that he got harass...like the CIA actually, like went and went to
24   him and stuff like this.

25         YK:  Uh huh.  So basically all these brothers you told,

**J.A. 947**

803

1  who told, you told me that cracked and told everything.  They,
2  they told...
3              IR:   Every single one of them.
4              YK:   ...everything about what happened that night at my
5  house?
6              IR:   Well, Hammad is trying to be Mr. Smart Guy and like
7  not say anything to them.
8              YK:   Ok.  What, what about....
9              IR:   I mean, trying be tough with them.  But Hammad is
10  the only one who has not said anything.
11              YK:   Cracked.  Ok.
12              IR:   Yeah.
13              YK:   So but everybody else pretty much cracked?
14              IR:   Far as I know, yeah.  Every single one of them,
15  Kalifa.
16              YK:   Uh....
17              IR:   Um...
18              YK:   And even I think Mahmoud, right?
19              IR:   Mahmoud probably.  Yeah, I think.
20              YK:   Yes, I think so because you know, I'll tell you why
21  a little bit later.  So talked to you...
22              IR:   He look like, he look like a scared rabbit in
23  headlights when I, when I tried to get him to...
24              YK:   So you tell me Nabil,...
25              IR:   Nabil, oh yeah.  Nabil was the first.

**J.A. 948**

804

1          YK:  ...Hammad, Kalifa, Mahmoud, these guys are talking?
2          IR:  Yes!  Not so much Hammad, I mean Hammad is like,
3   yeah I was there but you know.
4          YK:  Ok, ok, I understand.  Hammad is not but basically
5   Kalifa, Nabil and Mahmoud.
6          IR:  Yeah.  The three weakest.
7          YK:  (LETS OUT A HEAVY SIGH).
8          IR:  Yeah, yeah, exactly right.
9          YK:  I mean did they, I mean did they ask you anything
10  about who went?  And, I mean, do they know?
11         IR:  No, no, no.  They, they never asked me anything
12  about anything that ever happened in Virginia.
13         YK:  Ok.
14         IR:  They only asked, the only things that they ever as
15  me directly about was like some people in St. Louis that I
16  haven't seen for seven years.  They asked me about Bosnia.  They
17  never, I, they never asked me anything but this is all the stuff
18  that, that they want ask me...
19         YK:  Ok.
20         IR:  ...in front of the Grand Jury ah, that I'm not
21  gonna answer.
22         YK:  What about, what about Sheikh?
23         IR:  Oh, he's got the toughest lawyer in DC so I mean.
24  Yeah, he, he got raided also by the way but he as far as I know
25  hasn't said anything to them.

1          YK:  Ok.

2          IR:  And other people have been trying to get his lawyer
3  to but he won't cause of the conflict of interest or whatever.

4          YK:  Ok.

5          IR:  I talked to him the other day.  Yeah, he's ah being
6  a man you know, essentially about it.

7          YK:  Ok.

8          IR:  Um, but he didn't, he was ah, kind of angry that I
9  called him.  (LAUGHS)

10          YK:  (LAUGHS) Uh huh.

11          IR:  I mean that's another thing brother that's kind of
12  resulted from all this, is that like everyone's like the whole
13  brotherhood thing...

14          YK:  Yeah.

15          IR:  ..oh god, it's totally disintegrated.  There's
16  nothing, nothing.  I mean I tried to invite Hammad over to my
17  place, he's like well I don't know, the FBI says that ah, they'll
18  charge me with Obstruction of Justice if I'm talking, talking to
19  you.  Its just bologna, you know what I'm saying?

20          YK:  Sighs.

21          IR:  It's really depressing actually..

22          YK:  Ok. Is there anything else I need to know...

23          IR:  Yeah, even...

24          YK:  ...because you know I huh.... Is there anything
25  else I need to know man, because you know um, um...

**J.A. 950**

1              IR:  Ah, essentially what I would do, I would do two

2    things.  Um, one I would somehow or another try to ah, if it's

3    feasible I would try to get hold of a lawyer here in DC.

4              YK:  Ok.

5              IR:  Ah, maybe through or in Virginia but actually in

6    Virginia probably through the internet or something like that and

7    you know what I'm saying?  But then again that whole thing that

8    involves things like ah, or maybe I would, what I would do is I

9    would have your brother or have some family member here.  Ah, pay

10   them a retainer, and just to, just to be on call.  Cause you

11   definitely don't wanna be, get jacked up some how or another and

12   then have nothing.  You know what I'm saying?

13             YK:  Ok.

14             IR:  You wanna take care of that situation right now.

15   The other thing is, I would stay low, I would stay out of view, I

16   would come nowhere near the United States.

17             YK:  Um, well, what, you know I'm at my native...

18             IR:  Yeah, yeah.

19             YK:  ...home town with um my family.

20             IR:  Yeah, good.

21             YK:  And ah...

22             IR:  Stay there. (LAUGHS)

23             YK:  Yeah, but ah, unfortunately ah, um, seems like um

24   not out of their reach either. They actually came to my house.

25             IR:  Oh, my god!

1          YK:   And um, fortunately...

2          IR:   The, the Americans or the South Koreans.

3          YK:   Both. (SIGHS)

4          IR:   Oh sorry, oh god.

5          YK:   They're the same.

6          IR:   Yeah, yeah. (LAUGHS)

7          YK:   The, and they, well I wasn't there fortunately but
8 they're coming back.

9          IR:   Yeah, yeah.

10          YK:   And it doesn't look good. I don't know what you
11 guys have said, um...

12          IR:   Yeah, yeah, yeah, yeah.

13          YK:   But they ask certain questions to my parents.

14          IR:   Uh huh.

15          YK:   They seemed very, I mean they seem to know whole
16 lot of what's going on.

17          IR:   Oh yeah. Oh yeah.

18          YK:   And um, I have a feeling that I'm gonna get screwed
19 here if ah,...

20          IR:   Yeah, probably.

21          YK:   ...if I don't get my story straight with you, with
22 what, what's been going on over there, so I mean if you can...

23          IR:   Ah, ok, what, what I've been, ok, good, good, good
24 question What I've been able to gain from what people have been
25 ah, saying, is essentially that um, the ah, Sheikh Ali got

1  everyone together told them you know ah, to go over seas because
2  this, what happened.  Ah, told them to go be with the Mujahadeen,
3  cause this is the best place to be.  Um, you know now whether, I,
4  I actually, this is, this isn't a hundred percent ...

5          YK:   (SIGHS).

6          IR:  ...in all honesty.

7          YK:  Ok.

8          IR:  I don't remember the Sheikh, I, I don't remember
9  the Sheikh ever saying go be with the um, the Taliban or with
10 Osama or something like this and fight Americans.

11         YK:  Right.

12         IR:  He, he never said that I mean it's, and, and nor
13 did he even imply it.  In fact what I heard him saying was ah, you
14 know what I'm saying, go be with the Mujahadeen anywhere in the
15 world or something like this....

16         YK:  Right, right.

17         IR:  ...cause this is a threat.

18         YK:  He did say that, go be with the Mujahadeen, it
19 doesn't matter where.

20         IR:  Absolutely.  Right.  So, and I, which I interpreted
21 it as meaning, was with the LASHKAR-E-TAYYABA, and this group at
22 the time.......

23         YK:  Kashmir (UNINTELLIGIBLE).

24         IR:  ....yeah, was not a terrorist organization, so...

25         YK:  Well this, that's how I took it too. I mean

**J.A. 953**

1  that,...

2          IR:  Absolutely!  Absolutely!

3          YK:  Yeah.

4          IR:  Right.  So, so my understanding is that these guys
5  really don't have ah, any kind, I mean no crime was ever committed
6  you know what I'm saying, so...

7          YK:  Ok.  What about, what about....Ok, because I know
8  for sure what they're gonna ask me.

9          IR:  Uh huh.

10         YK:  They're gonna ask me about you know, the Sheikh.

11         IR:  Yeah.  They are..

12         YK:  They're gonna ask me about you.

13         IR:  Yeah, they will.

14         YK:  They're gonna as me about, you know the guys who I
15 went camping you know up in the mountain with.

16         IR:  Yes, yes.

17         YK:  So, (SIGHS) I mean, I mean what'a...

18         IR:  Oh, oh, oh.

19         YK:  See....

20         IR:  They did ask me about camping by the way.  I told
21 them that, you know we went camping.  The, the reason I told them
22 about this cause they asked me about the gun.  And they said what
23 are you doing?  Why do you have a gun?  I said well, I go camping,
24 have you ever been?  Have you ever been, and I go hunting.  Have
25 you ever been hunting?  Yeah, I been hunting.  I went to, I went

**J.A. 954**

810

1  to hunting in you know what I'm saying and ah...

2          YK:  So...

3          IR:  ...(UNINTELLIGIBLE) the mountains and then...

4          YK:  No.  What I mean, whatever I was you know.

5          IR:  Yeah.

6          YK:  Camping over seas. (SOUNDS LIKE A LAUGH IN HIS

7  VOICE)

8          IR:  Oh, yeah, yeah, yeah.

9          YK:  Anyway, so, (LAUGHS) um...

10         IR:  Which was not illegal matter of fact if I might

11 say.

12         YK:  What about, what about you.  What should I say

13 about you man, I mean?

14         IR:  Well they know, see here's the thing.  They're

15 trying get confirmation that I'm the one that was sending people

16 over to Kashmir.

17         YK:  Uh huh.

18         IR:  This is what they're trying to get confirmation on.

19         YK:  I'm pretty sure they'll try that.

20         IR:  I'm pretty sure they ah, I mean, they already have

21 people saying this, you know what I'm saying?  They just wanna

22 get...

23         YK:  So, so what...

24         IR:  ...as many people as they possible to say it.

25         YK:  What do I need to say about, I mean what do I need

**J.A. 955**

811

1  to say.

2        IR:  Here's what you say.  Here's what you say.  I'm
3  pleading, um, I am asserting my constitutional right to, to plead
4  the 5th Amendment and not incriminate myself.  If you have
5  anything you want to ask me, go see my lawyer who is Mr. So and so
6  in, in, in Virginia, and his phone number is such and such.  You
7  now what I'm saying?

8        YK:  Ok.

9        IR:  That's what you say.  That's what you say.  Don't
10  say a Goddamn word to them!  And tell them to go screw yourselves!
11  Really!  Honestly!  Yeah, because, because you, you are under no
12  obli...this is what all these brothers are so stupid not to
13  realize.  They're under no obligation to talk to them.  You have
14  no obligation to talk to them.  Now the problem is, the whole deal
15  with the South Koreans.  You know what um saying?

16        YK:  Yeah.

17        IR:  These guy for all I know can put you in ah, you now
18  what um saying?  These guys will drills holes, drill holes in your
19  knee caps, you know what I....

20        YK:  They got ah, different kind of system here and
21  then, apparently the did come with some, some of the Korean
22  Security people.  UM...

23        IR:  Right, right.

24        YK:  It seems like they ah, I don't know, from what they
25  asked about ah, to my parents about...

**J.A. 956**

812

1           IR:   Yeah.

2           YK:   ...about me it seems like they know a lot.   For
3    some reason they think I was in Afghanistan fighting or something
4    like that but..

5           IR:   Yeah.

6           YK:   Um...

7           IR:   He...

8           YK:   Like they're coming, I mean just right now it's,
9    man it's....

10          IR:   Yeah.

11          YK:   Eight in the, almost eight in the morning they're
12   coming this morning so, I, I don't know what...

13          IR:   Brother if, if there's any, see here's, there's
14   your hope, you know what, ah, paradoxically like probably one of
15   your, part of your problem is that you're not in the United
16   States.   If you're not in the United States they can do whatever
17   they wanna do, you know what I'm saying?

18          YK:   That's the thing.

19          IR:   And these, these...

20          YK:   Um, I'm not in states but um, I'm American citizen,
21   right?   So I don't know what the heck is going on.

22          IR:   Yeah.

23          YK:   I don't know what they're gonna do.   I don't know
24   you know.  (LAUGHS) I know what they're gonna ask.

25          IR:   Yeah.

**J.A. 957**

813

1              YK:   Um, so...

2              IR:   I mean one thing I might do is um, gosh, I mean one
3  thing I...

4              YK:   I mean because at least I need to know what the
5  brothers said because...

6              IR:   Ah yeah.

7              YK:   Then...

8              IR:   What I just, what I told you is, is the extent of
9  what I know.  But I, I wouldn't talk to them.  Don't talk to they.
10  Just say, look call my lawyer.  I have a lawyer in the United
11  States, call him and if you wanna talk to me then you, you call
12  him and he'll, and you know what um saying?  Anything you wanna
13  ah, any dealings you wanna have with me, you deal with him.
14  That's...

15             YK:   Hey man, ok I'll try that but I don't know if I
16  have the choice now, I mean...

17             IR:   But what, no, no.  Ah, you do have a choice because
18  you don't have to talk to the FBI.  I mean, just tell them talk to
19  my lawyer.  And don't talk to them at all.  Even if they say you
20  have no choice.  Screw you!  What are you gonna make me, what you
21  gonna do?  You know what I'm saying?

22             YK:   Uh.

23             IR:   Are they gonna torture ya?  Yeah?

24             IR:   I don't know.  I don't know what's gonna happen but
25  they might.  I don't know, maybe they authorize...

**J.A. 958**

1              IR:   Um gonna fix, fix um.

2              YK:   ...some authorization or whatever so, I, huhhhh....

3              IR:   Listen brother, listen, listen.  If they start, if

4    they start beating you, if they start doing this kind of stuff,

5    then tell, tell them everything.  You know what I'm saying.  It's

6    not, it's not worth it, you know what I'm saying?

7              YK:   I'm just gonna, I'm just gonna if, if it comes down

8    to that?

9              IR:   Yeah.

10             YK:   If it comes down to that I'm just gonna tell what

11   the brother said, I mean we have to be in synch otherwise you know

12   I put myself in a deeper...

13             IR:   Well I'll tell you what they said and what they

14   said is essentially what happened.  What they said was, the Sheikh

15   told us go, go over seas.  He said, he said at the very least go

16   be with the Muslims.  Get a job in a Muslim country somewhere.

17   That, that's what he said.  And then, and then he said if it's the

18   best place for you to be is with some Mujahadeen, by which and he

19   did not say go to Afghanistan.

20             YK:   Right.

21             IR:   In fact, in fact...

22             YK:   In fact he says specifically Kashmir.

23             IR:   He did, he did say Kashmir.

24             YK:   Yes, that...

25             IR:   And, and the thing is that, and you say that ah,

**J.A. 959**

1  in, now I don't know if you're going...

2          YK:  That's where he told us to go.  That's where he

3  told us to go.

4          IR:  Right.

5          YK:  So, you tell me that this is not, this is not,

6  won't get, it's not a big trouble.

7          IR:  No!

8          YK:  Ok.

9          IR:  No, no.  No, no.  It won't, it won't.

10         YK:  Ok.

11         IR:  Now what they might ask is ah, see one thing that

12 they might be trying do is just to ascertain whether anyone was

13 with the group after they were labeled the terrorist group.

14         YK:  I see.

15         IR:  Now, yeah, in which case...

16         YK:  Well no, I left, I left them before that...

17         IR:  Ok, you're clear.

18         YK:  ...so I mean I don't have to worry about that.  And

19 as far as I know the guys who went with me,...

20         IR:  Yeah.

21         YK:  ...they all left you know.

22         IR:  Oh yeah, that's right.

23         YK:  All, we all left before that.  So we all left at

24 the    same time.

25         IR:  That's right, that's right.  So, so really they

1   don't have any kind of ah, anything to, any crime that was
2   committed.  That doesn't mean that they're not going to put a
3   bunch of crap together, you know what I'm saying?
4           YK:  Yeah.
5           IR:  In ah, in ah, indictment and you know say, yeah,
6   say Yong Kwon, and Ismail Royer, and Ali Timimi, and it's
7   something, and he went to Kashmir. You know what I'm saying.
8           YK:  I see.
9           IR:  And, and they're gonna put a whole bunch of crap
10  together to make it look scary and make it look really bad but the
11  fact to the matter is that, when it gets, if it gets, if they're
12  stupid enough to do that and if it goes to a, to a Grand Jury, I
13  mean if, I'm sorry, if it goes, if it goes to a jury, then it's
14  not gonna stick.
15          YK:  Ok.
16          IR:  I mean there's nothing illegal about having gone to
17  Kashmir.
18          YK:  Alright.  Ahhhhh..
19          YK:  Ok, cause I need to think, I need to think.
20          IR:  Ok.
21          YK:  I need to get this story straight.
22          IR:  Yeah.
23          YK:  Uh huh.
24          IR:  Well, I would, I would essentially just see what
25  happens.  But...

1        YK:  Ok.

2        IR:  Ah, if you got'a talk at all.  But brother, I'm
3   telling you man, I'm telling you this is a mistake that every
4   single person here has made and had and, and then had looked back
5   and said, oh, I shouldn't have done that., which is that they
6   talked to them.

7        YK:  Man, I, oh, ok.  Well...

8        IR:  I mean it's a mistake to talk to them at all.  It's
9   a mistake, I mean your situation is different cause you're there
10  and you're with these crazy...

11       YK:  Yeah, they...

12       IR:  ...South Koreans.  They might start doing stuff to
13  you.

14       YK:  They're different here.  I, I, they're different,
15  different here, I, like I said I'm gonna try, I'm gonna try my
16  best but if it comes out to it, I'm gonna have to stick with the
17  brothers.  You know at least tell them something.

18       IR:  Well um not, um not saying anything so.

19       YK:  Right.

20       IR:  I don't know why I wind up being the person not
21  saying anything.  Maybe um the only person who realizes one, that
22  it's not in my legal interest to say anything to them.

23       YK:  Right.

24       IR:  And two it's also not in my ah...

25       YK:  Well, we'll, we'll see, we'll see.  I haven't seen

818

1  these guys and I haven't seen the Korean guys but then, you

2  know, I'll find out (LAUGHS) how it goes soon.

3          IR:  Brother I think that eh, no one can blame you, if

4  you...

5          YK:  No, it's not, I'm not ah, I'm not really worried

6  about myself.  I'm really worried about other brothers and my

7  family.  That's what I'm worried about because they can really

8  screw my family here.

9          IR:  Yeah, yeah, very true.

10          YK:  The Koreans you know they can give my father hard

11  time and shut down his business ah, whatever.

12          IR:  Sure.  Yeah, yeah, yeah.  You know no one wants it

13  to happen so.

14          YK:  Um, so you they, and you know they might make that,

15  you know make that threat or whatever.  Um, ah, Koreans are

16  different you know.  They...

17          IR:  See what I'm afraid of is they're gonna threaten

18  you or they're gonna threaten someone to say, yes ah, we all went

19  to Afghanistan and Ismail was telling us go do this...

20          YK:  No, no.  That's not gonna happen because nobody

21  there told us to you know, said go to Afghanistan, I mean we...

22          IR:  (LAUGHS)

23          YK:  ...we went to Kashmir for, for that purpose, you

24  know that's, that's...

25          IR:  Right.

**J.A. 963**

819

1        YK:  That's the true story so that's what I'm gonna you

2  know if it comes down to thats what I'm going to tell them.

3        IR:  Well then just tell the truth because, because I'm

4  one hundred percent confident that none of us has done anything

5  illegal.  Ah, so it's just a big...

6        YK:  Ok. Hey man... Um sorry.  Go head, go head.

7        IR:  So if it turns out that you do make the decision to

8  talk to them or whatever, then just tell them what happened.  I

9  mean, what, what happened is not illegal and I'm confident.  I'm

10  confident but if they had ah, audio tapes of every single event

11  and conversation that transpired you know what um saying between

12  us, they'd still never be able to come up with anything um, that

13  was done illegal.  My only fear is just that they people, they

14  get, they start saying, oh don't you think that he really, you

15  know, was implying that you do this.  You know what I'm saying,

16  that kind of stuff.  You know and don't...

17        YK:  Uh huh, I see.  Ok.  Oh no, because, yeah, like you

18  said if you, you know, if nothing that we did is, will, hello...

19        IR:  Right, that's right.

20        YK:  ....if nothing that we did will get us in trouble

21  then, what's the worry, right?

22        IR:  Well, the worry is because all this still looks

23  kind of, it looks kind of suspicious and you, you know what I'm

24  saying and they can put together some kind, you know some kind of

25  ah, indictment based on, know what I'm saying?  I mean I'm not

820

1   saying; that, yeah, I mean I'm confident.

2          YK:  So, so...

3          IR:  Ah, ah, first of all um depending on

4   (unintelligible), and I'm also confident that if this goes before

5   a jury, you know what I'm saying and stuff like this, it's gonna

6   totally fall apart on them you know?

7          YK:  Yeah.

8          IR:  I'm confident in that.  But I'm just saying that

9   there's really no...

10         YK:  Reason to talk.  I understand.

11         IR:  ....benefit, there's no benefit.

12         YK:  Yeah.

13         IR:  I'm just saying there's no benefit in helping them.

14   I mean why help them put this stuff together?  Why not just tell

15   them you know, go to hell?  I didn't do anything illegal and if

16   you think I did something illegal then charge me with it.  If you

17   don't think I did anything illegal then get out of my life, you

18   know.  This is what I'm telling them.  And I don't know why

19   everyone else is just like, you know what I'm saying.  It's just

20   like totally bowing down.

21         YK:  Uh huh.

22         IR:  I mean we made the, regardless of...

23         YK:  I know that this is our decision.  This is the

24   choices that we made and we all have to you know, this is, I

25   have know, you know I have no regrets but...

**J.A. 965**

821

```
 1          IR:  Neither do I.  Neither do I.  Whatsoever.
 2          YK:  But ah, yeah, so, so you know.  So if anything
 3   happens...
 4          IR:  Anyway hamdula....
 5          YK:  ....then this is what we, I guess this is what we
 6   deserve.
 7          IR:  (LAUGHS)
 8          YK:  So...
 9          IR:  I agree, yeah, that, that's (UNINTELLIGIBLE,
10   MUFFLE).
11          YK:  ...um, um, then I guess we're not ah, we're not
12   good enough or whatever so.
13          IR:  No, I mean..
14          YK:  (TAKE DEEP BREATH AND EXHALES)
15          IR:  ..thing is that everyone, I mean, I only know
16   they're cracking down on Muslims, you know and what we did, was
17   what good Muslims would do.  You know what I'm saying?  And what
18   good would, and what good Muslims would do is scary to this
19   Government.  You know what I'm saying?  So, that's why they're
20   cracking down on us.  I have no ah, you know I'm not scared or
21   anything, I'm, I'm pretty much, matter of fact um, I'm resigned to
22   the fact I'm 98 percent sure I'm going to jail.  Whether, for
23   whatever it is.  Whether it's contempt for not talking to them or
24   if they you know come up with some kind of ridiculous indictment
25   and put me in jail, um, I'm convinced of it.  So I'm really
```

1  resigned to it, um not up set or anything like that.  May, maybe
2  it just sounds exciting or something like that, I apologize. That
3  part of, but you know, I mean, it, it is kind of a lot to deal
4  with you know.
5          YK:  Ok.
6          IR:  Especially because I have four kids you know, yeah.
7          YK:  You got four kids now?
8          IR:  Yeah. (LAUGHS)
9          YK:  So you had one after Aiesha?
10         IR:  Uh huh, I had one after Aiesah, I had ah, Hasan.
11         YK:  He's a boy.
12         IR:  A boy, uh huh, yeah, hamdula.  (LAUGHS)
13         YK:  (LAUGHS) Mubarak.
14         IR:  Thank you, thank you.  (LAUGHING)
15         YK:  (LAUGHING)
16         IR:  I, I was telling the brothers it'd be good if we
17  all wind up going to jail and be in the same jail together.
18  (LAUGHS)
19         YK:  So, so you're telling me you did talk to Ali...
20         IR:  Right.
21         YK:  ...and he got pissed, (LAUGHS) that you called him
22  right?
23         IR:  I mean he was mildly irritated that I, that I'd
24  called because of the fact that you know they're trying to,
25  they're trying to find anything you know what I'm saying, that

**J.A. 967**

1  they can use to....They say now they gonna say ah, you know, they
2  called and got ah, you know stories that's in synch and what not
3  and,...

4          YK:  Hey, are you...

5          IR:  .and everything...

6          YK:  ...are you in touch with Mahmoud?

7          IR:  No I'm not.  I haven't ah, I haven't seen him ah,
8  for a long time since he left for Saudi.  Um...

9          YK:  So you don't have contact number or anything like
10 that?

11         IR:  No.  I don't have anything.

12         YK:  Cause I wanna, I wanna know what he said, I mean.

13         IR:  Yeah, that's what I would like to know also but...

14         YK:  Is anyway you can find out?

15         IR:  Ah, Sheikh Ali is probably the, the last person who
16 would know cause I think he, I think Sheikh Ali hooked him up with
17 some kind of job or another.  Um...

18         YK:  I see.

19         IR:  ...what you can do is probably um, there is a site
20 called ah, I think he went over to work on this web site ah, Islam
21 Today or something like that.  Ah, it's kind'a like what they call
22 ah, ahhhhhhh, Islam Today or, or Sheikh Soloman Al-Ouda web site
23 there.

24         YK:  Oh, I see.

25         IR:  Um I, I think that he got hooked up to it to work

824

1   on that.  So I may be,...

2          YK:  It's none statement or...

3          IR:  ....I don't, I, if, if, I think it's, IslamToday

4   dot com or it's IslamToday dot Net.  Try one of those.

5          YK:  Ok.

6          IR:  Islam Today dot Net I think is what it is.

7          YK:  Ok.

8          IR:  So, so, in addition brother ah, Sulayman Al-Butti

9   ah, who was in charge of it.  Um, so...

10         YK:  Ok.

11         IR:  Yes.  Sulayman Al-Butti, A-L-B-U-T-T-I.  Yeah,

12  Butti.

13         YK:  Butti,

14         IR:  Butti yeah.

15         YK:  (SIGHS) Ok, um, what I'll try to do, I'll try, I

16  guess I'll try to ah, um,...

17         IR:  Yeah.

18         YK:  ..hook up with Mahmoud and ask him what the heck he

19  just said.  And I..

20         IR:  Yeah, he's not go do that.

21         YK:  I, I mean what about did I, do you think it will be

22  wise for me to call, you know and...

23         IR:  I, I think they're gonna try to...."

24             (End of tape and transcript excerpt.)

25             THE COURT:  All right, it is 6:00.  Again, I don't want

1  to wear the jury out.  I know this is intense stuff, and I think
2  it's best we stop now and then start up tomorrow morning.

3       Ladies and Gentlemen, again, I have an unrelated matter
4  I have to take care of at 9:00 tomorrow morning in a different
5  courtroom.  I expect to be finished by 9:30.  If we can't start
6  exactly on the dot, understand that we're not trying to waste your
7  time.  I'm moving as fast as I can.  But I will ask that you can
8  be back here at 9:30.

9       You can leave the transcripts with your notebook on the
10 chair, and we'll have them back tomorrow morning.  I want to stay
11 in session just a second after the jury leaves.

12       Remember my cautions you've been hearing every day by
13 avoiding any media coverage about this case.  Stay away from any
14 news about Kashmir or of the places we've been talking about.  Get
15 a good night's sleep, maybe a nice walk, enjoy this weather, and
16 we'll see you tomorrow morning at 9:30, thank you.

17                     (Jury out.)

18       THE COURT:  All right, the only thing I wanted to alert
19 counsel to is I don't want this trial to get bogged down, and
20 since the government is getting well into its case and may be
21 resting on Monday, to the extent that you haven't already, and I
22 haven't checked the file, I want you to submit proposed jury
23 instructions to the Court on disk, and I'd like as much as
24 possible for you-all to coordinate to see what instructions you
25 agree about and don't agree about to make my job easier.

1         The jury will clearly need to have written instructions
2    in this case, and it's easier if they're on a disk.  So don't
3    e-mail them to us.  I want them on a disk, and then we'll take
4    care of them from there.

5         Again, to the extent you can have jointly submitted
6    instructions, that will be fine.  Obviously, if there are issues
7    you dispute or disagree about, I'll have to look at them.

8         Also, any proposed verdict form that either side wants,
9    make sure you get that to us.  Now, since we will not be in
10   session on Friday, I don't need this stuff before Monday, but --
11   and I'm giving you that extra time just to make sure you've worked
12   together as much as possible, all right?

13        MR. KROMBERG:  Judge, the government had submitted
14   proposed jury instructions last week, and I can get them on
15   disk --

16        THE COURT:  That's fine.

17        MR. KROMBERG:  -- and I can also speak to Mr. Yamamoto
18   and Mr. MacMahon about that.

19        THE COURT:  And have objections been filed to the
20   instructions?

21        MR. YAMAMOTO:  I haven't seen them, Your Honor, so I
22   don't know.

23        THE COURT:  All right.  Well, I know you've been here.
24   You've been busy.

25        But in any case, just make sure that by Monday morning,

827

1   I've got, you know, the defendant's position on the government's
2   instructions.  If you agree with it, just, you know, no objection.
3   If you disagree with it, you're going to have to tell me why and
4   give me authority for proposed alternate language and then if
5   there are any additional instructions you want, but that will make
6   the process go a lot faster, all right?
7           Anything else before we start up tomorrow morning?
8           MR. KROMBERG:  No, Your Honor.
9           THE COURT:  All right.  Then we'll recess court until
10  9:00, but we start here at 9:30.
11      (Recess from 6:05 p.m., until 9:30 a.m., April 7, 2005.)
12
13              CERTIFICATE OF THE REPORTER
14      I certify that the foregoing is a correct transcript of the
15  record of proceedings in the above-entitled matter.
16
17
18  _____
19              Anneliese J. Thomson
20
21
22
23
24
25

**J.A. 972**