No. 14-4451

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH COURT

————————

UNITED STATES OF AMERICA,
*Plaintiff/Appellee,*

v.

ALI AL-TIMIMI,
*Defendant/Appellant.*

————————

On Appeal From the United States District Court
for the Eastern District of Virginia
Alexandria Division (The Hon. Leonie M. Brinkema)

————————

JOINT APPENDIX

VOLUME XIII of XIII (pages 2999 - end)

————————

ERIC S. SIEBERT                                    GEREMY C. KAMENS
**United States Attorney**                         **Federal Public Defender**

**Gordon D. Kromberg**    **Joseph Attias**         **Geremy C. Kamens**
**Assistant U.S. Attorney**  **Attorney**            **Federal Public Defender**
**Counsel for Appellee**   **Counsel for Appellee**  **Counsel for Dr. Al-Timimi**
**2100 Jamieson Avenue**   **Nat'l Security Division** **1650 King Street, Suite 500**
**Alexandria, VA 22314**   **U.S. Dep't of Justice**  **Alexandria, VA 22314**
**(703) 299-3700**         **Washington, DC 20530**   **(703) 600-0800**

This page intentionally left blank for double-sided pagination and printing

# TABLE OF CONTENTS

## VOLUME I (pages 1 - 122)

District Court Docket Sheet (as of Apr. 28, 2025) ...................................................1

Indictment (Sept. 23, 2004, Doc. 1)...............................................................49

Superseding Indictment (Feb. 3, 2005, Doc. 47) ................................................64

Government's Proposed Jury Instructions (Mar. 28, 2005, Doc. 84).....................80

## VOLUME II (pages 123 - 372)

Transcript, Jury Trial, Day 1 (Apr. 4, 2005, Doc. 294) (defense opening
statement)...........................................................................................123

Transcript, Jury Trial, Day 1 (Apr. 4, 2005, Doc. 148) .......................................144

Opening statements .......................................................................................148

By the government...................................................................................148
By the defense............................................................................*see* J.A. 126

Government's evidence ......................................................................................167

Stipulation.............................................................................................167

Nabil Gharbieh                    Direct examination...................................171
                                  Cross examination....................................233
                                  Redirect examination ...............................274
                                  Recross examination .................................281

Muhammad Aatique                  Direct examination...................................283

Concluding matters ........................................................................................369

i

## VOLUME III (pages 373 - 656)

Transcript, Jury Trial, Day 2 (Apr. 5, 2005, Doc. 149) ..........................................373

    Preliminary matters ...................................................................................377

    Government's evidence, cont'd ..................................................................377

        Muhammad Aatique     Direct examination (resumed) ................378
                                          Cross examination....................................398
                                          Redirect examination ..............................468
                                          Recross examination ...............................489

        Stipulations ...............................................................................492

        Donald Surratt     Direct examination...................................504
                                            Cross examination....................................570
                                          Redirect examination ..............................585
                                          Recross examination ...............................588

        Detective John Hodge     Direct examination...................................589
                                            Cross examination....................................592
                                          Redirect examination ..............................592

        Stipulations ...............................................................................594

        Playing of audiotapes................................................................598

        Yong Ki Kwon     Direct examination...................................604

    Concluding matters ........................................................................655

## VOLUME IV (pages 657 - 972)

Transcript, Jury Trial, Day 3 (Apr. 6, 2005, Doc. 150) ........................................657

    Preliminary matters ...................................................................................661

Government's evidence, cont'd ....................................................665

    Evan Francois Kohlmann       Direct examination...................................665
                                           Cross examination.....................................817
                                           Redirect examination ................................895
                                           Recross examination .................................903

    Stipulations ....................................................................905

    Playing of audiotape .......................................................914

Concluding matters ...........................................................970


## VOLUME V (pages 973 - 1270)

Transcript, Jury Trial, Day 4 (Apr. 7, 2005, Doc. 151) .........................973

    Preliminary matters ...........................................................977

    Government's evidence, cont'd ...........................................980

    Playing of audiotapes and videotape ...........................................980

    S.A. Tracy Kneisler        Direct examination.................................1093
                                           Cross examination..................................1099

    S.A. Christopher Paul Mamula  Direct examination.................................1100

    S.A. Donald L. Monday      Direct examination.................................1105
                                           Cross examination..................................1127

    Stipulations ..................................................................1131

    Yong Ki Kwon           Direct examination (resumed) ..............1146
                                           Cross examination..................................1238

    Concluding matters .........................................................1268

VOLUME VI (pages 1271 - 1550)

Transcript, Jury Trial, Day 5 (Apr. 11, 2005, Doc. 152) .................................... 1271

    Preliminary matters ........................................................................ 1275

    Government's evidence, cont'd .......................................................... 1279

        Yong Ki Kwon        Cross examination (resumed) ............... 1279
                                          Redirect examination ............................ 1446
                                          Recross examination ............................ 1475

        S.A. Wade Ammerman        Direct examination ................................. 1481
                                          Cross examination................................. 1539

    Concluding matters ......................................................................... 1548

VOLUME VII (pages 1551 - 1804)

Transcript, Jury Trial, Day 6 (Apr. 12, 2005, Doc. 153) .................................... 1551

    Government's evidence, cont'd .......................................................... 1555

        S.A. Wade Ammerman        Cross examination (resumed) ............... 1556
                                            Redirect examination ............................ 1582
                                          Recross examination ............................ 1593

        Stipulations ......................................................................... 1600

        Playing of audiotapes.......................................................... 1610

        S.A. John Wyman        Direct examination................................. 1656

    Concluding matters ......................................................................... 1799

iv

## VOLUME VIII (pages 1805 - 2058)

Transcript, Jury Trial, Day 7 (Apr. 13, 2005, Doc. 154) ....................................1805

    Preliminary matters ..................................................................................1808

    Government's evidence, cont'd ................................................................1810

| | | |
|---|---|---|
| S.A. John Wyman | Direct examination (resumed) ...............1810 |
| | Cross examination....................................1852 |
| | Redirect examination ..............................1916 |
| | Recross examination ...............................1923 |
| Alex Daghestani | Direct examination...................................1927 |
| | Cross examination....................................1935 |
| Andre Thompson | Direct examination...................................1940 |
| | Cross examination....................................1951 |

    Playing of audiotapes...............................................................................1954

    Government rests ...........................................................................1955, 1965

    Defendant's Rule 29 motion ....................................................................1958

    Defendant's evidence ...............................................................................1965

| | | |
|---|---|---|
| Sherdil Loynab | Direct examination...................................1966 |
| | Cross examination....................................1970 |
| | Redirect examination ..............................1976 |
| Yousuf Jaafar Idris | Direct examination...................................1977 |
| | Cross examination....................................2018 |

    Concluding matters ..................................................................................2056

v

## VOLUME IX (pages 2059 - 2318)

Transcript, Jury Trial, Day 8 (Apr. 14, 2005, Doc. 155) ...................................2059

    Defendant's evidence, cont'd .......................................................................2063

        Yousuf Jaafar Idris         Cross examination (resumed) ...............2063

        Luther Kennedy            Direct examination..................................2136
                                          Cross examination...................................2144
                                          Redirect examination .............................2163
                                          Recross examination ..............................2168

        Curtis Jamison             Direct examination..................................2172
                                          Cross examination...................................2189

        Defendant rests ....................................................................2198

    Government's rebuttal evidence ...................................................................2198

        Khwaja Mahmood Hasan     Direct examination..................................2199
                                            Cross examination...................................2235
                                          Redirect examination .............................2278
                                          Recross examination ..............................2284

        Muhammad Aatique, recalled   Direct examination..................................2290

        Conclusion of evidence .........................................................2293

    Preliminary charge conference ...................................................................2306

## VOLUME X (pages 2319 - 2568)

Transcript, Jury Trial, Day 9 (Apr. 18, 2005, Doc. 156) ...................................2319

    Charge conference .........................................................................................2322

vi

Closing arguments ........................................................................2346

    By the government...............................................................2346
    By the defense......................................................................2376
    Rebuttal by the government...............................................2415

Jury charge ..................................................................................2429

Jury deliberations .......................................................................2500

    Jury question .......................................................................2500

Transcript, Jury Trial, Day 10 (Apr. 19, 2005, Doc. 157) ............2506

    Jury deliberations, cont'd ................................................2507

    Jury question .......................................................................2507

Transcript, Jury Trial, Day 11 (Apr. 20, 2005, Doc. 158) ............2515

    Jury deliberations, cont'd ................................................2517

    Jury question .......................................................................2517

    Jury questions .....................................................................2520

Transcript, Jury Trial, Day 12 (Apr. 22, 2005, Doc. 159) ............2535

    Jury deliberations, cont'd ................................................2537

Transcript, Jury Trial, Day 13 (Apr. 25, 2005, Doc. 160) ............2540

    Jury deliberations, cont'd ................................................2542

    Jury questions .....................................................................2542

Transcript, Jury Trial, Day 14 (Apr. 26, 2005, Doc. 161) ............2553

    Return of verdict ...............................................................2555

Concluding matters ........................................................................2560

Verdict Form (Apr. 26, 2005, Doc. 107) .........................................2566


## VOLUME XI (pages 2569 - 2770)

Defendant's Motion for Judgment of Acquittal (June 6, 2005, Doc. 118)..........2569

Defendant's Corrected Motion for New Trial (June 14, 2005, Doc. 124) ..........2630

Government's Response to Defendant's Post-Trial Motions (June 20, 2005, Doc. 125)....................................................................2647

Defendant's Reply to the Government's Response to Defendant's Post-Trial Motions (June 28, 2005, Doc. 126) (attachments omitted from appendix)....................................................................2688

Transcript, Sentencing Hearing (July 13, 2005, Doc. 147) .................................2719

Argument and ruling on Rule 29 motion ...................................2720
Argument and ruling on Rule 33 motion ...................................2724
Ruling on Guidelines objections.................................2735
Argument on sentencing ...............................................2739
Allocution ........................................................2746
Imposition of sentence ..............................................2750

Judgment in a Criminal Case (July 13, 2005, Doc. 132)....................................2758

Notice of Appeal (July 15, 2005, doc. 133)........................................2765

Fourth Circuit Judgment (corrected) (with copy of Apr. 25, 2006 order) (May 19, 2006, Doc. 168)................................................2767


## VOLUME XII (pages 2771 - 2998)

Transcript, Hearing (Aug. 24, 2007, Doc. 239)................................................2771

Transcript, Hearing (Nov. 20, 2007, Doc. 245)....................................................2790

Transcript, Hearing (May 16, 2008, Doc. 263) ...................................................2795

Transcript, Hearing (Oct. 23, 2008, Doc. 272)....................................................2802

Transcript, Hearing (Feb. 19, 2009, Doc. 297)....................................................2827

Transcript, Hearing (Oct. 4, 2013, Doc. 340) .....................................................2834

(Redacted) Memorandum Opinion (denying motions to compel) (Apr. 28, 2014, Doc. 350)..................................................................................................2864

Order (May 21, 2014, Doc. 357)............................................................................2887

Notice of Appeal (June 4, 2014, Doc. 358) ..........................................................2889

Fourth Circuit Order (remanding case for further proceedings) (Aug. 4, 2015, Doc. 406)....................................................................................................2892

Fourth Circuit Order (expanding scope of remand) (July 26, 2016, Doc. 431)..................................................................................................................2894

Government's Response in Opposition to Defendant's Second Motion for Acquittal on Count 1 (Aug. 29, 2018, Doc. 447) ...........................................2896

Defendant's Reply to Government's Supplemental Memorandum on *United States v. Davis* (Aug. 19, 2019, Doc. 459) ..........................................2905

Government's Reply in Further Support of Its Supplemental Memorandum on *United States v. United States* (Aug. 26, 2019, Doc. 461) ........................2936

(Redacted) Memorandum Opinion (granting release pending appeal) (Aug. 18, 2020, Doc. 519) ..................................................................................2953

Order (granting release pending appeal) (Aug. 18, 2020, Doc. 520) ..................2969

Fourth Circuit Order (affirming grant of release pending appeal) (Aug. 31, 2020, Doc. 535)..................................................................................................2971

Memorandum Opinion (vacating Counts 1, 7, and 8) (July 18, 2024, Doc. 549)........................................................................................2972

Order (vacating Counts 1, 7, and 8) (July 18, 2024, Doc. 550)..........................2998


VOLUME XIII (pages 2999 - end)

Selected Government Trial Exhibits................................................................2999

Gov't Exh. 1B1a: transcript of Apr. 7, 2003 consensually monitored call between Kwon and Royer.........................................................................2999

Gov't Exh. 1B2a: transcript of Apr. 8, 2003 consensually monitored call between Kwon and Royer.........................................................................3053

Gov't Exh. 1B4a: transcript of Apr. 17, 2003 consensually recorded CCTV hotel meeting between Kwon and Royer......................................3084

Gov't Exh. 1D27: Taiba Bulletin, Oct. 17, 2000..........................................3131

Gov't Exh. 1D28: Taiba Bulletin, Oct. 27, 2000..........................................3134

Gov't Exh. 1D29: Taiba Bulletin, Nov. 7, 2000...........................................3137

Gov't Exh. 1D45: Taiba Bulletin, Sept. 26, 2001 (post from nadqpk@yahoo.com)...................................................................................3139

Gov't Exh. 1D48: Taiba Bulletin, Oct. 13, 2001 (post from nadqpk@yahoo.com)...................................................................................3141

Gov't Exh. 1D52: Taiba Bulletin, June 24, 2001 (post from nadqpk@yahoo.com)...................................................................................3144

Gov't Exh. 1F1: LET Poster, image 1 ..........................................................3151

Gov't Exh. 1F3: LET Poster, image 3 ..........................................................3152

Gov't Exh. 1F4: LET Poster, image 4 ..........................................................3153

Gov't Exh. 1G10a: transcript of Apr. 1, 2003 recorded telephone call (Hammad and Royer call Al-Timimi) .......................................................3154

Gov't Exh. 4G7: email dated June 19, 2001 from pballaz@yahoo.com, regarding praying in a moving car..........................................................3164

Gov't Exh. 7A19: Uqla fatwa on events of 9/11, in English, taken from Surratt's residence on May 8, 2003 ..........................................................3168

Gov't Exh. 7A23; Hawali's *Statement to the Ummah* in English ................3178

Gov't Exh. 7A39a: translation of website containing Space Shuttle article in Arabic ........................................................................................3200

Gov't Exh. 7C31: email dated Sept. 20, 2001 from Kwon to Belton Harris ...............................................................................................................3203

Gov't Exh. 7D3: email dated Oct. 15, 2001 from Surratt re. Hawali's *Statement to the Ummah* ..................................................................................3204

Gov't Exh. 7F24a: UPI News article dated Sept. 16, 2001 titled *Taliban Leaders Seek Islamic Support*....................................................................3206

Gov't Exh. 7H12: plea agreement and statement of facts for Muhammed Aatique........................................................................................................3207

Gov't Exh. 10A3: document entitled *Suicide Attacks, Are They Suicide? A Shariah Viewpoint* ...............................................................................3223

Gov't Exh. 10A41: email dated Oct. 23, 2000 from Nabil to Timimi re: trip to Delaware .......................................................................................3227

Gov't Exh. 10D19: email dated Oct. 21, 2001 email from altimimi@yahoo.com to aqdcksa@yahoo.com re. "Utter Nonsense" ......3229

Gov't Exh. 10H1A: record of instant messaging session with Bin Laden statement preamble ...................................................................................3233

Gov't Exh. 10J7: article, *Sheikh Ali Timimi on the Taliban and the Statues* ...................................................................................................3260

Gov't Exh. 10J9: email dated December 13, 2001 from Timimi re. "A call to reflect and repentance" ...................................................3262

Gov't Exh. 10J15: affidavit of Youseff Idris ...................................3265

Gov't Exh. 10S1: summary chart of Timimi / Kwon telephone calls, Sept. 16, 2001 .......................................................................3266

Gov't Exh. 10S2: summary chart of Timimi / Kwon telephone calls, Sept. 19, 2001 .......................................................................3267

Gov't Exh. 10S3: summary chart of Kwon telephone calls, Sept. 16, 2001 .........................................................................................3268

Gov't Exh. 10T1: photograph, package of "New World Order" cassette tapes .........................................................................................3272

Gov't Exh. 12-1: stipulation re. background facts............ 3273; *see* J.A. 167-171

Gov't Exh. 12-60: stipulation re. electronic surveillance of calls and email.............................................................................................3277

Gov't Exh. 12-61: stipulation re. Al-Timimi lectures ............3278; *see* J.A. 2344

Selected Defense Trial Exhibits ..........................................................3280

Def't Exh. 33: Al-Timimi lecture titled *Muslims in America in the Face of Accusations of "Fundamentalism" and "Terrorism"* delivered at Purdue University on Oct. 20, 1993 .........................................3280

Def't Exh. 57: letter dated from AUSA Gordon Kromberg to Yong Kwon's attorneys ...................................................................3293

Def't Exh. 80: stipulation regarding Al-Timimi's unsubscription from Taiba Bulletin List .................................................................3295

Def't Exh. 81: summary report of an interview with Ismail Royer by Evan Kohlmann ...................................................................3298

Def't Exh. 82: photo of front of Yong Kwon's apartment ..............................3303

Def't Exh. 83: photo of back of Yong Kwon's apartment .............................3304

Def't Exh. 85: summary of Yong Kwon's phone calls on Sept. 16, 2001
.................................................................................................... 3305

Def't Exh. 86: summary of Yong Kwon's phone calls on Sept. 13-15, 2001 .................................................................................................3306

Def't Exh. 87: summary of Al-Timimi's calls on evening of Sept. 19, 2001 .................................................................................................3307

Def't Exh. 90: summary of Al-Timimi's calls on evening of Sept. 19, 2001 .................................................................................................3308

This page intentionally left blank for double-sided pagination and printing

**Govt. Exh. 1B1a**

FBI #      :    265A-WF-226192
DATE     :    MONDAY, APRIL 7TH, 2003
TIME     :    5:02 P.M.
TAPE     :    WA040803.TAPE 1
WA:creh

YONG KWON:  (YK)
ISMAIL ROYER:  (IR)


This is Special Agent JOHN WYMAN.  It, Monday, I'm sorry, it Monday, April 7th, 2003.  The time is ah, 5:02 p.m., and ah, we're about to do a consensually monitored telephone call ah, between YONG KWON and ISMAIL ROYER.


IR:     Yong?

YK:     Yes. Hello. Hello. Hello. Hello? Hello?

        (PHONE RINGS AGAIN)

IR:     Yes, may I help you?

YK:     Yes, may I speak to Ismail Royer please?

IR:     Yeah, it's me Asalamalakum.

YK:     Malakum, Salam.

IR:     Oh, my god!

YK:     What's go'n?

IR      Well, nothing much.  First of all tell me how I can get a hold of you in case we get disconnected. (LAUGHS)

YK:     (LAUGHS) Actually I...

IR:     Do you have a number?

YK:     (LAUGHS) I'm over seas as you can tell, but ah...

1

GOVERNMENT
EXHIBIT

1B1a
03-296-A

**Govt. Exh. 1B1a**

IR:   Ok. You don't wanna give me your number, you don't have to I mean.

YK:   Yeah, um...

IR:   Ok, that's cool.

YK:   It might not be a good idea.

IR:   Ok, that's cool.

YK:   Um, le, ahhh,(CLEAR THROAT).  So how's everything man?

IR:   Oh man, a lot go'n on brother, I....

YK:   That right?

IR:   Have you  heard or no?

YK:   No.  Well, actually ah....

IR:   (COUGHS)

YK:   ...I guess everybody is, is, is cool?

IR:   (LAUGHING)  No, everyone's not cool.  (STILL LAUGHING)

YK:   (CLEARS THROAT)  I mean you have to tell me what's go'n on man, um..

IR:   Ok, but I, I, not at this number um...

YK:   Ok.

IR:   ..let me give you another number to call me on, ok?

YK:   Ok.

IR:   Ah, but I, I got'a  talk to you as, as soon as humanly possible, um...

YK:   Yes, me to.

IR:   Alright ah, ok, ah shoot.  I got a cell phone but I don't know what the number is.
      (LAUGHS)

2

**Govt. Exh. 1B1a**

YK:    That's good.

IR:    Ah, yeah. Well, it's my wife's um, ok, hold on. Um'a find it. I don't wanna waste your money here ah but um finding it very quickly.

YK:    Yeah. (COUGHS)

IR:    Ah, ok.

YK:    The money's not, not a big problem here, I don't (INAUDIBLE, VOICE DROPS OFF).

IR:    Ok, alright, then, then, just hang tight and hopefully I will find this quickly. Man it is very good to hear your voice brother. I been missing...

YK:    (LAUGHS)

IR:    Ok, ah, 703-589...

YK:    589

IR:    ....6865.

YK:    6865. Can I call you back in like five minutes?

IR:    Call me back in one minute if you can. (LAUGHS AGAIN)

YK:    Ok. Ok.

IR:    Alright. Asalamalakum.


This is Special Agent JOHN WYMAN (INAUDIBLE, UNINTELLIGIBLE, THERE IS AN EXTREMELY LOUD DIAL TONE THAT'S DROWNING OUT THE VOICE). ....703-589-6865 and the date is April 7th, 2003. Approximately 5:50.

(SOMEONE CLEARS THEIR THROAT)

(PHONE RINGS)

IR:    Asalamalakum. (SPEAKS WHAT SOUNDS LIKE A FOREIGN GREETING).

3

**J.A. 3001**

**Govt. Exh. 1B1a**

YK:    Malakam Salam.

IR:    On the, actually, actually um in he bathroom.  (LAUGHS)

YK:    You're what?

IR:    Ok, um, um just using the bathroom, actually how long have we got?  Bout ah,...

YK:    Oh, you're in the bathroom.

IR:    (LAUGHING)  Yeah Yeah I'm in the bathroom. (STILL LAUGHING).

YK:    Should I wait or, or...

IR:    No, no, no.  No.  Collect call.  I'll just dial fast.  (FLUSHES TOILET)  Ok.  Alright.
       Alright Bill, you know what?  Been a long time man.

YK:    Yeah, it's been a long time.

IR:    Ah, um tired.

YK:    Ah, man.

IR:    (UNINTELLIGIBLE, BARELY AUDIBLE).

YK:    Yeah, yeah, I need you know.  I need to talk to you.

IR:    Ok, here I am out side.  Ok.  Go head.

YK:    Yeah, I need to talk to you seriously.  Um you can talk now...

IR:    Yeah.

YK:    ..right?

IR:    Yeah, I can talk now.

YK:    Ok, well I need to know what's go'n on because I'm afraid I'm not in a very good situation
       man, ah, I don't know what's go'n on over there but, seems my...

IR:    I tell you everything.

YK:    Ok.

4

**J.A. 3002**

**Govt. Exh. 1B1a**

IR:   Um, let me clear one thing first.

YK:   Ok.

IR:   Don't even consider, don't even consider coming back here.

YK:   Ok.

IR:   That would be the, probably the number one dumbest, stupidest, unwisest, thing you could possible do. Sort of maybe ah, getting in front of a moving train, you know?

YK:   Ok.

IR:   Ah, and you're not dumb, stupid or unwise so..

YK:   Ok.

IR:   ...I, I take it you understand what I'm saying.

YK:   Uh huh.

IR:   Now here's, here's what's happening. Ah, round about ah, bout four months ago ah, brother's started getting visited by the FBI.

YK:   Ok.

IR:   Um, I, which I don't think you know about, oh, you don't even, I don't, you don't know about cause I haven't even talked to you...

YK:   Man I, I haven't talked to anybody. I was trying to lay low but....

IR:   Ok.

YK:   ...you know um forced now, so...

IR:   Ok, this is what's hap, this is what's happening. Um, right after you guys left, the FBI came to my house um, and ah, oh, no, no, you don't even know. It's the power. You don't even know about. Did you know that I got arrested with my rifle and everything?

YK:   No.

IR:   Oh my god, ok. Well, um, ah, we, we, I went to go sell my rifle to git rid of it because I was gonna go'n over seas and I wanted to, you know I didn't want to you know, it, it

5

**Govt. Exh. 1B1a**

Cont'd:

would, the fact that you know I had one would look very suspicious and...

YK:    Right.

IR:    ...and stuff you know right after September 11th, and I wanted to get rid of it. So I went to ah, um, Potomac Arms to sell it back to them.

YK:    Ok.

IR:    You know, ah, they gave me such a ridiculously ah, low offer so I was just like no, screw this you know and I, I, I took it and I left. Now as I pulled out of the parking lot and I was gonna go to that gun show and sell it or something like this. You know I pulled out'a the parking lot while I was in Alexandria ah, very close to that place I got pulled over for not having a county sticker on my car.

YK:    Ok.

IR:    Now whether or not that was, really I got pulled over that you know I got pulled over. While I got pulled over they asked me ah, for my license. I say well, I don't have my license, it's in the back. I went and opened up the back ah, and I had my gun in the back but it was, everything was legal as I mean (UNINTELLIGIBLE, TALKING TO RAPIDLY, WORDS RUNNING TOGETHER), it was in a cage. Everything was fine.

YK:    Ok.

IR:    He say's what's that? And the cop say's what's that? I said that's my, that's my rifle. And he say's ah, I said you can look at it if you wanna it's free there. So, um, he say's well I'll look at it, I'll look at it believe me. Ok, whatever. So I had it, I had my ah, pass port, my drivers license, everything, my kids social security numbers, every thing in one ah, brief case because I was simultaneously getting pass ports for my two youngest kids. I had plane tickets in there. I had everything.

YK:    Uh.

IR:    So he, so he looks at all this stuff and he was like you know, freak'n out on me.

YK:    That's seems suspicious.

IR:    Yeah, he thinks he's gonna capture the next you know what um say'n. (LAUGHS)

YK:    (LAUGHS)

6

**J.A. 3004**

**Govt. Exh. 1B1a**

IR:     (STILL LAUGHING) The next wave of September 11th, right?  Can, can you hear me?

YK:     Yeah.

IR:     Ok, so, so I ah...

YK:     So what happened, I mean...

IR:     Yeah, so I got arrested.

YK:     Did you end up going to the...

IR:     You want me to hurry up basically.

YK:     What? No, did you go to the, you know?

IR:     Ok.  Well I got arrested.  They, the um, ATF came, the FBI came...

YK:     (LAUGHS)

IR:     I mean ah, (STARTS LAUGHING), they, they had like simultaneous I was do'n um, ah, I was doing the newsletter for CAIR you know and so I, cause I was working at CAIR at the time so I was put'n together their news letter and I had photographs of like, the Capitol Hill, with some Congressmen standing in front of it.

YK:     Great.

IR:     Yeah, they thought they had found terrorist target.  They were just full of garbage, I...

YK:     Jackpot.

IR:     Yeah, so FBI interrogated me as well.

YK:     (SNIFFS)

IR:     Ah, the ask me, here's the, here's, I believe, I believe here's where it all kind of, you, you came into the picture because remember you sold me the gun and your name was on the receipt.

YK:     Right.

IR:     Right?  So they wanna know who's Yong Kwon, ah, he's just someone I know from the majid, you know.  Where is he now?  I don't know.  I really didn't know.

7

**Govt. Exh. 1B1a**

YK:     No.

IR:     Yeah um say'n all kinds of stuff.  And so I ah, they let me out on bond.  Ok, they, they questioned me for about like five hours but it was essentially um, regarding like you know what I do at CAIR.  How did I become Muslim, you know what um say'n, this kind of stuff.

YK:     Ok.

IR:     They didn't, ah, do I know anyone that's ever been to Afghanistan.  They didn't ask me ah, anything more about you then the fact that I, I mean that you sold me the gun and that was obvious cause your name was on the, you know on the thing.

YK:     Right.

IR:     No, um after that I started noticing FBI cars, ah, and they give me court date for the, you know driving without a sticker and what not.  I start noticing FBI ah, cars parked outside my house basically like twenty four hours a day.  They were Crown Vic's unmarked but the had like ah Justice Department ah, parking stickers...

YK      It's...

IR:     ..on and stuff like this, you know.  And I started noticing people going door to door in the neighborhood and I figured that was the FBI.

YK:     Uh huh.

IT:     And at the time by the way, right after, right after September 11th, the FBI was all over, all over Northen Virginia.

YK:     I'm sure.

IT:     I mean I was running into them at ah, Kinkos and they were everywhere just ask'n about, Muslims,  ask'n about everything.  So anyway, so I started get'n kind'a freaked out and I was try'na, I'd made plans to leave anyway you know what um say'n.

YK:     Right.

IT:     Cause I had plane tickets and everything.  So I...

YK:     Well you know, I, I, yeah go head.

IT:     Yeah, so I ah, so I had ah,  passport, I had my passport and the passport for my oldest

8

**Govt. Exh. 1B1a**

daughter. I got on the first plane out and I left and I left my wife and ah, two other kids um, but my father coincidentally had come up to visit me and he had agreed to ah, bring her to Bosnia, my wife and my othe two children with him and he would escort them to Bosnia which was great. So now I left, but um the FBI, the day that they were leaving, they like, ascended on my house you know what um say'n?

YK:    Yeah.

IR:    Man, they were all over the place, but I was in Bosnia at the time and they successfully ah, my wife basically told them go to hell. They were looking for like you know, address books and stuff like this and that, you know that I 'd had.

YK:    Uh huh.

IR:    My wife told them he doesn't have it whatever go to hell. They didn't have a search warrant or anything they just, so they left also. They joined me in Bosnia. I was in Bosnia for like seven months.

YK:    Yeah, actually I got your e-mail. I got like two e-mails from you with picture of something like that.

IR:    OK Yeah, cool. So that there...

YK:    Yeah, but I never replied because you know I, ha..

IR:    No, no, no problem so, I was there and I was constantly trying to send you salam, the other people. I don't know if you've ever heard.

YK:    No. Actually I stop checking that account long time ago. I was trying basically..

IR:    Ok. Yeah.

YK:    ....trying to let you know, not, not...

IR:    Good idea, good idea. So here's the deal. So, um, so I say ah, um in Bosnia and I remember I was suppose to try to ah, suppose to get a job in Saudi Arabia. I never managed to. I was, I was never to get to where I was trying to get to because the people wouldn't give me a visa, you know what I'm saying?

YK:    Ok.

9

**J.A. 3007**

**Govt. Exh. 1B1a**

IR:    Ah so, I mean I tried like everything, everything to go, I couldn't and it was the most frustrating period in my life. Actually about four months in Bosnia I came to realize that ah, I wasn't gonna git a visa and then the group was, you know what I'm saying, out lawed and what not.

YK:    Uh huh.

IR:    So, so at that point I was just like....

YK:    (SNIFFS)

IR:    ...well you know let me try to git a um, job in Saudi. So I was try'na get a job in Saudi and that jist wasn't panning out and then I ran out of money. Totally broke and I was like you know.

YK:    Uh huh.

IR:    I had money enough for us to do is come back to the United States.

YK:    Uh huh.

IR:    Ah, it was either that or sit in Bosnia and just you know basically hin, situation in Bosnia is extremely bad they're arresting Arabs.. (UNINTELLIGIBLE).

YK:    I see.

IR:    So um just like you know forget it now that I came back. So, after I came back, the FBI...

YK:    Ok, when'd you come back?

IR:    Why did I come back?

YK:    Yeah, I mean when'd you come back?

IR:    I was stupid. Oh, April. Ah, last April.

YK:    Oh.

IR:    So exactly one year ago actually.

YK:    Ok.

IR:    So I was extremely stupid and ah, I made that decision but I, I made it. Um, I thought

10

**J.A. 3008**

Govt. Exh. 1B1a

Cont'd:

> things would chill out here and what not. No, after I came back um, see there was kind of a mess because it happened that, see there use to be these Arabs that stayed at my um, father's house.

YK:    Ok.

IR:    It happened, it happened that one of these ah, (UNINTELLIGIBLE, FOREIGN WORD), they were just like students and they had to um, they were staying at my father's house because it kind of became a tradition in the community that if you wanted, ah, if you're if you were foreign Muslin student and wanted to stay with an American family to learn English  you know well there's the Royer's, house, you know what um say'n?

YK:    (LAUGHS)

IR:    (LAUGHS) Yeah, so I had maybe, I had maybe a good ten, fifteen Arabs staying at my place at any you know, not at one time but I mean through out the course of a couple of years.  And one of the people who did happen to be someone who bought a satellite phone for Bin Laden and sent it to Afghanistan...

YK:    Are you serious?

IR:    Yeah, yeah and the was ah, paying for the minutes for him while he was in Afghanistan. And then he used that to blow up these embassies in Africa and stuff, so it was a total mess who subsequently died by the way.  He was killed in ah, Mecca in some kind of, in Hajj, like in a car accident or something.

YK:    Uh huh.

IR:    But then they think oh he say, anyway it doesn't matter I, I didn't even know the guy whatsoever.

YK:    Right.

IR:    So, it had nothing to do with me at all, so the FBI was very interested in ah, my father and then subsequently me.  So they would, they had taken his computer and all this stuff and then they found out it was me and I all I had been arrested with the gun, you know what um say'n they started put'n together all these things that really had no connection.

YK:    Ok.

IR:    And then ah, so, FBI came and talked to me.  I was so stupid to have talked to them

11

J.A. 3009

**Govt. Exh. 1B1a**

Cont'd:

without a lawyer but the conversation was mostly about ah, my ah, Bosnia, ah that I had fought in Bosnia. They knew I had fought in Bosnia and they had all kinds of people some I had fought in Bosnia.

YK:    Uh huh

IR:    And I knew it wasn't illegal so I said yeah, I fought in Bosnia, whatever, yeah.

YK:    Ok.

IR:    And it was so stupid of me to talk to them without my lawyer but anyway then I wound up getting subpoenaed but they didn't ask me at any point ever about anything in Virginia. Nothing, you now what um saying?

YK:    Uh. Over seas ah...

IR:    It was all about like this guy who I didn't know. It was all about Bosnia's, all about this different stuff like, like that kind of thing. I wounded up getting a subpoena to testify in front of a grand jury in St. Louis. Um, ah, and I didn't know what it was regarding and my lawyer told me look, there's all kinds of you know things about a Grand Jury which I learned you know and whatever but my lawyer said ah, ok you know do it and go and plead the 5th unless the questions are like not related to you directly you're not and if you, you know. And if you can build up the case of the person that they're, I mean while telling the truth obviously, the person that's asking about whatever. So I went there and my whole strategy was based on what kind of questions they were gonna ask me. Now I go in there and it was all about these African Americans brothers and in St. Louis who had started a Majid in `94? And I hadn't seen any of them since for like seven years.

YK:    Uh huh.

IR:    So I was just, yeah, I don't know anything bad about them at all whatsoever, they're just..

YK:    (CLEARS THROAT).

IR:    you know, making a dollar in their neighborhood, they were just cleaning, trying to prevent crime and stuff and everyone loved them in the neighborhood. So, that's what all that was about and they, and he also had like fifteen different articles, the prosecutor had like fifteen article that I'd written over the years and they start going through each one of them, you know. What did you mean when you said this, what'd you mean? So you know what um say'n?

12

**Govt. Exh. 1B1a**

YK:    Right.

IR:    But nothing about what happened, anything thing that happened ever here.

YK:    Ok.

IR:    Just like you know whatever is and so I came back, then they started coming to me again.

YK:    Cheeeeeh!

IR:    And I, by that time had, I was, I was smartened up and I'd, anytime they called me I'd say go call my lawyer, go call my, go call my lawyer. And they never would you know, they would just, you know and they figured I wouldn't talk to them. Then, then brothers started getting ah, ah, raided by the FBI.

YK:    Uhhhh.

IR:    Nabil, Ah, um, let's see like, who else,


(SOMEONE BREATHING VERY HEAVILY ON THE PHONE)

IR:    Maybe like four or five other brothers you know got raided by the FBI.. Hamdii ah, Ibrahim Hamdi who is in jail by the way.

YK:    Oh man.

IR:    Um, got raided I don't know if you heard. Are you still with me there?

YK:    Yeah, ah, yeah.

IR:    Ok.

YK:    What's um...

IR:    Um, so, Ibrahim Hamdi got raided by the FBI and see that what they're doing is they're looking for any little tiny, tiny infraction that they can jail people on. You reckon Hamdi's ah, ah,...

YK:    What was it? Why is he in jail?

IR:    ...visa ran out or something like that.


13

Govt. Exh. 1B1a

YK:   Huh?

IR:   And he had a rifle.  Ok now, obviously your having a rifle is not illegal but apparently .
      (LAUGHS), being an illegal immigrant with a rifle is illegal. (LAUGHS)

YK:   Shhhh!

IR:   So they, they jailed  him on the rifle thing and the illegal immigration thing

YK:   Oh (UNINTELLIGIBLE).

IR:   He's not in INS custody but he's in Federal Prison but it's under the INS sort of thing, not
      anything else.

YK:   I see.

IR:   And they're going around, the questions they're asking people or like Nabil apparently
      completely cracked you know apparent....  This is the story from ah, you from people...

YK:   Ok.

IR:   ...from f rom his own lawyer actually who was my lawyer....

YK:   Yes .

IR:   ...but he's not any more.

YK:   Ok.

IR:   He completely cracked, he's spilling very thing, he singing.  None of us did any thing
      illegal by the way that I know of.  You know what a'm saying buddy?

YK:   Yeah.

IR:   Still there's enough ah, kind of quote un quote scary looking things the FBI is trying to
      use them all against us.  Huh.

YK:   What did Nabil tell them?

IR:   Ah, Nabil told them about the um,...

YK:   Did it, anything about me?

14

J.A. 3012

**Govt. Exh. 1B1a**

IR:    Ah, I don't know specifically that but I know that he did tell them about Ali Timimi ah, you now had a meeting and told every one this and that.

YK:    Where? At that night, you, he, he talked about the meeting you know at my houuse? That what he talked about?

IR:    Yeah, but he wasn't even actually there for more than a minute he got booted out because he brought that you know, guy along. So yeah, he was there.

YK:    So, so, so he told them that.

IR:    Yeah he did, he told them the whole thing about that.

YK:    Ok. (SIGHS)

IR:    Then they went to ah, ok, who else did they? They went to Hamdi, they arrested Hamdi because of ah, the rifle. Hamdi's lawyer tell me ah, that, that he also told them everything. Ah, essentially that I sent ah, ah, I gave him ah, ah, I hooked him up with the people in Kashmir.

YK:    Ok.

IR:    ...you know what I'm saying....

YK:    Yeah.

IR:    ..this and that. Probably about you as well but I don't know, you know what um say'n?

15

**Govt. Exh. 1B1a**

YK:   Okay.

IR:   Um, you know, now ah, they seem to be fixated by the way on you as like some kind of major figure. I'm not exactly sure why?

YK:   Ok.

IR:   But, yeah, but they like (LAUGHS) run around, Where's Yong Kwon, Where's Yong Kwon.

YK:   (LAUGHING)

IR:   (LAUGHING) But that, now, ok, I knew that I was gonna, I knew that I was next. I knew that I was gonna get raided next.

YK:   Right.

IR:   So, I told the ah, ah, the FBI called me up, oh yeah we just wanna talk to ya. I said ok, call my lawyer. You know his number, Ashraf Noubani.

YK:   (LAUGHS)

IR:   AH, 202, whatever it is.

YK:   They didn't raid you or anything like that?

IR:   Ok, listen, I knew they were gonna raid me next so I told them, I said oh, by the way um, you know and actually call my lawyer. The like ok, great, by the way we have a subpoena for you, you know. Ah, you have to testify in front of a Grand Jury here in Virginia. I said, I well yeah, tell my lawyer about this. And I said oh, by the way, when you guys come you know (LAUGHS) when you guys raid my house, don't come in, don't feel that you have to come in with guns because what they've been doing is go'n around with like MP5's point'n everywhere.

YK:   Are you serious?

IR:   Yeah.

YK:   Does (UNINTELLIGIBLE) equipment?

IR:   Oh yeah, ooow yeah. So, so don't, you know don't feel that you need to do that, just you know, knock on the door, I'll let you in, I've nothing to hide. I have children here you know what um say'n?

16

**Govt. Exh. 1B1a**

YK:    Yeah, yeah.

IR:    Come in. No problem. I said go head and well, you know whatever. And ok, so I,
       (LAUGHS), last week (STILL LAUGHING) last week I at ah, I was driving my, ah,
       picking my daughter up from her pre-school and dropping off at my house. Around 2:00
       o'clock, I got, I stepped out'a my, my car...

YK:    Yeah.

IR:    And I went around to the other side to let my daughter out and suddenly, zoom, they all
       swarmed me, arrested me. Arrested me for driving, well with a suspended license.
       (LAUGHS)

YK:    (LAUGHS) So they're finding any excuse to ah,...

IR:    Yes. Any! Any excuse! Ok.

YK:    Ok.

IR:    And it was actually suspended but it was um, it was like it, ah, technical error by the
       DMV, as a computer error and I got it resolved instantly. So they took me in and their
       detective  there talking bout, well you know we ah, we searched  you house, we got a
       search warrant because we went, we were looking for evidence that you knew that your
       license was suspended. And ah, it is like whatever, bla, bla, bla, bla. Ok, and they didn't
       say anything about the FBI or anything because I, I, didn't wanna like open the whole
       story but I knew this was somehow related.

YK:    Right.

IR:    And then the Magistrate let me out on unsecured bond and everything was fine. And he
       say's oh, the detectives say's oh, by the way the FBI is now at your house searching your
       house. I said yeah. yeah, I knew, I knew that.

YK:    Uh huh.

IR:    So I man, knew that was probably the case.

YK:    Woooooh....

IR:    So, anyway I get home and as I get home, the last guy was leaving just as I came in. My,
       I go in and my tells me, yeah they came in with MP5 machine guns point'n every....

YK:    Sheeeeeee,  (THEN MAKING A Tisk, tisk, tisk SOUND)

17

**Govt. Exh. 1B1a**

IR:    ... yeah, she didn't tell me MP5's but she was tell'n me they had these rifles point'n everywhere.

YK:    Yeah.

IR:    They were point'n at the baby, they were point'n um at the kid, you know what um sa y'n.

YK:    Uh huh.

IR:    They were running around, tore the house apart and they had a search warrant. Now the search warrant say's, this is very funny.

YK:    Yeah?

IR:    Search warrant say's, they are authorized or you are hereby commanded to seize ah, any and all, ah, you know then it's listed like abcdefg...all the way through.

YK:    Right.

IR:    And there are things like you know, evidence of ah, (LAUGHING) nuclear and biological ...

YK:    (LAUGHING)

IR:    ...warfare (LAUGHS)something like...yeah it say's like ah, evidence of support for Usama Bin Laden and Al Qaeda.  And then it say's ah, it say's, then, jist a whole list of these things, books tapes, passports etc., and then the last thing it say's is, evidence of further events, furtherance of a conspiracy between Royer, Timimi, ah, Yong Kwon um, ah Gharbieh, Hamdi, and any of and, and, and other co-conspirators.

YK:    OK

IR:    So, we, they, they figure....

YK:    Huhhhhhhhhh!  (BLOWS OUT SIGHS)

IR:    ...that we're all part of some humongous conspiracy.

YK:    Right.

IR:    So what's happening now is basically I have, I was suppose to testify in front of the Grand Jury on ah, on um, Wednesday, last Wednesday.  Now my strategy was as per my lawyer was that I had written out a statement ah, I'm, I'm, ah pleading the, um exercising my ah,

18

Govt. Exh. 1B1a

constitutional right ah, to plead the 5th Amendment not to say anything to you ah, because this is a ah, I said something like, you know if I thought that by testifying I'd be making America a safer place I would but this is a fishing expedition bla, bla, bla. You know what um say'n?

YK:    Uh huh.

IR:    As an anti Muslim campaign, and this is what I was gonna read. Ah, now the whole point of this is because when you test, when you plead the 5th, then what they do is they give you immunity ah, based on, see that your 5th Amendment right is only to protect you from saying anything that ah, ah, that incriminates yourself.

YK:    Right.

IR:    But if you plead the 5th and then the judge gives you immunity it applies first of all it applies only to what you say about yourself. So in other words if I say, yeah, yeah, I sent them all over, I hooked them up to all go to Kashmir.

YK:    Yeah.

IR:    And then they go, let's say hypothetically that's what it was, that's what I'd, I'd say.

YK:    Ok.

IR:    Then they, they they would go and they would say ah, they would say, yeah, yeah and I hoped to, you know I told the (UNINTELLIGIBLE) brother you know so and so ah, Abdula ah, whatever, that I did that. Ok and then they go and ask Abdula did Ismail say that? He say's yeah he did,....

YK:    (COUGHS)

IR:    ....and then they go lock me up. You know what um say'n?

YK:    Yeah.

IR:    So it only applies to what I say to, about my self. Ok, so what they do is they give you immunity and then if you continue to refuse to talk because now you, you now you don't have any right to plead the 5th because you're not incriminating yourself. You know what I'm say'n?

YK:    OK.

IR:    Ah, now at that point they ah, probably will um, get the ah, probably have a judge put you

19

in jail for contempt. So ah, contempt of court which means, disobeying a judge.

YK: Uh huh.

IR: And you git up to eighteen months in prison for contempt and the brother ah, my lawyer told me first of all ah, it's in your best interest to do this even if you have to go to jail for eighteen months because what they're trying to do is put together some kind of you know, bull shit, excuse my words,...

YK: Ok.

IR: ...and try to put you, you know and you wind up, if you give them ammunition to use against you  you wind up in jail for many, many, many  years.  Longer then that.

YK: Right.

IR: You know what um saying, assuming if a jury can convict you of (UNINTELLIGIBLE). And, and of courses not to mention the fact that  Islamically um, I have no right to say anything about any of this.

YK: Uh.

IR: Which isn't (UNINTELLIGIBLE) which is a fact that is incredibly amazing and I looked at the brother and even Hamad, by the way Hamad got the, has a subpoena to testify.

YK: That's something.

IR: So does Kalifa.  Kalifa told them everything already.

YK: Uh uh.

IR: I don't even know why they're trying to get him to testify.

YK: Ok.  Well they...

IR: So...

YK: Ok.

IR: I told the brother Hamad.  And Hamad is the only one with half a brain left.  I said look Hamad ah, the thing is that if I was taking, rewind two years ago and gather all you brothers up and say, you know what?  Ah, two years from now every single one of, the FBI is gonna be bearing down on us and every single one of you is gonna be spilling your

20

**Govt. Exh. 1B1a**

guts to the FBI except for one of us which is me. You guys would say oh, (UNINTELLIGIBLE). I will be there but in fact that's what's happening.

YK:     Yeah.

IR:     And one's who the most did it was Nabil, was ah Hamdi, and was ah Kalifa by the way. But anyway.

YK:     Uh huh.

IR:     So that's where, that's what the situations at right now.

YK:     So what....

IR:     Now um suppose to testify on Wednesday. I'm gonna go Wednesday, oh and the prosec utor, the prosec utor by the way is the same clown who ah, who had did the ah, IIIT and all these, I don't know if you were out'a town. I was out'a the countr y to for

21

Govt. Exh. 1B1a

this
but...

YK:   Yeah.

IR:   ...but a whole bunch of organizations here in Northern Virginia have got raided. He's the same one. He's the um, he's this ah, Jewish guy. He like total, total Zionist. And he's like, you know he's like a, he loves, he loves Steven Emerson and all this stuff.

YK:   Uh huh.

IR:   I mean like he's got his books and, and what not. And he even told the lawyer for Triple IT that ah, that he didn't even need to write the indictment he just ah, went to Chapter VI in Steve Emerson's book and use that. (LAUGHS)

YK:   Oh yeah.

IR:   Yeah, so it's a real kind of a, it's a real campaign you know I mean. Obviously, here's the thing. I don't know what anyone did after, after they went out'a the country but I know that it was never my intentions to, to send anyone to go fight America per se, you what um say'n?

YK:   Right.

IR:   And, and to go fight America at all.

YK:   Uh uh.

IR:   All I was doing was helping ah, get out'a the country and in a time when Muslims were not, you know what um say'n?

YK:   Right.

IR:   Muslims were being you know having hate crimes against them. And you know...

YK:   Who....

IR:   ...and, and another thing or none, none of the people and none of the places that any of the brothers went to were any groups that were illegal at the time. You know what I'm say'n (INAUDIBLE, UNINTELLIGIBLE, VOICE DROPS AT END OF SENTENCE).

YK:   So, so what's, so all these brothers, what happened to them I mean? The ones who cracked and talked, I mean we, we'll get into trouble. I mean obviously....

22

**Govt. Exh. 1B1a**

IR:    Yeah.

YK:    ...we're going to get into trouble for all this things we did, right?

IR:    Right.

YK:    I mean...

IR:    Well, but, but, but the.....

YK:    Or is there anything that you know?

IR:    No! Here's the thing brother. Here's the crazy thing. Nothing we did was illegal! Ok?

YK:    Ok.

IR:    Nothing we did was illegal! And um, you know I mean just to, to speak openly, I mean like for example LASHKAR-E-TAYYABA was not ah, placed on any terrorist list until like you know what um say'n?

YK:    Yeah, I, I know when, I know when.

IR:    (UNINTELLIGIBLE).

YK:    I was over there where it happened at.

IR:    Right! Ok, ok, so, so all, so nothing that we did was illegal.

YK:    Ok.

IR:    So, so the fact of the matter is, in fact this is what the, the um, this is the funny thing. Listen to this, you know ah, you don't remember your, Ibrahim had fought in Kashmir and got wounded and stuff you know?

YK:    Right.

IR:    I mean, um, the prosecutor told his lawyer that we don't, we don't have any, he said we're trying to think of what we're gonna charge him with. And then he was like, ah...You can't charge him with terrorism because the group is not on the terrorist list.
So he was like well, we're thinking about ah, ah charging him with ah, um, ah, with ah, ah, participating in a conflict in which America was not ah, is not a participant. Or some thing like this. You know it shows like a maximum of seventy days in jail. I mean some

23

**Govt. Exh. 1B1a**

kind of garbage like that.

YK:  Ok.

IR:  And he called my lawyer, he was like, we don't have any evidence that a crime has been committed.  We're just a sniffing around because it looks suspicious, you know.  A paint ball and you know people go'n over seas and what not.

YK:  Yeah.

IR:  But the question, see he told, he told my lawyer just about the paint ball but the questions that they're asking people like, where, whether who, um not gonna mention, told me that they said um, who's the Kashmir connection?  Royer, we know it's Royer.  Just tell me it was Royer.  You know what I'm say'n and this kind of stuff (UNINTELLIGIBLE, INAUDIBLE).

YK:  Uh huh.

IR:  Yeah...

YK:  Well it's not a big ah, secret ah, I don't think.

IR:  It's not a big secret and even if it was ah, it's,  I mean the fact is that it wasn't illegal.

YK:  Ok.

IR:  And I no longe have ah, ah, you know am ah, am ah, helping that group or anything because it's now  illegal to do so.  So you know.

YK:  Ok.

IR:  Anyway.

YK:  (TAKES A BIG SIGH) So, what about the ones who, who went, I mean....

IR:  Ah...

YK:  ..because I lost contact since they you know, you know, you know. I guess you know better then me what they do now.

IR:  I do, I do.  But I....

YK:  I split  up with them, right?

24

**J.A. 3022**

**Govt. Exh. 1B1a**

IR:     Yeah, yeah, yeah, yeah.

YK:     I went my own way. I don't know what happened to them. What, did they, did they say anything or

IR:     No, no. A coup...

YK:     ...did, would they anybody?

IR:     A couple brothers are in Saudi, oh yeah and Mahmoud. Mahmoud is in Saudi Arabia but he got ah, he talked to them too. You know they...

YK:     Ok.

IR:     ..they, when he came back from ah, from ah over seas they ah, grabbed him at the airport or something and he told them bla, bla, bla..

YK:     What, ah, do you know what he said?

IR:     Ah, he said he was on the plane with you ah, he said that ah,...

YK:     (BREATHS HEAVY SIGH)

IR:     ..ah, basically I think he just told them what he was do'n there um, but when I was interrogating him bout what he told them (LAUGHS) he was like ah, he was real evasive. real evasive you know and...

YK:     Uh, so he, so it could be that he said something about me. Right?

IR:     Um'a, huh? Oh I know, I know he said something about you.

YK:     Ok.

IR:     I know, I know for a fact he to you, he told them you guys were on the same plane. I don't know what he told them about you but I know that, I know that he told them you know. I mean he was being very evasive to me, I mean he was like I don't have to tell ya,
I        shouldn't tell ya, you know.

YK:     Yeahhhh...,

IR:     What, what the hell you talking about you shouldn't tell me, you know what um say'n?

YK:     Yeah.

25

**J.A. 3023**

**Govt. Exh. 1B1a**

IR:     You know but he, he ah, I know him, I know for a fact he mentioned your name and, and what exactly he said about you I don't know.

YK:     Ok.  I was try'n to avoid that.

IR:     He... (INAUDIBLE, UNINTELLIGIBLE, TALKING OVER EACH OTHER)  He was desparately....

YK:     (DEEP SIGHT)

IR:     ...trying to avoid that.

YK:     Ok.  What about the other, other guy?

IR:     Ah....

YK:     He went back first actually as you probably know best.

IR:     Yeah ah, talk'n bout Seif.

YK:     Ah,.

IR:     Ok, alright.

YK:     Actually the guy who, who went with us.

IR:     Ah, I don't even know.

YK:     Uh huh.

IR:     I, I think he's cool.  I think he's cool.  I don't think anyone said I...

YK:     That's cool.

IR:     I don't think he was even being approached.

YK:     I see.

IR:     As a matter of fact there's a whole, whole bunch'a brothers who have never even ah...

YK:     So,  so what happened to Seif?  Did he, did he...

IR:     He's over seas teaching I think.  He just, he just ah, someone did tell me as a matter

26

**Govt. Exh. 1B1a**

though, someone who knows um, that he got harrass...like the CIA actually, like went and went to him and stuff like this.

YK:    Uh huh. So basically all these brothers you told, who told, you told me that cracked and told everything. They, they told...

IR:    Every single one of them.

YK:    ...everything about what happened that night at my house?

IR:    Well, Hamad is trying to be Mr. Smart Guy and like not say anything to them.

YK:    Ok. What, what about....

IR:    I mean, try'na be tough with them. But Hamad is the only one who has not said anything.

YK:    Cracked. Ok.

IR:    Yeah.

YK:    So but everybody else pretty much cracked?

IR:    Far as I know, yeah. Every single one of them, Kalifa.

YK:    Uh....

IR:    Um...

YK:    And even I think Mahmoud, right?

IR:    Mahmoud probably. Yeah, I think.

YK:    Yes, I think so because you know, I'll tell you why a little bit later. So talked to you...

IR:    He look like, he look like a scared rabbit in headlights when I, when I tried to get him to...

YK:    So you tell me Nabil,...

IR:    Nabil, oh yeah. Nabil was the first.

YK:    ...Hamad, Kalifa, Mahmoud, these guys are talking?

27

**Govt. Exh. 1B1a**

IR:    Yes! Not so much Hamad, I mean Hamad is like, yeah I was there but you know.

YK:    Ok, ok, I understand. Hamad is not but basically Kalifa, Nabil and Mahmoud.

IR:    Yeah. The three weakest.

YK:    (LETS OUT A HEAVY SIGH).

IR:    Yeah, yeah, exactly right.

YK:    I mean did they, I mean did they ask you anything about who what and I mean, do they know?

IR:    No, no, no. They, they never asked me anything about anything that ever happened in Virginia.

YK:    Ok.

IR:    They only asked, the only things that they ever as me directly about was like some people in St. Louis that I haven't seen for seven years. they asked me about Bosnia. They never, I, they never asked me anything but this is all the stuff that, they want ask me...

YK:    Ok.

IR:    ...in front of the Grand Jury ah, that I'm not gonna answer.

YK:    (UNINTELLIGIBLE), what about, what about Sheikh?

IR:    Oh, he's got the toughest lawyer in DC so I mean. Yeah, he, he got raided also by the way but he as far as I know hasn't said anything to them.

YK:    Ok.

IR:    And other people have been trying to get his lawyer to but he won't cause of the conflict of interest or whatever.

YK:    Ok.

IR:    I talked to him the other day. Yeah, he's ah being a man you know, essentially about it.

YK:    (UNINTELLIGIBLE). Ok.

IR:    Um, but he didn't, he was ah, kind of angry that I called him. (LAUGHS)

28

**Govt. Exh. 1B1a**

YK:    (LAUGHS) Uh huh.

IR:    I mean that's another thing brother that's kind of resulted from all this, is that like everyone's like the whole brotherhood thing...

YK:    Yeah.

IR:    ..oh god, it's totally disintegrated. There's nothing, nothing. I mean I tried to invite Hamad over to my place, he's like well I don't know, the FBI say's that ah, they'll charge me with Obstruction of Justice if I'm talking, talking to you. Its just bologne, you know what I'm saying?

YK:    Sighs.

IR:    It's really depressing actually..

YK:    Ok. Is there anything else I need to know...

IR:    Yeah, even...

YK:    ...because you know I huh.... Is there anything else I need to know man, because you know um, um...

IR:    Ah, essentially what I would do, I would do two things. Um, one I would somehow or another try to ah, if it's feasible I would try to get hold of a lawyer here in DC.

YK:    Ok.

IR:    Ah, maybe through or in Virginia but actually in Virginia probably through the internet or something like that and you haven't seen (UNINTELLIGIBLE). But then again there's that whole thing that involves things like ah, or maybe I would, what I would do is I would have your brother or have some family member here. Ah, pay them a retainer, and just to, just to be on call. Cause you definitely don't wanna be, get jacked up some how or another and then have nothing. You know what I'm saying?

YK:    Ok. Yeah.

IR:    You wanna take care of that situation right now.

YK:    (SOMEONE BREATHING HARD

IR:    The other thing is, I would stay low, stay out of view, I would come nowhere near the United States.

29

**Govt. Exh. 1B1a**

YK:   Well, what, you know I'm at my native...

IR:   Yeah, yeah.

YK:   ...home town with um my family.

IR    Yeah, good.

YK    And ah...

IR:   Stay there.  (LAUGHS)

YK:   Yeah, but ah, unfortunately ah, um, seems like um not out'a their reach either.  They actually came to my house.

IR:   Oh, my god!

YK:   And um, fortunately...

IR:   The, the Americans or the South Koreans.

YK:   Both. (SIGHS)

IR:   Oh sorry, oh god.

YK:   They're the same.

IR:   Yeah, yeah.  (LAUGHS)

YK:   The, and they, well I wasn't there fortunately but they're coming back.

IR:   Yeah, yeah.

YK:   And it doesn't look good.  I don't know what you guys have said, um...

IR:   Yeah, yeah, yeah, yeah.

YK:   But they ask certain questions to my parents.

IR:   Uh huh.

YK:   They seemed very, I mean they seem to know whole lot of what's go'n on.

30

**Govt. Exh. 1B1a**

IR:     Oh yeah. Oh yeah.

YK:     And um, I have a feeling that I'm gonna get screwed here if ah,...

IR:     Yeah, probably.

YK:     ...if I don't get my story straight with you, with what, what's been going on over there, so I mean if you can...

IR:     Ah, ok, what, what I've been, ok, good, good, good question  What I've been able to gain from what people have been ah, saying, is essentially that um, the ah, Sheikh Ali got everyone together told them you know ah, to go over seas because this, what happened. Ah, told them to go be with the  Mujahadeen, cause this is the best place to be.  Um, you know now whether, I, I actually, this is, this is a hundred percent ...

YK:     (SIGHS).

IR:     ...in all honesty.

YK:     Ok.

IR:     I don't remember the Sheikh, I, I don't remember the Sheikh ever saying go be with the um, the Taliban or with Osama or something like this and fight Americans.

YK:     Right.

IR:     He, he never said that I mean it's, and, and nor did he even imply it.  In fact what I heard him saying was ah, you know what I'm say'n, go be with the Mujahadeen anywhere in the world or something like this....

YK:     Right, right.

IR:     ...cause this is a threat.

YK:     He did say that, go be with the Mujahadeen, it doesn't matter where.

IR:     Absolutely.

YK:     (UNINTELLIGIBLE, INAUDIBLE).

IR:     Right. So, and I, which I interpreted it as meaning, was with the LASHKAR-E-TAYYABA, and this group at the time......

31

**J.A. 3029**

**Govt. Exh. 1B1a**

YK:   Kashmir (UNINTELLIGIBLE).

IR:   ....yeah, was not a terrorist organization, so...

YK:   Well this, that's how I took it to. I mean that,...

IR:   Absolutely! Absolutely!

YK:   Yeah.

IR:   Right. So, so my understanding is that these guys really don't have ah, any kind, I mean no crime was ever committed you know what I'm say'n, so...

YK:   Ok. what about, what about....

IR:   ...so that's ... (UNINTELLIGIBLE, INAUDIBLE).

YK:   Ok, because I know for sure what they're gonna ask me.

IR:   Uh huh.

YK:   They're gonna ask me about you know, the Sheikh.

IR:   Yeah. They are..

YK:   They're gonna ask me about you.

IR:   Yeah, they will.

YK:   They're gonna as me about, you know the guys who I went camping you know up in the mountain with.

IR:   Yes, yes.

YK:   So, (SIGHS) I mean, I mean what'a...

IR:   Oh, oh, oh.

YK:   See....

IR:   They did ask me about camping by the way. I told them that, you know we went camping. The, the reason I told them about this cause they asked me about the gun. And they said what'a you do'n? Why do you have a gun? I said well, I go camping, have you

32

**Govt. Exh. 1B1a**

ever been? Have you ever been, and I go hunting. Have you ever been hunting? Yeah, I been hunting. I went to, I went to hunting in you know what I'm saying and ah...

YK:   So...

IR:   ...(UNINTELLIGIBLE) the mountains and then...

YK:   No. What I mean, whatever I was you know.

IR:   Yeah.

YK:   Camping over seas. (SOUNDS LIKE A LAUGH IN HIS VOICE)

IR:   Oh, yeah, yeah, yeah.

YK:   Anyway, so, (LAUGHS) um...

IR:   Which was not illegal matter of fact if I might say.

YK:   What about, what about you. What should I say about you man, I mean?

IR:   Well they know, see here's the thing. They're trying git confirmation that I'm the one that was sending people over to Kashmir.

YK:   Uh huh.

IR:   This is what they're trying to get confirmation on.

YK:   I'm pretty sure they'll try that.

IR:   I;m pretty sure they ah, I mean, they already have people saying, you know what I'm say'n? They just wanna get...

YK:   So, so what...

IR:   ...as many people as they possible to say it.

YK:   What do I need to say about, I mean what do I need to say.

IR:   Here's what you say. Here's what you say. I'm pleading, um, I am aserting my constitutional right to, to plead the 5th Amendment and not incriminate myself. If you have anything you wanna ask me, go see my lawyer who is Mr. so and so in, in, in Virginia, and his phone number is such and such. You now what I'm say'n?

33

**Govt. Exh. 1B1a**

YK: Ok.

IR: That's what you say. That's what you say. Don't say a Goddamn word to them!

YK: (LETS OUT A DEEP BREATH)

IR: And tell them to go screw yourselves! Really! Honestly! Yeah, because, because you, you are under no obli, this is what all these brothers are so stupid not to realize. They're under no obligation to talk to them. You have no obligation to talk to them. Now the problem is, the whole deal with the South Koreans. You know what um say'n?

YK: Yeah.

IR: These guy for all I know can put you in ah, you now what um say'n?

YK: That's the thing (UNINTELLIGIBLE, INAUDIBLE, TALKING OVER EACH OTHER)

IR: (UNINTELLIGIBLE, INAUDIBLE, TALKING OVER EACH OTHER, RUNNING WORDS TOGETHER AND TALKING TOO RAPIDLY) you know what um say'n, drill holes in your knee caps, you know what I....

YK: They got ah, different kind of system here and then their self. So apparently the did come with some, some of the Korean Security people. UM...

IR: Right, right.

YK: It seems like they ah, I don't know, from what they asked about ah, to my parents about...

IR: Yeah.

YK: ...about me it seems like they know a lot.

IR: Yeah.

YK: For some reason they think I was in Afghanistan fighting or something like that but..

IR: Yeah.

YK: Um...

IR: He...

YK: Like they're coming, I mean jist right now it's, man it's....

34

**J.A. 3032**

IR:     Yeah.

YK:     Eight in the, almost eight in the morning they're coming this morning so, I, I don't know what...

IR:     Brother if, if there's any, see here's, there's your hope, you know what, ah, paradoxically like probably one of your, part of your problem is that you're not in the United States. If you're not in the United States they can do whatever they wanna do, you know what I'm say'n?

YK:     That's the thing.

IR:     And these, these...

YK:     Um, I'm not in states but um, I'm American citizen, right? So I don't know what the heck is going on.

IR:     Yeah.

YK:     I don't know what they're gonna do. I don't know you know. (LAUGHS) I know what they're gonna ask.

IR:     Yeah.

YK:     Um, so, (INHALES AND EXHALES DEEPLY ALL THROUGH THE PHONE CALL) um...

IR:     I mean one thing I might do is um, gosh, I mean one thing I...

YK:     (BREATHING HEAVY) I mean because at least I need to know what the brothers said because...

IR:     Ah yeah.

YK:     Then...

IR:     What I jist, what I told you is, is the max, the extent of what I know. But I, I wouldn't talk to them. Don't talk to they. Just say, look call my lawyer. I have a lawyer in the United States, call him and if you wanna talk to me then you, you call him and he'll, and you know what um say'n? Anything you wanna ah, any dealings you wanna have with me, you deal with him. That's...

YK:     Hey man, ok I'll try that but I don't know if I have the choice now, I mean...

35

**Govt. Exh. 1B1a**

IR:    But what, no, no. Ah, you do have a choice because you don't have to talk to the FBI. I mean, just tell them talk to my lawyer. And don't talk to them at all. Even if they say you have no choice. Screw you! What'a you gonna make me, what you gonna do? You know what I'm say'n?

YK:    Uh.

IR:    Are they gonna torture ya? Yeah?

IR:    I don't know. I don't know what's gonna happen but they might. I don't know, maybe they authorize...

IR:    Um gonna fix, fix um.

YK:    ...some authorization or whatever so, I, huhhhh....

IR:    Listen brother, listen, listen. If they start, if they start beating you, if they start do'n this kind of stuff, then tell, tell them everything. You know what I'm say'n. It's not, it's not worth it, you know what I'm say'n?

YK:    I'm just gonna, I'm just gonna if, if it comes down to that?

IR:    Yeah.

YK:    If it comes down to that I'm just gonna tell what the brother said, I mean we have to be in synch otherwise you know I put myself in a deeper...

IR:    Well I'll tell you what they said and what they said is essential what happened. What they said was, the Sheikh told us go, go over seas. He said, he said at the very least go be with the Muslims (UNINTELLIGIBLE). Get a job in a Muslim country somewhere. That, that's what he said. And then, and then he said if it's the best place for you to be is with some Mujahadeen, by which and he did not say go to Afghanistan.

YK:    Alright.

IR:    In fact, in fact it was (INAUDIBLE, UNINTELLIGIBLE, TALKING OVER EACH OTHER).

YK:    In fact he say's specifically Kashmir.

IR:    He did, he did say Kashmir.

YK:    Yes, that...

36

**J.A. 3034**

**Govt. Exh. 1B1a**

IR:   And, and the thing is that, and you say that ah, in, now I don't know if you're go'n...

YK:   That's where he told us to go.  That's where he told us to go.

IR:   Right.

YK:   So, you tell me that this is not, this is not, won't get, it's not a big trouble.

IR:   No!

YK:   Ok.

IR:   No, no.  No, no.  It won't, it won't.

YK:   Ok.

IR:   Now what they might ask is ah, see one thing that they might be try'na do is just to ascertain whether anyone was with the group after they were labeled the terrorist group.

YK:   I see.

IR:   Now, yeah, in which case...

YK:   Well no!  I left, I left them before that...

IR:   Ok, you're clear.

YK:   ...so I mean I don't have to worry about that.  And as far as I know the guys who went with me,...

IR:   Yeah.

YK:   ...they all left you know.

IR:   Oh yeah, that's right.

YK:   All, we all left before that.  So we all left at the same time.

IR:   That's right, that's right.  So, so really they don't have any kind of ah, anything to, any crime that was committed.  That doesn't mean that they're not going to put a bunch of crap together, you know what I'm say'n?

YK:   Yeah.

37

**J.A. 3035**

**Govt. Exh. 1B1a**

IR:    In ah, in ah, indictment and you know say, Yeah, say Yong Kwon, and Ismail Royer, and Ali Timimi, and it's (UNINTELLIGIBLE). (UNINTELLIGIBLE) and he went to Kashmir. You know what I'm saying.

YK:    I see.

IR:    And, and they're gonna put a whole bunch of crap together to make it look scary and make it look really bad but the fact to the matter is that, when it gets, if it gets, if they're stupid enough to do that and if it goes to a, to a Grand Jury, I mean if, I'm sorry, if it goes, if it goes to a jury, then it's not gonna stick.

YK:    Ok.

IR:    I mean there's nothing illegal about having gone to Kashmir.

YK:    Alright. Ahhhhh....(SIGHS)

IR:    (UNINTELLIGIBLE, INAUDIBLE, TALKING OVER EACH OTHER).

YK:    Ok, cause I need to think, I need to think.

IR:    Ok.

YK:    I need to git this story straight.

IR:    Yeah.

YK:    Uh huh.

IR:    Well, I would, I would essentially just see what happens. But...

YK:    Ok.

IR:    Ah, if you got'a talk at all. But brother, I'm tell'n you man, I'm tell'n you this is a mistake that every single person here has made and had and, and then had looked back and said, oh, I shouldn't have done that., which is that they talked to them.

YK:    Man, I, oh, ok. Well...

IR:    I mean it's a mistake to talk to them at all. It's a mistake, I mean your situation is different cause you're there and you're with these crazy...

YK:    Yeah, they...

38

**J.A. 3036**

**Govt. Exh. 1B1a**

IR:     ...South Koreans. They might start do'n stuff to ya.

YK:    They're different here. I, I, they're different, different here, I, like I said I'm gonna try, I'm gonna try my best but if it comes out to it, I'm gonna have to stick with the brothers. You know at least (MAKES WHAT SOUNDS LIKE A HISSING SOUND) tell them some'n.

IR:     Well um not, um not saying anything so.

YK:    Right.

IR:     I don't know why I wind up being the person not saying anything. Maybe um the only person who realizes one, that it's not in my legal interest to say anything to them.

YK:    Right.

IR:     And two it's also not in my ah...

YK:    Well, we'll, we'll see, we'll see. I haven't seen these guys and I haven't seen the Korean guys but then, you know, I'll find out (LAUGHS) how it goes soon.

IR:     Brother I think that eh, no one can blame ya, if you...

YK:    No, it's not, I'm not ah, I'm not really worried about myself. I'm really worried about other brothers and my family. That's what I'm worried about because they can really screw my family here.

IR:     Yeah, yeah, very true.

YK:    The Koreans you know they can give my father hard time and shut down his business ah, whatever.

IR:     Sure. Yeah, yeah, yeah. (UNINTELLIGIBLE, TALKING TOO FAST, WORDS RUNNING TOGETHER) you know no one wants it to happen so.

YK:    Um, so you they, and you know they might make that, you know make that threat or whatever. Um, ah, Koreans are different you know. They...

IR:     See what I'm afraid of is they're gonna threaten you or they're gonna threaten someone to say, yes ah, we all went to Afghanistan and Ismail was tell'n us go do this...

YK:    No, no. That's not gonna happen because nobody there told us to you know, said go to Afghanistan, I mean we...

39

**J.A. 3037**

IR:    (LAUGHS)

YK:    ...we went to Kashmir for, for that purpose, you know that's, that's...

IR:    Right.

YK:    That's the true story so that's what I'm gonna you know if it comes down to thats what I'm going to tell them.

IR:    Well then just tell the truth because, because I'm one hundred percent....

YK:    (LET'S OUT A LOUD HEAVY SIGH)

IR:    ... confident that none of us has done anything illegal. Ah, so it's jist a big...

YK:    Ok. Hey man... Um sorry. Go head, go head.

IR:    So if it turns out that you do make the decision to talk to them or whatever, then just tell them what happened. What, what happened is not illegal and I'm confident. (UNINTELLIGIBLE, INAUDIBLE, TALKING TOO FAST, WORDS RUNNING TOGETHER) confident but if they had ah, audio tapes of every single event and conversation that transpired you know what um saying between us, they'd still never be able to come up with anything um, that was done illegal. My only fear is jist that they people, they get, they start saying, oh don't you think that he really, you know, was implying that you do this. You know what I'm say'n, that kind of stuff. You know and don't...

YK:    Uh huh, I see. Ok. Oh no, because, yeah, like you said if you, you know, if nothing that we did is, will, hello...

IR:    Right, that's right.

YK:    ....if nothing that we did will get us in trouble then, what's the worry, right?

IR:    Well, the worry is because all this still looks kind of, it looks kind of suspicious and you, you know what I'm say'n and they can put together some kind, you know some kind of ah, indictment based on, know what I'm say'n? I mean I'm not say'n; that, yeah, I mean I'm confident.

YK:    So, so...

IR:    Ah, ah, first of all um depending (UNINTELLIGIBLE, TALKING TOO FAST, WORDS ARE RUNNING TOGETHER, INAUDIBLE), and I'm also confident that if this goes

40

**Govt. Exh. 1B1a**

before a jury, you know what I'm say'n and stuff like this, it's gonna totally fall apart on them you know?

YK:    Yeah.

IR:    I'm confident in that. But I'm just saying that there's really no...

YK:    Reason to talk. I understand.

IR:    ....benefit, there's no benefit.

YK:    Yeah.

IR:    Um just saying there's no benefit in helping them.

YK:    (HEAVY IN HALE AND EX HALE)

IR:    I mean why help them put this stuff together? Why not just tell them you know, go to hell? I didn't do anything illegal and if you think I did something illegal then charge me with it. If you don't think I did anything illegal then git out'a my life, you know. This is what I'm tell'n them. And I don't know why everyone else is just like, you understand, it's just like totally bowing down.

YK:    Uh huh.

IR:    I mean we made the, regardless of...

YK:    I know that this is our decision. This is the choices that we made and we all have to you know, this is, I have know, you know I have no regrets but...

IR:    Neither do I. Neither do I. Whatsoever.

YK:    But ah, yeah, so, so you know. So if anything happens...

IR:    Anyway (UNINTELLIGIBLE, WORDS RUN TOGETHER, TALKING TOO FAST)

YK:    ....then this is what we, I guess this is what we deserve.

IR:    (LAUGHS)

YK:    So...

IR:    I agree, yeah, that, that's (UNINTELLIGIBLE, MUFFLE).

41

**Govt. Exh. 1B1a**

YK:    ...um, um, then I guess we're not ah, we're not good enough or whatever so.

IR:    No, I mean..

YK:    (TAKE DEEP BREATH AND EXHALES)

IR:    ..(UNINTELLIGIBLE) thing is that everyone, I mean, I only know they're cracking down
       on Muslims, you know and what we did, was what good Muslims would do.  You know
       what I'm say'n?  And what good  would, and what good Muslims would do is scary to this
       Government.  You know what I'm say'n?  So, that's why they're cracking down on us.
       I have no ah, you know I'm not scared or anything, I'm, I'm pretty much, matter of
       fact um, I'm resigned to the fact I'm 98 percent sure I'm going to jail.  Whether, for
       whatever it is.  Whether it's contempt for not talking to them or ir they you know come up
       with some kind of ridiculous indictment and put me in jail, um, I'm convinced of it.  But
       I'm really resigned to it, um not up set or anything like that.  May, maybe it just sounds
       exciting or something like that.  That part of, but you know, I mean, it, it is kind of a lot
       to deal with you know.

YK:    Ok.

IR:    Especially because I have four kids you know, yeah.

YK:    You got four kids now?

IR:    Yeah. (LAUGHS) (UNINTELLIGIBLE)

YK:    So you had one after Iesha?

IR:    Uh huh, I had one after Iesah, I had ah, Hasan.

YK:    He's a boy.

IR:    A boy, uh huh, yeah.  (LAUGHS)

YK:    (LAUGHS) Mubarak.

IR:    Thank you, thank you.  (LAUGHING)

YK:    (LAUGHING)

IR:    I, I was tell'n the brothers it'd be good if we all wind up going to jail and be in the same
       jail together (UNINTELLIGIBLE, INAUDIBLE, TALKING TOO LOW).  (LAUGHS)

42

**J.A. 3040**

**Govt. Exh. 1B1a**

YK:  So, so you're tell'n me you did talk to Ali...

IR:  Right.

YK:  ...and he got pissed, (LAUGHS) that you called him right?

IR:  I mean he was mildly irritated that I, that I'd called because of the fact that you know they're try'na, they're try'na find anything you know what I'm say'n, that they can use to.... They say now they gonna say ah, you know, they called and got ah, you know stories that's in synch and what not and,...

YK:  Hey, are you...

IR:  .and everything...

YK:  ...are you in touch with Mahmoud?

IR:  No I'm not. I haven't ah, I haven't seen him ah, for a long time since he left for Saudi. Um...

YK:  So you don't have contact number or anything like that?

IR:  No. I don't have anything.

YK:  Cause I wanna, I wanna know what he said, I mean.

IR:  Yeah, that's what I would like to know also but...

YK:  Is anyway you can find out?

IR:  Ah, Sheikh Ali is probably the, the last person who would know cause I think he, I think Sheikh Ali hooked him up with some kind of job or another. Um...

YK:  I see.

IR:  ...what you can do is probably um, there is a site called ah, I think he went over to work on this web site ah, Islam Today or something like that . Ah, it's kind'a like what they call ah, ahhhhhhh, Islam Today or , or Sheikh (UNINTELLIGIBLE) web site there.

YK:  Oh, I see.

IR:  Um I, I think that he got hooked up to it to work on that. So I may be,...

43

**Govt. Exh. 1B1a**

YK:    It's none statement or...

IR:    ....I don't, I, if, if, I think it's, IslamToday dot com or it's, IslamToday dot Net. Try one of those.

YK:    Ok.

IR:    Islam Today dot Net I think is what it is.

YK:    Ok.

IR:    So, so, in addition brother ah, Sulayman Al-Butti ah, who was in charge of it. Um, so...

YK:    Ok.

IR:    Yes. Sulayman Al-Butti, yeah go head.

YK:    (LAUGHS)

IR:    (LAUGHING)

YK:    Butti,

IR:    Butti yeah.

YK:    (SIGHS) Ok, um, what I'll try to do, I'll try, I guess I'll try to ah, um,...

IR:    Yeah.

YK:    Pooooooooooh! (LETS OUT A SOUND LIKE HE'S GETTING TIRED) ..hook up with Mahmoud and ask him what the heck he just said. (TAKES IN DEEP BREATH) And I..

IR:    Yeah, he's not go do that.

YK:    I, I mean what about did I, do you think it will be wise for me to call, you know and...

IR:    I, I think they're gonna try to....

YK:    set, set ....

IR:    I think they're gonna try to use ah, I think, I think they're gonna tr y to use ah, I means I'm sure that, number on I'm sure that they're taping this call.

44

**J.A. 3042**

**Govt. Exh. 1B1a**

YK:     Ok.

IR:     Sure they're listening with (INAUDIBLE, UNINTELLIGIBLE,  VOICE  DROPS LOW)

YK:     Well I'm not call'n from my house.

IR:     Look, ok.  Well, you know and so...

YK:     Well maybe on your end.

IR:     I don't think so, I don't think so because this this cell phone is real new and stuff.

YK:     I (UNINTELLIGIBLE, INAUDIBLE).

IR:     Anyway it doesn't matter because I you know.

YK:     What about, do you think it would be wise for me to call Sheikh Ali?

IR:     No!  No, no, no, no.  Dont' call Sheikh Alii.

YK:     Ok.

IR:     (TALKING OVER EACH OTHER, TALKING LOW, UNINTELLIGIBLE, INAUDIBLE).

YK:     He'd probably get pissed right?

IR:     Yeah.  It, it might hurt him, you know it might hurt his situation.

YK:     I see.

IR:     So, don't do that, I mean jist ah...

YK:     It's better to jist leave him alone?

IR:     Just leave him alone.  Just definitely just leave him alone and just um, if you really find it necessary that you have to talk to him and just tell him the truth or whatever, um...

YK:     Ok.

IR:     ...in terms of what happened um, and I don't know if you remember but I was going around tell'n everyone what kind of a, a, that (UNINTELLIGIBLE), that September 11 th was a total um you know, a totally against Islam and stuff like that you know.

45

**J.A. 3043**

**Govt. Exh. 1B1a**

YK:     Yeah, which is, which is.

IR:     Which it was, I mean the......

YK:     Auhhhhhhhhhhhhh! (LETS OUT A DEEP, DEEP SIGH).

IR:     ...so, you know this is the fact of the, you know, fact of the matter. I mean it (UNINTELLIGIBLE, INAUDIBLE, WORDS RUN TOGETHER) you know, um really    not, I don't know um just kind of, um kind of chill'n as a matter of fact to the whole thing.

YK:     Ok.

IR:     My only regret, my only regret is how the brotherhood is been kind of...

YK:     Disintegrated?

IR:     ...between brother, yeah.  Then they disappeared and ah, you know no one does anything. I mean America, (UNINTELLIGIBLE), America turned into a very, very ah, ugly place you know, it, after Sep, yeah, after September 11th.

YK:     I can imagine.

IR:     And after I came back you know.

YK:     Yeah.

IR:     Ah, while everyone's around ah, buying duct tape cause they're afraid of terrorist attacks and you know what I'm say'n, it's jist, it's just really lame here and um, all this cracking up.  I would actually have left again but you know I don't have any money, now they took my passport and stuff.

YK:     They took your passport?

IR:     Yeah, they took my passport. I, I guess for evidence or whatever but ah, un not, I don't know if I can git another one.  They said they wanted it for evidence.

YK:     Ok.

IR:     Um, I don't know if it was like you know in other words, like seizing my passport to prevent me from traveling.

YK:     Ok.  (TAKES IN A DEEP BREATH)  Well...

46

**J.A. 3044**

IR:   Um, anyway, yeah.

YK:   ...what, what I'll do is I, I have to think now and ah,...

IR:   Yeah.

YK:   ...and Im sure these guys will be talking to me for a while. And if I can...

IR:   Just, just, a laugh. Just,...

YK:   ...hey if I can...

IR:   Yeah.

YK:   ....I may have to call you again or I don't know maybe it's not a good idea.

IR:   Call me again.

YK:   Do you think it's a good idea?

IR:   Ah, just call man. Call me and I...

YK:   It won't hurt you at all?

IE:   Really I don't care, I don't care.

YK:   You don't care? (LAUGHS)

IR:   I don't care. (LAUGHS)

YK:   That's, that's if um able because I don't know what's gonna happen. Maybe they'll lock me up. I don't know, maybe they'll, I don't know.

IR:   Don't be, don't be scared of these people you know cause ah,...

YK:   Yeah. Not...

IR:   ...don't be scared, don't be nervous.

YK:   .. not scared, just a little you know, nervous. Just got'a, just you know....

IR:   I know, I know.

47

**Govt. Exh. 1B1a**

YK:    ..just got'a be ah, I guess smart or something.

IR:    But (UNINTELLIGIBLE) um, I'm really suggesting.  I'm really, really, strongly, strongly, suggesting that you right now like somehow, I mean it still maybe before five o'clock here but you right now tell them, look if you guys want to talk to me, call my lawyer. You know what I'm saying?

YK:    Ok.

IR:    And, and I would really suggest telling them, let me give you a name.  Ok?

YK:    Ok.

IR:    Ah, Ashraf, A s h r a f.

YK:    A s h r a f.

IR:    The last name is Nubani.  N, like Nancy, u, b like boy, a, n like Nancy, i.

YK:    Ok, Nubani.  Ashraf Nubani.

IR:    Ashraf Nubani.  His phone number...

YK:    And...

IR:    His phone number is 703.

YK:    Ok.

IR:    256.

YK:    256.

IR:    1300.

YK:    1300.

IR:    His ah, hold on a minute.  I got ah, other contact info for him to.  Ah, his ah, ah, his home phone and just call him.  Don't worry bout it.  (UNINTELLIGIBLE)

YK:    Ok, I'll, I'll call, Ashraf Nubani and this is the name I'm gonna give if it comes down to that.

48

**Govt. Exh. 1B1a**

IR:    Yes. If, if...

YK:    I'll say call my lawyer, Ashraf Nubani in Virginia. This is a (INAUDIBLE, SPEAKING TOO LOW)

IR:    Yeah, and so let me give you his ah, home, his cell phone and home phone number.

YK:    Ok.

IR:    Cell phone is, 703-989-7358.

YK:    7358, ok.

IR:    His home, home phone number is, 703.

YK:    703.

IR:    658.

YK:    658.

IR:    0667.

YK:    0667, ok.

IR:    Ok, that's his home number. So, so the deal is this brother, when the come in say, look I'm not gonna talk to you. Call my lawyer. Call my lawyer, work it out, I'll be happy to, you know, cooperate whatever the heck....

YK:    And....

IR:    ...but um not gonna talk to you without, without um, without you guys talking to my lawyer first. Now here's the deal, Ashraf Nubani is also two other brother's lawyer, ok?

YK:    (INAUDIBLE, UNINTELLIGIBLE, SPEAKING TOO LOW)

IR:    So what they're gonna say is, what they might say if they know, if they know this guy is a lawyer, they might say, oh well you know he's ah, you know what I'm say'n? He has a conflict of interest and he can't ah, you know what I'm say'n, represent you or whatever?

YK:    Yeah.

IR:    But see they, they don't have the right to say that. It is true that there's kind of a conflict

49

Govt. Exh. 1B1a

of interest thing but if it went to court it would be like...

YK:    Ok. (TAKES IN A LONG DEEP BREATH AND EXHALE HARD).

IR:    ..you know what I'm say'n, the judge would probably make, make him get off and make
       you sign a waiver of some kind.

YK:    Ok.

IR:    But it doesn't matter. This is your lawyer and if they say any garbage like that
       (UNINTELLIGIBLE, WORDS RUNNING TOGETHER, INAUDIBLE, SPEAKING        TOO
       RAPIDLY). Then if that's the case then git off my back, give me time to git another
       lawyer, you know what um say'n?

YK:    Ok.

IR:    As for right now if you wanna talk to me you call him. You, you contact him. You talk
       to him. You know what um say'n?

YK:    Ok.

IR:    Ah, ah, please brother, please, please set a very strongly, I realize your situation because
       you're in South Korea (LAUGHS)...

YK:    Yeah.

IR:    ...but consider very strongly...

YK:    (EXHALES LONG AND DEEPLY)

IR:    ...not talking to them at all. Consider just say, look, I'm an American citizen, I know my
       rights.

YK:    Yeah.

IR:    For right now I'm exercising my right not to talk to you. I'm exercising my right to plead
       the 5th Amendment until such time that I can talk to my lawyer. Here's my lawyer's
       phone number if you wanna get in touch with me, if you wanna contact me, you call him.

YK:    Ok.

IR:    I mean that is one hundred percent the smartest move you can possibly make.

50

J.A. 3048

**Govt. Exh. 1B1a**

YK:   Ok.

IR:   Ok. This is my advise you know.

YK:   (BREATHING HEAVY) Ok, Something.

IR:   But regardless of whatever happens I, I don't hold, hold any ah,...

YK:   Huh?

IR:   ...hard feelings or anything like that.

YK:   I don't either man, I mean because in the end you know, (FAINT LAUGH).

IR:   Yeah, exactly and ah, just make dawa for me. I wish ah, I wish you were here. I wish we were together somewhere, you know what I'm say'n, because I value that ah, brotherhood more than anything except maybe my children. (LAUGHS)

YK:   Depends (SPEAKS IN A FOREIGN LANGUAGE). (INHALES DEEPLY)...

IR:   (UNINTELLIGIBLE, PERHAPS SPEAKING FOREIGN) you know. Really you know.

YK:   ...your family comes first you know.

IR:   No! But I mean you know ah, even children...

YK:   (EXHALES LOUD AND HEAVY)

IR:   ...but there's this thing of ah, well you just, it hurts me so much to say. Feel like a piece of my heart is missing you know to feel that this, you know what I'm say'n? I go see a brother you know and say asalamalakum, and he like scurries away from me, you know what I'm saying?

YK:   (LAUGHS)

IR:   It's just, it's, really, really a sad situation you know and um,...

YK:   Uh huh.

IR:   ...ah, you know. I just ah, hope that Allah makes everything better and easier you know...

YK:   I mean....

51

IR: ...bring, brings us together and just, even if there was distance you know between us all this ah...

YK: Uh.

IR: ...junk is going on just to keep me in your dawa, you know.

YK: Right.

IR: All that stuff you know?

YK: Ok. Well...

IR: Alright.

YK: ...if everything works out I'll definitely give you a call um, just...

IR: Yeah, call me and let me know what's go'n on.

YK: ...just see, you know just see what's go'n on over there and ah...

IR: How'd you find me by the way?

YK: (LAUGHS) Well I found out you work for MAS.

IR: Yeah.

YK: Some brothers and I. I still talk to some brothers over there.

IR: Oh ok.

YK: Actually, I went to the MSA and mas.org.

IR: Not (UNINTELLIGIBLE, INAUDIBLE, TALKING OVER EACH OTHER)

YK: I got the contact number. (LAUGHS)

IR: Oh, ok, yeah. (LAUGHS)

YK: I didn't know if I, if I would get'cha or not but yeah it's good thing it was still up.

IR: Yeah, (UNINTELLIGIBLE, WORDS RUN TOGETHER, SPEAKS TOO RAPIDLY)

52

**Govt. Exh. 1B1a**

Yeah. (LAUGHS)

YK:　Yeah. Yeah.

IR:　Just let me know how it goes, you know?

YK:　Ok. Well, if you don't hear from me, you know what happen. So... (STARTS TO LAUGH)

IR:　(LAUGHS) Yeah. I, um, I was gonna say, let me give you an e-mail address but ah, I don't know. Ok, how bout the ah, well,.. ok, send an e-mail to this address.

YK:　Ok.

IR:　Um, if, if you like. UMM

YK:　UMM.

IR:　Fatima

YK:　Ok, see I, ummm..., ok.

IR:　At Hot Mail dot com.

YK:　(TAKES IN A DEEP BREATH) Ok, well I...

IR:　(UNINTELLIGIBLE, WORDS RUN TOGETHER, TALKING TO FAST)

YK:　...I'm trying to avoid e-mails now days because ah, ah....

IR:　Ok, yeah, then don't! Don't worry bout it. No big deal.

YK:　No, if I, if I really have to contact you somewhere I, I might do that.

IR:　Yeah! I mean you can call me here ah, if you call me at the cell phone ah, I'll try to keep the phone on at all hours, you know?

YK:　Ok.

IR:　I'll try to keep it on tonight next to my bed or something.

YK:　Ok.

53

**J.A. 3051**

**Govt. Exh. 1B1a**

IR:     So if you wanna give me a call, just go head.

YK:     (SPEAKING IN A FOREIGN TONGUE, SOUND LIKE ARABIC)

IR;     (REPLYING IN A FOREIGN TONGUE, SOUND LIKE ARABIC) I hope everything
        goes well (UNINTELLIGIBLE). I don't think you're gonna be in any trouble.

YK:     I believe that. I make dawa, I make dawa for everybody inshala.

IR:     Yeah, definitely.

YK:     We'll, we'll come out alright I think.

IR:     Inshala, Ok brother.

YK:     Ok. (SOUNDS LIKE A FOREIGN TONGUE, UNINTELLIGIBLE).

IR:     (SOUND LIKE A FOREIGN TONGUE, UNINTELLIGIBLE).


**END OF CONVERSATION.**

**END OF TAPE.**

**J.A. 3052**

**Govt. Exh. 1B2a**

WFO    265A-WF-226192
DATE:   04/08/2003
TIME:    3:05 p.m.
TAPE:    #4
WA:cdd

YONG KWON         (YK)
RANDELL (ISMAIL) ROYER    (RR)
SA F. WADE AMMERMAN    (WA)

WA: (Already in progress) 2003, 305 p.m., 3:05 p.m. Call between Yong Kwon and
Randell Royer.

RR: Hello?

YK: Asalamalakum

RR: Malakum Salam

YK: (Laughs)

RR: Have you been trying to call me?

YK: No this is my first time.

RR: Oh okay 'cause ah, someone's been calling me but this ah, (inaudible) whatever.

YK: Um hum. No.

RR: So.

YK: Yeah ah.

RR: You got good news or bad news.

YK: Well I think it went better then I expected ah.

RR: Oh, okay good.

YK: Be, because ah, I'm not locked up or anything. (Laughs)

RR: (Laughs) You're, you're not in a torture chamber.

1

GOVERNMENT
EXHIBIT
1B2a

**Govt. Exh. 1B2a**

YK:  Yeah I'm not in a torture chamber so. Well actually I didn't have to deal with ah, ah,, those, those Korean guys but.

RR:  Okay.

YK:  Actually I didn't wanna stay with them, ah, I'll stay with ah, you know, the, the, I, I, BI guy.

RR:  Uh huh, yeah.

YK:  The, you know, and then the (inaudible) and then if my parents wasn't with me I would be (inaudible) so.

RR:  Yeah.

YK:  So anyway um.

RR:  Did you tell them you had a lawyer?

YK:  No actually I didn't find a lawyer, but, but I didn't really actually (inaudible)

RR:  Oh.

YK:  Ah, I kinda pulled off one of those (inaudible) um, you know, I don't know about that, I don't know what you're talking about. (Laughs)

RR:  Yeah. Being dangerous (inaudible) by the way you know that ah, if you lied to them in any way, shape, or form it's five years in jail automatically.

YK:  Are you serious?

RR:  Yeah, I, I guess I forgot to tell you that little bit of important news.

YK:  Yeah. Yeah.

RR:  Yeah if you.....

YK:  Hey, hey, can......

RR:  Ah, if, if you say anything to a Federal agent that's not, that's not the truth you know?

YK:  Um hum.

2

Govt. Exh. 1B2a

RR: Ah, you go to jail for five years.

YK: Oh yeah.

RR: Yeah. In, in fact the, they kind of built these sort of questions into the questions they ask you to try to see, you know, to try make you lie so that they can hold something over your head later. Anyway, ah.

YK: Um hum.

RR: Ah, well anyway you know that for the future.

YK: Ah, yeah, they, they had a lot of questions for me but ah, in the beginning I guess they were trying to ask me things like, open ended, and the question to where I, you know, I just had, I had to like keep on talking.

RR: Yeah.

YK: I was, I was just like ah, no I, I don't know about that so. (Laughs)

RR: (Laughs) Yeah (inaudable). But didn't you just tell them that basically, I mean I understand, I mean internal and personal decision understand......

YK: Um hum.

RR: .....if you wanna talk to a lawyer but.

YK: But I mean they're like, I mean they're telling me you know that we know you went to the camp you know that you know you went with different persons, different person.

RR: Yeah.

YK: And I was just like well if they know that I went to, you know, Pakistan.

RR: Yeah.

YK: So I was like yeah I went that for, you know, with Mahmood for marriage, and just to see, and career and stuff like that, you know.

RR: Yeah.

3

**Govt. Exh. 1B2a**

YK: ah, they have all of the, ah, we did stay with Mahmood's uncle and aunt and stuff like that.

RR: What did they ask you about the camp, ah camping.

YK: Um hum. Um, yeah, yeah. Hey, ah, hey let me, let me call you back because I, maybe I should talk from another number.

RR: Ah, yeah call me, call me from another number, but by the way what the......

YK: Ah, is this, is this number, is it okay, is this number okay?

RR: For me yeah it's fine, yeah.

YK: Okay.

RR: Yeah it's fine, yeah. Ah, I went to the lawyer for you today, ah, to Ashraf's place and I told him that, you know, you had called me and to expect ah.

YK: Okay.

RR: For me to call you.....

YK: Okay.

RR: .....ah, for him to call you (inaudible)

YK: Okay.

RR: Ah, I, I mean I didn't know if you were going to or not but just basically not to be surprised if, you know, if you had called him (inaudible) but he, he, he saids ah, um, really the best thing for you to do is to arrange ah, you know, it, it, it's fine to see him like the first time as stop gap measure you know but.

YK: Okay.

RR: Ah, really the best thing to do is to arrange ah, for a lawyer her in D.C. or you know.....

YK: In D.C.?

RR: .....for you, for you.

4

**J.A. 3056**

**Govt. Exh. 1B2a**

YK: Okay.

RR: Ah, not him basically because if the issue with the ah.

YK: Not him?

RR: With the. (Coughs) No.

YK: Well I'd say, well I'm gonna give him his name so I guess I'll......

RR: No, no, no he, he's fine, he said it's fine just like, you know what I'm saying for until, if you can get another lawyer but I mean.

YK: Um hum.

RR: I, I told him how you were like, you know, confident that you could talk to them without a lawyer and he was just like yeah.

YK: (Laughs)

RR: You know, he knows better.

YK: That's.

RR: It's very (inaudible), I mean see 'cause you, you know the problem is that you haven't been here watching.

YK: Yeah.

RR: What's been happening and, and learning from experience that went on so you're kind of an disadvantage in that you know you don't realize how incredibly crucial it is to get a lawyer.

YK: Um hum. Hey, ah, are you gonna be around in five minutes? Hey let me call you back because......

RR: Oh yeah, yeah, yeah.

YK: ....you know I don't think this is, my parents are around so.

RR: Okay just call me back that's all.

YK: Okay, inshallah.

5

**J.A. 3057**

**Govt. Exh. 1B2a**

RR: Okay.

YK: Okay.

RR: Salam.

    (Call ends)  (Another call begins)

WA: Wade Ammerman with the FBI, WFO, April the 8th, 2003. It's 3:25 p.m., 3:25 p.m., call between Yong Kwon and Ismail Randell Royer.

RR: Asalamalakum.

YK: Malakum Salam

RR: (Inaudible)

YK: (Inaudible) Sorry man my parents were. (Laughs)

RR: Oh okay.

YK: Yeah so.

RR: Well. (Sighs)

YK: So anyway um, like I said.....

RR: You know man.

YK: Like I said those guys came, I, they're coming back by the way because ah, they weren't too happy with my little ah.

RR: Wait, ah, I, I can't hear you, hold on a second. Okay go ahead.

YK: Yeah, I can't, I can't, I can't hear you very well myself.

RR: Um.

YK: Hello?

RR: You're, you're kind of breaking up a little bit, are you on a cell phone?

6

Govt. Exh. 1B2a

YK: Yeah I'm on my cell. phone. It's not mine it's my company's cell phone, it's under my company's name so I think it's a little bit safer. .

RR: Okay I can, I keep trying to.

YK: Hello?

RR: Ah.

YK: Hello?

RR: Yeah I, I can't hear you through that maybe if you move ah, move a little bit or something somewhere else.

YK: Um. Hold on, hold on one second okay, let me move. Hello?

RR: Yeah, yeah, okay now I can hear you.

YK: Ah, is it better?

RR: Yeah, yeah I can hear you now.

YK: Okay.

RR: Okay.

YK: Okay but I, still your voice is a little, a little bit like distant but.

RR: Okay that's, that's all right I can hear you fine now.

YK: Okay. That's good.

RR: Right.

YK: So anyway don't, don't, well they're, they're, well they're coming back you know.

RR: Uh huh.

YK: So. Because they weren't so happy with my little um, ambiguous answers

RR: Yeah.

7

**Govt. Exh. 1B2a**

YK: that I gave them.

RR: Yeah.

YK: And so.

RR: Yeah, be careful it's a very dangerous dance you know because if you, if you try to, you know, like I said if you say anything that's not true or something like this.

YK: Um hum.

RR: You know they, they really will hold it over you and they, they actually, this is kind of one of their, you know, things that they try to do, it's called a perjury trap you know?

YK: Um.

RR: They, ah, they try to um, they try to encourage you, ah, they ask you questions, you know, encourage you to why or to not tell the truth.

YK: Right.

RR: And then, then so they can later hold it over you or something, you know it's like a, you know I told you I was arrested for um, for driving while suspended.

YK: Yeah.

RR: Hamdi was arrested for some ah, immigration thing.

YK: Right.

RR: You know so they're looking for any way that they can so um. (Sighs)

YK: I see.

RR: I, I would really suggest to um, right away ah, ah, calling ah.

YK: (Inaudible)

RR: Noubani, Ashraf Noubani

YK: Okay.

8

**J.A. 3060**

**Govt. Exh. 1B2a**

RR: And I would say like you know um, these guys are coming back and when they do come back.

YK: Um.

RR: I would tell them, you know, talk to my lawyer, you know, don't talk to me talk to my lawyer, I'd like to talk to my lawyer. There's, you can't win, there's no, ah, there's no benefit in you talking.

YK: Okay. And so I shouldn't talk to them at all now?

RR: No don't talk to them at all, are you, are you a U.S. citizen?

YK: Yeah I am.

RR: (Laughs) Oh no don't talk to them at all, say go away. Call my lawyer and if, no matter what they tell you, you are under ab, constitutionally, legally, you are under no obligation to talk to them. Ever. The only obligation, the only time you're ever obligated to talk to them is if you're subpoenaed and you're a witness on the witness stand and even then you can plead the 5th Amendment.

YK: I see.

RR: And, yeah and, and then you, you're still not under any obligation to talk. The only time you really have to talk is if they give you immunity and what not and then, and then the, the judge can punish you for not talking but at the stage.......

YK: (Laughs)

RR: ....you are at now, there's, there is no benefit whatsoever. Now I'm not saying this just for me because I'm looking out for my own (inaudible).

YK: Yeah.

RR: I'm saying it for you, ah, there's, ah, see if they wanna go through the whole hassle of okay, they can't, first of all they can't, they can not......

YK: Yeah.

RR: .....ah, ah......

YK: Well it seems like from the questions they're asking me they know a whole lot.

9

**Govt. Exh. 1B2a**

RR:  They do they know a whole lot, they......

YK:  They know a whole lot and, and.....

RR:  But they.

YK:  ....they, they even know like specifics and people's names......

RR:  Yeah.

YK:  ....and places and.

RR:  Yeah. Yeah, they know all of this, because they've been talking to everyone, now everyone here has been talking except me. Every single person, I'm the only one who has not talked to them.

YK:  I see.

RR:  As far, and maybe Ali I, I.

YK:  Well do, do, ah, yeah I don't think I would try. (Laughs)

RR:  No, no I don't.......

YK:  If they'd tell me what's in my best, ah, you know, if I talk to them or whatever and obviously the Koreans said something to my parents, um.

RR:  Oh yeah.

YK:  Saying something to the effect of listen, they have to give me the one liner before they left, you know like.

RR:  Yeah.

YK:  Something like it's in you best interest not to (inaudible) not just for yourself but for your, family,

RR:  Ah.

YK:  If you cooperate with us, with um, you know, them and us obviously or whatever man. But um.

10

**Govt. Exh. 1B2a**

RR: But they're threatening your family basically.

YK: (Laughs) They didn't say anything like specific but they're like man, I think that's it's not just, you know, you and your family and I was like okay whatever.

RR: Well I, I told Ashraf, I said look you know um, I told him what you were afraid of, you know.

YK: Yeah they, they can't do anything to me from what I understand.

RR: No, they, they can't, they can't......

YK: Yeah they can't......

RR: But the South Africans, I mean the South Koreans can, can, I mean, you know, these guys are famous, you know, they're the K- CIA as they're called ah, ah, they were trained by the ah, CIA don't you?

YK: (Laughs) Yeah, yeah.

RR: You know they were in torture, you know, the Green Berets have trained them and so this is well know, and so I mean, I told ah, I told Ashraf you know look I'm concerned about him, not, and not because of my situation, I'm concerned about him because I, I don't wanna see him

YK: Um hum.

RR: I don't wanna see a Muslim brother going through some kind of craziness, he says is there any way you can call them and say look, you know, we know.

YK: Yeah.

RR: All right? Say I know that my client is over there, I know that you guys have brought with you these ah, Korean, ah, Korean, you know, security forces and....

YK: Yeah.

RR: .....and stuff and you know I don't wanna, ah, ah, I'm here instead of harm you know.

YK: Um hum.

RR: I mean it's, it's, it's just, entirely, entirely in your interest to ah, you know what I'm saying to.

11

**Govt. Exh. 1B2a**

YK:  Get a lawyer?

RR:  To get a lawyer, I mean it's, it's, ah, I mean it, it, it's so, well (inaudible) if you only knew I wish there was some way of convincing you (inaudible).

YK:  Um hum.

RR:  (Inaudible)

YK:  Well my father will probably look into getting a lawyer here or something like that. I mean.

RR:  Hey you can, you can get an attorney in America you know?

YK:  Um.

RR:  You didn't do anything illegal there I mean you know.

YK:  Um hum.

RR:  I mean I wouldn't, I wouldn't say don't get a lawyer there, it's a good idea but, you know, I mean the fact is that it's a court, it's the Grand Jury in Virginia that's investigating you, I mean.

YK:  Um hum.

RR:  The FBI in Virginia is ah.

YK:  I see.

RR:  You know what I saying?

YK:  You know.

YK:  I see, yeah.

RR:  You need a lawyer here in Virginia that's gonna represent you.

YK:  Um hum.

RR:  Well what, you, what, what can I do to convince you of that

**Govt. Exh. 1B2a**

YK: (Laughs)

YK: Right, yeah I, I, I guess so. Ah, just, I, I guess I might give Noubani a call but ah.

RR: Yeah give, give him a call, he's gonna tell you, I'll tell you what he's gonna say. He's ah, 'cause I just say him today, and he's gonna say, ah, he's gonna say fine, you know, ah, you know, he's real cool you know, and he's gonna say look I'ma try to ah, I'ma try and fine someone for you, I'ma try and find someone for you here, you might, if you have any way of paying anyone?

YK: Yeah I mean I can, I can use the card I guess. I, I.....

RR: Yeah, yeah, okay good......

YK: .....inaudible.

RR: So, so, so that's gonna make it much, much, much, much easier you know? And, and then Noubani will tell you, that, in fact you can get this ah, I mean you might be able to get like, you know, some really, really good lawyer who might do it for very cheaply you know like this ah.

YK: Yeah.

RR: Stanley Colen, he is a Jewish lawyer, who's ah, one of the best attorney's in this nation.

YK: They say (inaudible)

RR: Yeah, yeah.

YK: They say.....

RR: He's a Jewish lawyer, he's great, I mean he's more, he's more (laughs) he's more radical then any of us we ever met I guess.

YK: Are you serious?

RR: Yeah, yeah so, so ah, so call, call Noubani, I mean I, I would really, really (inaudible) I would recommend calling him now and saying look (inaudible) ah, when they come, when these guys come back, can I tell them, ah, you know, contact you or, and, and can you also, and I, and he said he would, you know, he, he already agreed to it.

13

**Govt. Exh. 1B2a**

YK:  Um hum.  Okay.

RR:  And ah,  please,  you know,  find me a,  you know,  recommend a good lawyer to me
and I can pay him and everything like that.

YK:  Um hum.

RR:  Find him as soon as possible and I wouldn't,  I wouldn't say one other word.

YK:  Okay.  Well I mean they're not coming.....

RR:  Not one other word......

YK:  .....back until,  you know,  ah.

RR:  Huh?

YK:  They're not coming back  until later tonight so.  Is this early.....

RR:  Okay ah.....

YK:  .....early in the morning.

RR:  Don't say another word to them.  Did you get any of their ah,  phone numbers or anything?

YK:  Phone numbers?

RR:  Yeah,  did they give you a business card?

YK:  Oh yeah,  yeah,  the,  the legal attache or whatever the (inaudible)

RR:  Oh good.

YK:  Yeah?

RR:  No,  yeah,  good.  Call,  call Ashraf,  call Ashraf,  give him the number of this guy,
he knows the legal,  the legal attache.

YK:  Okay.

14

**Govt. Exh. 1B2a**

RR: And say look please, please call him, you know, see that way you'll feel prevent, that will prevent him from even going to your house, see once, once you have representation they are, their, it is not legal for them to then contact you, they're prevented from contacting you. And if they do, and any kind of thing that you say to them or anything like this is totally unusable. You know they can't, they can't touch you, I mean they, they..

YK: Um hum.

RR: ....have to deal with your lawyer. Unless they're gonna arrest you, I mean then in which they'll arrest you know what I'm saying? But, but (inaudible) see wouldn't you like to, wouldn't like to be able to not have to deal with them again. You understand? (Laughs)

YK: Yeah, yeah.

RR: And have, and have someone else deal with them? That's the situation you're in so. Like right now I don't even, I don't even have to talk to them. I know that ever before every time I talk to them, these guys are smart and they're saying things and they're picking things up from what I'm saying you know what I'm saying about this?

YK: Um hum.

RR: So I, I much prefer not even having to deal with them and my, and my lawyer's dealing with them.

YK: Um.

RR: And the lawyer who knows the law not like me who sort of an igornamous you know.

YK: (Laughs)

RR: (Laughs) You know what I'm saying? So, so all, all you do is please ah, but I'm just saying I'm not even concerned about myself 'cause everyone, the way everyone else has been talking so it's not gonna hurt me.

YK: Yeah.

RR: You know what I'm saying?

YK: But what I, what I, what I'm concerned about these guys, I mean they're talking, nothing, nothing ever happens to them, I mean, ah, ah.

15

**J.A. 3067**

**Govt. Exh. 1B2a**

RR: (Sighs) No, no, they ah.

YK: I don't know, do they, do they get......

RR: They, they, the thing is that, you know, maybe they'll get reduced, see, I'm, I'm still very, very confident.

YK: Yeah.

RR: That there's nothing, ah.

YK: I see.

RR: That they have no evidence of any crime that was committed which is normal because no crime was committed and everything's fine.

YK: See ah.....

RR: You're definitely, definitely, definitely safe.

YK: See I, it, it (inaudible)

RR: Okay?

YK: Ibrahim was in jail for what, for some (inaudible)

RR: It's basically for, for ah, while being a undocumented alien ah, you know he was like a.

YK: So something totally different from like ah.

RR: Yeah totally unrelated, I mean.

YK: Oh yeah?

RR: I mean it, it has to do with the rifle he has but, but the fact of the matter is it's just that, you know, they, they can't even, you know, it's, it's related to the immigration, it's....

YK: Yeah.

RR: It's related to his immigration status and not being allowed to have a gun and his current immigration status. So it has nothing to do with anything, they haven't charged him, they haven't charged anyone with anything.

16

**Govt. Exh. 1B2a**

YK: I see.

RR: Other then, other then just underlay, you know, it's just like me, you know, driving without a license and having, you know, Hamdi having a gun, being out of status or something or.

YK: Or.

RR: So it's ah, they can't find anything to charge me on.

YK: I see.

RR: They, they know every, they know everything, they know everything, where I live, where I work.....

YK: Yeah, I, I, actually, actually, you know, I was, something, something interesting, they seem to think that I went with like a whole bunch of people.

RR: (Laughs)

YK: Um, (laughs) one, I mean, I mean just like not just the guys I guess

RR: Yeah.

YK: you know that I went with, ah, actually......

RR: Right.

YK: ....they know some, some other people that I've never even heard of and they actually mentioned ah, I don't know if you k now this guy Ali Chandia or whatverver, Ali Asad.

RR: Ali Asad, Oh yeah I think I do, Ali Asad yeah, yeah, yeah.

YK: Yeah, they mentioned his name?

RR: Yeah.

YK: And they mentioned somebody named (inaudible), I mean like.

RR: I don't know.

YK: I, I have no idea (laughs) ah, they, I mean they seem to think that, you know, we are

17

**Govt. Exh. 1B2a**

all in, in it together and we all went about the same time. So they're like, they're like you know you went to (inaudible)

RR: See that's what's dangerous, they, they, if they try to, if they try to link, if they try to link us to some totally unrelated thing you know what I'm saying?

YK: Yeah.

RR: Then they, you know, then, then we're gonna be in a position where we have to prove that we didn't have anything to do with these people, which is very dangerous.

YK: Um hum.

RR: A difficult thing so ah, it's just, it's just no point in really, you know, helping them you know at this point do anything ah, let them figure out, let them figure out that there's nothing to charge us with, let them figure, you know, try to, try to ah, you know, bust their asses to try to near a thing to come up.......

YK: Yeah.

RR: .....with some type of crap, which they won't be able to do, and you know, stay out of our lives, this is really hung, now I'm, I'm probably gonna have to testify tomorrow.

YK: Are you seriuos?

RR: My lawyer's not telling the ah, um, ah, the, the prosecutor that I'm gonna plead the 5th when I go in so probably, probably, there's a possibility tomorrow that I'll wind up going to jail you understand for, for ah, for ah contempt, for refusing to talk to their ah, which is only a 18 month sentence and my lawyer, and everyone I've talked to, everywhere I've talked to says that this is still preferable.

YK: Um hum.

RR: 18 months is still preferable to you know what I'm saying, to talking to them and giving them some kind of ah, you know, ammunition to use against me and everyone else.

YK: I see.

RR: Including you you know what I'm saying?

YK: I see.

RR: So you, ah, Noubani said, he said wouldn't it, ah, it would have been so great to have

18

## Govt. Exh. 1B2a

a group of people who all refused to talk you know what I'm saying?

YK: Yeah.

RR: And then we could, you know, and ah, and I was thinking and they would have nothing and then you'd go before the media and you, and you explain what the total ah, charade this whole thing is and how you're being prosecuted which is really depressing.

YK: Yea and that, that would be the best way but it seems like it's not, that's not the case.

RR: It's not because everyone is out for themselves, everyone is looking only at their own, I have 4 children, you know, there's things that, you know what I'm saying, but I, I'm it's not like I'm trying to be a, a martyr in the, you know what I'm saying or what not....

YK: Uh huh.

RR: ....but I, but I just realized that it's in my best interest and the best interest of everyone else furthermore, I told Sheikh Ali I would never tell anyone what was said at that ah, meeting.

YK: Um hum.

RR: Even though he didn't tell us to say anything, to do anything illegal which he did not. I still don't have any right to sit there and blabber about, you know what I'm saying.....

YK: Yeah.

RR: ....something that I, I swore to Allah (inaudible).

YK: Well did, did they, ask, ask a lot about ah, Sheikh Ali

RR: Of course, no.

YK: And they seem to think that......

RR: (Inaudible)

YK: They seem to think that he's the one who hook, hooked, hooked me up to go ah.

RR: Yes, yes.

YK: You know.

19

**J.A. 3071**

**Govt. Exh. 1B2a**

RR:  Yeah that's what they think, they, they, they think I'm like ah, I'm the number two guy in the whole thing.

YK:  Um hum.

RR:  But, what the number two in what, they have nothing illegal, even if they could say, even if they could prove yeah, even if I stood up and jumped up and down and, you know what I'm saying, you know, if I sign, sign something saying that I was the guy who or something it wouldn't matter because that was not illegal at the time you know?

YK:  Um hum.

RR:  So ah, they're, they're going, they're trying to find some way to make it illegal, you know, they're trying to find some, some, any little thing, you know what I'm saying, to make it look illegal, you should see, ah, well you should see like IANA, you know IANA?

YK:  Yeah.

RR:  Their web, their web master, they arrested their web master here, um, and it's, it's like, I mean you know, they're gone around arresting everyone from IANA, but you should see like ah, the, the indictments of him, like the charges against him?

YK:  Yeah.

RR:  It's like, it's like 15 pages and it's all filled with stuff like, you know, and ah, IANA posted ah, fatwas from radical shakes on its web site, ah, something on Ouda and Safar Al-Hawali, radical Saudi Sheikh's you know what I'm saying.

YK:  Um hum.

RR:  But then like the um, but the actual like illegal part like the, the count that they're, they're charging with there's only one thing.

YK:  Yeah.

RR:  Which is that on his visa application when he came here to study.

YK:  Yeah.

20

**Govt. Exh. 1B2a**

RR: In the United States he put down that he was coming here solely to get his doctorate when in reality he knew when he filled it out that he was coming, ah, he was going to be an IANA's web master.

YK: Oh I see.

RR: Yeah, so that's the only illegal thing they have but you should, you should see, it's like, it's like 15 pages of all kinds of stuff, but this is all like context you know, I saw like background to the whole thing but the only thing that they're really charging him with, it is...

YK: Was the.....

RR: .....this teeny tiny thing so what they're gonna try to do is they're gonna try to find, oh and ah, his lawyers, by the way, his lawyers say it's garage and they can get this ah, thrown out. But you know, I mean he's gonna, (laughs) he's arrested, he's got a 15 page indictment floating around on the Internet and you know.....

YK: (Laughs)

RR: ....his name has been dragged all through the media.

YK: Um hum.

RR: So this is exactly what, you know, this is exactly what they're trying to do, they're trying to examine every moment, everything, they're trying to get everyone to talk, say everything that they can so they can find any little teeny, tiny infraction and then, you know, come out with a hugh ah, thing of you know, conspiracy, you know what I'm saying?

YK: Um hum.

RR: You know it's just not in anyone's interest to say anything to them and, here's, here's, I'll give you two classifications of people and ah, how the brother's turned out okay. One was, one was the total ah, coward, you know?

YK: Um hum.

RR: Like the brother who like just broke down, freaked out, you know what I'm saying?

YK: Yeah, yeah.

Govt. Exh. 1B2a

RR: He was all scared and said anything that, you know, that came to his mind so the other, the other classification are the brothers who try to be smart, you know what I'm saying?

YF: Um hum.

RR: Try to, yeah man, you know, ah, you know what I'm saying, it's ah, I didn't do anything you know so.

YK: Yeah.

RR: So you know this is, this is the kind of (inaudible). Most of them are just as, you know, wind up putting their foot in their mouth as much as anyone else and both of these types of people are, you know, are the reason that the FBI came to talk to you today and the reason that I have to testify tomorrow and the reason Sheikh Ali is, you know what I'm saying?

YK: Uh huh.

RR: Ah, these people who talk to them, you know, I mean they're gonna wind up, if, if in deed they find some kind of, you know, little.....

YK: How......

RR: ......teeny, tiny infraction. These people are gonna get in trouble as much as anyone else.

YK: Yeah, I mean but they're, how many people are like talking? Ah, other then our......

RR: Ah, no, no, uh uh.

YK: Okay.

RR: As far as I know it's just the Nabil, ah, Hamad, ah, Calipha

YK: Um hum.

RR: That's about it as far as I know.

YK: Yeah they're naming some of the guys from Maryland, I don't know if you guys know these guys.

RR: I probably don't even know them so.

22

YK: Um hum.

RR: So maybe you know? Maybe but as far as I know it's just those guys.

YK: Okay.

RR: (Inaudible) So. Yeah. It's just (inaudible) well. Do the smart thing, do the smart thing and call ah, you know, call the lawyer. Ah, see if he can just represent you just in the matter of, see if he can call these things, ah, (inaudible) (laughs)

YK: Yeah.

RR: You know what I'm saying before they come today to keep them just even from, just to get them out of your face you know? And ah, that's what I would really, I would really say, (Inaudible) Ismail called me today, I talked to Ismail.

YK: Um hum.

RR: He gave me your number and he told me he'd talk to you or what not. Would you please call these guys and tell them not to come any where near my, ah, not to, not to, not to come back, deal only with you, and then ah, hold on one second, trying to clear my (inaudible), and then, you know, and then ah.....

YK: Um hum.

RR: .....and then I'll find another lawyer but just, you know, if you can do this for me in the meantime, tell him yow, yow, I can send you a payment, ah, he probably wouldn't ask for more then, probably wouldn't ask for anything if I said no, no, no, but at the most just do an (inaudible) like it wouldn't cost anything but $50 bucks or something like that.

YK: Yeah?

RR: But I doubt he'd charge you at all.

YK: Ah, no, no, I mean money's not the problem now, I mean that's not the point.....

RR: Yeah. But he's, he's not, he's not gonna charge you, it's just for doing something like that 'cause he's a, I mean he's a Muslim you know so. But look here's the thing, um, if you don't do this, if you don't do this, I guarantee it for (inaudible) six mon ths from one, one month's not too much from now, you'll be sitting where ever you'll be sitting and you'll be saying I wished I had done what Ismail told me to do.

23

**Govt. Exh. 1B2a**

YK: Okay.

RR: So I don't, I really don't know of any other ways to convince you other than saying that.

YK: Yeah.

RR: You know what I'm saying, I mean alhumdala I'm so happy that you didn't get the (laughs)

YK: (Laughs)

RR: If anything happens to you.

YK: (Laughs) Yeah. Well I'll tell you I'm pretty much of (inaudible) they can't say anything but ah.

RR: Yeah.

YK: I'm sure the, the ah, I'm not sure if this (inaudible) had something against me, you know.

RR: Yeah.

YK: You know.

RR: Well I think the, I think the thing is Ashraf is a very ah, media savvy lawyer, he's getting in, in the media all the time 'cause he's the lawyer for a whole bunch of others and ah, whole bunch of government issues. Ah but I think, you know, he's gonna know the right things to say to them, you understand, the last thing we want is some kind of, you know, you know, where they've, they've got a U.S. citizen, you know, the, you know, tortured or whatever in anything, you know what I'm saying, by......

YK: Yeah.

RR: .....(inaudible) ah, that's the last thing we said we want so I, I, I guarantee if you do this right away, there's (inaudible) gonna come out.

YK: Okay.

RR: (Inaudible) they're not gonna be interested in, they are they're just......

YK: Well (inaudible).....

24

**J.A. 3076**

**Govt. Exh. 1B2a**

RR: Yeah but they're gonna be dealing with other, other people, they're gonna be dealing with your lawyer and they're, they're gonna have time to think, the more time you're gonna have time to get your affairs in order, the more time you'll have to......

YK: Um hum.

RR: ....you know what I'm saying, do a lot of things and prepare yourself in case anything happens and there's a very, very strong, strong chance that they're not gonna do anything because they have nothing, by their own admission, they don't have nothing to charge on, I mean if they, if there is something to charge you in, they would have arrested you and the fact that they didn't arrest you means, shows that they don't, um, have anything yet.

YK: Yeah.

RR: You know what I mean, they're hoping they can get it from you. They're hoping that they can get you to say something that's gonna reveal some kind of infraction or another.

YK: That's ah.

RR: The only thing that they can start, they can wind up charging you with (inaudible)

YK: I see.

RR: So ah, anyway ah....

YK: Hey ah, you haven't, you didn't tell, you didn't tell anybody that I, I talked to you right?

RR: Only Ashraf.

YK: Only Ashraf, okay that's good.

RR: Yeah.

YK: So you haven't, you haven't talked to anybody about that?

RR: No, uh uh, and I won't actually.

YK: Okay, well that's good, ah, 'cause I don't want anybody, hey, but do you, have you talked to um, Masood?

RR: No, no, I haven't talked to him, the only one I ever see is ah, Hammad and Caliph

25

**Govt. Exh. 1B2a**

though Caliph ah, avoids me like, like the Red Plague. (Laughs)

YK: (Laughs) Are you serious? Because of ah, I said ah.

RR: Yeah he feels embarrassed because he, you know, he went and blabbered mouthed his whole, now he has a lawyer, now he got Ashraf as his lawyer, now Ashraf is dealing with him but in the, when they first came to him he freaked out, they told him they knew everything. And he's supposed to, by the way he's supposed to testify I think tomorrow also.

YK: See I, ah, I guess he, I guess a different time then you

RR: Yeah, yeah, I think like probably ah, in the morning or something like that, I think I might get after him.

YK: Yeah he.....

RR: (Inaudible)

YK: See, oaky. He might say something though right?

RR: Well he already did, he said apparently he said a whole bunch of stuff.

YK: Did Nabil testify?

RR: Ah, I don't know the Nabil has, has completely missing in action, the brother is ah, ah.

YK: Is he hiding out?

RR: Yeah, yeah's he's not with, he's never seen at the majid he's never seen anywhere, I never, I've never seen him anywhere.

YK: See, ah, I guess um, am, Sheikh Ali I just not charged with anything, that, ah, he's not (inaudible).

RR: No, no, no, no.

YK: Okay.

YK: See, see like I told you he's got the toughest lawyer(inaudible)

YK: That's good.

26

**J.A. 3078**

**Govt. Exh. 1B2a**

RR: (Inaudible) so.

YK: (Laughs)  Did you, did.....

RR: Yeah but ah,  he's been,  yeah he's been avoiding me and I'm just avoiding him so.  He, he's paid him a lot of money to do it.

YK: I see.  And ah,  I guess,  you know,  I guess you're not in touch with ah,  Ali now

RR: No I called, I talked to him the other night and he got,  I told you he got kind of irritated that I called him.

YK: (Laughs)

RR: Yeah (laughs)  he was like ah,  he was like you know how the situation is ah.

YK: Yeah.

RR: (Inaudible) but then he put it on just ah,  just ah,  he didn't,  you know,  just  (inaudible) you know (inaudible)

YK: Hum?

RR: Yeah whatever  ah,  you know,  it's,  it's really sad and he gave me some ah,  you know he said if everyone in this Earth you know,   (inaudible)

YK: Yeah, yeah.

RR: (Inaudible)  had done this to me,  so this is true,  you know,  but it's,  it's time now, I, you know,  it's kind of like,  you know,  magically every,  (inaudible)  everything's is gonna come off of you and,  and,  and they won't be able to pay them any money at all (inaudible)  the only thing they're gonna be able to do is (inaudible0

YK: Okay.

RR: So that's really,  really your best bet,  even just,  um,  even though it's only temporary (inaudible)

YK: See,  ah,  see they're not ah,  okay they're,  see they're real interest is in our little,  little group right?

RR: Yeah, yeah, yeah, yeah, right.

27

**J.A. 3079**

**Govt. Exh. 1B2a**

YK: Okay, they're not trying to link us with.. (laughs)

RR: (inaudible) they're trying to link us with Bin Laden, that's what they're trying to do.

YK: Oh.

RR: that's exactly what they're trying to do.

YK: Are they trying to make us, well, what, bigger then we really are?

RR: Exactly, they......

YK: Okay.

RR: ....they don't k now how big it is, they don't know, I mean I think they have a glimpse. They see the paintball, they see the brothers who went over seas.

YK: Um hum.

RR: And they are hoping upon hope that they can......

YK: So that's, that's probably why they're naming all of these people they probably like I don't like a lot, they said they did name some of the guys from Maryland so. So they.....

RR: They're ah, in the search warrant, ah, for, when they, for me they took a, a, looking for evidence that we were supporting Bin Laden and Al Qaeda.

YK: Really?

RR: Which was, yeah which is total crap, I was, total crap, yeah I mean. Ah, they're looking for just what they're looking for, and if they can find anything, any mistake, (inaudible) then, you know, it's just enough for them to hang their hat on and, and start charging people then they're gonna do it, yeah, anything, I mean, which is crazy because at ah, at every step of the way I (ianudible) and I was just ah, you know.

YK: Um hum.

RR: But it, it doesn't matter ah, to them it's just (inaudible) looking to see what they can find (inaudible).

YK: Um hum.

28

**Govt. Exh. 1B2a**

RR: It's not in any way that you, let them, let them find, find things or not find things, you know, on their own effort, you know, don't, don't give them a shovel to dig their, their hole.

YK: I see. That's good, hey do you have um, I don't know because obviously, obviously you know but remember Aatique?

RR: Aatique, yeah.

YK: Did he, did he go back to, did he go back to the States?

RR: Ah, no, I, he came, came back to America and I don't know what ever happened to him, I, I know he is, he's probably in Pennsylvania.

YK: Yeah he, he, well, the last I saw him was in, you know, (inaudible).

RR: Oh okay, okay.

YK: Ah, you know, and then I was wondering like if he did go back because I told him it might be a good idea to go back.

RR: Yeah. I don't know, I have ah, I haven't heard from him ah, I haven't seen anyone except (inaudible)

YK: Everyone is just like doing their own thing....

RR: (Inaudible)

YK: ....you know, do their own thing?

RR: Yeah.

YK: Okay.

RR: Everyone doing their own thing, it's really depressing. (Laughs)

YK: (Laughs)

RR: (Inaudible)

YK: Yeah?

RR: And.

29

**Govt. Exh. 1B2a**

YK: Well man I hope everything goes well tomorrow, ah.

RR: Oh thank you brother, thank you.

YK: Yeah.

RR: If you don't hear from me, um.

YK: I may, doing whatever.....

RR: Call me, try to call me anyway.

YK: Okay I'll try to call you if, if um, but ah.

RR: But please ah, I think he's hear like about 4 o'clock, give Ashraf a call (inaudible).

YK: Okay.

RR: I'll recommend he check with me and I'll (inaudible)

YK: Okay. All right but, but ah, I guess (Inaudible)

RR: Yeah.

YK: Whatever happens is, you know, up to Allah.

RR: Yeah that's true.

YK: So.

RR: That's true, that's quite true so. All right well it was really nice hearing from you brother please try to keep in touch.

YK: Okay Inshalah, you got, I'll let you know ah, whatever happens, I'll try, if I get, if I'm alive, if I'm able I'll try and give you a contact or something, if not, maybe I with (inaudubiele) (Laughs)

RR: (Laughs) Yeah maybe.....

YK: Maybe, maybe, maybe in the summer is I don't know.

RR: Okay inshallah, but please, (inaudible) if you're still not convinced and I'm getting the sense that you're not. (Laughs)

30

**J.A. 3082**

**Govt. Exh. 1B2a**

YK:　(Laughs)

RR:　(Laughs)　Ah,　but the best thing to do is call a lawyer .　But ah,　you know,　do it. (Laughs)

YK:　Okay.　Okay Inshallah.

RR:　Okay (inaudible).

YK:　(speaks Arabic)

RR:　(Speaks Arabic)

YK:　(Speaks Arabic)

RR:　(Speaks Arabic)

　　　　(Call ends)　(Tape ends)

31

Govt. Exh. 1B4a

Yong Kwon and Randall Todd ROYER
04/17/2003

**SA Tracy Kneisler (Preamble):**  This is Special Agent Tracy Kneisler, the meeting that was scheduled last night between Yong Kwan and Massoud Khan did not occur at this location. The tape has been re-started today for a meeting between Yong Kwon and Randall Royer. It is approximately 12:55 PM right now. We're going to turn the tape off after this preamble, and it will be re-started when Randall Royer arrives at this location, so there will be a break in time between this conversation and when the meet actually occurs.

Knock at the door, sound of door opening.

**RANDALL ROYER (RR):**  Asalaama Alayekum, what's up.

**YONG KWON (YK):**  Alayekum Asalaam

**RR:**  Hamdela

**YK:**  How's everything? How are you?

**RR:**  Good actually... in shalla.

**YK:**  You look like you're ready to go to the...

**RR:**  Well, I am actually job hunting today.

**YK:**  You are what?

**RR:**  Job hunting.

**YK:**  What?

**RR:**  I' m working, I am working at MAS, but it is lame because they are not paying me anything, and you know, I've got four kids and I need a better job and I've just got a second job delivering papers and ah, that's garbage you know.

**YK:**  Are you serious?

**RR:**  Yeah, you know, I wake up at 2:30 and get there at 3:30, uh, get done at 7:30, and, and go to work and, you know it's crazy.

1

GOVERNMENT
EXHIBIT
1B4a
03-296-A

## Govt. Exh. 1B4a

Yong Kwon and Randall Todd ROYER
04/17/2003

**YK:** You need that straight I mean.

**RR:** Yeah, you know.

**YK:** He's that type?

**RR:** Yeah. Because they're paying me like, uh, 36 basically it's not nothing to.

**YK:** No, not what it takes.

**RR:** No. Anyway, a lot, but actually the, the positive thing is, you know, is I have very good experience in public relations and stuff, so I am going to all these PR firms.

**YK:** Yeah

**RR:** So I am going to stick with it.

**YK:** I think it will be all right.

**RR:** Yeah, I am sure, yeah, >>>> Anyway, well

**YK:** I don't know, I mean, right now, I mean the job, more freedom.

**RR:** Yeah

**YK:** The job is the furthest thing from my mind...

**RR:** Yeah I know, I know, I know, I know.

**YK:** Ah, I'm don't care if I can't get a job for the next whatever.

**RR:** Yeah, yeah

**YK:** Ah

**RR:** I'm exhausted, inaudible, laughter.

**YK:** So I mean...

**RR:** So do I....

2

**J.A. 3085**

### Govt. Exh. 1B4a

Yong Kwon and Randall Todd ROYER
04/17/2003

**YK:** ...they, they are supposed to call me, I don't know what's going on.

**RR:** Yeah

**YK:** I want to tell you...

**RR:** What's happening with you?

**YK:** Dead boy. Dead

**RR:** But there is nothing for them...even if they knew everything, then they would know that's there's nothing, right.

**YK:** I don't know....well, they know everything....actually the guy in Korea, the Legal Attache, whatever, the third time he came and...he gave me the subpoena.

**RR:** Yeah

**YK:** .... and uh, you know...'cause I gave him the whole story about what me...

**RR:** Right

**YK:** ...and MAHMOUD worked out.

**YK:** Of what, about me and my.....

**RR:** You didn't tell them what you really did right?

**YK:** No.

**RR:** Uh, okay...

**YK:** And then um, and then when he came back with the subpoena, I was like well, you know, you have your story.

**RR:** Yeah.

**YK:** And he was like this is what we, you know, we know.

**RR:** You know (laughs).

3

Govt. Exh. 1B4a

Yong Kwon and Randall Todd ROYER
04/17/2003

**YK:** And then they, they went and, I mean, they started from the night at my house.

**RR:** Yeah.

**YK:** And they even knew who was there.

**RR:** Oh yeah.

**YK:** They knew Ali was there and you were there.

**RR:** Yeah

**YK:** Me and Masoud.

**RR:** Ah, yeah

**YK:** Hammad, Calipha

**RR:** Okay

**YK:** They even know that... they even know that Nabil came.

**RR:** Yeah

**YK:** You know, they even know that (inaudible).

**RR:** They know Nabil came because Nabil told them.

**YK:** They knew Nabil came. They knew details like I didn't tell them...they probably even know what we ate, which I don't even remember.

**RR:** Chinese food. (Laughs)

**YK:** But

**RR:** Okay (laughs)

**YK:** But they said basically some things, I mean they said that, you know, that Ali Timimi told us to, you know, you have to leave the United States.

4

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

**RR:** Yeah

**YK:** And join the Mujahadeen wherever they are.

**RR:** Okay

**YK:** Um. Whatever country and they even have that you, me.....

**RR:** Um hmm

**YK:** ....Mahmoud and Masoud actually had like a confirm, like a confirmation that night that we were going to go.

**RR:** Yeah

**YK:** And they even know about the phone call we made from the 7-11.

**RR:** Oh. Are you serious?

**YK:** They know, I mean.

**RR:** To the, to the, to Pakistan

**YK:** Yeah, they even know my, I don't even know, they , they know my flight schedule, you know.

**RR:** Yeah

**YK:** Schedule, they knew my date when I left and the whole time I'm just like, you know, I don't know what to say so I'm...

**RR:** Um hum.

**YK:** ...just like, um, well , you know, I tried to fend off like most of the things didn't happen..

**RR:** Yeah

**YK:** ....and I was like well we had dinners in my house, you know.

**RR:** Yeah.

5

**J.A. 3088**

Yong Kwon and Randall Todd ROYER
04/17/2003

**YK:**   So, so it could be one of the many but, I mean, they were like. And then, I mean, they even knew about Aatique.

**RR:**   Oh really? Wow, Well I'll tell you what...

**YK:**   So

**RR:**   ...and here's the problem. You're, you're in a bind, because you lied to them, ah, you know.

**YK:**   Uh huh. Well this is...

**RR:**   And...

**YK:**   ...this is what he told me, he was like...

**RR:**   Okay

**YK:**   And then, you know, he said, you know, he went over the whole thing how Mahmoud and I got the visa and we left, well they know because are tickets were together.

**RR:**   Yeah sure.

**YK:**   And then they were like, and then we know you made your way to Kan... (inaudible)... and you know what, they even knew what the names of the camps are.

**RR:**   Oh what?

**YK:**   They know.

**RR:**   Wow

**YK:**   I don't know if they know they exact locations...

**RR:**   Yeah

**YK:**   ...but they, they know which town it's in.

**RR:**   Yeah

6

**J.A. 3089**

## Govt. Exh. 1B4a

Yong Kwon and Randall Todd ROYER
04/17/2003

**YK:** You know? Musafrabad.

**RR:** Yeah, yeah. Musafrabad.

**YK:** And then they know that, he even knew the names.

**RR:** Yeah

**YK:** And they kind of knew what goes on there. like what kind of training goes on there.

**RR:** Yeah, yeah

**YK:** And I was just like, you know. And then the guy was...

**RR:** But then, don't they know that the group was not ah, ah.

**YK:** Well he didn't say anything about that, he was just saying...

**RR:** Yeah

**YK:** ...that, you know, what you're looking at is conspiracy charge.

**RR:** Yeah, but conspiracy to do what?

**YK:** I don't know.

**RR:** This is the thing, it it's, I, know that, because this is on the search warrant, it, ah, you know, conspiracy between, between, and it says...

**YK:** Yeah he said you're looking at con, conspiracy charges.

**RR:** Yeah

**YK:** And he was like well, you know, I have your story, and we have ours. so you got, you gotta appear at the Grand Jury and he was like well you may be, you know, I could charge you with false statements.

**RR:** Absolutely

**YK:** But he was like well, you know that's not to define what you, what you, you know, what

7

## Govt. Exh. 1B4a

Yong Kwon and Randall Todd ROYER
04/17/2003

you have to do next is what really matters and he was like...

**RR:**    Um hum

**YK:**    ...the front of the Grand Jury. If you lie, this is perjury.

**RR:**    Absolutely

**YK:**    And he said then you go to jail.

**RR:**    Yep, that's right. Five years in jail. Automatic.

**YK:**    And he was like...

**YK:**    And he said if you, you don't talk, then you get contempt.

**RR:**    Yeah, probably.

**YK:**    And then he said, well this is what he told me.

**RR:**    Yeah

**YK:**    He was just like, you know, if, actually if you get like con... like perjury or whatever, your sentence might... that sentence might be even longer than the original conspiracy charge.

**RR:**    Absolutely right. Probably five years. Uh, five years is the minimum for conspiracy. The maximum, I think...

**YK:**    So

**RR:**    (Inaudible)

**YK:**    So, I mean like, what's the, you know?

**RR:**    Well first of all, you know, I mean first of all you...

**YK:**    Well they know that, I mean I'm, I'm sorry...

**RR:**    Yeah

8

**J.A. 3091**

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

**YK:**   ...they know that you're the.

**RR:**   Yeah I know, I know.

**YK:**   I think they knew for a long time, they know that you're the contact man for Lashkar.

**RR:**   A contact, yeah I know that, I know that.

**YK:**   They know that you're the one who, you're the one who's.

**RR:**   Yeah

**YK:**   They know that ah, you went...

**RR:**   What?

**YK:**   ...the first time.

**RR:**   Yeah, I know, I know that

**YK:**   They know that Ibrahim went the second time?

**RR:**   Yeah

**YK:**   They know that Saif went.

**RR:**   Right, right

**YK:**   I mean they were on this thing like way before so. I told them like, well I couldn't deny that, you know I didn't go to Pakistan.

**RR:**   Right

**YK:**   So I said yeah I was in Pakistan, um and I couldn't deny about the dinner.

**RR:**   Yeah.

**YK:**   I mean they apparently knew more than ...

**RR:**   Sure

9

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

**YK:** And so. I mean, and then, you know, I was thinking about why you, what you said and we, if we, you know, 'cause Lashkar wasn't on the terrorist list.

**RR:** Right. Exactly.

**YK:** So, I mean, if we can't get away because, I told him, you know, when I go to the Grand Jury, this is what I told the Legat ...

**RR:** Yeah

**YK:** ...I, I can't tell, I can't say for others but I'm just gonna say what, what, I've done.

**RR:** Right

**YK:** You know, what I have done.

**RR:** Right

**YK:** I'm not gonna say something I might...

**RR:** No but they will, no, no, but they will ask, see they get very detailed. They'll ask you what do you know, ah, what did so and so do, and what did so and so do, and what did so and so do. And you say, "Well, I don't know. Ask them." And they're not going to take kindly to that. They're going to say, "No. Tell us what you know." And you're, you're gonna be like well no I'm not going to tell you, that's obstruction of justice and if you say well I plead the Fifth on that they're gonna say well you told us everything that you did, you know, why don't you tell us what they did? Ah, here's, here's the , here's the thing, you can only plead the Fifth Amendment if um, ah, because the Fifth Amendment protects from ah, from ah, from incriminating yourself, you have the right not to testify about yourself, right?

**YK:** Oh, But they...

**RR:** But you don't have the right to not testify about other people unless testifying about those other people is gonna get you in trouble in, indirectly. But, the problem about that is if you tell them everything about yourself, what's gonna stop you from telling them about somebody else.

**YK:** Well basically, I mean.

10

**J.A. 3093**

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

**RR:**  Yeah

**YK:**  If the penalty's not that big.

**RR:**  Yeah

**YK:**  Because at this point I'm thinking they know everything.

**RR:**  Yeah, yeah

**YK:**  And, and, and if I, okay I did somewhat, a small conspiracy or whatever.

**RR:**  Um hum

**YK:**  I'm just like listen, you know, I'm just letting you, instead of lying and contempting...

**RR:**  Right

**YK:**  Adding on to my sentencing, whatever it is.

**RR:**  Yeah

**YK:**  Decide, you know.

**RR:**  Yeah

**YK:**  If I do their charge.

**RR:**  Yeah

**YK:**  I'm just like, my thinking was that at the time...

**RR:**  Yeah

**YK:**  ... and the Legat (inaudible)

**RR:**  Yeah

**YK:**  I'll, I'll admit what I did.

11

**J.A. 3094**

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

**RR:** Right, just tell them what you did.

**YK:** And then.

**RR:** Yeah

**YK:** You know just give me what I am going to get.

**RR:** Right. Exactly, right.

**YK:** And that's it.

**RR:** Yeah, yeah

**YK:** And, you know, then he , he was like you have to go into the Grand Jury and tell you, you know, whatever, whatever you did, um.

**RR:** Um hum

**YK:** So I mean that's what I'm thinking right now. I mean what...

**RR:** Yeah doing that (inaudible).

**YK:** What do you think? Do you think that's smart?

**RR:** My thought on that is, and I'm just telling you what, what I've heard from the two lawyers that I've had so far, I mean, and I have five. That's only a problem for you if, I mean, for, us, for anything, that's only gonna be a problem if any of what of what we did they can make it to appear illegal, you know? If you like for example, for busting...

**YK:** I don't think, I don't think they'll go through all of this trouble coming to Korea.

**RR:** Yeah.

**YK:** And they came to my job the second time they came. I, I mean.

**RR:** But look, look here's the thing, I mean if, if, ah, if I get ten people, and they all got together and said look let's go, ah, lets go dye my puppy pink....you know what I mean? And they all did it and they got together and one guy went to get the paint and the other guys, you know, they gave him the money and stuff and they died a puppy pink and they

12

## Govt. Exh. 1B4a

Yong Kwon and Randall Todd ROYER
04/17/2003

come in there and say all right you know ah, you were arrested because you guys are charged with conspiracy and what not and you wanna tell us what you did, they said yeah, but what we conspired on was not illegal so just the fact that.  So the point is that if um, and, and, and it, it, it is really approaching you know what I mean...

**YK:**  Yeah

**RR:**  ...illegality because the , the group was, was, declared illegal at some point and what not.  But the, the fact of the matter is that what we did, none of what we did, you know.

**YK:**  Then what ah...

**RR:**  Approaches illegality, right.

**YK:**  Well then why don't I just tell them?

**RR:**  Well their response...

**YK:**  Tell them everything, you know.

**RR:**  See.  The response I got to that from lawyers was ah, because if they then wind up um, you know, being able to make some kind of connection because look, they'll find anything, they're, they're, they're gonna comb through every single one of our actions to find anything that was illegal about it.  You know for example...

**YK:**  Uh huh

**RR:**  ...maybe, you know, maybe ah, ah, oh gosh I don't know, you know, maybe um, maybe they'll say ah, participation, like with ah, ah, what they're thinking of doing with Ibrahim, participation in a conflict in which the US was not a.

**YK:**  Yeah

**RR:**  You know saying something like that.  I mean and that's like something like that, you know, 70 days in jail or something like that.  Right. ·But, but see they're, they're looking for any, and apparently they, they decided not to do that,  you know what I mean?

**YK:**  Yeah

**RR:**  They're looking for something else.  They haven't charged anyone with anything yet and

13

**J.A. 3096**

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

frankly.

**YK:** This is, this is what.

**RR:** Yeah

**YK:** They were basically trying to sell, was like, we have the information. we know what happened. We know what you did.

**RR:** Yeah

**YK:** You know why you did it, I mean yeah he's trying to scare me...

**RR:** Yeah, but the question is...

**YK:** But what....

**RR:** Why don't they charge us then?

**YK:** Yeah, that's the thing, he was like...

**RR:** Yeah

**YK:** ...well we'll go to the Grand Jury, you know, and it's up to you, you know, you can either make it.

**RR:** Yeah

**YK:** Hard on yourself or you make it easy on yourself.

**RR:** But, but, real, realize as well ah, if you have a lawyer, a lawyer will be telling you the other side of the story. Because there are two sides to this story, you understand? The one side of the story is a story they want you to hear which is, you know, um, ah basically, you know, you know you have, ah, you have no, ah, ah, you, you must talk and you must do this and if you don't, this is gonna happen and (makes noise) which is all fine and good if, as long as it's like, you know, I mean but what, but what I'm worried about is if you go in there or I go in there and we say everything, and they find some little tiny detail of something that we did that was illegal and then they try to apply that to everyone, you know what I am saying?

14

**J.A. 3097**

Yong Kwon and Randall Todd ROYER
04/17/2003

YK:   Well. We didn't do anything else

RR:   No we didn't.

YK:   (inaudible.)

RR:   Yeah.

YK:   So I mean if this thing....

RR:   Yeah

YK:   ....is similar, because I.

RR:   I mean, I'm not going to say...

YK:   I mean I can't say like no.

RR:   Yeah

YK:   When they have the facts in my face.

RR:   Right you can't.

YK:   I mean like, you went there I mean.

RR:   Right you can't.

YK:   You know well I was upset, I could say okay I'm not going to say anything but.

RR:   The problem is, you don't know what they know. and that's why you never lie to them, you either don't talk or you tell them everything. Those are the only two options.

YK:   I think this is like the, the test. the Grand Jury but how much...

RR:   Yeah

YK:   ...time coming from the Legat in Korea. So I'm just

RR:   Yeah.

15

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

**YK:**  I mean

**RR:**  None of these people are on your side, you know what I'm saying?  These people want to do their news conference where they busted a cell.  And I can see something like, you know, you know ah, Ashcroft coming out and ah, you know, he ah, you know, ah, the terrorist cell stretching from ah, the Nation's Capital to Bosnia to Korea has been uncovered.

**YK:**  Laughs

**RR:**  No really, you know what I mean?  And, and, and and, and, making all kinds of, you know what I am saying?  But then the real thing that maybe would charge us, is something like nothing.

**YK:**  Um hum

**RR:**  But the fact is that ah, they did.  You know they um, they claimed, they said that they had busted 70 different terrorists last year, but then some media went through it and they found that these people are all actually charged with like, you know, visa violations and had nothing to do with terrorism, I they just want some big show, you know what I am saying?  So this is the problem.  and the problem with going and talking to them is that you give them, you know, you don't know what they know and you don't know what they don't know...

**YK:**  Well they tell me what they know.

**RR:**  ...Yeah, but.

**YK:**  (laughs)  Pretty much everything.

**RR:**  Yeah, yeah

**YK:**  I mean I was just like what they, you know, and of course I did business in Pakistan after, you know...

**RR:**  But they might suspect some of those things.  and then you go on and say yeah we did that and then they're, you know, okay now confirmation of it and now we're going to charge you with.  where as they might not be able to charge you or us without that you understand?  you know what I'm saying?  I mean, ah.

16

**J.A. 3099**

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

**YK:**  I mean so what's, what's it mean.

**RR:**  I think we should talk to a lawyer, I mean.

**YK:**  Um

**RR:**  This is a matter, ah a major issue, whatever the lawyer says, see what the lawyer might tell you go in there and spill your guts, you know what I am saying?.. And you gotta do what you gotta do.  but what I am saying is that it, you owe it to yourself to at least get some legal advice on it.  You know, and if you call, here's the deal also, by the way, you call them up and you tell them look I have a lawyer, um and he's um, he needs time to look at this and he needs time to understand it and everything.  So and, and they'll have no choice to ah, to um to cancel your, your testimony today.  At the very least, doing that is going to buy you a week, ah, ah, at the very least a week, two weeks to talk to a lawyer.

**YK:**  Yeah

**RR:**  And it's, it's not going to hurt your situation, it can't hurt you, um, um to talk to a lawyer.

**YK:**  Yeah

**RR:**  I mean you...

**YK:**  What I'm afraid of is that...

**RR:**  What?

**YK:**  You know there's, there's nothing like I said, the penalties like some of these are.

**RR:**  Yeah

**YK:**  And, and no reason, you know, to try and put up a fight or whatever.

**RR:**  No, but you.

**YK:**  I mean the good...

**RR:**  But maybe you're lawyer will say go in there and spill your guts,  all right, at least you'll have a week to, to get yourself together, I know you're kind of thinking on one hand I, I wanna get it over with.

17

**J.A. 3100**

## Govt. Exh. 1B4a

Yong Kwon and Randall Todd ROYER
04/17/2003

**YK:** Yeah

**RR:** Right?

**YK:** I just wanna get it over with and, you know, my parents are left, I don't know what those Koreans would, you know.

**RR:** Yeah

**YK:** I'm sure they've got surveillance on my parents, you know and.

**RR:** Yeah

**YK:** And I, you know, it's one thing...

**RR:** A little rough

**YK:** ...if I get screwed away.

**RR:** Oh yeah?

**YK:** But it's another thing.

**RR:** No man.

**YK:** See my parents didn't do anything or have anything to do with it.

**RR:** Yeah, and those Koreans are infamous, infamous ...

**YK:** So I'm just like, and he has a business and I don't know what.

**RR:** Yeah

**YK:** And they don't have to physically like do something to them. they can like, you know, like, I don't know, do something with his business.

**RR:** You know I would honestly like to know um.

**YK:** I just wanna get it over with.

18

## Govt. Exh. 1B4a

Yong Kwon and Randall Todd ROYER
04/17/2003

**RR:** Right, I would honestly like to just go in there and say, look man, this is what we did...

**YK:** That's what we do.

**RR:** I mean what we did?

**YK:** And this is

**RR:** If it's illegal, charge me, if it's not illegal, go away.

**YK:** Yeah, Yeah

**RR:** Leave me alone

**YK:** If I did something wrong, you know.

**RR:** Yeah

**YK:** That's what I'm saying, wonder , and that's why I was.

**RR:** Yeah, yeah, well.

**YK:** Instead of everybody running around and lying and then, I mean we all...

**RR:** Oh no, I know.

**YK:** ....can get perjury and to sit in jail for five years.

**RR:** No No No... not lying. Lying, I mean, is definitely the worst possible option.

**YK:** So why not tell the truth? They know everything...

**RR:** Yeah, I know.

**YK:** They know I went to the camp, they know that.

**RR:** But

**YK:** You know

19

**J.A. 3102**

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

**RR:** But the question is why play their game you know? why just not say, "no, I'm not talking."

**YK:** See, um, basically, the Legat was, "you make it hard on us, we make it hard on you." You know?

**RR:** Yeah

**YK:** Because if I'm like, okay if it's murder or something.

**RR:** Um hum

**YK:** You know, or maybe, you know, if I actually went into a combat... *12:41:21*

**RR:** If you did something wrong.

**YK:** Wrong then I might, I, then I have no choice then to fight.

**RR:** Yeah, yeah, I know.

**YK:** But if it's not something that we did, we all did is to go to this camp, it's not even a terrorist camp and , you know, you helped us get there or whatever...

**RR:** Yeah

**YK:** ...Ali told us to, you know, go there.

**RR:** Yeah

**YK:** I mean it's just, if it's not like wrong, why fight to the end if it's not...

**RR:** 'Cause they're not interested in fairness. they're not, they're, they're they're not gonna, they're not just sit there and listen to you say look we, we just want, let's let's go to camp, the group's not a terrorist organization, we didn't have no intention of going to Afghanistan to fight Americans. we just went there to (inaudible) they're, they're not gonna go whew, okay I guess we were wrong about, you know, the idea of.

**YK:** Right

**RR:** Maybe you guys were going to get to Afghanistan, they're gonna continue to ah, and

20

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

continue to look and they're gonna pry any statement that you could possibly say out of your mouth that's gonna indicate, you know, they're gonna say so you're telling us that um, that there's no way you would have gone to Afghanistan to fight? You know, and then and then you're gonna say well you know, ah, you know, maybe, ah, I would have, you know what I am saying and then you know, I mean any little teeny, tiny thing like that, I, I don't know what, I don't how. But they're gonna try to and these guys are brilliant you know and they're, they're lawyers you know what I am saying and you're just a computer programmer guy you know what I am saying? (Laughs.)

RR:   And they, here's, let me tell you something else, they know in their mind about like what constitutes certain crimes.

YK:   Um hum.

RR:   And, and the, the, the actions that constitute those crimes. and they're, they're trying to fit our ah, what we did.

YK:   Um hum

RR:   And they're trying to, they're trying to fit those in those cookie cutters.

YK:   Um hum

RR:   So they're gonna ask questions to try to, to try um, place what we did within one of those cookie cutters. I mean I know for example that when they were asking when I , well I wanted to testify um.

YK:   You testified for them?

RR:   Yeah in front of the Grand Jury...

YK:   And you're out?

RR:   No but it had it, this was like ah 8 months ago. it had to do with ah some brothers in the St. Louis.

YK:   Oh

RR:   And it was like, something like um, you know, ah some brothers and like that I had met in like '93 that started the Maschaf (sic) in St. Louis. I haven't seen them for like 7 years so I

21

**J.A. 3104**

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

went in there and was like, I don't kn ow anything about them other than the fact that they were nice people and I never heard them say anything about, you know, fight America or something like this. That was all I could say and nothing else, you know, and then they , but I, but I have a feeling that they used that issue to get me there right 'cause then they start, then they start asking me about Bosnia. I told them everything about Bosnia, I went to Bosnia. I fought, I did this, I was with Arabs, I fought, you know what I'm saying? It wasn't illegally, I fought.

**YK:**    You actually fought in Bosnia?

**RR:**    Yeah

**YK:**    Oh really

**RR:**    Yeah, I told them everything, you know, and um, but.

**YK:**    But that's not illegal is it?

**RR:**    It's not illegal but he kept asking me things like, "did anyone send you any money when you were there you know, any like care packages even like a box of ah, cookies or something like that."

**YK:**    Laughs

**RR:**    You know why he is asking that?

**YK:**    No

**RR:**    Because he's looking for some.

**YK:**    Yeah

**RR:**    Means of, of tying like financially because if there are any finances involved...

**YK:**    Um hum

**RR:**    Then it becomes like a RICO, conspiracy which is like this mafia, well anti-mafia law right.

**YK:**    Um hum

22

**J.A. 3105**

## Govt. Exh. 1B4a

Yong Kwon and Randall Todd ROYER
04/17/2003

**RR:** And if, if it um, just for the future, I mean I know that ah, ah, going to Bosnia was not illegal but if they can find anything wrong about that, anything illegal about that, and then they find, they tie money into it, it just, it just compounds the whole issue.

**YK:** Um hum

**RR:** And if there's no money involved, they can't make it like a, a conspiracy right because the conspiracy is like involving money.

**YK:** Um hum

**RR:** That's what the Mafia thing, that's why they got Al Capone about the, you know, ah, not paying taxes and the mob finances. So the issue is, you'll find that if you go in there you'll find that they'll, they'll and, and you, and you really talk to them you'll find that they're gonna ask you questions and you're not gonna understand why they're asking them. But they're asking them so that they can place what we did within a certain context, a certain rubric you know? That's exactly what it is, and you don't know what that is. So the whole thing is you're going in there at a disadvantage, you're going in there without having talked to a lawyer, ah, you're going in there, you know, essentially with this, you know, false statements hanging over your head 'cause making false statements to an agent, ah government agent is a crime, is a crime.

**YK:** Um hum

**RR:** And you did that.

**YK:** But, un, unfortunately, the ah perjury is an even bigger crime.

**RR:** Right but, but if you tell them I'm not gonna talk to you, go to hell, you know, ah, um, you know, on such terms or another, yes they can then say well okay we're giving you...

**YK:** Well I think, I mean, yes you're right they try to tie in.

**RR:** No listen, listen, if you tell them I'm not gonna talk to you, you know, they're not just gonna charge you with contempt right away.

**YK:** Yeah.

**RR:** What they're gonna do is they're gonna take you before a judge, and they're gonna say to the judge, ah, we wanna talk to him, he's not talking to us. we want you to grant him

23

**J.A. 3106**

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

immunity and then the judge will say okay why aren't you talking whatever, and then you'll say, whatever, "because I don't wanna incriminate myself." And then the judge said okay, I'll grant you immunity to what um, you know, to what you say about yourself and then, you know, you go ahead, you at least now you're a step ahead of the game, at least now you have immunity about anything, anything you say about yourself can't incriminate yourself. You know what I saying? There's nothing wrong with that. They're not just going to instantly charge you with contempt. they're gonna, they ah, if you, if you refuse to talk even after they grant you immunity, then yeah. but what they're gonna do is they're gonna ask you about you and then you're gonna clearly be able to talk about yourself because anything you say about yourself isn't incriminate you. But um, they're...

**YK:**  Yeah

**RR:**  ...gonna ask you about other people and they are gonna say and, and you're gonna have to say everything you're gonna have to because now you have the immunity and now you have no right not to say nothing.

**YK:**  Okay then let's, then what's.

**RR:**  What's wrong with that right?

**YK:**  Yeah. I mean, what I'm talking about...

**RR:**  But at least you'll, but at least...

**YK:**  ...let's get it over, okay.

**RR:**  Okay, but at least if you do that you're a step ahead of the game because now you're not, not every word that comes out of your mouth is gonna be.

**YK:**  Turning my thoughts (laughter). Ah, what's these, I'm a incriminate everybody else. I'd rather just incriminate myself and not everybody else involved, you know, that's involved.

**RR:**  I'm just telling, I'm just telling you that at least that's one way you know.

**YK:**  I think, I mean this is just me I, I, I mean,

**RR:**  Yeah

**YK:**  I think that that's, I came here thinking.

24

**J.A. 3107**

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

**RR:** Yeah

**YK:** Look you know I, fine, I went to camp, whatever, if I did it wrong.

**RR:** Yeah

**YK:** I'll serve my time, whatever it is, hopefully it's not too long you know what I mean? It's just, if there's nothing wrong, maybe they'll let me go.

**RR:** Yeah. Yeah, yeah, I know.

**YK:** You, you know and I, I just really to tell you the truth, I really just want to get back to Korea.

**RR:** Yeah. The thing is, but with the, it's not, it's not that there's nothing wrong then maybe they'll let go. the thing is after you testify and if after examining and going through a fine tooth comb, they can't find anything to charge us with which is what they wanna do, then, then they'll, you know.

**YK:** Um hum

**RR:** But it's not like, you know, oh okay, now we understand yeah, and they already know everything, like you said. And I think...

**YK:** That's the, that's the thing I don't get. They know everything, but yet...

**RR:** The fact that they didn't charge us with anything means that they don't have anything to charge us with yet and that fact that they...

**YK:** But they know...

**RR:** ...want all of us, they want all of us to testify is so that they can find something to charge us with. And so if we don't talk to them, they won't have, be, won't have anything to charge us with.

**YK:** But it's not like they're gonna go, and this thing can just go on and on, they'll be you know, okay, if you don't mind living with, you know the FBI following you everywhere and...

**RR:** No, no, no

25

**J.A. 3108**

### Govt. Exh. 1B4a

Yong Kwon and Randall Todd ROYER
04/17/2003

**YK:**   And bug, bugging.

**RR:**   And they'll do that anyway, believe me.

**YK:**   Well, yeah well now I'm pretty much but still.

**RR:**   Yeah. Well

**YK:**   I mean the way I'm thinking the, obviously I can't just get up my stuff over and go 'cause there are other people involved right?

**RR:**   Right.

**YK:**   Right but just, wish, I wish I could do that.

**RR:**   Yeah

**YK:**   You know

**RR:**   I mean my thinking is....

**YK:**   I may not do it.

**RR:**   I'm, I'm just, look, you're obviously have to make your own decision you know, my thinking is look, my thinking is they haven't arrested me with anything. They've arrested Ibrahim on some ridiculous immigration thing and they, and they can't figure out anything to charge him with. They haven't charged anyone with anything. So if they haven't charged anyone with anything so far, and this is, this is what my lawyer is telling me, then, it makes no sense to talk to them. The reason is that, the reason they want us all to testify is so that they can find something, anything to charge us with right? And then ah, you know, you know, use our words to do it with. So why help them in this, in this stuff? You know when, if you, if you refuse to testify even after getting immunity and you're charged with contempt and you're jailed for contempt, which I fully expect to happen to me, you know, that is going to be, you know, 18 months in jail, maximum, maximum, maximum. by the way, they, you can even avoid contempt by the way, but I'll talk, I'll tell you about that in a second. Okay so I spend 18 months in jail right, I go to jail, I read the Koran, I memorize the Koran, I, you know, hang out, lift weights, know what I am saying. I don't wanna go to jail, right, but what I am saying if that on the other hand I go there and I tell them everything, you know, and then they manage to find something, as far as I know nothing I did was illegal, but they manage to find anything because they have an

26

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

interest in doing it. they want their big old news conference with your face splashed all over the newspapers, and talking about ... . you know what I'm saying? That's what they want right? So they find any teeny tiny thing and they, and they build a humongous scenario around it. You know, they get what they want and I go to jail for I don't know, longer.

**YK:**  But the thing is you, you, you hear, I mean what the Legat was saying that if you go to jail for perjury and you'll find whatever to add on to this thing.

**RR:**  You won't go to jail for perjury, you'll, you'll go for contempt.

**YK:**  Well contempt, what, whatever you know?

**RR:**  Yeah but yes, that's right but.

**YK:**  So, but what I am saying is that if they's gonna charge us anyway, so ....why, why add 18 months you know?

**RR:**  If they were gonna charge us they would have charged us. This is what the prosecutor told my lawyer. He said if, if we had anything 'cause my lawyer says so why don't you just charge him with something if you have something. He said if he had anything to charge him with he wouldn't be walking around on the streets right now. That's what he told him.

**YK:**   But they told me that they, everything. You know everything in detail...

**RR:**  Yeah, but they have nothing to, conspiracy to do what? To paint a, ah, to dye a puppy pink? Really. They have nothing, they have conspiracy to do what? This is the issue, they don't, don't have anything yet.

**YK:**  But ah

**RR:**  They are waiting for someone to say something about Afghanistan. This is what they are waiting for someone to say. For someone to say. Or someone to imply. Or somebody to let slip, or, or something like that, which, to my knowledge, never happened, right? And I hope it didn't happen 'cause that was not what my intention was. They want someone to say well don't you think Sheik Ali when he said go to um, to go to Mujahadeen anywhere do you think that that anywhere included Afghanistan? This is what he's gonna say, and if you say yes it is conceivable that it did include that you know then, say he's gonna he's gonna paint this as an enterprise to one...

27

**J.A. 3110**

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

**YK:** But we, okay, but even if I, oh, oh okay, Ali did say, whatever. Ali did say join the Mujahadeen wherever they may be.

**RR:** Yeah

**YK:** In the world.

**RR:** Yeah

**YK:** And which ever way this open and then okay, ah, for us, Kashmir was open and then...

**RR:** Yeah.

**YK:** ...and then, and , and we knew that , well, from what we knew back then, Lashkar was the...

**RR:** Yeah, the place to go

**YK:** You, you know the place to go and they were on the Sunnah, or whatever,

**RR:** Yeah

**YK:** So we chose to go there. So...

**RR:** They're gonna say do you, do you think that, they're gonna say do you think that Ali, they're gonna ask, do you think that Ali wanted people, wanted you guys to go to Afghanistan? Do you think that by saying that, this is what he meant? You know that Afghanistan was one of those places. see? And they're gonna ask it in such a way that you're not gonna be able to deny it. You're gonna say no I don't think that's what he meant, they're gonna say why do you think he didn't mean that? And you're gonna go like ah, you know know what I am saying?

**YK:** Well he, did say one place specifically....

**RR:** Yeah I know.

**YK:** ....(inaudible) but he did mean in general ah, so.

**RR:** Do you see where I am going with this? And if you wind up saying anything that gives them the impression, I mean you might not have personally had the intention of going to

28

Govt. Exh. 1B4a

Yong Kwon and Randall Todd ROYER
04/17/2003

Afghanistan right, but they're gonna say that Sheik Ali intended this, you know, and you're, and they're gonna say like would you have gone there? Did you, did you go there with any intention whatsoever, um or thought that you might wind up in Afghanistan? If you say yes, it makes me part of a conspiracy and everyone else part of the conspiracy and Sheik Ali part of a conspiracy to fight against Americans, you see what I am saying? See so he, so they're gonna, they're gonna chop and cut and paste and parse this stuff to find anything they can do to do this to charge us with somehow trying to fight Americans....I know because the , for example part of the, ah, search warrant said any, any search, any, um, evidence of any support for Al-Qaeda or Usama Bin Laden.

YK:    But we didn't have anything.

RR:    No but they're looking at some...

YK:    That's what I'm saying really small time, we just went to Lashkar and Kashmir..

RR:    So are all these people that they have been charging.. You should see, Sami Al Arian the web master for IANA, they, they charged him with a little in, indictment and with a little, ah, a little, I told you, some little ah, ah immigration thing. But, but it's like ah, ah it's a 15-page indictment and 14 of the pages are about Sheik Al-Sam Auwda (? inaudible) and how he is a radical you know. and the other page, and about some Fatwa that IANA posted on a website that was a retarded Fatwa. This Fatwa from Shiek (inaudible). And what's he charged with? For not saying that he's gonna be a webmaster when he came to the U.S., and leaving that off his application only, only mentioning the doctorate that he was studying for. it's nothing. but there is 12 pages that was all over the paper. And not only that by the way, then after that, they got a brother, an African American brother, who um, was an, um, IANA, like wrote for IANA, did was an activist for IANA. As a result of the Sami Al Arian thing. They don't care they're they're not gonna say ah, this is small time, they gonna say this is small time, let's pump this up as big as we can but they know it's small time, but they're I guarantee, no lie. I could write their press release for them. I could write Ashcroft's statement for him at his news conference, how this blew up.

YK:    Who's Ashcroft, I don't

RR:    The (laughs) the Attorney General. The guy who...

YK:    Oh

RR:    But the head of the Justice Department, the FBI's boss and everything.

29

J.A. 3112

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

**YK:** Oh

**RR:** So that the , that's the, the dilemma you know. the dilemma is: do we, in the words of, of Ashraf Nubani the lawyer, do we eat the contempt, eat the contempt charge right? Or do we testify with the a very, very distinct possibility of fulfilling the FBI's hope that we say something, anything, to give them something to charge us with? Right now they have nothing to charge you for. It's in our legal interest, not just Islamic interest, it's in our legal interests to say, "I am not going to talk to you. you have something to charge me with, charge me with it, if you don't have something to charge me with, then go to hell." It's in our legal interest. If they have something to charge us... all these other people, by the way, they didn't um subpoena them. I honestly went back and I looked at, at all of these cases of these brothers, I don't know if you have been paying attention. They have arrested, indicted a whole a lot of people from IANA to the Equan groups to, to other groups, to other thing. All of these people, none of them, they didn't ah, they didn't bring them in to, to talk first, they just got them, 'cause they had something on them...any little tiny thing. They didn't do anything.

**YK:** That's what I think, ah, I think they're doing, if, if they have something on you, they'll bring you in and lock you up.

**RR:** Yeah, look at what they did to Ibrahim, they didn't, they didn't, they didn't.....

**YK:** And then, and then but in the end they will charge, they'll get to what they want you know what I mean?

**RR:** Yeah. But there is no point in trying...

**YK:** But I mean, okay I understand but.

**RR:** You, you're not gonna go to jail, your not gonna go for perjury, if you go, if, if, if, worst case scenario, you're in jail for contempt for not talking. Okay, so you're in jail for um, you, know for, for 18 months, I mean how does that get you, it's, it's, that doesn't hurt you but then they wind up eventually finding something to charge us with, I mean you know, you're in jail, so what?

**YK:** I suppose just to add on more (laughs)?

**RR:** No, but it doesn't add on more, it doesn't add on more, you know what I am saying? that's going on at the same time as, as something else, you know what I am saying. It doesn't add on more. But yes, it is a gamble though, it's a gamble you know?

30

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

**YK:**   I, I, do, do, the way I see it is,  just the way they told me everything in detail

**RR:**   Of course they, the, the....

**YK:**   I

**RR:**   ...way they told you but, but a lawyer will tell you something different, what I've been telling you is what the lawyers have been telling me, you know?  These things don't have any, you know, um, these guys have an interest... while they have an interest in jailing you and charging you with something, that's their, that's what they wanna do.  They don't wanna really get to the truth of the matter and then in fact you haven't done anything then see you later.  they wanna see you behind bars okay, they wanna see me behind bars and wanna get a feather in their cap and they wanna get their bonuses.  and this is what they want.  So they're gonna tell you anything and they're gonna do anything to make that happen right?  But a lawyer is gonna do anything and tell you anything he can to keep your butt safe and out of jail right?  You at least need to hear the other side, what I have been telling you is just what I have heard from these lawyers.  You owe it to yourself along with, not just to  hear their side of the story, you owe it to yourself to hear the, the other, the real side of the story.  You hear what I am saying, from the another point of view, I mean that's just from what these guys, these guys will tell you anything.  That was my mistake, I listened, I shouldn't have even testified in the first place for these guys sure enough you know?  But.  I mean well I, it's in no one's interest, no one is interest that you testify, not in my interest.  Not your interest, I'm not going to talk to them, whatever, whatever and I can't fault you, well I, I'm not gonna say oh that darn Yong, no, he just did what he thought was right.  But if you, knew the situation, I've been going through this for over a year now and I've been where you are and I thought exactly what you thought and I think differently now 'cause ah, I've talked to a couple of lawyers and looked at the situation, and ah, I researched it and  I've heard what this prosecutor is saying and how he doesn't have anything  to charge him with and I realize it.  You know, these guys don't. The way to do it is you go in there and you say I'm I am exercising my 5th Amemdment right not to incriminate myself.  If they want to bad enough, if the want to bad enough and the prosecutor by the way told my lawyer that if, that if, if he knew I was gonna go in there and say that, then he's not gonna bring me in 'cause he doesn't wanna go through the whole circus, yeah know.

**YK:**   Yeah

**12:59:02**

**RR:**   But worse case scenario, they they say okay, they'll take you before a judge, this guy

31

**J.A. 3114**

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

doesn't want to talk with us and you give him, and the judge said son what's going on, you tell him, look I never did anything illegal, I never intended to harm this country, and ah, however, I believe that this is a fishing expedition to ah, ah, ah, in part of some anti-Muslim campaign and to find anything ah, that, that Muslims have done wrong and blow it into something or whatever. And I'm not going to participate in it, they can do anything that want to on record, I, I, I don't care what they do, I am not going to help and I'm not gonna be a part of it and so, ah, ah, and, and you know, say things like that and these people are just shredding the Constitution for what for their own political benefit, and I'm not gonna help you do that. And then the judge says, "all right, ah, I'm gonna give you immunity and you, whatever." And they it back, back to the prosecutor and the prosecutor says all right now talk and you tell them I'm not gonna talk to you for the very same reasons I told you before. I am not going to talk to you and you take me before a judge if you want and I'm not, I'm not co-operating and the judge will give contempt, this is the thing about the contempt, contempt is not a crime, contempt, ah, charging you with contempt is a coercive measure to get you to talk. If the judge thinks that by putting you in jail you would talk, they'll put you in jail. If the judge thinks that whether he puts you in jail or doesn't put you in jail, legally he can't put you in jail because it's, it's, it's not it's a coercive measure it's not a punishment, it's it's it's a way to get you to talk and then if after three months the judge looks at it again and says you're still not going to talk, and you go to the judge and say "Look judge, I'm reading the Koran, I'm I'm studying religion, I'm lifting weights, I'm having the time of my life...

YK:     Laughs

RR:     And I'm not gonna, I'm not gonna participate in this charade." And he, he thinks that you have balls, as what Ashraf said, then he say, "all right, get out, you're free, you're not have to talk." Right? That's the thing but in the whole scheme of things, grand scheme of things, you haven't helped them. You haven't given them the shovel to dig your hole with. You know? I know I didn't do anything illegal, I know I know you didn't, I know none of us did, but I don't know if you...

YK:     Well apparently they seem to think it's some kind of a conspiracy I don't know.

RR:     Well think, they do think it's conspiracy, they think that it has something to do with sending people...

YK:     Although I

RR:     ... to Afghanistan.

32

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

**YK:** But one, you know, it don't

**RR:** Right but we didn't...

**YK:** Lashkar, we went to Lashkar camp and, and at the time.

**RR:** They are looking for any connection they can make. Any connection they can make. And they'll (phone rings) they don't have it, (inaudible) (phone ringing)

**YK:** (On the telephone) Hello. Yes. Okay. 3 O' clock? Okay. Okay so you're gonna provide the transportation? Yes, Comfort Inn.

**RR:** Get a phone number.

**YK:** (Still on phone) Okay

**RR:** Get a phone number that you can call them back. Ask them for a phone number.

**YK:** (Still on phone) Okay, Okay, Okay. thank you. Bye. (Hangs up the phone) That was not Kromberg, it was somebody else.

**RR:** Yeah I know but I was gonna say, do you have Kromberg's number?

**YK:** Do we have to call him?

**RR:** No, no, I'm not gonna, that's what I am saying that, I'm saying that just consider this, in case he wanted to call, I'm saying just consider this. Consider calling him and saying look, yeah, or, or consider calling a lawyer right now and having the guy call him and say ah, you know, look my, my client, I just need to confer with my client, I'm representing Yong Kwon and I don't know what's going on and you know, you know, you can't testify right now because ah, um, he didn't, he didn't, he didn't have representation ah, prior to this and now he does and , and I need to know, know what's happening before I can advise him on what to do. You're, you're you're not, you but the number one thing that's pushing you to do something right now is that you're stressed out and you're nervous and your upset.

**YK:** I mean I'm not really, well ...

**RR:** But you gotta ...

33

**J.A. 3116**

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

**YK:** I mean but they ah, I mean they have my.

**RR:** You can't make a rational decision when you are nervous. Do I appear nervous to you? Do I look nervous to you?

**YK:** No

**RR:** No I am not nervous, I'm calm, I'm cool.

**YK:** But when you are faced with this, okay, it's one thing what they tell me...

**RR:** Yeah

**YK:** ...but it's one thing if what they tell me is true.

**RR:** Yeah

**YK:** It's in my face.

**RR:** Yeah, but it's not illegal.

**YK:** I mean they knew about, like... they knew ....

**RR:** I know.

**YK:** They knew we went to 7-11, bought a phone card and made a phone call from the phone booth?

**RR:** Yeah

**YK:** How the heck, how did they know, I mean did they....

**RR:** Because Mahmoud went with us. That's how they knew.

**YK:** I mean they even knew that, you know, Mahmoud, me and Masoud were on the side and you were the one who made the call...

**RR:** Um hum

**YK:** ...they know that you're the contact, you rang.

34

**J.A. 3117**

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

**RR:**  I'll give you two words.

**YK:**  What?

**RR:**  Mahmoud and Nabil. that's how they know.  Now, do you think that Mahmoud and Nabil they were in the same situation that you are in and I was in and they, they got ah, you know they got the FBI, (inaudible)

**YK:**  Okay they told ah....

**RR:**  And ah, ah, ah, you know.

**YK:**  Okay so they told them too.

**RR:**  But it is their word against ours....their word against ours right?

**YK:**  I understand that but it's kind of hard when everything, everything else I did kind of like fits into the picture.

**RR:**  No, but it's never full.

**YK:**  What, what I'm, okay, at the interview when I was there, okay.

**RR:**  Yeah.

**YK:**  Give me what you guys have to give me with whatever I did wrong right and that's it, you know, I, I'll admit if I'm going through the Lashkar Office, Lashkar Camp, it's bad, okay.

**RR:**  Yeah

**YK:**  Back, okay.  Because I'm not gonna deny it, you know, whatever.

**RR:**  Right

**YK:**  I'll pay my time, whatever I get, you know, because I don't think it's gonna be very big from my understanding, from.  And, and, and just.

**RR:**  But it's

**YK:**  And then I can just be on my way home after maybe two or three years of my...

35

**J.A. 3118**

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

**RR:** 70 days

**YK:** 70 days, maybe five years I don't know but

**RR:** Yeah

**YK:** I sure don't wanna stay in jail for whatever 20 years (laughs) or 35 years.

**RR:** Yeah

**YK:** Yeah

**RR:** But what if you knew that something that you said and, and something that they box you on or what kind of pressure you are or push you into saying right or you know, could, could wind up putting you in jail for 10, 15, 20 years more then you would get if you didn't talk to them at all? That' the gamble, that's the gamble 'cause there's something that they're gonna be able to, to make you say or appear to say that's gonna wind up hurting you 50 times more then not talking to them at all. That's the question you have to ask yourself you know. I mean you could go in there today and you could wind up being pushed into saying something that hurts you 50 times more then, then not talking to them at all. That's the bottom line.

**YK:** Boy I wish I knew about all of this stuff before I talked to the Legat.

**RR:** No it, yeah, you're, you're problem is making false statements to a, to a FBI Agent, to a federal agent but, but, but that's not the ah, you know, that's not that big of a deal and by the way I tell you, I guarantee you, that's something they're gonna hold over your head, oh look, if you talk to us we'll, we'll set aside that making false statement. So you might have, where right now I'm facing ah, I'm facing the , the threat of contempt thing you know? I'm not facing like making false statements because I didn't make any false statements. You if you say your not going to talk to them, you're facing contempt and you're also facing ah, ah, making false statement, they're gonna try to hold that over your head. And by the way, you know, they also have to prove that you made false statements. They have to prove that what you said is not true. So, and, and just taking what someone said about you is isn't, you know what I'm saying, proving anything you know. So...

**YK:** Well.

**RR:** ...I mean even that, even that has something that you could have, you could have a lawyer fight them on this so, they're, they're, they're not, they're not looking to do you any favors.

36

**J.A. 3119**

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

They're not looking to put you on easy street. They're looking to jack you up. They're looking to put your face on the cover of the Washington Post. That's what they're looking to do. Right? And everything I've heard from the lawyers is, don't help them do it. It's just you know, you know. I mean you're not smarter than them, we're not you know what I am saying that's the smart way to act. Hammad, I mean Hammad, I told, I already told you, you can divide the brothers up into two groups. They're the sissies, you know what I am saying, like Nabil and Mahmoud. And you can divide the brothers you can divide the brothers into a group of the guys that thought they were smart and thought could outsmart the FBI. And that's how I put you in there because you talked to them (inaudible) "I just went to ..."

**YK:** I'm not trying to outsmart anyone.

**RR:** No but

**YK:** I just want to get it over with.

**RR:** Yeah but talk, ah, no, I'm saying you need to talk to somebody I'm saying. Anyway, brother, I , I really don't know what I am doing either, honestly, I've seen a clear way to put it, that's that's the way I put it and, and one more thing that you can't make rational decisions if you're afraid and if you're nervous, you can't do it. You can't make rational decisions. They'd lay it on real thick to put you in this state, right?

**YK:** Um hum They did a good job.

**RR:** Yeah, yeah

**YK:** Turning me out in Korea

**RR:** That's their job

**YK:** Korea

**RR:** That's their job

**YK:** That's what they did

**RR:** That's their job though. I don't think they went there because really, I'm, I'm sure they have an FBI office in ah, South Korea.

37

**J.A. 3120**

### Govt. Exh. 1B4a

Yong Kwon and Randall Todd ROYER
04/17/2003

**YK:** Well I don't know, Legat is there but he came and he came with a bunch of Korean dudes.

**RR:** Yeah. No they didn't, they didn't like fly to South Korea, I mean it's someone.

**YK:** Oh no, no, no, he's stationed there.

**RR:** Yeah, exactly

**YK:** It's, it's just you know.

**RR:** I would also say though and I'm not saying this to like ah, put a guilt trip on you but I would also say that , you know, anything that you wind up saying, you're, you're not acting just as an individual, you know what I am saying?

**YK:** I understand.

**RR:** You are also acting on behalf of...

**YK:** That just, that's one of my main concerns so , I, I, I plan on this (inaudible) even if I admit to what I did.

**RR:** Yeah

**YK:** And there are others involved but

**RR:** Yeah. See anything you saying is gonna, is gonna apply to us because we were part of the conspiracy...

**YK:** Yeah

**RR:** You know so, if, if, there's a conspiracy right like they're saying we all acted together and what not, but nothing bad was done, nothing illegal was done, but if you, if you say something....

**YK:** That's what I am saying is gonna....

**RR:** ...it's gonna make it look, make it think they can turn it into something illegal, that, that, that nothing bad that we conspired in is not only become something bad that we conspired in. You now? That's the thing.

38

**J.A. 3121**

Yong Kwon and Randall Todd ROYER
04/17/2003

**YK:**    That's the thing, if we didn't do anything wrong, why don't we all just...

**RR:**    I told you, they're gonna, they're trying to find something.

**YK:**    But we didn't... we never had contact in having.

**RR:**    Yeah but if you look at Sami Al Arian, the web master for IANA, he, what did he do
wrong, all, all, ah, all he did was on his visa application not put down that he was going
to be a webmaster at IANA. And now he's all over the place, as being ah, you know, a
terrorist connected guy um, all he did was, he was IANA's web master. Is that doing
something wrong, being IANA's webmaster? I can picture him sitting there saying, "I
didn't do anything wrong. I was just IANA's Webmaster." But in fact he got a 15 page, a
12 page indictment against him, you know what I am saying, ah 11 pages of which are,
are about terrorism, blab, blab, blab, Usama Bin Laden, and all totally um, unconnected
and uncollected and irrelevant. You know? It has nothing to do with anything. Oh here's
here's one thing they found ah, ah, hundreds of pictures of, of the World Trade Center on
his computer. Anyone who reads the news on the Internet, you know what I'm saying, it's
gonna all go into, into his cache. So they're looking, they're looking, they're looking for
anything that they can paint a scary picture. By the way, you go in front of a jury, and
you, and you say this and they say all right and they give them something to charge you
on, you're gonna be something teeny tiny, but if you go in front of a jury here in Virginia,
which the jury pool, all Pentagon employees and stuff, you know what I am saying. And
you go in front of them and the , prosecutor talks about you, oh yeah, oh yeah, he ah, you
know, ah, you know, blab, blab, blab, Afghanistan, blab, blab, blab, and all this stuff
that's just totally irrelevant....

**YK:**    Oh they have nothing to do with.

**RR:**    Right

**YK:**    Nothing to do with Afghanistan.

**RR:**    Ah, I know but I know, but ah, listen, okay, worse case scenario, I mean, I'm just saying a
different kind of.

**YK:**    But the answer is no. You don't have nothing to do with that, all (laughs) we went to
Kashmir

**RR:**    Do you think the Sheik, do you think that Ali Timimi was ah, and saying, ah, ah was
including in that Afghanistan when he said Mujahadeen, was he including Afghanistan?

39

**J.A. 3122**

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

Is that what he's including? I am playing the part of the prosecutor.

**YK:** Laughs

**RR:** Did that, did that include Afghanistan?

**YK:** Um.. could have.

**RR:** Could have?, did it? Yes or no? Yes or no, Mr. Kwon?

**YK:** It could have, I don't know.

**RR:** It could have, okay, so. The way you're saying is that is, is that, is that, Ali Timimi was ah, was, was, urging you all to go to Afghanistan to fight. And you went to Pakistan and you went with a group and that group is now on the terrorist list and they tried to send, they sent people over there to fight, according to these intelligence reports from an un-named country and according to unnamed ah, ah, our intelligence sources and so you know.....you know what I am saying? And there it goes you know. Which is total baloney, its garbage, it's, it's frankly, excuse my language, it's bullshit. You didn't go there with the intention of fighting Americans. You didn't go there.

**YK:** No I didn't, I didn't

**RR:** But let me tell you something else. What if they have one of these, ah, ah, ah, Nabil or Mahmoud, these oh these oh you know weak ass brothers, I am sorry to say and they said, "Do you think that Yong was trying to go there, to Afghanistan? Did he say anything to you to indicate that he would even consider going to Afghanistan?" "Well he did say something that sounded like, you know, sound like once he got training there, you know, that ah, and he wanted, wound up getting a chance to go to Afghanistan. He would like..." I don't know if you said that or not. Maybe you just said it but you didn't mean it. Maybe you said it at the time and, ah, in the heat of the moment, but you didn't really mean it, you wouldn't really do that. You know what I am saying, but they got two or three people, they got two brothers who say you did that, say you said that. That's what your intention was, and it's all based on intention. See what I am saying? And they're gonna put you in a situation and they're gonna say did you say that? And you're gonna be like (inaudible). Because now all they have is heresay. They have people saying this, you know what I am saying? But then they're gonna say be like, "Damn. I don't know if I said that or now." And maybe you did say it, let's say you did say it. Or I don't know if you said it or not. But let's say you did, say it just, just BSing right but you didn't really mean it. And later you go well ah, ah, and you say well yeah I said it. (inaudible) If you

40

**J.A. 3123**

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

say I didn't say it, you, you, you know you don't wanna lie, you can't lie to them.

**YK:** No. I didn't say it.

**RR:** No you didn't say it. But, but what I'm saying is you're in your mind and you're going well maybe I said it, gosh I don't know, if these two guys are saying it maybe I did it I don't know. I mean, frankly, I don't know if I said that. you know what I am saying?

**YK:** Um hum.

**RR:** I'm sure I didn't say it but I don't know what I said, like you know you just, you remember how at that time when everyone was all jazzed up and stuff? You know what I am saying? Ah, you don't, you don't wanna lie and say well no I didn't say that and they've got two people saying maybe, ah, you don't know if they have it on tape. You know what I am saying? And you're sitting there saying no I didn't say it and then later well what is this? Here's you saying it. You know what I mean? In no circumstances does it benefit you to put yourself in that kind of microscope. It's not going to help.

**YK:** Yeah

**RR:** It's not gonna help anything. Because they're not looking to get to the truth from you. they're not looking to prove you innocent. They're looking to find anything that they can find so that they can put your face on the front of the Washington Post saying this is, you know, you're a terrorist cell busted, and you know. that's what they're trying to do. Desperately and they haven't found it yet. Haven't found it, if they had found it you'd be in jail and I'd be in jail. And they're hoping by the time you're done testifying they'll have it. You know what I am saying, that's the bottom line of it.

**YK:** But have what though?

**RR:** You know

**YK:** Like you said, ah, ah, like you said this, this is.

**RR:** What they will have is garbage. But what they'll have is, they'll have something to hang their hat on. They're gonna ask you every question and every possible which way they can to get something to hang their hat on. You know? You and I both know that no one, none of us planned to go to Afghanistan to fight Americans, none of us wanted to do any kind of thing like that.

41

**J.A. 3124**

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

**13:15:00.**

**YK:** Right

**RR:** That's what they want to find. They have a scenario and they're trying to make the facts fit their scenario. And they'll do anything that can possibly do to so it on. You know. They not interested in justice, in fairness, in truth, they're interested in putting us in jail and putting us on the front of the paper and getting ah, getting Bush elected and getting promotions and you know, however, ah, that's what they're interested in. That's what we're up against. And it's not in any way whatsoever in our interest to help them do that.

So, what I would do is, you know, call some bad ass lawyer. who's gonna call them up and he's gonna chew them out, chew out this prosecutor. And he's gonna say look, you know, you got anything to charge him then you do it, if you don't, you leave him alone, you don't have to talk to (makes noises) you know what I am saying? They'll do it they'll do the same thing they did to me, they cancelled my thing. And I haven't heard from them. He just not calling my guy back, my lawyer back. He said he didn't want a circus where he put, puts me up, up there and testify, I mean I don't testify and I just plead the 5th and whatever. And as far as people following me around me around, you know what I'm saying?

**YK:** Um hum

**RR:** I don't care what they do you know? Charge me, charge me, don't charge me then I'm living my life, you know? You know? I don't necessarily think it's the wrong thing that you came back here. It's probably a good thing. 'Cause you know, versus they can, you know, at least here, the Constitution is applying to you, you know what I am saying? (Laughs)

**YK:** Yeah, that's true.

**RR:** You know.

**YK:** (laughs) that's right.

**RR:** You know? And any time in the future if they ever come to you and try to call you just say just call my lawyer, just call my lawyer. Just call my lawyer. You won't ever have to hear their bullshit again, their psychological warfare again, they'll have you, you'll, you'll, they, they have no right to talk to you. Unless they arrest you they have no right to talk to you. They can only talk to your lawyer, and they're not going to try anything like that

42

**J.A. 3125**

Yong Kwon and Randall Todd ROYER
04/17/2003

with him 'cause he's a lawyer he knows what to do, he knows what's right and what's wrong, your lawyer knows, he knows the situation, he knows the law. If you, if you can afford it, I would get the toughest lawyer you can find. You know? As a matter of fact, ah, I would get like, I would like ah, Stanley Cohen who's this a lawyer in New York, he is like man, this guy he's, he's...

**YK:** What is he like 100, 10, like a million dollars (laughs).

**RR:** No, no, he's, he's ah, he's like ah, I mean he probably, he probably charges, he, he, might even do pro bono, but if you can afford it, I would pay him 'cause this guy's, this guy's handling Muslims like all over the place and he needs some, you understand.

**YK:** I'll call him

**RR:** Yeah. Yeah, he probably wouldn't charge more like, I don't know, probably $100 an hour. A lot less then what anyone else would charge, you know. He's he's a lawyer for like all, this one, Muslim brother, Emon, out in Oregon? And they ah arrested him saying he was ah, ah, ah, you know, ah, somehow connected to Bin Laden blab, blab, blab, and ah, everything like that. And Stanley Cohen took the case for free he got out for like having, ah, ah you know, making a false statement on a Social Security card application or something like that, um, no time. You know what I'm saying? So. And believe me if they know Stanley Cohen is you lawyer, you know, it's gonna be, they're gonna deal with you in a whole different way. You know? I would, I would right now, I would commit to not saying one more word to them and not having to deal with it. You call a, a lawyer right now and that, that lawyer will call them, and you'll never have to talk to them again, unless, unless you are arrested. You never have to talk to them again. Even if you're arrested you don't have to say anything, you see what I'm saying? You never have to talk to them. It's all gonna be through the lawyer. And if the lawyer tells you, "Look, man. Here's the situation. Probably it's a good idea to go and talk to them." You haven't lost anything. So what? Okay you know, if that's what you think, you know, if that's what you think is best to serve your interests. Because that's what he's going to be looking at, your interests. Not to put you in jail, like these guys are. Then do it, you haven't lost anything. So what?

**YK:** Yeah.

**RR:** You know what I'm saying?

**YK:** Well, maybe I'll give them a call. Maybe I'll get there and tell them I'm gonna plead the 5th (inaudible).

43

Yong Kwon and Randall Todd ROYER
04/17/2003

**RR:** That's what I'm gonna do, that's what I'm doing, and to me, 18 mon... and, and by the way you come out of jail for contempt, there's nothing on your record, it's not a crime.

**YK:** Yeah

**RR:** It's just a coercive thing. Believe me, 18 months in jail with nothing on your record looking a lot better to me than getting in front of there and saying something stupid and getting put in a situation. Man I, and, and saying something stupid that's going to wind up getting us there. And boy if I was asked the questions that, that, I was pretending to ask you, I'd say, do the same thing as probably you would, you would say and I'd probably say something and wind up putting my, my butt and everyone's else's, you know what I'm saying, in hot water.

**YK:** Well I think, it's all paying (inaudible) you know, it's all, you know.

**RR:** These guys that are talking, they are not the key people. Me, you and Ali, these are the key people. You know what I am saying. They don't need people...they don't need these guys, ah, ah, you know, it, ah, these guys right now are saying stuff about that's still heresay.

**YK:** Well they are making us out to be like the bad guys you know.

**RR:** Probably, but so what? They, they can say what they wanna say, but that's not enough to charge them with something just because someone says something. They still have to, this is the crucial, crucial thing to realize about federal ah, federal issues like this. The federal, federal agencies are, don't charge someone, don't indict someone unless they know or, or are very certain that they can get a conviction. Cause they don't, 'cause if, if a prosecutor doesn't charge someone just for, just to pressure them. He charges them if he knows he can get a conviction because if someone, if a prosecutor charges someone and then can't get a conviction, then it's ah, it looks very bad on his record, you know what I am saying? It, this is how these guys work, they, they're, they're careers are based on how many pro..., how many convictions they get relative to the , to the charges that they file. So, so, if they're not sure that they can get a conviction they are not gonna do it. They're not just gonna charge us for, you know what I am saying, for something. Now if they, if they thought, if they, wanted to, you know, they would have charged us by now if they had something to charge us with. And they're not gonna charge us unless they are sure they can get a conviction. Right now they have nothing to charge us on. That's the thing. So. And these guys Hammad and, you know, even Hammad tried to be Mr. Smart Guy and his ah, by the way, his thing was cancelled as well you know, he doesn't have to testify either...he started telling them look I am not gonna talk to you, so they

44

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

cancelled....if he's got to say, you know, to say something or other, ah, you know, that's still that's not enough. That's enough to give them the context and the questions that they can ask us, but that's not enough to charge us on. And they can't charge them without charging us. They can't charge them for conspiracy they didn't even do anything. We are the ones that are really, you know, doing something, you know, it's even though what we did wasn't illegal. You know. I would call Ashraf right now. I'd call Ashraf , Ashraf being there just as a stop gap measure and because Ashraf probably won't be able to represent you he is representing like Hamdi. But, Ashraf will call him for you or will call up Stanley Cohen right now and he'll tell him and you should do it quickly. I'm not, I'm not telling because it's in my own interests. I'm just, I'm just telling you, you know.

YK:    Yeah. Well, I can still go there and tell them I need more time.

RR:    Yeah but they're gonna give you a hard time. You're not going to be able to get a lawyer in that time.

YK:    Right (inaudible) just give me the number, and let me pray.

RR:    Yeah, let's pray (inaudible)

YK:    You haven't prayed yet?

RR:    No I haven't prayed yet

YK:    OK

RR:    (inaudible)

YK:    Really

RR:    (inaudible)

YK:    It's (inaudible) all right

RR:    (inaudible)

YK:    And then... You have to use the restroom?

RR:    Yeah

45

**J.A. 3128**

Govt. Exh. 1B4a

Yong Kwon and Randall Todd ROYER
04/17/2003

**YK:** Yeah I have to go, they're coming, they're supposed to come at 2:30 downstairs at the.

**RR:** Oh yeah? (inaudible)

**YK:** laughs

**RR:** Well. if they're coming I should probably jet. (inaudible)

(LONG SILENCE)

**RR:** Here's Ashraf's number. Do what you're gonna do quickly.

**YK:** Okay

**RR:** One way or the other

**YK:** (inaudible)... I have to use the restroom, so you better go ahead first.

**RR:** Yeah, um actually if these guys are coming, I'd probably better take off and pray at the office or something. I don't want them to see me here.

**YK:** Oh

**RR:** laughs, and , and that's good. All right brother.

**YK:** Speaking Arabic

**RR:** Okay. Pray quickly and.

**YK:** Yeah

**RR:** Call him or don't call him.

**YK:** If at all

**RR:** Laughs

**YK:** All right. Whatever happens man.

**RR:** Yeah, yeah

46

J.A. 3129

**Govt. Exh. 1B4a**

Yong Kwon and Randall Todd ROYER
04/17/2003

**YK:** I will ah

**RR:** You're one of my favorite people in the world, brother. Really.

**YK:** Laughs (inaudible)

**RR:** ...their due. Okay

**YK:** (inaudible)

**RR:** Laughs

**YK:** Laughs

**RR:** Salom

**YK:** Yeah, Salom

Long silence, knock on the door, SA John Wyman enters the room.

**SA John Wyman:** Ah, this is Special Agent John Wyman, it is ah, April 17, 2003, (inaudible) the machine will be turned off now.

47

**J.A. 3130**

Govt. Exh. 1D27

```
From markazdawa@hotmail.com Tue Oct 17 07:17:31 2000
Return-Path: <markazdawa@hotmail.com>
Received: (qmail 15825 invoked from network); 17 Oct 2000 14:17:30 -0000
Received: from unknown (10.1.10.27) by m4.onelist.org with QMQP; 17 Oct 2000 14:17:30
 -0000
Received: from unknown (HELO c3.egroups.com) (10.1.10.50) by mta2 with SMTP; 17 Oct
2000 14:17:30 -0000
X-eGroups-Return: markazdawa@hotmail.com
Received: from [10.1.10.105] by c3.egroups.com with NNFMP; 17 Oct 2000 14:17:29 -0000
X-eGroups-Approved-By: markazdawa@hotmail.com via web; 17 Oct 2000 14:17:28 -0000
X-Sender: markazdawa@hotmail.com
X-Apparently-To: taiba_bulletin@egroups.com
Received: (EGP: mail-6_1_0); 17 Oct 2000 14:14:09 -0000
Received: (qmail 7667 invoked from network); 17 Oct 2000 14:14:09 -0000
Received: from unknown (10.1.10.142) by m1.onelist.org with QMQP; 17 Oct 2000
14:14:09 -0000
Received: from unknown (HELO hotmail.com) (216.32.241.76) by mta3 with SMTP; 17 Oct
2000 14:14:09 -0000
Received: from mail pickup service by hotmail.com with Microsoft SMTPSVC; Tue, 17 Oct
2000 07:14:08 -0700
Received: from 216.252.245.4 by lw6fd.law6.hotmail.msn.com with HTTP;    Tue, 17 Oct
2000 14:14:08 GMT
X-Originating-IP: [216.252.245.4]
To: taiba_bulletin@egroups.com
Subject: TAIBA BULLETIN 17-10-2000
Date: Tue, 17 Oct 2000 14:14:08 GMT
Mime-Version: 1.0
Content-Type: text/plain; format=flowed
Message-ID: <F76kSNZaayx7vd8Z3XE00002d5c@hotmail.com>
X-OriginalArrivalTime: 17 Oct 2000 14:14:08.0713 (UTC) FILETIME=[83D5C390:01C03844]
From: "Abu Omar" <markazdawa@hotmail.com>
```

TAIBA BULLETIN
Lahore, Pakistan October 17, 2000

LASHKAR-E-TAIBA READY TO RAISE JEHAD IN PELESTINE:
    Professor Hafiz Mohammad Saeed, Amir Lashkar-e-Taiba Markaz Ad-Dawa Wal
Irshad declared the readiness and promptitude of Lashkar-e-Taiba's troops to
sacrifice their lives for the cause of Allah in Palestine. Talking to the
journalists, the worthy Amir said it is great obligation to relieve Al-Aqsa
Mosque from the shackles of Jews. "We are ready to perform this duty," he
said. Each Mujahid of Lashkar-e-Taiba desires to be martyred in the holy
Bait Al-Maqdas.
    Professor Hafiz Mohammad Saeed stressed the heads of Islamic states to
break their economic, business and political ties with Israel and ban the
Embassies in their countries. He further added that the failure of Camp
David Negotiations (Agreement) must be a lesson for the Muslims showing that
Jihad for the cause of Allah is the only means to get free the holy places.
    The Amir explained that Lashkar-e-Taiba has all the rights to fight on
behalf of Palestinian Muslims when Israelite Commandoes and instructers have
no restriction to assist the Hindu army in Kashmir. It has become incumbent
upon the Muslims to raise Jihad against the Jews who are engaged in the
massacre of unarmed Muslims in Kashmir and Palestine.
    He further emphasized the Muslim Ummah to raise a joint Jihadic venture
against the non-believers who have on their part unitedly invaded the
Muslims today. He said the United Nations Organization and the Security
Council have always defended the Jews and Christian interests. Their

GOVERNMENT
EXHIBIT
1D27
03-296 A

**Govt. Exh. 1D27**

attitude as well as the resolutions have always caused harm to the Muslims. Hence, it is the need of the hour for the Islamic countries to strive for the establishment of a Muslim Commonwealth by leaving the membership of UNO. Similary, they must delink their business with the institious of World Bank and the IMF and set up an Islamic Monitory institution so that Muslim Freedom may not be usurped.

While expressing his ideas on the issues of 'attacks on American ship in Yemen' 'hijacking of Saudi aero-plane' and 'the massacre of 17 soldiers', the Amir Lashkar-e-Taiba said it is nothing but American heinous plan just to deviate world's attention from the largescale carnage of unarmed Palestinian Muslims and to defame the Jihad and the Mujahideen As well. "Mujahideen Lashkar-e-Taiba does not favour to undertake these operations, as such-like activities are mostly advantageous to America. The real Jihad in fact, is to target the Jews points and to kill them in their own homes", the Amir concluded.

15 Indian troops killed, three bunkers destroyed
HUTTIAN BALA - Due to the unprovoked heavy shelling by Indian army on Control Line, two persons were injured while a number of houses were damaged. In reply to the naked Indian army aggression, the Pakistan Army gave a befitting reply and blew up three Indian bunkers as a result of which 15 Indian armymen lost their lives while 19 were injured.
According to details, Indian army pounded Leepa Valley with hundreds of mortars for four hours. Consequently, two persons Amir Zeb, son of Muhammad Zeb and Ghulam Ahmed, son of Ahmed Khan were seriously injured. Both of the victims were admitted to the infirmary.

MADARPUR:
Our correspondent from MADARPUR says Indian shelling burnt a house to ashes and killed and injured dozens of cattle. Educational institutions were closed. The boat of River Poonch was banned, which caused much difficulty to the people. Pakistan army destroyed an enemy's bunker by a counterattack.

CHINA:
Communist Government has banned the Islamic obligations like Prayer, Fasting and others. It has declared the recitation of the Holy Quran and the study of Islamic magazines as punishable crimes. It would make enquiries of someone listens to Radio Programs broadcasted by Islamic Countries, receives the guests for stay, assists the heirs of criminals, feels sorry for the criminals of capital punishment, respects the dead and deceased and arranges gathering on happy and sad occasions. It has prohibited the eatables prepared by ghee and meat and the silk and cotton clothe. Nobody being a Muslim can collect nett cash or costly intems in his home. The Communist Government is forcing the Muslims to accept one of the hounders of "Mauze Tung" (communism) as an "alive god" and then follow his sayings without any objection.

INDIAN ARMY ARRESTED TWO YOUNGMEN AND SHIFTED THEM TO UNKNOWN PLACE:
(BARAMULLAH): It is reported that 22 Rashtria Rifles regiment arrested a young man namely Mohammad Iqbal Najjar and his son shifting them to unknown places. Still there is no news about them. Their 60 years old mother is fallen into a swoon. Mohammad Iqbal Najjar is an instructor in the Industrial Institute.

SRINAGAR:
Mujahideen destroyed and Indian army vehicle by a landmine explosion in NihalPura Pattan. Three personnel seated in it were killed leaving two

**Govt. Exh. 1D27**

others injured.

In Hijrikot area, Mujahideen gunned down an inspector.

**KUPWARA:**

Indian army's violence took away the life of an innocent Muslim woman in Kupwara. People led demonstrations against this heinous act.

Again in Kupwara, Indian army destroyed a house through a blast. The family members had a narrow escape.

In DardPura Lolab area of district Kupwara, Mujahideen launched a grenade and automatic weapon attack on a convoy, which resulted in the death of 10 Indian soldiers. Another 5 were seriously injured. Indian army started search operation followed by the occurrence. However, the Mujahideen safely reached their places.

**RAJAURI:**

Indian army kept two innocent persons under illegal detention and then relentlessly killed them.

=========================================================
TAIBA BULLETIN is an official publication of
MUJAHIDEEN LASHKAR-E-TAIBA
P.O.Box 259-flat no.9 1st floor, Trade Centre, 180 Multan Road, Lahore -
Pakistan
Tel: (92-42) 741-2565
Mobile: (92-300) 470690
Fax: (92-42) 741-1242
http://www.markazdawa.org/
email: markazdawa@hotmail.com
Requests for information about Islam and the jihad in Kashmir are welcome.
The bulletin is available in three languages (English, Arabic and Urdu).
=========================================================

Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com.

Share information about yourself, create your own public profile at http://profiles.msn.com.

**Govt. Exh. 1D28**

```
From markazdawa@hotmail.com Thu Oct 26 13:51:18 2000
Return-Path: <markazdawa@hotmail.com>
Received: (qmail 11860 invoked from network); 26 Oct 2000 20:48:50 -0000
Received: from unknown (10.1.10.142) by m2.onelist.org with QMQP; 26 Oct 2000
20:48:50 -0000
Received: from unknown (HELO mo.egroups.com) (10.1.1.34) by mta3 with SMTP; 26 Oct
2000 20:48:50 -0000
X-eGroups-Return: markazdawa@hotmail.com
Received: from [10.1.10.106] by mo.egroups.com with NNFMP; 26 Oct 2000 20:48:50 -0000
X-eGroups-Approved-By: markazdawa@hotmail.com via web; 26 Oct 2000 20:48:48 -0000
X-Sender: markazdawa@hotmail.com
X-Apparently-To: taiba_bulletin@egroups.com
Received: (EGP: mail-6_2_0); 26 Oct 2000 20:47:25 -0000
Received: (qmail 27057 invoked from network); 26 Oct 2000 20:47:15 -0000
Received: from unknown (10.1.10.142) by m3.onelist.org with QMQP; 26 Oct 2000
20:47:15 -0000
Received: from unknown (HELO hotmail.com) (216.32.241.107) by mta3 with SMTP; 26 Oct
2000 20:47:15 -0000
Received: from mail pickup service by hotmail.com with Microsoft SMTPSVC; Thu, 26 Oct
2000 13:47:15 -0700
Received: from 216.252.245.4 by lw6fd.law6.hotmail.msn.com with HTTP;  Thu, 26 Oct
2000 20:47:15 GMT
X-Originating-IP: [216.252.245.4]
To: taiba_bulletin@egroups.com
Subject: TAIBA BULLETIN 27-10-2000
Date: Thu, 26 Oct 2000 20:47:15 GMT
Mime-Version: 1.0
Content-Type: text/plain; format=flowed
Message-ID: <F107CKDkb9pPFR6sKBE000010bc@hotmail.com>
X-OriginalArrivalTime: 26 Oct 2000 20:47:15.0309 (UTC) FILETIME=[EC4271D0:01C03F8D]
From: "Abu Omar" <markazdawa@hotmail.com>
```

TAIBA BULLETIN
Lahore, Pakistan October 27, 2000

"MUJAHIDEEN ARE KNOCKING AT THE GATES OF EUROPE" SAYS HAFIZ SAEED:
    (Lahore): Jihadic Caravan that emerged from Afghanistan has spread
throughout the globe. Mujahideen have no nationality. They are recognized
and identified through Islam. Today, Mujahideen from all directions are
knocking at the portals of Europe. These ideas were expressed by Amir Markaz
Al-Daawa Wal Irshad Prof. Hafiz Mohammad Saeed while addressing a "Jihad
Conference" in Begumkot Shahdarrah. He said General Pervez Musharraf and
Finance Minister must declare that Interest is prohibited in Islam. District
bodies and Real Democracy have not value. "Leave the sub-ordination of
Europe and give up its pleasure. These are not the Islamic systems. We want
only Islam", he added.

VOLLEYS OF ROCKETS DEMOLISHED AN INDIAN CAMP:
(SRINAGAR):
    Mujahideen have intensified their attacks upon the Indian army in order to
effectively retaliate the atrocities inflicted upon the unarmed civilian.
    Yesterday Mujahideen fired volleys of rockets targeting an Indian army camp
in Doda, destroying it utterly. Wounded soldiers raised hue and cry. Their
shrieks got loud and there was all confusion on the spot. Several troops
were killed.

SURANKOT:

GOVERNMENT
EXHIBIT
1D28
03-296-A

**Govt. Exh. 1D28**

It is reported that Lashker-e-Taiba Mujahideen suddenly encountered an Indian patrol troop in Surankot. The Mujahideen gunned down 4 soldiers while the rest of them fled away to save their lives.

KOLGAM:

A fierce clash occurred between the Mujahideen and Rashtria Rifle's regiment in KOLGAM. Its details are still not known.

DODA:

It is reported that in TYNA village of district Doda, Indian army attacked a Mujahideen's hide and commanded them to throw arms. The Mujahideen, on the contrary, preferred martyrdom and at once attacked the troops which resulted in the demise of 6 soldiers. Another 10 were seriously wounded. Experiencing heavy loss at the hands of Mujahideen, Indian army started marter shelling which devastated several houses. 4 Mujahideen are also reported to have been martyred in a house. The owner of a house also became the victim of indiscriminate firing.

PULWAMA:

It is reported that in the NagPathri village of TIRAL PULWAMA, the Indian army arrested two innocent youngmen and killed one of them during illegal detention. Protest was raised through demonstrations against this army's barbarism.

RAJAURI:

A Mujahid is reported to be martyred in Thanna Mandi district RAJAURI in the course of a clash between the Mujahideen and the Indian army. Numerous soldiers were killed while several others sustained serious injuries.

KUPWARA:

The occupying Indian forces arrested many innocent youngmen in KUPWARA and victimized them violently. 2 more were martyred at the hands of Indian Army in Kupwara and Hiranagar.

PULWAMA:

Indian occupying army besieged several villages in TIRAL and PULWAMA and dragged the innocent unarmed residents out of their houses, keeping them without food and water till evening.

HANDWARA:

It is reported that Border Security Force's personnel were coming back from a Search Operation when the Mujahideen present in hide instantly ambushed them with A.K.47 rifles, bombs and machine guns. One of the B.S.F. personnel was killed while another was seriously injured.

In a separate operation in Dolipura village of Hindwara, an intense clash took place between the Mujahideen and the 21 Rashtria Rifles Regiment. 2 soldiers are reported to be demise.

SURANKOT:

Indian 27 Rashtria Rifles Regiment and Paranine Military was busy in Search Operation in GABARA DHOK of Surankot when they were targeted by the Mujahideen with heavy machineguns and grenade shells. This fierce contest claimed the lives of 3 soldiers while another 4 seriously wounded.

==========================================================

**Govt. Exh. 1D28**

TAIBA BULLETIN is an official publication of
**MUJAHIDEEN LASHKAR-E-TAIBA**
P.O.Box 259-flat no.9 1st floor, Trade Centre, 180 Multan Road, Lahore -
Pakistan
Tel: (92-42) 741-2565
Mobile: (92-300) 470690
Fax: (92-42) 741-1242
http://www.markazdawa.org/
email: markazdawa@hotmail.com
Requests for information about Islam and the jihad in Kashmir are welcome.
The bulletin is available in three languages (English, Arabic and Urdu).
==========================================================

Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com.

Share information about yourself, create your own public profile at
http://profiles.msn.com.

**Govt. Exh. 1D29**

```
From markazdawa@hotmail.com Mon Nov 06 12:13:28 2000
Return-Path: <markazdawa@hotmail.com>
Received: (qmail 12454 invoked from network); 6 Nov 2000 20:11:26 -0000
Received: from unknown (10.1.10.26) by m2.onelist.org with QMQP; 6 Nov 2000 20:11:26
-0000
Received: from unknown (HELO ho.egroups.com) (10.1.2.219) by mta1 with SMTP; 6 Nov
2000 20:11:26 -0000
X-eGroups-Return: markazdawa@hotmail.com
Received: from [10.1.2.207] by ho.egroups.com with NNFMP; 06 Nov 2000 20:11:26 -0000
X-eGroups-Approved-By: markazdawa@hotmail.com via web; 06 Nov 2000 20:11:19 -0000
X-Sender: markazdawa@hotmail.com
X-Apparently-To: taiba_bulletin@egroups.com
Received: (EGP: mail-6_2_1); 6 Nov 2000 20:09:53 -0000
Received: (qmail 26285 invoked from network); 6 Nov 2000 20:07:02 -0000
Received: from unknown (10.1.10.142) by m4.onelist.org with QMQP; 6 Nov 2000 20:07:02
-0000
Received: from unknown (HELO hotmail.com) (216.32.241.99) by mta3 with SMTP; 6 Nov
2000 21:08:08 -0000
Received: from mail pickup service by hotmail.com with Microsoft SMTPSVC; Mon, 6 Nov
2000 12:07:02 -0800
Received: from 216.252.245.4 by lw6fd.law6.hotmail.msn.com with HTTP;    Mon, 06 Nov
2000 20:07:02 GMT
X-Originating-IP: [216.252.245.4]
To: taiba_bulletin@egroups.com
Subject: TAIBA BULLETIN 07-11-2000
Date: Mon, 06 Nov 2000 20:07:02 GMT
Mime-Version: 1.0
Content-Type: text/plain; format=flowed
Message-ID: <F99MWuLn5U9T3TGJ2TU00004314@hotmail.com>
X-OriginalArrivalTime: 06 Nov 2000 20:07:02.0673 (UTC) FILETIME=[20C2A810:01C0482D]
From: "Abu Omar" <markazdawa@hotmail.com>
```

TAIBA BULLETIN
Lahore, Pakistan November 7, 2000

SRINAGAR:
     It is reported that two Kashmiri Fidai Mujahideen, belonging to
Lashkar-e-Taiba as per the statement of an Indian Defence Ministry's
correspondent, brought destruction to an Indian 34 Rashtria Rifles camp in
Hindwara claiming the lives of 4 troops including an officer and injuring
another 4 Mujahideen are also reported martyred in Indian army's firing.

DFFER OF NEGOTIANTIONS TO THE MUJAHIDEEN IS ANOTHER TACTIC OF ANTI-ISLAMIC
PARABOLIC FORCES----SAYS HAFIZ SAEED:
     Amir Lashkar-e-Taiba Markaz Ad-Dawa Wal Irshad Professor Hafiz Mohammad
Saeed said the offer of power and Negotiations to the Mujahideen is nothing
but another tactic of Anti-Islamic parabolic forces. Lashkar-e-Taiba would
never support any talk with India. "No Truce of any kind can check the
Mujahideen from Jihad," he said. The Ex-Prime Minister Nawaz Sharif faces
the worst consequences of issuing orders of withdrawal of Jihadic forces
from Kargil to please his American lords. He expressed these ideas in a
Jihadic Confereme" in Sargodaha last night. He further added that it is but
Allah Almighty's special help that the Lashkar-e-Taiba Mujahideen enter into
the Indian camps and headquarters and execute operations. "Jihadic forces
are getting stronger throughout the world. Muslims of Europe are also
teeming with Jihadic passions which would strike an end to the western
civilization," he added.

GOVERNMENT
EXHIBIT
1D29
03-296-A

**Govt. Exh. 1D29**

In a 13-hour long fierce 'encounter'-taking taking place between Mujahideen and the Border Security Force in Wahthoora village, 12-km South of Srinagar, 12 freedom fighters and seven Indian forces personnel were killed.
After the gun battle, the forces got reinforcement of the troops, which besieged the entire village searching Mujahideen.
In areas of Bemina in Srinagar, Khiram in Anantnag district in south of Kashmir valley, in Dandkot in Udhampur in Jammu division, 13 more innocent Kashmiris were killed in incidents of violence and gun battle taking place between them and the forces.
Earlier, four police personnel were killed and 23 injured in suicide attack in police training camp in Sheeri, 65-km from here, in Baramullah District on Saturday.
Unidentified persons also shot dead four persons in border district of Kupwara in north Kashmir during last 24 hours.
200 cops desert force Iftikhar Gilani from New Delhi adds: Over 200 fresh recruits have deserted police in Held Jammu and Kashmir since Friday night following a landmine explosion at the Police Training School at Sheri, 59 kilometers north of Srinagar. Four cops died and 28 were injured in the blast. While seven more were struggling for their lives at a hospital. Police Chief Gurbachan Jagat described the situation "extra-ordinary" and told media that strict measures have been taken to prevent further desertions. He said the explosion inside the highly secured campus was not possible without that assistance from within.
Jammu Martyrs Day today
The Jammu martyrs day will be observed on November 6 throughout Azad Jammu Kashmir and across the Line of Control in occupied Kashmir to pay homage to over two and half thousands of the valiant people, who had been massacred by Hindu gangsters on this day in 1947.

============================================================
TAIBA BULLETIN is an official publication of
MUJAHIDEEN LASHKAR-E-TAIBA
P.O.Box 259-flat no.9 1st floor, Trade Centre, 180 Multan Road, Lahore - Pakistan
Tel: (92-42) 741-2565
Mobile: (92-300) 470690
Fax: (92-42) 741-1242
http://www.markazdawa.org/
email: markazdawa@hotmail.com
Requests for information about Islam and the jihad in Kashmir are welcome.
The bulletin is available in three languages (English, Arabic and Urdu).
============================================================

Get Your Private, Free E-mail from MSN Hotmail at http://www.hotmail.com.

Share information about yourself, create your own public profile at http://profiles.msn.com.

**Govt. Exh. 1D45**

```
From nadqpk@yahoo.com Tue Sep 25 23:14:00 2001
Return-Path: <nadqpk@yahoo.com>
Received: (qmail 91943 invoked from network); 26 Sep 2001 06:12:58 -
0000
Received: from unknown (10.1.10.26)
by 10.1.1.224 with QMQP; 26 Sep 2001 06:12:58 -0000
Received: from unknown (HELO n3.groups.yahoo.com) (10.1.10.42)
by mta1 with SMTP; 26 Sep 2001 06:13:59 -0000
X-eGroups-Return: nadqpk@yahoo.com
Received: from [10.1.2.230] by hj.egroups.com with NNFMP; 26 Sep 2001
06:13:59 -0000
X-eGroups-Approved-By: nadqpk@yahoo.com via web; 26 Sep 2001 06:13:58 -
0000
X-Sender: nadqpk@yahoo.com
X-Apparently-To: muslimworldnews@yahoogroups.com
Received: (EGP: mail-7_3_2_2); 26 Sep 2001 06:12:26 -0000
Received: (qmail 58542 invoked from network); 26 Sep 2001 06:12:26 -
0000
Received: from unknown (10.1.10.26)
by 10.1.1.221 with QMQP; 26 Sep 2001 06:12:26 -0000
Received: from unknown (HELO web13606.mail.yahoo.com) (216.136.175.117)
by mta1 with SMTP; 26 Sep 2001 06:13:29 -0000
Message-ID: <20010926061328.66278.qmail@web13606.mail.yahoo.com>
Received: from [212.77.203.162] by web13606.mail.yahoo.com via HTTP;
Tue, 25 Sep 2001 23:13:28 PDT
Date: Tue, 25 Sep 2001 23:13:28 -0700 (PDT)
Subject: Lashker-e-Tabia will sacrifice their lives with other Muslims
against America
To: Muslim Worldnews <muslimworldnews@yahoogroups.com>
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
From: Taiba Bulletin <nadqpk@yahoo.com>
```

LASHKAR-E-TAIBA WILL NOT LEAVE AFGHAN BRETHREN IN THE
LURCH.THEY WILL SACRIFICE THEIR LIVES ALONGWITH OTHER
MUSLIMS AGAINST AMERICA AND OTHER DISBELIEVERS IN CASE
THEY ATTACK AFGHANISTAN (LASHKAR-E-TAIBA)

LAHORE (Taiba Report) Lashkar-e-Taiba spokesman Abu
Osama has set aside the report of a foreign Radio
Service which stated that Lashkar-e-Taiba has stopped
Taliban assistance. He said that it is only an
anti-Jihad propaganda and a baseless report. It is
also a nefarious conspiracy hatched against the
freedom movement in Kashmir.

"This report is projected to fan sectarianism among
the Muslims and to destroy the unity of Muslim Ummah,"
he said.

He added by saying that our Afghan brethren are in a
difficult situation. Lashker-e-Tabia will not leave
them in a lurch. They will sacrifice their lives along
with other Muslims against America and other
disbelievers in case they attack Afghanistan.

Lashka-e Tabia is intended to uphold the flag of

GOVERNMENT
EXHIBIT

1045

**Govt. Exh. 1D45**

Islam by jihad in the battlefield and by Dawa work in
the peaceful regions.

=====

"And what is wrong with you that you fight not in the Cause of Allâh,
and for those weak, illtreated and oppressed among men, women, and
children, whose cry is: "Our Lord! Rescue us from this town whose
people are oppressors; and raise for us from You one who will protect,
and raise for us from You one who will help." Qur'an: Surah Al-nisa
Ayah 75)

---

Do You Yahoo!?
Get email alerts &amp; NEW webcam video instant messaging with Yahoo!
Messenger. http://im.yahoo.com

**Govt. Exh. 1D48**

1048

```
From nadqpk@yahoo.com Fri Oct 12 22:22:07 2001
Return-Path: <nadqpk@yahoo.com>
Received: (qmail 10039 invoked from network); 13 Oct 2001 05:22:07 -
0000
Received: from unknown (10.1.10.26)
by 10.1.1.224 with QMQP; 13 Oct 2001 05:22:07 -0000
Received: from unknown (HELO n8.groups.yahoo.com) (10.1.10.47)
by mta1 with SMTP; 13 Oct 2001 05:22:07 -0000
X-eGroups-Return: nadqpk@yahoo.com
Received: from [10.1.2.56] by n8.groups.yahoo.com with NNFMP; 13 Oct
2001 05:22:07 -0000
X-eGroups-Approved-By: nadqpk@yahoo.com via web; 13 Oct 2001 05:22:06 -
0000
X-Sender: nadqpk@yahoo.com
X-Apparently-To: muslimworldnews@yahoogroups.com
Received: (EGP: mail-7_4_1); 13 Oct 2001 05:21:20 -0000
Received: (qmail 54577 invoked from network); 13 Oct 2001 05:21:19 -
0000
Received: from unknown (10.1.10.26)
by m8.onelist.org with QMQP; 13 Oct 2001 05:21:19 -0000
Received: from unknown (HELO web13602.mail.yahoo.com) (216.136.175.113)
by mta1 with SMTP; 13 Oct 2001 05:21:19 -0000
Message-ID: <20011013052119.53242.qmail@web13602.mail.yahoo.com>
Received: from [212.77.203.162] by web13602.mail.yahoo.com via HTTP;
Fri, 12 Oct 2001 22:21:19 PDT
Date: Fri, 12 Oct 2001 22:21:19 -0700 (PDT)
Subject: Ummah should support the oppressed Afghans
To: Muslim Worldnews <muslimworldnews@yahoogroups.com>
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
From: Taiba Bulletin <nadqpk@yahoo.com>
```

Ummah should support the oppressed Afghans. Hafiz
Saeed
Advised the people to refrain from vandalism in
protest against the government Afghan policy and
instead join Jihadic forces at this critical juncture.
ISLAMABAD, Oct.12 . The Ameer of Markaz Dawah wal
Irshad, Prof. Hafiz Muhammad Saeed, on Friday pledged
total support to Afghanistan and said the Muslims all
over the world were ready to face every challenge from
America. Delivering his Friday address at the
congregational prayers in Salgi Masjid in H-8 area, he
said that it was obligatory for the entire Ummah to
support the oppressed Afghans against the US. He
counseled the Muslim rulers to review their policies
following the bombardment of US led forces on
Afghanistan. This is in fact, an attack on Islam, he
asserted. He warned the Muslim rulers that they would
not be able to secure their rule merely by toeing the
US line. He said that the enemies of Islam had pooled
their might and resources to defeat Islamic forces and
the Muslim rulers would be wise to rise for the sake
of their faith instead of running after power He also
advised the people to refrain from vandalism in
protest against the government Afghan policy and
instead join Jihadic forces at this critical juncture.

GOVERNMENT
EXHIBIT

1048

**Govt. Exh. 1D48**

Hafiz Muhammad Saeed visualized crushing defeat for the US at the hands of brave Afghans. He also dismissed the possibility of Indian attack on Pakistan or Azad Kashmir saying that Indian forces were already entrenched deeply in Held Kashmir and they could not dare to launch such an attack.

The Markz al Daawa chief paid tributes to the Afghan people for giving protection to Osama bin Ladin in line with golden Islamic traditions. He said the day was not far when US would have to suffer a rushing defeat like the Soviet Union.

He said that US President George W. Bush had spoken the truth while reacting to the September 11 attacks on World Trade Centre and Pentagon that the Crusades had begun. For a fortnight after these attacks, the American and British strategists planned the attacks on Afghanistan but their plans had met total failure and there was large scale criticism on this policy from the public circles who thought that the entire planning had been made in haste. He said it was an open attack on Islam and the Muslims in different countries including Kashmir, Bosnia, Chechnya, the Philippine, Eritrea, would take up arms in the defence of their faith. Hafiz Saeed said till yesterday, our rulers had been hoping that the US would not attack Afghanistan and were givens all kinds of assurances to Washington. However, the US and its allies were bombing major Afghanistan cities with the clear cut intention to eliminate Islam,. It was high time, he said, for the Muslim rulers to review their policies and stop running after power. He reminded the rulers that it is Allah Almighty alone who bestows honor or rule on any one. It is the Sunnah of Allah Almighty, he said to bestow power on a person who is sincere to His Deen and offers sacrifices for this cause. Hafiz Saeed said that the Muslim rulers might be the slaves of the US, but the Muslim masses were not. The masses were fully with the Afghans. He challenged the view that only a handful of Pakistanis were with the Afghans. "I believe that every Muslim who has even the minimum faith in his heart, is with the Afghans", said Hafiz Saeed. Referring to the US assertions that after eliminating terrorism in Afghanistan, it would also wipe out terrorism in Kashmir, Hafiz Muhammad Saeed said the Americans were gravely mistaken. Russia too had made such claims but the fate they had to meet in Soviet Union, was altogether different.

He advised the people not to indulge in vandalism or causing damage to property, etc. adding that such activities would not in any way, give support to Jihad.

**Govt. Exh. 1D48**

Governor admits presence of US troops in Sindh

KARACHI, Oct 12 : The Governor of Sindh Muhammad Mian
Soomro Friday admitted the presence of US troops in
Sindh and Balochistan provinces

This, perhaps, is for the first time that a government
official has admitted the presence of American troops
in Pakistan. Earlier, all the reports published and
broadcast by local and foreign media have been
categorically denied by the government.

" Some US troops are at Jaccobabad (Sindh) and Pasni
(Balochistan) airports. I don't know about figures but
am sure they are not too many", Soomro said adding "
They (US troops) are not using Pakistani airports for
attack on Afghanistan.

Talking to editors and bureau chief of newspapers and
wire services at Governor House Friday, he dispelled
the possibility of the arrival of US marine force at
Karachi seaport or any other port of Sindh province.

Govt use of force on peaceful rallies shameful: Samiul
Haq

ISLAMABAD, Oct 12 : Pak Afghan Defence Council
Chairman Maulana Samiul-Haq Friday said that
government's use fo force against peaceful protest
rallies is a shameful act in a civilized world.

=====
"And what is wrong with you that you fight not in the Cause of Allâh,
and for those weak, illtreated and oppressed among men, women, and
children, whose cry is: "Our Lord! Rescue us from this town whose
people are oppressors; and raise for us from You one who will protect,
and raise for us from You one who will help." Qur'an: Surah Al-nisa
Ayah 75)

---

Do You Yahoo!?
Make a great connection at Yahoo! Personals.
http://personals.yahoo.com

**Govt. Exh. 1D52**

1D52

```
From nadqpk@yahoo.com Sat Jun 23 21:53:44 2001
Return-Path: <nadqpk@yahoo.com>
Received: (qmail 35498 invoked from network); 24 Jun 2001 04:53:43 -
0000
Received: from unknown (10.1.10.26) by m8.onelist.org with QMQP; 24 Jun
2001 04:53:43 -0000
Received: from unknown (HELO mo.egroups.com) (10.1.1.34) by mta1 with
SMTP; 24 Jun 2001 04:53:43 -0000
X-eGroups-Return: nadqpk@yahoo.com
Received: from [10.1.10.121] by mo.egroups.com with NNFMP; 24 Jun 2001
04:53:43 -0000
X-eGroups-Approved-By: nadqpk@yahoo.com via web; 24 Jun 2001 04:53:39 -
0000
X-Sender: nadqpk@yahoo.com
X-Apparently-To: muslimworldnews@yahoogroups.com
Received: (EGP: mail-7_1_3); 24 Jun 2001 04:51:09 -0000
Received: (qmail 82016 invoked from network); 24 Jun 2001 04:51:09 -
0000
Received: from unknown (10.1.10.27) by l7.egroups.com with QMQP; 24 Jun
2001 04:51:09 -0000
Received: from unknown (HELO web13608.mail.yahoo.com) (216.136.175.119)
by mta2 with SMTP; 24 Jun 2001 04:51:08 -0000
Message-ID: <20010624045108.86157.qmail@web13608.mail.yahoo.com>
Received: from [212.77.203.162] by web13608.mail.yahoo.com; Sat, 23 Jun
2001 21:51:08 PDT
Date: Sat, 23 Jun 2001 21:51:08 -0700 (PDT)
Subject: How can I Train Myself for Jihad?
To: Muslim Worldnews <muslimworldnews@yahoogroups.com>
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
From: Taiba Bulletin <nadqpk@yahoo.com>
```

How can I Train Myself for Jihad
http://63.249.218.164/html/articlesjihadtrain.htm


"And prepare against them all you can of power,
including steeds of war to terrorise the enemies of
Allah and others besides whom you may not know, but
Allah does know. And whatever you shall spend in the
Cause of Allah shall be repaid unto you, and you shall
not be treated unjustly." [Quran 8:60]

In commenting on this verse, the Messenger (SAWS)
said:
"Indeed, power is shooting, power is shooting, power
is shooting." [Sahih Muslim]

Narrated Abu Hurairah (RA) that the Messenger (SAWS)
said:
"If anyone keeps a horse for Jihad in the Way of
Allah, motivated by his faith in Allah and his belief
in His Promise, then he will be rewarded on the Day of
Resurrection for what the horse has eaten or drunk and
for its dung and urine." [Sahih Al-Bukhari]

GOVERNMENT
EXHIBIT

1D52

**Govt. Exh. 1D52**

The information contained in this document is for background information purposes only. Azzam Publications and the maintainers of the qoqaz web-sites do not encourage you to commit any illegal acts, and disclaim liability for the same. We cannot answer specific questions about information contained in this document. We do not 'sponsor', 'organise' or provide 'contacts' for people to go for Jihad or Jihad training. There are no exceptions to this: we are only a news and information outlet, so please do not contact us asking for contact details and the likes.

1.0 What is Jihad?

Jihad literally means 'to struggle'. In the military sense it is meant in the context, 'to struggle against oppression'. Jihad is therefore an act to liberate people from the oppression of tyrants. Jihad is not illegal acts of terror against innocent people. When tabloid journalism mistakenly informs the masses that Jihad is 'to commit illegal acts of terror', they are revealing the lack of their research and the extent of their unprofessional approach to the subject.


2.0 Military Training is an Islamic Obligation not an Option

According to the verse above ("And prepare against them all you can of power..."), military training is an obligation in Islam upon every sane, male, mature Muslim, whether rich or poor, whether studying or working and whether living in a Muslim or non-Muslim country. The Prophet (SAWS) explained the meaning of the term 'power' in the above verse during a Friday Sermon by mentioning that power was specifically shooting.

The verse mentions 'what you can...', meaning that the Muslims must prepare to the utmost of their ability and circumstances.

'Steeds of war' refer to the horses that were prepared for battle. In this day and age, the scholars of Islam have explained this term to mean all forms of modern weaponry such as infantry weapons, tanks, artillery, aircraft, etc.

The above verse is a clear evidence that military training of all sorts is an Islamic obligation, not something optional. Furthermore, the obligation is according to one's ability, in that the Muslims must use every means at their disposal to undertake military and physical training for Jihad.

In Surah Taubah of the Quran, Allah answers those

### Govt. Exh. 1D52

hypocrites who made feeble excuses to the Messenger of
Allah (SAWS) so that they would not have to
participate in the Battle of Tabuk. The hypocrites
came to the Prophet (SAWS) and gave their excuses with
the impression that they really wanted to take part in
the battle, but difficult circumstances outside their
control were preventing them from doing so. Allah's
response was:

"And if they had really intended to march forth,
certainly they would have made some preparation for
it; but Allah hated them being sent forth, so He made
them lag behind, and it was said to them, 'Sit you
among those who sit at home (women, children, elderly,
etc.)'" [Quran 9:46]

These hypocrites had not intended to participate in
Jihad from the outset and their lack of preparations
was the evidence for this. Had they really wanted to
take part in the Jihad, they would have prepared
themselves and tried their utmost to join the battle,
like the three companions who approached the Messenger
(SAWS) before the Battle of Tabuk, requesting horses
or mules so they could join the Battle. When the
Prophet (SAWS) informed them that he could not provide
them with mounts, they turned back with their eyes
full of tears that they could not join the battle:

"Nor is there blame on those who came to you to be
provided with mounts, when you said, 'I can find no
mounts for you,' they turned back, while their eyes
were overflowing with tears of grief that they could
not find anything to spend for Jihad." [Quran 9:92]

Therefore, those Muslims unable to participate in
Jihad at this present time whatever the reason have no
excuse before Allah for not training for Jihad.

The Messenger of Allah (SAWS) said: "Whoever dies
without having fought in battle, nor having the
sincere wish to fight in his heart to fight in battle, dies on
a branch of hypocrisy." [Sahih Al-Bukhari]

The one sincere to fight in battle is the one who
makes suitable preparations for battle. A Muslim that
spends a life empty of any physical or military
training for Jihad, let alone Jihad itself, should
fear dying on a branch of hypocrisy according to the
above hadith. True Iman (faith) is manifested in
actions and if someone truly wishes to fight Jihad, he
will prepare himself in all possible ways.


3.0 Sincerity of Intention

Training is an Islamic obligation so a Muslim must

**Govt. Exh. 1D52**

undertake it for the correct reason otherwise he will neither be blessed nor rewarded by Allah for all his efforts. The correct reason to train is to train for Jihad which is undertaken to please Allah alone. Therefore the Muslim must not publicly display to the people what he is doing, nor must he show off during his training, nor seek fame or reputation in the eyes of human beings during his training. If he wishes to be rewarded by Allah and blessed and helped in his training, all his training must be done to obtain the Pleasure of Allah alone.

In practical terms, this would mean avoiding training in the company of people (e.g. women) who might be impressed by the one training, flouting muscles etc. This also means to avoid publicly announcing to everyone that one is going for training or dropping subtle hints such as leaving clothes and equipment in view of the people. The beloved Companions of the Prophet (SAWS) used to hide their good deeds more than they used to hide their sins, for fear of their intention being corrupted. Train only to please Allah and He will help you, reward you and bless you, for there is no benefit in gaining the pleasure of human beings.

4.0 Training in your Country of Residence

4.1 Physical Training

The basis of all Jihad training is something that can be done in every country of the World: physical training. This requires little or no equipment and is something that one can fit round one's daily routine. This comprises four main areas: stamina, strength, speed and agility. In order to benefit from your physical training, it is important that it is done regularly, ideally at the same time of the day if possible, three times a week, which leaves a rest day between exercise sessions to allow the body to recuperate. Some general suggestions are given below though there are many variations to this type of training. Consult an expert or read books or Internet articles on the topic. There are books available to the general public of physical training within the Army (US Army Field Manuals and books written by ex-British soldiers).

Stamina involves being able to sustain the body at a high rate of activity for prolonged periods of time. Stamina is built up by aerobic exercise in sessions of at least 20 minutes duration. Aerobic exercise is any activity that keeps the heart rate at a level higher than normal for a sustained amount of time. It differs from anaerobic exercise in which the heart rate

**Govt. Exh. 1D52**

increases to a very high level but only for short
bursts of time. Running, swimming, rowing are some
exercises which build up stamina. For the exercise to
be of benefit, it must be sustained for at least 20
minutes.

Running by far is the best and most practical form of
stamina training for Jihad. Start your session by
running for about five minutes in order to warm up.
Then proceed to stretch the major muscles in your body
by holding them in a stretched position for at least
30 seconds. Avoid 'bouncing' stretching as this can
lead to serious injury. After this, run at a steady
pace for a fixed period of time. Start easy, e.g. 10
minutes, then gradually build up every session until
you can continue running at that pace for 20 minutes,
30 minutes or more. Inhale deep breaths through your
nose and exhale through your mouth whilst running. It
is better to run in boots as running in boots reflects
the reality of running in Jihad. It is also advisable
to add shock absorbing insoles into your boots before
running, as these cushion the stress on the leg bones
and joints. These insoles, e.g. Sorbothane, are
available in camping and sports stores. Once you can
sustain running at a constant pace for 30 minutes or
more, you can add variety into the sessions by running
up and down hill, running with ankle weights or
running carrying loads, e.g. a bag full of books.

Strength training can be undertaken in the form of
press-ups, squats, abdominal crunches, etc. or by
following a regular routing in weight training at a
gymnasium. It is better to go to the gym with another
brother if possible, or go at a time when there are as
few women as possible. Public gymnasiums are generally
un-Islamic places with loud music and improperly
dressed men and women. Such an atmosphere is not
befitting for the training of a Mujahid. In all cases,
learn how to use the equipment properly, start easy
and build up gradually and make sure you stretch and
warm up enough before each session.

Speed and agility can be built up by sprinting,
running around obstacles, climbing over walls and
similar activities. Practising martial arts is the
best way to develop speed and agility.

4.2 Martial Arts

It is vital to join a martial arts club as part of the
training for Jihad. In addition to teaching you how to
defend yourself and strengthen your body, martial arts
develop self-discipline and controlled aggression. In
some countries, there are martial arts run by Muslim
instructors, but one can join other clubs if there are
no Muslim clubs in his area. It is preferable to join
clubs that emphasise on street-fighting and

self-defence such as kung-fu styles rather than
tournament fighting. You would never use high or
flying kicks in a real fight but you may in
tournaments. As with any activity, regular attendance
for a number of months is necessary in order to
benefit from martial arts. Many people join martial
arts clubs but are unable to stick with them. Joining
clubs that teach weapons such as sword or
knife-fighting are also good at advanced stages.

4.3 Survival and Outdoors Training

The majority of the time spent in Jihad is learning to
cope with harsh, physically and mentally demanding
living conditions. It is not about fighting glamourous
battles for your pictures to appear on the Internet.
Jihad is tough and difficult, which is why the rewards
for it are so great.

Although survival training is taught at centres in
some countries, it is expensive and, in many cases,
nothing special that you cannot learn and practise
yourself by reading books on the subject. The best way
to learn these skills is to go camping into the
outdoors with a small group of brothers. Avoid going
to a camping site, since these are holiday areas where
many facilities are available such as hot showers,
gas, etc. The best training is to take some tents,
food and water and warm clothes in a rucksack and go
on treks lasting 2-3 days at a time. If you do not
have an experienced person with you, then start easy
and build up gradually. Learn how to purify water,
make wudu and istinja in cold water, attend to the
call of nature in the outdoors, cook or heat food out
in the open, making different types of knots with
ropes, setting up tents and other similar activities.
Learning how to start and maintain a fire in all
conditions, wet or dry, with and without lighting
instruments is one of the most important survival
skills.

Learning how to walk long distances carrying loads up
to one-third of your bodyweight, walking over
difficult terrain at night without the use of torches
and navigational skills using a compass/ map or the
stars are also useful skills. Many of these skills can
be learnt from books and then practised out in the
outdoors.

4.4 Firearms Training

Firearms training differs from country to country. In
some countries, possession of firearms by the public
is illegal, in other countries it is legal. In some
countries of the World, especially the USA, firearms
training is available to the general public. One
should try to join a shooting club if possible and

**Govt. Exh. 1D52**

would like to inform both Muslim and non-Muslim
readers of this article that there are NO such
training camps within the UK. Rather, statements such
as these are made by Muslim personalities and
individuals propped up by Western Intelligence
agencies in order to frighten the local population
from Muslims. We would also like to inform Muslims in
the UK that if anyone, Muslim or non-Muslims,
approaches you offering training of this type in the
UK, it is a trap, you should stay away from that
person and warn other people against that person
because he might be an undercover agent. British
National Intelligence MI5 does employ 'practising'
Muslims to live amongst Muslims as agent provocateurs
and entice them into traps such as these. Generally,
these agents are amongst the most popular and
influential members of the community. The Muslims are
fooled by them because they fail to check up their
background (where they came from, their history etc.)
One can obtain almost any type of military training in
some countries of the World, legally, so there is no
need to risk going to prison for years just for
learning how to use a single firearm illegally.

## 4.6 Military Training

Although sometimes it is difficult to obtain
comprehensive military training in one's home country,
it is very easy to do plenty of background reading
using freely-available books and CDs, before one
actually goes abroad.

The US Army has produced a number of military field
manuals on CD on all topics from light weapons, tanks
and artillery to mines, military fieldcraft and combat
medicine. The full set is available on CD for less
than US$100 and many field manuals are also available
on the Internet. One source of availability is
http://www.chqsoftware.com or by searching for the
term 'US Military Field Manuals CD' or just 'US
Military Field Manuals Online'. Even though the US
Army Field Manuals contain information specific to US
Weapons, they still contain a large amount of useful
information applicable in all circumstances. It is
useful to get a full set of CDs for your mosque or
Islamic society that everyone can use.

Disclaimer: The Sergeant Quartermaster logo is
copyright protected and the company has no
affiliations with Azzam Publications or the Qoqaz
web-sites. We have put their details up as a source
for obtaining these CDs. If anyone can suggest other
suppliers of these CDs, please let us know.

Some topics to read up about include:

**Govt. Exh. 1F1**





**Govt. Exh. 1F3**



GOVERNMENT EXHIBIT

1F3

**Govt. Exh. 1F4**



GOVERNMENT
EXHIBIT
1F4

Govt. Exh. 1G10a

**1G10**

04/01/2003

**Ali AL-TIMIMI [AT]:** Hello?
**Hammad ABDUR RAHEEM [HA]:** [in Arabic] Peace be upon you.

**[AT]:** [in Arabic] Peace be upon you, too. Huh?

**[HA]:** This Ali?

**[AT]:** Yes, who's this?

**[HA]:** This, Hammad.

**[AT]:** Ok. How are you doing brother? [in Arabic] Peace be upon you.

**[HA]:** Fine. [in Arabic] Peace be upon you, too. [in English] I'm with Ismail here... We just wanted to ... I know it's late but ... we wanted to meet with you, to talk with you.

**[AT]:** Well ... I am sorry about that but it's quite late for me [in Arabic] I mean, like that, [in English] this time of night [in Arabic] I mean ...

[Hammad and Ismail ROYER [IR] heard in background about what to say next]

**Ismail ROYER [IR]:** [in Arabic] Peace be upon you, Sheik

**[AT]:** [in Arabic] Peace be upon you, too.

**[IR]:** How you doing brother?

**[AT]:** [in Arabic] Thank God. [in English] Who am I speaking with?

**[UI]:** Well ... This is Ismail.

**[AT]:** Oh, how ya doing, Ismail?

**[IR]:** [in Arabic] Thank God. [in English] Good. Listen, brother. We have ... I have a serious situation that came up. Tomorrow 9:30 ... um ... I have to be somewhere [laughs]. And Hammad, likewise, has to be somewhere ... um ... six days from now.

**[AT]:** Right.



GOVERNMENT
EXHIBIT

1G10a
03-296-A

**J.A. 3154**

**Govt. Exh. 1G10a**

**[IR]:** Ah ... So ... so ... I'm just wondering if ... ah ... you thought there might be any benefit in ... ah ... us ... ah ... seeing each other. Whatever ... I don't know. If you don't think there's any benefit in that ...but ...but ... I ...

**[AT]:** I mean ... I mean ... I mean ... I mean ... I don't know ... I mean ... what benefit would be for us to ... to ... to ...I mean ... to see each other, you know. I'm surprised by this call. I mean ... [coughs]. You know ... the ... ah ... I mean ...you guys have ... ah ... I mean ... ah, counsels, I imagine, right?

**[IR]:** Yes.

**[AT]:** Okay, so what did they tell you ... your counsels tell you to do?

**[IR]:** Uhh ...You'd like me to tell you what's ... what ... I would like to tell you.

**[AT]:** No, I mean, I mean your counsels, I mean, obviously gave you advice, right?

**[IR]:** Yeah ... to plead the 5th ...

**[AT]:** Oh ...

**[IR]** ... on everything.

**[AT]:** Oh, I mean if that's what they told you then, there's a legal thing ... See what I'm saying?

[Ismail tries to interrupt as Timimi is speaking]

**[AT]:** I have ... I have no ... I'm not a lawyer. I have no idea. You know what I'm saying? I have no idea what ... what ...you know, what the issue ... you know what I mean ...

**[IR]:** Yeah ...

**[AT]:** ... If you care to inform me about you, but I have no idea what the issue is regarding you, concerning what, concerning so forth and so forth ...

**[IR]:** Right ... right ... right ... right ...

**[AT]:** So ... I mean ... how can I ... you know ... [sighs]

**[IR]:** Well, I don't know [in Arabic] By God, [in English] I just ... ah...ah ... Because obviously there, you know, I mean, I mean, you know I had ah, I had about thirty armed ... uh ... agents bust into my house uh last week, pointing ... pointing ... MP ... MP-5 machine guns at my ... uh ...baby and ... ah ...you know ... and

**Govt. Exh. 1G10a**

with your name and my name as ...as co-conspirators ...[Laughs] ... on a warrant ...

**[AT]:** ... that's fine, that's fine ...

**[IR]:** I do ... exactly ... I mean so ...

**[AT]:** So ... I mean it happened to me about five weeks ago, too. They busted my house...

**[IR]:** I heard ya ... someone ... I heard it through the grape vine but ... Anyway ... and they did the same thing to Hammad, and you probably know they did the same thing to a bunch of other people. But in any case, Um ... I guess, essentially the message, you know, whatever I wanted to say, is just essentially what I just told you, what my lawyer told me to do, and which is what I'm going to do ...

**[AT]:** Right, but ah, yeah, you know, what I'm trying to say to you brothers is ... first of all, you know, you're Muslims, you need to turn to [in Arabic] God Almighty, [in English] and ask [in Arabic] God Almighty, [in English] you know to help you in your moment of crisis, okay?

**[IR]:** Yeah....

**[AT]:** Second of all, you know what I'm saying ... I mean ... I don't believe ...uh ...from ... I mean ...we're not ... we weren't like, you know ... best of friends and so forth, but from what I know of you and other brothers, I don't think anybody has ... did anything which is ...

[Ismail interrupts]

**[IR]:** Exactly, right. Exactly, right.

**[AT]:** ...Illegal. Okay ... So ... but there's a certain climate that exists in the United States where in which ... where in which people are ... ah ... you know, I mean ... things that are maybe innocent are considered to be ... greater than that. Things that are ... ah ...

**[IR]:** They pulled someone over ... they got ... ah ... ah ... a pamphlet for Disney World in their car ... in their mini-van ... and they say that he was ... you know ... scoping out terrorist targets ...

**[AT]:** ... Okay, so ... okay ...

**[IR]:** ... he was taking his family to Disney World ...

**Govt. Exh. 1G10a**

**[AT]:** Alright. So, that's fine. So ... that's the climate. There's a lot of excitement, there's a lot of tension in the air and so forth, and you know being a minority and so forth, you ... you ... you ... tend to be capped with a big, ah you know, ah be ... cast with a big light upon on a person. You know, I mean, you're intelligent young man and so forth ... you have a lawyer, lawyer, you know, lawyer, counsel will give you advice whatever it is and [in Arabic] God willing [in English] I'll make *du'aa* [Arabic word meaning a prayer] for you and anybody else that...

**[IR]:** [in Arabic] God willing [in English] Yeah, please make *du'aa* for me. But ... ah ... just wanted to let you know that thus far ... and [laughing] you know, whatever this ... this ...ah ... Faraza [ph] brother told you... is complete ...and frankly, I mean ... please excuse my language ... is complete bullshit.

**[AT]:** Which brother?

[Royer laughs]

**[AT]:** Which brother?

**[IR]:** The Faraza [ph] brother, you know ...[ui] left a message ...

**[AT]:** Oh, oh, oh, Faraza [ph] brother ... Faraza [ph] ...

**[IR]:** Yes ... No ... ah ... I mean ...frankly that's something that really ... and I'm glad you told me, you know, what he said but it's something that like really hurt me ...

**[AT]:** Right ...

**[IR]:** ... hurt me deeply, you know ... and ...

[Timimi interrupts at this point]

**[AT]:** Well, look. I told you also ... but ... but ... but ... when I told you that, even though he ... he ... you know, thought that, ... right?

**[IR]:** Yeah.

**[AT]:** Ah ... what did I tell you? I said that I wasn't going to act that way, right?

**[IR]:** Yeah ...

**[AT]:** Told you and so ... I said that my house was always open to you, and your family, you know it's that way and so forth.

**Govt. Exh. 1G10a**

**[IR]:** But, but in a way I'm kinda glad about that because it makes me think that … it makes me realize that whatever I do and whatever action I take is for, not to please anyone but just for the sake of Allah. You know what I'm saying?

**[AT]:** [in Arabic] God willing, Thank God.

**[IR]:** So … so … I'm ... I mean I'm going to take the action that my lawyer told me to take for a couple of reasons. One, because this is what … ah … this is what Islamically is the thing that I must do and the second thing is legally, it just makes more sense for my situation.

**[AT]:** Okay.

**[IR]:** So, in other words, I mean, and you know ... if it makes you happy … it doesn't make you happy, ah ... [in Arabic] By God, [in English] it's really of no importance, I mean ... I love you as a Brother, but essentially this is my duty before [in Arabic] God Almighty. [in English] You know it's kinda like ... someone just ... you know those random e-mails that people forward you and stuff, and somewhere you know these … I keep getting these sorta messages that are reinforcing me and so I've gotta a *hadith* [Arabic word meaning words of the Prophet] "the one who hands his brother over to an oppressor is a ..."

**[AT]:** Sure.

**[IR]:** … such and such.

**[AT]:** Sure.

**[IR]:** So … um … so, essentially, you know like I said, I mean, um ... um, maybe some part of me is still a little bit angry [laughs]. I know you didn't ... you're not the one who was saying that, you know, but I'm just … I'm just saying, you know that, but, but in fact, it's like I said, it's a good thing perhaps because I know that it doesn't matter if Hammad here sitting next to and says ah man that Ismail ... he's going down for everyone, hey, he's such a great ... I don't care, you know, I don't care, I have to do what I have to do …before [in Arabic] God Almighty.

**[AT]:** Right.

**[IR]:** Um … in any case … alright, brother, well, if you don't think it'd be harmful then … or whatever [UI], it wouldn't be ah ...

**[AT]:** No ... no ... what I'm trying … what I'm trying to say to you is you need to be a little bit wise ... I mean ... I wasn't aware that they put my name, ah, next to your name ... in the ... co...

**[IR]:** Yeah, they say we're co-conspirators

**Govt. Exh. 1G10a**

**[AT]:** Ok ... so ...

**[IR]:** I'm like I'm in good company. [laughs]

**[AT]:** So I mean, so I mean, so I mean, so I mean ... I think, I think for us to meet and so forth ... I mean ... obviously my phone is tapped ... they're gonna ... the conversation is obviously being recorded, but for us to meet and so forth, they might then assume that there is ... you know ... some sort of thing, a witness tampering or some sort of...ah..

**[IR]:** Yeah, that's true.

**[AT]:** ... you know some sort of, you know, covering up or comparing our stories. Way I think ... and that's ... that is not proper.

**[IR]:** I agree with you. I agree with you ... no, no well, Brother Hammad said he had heard from someone in Maryland said, oh, you know, Brother Ali is wondering why you guys ... why no one is calling him ... why no, you know what I mean ... et cetera, et cetera.  So, then, that kind of surprised me.  I said, oh as a matter of fact, why don't we call him up you know, but anyway ...

**[AT]:** No, no, no, no, that's not true.

**[IR]:** Okay.

**[AT]:** So ... I mean.  You know I mean, unfortunately, people ... you know ... they have very ... ah ... inventive imagination ...

[Both laughing]

**[AT]:** ... And they like ... they like to ... they like to ... you know ... I mean ... you know ... people like ... people like to feed on this type of gossip and so forth.  I would think, in general, just you know as I said, [in Arabic] Brother, [in English] I mean, you know that the Prophet [in Arabic] Prayers and Peace be Upon Him, [in English] you know he said that ...ah ... you know he said that ... you know ... "Keep God in mind and Allah will keep you in mind."  You know what I'm saying?  "If you ask - ask Allah; if you seek aid - seek aid from Allah; and know that if the whole world got together to harm you, it would not be able to harm you unless it is something that Allah has decreed to you, and if they are to gather together to benefit you, they cannot benefit you unless it is something that God has decreed to you.  The pens have been dried and the scrolls have been [iu] the records have been ..." - you know - "... rolled up".  So ... I mean ... [coughs] what I'm trying to say is that ... [coughs] whatever happens, this is something that should have been decreed long before you were born, you know I'm saying ... before you had come to this Earth and so forth.  I wouldn't ... I wouldn't ... I wouldn't let it phase you and ... and ... and ... I mean a person who is ... you

**Govt. Exh. 1G10a**

know if a person did something wrong and then therefore ... doing something wrong ... committed a crime ... he stole, he murdered or whatever, okay ... and then he's faced with ... you know ... justice system ...you know ... even for a Muslim or a non-Muslim ... he has something to worry about because there is some sort of infraction that he did against society or against ... you know ... that he has to ... you know ... pay a [ui] to. But, I mean, for people who are ... you know ... are being ... you know ... I mean I haven't spoken to you ... you know ... I mean ... maybe once in all the year of 2002, right?

**[IR]:** Right.

**[AT]:** And this is just one time here in 2003. So I mean ...

**[IR]:** Right.

**[AT]:** ... how could there be a conspiracy between ... you know ... people who haven't spoken in a year ... a year and a half? So I mean ... so I mean ... the point is this is just a way to ... ah ... ah ... to elicit fear ... a way to ... you know ... cause confusion and a way ... ah ...

**[IR]:** Get promotions for some of these guys.

**[AT]:** Get promotions for some people. Some people ... some people are not maybe ... some people are just ... see if the job they wanna do is professional ... ah ... they might be motivated by ... you know by trying to get a promotion and so forth, and I ... and I ...

**[IR]:** Yeah.

**[AT]:** ... just think that, you know, I just think a person just to ... I mean, as I told you when you ... before, you know, and other friends before [in Arabic] By God [in English] I believe that if a person goes makes [in Arabic] ablution, [in English] you know what I'm saying, and [switches between Arabic and English] kneels twice in prayer [in English] by the morning everything is fine.

**[IR]:** Yeah. Yeah that' true, yeah, that's true.

**[IR]:** See what I'm saying, so ...

**[IR]:** Okay, [in Arabic] May God reward you. [in English] It was really kind of ... I guess ... ah ... that's the message I needed to hear, you know, *Hadith* and [iu] ...

**[AT]:** [in Arabic] By God, [in English] I just think ... I just think [in Arabic] By God, Brother ... [in English] I just think ... I just think if you just go make [in Arabic] ablution [in English] and [switches between Arabic and English] prayed, asked for God's guidance and made a prayer so that God puts peace and tranquility in

**Govt. Exh. 1G10a**

your heart, [in English] then you face tomorrow ... you know, what Allah decrees, Allah decrees, see what I'm saying. You have ... I know ...

**[IR]:**   Yeah.

**[AT]:**   And just, I mean, you know, people who are legal people may know what's best there, and you should follow their advice, you know what I'm saying.

**[IR]:**   Yeah. That's true, yeah. And, and frankly, actually I'm not really worried at all 'cause I went through this a ... a ... ah ... same thing after ah ... ah ... same thing, I testified in St. Louis and actually like completely unrelated manner ... matter, but ah ...

**[AT]:**   Um hum.

**[IR]:**   So, [in Arabic] Thank God, He [in English] put [in Arabic] tranquility [in English] in my heart and I ... ah ... you know ... I totally ... ah ... you know ...

**[AT]:** Um hum.

**[IR]:**   I came out of it, you know, I had [in Arabic] thank God [in English] it was really an excellent speech.
(laughs)

**[AT]:**   Yeah, yeah.

**[IR]:**   You know I wanted, I wound up making fools out of the prosecutors (laughs) you know in this past year and so.

**[AT]:**   Well man my very personal opinion is that the ... the more ... the more they dig and the more they see, they'll see that there's nothing there and ah ...

**[IR]:**   Exactly, right.

**[AT]:**   And they'll eventually ... they'll eventually just step back, you know what I'm saying?

**[IR]:**   Right.

**[AT]:**   But I ... it just needs patience for a week or two weeks or a month or two months but ah ...

**[IR]:**   Yeah. [in Arabic] correct. [in English] That's right, that's right.

Govt. Exh. 1G10a

**[AT]:** Yeah okay. So.

**[IR]:** Okay, all right Sheik I don't wanna take up any more of your time.

**[AT]:** No problem, [in Arabic] God willing. [in English] As I said, do what you have to do and then, you know, anytime you and your wife or, you know ...

**[IR]:** Yeah.

**[AT]:** As always, you know, welcomed to have tea at my house.

**[IR]:** Oh thank you brother, thank you, I hopefully was ah, all this blows over was going to ah, and ah, you said that you were surprised by the call, I am sorry if it was inappropriate for ah, to call you or ah.

**[AT]:** No, I am surprised at the call because it doesn't, it doesn't make sense because I'm saying, I mean ... in ... in ... in a sense that ...

**[IR]:** (Laughs) I guess it doesn't.

**[AT]:** That's ... that's ... that's the way ... the way that ... the way that they ah ... these people ... ah ... think, they're going to try to use this as something against you, you know what I'm saying?

**[IR]:** Yeah.

**[AT]:** For calling me, by saying that you were trying to ...

**[IR]:** Yeah, yeah.

**[AT]:** You know, make a story or whatever and so I ... I think you're just harming yourself in the long run you know what I'm saying but ...

**[IR]:** Yeah, yeah.

**[AT]:** Nonetheless I mean, I mean [in Arabic] God willing, God willing [in English] the conversation is [in Arabic] God willing [in English] is taped but it's, and so therefore it's, you know ...

**[IR]:** Yeah.

**[AT]:** You know what, what has transpired and that's ...

**[IR]:** Yeah, [in Arabic] correct. [in English] Okay Sheik. All right, I ... I agree ... I mean, maybe it wasn't the wisest thing but anyway ... however, I just wanted to ... to ... to...

J.A. 3162

**Govt. Exh. 1G10a**

**[AT]:** Look, [in Arabic] Brother. Haste is from Satan.

**[IR]:** Yeah.

**[AT]:** And calmness and taking time and so forth is from … from [in Arabic] God …

**[IR]:** Yeah.

**[AT]:** As [in Arabic] the Prophet, PBUH, [in English] said.

**[IR]:** Yeah.

**[AT]:** So, as I said, you know, I mean it's 10:50 now, you know, in less then half an hour [in Arabic], God willing pray and make a prayer to God [in English] and go sleep …

**[IR]:** Right.

**[AT]:** … and have a good night's sleep and …

**[IR]:** Okay.

**[AT]:** (Inaudible) and everything shall be [ui] for you and that other Brothers, [in Arabic] God Willing, [in English] O.K.

**[IR]:** All right. Maka a *du'aa* for me …

**[AT]:** [in Arabic] God willing, [in English] I will.

**[IR]:** Okay brother, [in Arabic] Peace be upon you.

**[AT]:** [in Arabic] Peace be upon you, too.

    (Hangs up telephone)

    (END OF TAPE)

**Govt. Exh. 4G7**

467

```
From Paint Ballaz Tue Jun 19 23:03:36 2001
X-RocketMail: 00000021;R---S-----------;0819
X-Apparently-To: seifchapman@yahoo.com via web4404; 19 Jun 2001 23:03:38 -0700
(PDT)
X-Track: 1: 40
Received: from web14802.mail.yahoo.com (216.136.224.218)
  by mta325.mail.yahoo.com with SMTP; 19 Jun 2001 23:03:38 -0700 (PDT)
Message-ID: <20010620060336.43235.qmail@web14802.mail.yahoo.com>
Received: from [63.125.145.107] by web14802.mail.yahoo.com; Tue, 19 Jun 2001
23:03:36 PDT
Date: Tue, 19 Jun 2001 23:03:36 -0700 (PDT)
From: Paint Ballaz <pballaz@yahoo.com>
Subject: Fwd: Fw: document 2
To: AZ <allracesinone@hotmail.com>, Aatique <aatique@yahoo.com>,
  Abdul Majeed <abdxmaj@hotmail.com>, Abdullah <abdallah_9_99@yahoo.com>,
  Abu Hareth <ballpaint@hotmail.com>, Ashraf <ashraf@wam.umd.edu>,
  Fahad <f.r.k@usa.net>, Farhat <farhat@yahoo.com>,
  Hamad <hammad6@hotmail.com>, Husnain <salafy49@hotmail.com>,
  Idris <shai07@hotmail.com>, Isma'il <iroyer@cair-net.org>,
  Khalifa <caliph54@hotmail.com>, Khurum <kshah@gmu.edu>,
  Yong Kwon <r_kwon@hotmail.com>, Madani <person4444@yahoo.com>,
  Mahmood <mahmood76@yahoo.com>, Monthana <almothanna@yahoo.com>,
  Muhammed <abdl_mswr@yahoo.com>, Mustafa <ibnqassim@aol.com>,
  Nabil <nabil74@yahoo.com>, Rasheed <ironknuckle@prodigy.net>,
  Seif <seifchapman@yahoo.com>, Shafiq <asantora@gmu.edu>,
  Shehraze <shehraze@hotmail.com>, Tariq <tarek_hammad@hotmail.com>,
  Waleed <wabdelfattah@hotmail.com>
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Length: 4128
```

Please let me know if there are any topics you want
answers or proofs forâ€¦

Praying while in a moving car

Praise be to Allaah.

Delaying the prayer past its appointed time is a grave
major sin, as Allaah says (interpretation of the
meaning):
"So woe unto those performers of salaat (prayers)
(hypocrites), who delay their salaat from their stated
fixed times." [al-Maa'oon 107:4-5]

According to a report narrated by Muslim, he said:
"The (whole) earth has been made good for me, a means
of purification and a mosque (or place of prayer); so
wherever a man may be when the time for prayer comes,
let him pray wherever he is." (Saheeh Muslim, no. 521)

As far as praying on board means of transportation is
concerned, then it is possible to pray there so long
as the necessary conditions of prayer are fulfilled,
or else one can wait until one gets out of the
vehicle. If waiting means that the time for the prayer
will pass, then you should pray in the best way that
you can. Let us assume, for example, that you are in a
car or train where there is no place to pray, you
cannot stop and pray at the side of the road, and the
time for that prayer is running out. In such a

GOVERNMENT
EXHIBIT
4G7

**J.A. 3164**

**Govt. Exh. 4G7**

situation, the Muslim should pray in the best way that
he can, even if he is sitting in his seat and even if
he is not facing the qiblah, because Allaah says
(interpretation of the meaning): "So keep your duty to
Allaah and fear Him as much as you canâ€|"
[al-Taghaabun 64:16], and because the Prophet (peace
and blessings of Allaah be upon him) said: "If I have
commanded you to do something, do as much of it as you
can." (Reported by al-Bukhaari, al-Fath, no. 7288)

An exception to be above is naafil (supererogatory)
prayers offered when riding a camel, which is
permissible even if one cannot get down or if one is
not facing the qiblah. This is known from the report
of Ibn 'Umar, who said: "The Prophet (peace and
blessings of Allaah be upon him) used to pray when
travelling on his camel, no matter which direction it
was facing, and he would gesture with his head to
indicate the movements of the night prayer, apart from
the obligatory prayers, and he would pray witr on his
camel too." (Reported by al-Bukhaari, 945)

Ibn 'Umar (may Allaah be pleased with him) said: "The
Prophet (peace and blessings of Allaah be upon him)
used to pray voluntary (nafl) prayers when riding on
his camel, no matter what direction it was facing,
when he came from Makkah to Madeenah." Then Ibn 'Umar
recited this aayah (interpretation of the meaning):
"And to Allaah belong the east and the west, so
wherever you turn yourselves or your faces, there is
the Face of Allaah (and He is High above, over His
Throne)â€|" [al-Baqarah 2:115]

Ibn 'Umar said: "It was concerning this that this
aayah was revealed." (Reported by al-Tirmidhi, 2883;
he said, this is a saheeh hasan hadeeth)

We should not forget to point out here that Muslims
living in non-Muslim countries sometimes delay or
abandon their prayers for another, completely
different, reason, which is that they feel too
embarrassed to pray in front of the kuffaar in public
or open places, or they are afraid that they will make
fun of them and regard them as odd. This is a serious
mistake. How can a Muslim feel embarrassed about
proclaiming the truth and worshipping openly,
hastening to fulfil the command of Allaah at the time
when Allaah has said it is to be done? (islam-qa.com)

Seeing a snake or scorpian in front of him while
praying

Praise be to Allaah.

He can stop his prayer and kill the snake or scorpion,
because the Prophet (peace and blessings of Allaah be
upon him) said: "Kill the two black ones during
prayer, the snake and the scorpion." (Narrated by the
authors of Sunan and classed as saheeh by Ibn
Hibbaan). If you can kill it whilst still praying,
without moving more than what is regarded as

**Govt. Exh. 4G7**

acceptable, then this is OK and the prayer is still valid.

And Allaah is the source of strength. May Allaah bless our Prophet Muhammad and his family and companions, and grant them peace.

Distance which allows one to shorten prauersd\

The majority of scholars (al-jumhoor) comprising the Maliki's and the Shafiei's and the Hanbali's have taken the opinion that the recognized distance for one who has undertaken its travel in shortening the prayer is four burud (an antiquated unit of distance), which is two average day's travel by heavily-loaded camels (equivalent to 88.7 km in distance). Among what they have quoted as evidence is what was authentically (sahih) narrated by Ibn Omar and Ibn Abbas (may Allah be pleased with them) that they used to shorten the prayers and break fasting at a distance of four BURUD. This quoted distance is approximate and not exactly limited as per the majority of scholars, and thus what is slightly less is exempted as well.

Some scholars including ibn Qadama and Sheikh ul-Islam Ibn Taymiyya and his pupil Ibn ul-Qayyim have taken the opinion that all that is referred to as travel in practice and in language, and requires preparation of provisions as well as rest and similar things, falls under the licenses of shari'a such as the shortening of the prayer and breaking the fast of Ramadan. Their pretext and justification is the generalizaion in the wording referring to the shortening of the prayer as it appears in the Qur'an and sunnah, as in the example of surat al-Nisaa', verses 4:101-102:

And in the following hadith:

Al-Tirmidhi, hadith 2960: Ya'la bin Umayyah said: I said to 'Umar ibn al-Khattaab "Verily Allaah has said 'â€| if you shorten your prayers, for fear the unbelievers may attack youâ€|' and now the people feel secure." 'Umar said, "[Indeed] I wondered the same thing you are wondering, so I mentioned it to the Prophet (peace be upon him) and he said '[It is] a charity that Allaah has bestowed upon you so accept His charity.' " (Abu 'Isa said this hadith is hasan sahih.)

Al-Tirmidhi, hadith 453: Umayyah ibn Abdullah ibn Khaalid ibn Asid said to Ibn 'Umar, "How can you shorten the prayer when Allaah the Almighty has said, 'there is no blame on you if you shorten your prayers, for fearâ€|' ," so Ibn 'Umar said, "O son of my brother, verily the Prophet (peace be upon him) came to us when we were misguided, so he taught us, and among what he taught us was that Allaah the Almighty has ordered us to pray two raka'a during travel." (Al-Shu'aithiy said that al-Zuhriy used to relate this hadith via Abdullah ibn Abu Bakr.)

**J.A. 3166**

**Govt. Exh. 4G7**

The ayah expresses the permission for shortening the prayer for one who travels without specifically restricting the distance. Thus the Qur'an and sunnah mention "travel" and do not differentiate a particular travel from another, and as such if one travels via air for one hour without any burden or hardship it would be permissible for him or her to shorten the prayer and break the mandatory fast. In fact, this is the most viable opinion, unless for a particularly case there is confusion as to whether it is commonly regarded as travel or not, in which case one falls back to the opinion of the majority of scholars (al-jumhoor) (regarding the minimum required distance).


The Times of Salat

Narrated Abdullah bin Umar (RA): The Prophet (Peace be upon him) said "The time of Zuhr (noon) prayer is when the sun passes the meridian and a man's shadow is of the same length as his height. It lasts until the time of Asr. The time of Asr prayer is as long as the sun has not become yellow (during it's setting). The time of Maghrib prayer is as long as the twilight has not disappeard. The time of Isha is up to midnight. The time of fajr is from the appearance of dawn as long as the sun has not risen. (Muslim)

J-Word

Narrated Uqbah bin Aamir (ra): I heard the Prophet (Peace be Upon Him) recite when he was on the pulpit: "And make ready against them all you can of power, including steeds of war (Planes, Tanks,, etc.)- Surely strength is in shooting, surely strength is in shooting, surely strength is in shooting." (Archery) [Reported Muslim]

Obeying the Ameer

O ye who believe! Obey Allah, and obey the Messenger, and those charged with authority among you. If ye differ in anything among yourselves, refer it to Allah and His Messenger, if ye do believe in Allah and the Last Day: That is best, and most suitable for final determination. 4:59

---

Do You Yahoo!?
Get personalized email addresses from Yahoo! Mail - only $35 a year!  http://personal.mail.yahoo.com/

Govt. Exh. 7A19



## SHEIKH HUMOOD BIN UQLA ASH-SHU'AIBI'S

### FATWA ON THE RECENT EVENTS

**Q**: To proceed, Sheikh Hamood ibn 'Abdullaah ash-Shu'aybee, there have been a lot of talks on what happened in America some supporting and blessing others opposing and condemning it. What is the correct stance of these two opinions according to your view? We similarly hope you will go into details in the issue because of the ambiguities in it.

**A**: Praise is due to Allah Lord of the Worlds, may the Salaat and Salaam be with the unlettered Prophet, his family, his companions, and all who live according to his path till the Day of Judgment. Before answering the question we should know that whatever decision the non- Muslim state, America, takes -especially critical decisions which involve war - it is taken based on opinion poll and/or voting within the house of representatives and senate, which represent directly, the exact opinion of the people they represent - the people of America - through their representatives in the Parliament. Based on this, any American who voted for war is a like a fighter, or at least a supporter, as we will explain later. Let it also be understood that the guide and final decision on the interactions of Muslims with the Unbelievers are the Book of Allah and the Sunnah of His Prophet may the Salat and Salam be with him; And not politics or personal benefits. And the Qur'an has explicitly explained this issue and clarified it because of its importance and danger. When we refer to the Qur'an we realize that it has left no one in doubt nor did it leave any gray areas on this issue. And all the various verses, which discuss this issue, emphasize two things, namely Al-Walaa' (love and alliance) and Al-Baraa'ah (hate and opposition), which confirms the fact that Al-Walaa' and Al-Baraa'ah are strong pillars in the Islamic Shari'ah, an issue on which the scholars - both the past and contemporary - have consensus. Allah says warning against loving the unbelievers, taking sides with them and leaning towards them:

1. "O ye who believe! take not the Jews and the Christians for your friends and protectors: They are but friends and protectors to each other. And he amongst you that turns to them (for friendship) is of them. Verily Allah guideth not a people unjust." Quran 5; 51

GOVERNMENT
EXHIBIT
7A19
03-296-A
1

**Govt. Exh. 7A19**

2. "O ye who believe! Take not my enemies and yours as *friends* (or protectors),- offering them (your) love, even though they have rejected the Truth that has come to you, and have (on the contrary) driven out the Messenger and yourselves (from your homes), (simply) because ye believe in Allah your Lord! If ye have come out to strive in My Way and to seek My Good Pleasure, friendship unto them: for I know full well all that ye conceal and all that ye reveal. And any of you that does this has strayed from the Straight Path." Quran 60;1

3. "O Believers! Take not private friends from among your enemies expressing open love to them." (I could not find this translation of a ayah in Quran, Fault of translator not the sheikh)

4. And He said on the necessity of rejecting the unbelievers "There is for you an excellent *example* (to follow) in Abraham and those with him, when they said to their people: "We are clear of you and of whatever ye worship besides Allah: we have rejected you, and there has arisen, between us and you, enmity and hatred for ever,- unless ye believe in Allah and Him alone": But not when Abraham said to his father: "I will pray for forgiveness for thee, though I have no power (to get) aught on thy behalf from Allah." (They prayed): "Our Lord! in Thee do we trust, and to Thee do we turn in repentance: to Thee is (our) Final Return." Quran 60;4

5. And the Exalted said: "Thou wilt not find any people who believe in Allah and the Last Day, loving those who *oppose* Allah and His Messenger, even though they were their fathers or their sons, or their brothers, or their kindred. For such He has written Faith in their hearts, and strengthened them with a spirit from Himself. And He will admit them to Gardens beneath which Rivers flow, to dwell therein (for ever). Allah will be well pleased with them, and they with Him. They are the Party of Allah. Truly it is the Party of Allah that will achieve Success." Quran 58;22

6. And the Exalted and praised said: "Say: If it be that your fathers, your sons, your brothers, your mates, or your kindred; the wealth that ye have gained; the commerce in which ye fear a decline: or the dwellings in which ye delight - are *dearer* to you than Allah, or His Messenger, or the striving in His cause;- then wait until Allah brings about His Decision: and Allah guides not the rebellious." Quran 9;24

These verses and tens of others are clear statements on the obligation and necessity of opposing unbelievers and hating them, as well as rejecting them. And I don't think any person with the slightest level of knowledge is ignorant of this. Having said this, you should know that America is a Kufr State that is totally against Islam and Muslims. In fact it has reached the peak of that arrogance in the form of open attacks on several Muslim Nations as it did in Sudan, Iraq, Afghanistan, Philistine, Libya and others, where it - America - allied with the forces of Kufr such as Britain, Russia and others in attacking and trying to exterminate them. Similarly, America expelled the Palestinians from their homes and housed the 'brothers of Pigs and Apes' in them; and stood firmly in support of the criminal Zionist State of the Jews, giving them all they need in the

2

form of wealth, weapons and training. How then can America after all these things not be considered an enemy of the Muslim Nations and at war with them?

But, because they have reached the peak of tyranny and arrogance; because they have seen the collapse of the Soviet Union in the hands of the Muslims in Afghanistan, they thought that they are the Ultimate Power above which there is no power. Unfortunately, they forgot that Allah, the Exalted and Mighty, is Stronger than them and can humble and destroy them.

On the other hand, it is unfortunate and disturbing to see that a lot of fellow scholars have preferred the side of mercy and emotion and forgotten or ignored what that Kufr Nation (America) is doing such as killing, destroying and spoiling most of the Muslim Lands, and showing no mercy or kindness in that. Consequently, I find it incumbent upon me to refute some false claims and misconceptions that some fellow scholars are relying upon in trying to support their positions.


## MISCONCEPTION NO. 1

- I heard from some of them, "that we have agreements and pacts between us and America and hence it is binding on us to fullfill them."

  *My response to this is from two points of view:*

1. The person saying this has already concluded that it is Muslims who committed the act, and up to now, no proof of law has been established to the effect that Muslims are behind the attack, or that they participated in it, in which case it may be said that they have broken the covenant. So, since, it is yet to be established that we committed the act, nor that we did partake in its execution, how then can it be said that we have broken the 'Pact'?
   Of course expressing our hatred for those unbelievers and rejecting them has nothing to do with breaking covenants or pacts. It is just something Allah has compelled upon us in clear texts of His Glorious Book.

2. Even if we accept that there are covenants and pacts between Muslims and America, why then did America not fulfill its side of the agreement? Why has it not stopped its aggression and harming a lot of Muslims? Is it not an established fact that: all pacts are binding on both parties; and that whenever they do not fulfill their roles, the pact becomes invalid and the covenant broken?

   A. Allah the Exalted said:
      "But if they violate their oaths after their covenant, and *attack* you for your Faith,- fight ye the chiefs of Unfaith: for their oath are nothing to them: that thus they may be restrained. " Quran 9;12

3

### MISCONCEPTION NO. 2

- They say that: "among the victims were some, innocent and sinless"

*Response to this is from several points of view:*

1. Sa'ab bin Jathamah (may Allah be pleased with him) reported from that the Prophet was asked about the people in the homes of Mushrikun (Polytheist) when they are attacked at night and their women and children are affected, he said: "they are part of them".

   So, this Hadith shows that women, children and all the killing of whom is forbidden, when they are separate, it is permissible to kill them when they are mixed up with the fighters and it is not possible to separate. This is because they had asked the Prophet about the case which is "attacking at night", in which case it is not possible to differentiate, and he permitted them because "things may be allowed when they occur along the way but be forbidden when separate".

2. Also, Muslim commanders have always used a Catapult when fighting the Kuffar (a kind of weapon that was used in the past when trying to break into an enemy camp which is fully fortressed - it destroys whatever it meets by its weight, i.e. something like a catapult - translator), and it is obvious that a Catapult when applied in a war does not differentiate between a fighter and others, hence it may afflict some of those so-called 'innocent souls', but that not withstanding this is an established practice among Muslims in their wars.

   Ibn Qudamah, may Allah have mercy on him, said: "And it is permissible to use a Catapult because the Prophet, may the Salaat and Salaam be with him, used a Catapult on the people of Ta'if; and Amr bin al-As did the same to the people of Alexandria (Al-Mughniy, vol. 10, p503).

   And Ibn al-Qasim said, "It is permissible to use a Catapult against Kuffar even if children, women, old men, and monks are killed inadvertently, because 'Nikayah' (doing what will weaken the enemy) is allowed according to the consensus of Ulama. Ibn Rushd said: "'Nikayah' is permissible according to Ijma' and on any type of polytheists" (Al-Hashiyah ala' Ar-Raudh, vol. 4, p 271)

Here, there is a question we will like to ask those who use the word "Terrorism" on what happened in America, and I want their reply.

*The question is:* When America attacked a Pharmaceutical firm in Sudan, using its planes and bombs, destroying it and killing everybody in it, staff and laborers, what was this called? Shouldn't the action of America in the Sudanese firm be considered as

4

**Govt. Exh. 7A19**

an act of terrorism? Then how can what those people did in America be treated as an act of terrorism? Why is everybody condemning and rejecting what was done to those buildings in America and yet we did not hear any such condemnations on the destruction caused by America in the Sudanese firm?

I certainly don't see any difference between the two acts, except that the money that was used in building the firm was that of Muslims', and the workers and staff killed by destroying the firm were Muslims; Whereas, the buildings destroyed by those hijackers was built with the money of non-Muslims and the victims of the explosion were non-Muslims.

So, is this the difference that made some fellow brothers to call what happened in America 'Terrorism'!! While at the same time they neither condemned what happened in Sudan, nor called it **TERRORISM**?

Similarly, what happened to the Libyans; A deliberate and imposed 'starvation'; and a 'starvation' of the Iraqis along with almost daily attacks; the sanctions and attacks launched against Afghanistan, a Muslim Nation: all these, why are they not termed "terrorism"? What else can we term them if not terrorism?

In addition, we should ask those people, what do you mean by "innocent and sinless"?

### *Those are one of three categories/groups:*

**The first category:**

1. They may be among those who neither fought, nor supported their country by their persons, wealth or opinion and suggestions or anything else.

   - It is not permissible to kill this category, on condition that they can be differentiated from the rest, but if they are mixed up such that they can't be separated, then it is allowed to kill them along with the others and by extension, old men, women, children, the sick, and the disabled or devoted monks.
   - Ibn Qudamah said: "It is allowed to kill women and children in night attacks and in demolished buildings or ditches, so far as the intention is not to kill them in particular; And it is allowed to kill their (the enemies') animals as a means for killing and subduing them; there is no difference of opinion on this." (Al-Mughniy, with the Sharh -commentary, 10/503)

5

-Similarly he said: "It is permissible to attack enemies at night. Ahmad bin Hanbal said: 'there is no problem with night attacks, were the Romans not attacked at night?' And he said: 'we don't know anybody who disliked night attacks" (Al-Mughniy 10/503)

### The second category:

2.Or, they (the victims) may be part of those who did not participate directly in the war but helped with their wealth or opinions, these cannot be called "innocent", nay they are among the fighters and part of the strength of the enemy.

-Ibn Abdil Barr may Allah has mercy on him, said in Al-Istizkar: "There is no dispute among the scholars that whoever fights among women or old men, killing him is allowed, similarly, any child capable of fighting, if he does may be killed." (Al-Istizkar vol. 14, p 74). Similarly, Ibn Qudamah reported the Ijmaa' on killing women, children and old men if they help their people; Ibn Abdil Barr said: "They have a consensus on the fact that the Prophet killed Duraid bin on the Day of the Battle of Hunayn because he was experienced in war and contributed his opinions. Thus whoever is like that among old men deserves to be killed according to all (scholars). (At-Tamheed, vol. 16 p 142)
-And an-Nawawi, may Allah have mercy on him related the Ijmaa' (in Sharh Muslim in "the Book of Jihad") that elderly men among the non-Muslims should be killed if they have knowledge of war strategies.
-Ibn Qasim also quoted in Al-Hashiyat that "they had Ijmaa' that the ruling concerning any strategist is that of any fighter in Jihad. This Ijmaa' was reported from Ibn Taimiyyah. Similarly, he related from Ibn Taimiyyah "those who assist a group and their helpers are (to be considered) part of them, in whatever is for or against them"

### The third Category:

3. Or they may be Muslims, and it is not permissible for these to be killed separately; But when they are mixed up with others in such a way that they have to be killed with them, then it is allowed, and these is the case known as 'Mas'alatut Tatarrus' (when non-Muslims hold Muslims as shield against attack), which was discussed earlier.

Thus, what many are babbling and repeating on the case of the "innocent victims", is nothing but the effect of the West and its media, to the extent that many of unwary people repeat the words and expressions of our enemies, which are in direct contradiction with the expressions of the Shari'ah.

6

**Govt. Exh. 7A19**

Let us not, also, forget that it is permissible for us to treat non-Muslims similar to the way they treated us; and in this there is a reply and clear proof to all those who repeat the words "innocent victims", because Allah the Exalted has made that. Among the texts on that:

1. "Thus, if you retaliate, retaliate with what equals the aggression afflicted upon you" (I could not find this translation of a ayah in Quran, Fault of translator not the sheikh)

2. And He said: "...and those whom, when an aggression afflicts them, they revenge, but the reward of an evil is an evil equal to it". (I could not find this translation of a ayah in Quran, Fault of translator not the sheikh)

Also among the sayings of scholars on the permissibility of taking revenge:

Ibn Taimiyyah said: "it is their right to mutilate. So it is their right to do it in revenge and payback in the same coins, OR they may waive it, but patience is better. This is in a case where the mutilation does not lead to a gain in the Jihad, and it is not for an equal treatment from them (the enemies); But when Mutilating them will lead to their accepting the faith or warn them against another aggression, then, it is - in this case - part of recommended Jihad and retribution." (This was quoted by Ibn Muflih in Alfuru' vol.6 p.218)

Also, whoever says that there are "innocent victims" without any differentiation between their categories, must accept that he is accusing the Prophet and the Companions and those after them that they killed "innocent victims", according to them! Because the Prophet used a Catapult in his war against Ta'if, and it is the nature of a Catapult is that it does not differentiate. (It only throws what u put in it where you point it.)

Similarly, the Prophet (saw) killed all whom those who had attained puberty among the Jews of Bani Quraidah without differentiating between them.

Ibn Hazm, commenting on the Hadith that "Banu Quraidah were paraded before the Prophet, and he ordered the killing of all those who had attained puberty", he said: "this is a general ruling from the Prophet, since he did not leave out an old man, a merchant, a farmer or any other person; this was related from him with genuine Ijmaa' (Al-Muhallaa vol. 6 p. 299)

7

**J.A. 3174**

**Govt. Exh. 7A19**

Ibn al-Qayyim said in 'Zaadul Ma'aad': "it is part of his guidance (i.e. the Prophet's) that whenever he made a pact with some people and they broke the covenant, or some of them broke the agreement, and the rest supported them on that, and accepted it; he fought all of them and considered all of them as having broken the covenant. As he did to Banu Quraizah, Banun Nadheer, Banu Qainuqa', and as he treated the people of Mecca. So this is a Sunnah (method or approach to those who betray their covenants.)

Similarly, he said: "Ibn Taimiyyah has certainly ruled that the Christians of Mashriq should be fought when they assisted the enemies of the Muslims against them, and helped them with their wealth and weapons, despite the fact that they did not fight us. He considered them to have broken the covenant as Quraish did during the time of the Prophet by helping Banu Bakr bin Wa'il in fighting those in alliance with the prophet"

In conclusion, we all know that the non Muslim west, especially America will definitely seize this opportunity and utilize that in its favor and through it do fresh injustice to the Muslims in Afghanistan, Palestine, Chechnya and other areas, whoever the perpetrators may be. And they will try to eradicate Jihad and those who engage in it, and it will never succeed; and they will do that in the name of fighting Terrorism; and they will go ahead and fight our brothers in faith, in the Taliban ruled, Muslim Nation of Afghanistan, the only nation that has given a cover for genuine Mujahiddin and assists them at a time when everybody has forsaken them, and who never bowed down to the Non-Muslim Western nations. Thus, it is compulsory to assist this Islamic Nation in Jihad, with whatever we can.

Allah the Exalted says:

1. " The Believers, men and women, are protectors one of *another*: they enjoin what is just, and forbid what is evil: they observe regular prayers, pay Zakat, and obey Allah and His Messenger. On them will Allah pour His mercy: for Allah is Exalted in power, Wise."
Quran 9;71

2. And He said "....Help ye one another in *righteousness* and piety, but help ye not one another in sin and rancor: fear Allah: for Allah is strict in punishment."
Quran 5;2

Thus, it is compulsory to assist them with wealth, persons, opinions and advices, and through the Media by defending them and their honor and their public image; and

8

**J.A. 3175**

through prayers for them that they vanquish the enemy and have steadfastness. And like we said, it is compulsory upon all Muslims to help the Taliban Government. It is also equally compulsory upon the Muslim Governments especially the neighboring countries to assist them against the Kufr of the West. And let those know that that failing to assist Taliban that is being fought for its religion and because of the help it gives to Mujahideen, assisting the kuffar against them is the kind of friendship and support of the kuffar that Allaah warned against when He said:

1." O ye who believe! Take not my enemies and yours as *friends* (or protectors),- offering them (your) love, even though   they have rejected the Truth that has come to you, and have (on the contrary) driven out the Messenger and yourselves   (from your homes), (simply) because ye believe in Allah your Lord! If ye have come out to strive in My Way and to seek My Good Pleasure, friendship unto them: for I know full well all that ye conceal and all that ye reveal. And any of you that does this has strayed from the Straight Path." Quran 60;1

2. And He said "Believers take not my enemy and yours as protecting friends." (I could not find this translation of a ayah in Quran, Fault of translator not the sheikh)

Certainly it will go down in history that these countries betrayed their brothers and it will remain as a kind of bad record on them and their people that will remain forever!!

Similarly let those neighboring and nearby countries beware that if they refuse to help the brothers and allowed the enemy to attack them, that Allah may face them with His Natural Disasters and terrible situations as a punishment and chastisement on them. The Prophet said a Muslim is a brother of a Muslim; he does not forsake or betray him.. And he also said in a Hadith Qudsi: "Allah said "Whoever fights my Friend should get ready for war with Me And He said "Whoever allowed a Muslim to be humiliated while he could assist him, Allah will humiliate him in front of the entire creation on the Day of Judgment (reported by Ahmad). And we wish to remind the Pakistan Government that allowing the Americans, the enemies of Muslims, to use their land is not informed by wisdom nor borne out of experience politics at all because it will lead to giving the opportunity for America to discover their secrets of their country and know the location of its nuclear power with all precision and something that has terrified the West, and that may lead to the Americans giving the Jews the chance to attack the Nuclear Plants in Pakistan as they did those of Iraq earlier. And how come Pakistan trust America, America is a enemy that has been warning and warning them

9

**Govt. Exh. 7A19**

(about their nuclear weapons and other affairs)! I really think that the reasonable personalities in Pakistan will not allow it, not to mention their Good Muslims will ever accept this nor will they just fold their arms and watch surrender to their enemies of yesterday.

We pray to Allah that He helps His Religion and raises His Word and exalts Islam and the Muslims and the Mujahideen and to destroy America and its followers and those who assist them. Verily He has that Power and is Able to do so.

Wa-sallaahu wa-sallam 'alaa Muhammad wa aalihi wa sahbihi was-sallam.

10

**Govt. Exh. 7A23**

🖨Print this Article · ✉Send this article to a friend

*10/10/03*

*WWW. AS-JAWAB.COM*

# A Statement To The Ummah
# Concerning the Recent Events

### By The Eminent Sheikh Safar bin 'Abdir-Rahmaan al-Hawaali

*[Translator's Note: The Sheikh (may Allah reward him) has written this document in the light of the events surrounding September 11, however it is important to note that the war in Afghanistan had not yet begun.]*

All praise is to Allah Who chose to have the exclusive right to create and left mankind without the slightest of hopes in having any role or part in this creation. And may the blessings and peace be on His Messenger, the bearer of glad tidings, the Warner and the illuminating lamp, and also on his family and all the Companions.

I have been led to write this piece in order to absolve myself of the responsibility, as well as an insistence by the Ummah, and also given the enormity of the events of which this is only the beginning. We pray that the conclusion is beneficial for the Ummah.

I have written this hoping that Allah benefits with it the Ummah and I pray to Him, Who is the Glorious, that He suffices the Muslims from all of this with something better than it.

Herein are a few facts, points to note and questions that point to what is beyond. There is not enough time for all details, or the case is that the mind hasn't yet been able to perceive and solve them yet.

Actually, I wanted to make this a complete study but the restlessness and the hastening that the Ummah is struck with - especially the youth in the circles of Dawah - has led me to race to bring this out briefly in paragraphs and sections. Perhaps this may suffice me from repeating this topic daily with groups of them. If a need arises to elaborate on any of it or to review it, then that will come in its own time with Allah's permission.

I have tried to follow the way of the Quran in bypassing the minor details of events and instead opted to bring to light the lessons, and remind what needs to be reminded.

## ONE

The first of the facts that ought to be realized and reminded of is that nothing occurs in this Universe, no matter how small or big, whether the people receive it with joy or sorrow or divide amongst themselves over it, except that it has been pre-decreed. The Pen had written it on the Preserved Tablet before the creation of the Heavens and the Earth by fifty thousand years while the Throne of the Most Merciful was over water. All this it wrote in accordance with the knowledge of the All Knowledgeable, the All Wise, from Whom not the smallest particle in the heaven or the earth can hide.

So not a lip whispers nor a drop of rain falls nor an ant moves or resides except in accordance with that - whoever knew this [the nature of this universe] did know, whoever was ignorant of it did remain so and some may be pleased while others rage from it! Thus the knowledgeable ones withheld their tongues from questioning and

**GOVERNMENT EXHIBIT**
7A23
03-296-A

objecting. Their hearts humbled to the rulings of pre-destination and found solace. Bearing trials and hardships with patience became easy on them and they were able to show gratitude in times of ease. Having had Faith (Eman) that He the Exalted **{is not asked about what He does but they are questioned}**, they further entrusted the affair to Him and sought from Him forgiveness and mercy, **{It is only Your Trial by which You lead astray whom You will, and keep guided whom You will. You are our Protector, so forgive us and have mercy on us for You are the best of those who forgive.}** [A'raf 155]

**TWO**

The second of such facts, and this follows from the first one, is that not a single society nor a circumstance is left out of the natural ways of Allah (sunnatillahi qauneeyah) no matter how advanced it may be in time and age, regardless of the tyranny, the haughtiness on earth and the insolence towards the commands of Allah.

So, after all, what are the various successive civilizations, they are nothing but settlements and ages that are subjected to the Sunnah (way) of Allah that is neither exchanged nor removed [even if those civilizations dislike it]? And what is America except a town amongst the many which brought it [calamity] upon itself with sins, such as the Aad, the Thamud and the many generations that passed by during that.

Thereby Allah unleashed on them His wrath and punishment and truly how easy it is to Allah to deal with this Creation if it disobeys Him and exposes itself to His vengeance! **{So We punished each (of them) for his sins; of them were some on whom We sent Hasib ( a violent wind with shower of stones), and of them were some who were overtaken by as-Saihah (torment - awful cry), and of them were some whom We caused the earth to swallow, and of them were some whom We drowned.}** And Allah left their dwellings effaced and wiped out, their wells dried and their palaces and castles still standing! **{Flee not, but return to that wherein you lived a luxurious life, and to your homes}**, but how far [how remote was this possibility] it was for them! Allah turned it into heaps of ruins such that they may regret over it in this life before the Hereafter.

The tolerance being shown by Allah for this tyrannical nation (i.e. America) is most amazing. They combine the despotism/haughtiness of the Aad, the transgression of the Thamud, the arrogance of Pharaoh, the foulness of the people of Lot and the fraudulence and niggardliness of the people of Madyan. To this they added the cunning plots of the Jews, their ardent desire for life, playing with words and claims of self-righteousness elevating themselves above all others besides them. So what can be awaited for them except that Allah brings on them the Ways with which He dealt with those who have passed and such days from Allah come upon them incessantly? It is not strange at all that their High Priest declared, "This is only the beginning!"

As for me I say that if Allah doesn't wipe them out totally it is for a high wisdom known to Allah. Perhaps there may emerge from them those who worship Allah without associating partners to Him. Doing this is not at all a burden on Allah!
At the same time, there is neither restriction on the divine punishment nor a limit on the different shapes it can take. **{And none can know the hosts of your Lord but He.}**

An example of this is the attack of the early Americans on the Red Indians in their lands. They waged a war on them to eradicate them to an extent that it eternally

remains a black spot in the history of America. But now the Red Indians are killing 300,000 Americans every year!! How is this? Will Durant wrote in his book, the story of Civilisation, 'The European Colonialists learnt from the native Indians the consumption of the foul plant, the cigarette, and thus were able to avenge their enemy perpetually in a way their spears could not.' This suffering is besides the AIDS, Anxiety, Depression and poor social relations in that society!!

## THIRD

This Ummahh of Islam is a chosen one and is shown mercy and aided (by Allah) despite the calamities that may strike it or the weakness and degradation that it faces at times.

As for its being chosen, Allah has given it the Book and the Wisdom. He made it a witness on mankind. It is sufficient to know that a sinner amongst them is within the fold of the chosen ones although he is punished for his sin and held accountable for his shortcoming. {Then We gave the Book (the Quran) as inheritance to such of Our slaves whom We chose. Then of them are some who wrong their owneselves, and of them are some who follow a middle course, and of them are some who are, by Allah's Leave, foremost in good deeds.} So all the good that is found in any nation, it is more so in the Muslims. All the bad that is there in this Ummah, it is more in other nations. The civilization of this Islamic Ummah is one of justice, mercy and forbearance. How true is a remark made by a Western Philosopher that, "History has not known a conqueror more merciful than the Muslims!"

As for its adversary, the Western civilization, it did not reach any of these values except after centuries of strife and hundreds of millions of dead and displaced. They are still fighting to this day in Ireland and East Europe! In their colonialist expansions over three centuries they have killed a hundred million as estimated by some of them, while others amongst them estimated it to be up to three hundred million people!

As for it being dealt with mercy, Allah has made its punishment (for its sins) to be in this life. This is by making its enemy overpower it, by dividing it into parties such that each of them chastises the other brutally, and by afflicting it with poverty and social decline. All this is done to purify and cleanse it or to lighten its accountability on the Day of Resurrection. And also it is to raise the rank of some amongst them to levels that they could not have achieved otherwise. In one Hadith the Prophet (saw) said, "Verily this Ummah is shown mercy, its punishment is at its own hands." In another Hadith, "The punishment of this Ummah is by the sword." In the end of the first Hadith, he said, "So, on the Day of Resurrection, a polytheist is pushed toward each of the Muslims and said, 'This is your ransom from the hell fire.'"

As for it being aided, even a comparison has been made of it in a scripture of the People of the Book with a mountain which if it falls on anything, it crushes it, (as did the early conquerors strike the empires of Chosroes and Caesar. And whoever falls on a mountain gets broken and shattered, (as it happened with the Crusaders, the Tartars and the European Colonialists). The Truthful whose truthfulness has been verified (i.e. Prophet Muhammad) has informed that a section of the Ummah will always remain aided and victorious, whoever opposes it or deserts it will not harm it, it will strive on the Truth until the command of Allah comes.

The point is that an Ummah that Allah has bestowed with all these traits, it is not permissible for it to despair under any circumstance, nor think that it has perished. The

only one who would do so is one who thinks unwell of Allah or is heedless of the ways of Allah with it. Such people may think that Allah's way with it [the Ummah] is like His way with the others whereas its history records times of invasion and retreat, rise and fall, differences and unification, but one unchanging feature in all circumstances has always been the good outcome for it.

No Easterner nor Westerner would have predicted when the Crusaders invaded the Muslim Ummah that the tables would turn and the Muslims would reach the depths of Europe in their own conquests, nor did any imagine when the Tartars ravaged the Ummah that one day Russia would be conquered for Islam by the Tartars themselves and North Europe invaded alongside them!

**FOUR**

Everything that befalls on this Ummah in the form of weakness, humiliation, defeat or poverty, is due to its sins and is brought upon by itself. Despite this Allah is kind to the Ummah and therefore does not empower anyone above it who would exterminate it completely. Nor are the afflictions it faces a mere chastisement on it. But amongst those who face afflictions may be a chosen martyr while another may be one killed and thus pardoned and forgiven as a result of his death, or yet another may suffer and as a result his punishment in the Hereafter gets lightened.

Instead if the Ummah grasped on to the rope of Allah, repented to Him and left its sins it will have victory, might and a strong foothold in every sphere. After all, what are its enemies - the People of the Scripture, the Polytheists, its oppressive rulers, and its cunning Hypocrites who plot against it - what are these except a part of its own sins? Then, due to its sins, Allah will empower above them all someone who will afflict them with a brutal punishment - be it from within the Ummah or outside it.

Therefore, the first of the steps toward a change is repentance and humble submissiveness to Allah.

The people of Iraq set out to fight against Hajjaj. The famous scholar of the Tabi'ey, Hasan al-Basri, (May Allah show mercy to him) addressed them saying, "O people of Iraq, verily Hajjaj is a chastisement from Allah, He has empowered him above you due to your sins, so don't tackle the punishment of Allah with your hands but instead repent to Allah and He will remove His punishment from you for verily He says, {**And indeed We seized them with punishment, but they humbled not themselves to their Lord, nor did they invoke (Allah) with submission to Him.**}"

So if the masses repented to Allah, He will remove the oppression of the rulers on it, and included in its repentance is the enjoining of Good and forbidding of Wrong and befriending for Allah and opposing for Allah (al-Wala and al-Bara).

If the rulers repented and ruled by the Book of Allah, He will remove from them the humiliation and degradation of them by the forces of Kufr as well as the rebellion of the citizens against them, the rulers, and will also remove the situation where some of them are empowered above others amongst them.

If the Muslims who are residing in the West repented from their sins then Allah will remove from them the racial trials and afflictions and the biggest of their sins is forgetting the Wala and Baraa (being a patron of someone or disassociating from them solely for Allah) and getting lost and mixed in the society of Kufr and vice. Likewise,

anyone who travels to them or resides there without a temporary need or a strong necessity is a sinner until he repents by returning and leaving the land of Kufr. An exception to this is one whose aim is to Dawah and intends to migrate.

**FIVE**

Further establishing the point that preceded, the way out of the crisis is only by returning to the beginning of the road and by correcting the beginning of the station, as Ghazali (May Allah show mercy to him) after having pursued every path in the wilderness he returned to the Book and the Sunnah and he died with the Saheeh Bukhari on his chest and he used to repeat on and on saying,

"I left the passion for Laila and Sada by the retreat (place for quarantine)
And returned to correcting the beginning of the station"

The point from it all is the return to the Book of Allah, the Wise, wherein is the story of those before us, information of what is to come after us and the Ways of Allah in dealing with us and others besides us, as well as an exposition of the reality of our enemy. The point is to turn to the Book of Allah by reflecting on it, understanding it and deducing from it and acting accordingly. How many Verses from it we find as though they were revealed on us today, particularly about what we find ourselves in! But most Muslims pass over them heedless of these. After all, did Allah elaborate the discourse on the People of the Book in the longest Sura (Chapter) except with knowledge and wisdom and so that it be a guidance, reminder and mercy to the Believers?

Thus, if the Mujahideen abided by the Book of Allah and the Sunnah of His Messenger (s.a.w) entirely - and this includes consultation with those who are concerned with this matter and give up separating themselves and isolating from the rest of the Ummah - if they were to do this then they would have been successful in striking down the enemy and acquiring a position of strength in a way that actually benefits and does not harm. And then none would have had anything to object except a hypocrite who is known to be just that.

If the Muftis, the writers, the public speakers and the announcers were to judge this incident and the manner of dealing with it by the Quran, they would have had the best results and achieve the biggest gains and benefits and would have avoided many harms including the chaos and conflicting views although the common folk at the time this incident occurred were on one view and with one heart. Whoever amongst them deviated did so only after the differences amongst the people of knowledge and opinion.

If the reformers, the educators and the people of Dawah all were to abide by that, they would not have become 'an acoustic phenomenon' [giving their own opinions] ! Instead they would have turned to drawing plans and design programs to prevent division, and the shortcoming in major areas of the religion would have been avoided which was in the name of 'wisdom', 'good of Dawah' or what the sheikhs who are followed were on.

If those residing in the West were to abide by that it would have been the greatest of victories for Islam in those dark astray societies.

**SIX**

Aiding the Non-Muslims over Muslims - no matter which form of aid or co-operation it be, even if it is merely in speech - this is clear Kufr and sheer hypocrisy. The one who does this has perpetrated one of the actions which negates Islam, as has been specifically stated by the Imams of the Dawah and others, and such a person is not a believer in the aqeeda of al-Wala and al-Bara (being a patron of someone or disassociating solely for Allah).

So, it is duty on the opposing Afghan factions and others who made such promises to come forth with repentance and recompense for this vile act by supporting their Muslim brothers even if it were by supplication and verbal statements.

While we remind of this great matter, we call upon our old Mujahid brothers - particularly Sheikh AbdurRasul Sayyaf and Sheikh Burhanuddin Rabbani - to distance themselves from this and hasten in raising their voice absolving themselves from it. We remind them by Allah and then of what we used to advise them with during the days of Jihad and they used to assure us that it will never happen, and here it is, it did happen and that too worse than we expected. And here is the Shaitan, he wants to nullify their previous Jihad against the Russians due to their patroness of the Americans! And let them consider and learn a lesson from what Mo'tamad ibn Abbad, who said, "Attending to the camels of Ibn Tashifin is more beloved to me than to attend to the pigs of Alfonso (Alfonso was the leader of the Spanish Christians)." And let them consider and learn from the consequences faced by the one who allied with Hitler and accepted being the leader of his own country under the influence of the Nazi rule and then became accursed by his own people for ever, as it occurred with the French General, Petan. And let them also learn from what America did with the Kurds for it is a living contemporary witness.

Likewise we call upon the Government of the Islamic emirate in Afghanistan to take the initiative and make peace between itself and the opposing Alliance by declaring a general amnesty, accepting some of the demands, opening the door to a dialogue and understanding and giving the Muslim leaders from them an opportunity to gain positions in the Government and other such measures which remove the divisions or at least decrease it.

We also call upon the Writers, the Announcers and Public Speakers, in this country and others, to fear Allah in regards to what they say. In neglecting this, they may have aided the killing of a Muslim by a word or as little as half a word and as a result of that their present life as well as the Hereafter gets ruined and their actions become of no avail in Allah's view, for "a man (may) say a word which displeases Allah without giving it much notice and it makes him fall into the hell fire by seventy years", as has been informed by the Truthful whose truthfulness has been verified.

So now how would it be, given that the goal is to wipe out a whole Muslim community and thereby take revenge for the successive defeats of the Crusaders at this community's hands (i.e. the Muslims) - from as far back as a century and a half until the expulsion of the Russians from it? How the whole world speaks of a sweeping all-out attack whose frontline is in Afghanistan, the rear is all the way back in America and it stretches over the depths of the oceans while its mission is to exterminate a hunger-stricken community from the Ummah of Muhammad (s.a.w), and they will surely follow-up after this nation with others and yet those Journalists and the Public Speakers (in their Sermons) from amongst the people of Islam will speak of aiding the attack and the campaign against terrorism and describe the Mujahideen as 'terrorists'. They fall into the trap of deceptive terminologies and declare that 'Allah has forbidden Terrorism' or 'the religion of Islam is free from Terrorism', whereas in reality, the terrorising of the enemies of Allah is a requirement as stated in the Book of Allah,

{And make ready against them all you can of power, including steeds of war to threaten the enemy of Allah and your enemy}. And victory by fear is one of the special characteristics of this Noble Prophet and his Ummah (may the peace and blessings of Allah be on him and them). Allah the Exalted says, {Verily, you (Muslim Believers) are more fearful in their chests than Allah}. As for the various divisions of Kufr, each of them defines Terror as he pleases. But they all agree that the Muslim mujahid in Palestine, Lebanon, Chechnya, Kashmir, Philippines or Eritrea is a 'Terrorist'!! Moreover, every Muslim who enters an airport is liable to be discredited and labelled so.

And let it be known to everyone who did condemn and denounce in such a manner that this is essentially a permission from him to them for revenge! And America doesn't want from the public any more than this. Then it will decide by itself how that revenge will be, specify who is to be included in this treatment and to what extent the vengeance will be carried out - it will decide on all of this, unaccountable to any and without anyone to oversee it.

While we have had bitter experiences with them, as in its war against Iraq, it took an authorisation from the Security Council to fight as did from some of the Muslim scholars to prevent the aggression and now where has America reached? It has surpassed all limits and is yet to stop. Three of the member nations of the Security Council and all the Islamic Arabic Nations have sought from it to stop the boycott but it didn't nor will it ever stop or withhold until it drains the last drop of petrol from the Gulf and Iraq and destroys - if it could - every Muslim person in that region. O Allah, we beseech You in this situation which is like relating the story of the bandits of Uraniy in front of Hajjaj, but in fact in front of one whose vice and mischief is even more than his, far more, beyond any measure.

**SEVEN**

One of the fundamentals of the belief of AhlusSunna wal Jama'ah is that Jihad takes place until the establishment of the Hour. It is to be undertaken with any leader - be he righteous or a sinner - who holds the banner for the aid and victory of the religion and checking the aggression of the Non-Muslims. Raising the voices from here and there thereby distorting the understanding of Jihad or narrowing it to be limited to past historical stages, or limiting it by conditions which perhaps will never be met until the Day of Resurrection, this is all from self abasement and defeat. Moreover, some of them absolve themselves and Islam from it, and we seek refuge in Allah from such things.

In fact the Truth is between the extreme on the one hand and one falling short on the other, with regards to this matter.

And the difference is very clear to anyone who contemplated/considered the difference between a Jihad operation on the one hand which produces a little damage in the enemy with the aim of revenge and deterrence, whereas on the other hand is the Jihad with a general leadership and takes its rightful place as a constructive means of reformation and development (Tarbiya), and is founded in order to return the Ummah to its former might and honour and to establish the religion completely for Allah in the daily lives - this effort made to an extent that is humanly possible and to the extent of the means that are at hand.

Thus did Hudhaifa (may Allah be pleased with him) follow the advice of the Prophet

(s.a.w) to him at a moment when he had the arrow in his hand with the chest of the leader of the Non-Muslims exposed in front of him in the most difficult standpoints encountered by the Muslims. As did before him those who gave their oath of allegiance to the Prophet (s.a.w) on the night of Aqaba when they proposed to him that they deal with the Polytheists with the sword, but he refused. Whereas on the other hand, the Prophet (s.a.w) when he took the oath of allegiance with those who were with him below the tree, no one remained behind (from willing to fight) except the hidden hypocrite. Similarly when he (s.a.w) sought from the companions to dispatch for the war with the Romans in the campaign of Tabuk none remained behind except the hypocrites - besides the three whose repentance Allah accepted.

So it is the duty of all those who strive for reform and development to perceive the utmost importance of studying the life sketch of the Prophet and to deduce the stages of the propagation (dawah) from that period with an understanding that distinguishes between the various abrogated rulings and the circumstances at various stages thereby knowing the place of Jihad and its rulings for each stage. It is also their duty to remember that the Muslim tendency in the later period has been that of unbalanced emotions. Thus it prefers to dive into a battle now or give all that it possesses in a moment of passion even if it is of little benefit, preferring this above the following of a plan or a program for the wide general benefit of the religion which comes through after a year, by putting an enduring organised effort or ongoing spending!!

**EIGHT**

It is a duty on the sincere Da'ee (caller to Islam) and the honest followers of the way of the Prophets to strive to attend to and guard the religion from all sides.

As the case was in the Prophet's life with the delegation of Bani Shaiban who guaranteed the Prophet (s.a.w) that they will guard Islam from the direction of the Arabs but excused themselves from guarding it from the direction of the Persians. So the Prophet said, "None stands by the religion of Allah except who safeguards it from all of its sides."

Thus the Prophet did not accept the oath of allegiance from them, and instead Allah decreed better for him in the persons of the Ansars (may Allah be pleased with them) who gave him the allegiance on the principle 'The blood (of your) is the blood (of ours) and the demolition (of you) is the demolition (of us)'.

So the Muslims are one Ummah and their responsibility and pacts are undertaken by the least of them [in status] and they are all one single hand on others besides them. Whoever amongst them stands up to undertake a facet of religion be it to do with knowledge, Dawah or Jihad, loving him and supporting him becomes obligatory, while they ought to all strive to have their efforts done side by side supplementing each other and completing. But if the people of knowledge started attacking the people of Jihad or the latter deny and disavow the former and so on, then the strength and spirit of the Believers will disappear and their ranks will scatter and split up amongst themselves and they will fall in the way of those who incurred the wrath (of Allah) or the way of the astray.

Sheikhul-Islam Ibn Taymiya (may Allah show mercy to him) said, "The two wrong ways are the way of those who affiliated with the religion but did not complete it with its requirements such as the ruler, Jihad and wealth, and the other path of those who embarked on these - the ruler, the wealth and war but did not seek from it the

establishment of the religion. These two ways are the ways of those who incurred the wrath and the astray. The first is of the astray - the Christians, while the second is of those who incurred the wrath - the Jews. Verily the upright way, the way of those whom Allah graced - from amongst the Prophets... (until further-on where he wrote)... Verily the establishment of the religion is with the Guiding Book and the Aiding Iron, as Allah the Exalted mentioned (i.e. the saying of Allah in the Quran: **{Indeed We have sent Our Messengers with clear proofs, and revealed with them the Scripture and the Balance (justice). And We brought forth iron wherein is mighty power (in matters of war), as well as many benefits for mankind, that Allah may test who it is that will help Him (His religion) and His Messengers in the unseen. Verily Allah is all-Strong all-Mighty.}** [Sura Hadid: 25] So it is a duty on everyone to strive to harmonise and combine the Quran and the Iron for Allah the Exalted." [Majmo Fatawa, vol 28, pp395]

What he said (may Allah show mercy to him) is indeed true for when a section of the Muslims treaded the path of those who incurred the wrath of Allah and the Muslim armies started to be for show and parade and guarding the rules and regulations, or for attacking the neighbouring Muslim brothers; and then another section from the Ummah treaded the path of the Astray and thus neglected Jihad and became heedless of preparation for it; then the punishments came on us from all places.

Included in this punishment is our enemy defiling our sacred sites, desecrating our values and having the enemy's forces exploiting us in all spheres and then none embarks on Jihad or takes its name and characteristics except scattered groups who have no banner, nor a manhaj (systematic course) nor a tarbiya (means of education, cultivation and refinement). So if they did well it is from Allah and if they did otherwise then it is due to our negligence and shortcoming along with their negligence and shortcoming.

### NINE

After the Ummah divided into small nations and the banner of the uniting Caliphate fell, each section - be it a nation or a group - began to represent itself and became independent of others with its affairs and its standpoints on issues - be that showing of love or hatred, making war or peace, signing pacts or breaking them - such that a tiny country like Bahrain has its own political positions which differ from those of Egypt and Saudi Arabia. Its enemy may be a friend of the others and vice versa. It may draw a pact with America or others besides it or it may break the pacts without anyone else besides that small nation having any thing to do with the whole affair. And similar is the case with the Muslim Groups. Every Group that may have engaged in a war with its enemy regardless of which side provoked it, or may have broken a pact on equal terms and then no pact remains thereafter between it and its enemy even if the situation was not the same between that enemy and the rest of the Muslim countries and groups. But it solely bears the responsibility of its pacts, wars, profits and losses. Although it may not be compulsory for Muslims other than that country to help it but without a doubt it is not permissible for them to help the Kafir against that Muslim country!!

The incident of Abu Baseer is one from which Scholars of Fiqh can deduce laws and rulings, and branch off from them as much as Allah wills.

That incident, in brief, involves the Prophet (s.a.w) making a pact with the Quraish - on the Day of Hudaibiya - that whoever of the Quraish becomes a Muslim and comes to the Prophet (in Medina) the Prophet should return him back to them:

The end of this incident as reported in the Sahih is as follows, 'So a man, called Abu Baseer from the Quraish came to him (i.e. the Prophet), while the man was a Muslim. So they (Quraish) sent two men demanding his return to them. They said, "The pact you had made with us?" So he (the Prophet) gave him to the two men.

The two set out with him (to Mecca). When they reached Dhul-Hulaifa, they stopped and began eating from their dates. Abu Baseer said to one of the two men, "By Allah, I see that this sword of yours is good, O So and so!" The other one unsheathed it and said, "Yes, By Allah it is good. I have tried it then tried it and then tried it! Abu Baseer said, "Show me I will look at it." So he allowed it to him and he struck him until he became cold. The other one escaped until he reached Medina.

He entered the Mosque racing. The Messenger of Allah (s.a.w) upon seeing him said, "This one has indeed seen something alarming." When he reached the Prophet (s.a.w), he said, "By Allah, my companion has been killed and I was (almost) dead." Abu Baseer came and said, "O Prophet of Allah, Allah has indeed kept up your guarantee as you did return me to them and then He saved me from them." The Prophet (saw) said, "Woe! His mother is flaring a war, if only there was someone for him!" When he heard that he knew that the he would return him to them (once again). So he left until he came to the seashore.

Abu Jandal ibn Suhail left them (i.e. the Meccan polytheists) and joined Abu Baseer. Not a man would leave Quraish who became a Muslim except that he joined Abu Baseer until they became a gang. Then By Allah they would not hear of a caravan of Quraish leaving for Sham except that they intercepted it and killed them and took their wealth..."

We can learn from this the following.

ONE: The one killed from the Polytheists was a messenger (an ambassador) and messengers as is well known are not to be killed. Despite that the Prophet (s.a.w) did not disapprove of Abu Baseer having killed him nor did he order him to pay the blood money or ransom, but affirmed Abu Baseer's saying, as is reported in another narration, "O Messenger of Allah, there is no covenant or pact between me and them." So that was an approval from the Prophet for what he did, and that he has an independent liability and guarantee, separate to that of the Muslims, and if the Prophet waved the (demands on the) blood of that messenger then others besides him are more fitting of that. [See Fath (vol 5, pp412)].

TWO: The Prophet (s.a.w) urged the Muslims to join Abu Baseer as is understood from his saying, "Woe! His mother is flaring a war, if only there was someone for him!" And in another version of the narration, "if only there was a man for him!" So he added to his approval a further encouragement of others to join him.

Ibn Qayylm (may Allah show mercy to him) mentions in his piece titled, Fawaid Fiqhlyya lisulhilHudaiblya (Fiqh Points benefited from the Treaty of Hudibiya), 'And amongst (the benefits), if those with a treaty made a treaty with the leader, and a party of them came out from them and fought them and took the spoils of the war but did not go to the leader, it does not become compulsory on the leader to defend them from them nor to stop them from the people of treaty regardless of whether they were included in the pact of the leader, his treaty and religion, or were not included in it. The pact that was between the Prophet (s.a.w) and the Polytheists was not a pact between the Polytheists and Abu Baseer and his companions.

Given this, if there was a treaty between some of the Muslim kings and some of the AhleDhimma from the Christians and others, it remains permissible for another king of the Muslims to attack them (i.e. those AhleDhimma) and take their wealth in booty so long as there is no treaty between them and the Polytheists. This is what Sheikhul Islam Taqi-uddin Ibn Taimiya (may Allah purify his soul) gave as a verdict for the Christians of Multiya and their prisoners basing his verdict on the incident of Abu Baseer with the Polytheists.' [See Zaad ulMa'ad (vol3, pp309)]

This is clear with regards to the independence of each country or group and their guarantees and treaties and the West itself believes in this reality. It is also one of the well-known principles in the International Law. Had it not been so then the Pope in Rome would have been responsible for the terrorism of the Catholics in Ireland and Germany would have been responsible for the new Nazis and Japan would have been responsible for the Red Army. Particularly in this incident, Americans know well that those whom they oppose and who oppose them with animosity between them and those with whom they broke off and who broke off with them are the 'al-Qaida Organization' or more correctly 'the frontline of Jihad against the Crusaders', these people specifically and in particular, whereas the rest of the Muslims don't enter into this matter nor take this ruling. Thus, while America warns its citizens about them - and not from every Muslim - it is acting accordingly, due to the enmity and present breaking of ties, and while Clinton acknowledged that he ordered the killing of these people, deliberately and knowingly, by the earlier missile attack - this all dictates that it is the right of the other side to do the same.

Millions suffered in Sudan and Afghanistan due to the scarcity of medicine and the imposing of a boycott and this is besides those who died during the actual attack. So then there are no treaties or pacts between the two sides.

Therefore there remains nothing from the Sharia preventing them from retaliation nor is their any ruling from the Sharia that remains to be observed in this situation except the ruling of retaliating with similarity and equality and refraining from exceeding the bounds in doing that.

So here it is asked, did these exceed and transgress in what they did with America - if it ever gets proven that they in fact did it - is it exceeding what America did with the Muslims everywhere?

We leave the answer to the readers and say that the saying of Allah, the Exalted, **{Then whoever transgresses the prohibition against you, you transgress likewise against him.}** may not necessitate the equality in the number of the dead or the wealth for this is a matter that cannot be specified in every case. But what is intended is to meet an action with an action: killing with killing, taking prisoners with taking prisoners and causing wreckage and destruction with causing wreckage and destruction.

As for the point that it is not permissible for this group - nor any other party - to bring upon the Ummah an animosity for which there is no parallel and to drag it to a war which is not matched (and equal), for which it was not prepared nor ready, this we surely raise our voice in protest and will not let our voice be subdued. But if that group refused except to be dictatorial in its view and did whatever occurred to its mind without consulting or regarding the better welfare and the good (maslaha), then in that situation we will be the innocent ones and free from responsibility and we will be the sacrificial prey to the vengeance of a savage enemy. This is what will happen to the Afghan people and others besides them for they are innocent, and the one who falls is not from the enemy!!

The solution is not that we stand alongside the enemy against that party (of Muslims) for this is forbidden in any case, but it (i.e. the solution) is in holding a dialogue with it (i.e. that group of Muslims) in the matters of the various range of welfare and harms (i.e. the pros and the cons), and in clarifying its mistake, even if this led to shunning it and moving to distance others from it.

In any case that is an internal matter between the Muslims and it is not permissible to refer/forward it to the circles of Kufr who keenly await to see calamities befall all of the Muslims, and to see the crisis extend to become a world war where some Muslims are used (by them) against others.

**TEN**

If a Muslim did ijtihad (strove to find the correct standpoint according to Islam) in aiding the religion and taking revenge against the unjust Kuffar (Non-believers) for his Muslim brothers and in order to cause a loss amongst the Kuffar but he erred in his judgement then he is nevertheless rewarded for his intention despite the mistaken action. This person is not like (i.e. does not fall in the category of) the one who is waging a war (in the land) with aggression. This latter one his goal is to loot the wealth, violate the chastity and honour and cut off the roads. More importantly for the Muslims, [the one who did ijtihad and erred] his rights of the Islamic brotherhood (based on Iman or Faith) do not cease and amongst the things that show this is the saying of the Prophet (s.a.w), "The Muslim is the brother of a Muslim, he doesn't desert him nor submit him." Deserting him is to leave helping him and submitting him is to draw away from him leaving the enemy to do with him as he pleases.

This Muslim - supposing that he erred in taking revenge against the enemy or that he erred in considering someone to be an enemy who is not an enemy - this Muslim is no more sinful than the perpetrators of Major Sins like adultery, theft, and impiety towards the parents. The position of Ahl usSunna and Jama'ah with respect to the perpetrators of Major Sins is well known. They still perform the prayer on him (if he dies) and seek forgiveness for him. They neither defame him nor do they make the People of Kufr pleased over the shortcoming of their brothers by mentioning their defects and sins. As long as the characteristic of Islam is present in them they are as the Prophet (s.a.w) said, "Every Muslim is forbidden for Muslim - his blood, wealth, honour."

And whoever allows for himself to backbite them and to attack their honour trying to please the enemies of Allah, the Hypocrites and the mischief makers in the earth, such people are more sinful than the one who does that for his own benefit and desires.

As for such people going as far as to call them Kuffar (Non-Muslims), that accuser is doing one of the Major Sins and it is feared that it may come back on him, and we ask Allah to keep us safe. This may even lead them to declare the whole society and the scholars as Non-Muslims and to take revenge from whoever who disagrees with them (or opposes them) and the repercussions of that are not hidden to any sensible person.

**ELEVEN**

There may be some clues from the incident that point to the involvement of some youngsters who may be related to this, but there is no inference or any doubt that the careful planning and the study of the aftermath of such an action are far more greater

than what the minds of these youngsters can come up with, especially considering that most of these had not even left their country except a few months ago.

Thus the fancy speeches, articles and the broad investigations [against the youth] carried out in our country regarding this incident, which allude to these accusations as being correct and that the processes carried out were intended, and these youth were portrayed as though they were Satans bent on evil and mischief with no purpose except to destroy world peace and target the innocent... all this is the antithesis of the rationality, the sense of justice and the sense of defence of one's country and its citizens. It is a brute violation of the feelings of their own people and tribes.

It is also clearly contradictory to the statements from the officials in charge, which did not go beyond describing these as being the victims who were lured and mislead. This is according to the statement of the Minister of Internal affairs and he is the one who most closely followed these and is most aware of their motives. The media in the West have commented on the simplicity of these as opposed to the slyness of the Network of the Westerners who caused the explosions in Riyad and Khobar, while there are those who made a connection between the two. Our Writers and Speakers - who are yet to make a single comment on what has occurred in their country, the events whose pieces are yet to be put together and whose repercussions and motives are yet to be discovered - is it not possible for them to also keep quiet of what happened over there [America]? Or at least could they not keep themselves to the statements of the authorities, those who are accountable for what they say and are not so adventurous with sensational and creative captions at a time of such extreme sensitivity?

The truth is that the Egyptian Media has taken the best standpoint on this occasion although it was the most of all in enmity, injustice and defamation, but despite this, every position ought to be judged accordingly.

**TWELVE**

The constraints placed by most of the Arab Governments on its citizens is a main reason for the unqualified emotional support shown by these masses for everything that is done by these people as well as the support to them that is given by an increase in the individuals.

The Western sources themselves have stated this reality (amongst them is the Washington Post only five days after the incident). The evidence on this came forth very clearly after the blessed Intefada whereby some of them were harassed due to voicing their opinion about those events or for distributing Fatwas (religious verdict) regarding a boycott of the products of American companies. So all that he had left was to leave his country and go for Jihad.

The extent to which the government in any country gives the opportunity to its people to voice their disapproval of what is being done in Palestine and elsewhere and grants a freedom of speech and debate as well as the freedom to send the aid to the Mujahideen there and support them, it is in accordance to this that those governments would have prevented the sprouting of cells for vengeance - cells which do not consult anyone nor care to undertake an operation no matter how big or small it be. Repeated events have proven that if they say they do and if they promise they carry it out. They are people who devote themselves for what they have vowed to do and strive to be sincere in it and they do a lot of Dua (supplication) in humility. The pious Muslims everywhere pray for them. Yet despite this they are forced and anguished over what is

**Govt. Exh. 7A23**

happening to them and to their Ummah. Therefore, their acts come in a way that resembles miracles whether it is in Afghanistan, Chechnya, Somalia, Kashmir or Bosnia. If it is true that the explosions that occurred in Khobar, Aden, East Africa and America is from them, then these are yet another example.

Opening up to these, giving them the freedom to put forth what they have and having dialogues with them in the light of the pros and cons from the perspective of the Sharia is the only correct solution or else we will enter into a never-ending maze with no end to it. Nothing is more evident on this than the awareness of the causes that develop extremism in thought and practice in some of these people, as we will present this generally in the following section.

The first of the things which ought to be addressed soon with respect to this matter is to change the mode of the claims and the official propaganda from the customary stereotyped one to an open, forthright presentation that is mindful of the causes of the problem and a fair, just view of the issue as well as clearly setting out the responsibility of all of us - the government, the people doing Dawa, the mentors - as well as the responsibility of the society itself towards what occurred and will occur. This ought to be in the light of the Quran and Sunnah and in the light of what will serve the wellbeing of our country and its security - the two things which we ought to be attending to rather than being carried away with the American Media and others in its talk about its own security and wellbeing.

The enemy has declared a war against us psychologically and against our values. Some amongst us have been found to be following them and promoting and propagating their ideas and terminologies amongst us. Otherwise, when was The Pentagon ever regarded 'an innocent'! Wheras, it is in the words of an American thinker, Ghour Fidal and the likes of him as well as the common folk in America, the Pentagon is regarded as the 'hell's retreat', 'the home of conferences that make mischief in the world' or the 'Devils' nest' - all of this besides its being the biggest military target in the world. They made such similar references also of what is the pit of espionage, the nest of Mafia, the centre of usury and the washer away of wealth - i.e. The World Trade Centre!!

The American Media itself never used this expression (i.e. innocent) except after the incident and we brought it here without any reservations. Thereafter some of our writers and speakers discredited their own brothers - who were accused - by every defect and disgraceful comments. At the same time they went out of their way in declaring the innocence of one whose own people don't claim its innocence.

America in all its wars - including its last attack on Afghanistan - declares that it is seeking military targets. Along with those are other targets like fuel depots, electricity stations, food stores and aid centres and these latter ones usually have civilians working there. In fact it destroyed an entire town near Jalalabad and suburban quarters in Kabul. Yet we have not heard any criticisms of this from those who raised their voice about the innocent Americans!! It is as though some of the Muslims can pick a tiny speck in the body of his brother (to find fault with him) while he doesn't notice a whole trunk in the body of America; we seek refuge in Allah from distortion and desertion!

**THIRTEEN**

Twenty years ago thousands of the Muslim youth raced to Afghanistan with noble intentions and sound disposition. Their drive was the love for Paradise and an answer

to the call of Allah and His Messenger (s.a.w) to aid their oppressed brothers. The attitude of their governments towards this ranged from one of encouragement and urging to at least approving of their actions.

Then, years on, the most dangerous issue with most Arab countries as far as peace and security is concerned, became the issue of those returning from Afghanistan. Merely laying down a foot in Afghanistan became enough to categorise them as being amongst the wanted criminals - such that the Arab security agencies called and raced everywhere if one of them were to say, "here is 'an Afghan'"!! Secret co-operative networks were formed to capture them and then unjust oppressive Military Courts were set up to try them!!

So, how did this happen?

Prior to the last event, many asked - and amongst them the famous writer, Fahmi Huwaidi - asked about the secret behind the dramatic turnaround from the unqualified support for the Afghan crisis to the strong aversion and an amazing seeming ignorance of it. He remarked, "This turn around needs to be monitored and studied in order to learn about those Hellish plots which played with the minds and perception of people and successfully managed to draw them in favour of Afghanistan on occasion, then it largely succeeded in causing an aversion amongst them from Afghanistan, to the extent that this word became associated with every thing alarming and evil. And also how we responded agreeing - politically and in our media - on both contradictory occasions, so we became pleased when Washington was pleased and we became annoyed when it became annoyed."

After the incident, all the sensible people in the world - and those who try to be so - were in agreement that the solution is not to launch a devastating military attack that has no limits or boundaries but instead by studying the causes and treating them, and the same question has returned again, and with it more further questions.

So are the thousands and thousands of those who had raced forth to Afghanistan before twenty years, are they groups of evil-mongers, despising all values and civilization or the outlawed bandits striving to destroy the ease, comfort and stability of their countries and the whole world at large - as the Western media portrays them and their puppets in our countries follow them [in their portrayal]?

Or is it that the enemies of Truth, Justice, Peace and the Dignity of mankind they are the ones who forced and drove some of these to do what they saw to be Jihad and pleasing to Allah - even if others called it Terrorism and barbarism?!

And, how did extremism and aggression seep into some of them whereby he brought it over to his country and society in some cases?

And, what is the story behind the term 'Terrorism' and its shifty and deceitful usage?

In order to find answers to these questions we will surely have to return to the history of the long strife between Iman (Faith & Belief), the Truth and honour on the one side and, on the other side, the Kufr (Rejection of Faith), Falsehood and baseness - as it occurred in the Arab world, which the other countries took as its model, and Egypt to this day remains in this arena!!

The Propaganda of Nasir Regime played the leading role in declaring war on the Islamic propagation (Dawah) and in associating against those who do Dawah allegations of

treachery, assassination and sabotage. We still remember the dangerous notes that were prepared by those bodies that intended to eliminate Islam in Egypt. And since that time to this day, the Dawah in this country - which has been known for tolerance during its history - the Dawah there has instead faced a lot of trials and hardships. But all this has not succeeded in uprooting the religiosity from its citizens who by nature are a religious people.

The first organised campaign - which used to distort the image of the religious people with what later came to be called 'terrorism' - was actually against a special organization amongst the Ikhwan. The Nasir Regime accused this organization of working for the Zionists, the colonisation and attempting to assassinate Abdun-Naser, but none believed this dramatic theory of theirs! But it managed to use these accusations to imprison scholars and those who propagated Islam (Du'aat). Then when a list of accusations was prepared for the trial of Syed Qutb (may Allah show mercy to him) and those with him, the main allegation was 'attempting to assassinate the two ambassadors of America and Britain in Egypt'!! It was as though America and Britain set up an organization and aided it with wealth and arms - according to the continuing claims of the Nasir Regime propaganda - to murder their own two ambassadors!!

The Nasir Regime lost and was uprooted from every sphere and the facts started to become clear. This accusation was silenced or kept on hold until Sadat was murdered. It is clear that those who killed him, whoever they were, were according to the consensus of Arab opinion someone who disapproved of Sadat's visit to the Zionist nation, which was the resolution of the Baghdad Conference. The murderers did not go beyond merely carrying out in practice what the Leaders had resolved on in theory and encouraged the Egyptian masses via three broadcasting channels from three cities, this besides the other means also employed. What these broadcasted and believed was that Sadat betrayed the Ummah in its most sacred of issues and it is incumbent on the Egyptian masses to get rid of him!!

Sadat had opened the door to different Dawah organizations in Egytian Universities, not out of religious conscience, but in order to combat the Communists and the old supporters of Nasir. Most of these organizations were improvisatory, confining themselves in their Dawah to some of the open affairs of Iman, usually. Except for a few limited cells consisting of the released prisoners from the prisons of Nasir, these had tasted such diverse forms of torture to a degree that no human can bear, and with these tortured ones, extremism led them to doing the takfir (i.e. declaring someone who professes to be a Muslim to be a non-Muslim and out of the fold of Islam) of those besides them. The takfir that they did included the takfir of various Islamic organizations themselves. They were accused of murdering Sheikh Dhahabi (may Allah show mercy to him), but many people did not believe this allegation, even those close to him, who would claim the rights of his death, did not believe in these. Instead, the fingers were pointing at the Security Forces themselves who wanted to repress these organizations by getting rid of the Sheikh as well as them altogether. And as soon as a vicious campaign was initiated accusing of Hijra (to migrate from place of Kufr to Islam) and takfir, it encompassed in its harassment all bearded men and all the women with Jilbab and hijab. Sadat filled the prisons wherever the thoughts agreed and the prisons clustered with inmates - as described by Haykal - now took the place of the simple, off-hand organizations.

Then his death was the announcing of a new stage of persecution. This is how the stage was set for the arising and spreading of new organizations that sought to make a change by armed resistance. Amongst these organizations were ones titled 'Jihad' and 'Jama'ah Islamiyah'.

This stage coincided with the establishment of the Afghan Jihad, which had on its side factors that drew volunteers unlike others. That was an opportunity for the two sides: the government and the religious conscious youth. As for the government, it wanted to please America and go along with her in her battle against the Soviet Union while at the same moment it wanted to get rid of these religious conscious people in general by pushing them in front of the barrels of the Russian tanks. As for the religious-minded youth, they found it an opportunity to escape, the pressure of imprisonment, being chased and hunted and the psychological punishment from the society and the family and also an opportunity to revive the duty of Jihad.

There in Afghanistan, all the volunteer arrivals met. They arrived from all places and even from Egypt itself. These volunteers did not come with any policy or organization. There they met with the ones who escaped from Egypt and it is these who came with a policy to create the change as well as a thought, organization and a long suffering.

This is how they affected some of the youngsters, with the differences amongst themselves and to various degrees in their extremism or their conviction to use aggression and violence.

Egypt remained the source of fuel to this extremism and disunity. There were vile allegations and recklessness in the accusations and in generalising and this is a trade that the Egyptian Media masters well and many other Arab Countries have had their taste from it. Then followed the awesome, savage campaign whereby the number of prisoners reached forty thousand. In addition to this, there followed the normalisation of relations with the Jews, the propagation of lewd and low behaviour, discarding of the Sharia (law) of Allah and a ban of any gathering on the basis of religion to give these organizations any Sharia value or raise sympathy for them - this not only out in the society but also within the security bodies themselves.

This is how Egypt entered into a circle of societal harshness due to the oppression and terrorism of the country and persistence with the peaceful solution or the termination - as its executioners called it. This state terrorism reached such a stage in violating the chastity and perpetrating atrocities that it made most people, out of their kindness and mercy, conceal vengeance or patronise those people. This was an embarrassment for the friends of the Egyptian government, with America being its main ally, especially with the release of the reports from the Foreign Affairs ministry of the United States, the human rights organizations and all reported of the diverse forms of torture and the tyranny of the trials, to the extent that some of the American reports raised the issue of torture by means of the AIDS virus.

This is how the human abuse reached its height - internal and external - without a back off from the Egyptian Government from the chain of executions, evictions and imprisonment on mere suspicion or simply for having a beard or a girl covering her hair. It went even further by turning the other countries against the 'Islamists' and its ventures were successful via initiating conferences of Interior Ministers of the Arab countries for this purpose. Within a very short time the Tunisian government out did the Egyptian one in this sphere and not to mention the B'ath regime in Syria which had demolished and devastated the two most important cities of the People of Sunnah (Ahl usSunnah) - Hama in Syria and Tripoli in Lebanon - and imprisoned and evicted tens of thousands of people!! This even surpassed the tragedy of the Palestinians!! As for the other countries, you may say a similar story.

And, ironically, this was the only unifying accomplishment of the Arab world! Those who claimed that they created a 'demon' while they were combating the Soviets now made it their mission to trap this 'demon' wherever it set foot until no trace remains of

it.

The stopping of the Jihad in Afghanistan came side by side with the increase in pressure in the Arab countries on every one who went to Afghanistan. The Arab governments after a hard struggle managed to convince the West to be with it in its confrontation and the peaceful solution. This is how many of the innocent youth did not find any opportunity to live a stable life - not in the Arab countries nor in the West. They started to look for a place to do Jihad there and escape to it, and those who remained in Afghanistan joined the ranks of the movement of Taliban.

And, the one who returned to his country before the strengthening of the pressure and oppression or managed to escape the allegation or came out of the prison found the road closed in his face. The Dawah in his country was besieged and fought against, the process of enjoining the good and forbidding the wrong was either missing or weak and the Ummah was drowned in indulging in its low and base desires, amusement, distractions and frivolous play. In brief, he found every thing that goes against the values of Jihad that he believes in and did not find anything nursing the Dawah which refines and cultivates, or he found it but his nature did not agree to it and this is an important issue with respect to the Dawah and those who strive for it, for it is them who are the most befitting of the bodies to know their shortcomings and acknowledge their responsibilities.

In a situation of concern, suffering and confusion the blessed Intefada was sparked off in the sacred land. The whole world was shocked at the boisterous American support and alliance with the Jews. These youth remembered all the enemies who tortured the Muslims severely and perpetrated the most savage crimes in history - be that in Bosnia, Philippines, Somalia, South Sudan, Timor or the independent Republics - and they began to personify it in one source - that being America and its followers. That is, the Palestinian Intefada, it is the one that specified the characteristics of this octopus-like enemy very clearly.

For the first time the views of the Mujahideen everywhere were in agreement with the views of all the Arab Governments that America is not just, but it neither loves justice nor knows it. The animosity towards America reached its peak during the last summer when the Arab governments took positions, which were clear that their confidence had fallen and the hope dwindled of any political justice from America. So some of them held America fully responsible for the Zionist terrorism while others warned it severely of its repercussions. It was then purely unthinkable that any human could possibly keep quiet over the F16s, the Appaches as they came forth in succession over the poor, dislodged tent-dwellers and killed women and the aged.

Then came the position of the Security Council, as it poured its unqualified justification for the Zionist terrorism and accused the weak and oppressed of terrorism!!

Even the strongest of America's allies in Europe and other places condemned that and took up the position of the Muslim masses who had developed feelings of a necessity to stop this tyranny and take revenge for the oppressed ones as soon as possible. This feeling was not limited to the religious practising people only but it had reached those who indulge in games and soap operas. But America ignored all this despite the repeated warnings of its repercussions, even Egypt made a strong warning to America prior to the event by just a few days. As for the Saudi-American relations, they reached their worst stage in its history.

At the height of the anger and emotions the incident occurred and the Muslims rejoiced

everywhere - not gloating over other's misfortune nor sympathising with the perpetrator about whose identity there is still not a clue - but it was more a release and letting off the feelings from frustration over all that subjugation. And it was also out of hope that this incident would finally lead the Americans to stop its tyrannical government after having tasted for one day what the Muslims go through every day and in every place - particularly in Palestine - and this too over long decades!!

But was there any lesson learnt from that by Washington and those beyond it? Did they acknowledge their accountability in this problem? Did they go back and revise their political stance toward the Muslim masses or move towards that and think of giving an opportunity to these to worship their Lord within their countries with peace and security and call others to Allah with patience and wisdom?

The answer is well known to the whole world and the worst of it is that they did not suffice from running away from their responsibility but moreover they threw it all on the shoulders of the Muslims and concentrated it all in the person of only one, the government of the Islamic emirate of Afghanistan - the Taliban. And they dragged by all means - their military, their media and propaganda networks and their allies - they drew upon all of these to annihilate it and thereafter to move onto others besides it!!

Once more we find ourselves in front of another problem that was created by America itself and we find grave injustice adopted and followed by America and its Allies!!

So let us then get to know the Taliban and its position - with justice - in the following section.

**FOURTEEN**

The American political policy changes and it reverses its positions without its allies and friends knowing it or understanding it. This is not the problem but the problem is that the American classification and categorisation comes every time randomly whereby the one who had been its foe until yesterday becomes its friend today and its ally till yesterday becomes its enemy today without a clear reason, but perhaps they may have declared friendship of one who they never regarded a friend, or the help of someone they never helped him with any thing, and they may at times have fought the one who is still carrying their weapons in his arms and his food still in his stomach whereas they befriended one who fought America and the Americans are still bleeding from it, and all of this wherein there is no fixed stability in the American politics. The most important of these are the following.
1) Guarding the security of Israel and getting it to surpass it militarily above all the Arab and Islamic nations.
2) Guarantee a flow of petrol and take control of the strategic passes.
3) Not permit the establishment of a real Islamic country in any place.

In Afghanistan the American position turned around after the Soviets left defeated and disgraced. Its position changed to investing in the political vacuum that was created by the divisions of the various factions and their fighting over the worldly benefits. The neighbours began to divide amongst themselves the patrons of the warring factions as well as competing with the others. Russia drew the remnants of the Communists and Iran drew the Rafidi Shia. India strove to prevent any Pakistani control while China combated the Indian plans and feared the pouring over of the fervour for Jihad amongst its oppressed Muslim population. But Pakistan had the biggest opportunity to get the lion's share due to the religious, tribal and economical ties while it was striving to earn American patroness and its business association.

And truly so, the American companies raced to study the economical feasibility for the region and found that the opportunities were dramatic - be that in the independent Republics to which the Jews and the Americans raced to open them just like the European adventures to discover America, or be that with the petrol in the Caspian sea which follows the Gulf petroleum in its importance, and an opportunity to the new colonialists to recap the memoirs of their ancestors to do with the 'Silk route' - the old rout - for the trade caravans between the East and the West. And the Americans and the Pakistanis found the only hindrance was in the lack of stability in Afghanistan through which all routes have to pass.

Thereby, the Pakistanis were able to convince their friends that they had a solution. The solution was the Afghan students of knowledge who were studying in Pakistan for they had the qualities that made them suitable to bring security and stability. Everyone loved them and their hands were clean from the bloodstains of their masses and indeed some of them were able to bring peace and security in their provinces - and amongst them Mulla Muhammad Omar! The other provinces rushed to join them and enter under him and benefit from his awe and success in controlling the highway robbery. Besides this, they were according to the intelligence agencies, the last ones capable of establishing an organised political movement - let alone rule a country independently.

This is how America, Pakistan and the Gulf countries - which were investing in it - supported the establishment of the Government of Taliban whose good image and praiseworthy marks swept across the country and it didn't necessarily happen as a result of its strength nor help from others. Except that the matter which the Pakistanis were not alert to - nor those beyond it - was that the miracles of Afghanistan were not over nor its surprises finished. Thus they were taken aback on seeing that Taliban were not a bunch of Dervishes on whose name the religion could be used and exploited and a country established with empty slogans while in reality it remains a means to realising their own ambitions!

It is true that the students did not deal in politics due to their previous residence in a foreign land and due to their education being limited to the fields of Sharia and heritage but nevertheless their honest religious practice, their presence in a politically open environment and their tribal - and not factional - affinities as well as the broad support of the masses for them, all of these made them independent in their views and establish their government according to the way they believe in and not what others dictate to them. This is how it was.

So it is not true what the Western Media keeps repeating that Taliban is a creation of America and the magic turned against the magician. But the truth is that the Americans want an American Islam whereas these established an Islam true according to their beliefs (aqeedah) and Jurisprudence (madhhab), and it is from here that the two paths separated. One thing that is certain is that the success of Taliban was one of the character above anything else, and they returned to the Muslims some of the hope that the factions there had destroyed, and they rekindled in the Ummah the idea of establishing a country based on the Aqeeda (religious beliefs) - a country that observes the texts of the Quran, the Sunna and the scholars of Jurisprudence (Fiqh) as opposed to the crooked contemporary ways and the bendable International Law.

As for what is related to terrorism, all the just people would be in agreement that the Government of Taliban is the one that wiped it off and brought peace and security even to the corners of the country as it did in wiping off many of the sources of mischief including the plantation of Drugs.

As for the lies of the Western Media about the oppression of the women and drug trafficking, they were absurd and regarded so by the Muslims and they actually produced the opposite effects - let alone the other issue of forbidding the missionary activity by the Christians and the issue of demolishing the statues.

In fact, the scholars who visited Afghanistan for inspection of the affair of the demolishing of the statues stated clearly that what they saw was actually the opposite of what they heard and that they were the scapegoats of the Western Media distortion and they alerted the Muslims of that.

As for the other problem that actually became the source of all problems (!) - i.e. giving refuge to Terrorists - it is not possible for any one who looks at it with justice and fairness to do any thing but adopt the Islamic position of Taliban, which at the same time is the humane position and the correct position politically with regards to those left behind from the Arab Mujahideen.

After all what is their sin in raising the terrorists - as it is claimed - while the Taliban actually came after their coming together, formation and arrival to the country and Taliban were removed from their (i.e. the so called terrorists) ways and ideas. While the Taliban came the so called terrorists had been shunned by the factions, disclaimed of and their noble contributions denied, whereas the Taliban did well toward them and toward the Islamic World and the whole world at large from two perspectives:
1) Its living up to the values of returning a favour with niceness to those who supported the factions by their wealth and their lives until when the factions had been established in the country, they (i.e. the factions) deserted those who had helped them. They left them between the two jaws of horrific nippers - the first of these two: their governments awaiting their return to make them taste a variety of tortures and to hurl them to the pits of dungeons along with their brothers from before, and the second of the two: the fatal poverty and homelessness in the refuge camps in North Pakistan where many of them stayed for years after years, suffering from heat and freezing cold and having nothing to eat except digging out from the rubbish! And which rubbish? Not the rubbish thrown out by the wealthy in the Arabian Gulf but the rubbish of the dislodged Afghan immigrants and the poor Pakistanis.

As for the Taliban standing by the right of granting and maintaining the protection - except to make it void for a reason that is valid according to Sharia - this is a gesture that ought to be thanked for, although necessity does have its own rulings.

Their situation reminded us of the position of King AbdulAziz with regards to the submission of the rebel leader, Rasheed Aali Kelani to Britain when he sought refuge with the King. His relations with Britain were on the decline due to the new relations between the King and America. He refused to hand him over arguing that it is what the noble Arab character and value dictates. America did not disapprove of that then.

2) The way they regulated those of them who remained behind in Afghanistan: after the situation had been chaotic during the days of the factions and the country was truly set to convert to an incubation centre for the sprouting up of extremists of all types, there upon came the Taliban to open for them Mosques and study circles so they can learn and teach and the government of Taliban came to an understanding with the relevant governments about their affairs that they do not permit any action against them and it conveyed to them that this was the condition it set on them and if it were proven that they breached these condition then it would either bring them to court or hand them over to their governments!

**Govt. Exh. 7A23**

We all heard and read statement after statements from the head of the al-Qaida organization that he will never target the Arabian Peninsula with anything at all and that he is not against the government of his country nor does he want to disrupt the peace there. These statements and the like of it spread and reached everywhere and some of the Western newspapers published them and these statements played a role in calming down the youth in Yemen and the Gulf countries after having been the first pick for their operations that they may have been planning. All of this was from the fruits of the Taliban, but all that it received in return for this was injustice and accusations that it is harbouring terrorists and giving them shelter!!

**Are we saying all this to defend Taliban?**

**And what do those who defend Taliban have to hope for, particularly these days?!**

In fact, we say this in defence of the truth and reality and to let the world know the extent of America's haughtiness and its spite for all that has anything to do with the real Islam and to let it be known the injustice and wrongdoing which compels the moderate amongst the Muslims - but even the unaware and heedless - to become extreme in his judgement against America and declare his enmity for it. And to let the Arab governments know that there is no escape for it from any of its crisis except by returning to the Book of Allah (i.e. the Quran) and the Sunna of His Messenger (s.a.w) and the way of the Righteous Caliphs, and by opening the door to Dawah and the cultivation of the Youth in an Islamic way that is balanced and based on Iman. And to let it be known to those doing the Dawah in this country and others besides it that having patience with these youth and embracing them with niceness in behaviour towards them and seeking to understand their positions is the right solution and the real way forward towards refining and cultivating them - and not the way of attacking and defaming them from the pulpits and regurgitating whatever the enemies of Allah say about them.

*[Pages 21-32 from this Bayaan of Sheikh Safar haven't yet been translated. As soon as they are translated, we will upload them and notify our mailing list members.]*

**Govt. Exh. 7A39a**

This is an outstanding article that offers encouraging signs about the crash of the space shuttle Columbia that exploded on Saturday, 29/11/1423 A.H. on its journey back to earth. The article is written by Professor Ali al-Timimi, Professor of Embryology and one of the most prominent preachers [of Islam] in the United States. He is an American citizen of Iraqi origin. May God bless his kind act.

**It is A Sign!**

In al-Muwatta, Omar - May God be pleased with him - asked a man what his name was. He said, "*Jamra* [live coal]." Omar said, "The son of who?" He said, " *Ibn Shihab* [meteor, flame]." Omar said, "From whom?" He said, "From *al-Huraqa* [burning]." Omar said, "Where do you live?" He said, "*Harrat an-Nar* [lava field of the fire]." Omar said, "At which one?" He said, "At *Dhati Ladha* [the one with flames]." Omar said, "Go and look at your family - they have burned." It was as Omar has said.

Imam Shams ad-Din ibn al-Qayyim, May God have mercy upon him, said: "Since there are correlations, connections and cognate relationships between names and objects similar to those between form and substance and souls and bodies, the mind can switch between one and the other."

For this reason the Prophet, Peace Be Upon Him, preferred appealing names and hated to go through places that had offensive names. In *Faydh al-Qadir*, the Prophet, PBUH, was passing through two mountains and asked what their names were. When the Prophet was told that their names were "*fadhih* [disgraceful]" and "*fajar* [act sinfully]", he turned away from them. There are several other instances similar to that in his life.

-1-



**Govt. Exh. 7A39a**

This morning, all the world heard the news about the crash of the space shuttle. There is no doubt that the heart of each believer was overjoyed at the tragedy that befell their greatest enemy.

Upon hearing the news, my heart perceived some encouraging signs that I would like to spread among my brothers:

**First:  The Name of the Shuttle:** The shuttle's name is "Columbia", named after the sailor "Columbus" who discovered the American continent in 1492 after the fall of Grenada, the last stronghold of Islam in Andalusia. It is well-known among historians that the Romans (the Christians of Europe) exploited the wealth of the two American continents after discovering them in order to control the Islamic World. The crash of Columbia made me feel - and God is the only One to know - that this is a strong signal that Western supremacy (American supremacy in particular) that began five hundred years ago is drawing quickly to an end - God willing - as befell the shuttle.

**Second:  The Crew of the Shuttle:** The Israeli Ambassador to the United Nations said that the Israeli astronaut was carrying all the hopes and ambitions of the Israeli people. So -God willing- all these hopes and ambitions were burnt in the crash and the burning of the shuttle and one of its astronauts, the Israeli.

**Third:  The Location of the Crash:** As soon as CNN announced the crash of the space shuttle near the city of Palestine, Texas, I said to myself, "God is Great". God willing, America will fall and disappear in the same manner in Palestine. In addition, Texas is the home state of the foolish and obeyed President Bush, the son, whose ~~nation~~ his administration we hope - God willing - will fall on his head due to his foolish policies, similar to the fall of the shuttle in his state.

-2-

## Govt. Exh. 7A39a

**Fourth:  The President's Condolences to the American People:**  In the speech that President Bush delivered to console his people, he quoted words from the Prophet Isaiah  in which he praises God Almighty for creating the stars and the planets.  I said to myself, Glory to God, because the very same Book of Isaiah contained signs about the coming of Prophet Muhammad - PBUH - and a warning that the Jews would be destroyed at the end of time.  This is similar to God Almighty's words:  "Among them there are some illiterates who do not know their Holy Book; they follow their own desires and do nothing but conjecture."  [*al-Baqara*: 78.]

There are other signs about this incident that would take a long time to recount.  For example, whenever the Americans believe that they are able to control not only the earth but the skies and that they are able to act as they wish, there comes a sign that reminds us that God-Almighty- is Greater than His creatures, established on His throne, governing all that exists, and that His angels act according to His command.  Therefore, anyone who attempts to promote the Jews - a nation that God has covered with humiliation and wrath - would suffer Divine humiliation and wrath to the same extent that he supported them [Jews.]

As I mentioned earlier, these were only ideas that came into my mind when I heard the news, and hopes that I wish God would fulfill.  God is the only One to know.  Peace and prayers be upon our Prophet Muhammad, his family and his companions.

Written by:  Dr. Ali ibn al-Mahdi al-Timimi

Saturday 29 Dhu al-Qi'da, 1423

Corresponding to: February 1, 2003

-3-

**Govt. Exh. 7C31**

## Belton Harris

| | |
|---|---|
| **From:** | Belton Harris [c-belton.harris@wcom.com] |
| **Sent:** | Tuesday, March 05, 2002 9:40 PM |
| **To:** | bharris@belnettech.com |
| **Subject:** | Fw: Help.... |

```
----- Original Message -----
From: "Yong Kwon" <ykwon@uu.net>
To: <bharris@uu.net>
Cc: <mfields@uu.net>; <mhodies@uu.net>
Sent: Thursday, September 20, 2001 1:31 AM
Subject: Help....


> Belton,
>
> I just resigned today, and I am leaving for overseas this morning for at
> least a month.  My badge did not let me into the office late last night,
> so I could not drop off my things.  Could you do me a big favor, to come
> by and pick up all my stuff and turn them in for me.  I will have all the
> WCOM stuff in a bag.  My brother is still here, so please call him and
> arrange a time to pick the stuff up.  I apologize for the inconvinience,
> but I have an extreme emergency.  Here is my address and telephone #.
>
> 4210-S Mozart Brigade Lane.
> Fairfax, VA 22033
>
> 7039340987
>
> Thanks,
>
> Yong
>
>
```

1

**GOVERNMENT
EXHIBIT
7C31**

## Govt. Exh. 7D3

**From: "shai surratt" <shai07@hotmail.com>**
To: <aljazirah@cybermsa.org>

**Date: Mon, 15 Oct 2001 18:51:19 -0400**

Subject: Re: [aljazirah] Shaykh Safar's Message to the Ummah and to Pres. Bush

Walakum As-Salaam,

May Allah reward you for posting the words of our Ulema in a time of need for them in the Umma now. Brother also do you have Shaykh Salman's, Shaykh Ibn Jibreen statements also. It would be greatly appriciated, Jazakallahu Khair,

As-Salamu 'Alaikum

Abu Yusuf

----- Original Message -----

**From: Shibli Zaman**

**Sent: Monday, October 15, 2001 6:18 PM**

To: 'aljazirah@cybermsa.org'

Subject: [aljazirah] Shaykh Safar's Message to the Ummah and to Pres. Bush

as-salaamu `alaykum,

For those who can read Arabic please see Shaykh Safar al-Hawaali's latest statements about the current events and his open letter to United States President Bush.

http://www.alasr.ws

Translations into English are forthcoming inshaa' Allaah.

So far of the Peninsular shaykhs, Shaykh Shu`aybi, Shaykh Salman, Shaykh Ibn Jibreen, Shaykh Safar, and others of their genre have spoken out in this regard loud and clear without any ambiguity. Why is this no surprise that they are the ones to speak so boldly and truthfully when we are in trouble?!

This is not the first time they have been the harbingers of truth while others have remained silent or spoken utter falsehood.

GOVERNMENT EXHIBIT
7D3

**Govt. Exh. 7D3**

Allaahu Akbar wa lillaahi-l Hamd. May Allah keep them strong, safe and secure and make their voices heard throughout the word and may their wisdom spread far and wide. Ameen. They are a blessing upon our Ummah.

was-salaamu `alaykum,

Abu Abdillaah Shibli Zaman

Shibli@Zaman.Net

http://shibli.zaman.net

## Govt. Exh. 7F24a

LEVEL 1 - 1 OF 1 STORY

Copyright 2001 U.P.I.
United Press International

September 16, 2001, Sunday

SECTION: GENERAL NEWS

LENGTH: 337 words

HEADLINE: Taliban leaders seek Islamic support

DATELINE: ISLAMABAD, Pakistan, Sept. 16

BODY:

Afghanistan's fundamentalist Muslim Taliban leaders went on the offensive politically Sunday, seeking the support of other Islamic nations, and restating their full backing for terrorist suspect Osama bin Laden, according to media reports from the area.

A meeting of the Taliban supreme council, headed by the group's chief cleric Mohammed Omar, appealed to the Organization of the Islamic Conference and other Islamic states to come to their aid in the event of a U.S. attack.

A spokesman in the Pakistani city of Quetta said the Taliban had urged the OIC to "develop a common strategy to protect Afghanistan."

The Taliban militia, which controls 95 percent of Afghanistan, has observer status in the 57-member organization of Arab, Central Asian, and African Islamic states because only three OIC countries -- Pakistan, Saudi Arabia, and the United Arab Emirates recognize them Taliban as Afghanistan's lawful government.

A number of leading OIC members, including Saudi Arabia, Libya, and Iran, which currently holds the presidency of the organization, this week condemned the triple attack on the Pentagon and the two World Center towers, and offered support to the United States.

On Sunday, Taliban leaders also restated their support for Osama bin Laden, the Bush administration's number one suspect in the systematic destruction of the twin tower New York landmarks and a wing of the Pentagon near Washington, with enormous loss of life.

Bin Laden's militant Islamic organization has its headquarters in mountainous northern Afghanistan, where bin Laden himself is believed to be living.

Pakistan announced Sunday it was sending a delegation to Afghanistan to request that bin Laden be handed over to another country, so far unspecified by the Pakistanis.

But the Taliban foreign minister, Wakil Ahmed Mutawakil, was quoted as telling reporters in Islamabad, "Nothing has changed in our policy on bin Laden," according to a report from the Pakistani capital by the Italian news agency ANSA.

LOAD-DATE: September 17, 2001



GOVERNMENT
EXHIBIT
7F24a

J.A. 3206