Govt. Exh. 7H12

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

<table>
<tr><td></td><td>FILED IN OPEN COURT</td></tr>
<tr><td></td><td>SEP 22 2003</td></tr>
<tr><td></td><td>CLERK, U.S. DISTRICT COURT<br>ALEXANDRIA, VA</td></tr>
</table>

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 03-296-A
)
MUHAMMED AATIQUE, )
)
Defendant. )

## PLEA AGREEMENT

Paul J. McNulty, United States Attorney for the Eastern District of Virginia, and Gordon

D. Kromberg and David H. Laufman, Assistant United States Attorneys, and John T. Gibbs,

Department of Justice Trial Attorney, and the defendant's counsel, Alan Bowman and William B.

Moffitt, pursuant to Rule 11(c) of the Federal Rules of Criminal Procedure, have entered into an

agreement, the terms and conditions of which are as follows:

1. The defendant, MUHAMMED AATIQUE, agrees to plead guilty to Count Five and to

the charge in the Criminal Information. Count Five of the Indictment charges the defendant with

aiding and abetting Masoud Ahmad Khan and others in preparing for and beginning a military

expedition to be carried out from the United States against India, a foreign state with whom the

United States was at peace, in violation of Title 18, United States Code, Sections 960 and 2. The

maximum penalty for this offense is a term of three years of imprisonment, a fine of $250,000,

full restitution, a special assessment, and one year of supervised release. The charge in the

Criminal Information charges the defendant with use and discharge of a firearm during and in

relation to a crime of violence, in violation of Title 18, United States Code, Section 924(c). The

maximum penalty for this offense is a mandatory minimum term of imprisonment of 10 years, a

J.A. 3207

GOVERNMENT
EXHIBIT
7H 12

**Govt. Exh. 7H12**

maximum term of life in prison, a fine of $250,000, full restitution, a special assessment, and five years of supervised release. The defendant is aware that these supervised release terms are in addition to any prison terms the defendant may receive, and that a violation of a term of supervised release could result in the defendant being returned to prison for the full term of supervised release.

The defendant is also aware this case is governed by 18 U.S.C. §§ 3143(a)(2) and 3145(c). These provisions provide that a judicial officer shall order that a person who has pled guilty to an offense of this kind be detained unless there are exceptional reasons why such person's detention would not be appropriate.

2. Before sentencing in this case, the defendant agrees to pay a mandatory special assessment of one hundred dollars ($100.00) per count of conviction.

3. Restitution does not appear to be applicable in this case.

4. The defendant is aware that the defendant's sentence will be imposed in accordance with the Sentencing Guidelines and Policy Statements. The defendant is aware that the Court has jurisdiction and authority to impose any sentence within the statutory maximum set for the offenses to which the defendant pleads guilty. The defendant is aware that the Court has not yet determined a sentence. The defendant is also aware that any estimate of the probable sentencing range under the sentencing guidelines that the defendant may have received from the defendant's counsel, the United States, or the probation office, is a prediction, not a promise, and is not binding on the United States, the probation office, or the Court. The United States makes no promise or representation concerning what sentence the defendant will receive, and the defendant cannot withdraw a guilty plea based upon the actual sentence. The defendant is aware that Title

2

000006

**Govt. Exh. 7H12**

18, United States Code, Section 3742 affords a defendant the right to appeal the sentence imposed. Acknowledging all this, the defendant knowingly waives the right to appeal any sentence within the maximum provided in the statute(s) of conviction (or the manner in which that sentence was determined) on the grounds set forth in Title 18, United States Code, Section 3742 or on any ground whatever, in exchange for the concessions made by the United States in this plea agreement. This agreement does not affect the rights or obligations of the United States as set forth in Title 18, United States Code, Section 3742(b).

5. The United States will not further criminally prosecute defendant in the Eastern District of Virginia for the specific conduct described in the indictment, criminal information, or statement of facts. Therefore, defendant has immunity only for crimes based on facts set forth in the indictment, criminal information or statement of facts. After the Court's acceptance of this plea, the United States will move to dismiss the remaining counts of the indictment against this defendant. Except where specifically noted, this plea agreement binds only the United States Attorney's Office for the Eastern District of Virginia and the defendant; it does not bind any other prosecutor in any other jurisdiction.

6. The defendant represents to the Court that defendant is satisfied that defendant's attorney has rendered effective assistance. Defendant understands that by entering into this agreement, defendant surrenders certain rights as provided in this agreement. Defendant understands that the rights of criminal defendants include the following:

a. If the defendant persisted in a plea of not guilty to the charges, defendant would have the right to a speedy jury trial with the assistance of counsel. The trial may be

3

conducted by a judge sitting without a jury if the defendant, the United States, and the judge all agree.

   b. If a jury trial is conducted, the jury would be composed of twelve laypersons selected at random. The defendant and defendant's attorney would assist in selecting the jurors by removing prospective jurors for cause where actual bias or other disqualification is shown, or by removing prospective jurors without cause by exercising peremptory challenges. The jury would have to agree unanimously before it could return a verdict of either guilty or not guilty. The jury would be instructed that the defendant is presumed innocent, that it could not convict the defendant unless, after hearing all the evidence, it was persuaded of the defendant's guilt beyond a reasonable doubt, and that it was to consider each charge separately.

   c. If a trial is held by the judge without a jury, the judge would find the facts and, after hearing all the evidence and considering each count separately, determine whether or not the evidence established the defendant's guilt beyond a reasonable doubt.

   d. At a trial, the United States would be required to present its witnesses and other evidence against the defendant. The defendant would be able to confront those witnesses and defendant's attorney would be able to cross-examine them. In turn, the defendant could present witnesses and other evidence in defendant's own behalf. If the witnesses for the defendant would not appear voluntarily, defendant could require their attendance through the subpoena power of the Court.

   e. At a trial, the defendant could rely on a privilege against self-incrimination to decline to testify, and no inference of guilt could be drawn from the refusal to testify. If the defendant desired to do so, the defendant could testify in the defendant's own behalf.

Govt. Exh. 7H12

7. The defendant agrees to cooperate fully and truthfully with the United States, and provide all information known to the defendant regarding any criminal activity. In that regard:

a. The defendant agrees to testify truthfully and completely at any grand juries, trials or other proceedings.

b. The defendant agrees to be reasonably available for debriefing and pre-trial conferences as the United States may require.

c. The defendant agrees to provide all documents, records, writings, or materials of any kind in the defendant's possession or under the defendant's care, custody, or control relating directly or indirectly to all areas of inquiry and investigation.

d. The defendant agrees that, upon request by the United States, the defendant will voluntarily submit to polygraph examinations to be conducted by a polygraph examiner of the United States' choice. The defendant stipulates to the admissibility of the results of this polygraph examination if later offered in a proceeding to determine the defendant's compliance with this plea agreement.

e. The defendant agrees that the accompanying Statement of Facts is limited to information to support the plea. The defendant will provide more detailed facts relating to this case during ensuing debriefings.

f. The defendant is hereby on notice that the defendant may not violate any federal, state, or local criminal law while cooperating with the government, and that the government will, in its discretion, consider any such violation in evaluating whether a downward departure is appropriate.

5

J.A. 3211

Govt. Exh. 7H12

g. Nothing in this agreement places any obligation on the government to seek the defendant's cooperation or assistance.

8.    a. The United States agrees not to use any truthful information provided pursuant to this agreement against the defendant in any other criminal prosecution against the defendant in the Eastern District of Virginia. Pursuant to Section 1B1.8 of the Sentencing Guidelines, no truthful information that the defendant provides pursuant to this agreement will be used to enhance the defendant's guidelines range. The United States will bring this plea agreement and the full extent of the defendant's cooperation to the attention of other prosecuting offices if requested.

b. Nothing in this plea agreement restricts the Court's or Probation Office's access to information and records in the possession of the United States. Further, nothing in this agreement prevents the government in any way from prosecuting the defendant should the defendant provide false, untruthful, or perjurious information or testimony. Moreover, nothing in this agreement prevents the government from using such information in furtherance of any forfeiture action, whether criminal or civil, administrative or judicial.

9. This plea agreement is not conditioned upon charges being brought against any other individual. This plea agreement is not conditioned upon any outcome in any pending investigation. This plea agreement is not conditioned upon any result in any future prosecution which may occur because of the defendant's cooperation. This plea agreement is not conditioned upon any result in any future grand jury presentation or trial involving charges resulting from this investigation. This plea agreement is conditioned upon the defendant providing full, complete and truthful cooperation.

6

**Govt. Exh. 7H12**

10. The parties agree that the United States reserves its option to seek any departure from the applicable sentencing guidelines, pursuant to Section 5K of the <u>Sentencing Guidelines and Policy Statements</u>, or Rule 35(b) of the Federal Rules of Criminal Procedure, if in its sole discretion, the United States determines that such a departure is appropriate. The parties agree that in cases where the United States does file such a motion, the United States reserves its option to file a further motion under 18 U.S.C. § 3553(e) to permit a departure under any applicable mandatory minimum sentence, if in its sole discretion the United States determines that such a further motion is appropriate.

11. The accompanying Statement of Facts signed by the defendant is hereby incorporated into this plea agreement. Defendant adopts the Statement of Facts and agrees that the facts therein are accurate in every respect and that had the matter proceeded to trial, the United States would have proved those facts beyond a reasonable doubt.

12. If the defendant fails in any way to fulfill completely all of the obligations under this plea agreement, the United States may seek release from any or all its obligations under this plea agreement.

13. If the defendant fails to fulfill the obligations under this plea agreement, the defendant shall assert no claim under the United States Constitution, any statute, Rule 410 of the Federal Rules of Evidence, Rule 11(f) of the Federal Rules of Criminal Procedure, or any other federal rule, that defendant's statements pursuant to this agreement or any leads derived therefrom, should be suppressed or are inadmissible.

14. Any alleged breach of this agreement by either party shall be determined by the Court in an appropriate proceeding at which the defendant's disclosures and documentary evidence

7

**J.A. 3213**

Govt. Exh. 7H12

shall be admissible and at which the moving party shall be required to establish a breach of the plea agreement by a preponderance of the evidence. The proceeding established by this paragraph does not apply, however, to the United States' decision whether to file a motion based on "substantial assistance" as that phrase is used in Rule 35(b) of the Federal Rules of Criminal Procedure and Section 5K1.1 of the Sentencing Guidelines and Policy Statements. The defendant agrees that the decision whether to file such a motion rests in the United States' sole discretion.

15. The defendant hereby waives all rights, whether asserted directly or by a representative, to request or receive from any department or agency of the United States any records pertaining to the investigation or prosecution of this case, including without limitation any records that may be sought under the Freedom of Information Act, 5 U.S.C. § 552, or the Privacy Act, 5 U.S.C. § 552a.

16. This written agreement constitutes the complete plea agreement between the United States, the defendant, and the defendant's counsel. The United States has made no promises or representations except as set forth in writing in this plea agreement. The defendant acknowledges that no threats have been made against the defendant and that the defendant is pleading guilty freely and voluntarily because the defendant is guilty. Any modification of this plea agreement shall be valid only as set forth in writing in a supplemental or revised plea agreement signed by all parties.

17. Defendant's Signature: I hereby agree that I have consulted with my attorney and fully understand all rights with respect to the pending criminal indictment or criminal information. Further, I fully understand all rights with respect to the provisions of the Sentencing Guidelines and Policy Statements which may apply in my case. I have read this plea agreement

8

J.A. 3214

**Govt. Exh. 7H12**

and carefully reviewed every part of it with my attorney. I understand this agreement and I

voluntarily agree to it.

Date: 9/22/2003

_____
MUHAMMED AATIQUE
Defendant

18. <u>Defense Counsel Signature</u>: I am counsel for the defendant in this case. I have fully

explained to the defendant the defendant's rights with respect to the pending indictment or

criminal information. Further, I have reviewed the provisions of the <u>Sentencing Guidelines and</u>

<u>Policy Statements</u> and I have fully explained to the defendant the provisions of those Guidelines

which may apply in this case. I have carefully reviewed every part of this plea agreement with

9

**Govt. Exh. 7H12**

the defendant. To my knowledge, the defendant's decision to enter into this agreement is an

informed and voluntary one.

Date: _9-22-03_

_____

Alan Bowman
William B. Moffitt
Counsel for Defendant

Respectfully submitted,

Paul J. McNulty
United States Attorney

By: _____

Gordon D. Kromberg
David H. Laufman
Assistant United States Attorneys

_____

John T. Gibbs
Trial Attorney
Counterterrorism Section, Criminal Division
United States Department of Justice

APPROVED:

for Kevin D. Grego
Plea Agreement (Revised April 30, 2003)

Date: _9/17/03_

10

**J.A. 3216**

Govt. Exh. 7H12

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

> FILED IN OPEN COURT
>
> SEP 22 2:.3
>
> CLERK, U.S. DISTRICT COURT
> ALEXANDRIA, VA

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO.    03-296-A
)
MUHAMMED AATIQUE, )
)
Defendant. )

### STATEMENT OF FACTS

Were this matter to go to trial, the United States of America would prove the following

facts beyond a reasonable doubt:

1. Beginning on or about September 15, 2001, and continuing thereafter up to in or about

October 2001, within Fairfax County, Virginia, and elsewhere, defendant MUHAMMED

AATIQUE unlawfully, willfully, and knowingly aided and abetted Masoud Ahmad Khan, Yong

Ki Kwon, and Khwaja Mahmood Hasan as they began, provided for, and prepared a means for

taking part in a military expedition and enterprise to be carried on from the United States against

the territory and dominion of India, a foreign state with whom the United States was at peace, in

violation of Title 18, United States Code, Sections 960 and 2.

2. In or about October 2001, in Pakistan, MUHAMMED AATIQUE knowingly used and

discharged a firearm during, in relation to, and in furtherance of crimes of violence for which he

may be prosecuted in a court of the United States. In specific, in or about October 2001, at a

Lashkar-e-Taiba camp, MUHAMMED AATIQUE fired a semi-automatic pistol in relation to

and in furtherance of a conspiracy to enlist and engage with intent to serve in armed hostility

against the United States and take part in military expeditions and enterprises to be carried on

J.A. 3217

**Govt. Exh. 7H12**

against the territory of India, a country with whom the United States was at peace, in violation of Title 18, United States Code, Sections 371, 960 and 2390.

3. AATIQUE started participating in paintball activities in late 2000. The group playing paintball received some military tactical training from Hammad Abdur-Raheem, Seifullah Chapman, Donald Surratt, and Randall Royer. Several members of the group had firearms and occasionally conducted target practice with those weapons at various ranges in the Northern Virginia area.

4. MUHAMMED AATIQUE understood that in 2000, Ibrahim Al-Hamdi and Randall Todd Royer traveled from the United States to join *Lashkar-e-Taiba* at its camps in Pakistan. AATIQUE understood that while there, Al-Hamdi and Royer used various weapons, including small arms, machine guns, and fired at Indian positions in Kashmir. MUHAMMED AATIQUE knew that, after Al-Hamdi and Royer returned to Virginia in 2000, each encouraged other conspirators to go to Pakistan to serve with Lashkar-e-Taiba as well. By the summer of 2001, AATIQUE viewed the prior paintball activities as a form of preparation for attending the Lashkar-e-Taiba jihad training camp. The paintball participation by Aatique concluded prior to the discussions regarding Laskhar-e-Taiba described in the second sentence of the next paragraph.

5. As a result of his participation in paintball, AATIQUE came to know that Randall Royer had fought in Bosnia. In July or August, 2001, AATIQUE told Royer that he wanted to attend a Lashkar-e-Taiba camp. After Royer made a phone call to an unknown individual affiliated with Lashkar-e-Taiba, Royer provided AATIQUE with a phone number in Lahore, Pakistan, for AATIQUE to call for further information. Royer also provided AATIQUE with a reference letter that stated that Royer knew AATIQUE and he was of good character. AATIQUE

2

Govt. Exh. 7H12

destroyed the letter out of fear that Pakistani and/or U.S. Customs might find it while AATIQUE was traveling to the camp. In the late summer of 2001, AATIQUE made arrangements to travel to Pakistan in late September. Aatique was still unsure that he actually wanted to attend the Lashkar-e-Taiba camp during this visit.

6. Shortly after the terrorist attacks of September 11, 2001, AATIQUE reconsidered the decision to attend the Lashkar-e-Taiba camp during his previously planned visit to Pakistan, thinking that it might be a poor time.

7. Sometime after September 11, 2001, Randall Royer asked MUHAMMED AATIQUE to come to a meeting at the house of Yong Kwon on or about September 15, 2001. At the meeting, Unindicted Conspirator #1 told MUHAMMED AATIQUE and the others gathered there that the mullah or emir of Afghanistan had called for Muslims to come to Afghanistan to help fight in their defense. Based on the comments of Unindicted Conspirator #1, MUHAMMED AATIQUE knew that the enemy against whom help was needed was the United States.

8. Unindicted Conspirator #1 stated that the attacks of 9/11 signaled that the final battle between Islam and the infidels as foretold in the Koran and Sunna was drawing near, and urged all in attendance to go and to fight in the coming war if able to do so. Unindicted Conspirator #1 advised that the final battle was to take place in Palestine, Saudi Arabia, Pakistan, India, and/or Afghanistan. AATIQUE was so moved by the comments of Unindicted Conspirator #1 that he decided to attend the Lashkar-e-Taiba camp during his previously planned visit to Pakistan.

9. Others at the meeting discussed that Lashkar-e-Taiba was a good place to receive combat training in order to later be able to fight in Afghanistan and elsewhere. AATIQUE told those at the meeting that, if anyone wanted to travel with him, he was leaving for Pakistan on

3

J.A. 3219

Govt. Exh. 7H12

September 19, 2001, and that he had previously made arrangements to attend military training at a Lashkar-e-Taiba camp. Kwon, Hasan, and Khan expressed their willingness to go to Pakistan as well and then possibly Afghanistan to defend the Taliban against possible attacks by U.S. forces or to Chechnya, Kashmir or other locations to engage in jihad.

10. By his conduct and affirmation by silence at that meeting, AATIQUE conveyed to the others that he possibly was going to fight after completing the training at the Lashkar-e-Taiba camp. AATIQUE's actions and words encouraged Kwon, Hasan, and Khan to attend the Lashkar-e-Taiba camp as well so that they could obtain training that would enable them to fight against American forces in Afghanistan and others perceived to be enemies of Islam.

11. On or about September 18, 2001, MOHMMED AATIQUE hosted, at his house in Pennsylvania, Kwon, Hasan, and Khan, all of whom AATIQUE knew to be planning to travel to the Lashkar-e-Taiba camp. The next day, Kwon and Hasan departed AATIQUE's house to return to Virginia.

12. On or about September 19, 2001, MUHAMMED AATIQUE and Masoud Khan traveled from JFK Airport in New York, to Karachi, Pakistan. On or about September 20, 2001, they arrived in Karachi, Pakistan. Upon arrival in Pakistan, AATIQUE and Khan parted company, although AATIQUE understood that he would see Khan again at the Lashkar-e-Tabia camp that both were going to.

13. After arriving in Pakistan, AATIQUE stayed with his mother for approximately one week, and then telephoned the number that Royer had previously provided to him as a contact number for Lashkar-e-Taiba. In accordance with the instructions he received upon calling that number, AATIQUE flew from Karachi to Lahore, and then proceeded to the Lashkar-e-Taiba office in Lahore, where he stayed for two nights. Using the alias or "kunya" of Abu Omar,

4

J.A. 3220

**Govt. Exh. 7H12**

AATIQUE was then escorted by bus to Lashkar-e-Taiba offices in Islamabad and in Muzafrabad, and then to Camp Masaud, a half-day hike up into the mountains from Lashkar-e-Taiba's Muzafrabad office.

14. At the Lashkar-e-Taiba camp, AATIQUE was provided with several manuals regarding different types of weapons that he was instructed to study. Following the manual training, he fired various weapons including an AK-47, a 12mm antiaircraft gun, and a machine gun.

15. Three days after AATIQUE arrived at the camp, Khan, Kwon, and Hasan arrived. Furthermore, MUHAMMED AATIQUE learned that, in 2001, Seifullah Chapman served at the Lashkar-e-Taiba camp as well.

16. AATIQUE stayed at the Lashkar-e-Taiba camp for about ~~five or six~~ days. When AATIQUE left the camp he was escorted to a bus stop in Muzafrabad, where he took the bus to Lahore and then flew to Karachi. AATIQUE departed Pakistan on October 7, 2001, to return to the United States.

Respectfully submitted,

Paul J. McNulty
United States Attorney

By:    _signature_

Gordon D. Kromberg
David H. Laufman
Assistant United States Attorneys

_signature_

John T. Gibbs
Trial Attorney
Counterterrorism Section
Criminal Division, U.S. Department of Justice

**Govt. Exh. 7H12**

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
MUHAMMED AATIQUE

I am MUHAMMED AATIQUE's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Alan Bowman
William B. Moffitt
Attorneys for MUHAMMED AATIQUE

6

**J.A. 3222**

**Govt. Exh. 10A3**

SUICIDE

Suicide Attacks are They Suicide? A Sharia Viewpoint

Al-Hamdu lillah was-salatu was-salamu 'ala rasulillah:

Presented to Ali
Al-Timini. on 11/17/03

Recently, the issue regarding the sharia permissibility of what is referred to as "suicide operations" has been raised again.

I would like to summarize the opinions of those classical scholars which permit such course of actions and the stipulations they have stated for its permissibility.

Some Background:

1. It is important to understand that there is a concerted effort to negate jihad among the Muslims today. This has many shapes and forms. Among which is a number of erroneous fatawa which are spread regarding this under the guise of the madh-hab of the Salaf. For example, Shaqra's stipulation [See Hiya as-Salafiya, pp. 196-200] of the existence of a common imam over the Muslims for jihad. An opinion which is of Shi'ite origin. [See for example, Ibn al-Muttahhar al-Hilli, Tabsira al-Mutaæallamin fi Ahkam al-Din, a Shi'ite fiqh text. For this reason, the Rafida were branded as the Khashabiya, as they exchanged their swords of iron for those of wood (khashab).]

Or al-Madkhali's claim that the Muslims of Afghanistan yearn for Communist rule after suffering the in fighting of the jihad groups and that those groups which participated in jihad in Afghanistan hypocritically raised Islamic slogans so that they could achieve their partisan aims. [Jama'a Wahida, p. 73].

Even when the group which is participating in Jihad is clearly Salafi, they will find doubt in their motives and their jihad. (See for example, the criticisms of the Somali Ansar as-Sunna against al-Ittihad appearing in al-Muslimoon earlier this year.)

Moreover, they have succeded in splitting the ranks of the Salafi jihad groups, as in Eriteria.

And are fully silent against the autrocities of the conspiratorial attack against the Muslims of Sudan, attempting to reduce the issue to one of fitna, arguing that the conflict there is one of Muslim against Muslim.

While, these false fatawa serve the aims of the NWO, they more importantly reduce any effort of jihad by the Muslims to an impossibility that will not result until the appearance of the Mahdi and the descent of Jesus at the end of time.

2. One needs only to add to this the concerted efforts by governments in the Middle East to arrest all the youth who partcipated in Afghanistan chasing them to the far ends of the earth. One Saudi (an imam of a masjid) who was almost arrested informed me that when he was questioned as to why he went to Afghanistan, he informed the questioners but I was part of an official delegation? While one might face arrest and torture in Saudi, what those youth face elsewhere in the Islamic

GOVERNMENT EXHIBIT
10A3

Govt. Exh. 10A3

world, is even worse.

3. Moreover, Western policy toward those groups which engage in jihad, I believe is well known and does not need much comment.

The Fiqh Issue at Hand:

As for what is erroneously termed as "suicidal operations," this issue has been addressed in classical works of fiqh under the title "hamlu -l-fard al-wahid 'ala l-jama'at mina l-'aduw," or "an individual attacking a group of enemies. A number of scholars have permitted this course of action.

They normally stipulate the following:

1. Purity of intention.
2. The attack brings some benefit to the Muslims or harm to the unbelievers.

They do not stipulate that one must imagine that he will survive or not.

Evidences:

Among the evidences they employ:

1. What is related in Sahih Muslim upon Anas ibn Malik that on the Day of Uhud the Messenger of Allah - sallallahu 'alaihi wa sallam - was ...

2. A statement by the Prophet's companion al-Bara' ibn 'Azib related in at-Tabari's exegesis ...

3. The practice of the Prophet's companions and their successors in jihad as seen in the following two incidents:

a. When the Muslims engaged the Persians, their horses would flee from the elephant the Persians had employed. One of the Muslims created an elephant from mud and trained his horse to become use to it. The next morning his horse did not flee upon seeing the elephant. So he decide to engage the elephant himself. It was said to him, you will be killed. He said, there is no harm if I die, and the Muslims are victorious.
b. on the Day of Yamama (a battle against the apostate Arabs in central Arabia), the Bani Hanifa (the followers of the false prophet Musailama) retreated into a walled garden. Al-Bara' ibn Malik said, place me in a Juhfa (a type of shield made from leather) and throw me over to them. They did, and fought by himself until he was able to open the door to the garden.

Statements of the scholars of fiqh:

1. The Maliki judge, Ibn 'Arabi: I deem it permissible (one attacking a number) for four reasons: (1) seeking martyrdom; (2) striking [the enemy]; emboldening the Muslims against them; and (4)

J.A. 3224

Govt. Exh. 10A3

weakening the resolve of [the infidels]. So that the when they see this being the work of a single man, what about [if they were attacked] by a group. The obligation is for one to face two, other than that is permissible.

2. Other Maliki scholars, like Ibn Khuwaiz Mindad state: As for [an individual] attacking a hundred, or an army [contingent], or a group of thieves, highway robbers, or Khwarij this is permissible in two case. (1) If he believes that he will kill those whom he has attacked, and survive that is fine; (2) likewise, if he knows or imagines that in all likelihood he will be killed, however he will strike them or cause an effect which will bring benefit to the Muslims, then this is also permissible.

3. The studnet of Abu Hanifa, Muhammad ibn al-Hasan stated: If a single man attacks a thousand of the pagans, there is no harm in that, if he imagine he will survive or strike the enemies. If not, then it is disliked (makruh), as he has cause dself-destruction without bringing benefit to the Muslims. However, if he seeks to embolden the Muslims against thcm, so that they will do as he has done, then it is not inconceivable that to be permissible. As in that there is a benefit for the Muslims in some angles. If he seeks to terrorize the enemies so they know the religious resolve of the Muslims, then it is not inconceivable that to be permissible. If there is benefit for the Muslims, so he destroys himself to honor the religion of Allah and weaken the infidels, it is noble position which Allah parised the believers for in His Statement, Exalted be He: " ... " and in other verse where Allah praised those who sacrifice themselves.

4. In the Hanafi text book, al-Durr al-Mukhtar: If he knows that he will be killed, it is permissible for him to fight on the condition he will strike the enemy. Otherwise, it is not.

5. Ash-Shawkani in Nayl al-Awtar deduces that it is permissible for a Muslim to fight until death and not surrender or he may surrender. He bases this on an incident ....

And finally:

6. Ibn Taymiya states on the famous incident of the boy and the sorcerer and to the king, "The boy [ordered the King] to kill him for the benefit of manifesting the religion (zuhur ad-deen). For this reason, the four imams permit a Muslim to throw himself into the ranks of the infidels, even if he feels, they will kill him. If that is of benefit for the Muslims."

Killing One's Self is not Always Suicide:

7. Killing one's self is not always suicide before Allah. Even though, it is no longer a sharia for us, killing one's self is not always suicide. Allah commanded the Jews to repent by killing themselves ... and Allah said with regards to the Muslims around the companions ...

A Practice Until teh Day of Juddement:

8. A practice until the Day of Judgment. The Muslims will have such resolve until the Day of Judgment. In the great war or al-malhamatu l-kubra which the Christians refer to as

J.A. 3225

**Govt. Exh. 10A3**

Armageddon, the Muslims will, as described in the hadith of ..., stipulate upon the Army to go forth and fight until death or victory. The first group will die. The second group will flee. And the third will be victorious over the Christians. Each time before proceeding forth, they will be given the stipulation to fight until death or victory.

Final Note:

9. To refer to these attacks as "suicidal operations," is according to some impermissible in the sharia; but should be referred to as "martyrdom operations."

References:

1. Main source for the article, Dr. Abd ar-Razzaq al-Shayiji, ar-Ru'ya ash-Shar'iya li l-'Amaliyat al-Istish-hadiya (A Sharia View to Martyrdom Operations), appearing in the Kuwaiti weekly Al-Mujtama'a, issue 1192, 29 Shawwal, 1416/19 March 1996, pp. 44-45)

## Govt. Exh. 10A41

## Ali Al-Timimi

**From:** "Nabil" <nabil74@erols.com>
**To:** "Ali Al-Timimi" <altimimi@myself.com>
**Sent:** Monday, October 23, 2000 5:58 PM
**Subject:** Re: Delaware Trip and Other subjects

Salaamu Alaikum,

Ya sheikh We have the six brothers,

Haroon,
Abdullah,
Ibrahim,
Yong,
Saif,
and I

So are we to cover the costs ya Sheikh? If so how do you want to do it???

----- Original Message -----
From: Ali Al-Timimi <altimimi@myself.com>
To: Hasan, Mahmood <Mahmood.Hasan@qwest.com>; <nabil74@erols.com>
Sent: Monday, October 23, 2000 2:52 PM
Subject: Re: Delaware Trip and Other subjects


> as-salaamu alaikum wa rahmatullahi:
>
> These brothers are real poor so let us not tell them about the cost.
>
> Ali
> ----- Original Message -----
> From: "Hasan, Mahmood" <Mahmood.Hasan@qwest.com>
> To: <nabil74@erols.com>
> Cc: <altimimi@myself.com>
> Sent: Monday, October 23, 2000 2:40 PM
> Subject: Delaware Trip and Other subjects
>
>
>> 1. The number for AVIS car rental at Tysons COrner is 703-761-7554,
They
>> need the credit card of the person who is driving, inshallah.
>>
>> 2. You can return the VAN at national airport at any time.
>>
>> 3. PRice is 85.99. inshallah
>>

GOVERNMENT
EXHIBIT

10A41

Item 38    1B22

J.A. 3227

3/24/2001

## Govt. Exh. 10A41

\>\>4.They close at 1pm on saturday so someone needs to pickup before 1pm like

\>\>at 12pm. inshallah

\>\>

\>\>5.The brothers in Delaware are expecting sh ali at magrib time inshallah.

\>\>need to leave after ASR.

\>\>

\>\>6.  I have told the brother that inshallah the cost is 90.00 inshallah so

\>\>inshallah remind him, my email and don't forget some gifts for the

\>brothers.

\>\>

\>\>

\>\>The address for the brothers in Delaware is

\>\>

\>\>

\>\>

\>\>Markaz Al Amaanah is located at 2215 Washington concord ave WILLMINGTON

\>\>DELWARE Street in Wilmington.

\>\>

\>\>Take I-95 North to Wilmington. Exit at Concord Pike South. At the light

\>off

\>\>the exit make a right. Go through the immediate light at the Miller Road

\>\>inter section. Proceed through 4 more lights. Markaz Al Amaanah is at the

\>\>corner of the 5th light on the left hand side. There is a corner store on

\>\>the

\>\>left corner. You have arrived at the Markaz Al Amaanah. Abu Maahir will

\>most

\>\>

\>\>likely be in the store.

\>\>The telephone numbers are 302- 661-1611, 302-521-7102, 302-429-1824.

\>\>

\>\>

\>\>

\>\>Mahmood Hasan

\>\>

\>\>

\>\>Database Administrator

\>\>Information Services

\>703-363-4025

\>\>Mahmood.Hasan@qwest.com <mailto:Mahmood.Hasan@qwest.com>

\>\>Maxim Group

\>\>

\>\>

\>\>

\>\>

\>

**Govt. Exh. 10D19**

```
From altimimi@yahoo.com Sun Oct 21 09:36:00 2001
X-RocketMail: 00000002;R--------------;2160
Received: from [165.247.112.28] by web13801.mail.yahoo.com via HTTP;
Sun, 21 Oct 2001 09:36:00 PDT
Date: Sun, 21 Oct 2001 09:36:00 -0700 (PDT)
From:    <altimimi@yahoo.com>
Subject: Utter nonsense (RE: FYI)
To: aqdcksa@yahoo.com
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Length: 3563
```

as-Salaamu alaikum wa rahmatullah:

Well this student of knowledge still has a lot of
studying to do.

Here are some quick comments interspersed....


Ali
----- Original Message -----
From: "AQ" <aqdcksa@yahoo.com>
To: <aqdcksa@yahoo.com>
Sent: Sunday, October 21, 2001 3:31 AM
Subject: FYI


> As-Salaamu 'Alaikum,
>
> Here are some interesting and important comments I
received from a student
> of knowledge in response to Ghunayman's fatwa. I am
not sending this except
> to a select few whom I hope can understand that they
in no way condone the
> attacks of the disbelievers upon the Muslims or any
assistance to them in
> causing the destruction or loss of life to them.
Nevertheless, they point
> out a certain reality that exists. Now is the time
for unity. Remember what
> Mua'wiyyah said to the Roman Emporer who offered him
assistance during his
> conflict with Ali?
>
> AQ
>
> "...I agree with this fatwa indeed entirely since we
are
> with the Afghani people against the kuffar, but
then
> again I have a perspective upon the Taliban that
they
> are dire enemies of the "wahaabis" since they are
> sufi-deobandis

To say that they are dire enemies becuase the are
Deobandis is an exaggeration. If one reads what the
Deobandis say -- one will finds anti-Wahhabism and a
degree of tolerance to Wahhabism.

GOVERNMENT
EXHIBIT

10D 19

**J.A. 3229**

**Govt. Exh. 10D19**

The question is what is the position of the Talibaan
toward the "Wahhabis"? Otherwise this is mere
speculation which does not bring any benefit.

> and their leader is sooooo mysterious
> to give me the suspicious creeps that maybe will
> eventually become the dajaal (patans are famous for
> claiming that they are a lost tribe of bani-Israel
and
> he is sufi-said to be qalandari type-wears the
famous
> burdah of the prophet on occasion to become a
special
> holy man and his followers claim that he is the
third
> Umar and that there hasn't been a government like
his
> since the kulafaa rashedeeen etc etc-

This is the height of ignorance. First of all
ad-Dajjaal will not be able to have any progeny.
According to the wire reports, during the first week
Mullah Umar's son was killed. He also has daughters
and other sons.

The Qalandari sufis are outside the fold of Islam. One
of their qualities was they shave their beards (at
least during the time of Ibn Taymiya).

This person is saying it is "said" that he is a
Qalandari. In other words, he has no sure knowledge.
Doesn't this person fear the falling into sin by a
false accusation. What type of studentg of knowledge
is this?

He wears the burdah of the Prophet - sallallahu alaihi
wa sallam - to become a special type of holy man. How
does one know this. And how are we to distinguish this
burdah of the Prophet -- sallallahu alaihi wa sallam
-- from the cloak that most Afghani Pathan men use to
cover themselves.

Also notice that this person neglected to invoke --
sallallahu alaihi wa sallam -- after mentiong the
Prophet -- alaihi s-salaatu was-salaam. (I realize he
might of invoked that within himself but it is only
correct adab to write that too which I would expect
this student of knowledge to show.)

> in Pakistan the
> sufi deobandis are crazy for him just as they are
> crazy against the ahl-hadeeth salafi,

Well what do the Ahl al-Hadeeth think of him? The
Salafi mujahideen in Kashmir are not against them.

> and it is said
> that now many green turbaned Brailawi (extremist
grave
> worshippers) are going to Afghanistan to fight also

**Govt. Exh. 10D19**

> since they are all close and all hanafi taqleedi,
etc)

Again "it is said," no sure knowledge. Also even if
this is true so what? How does this reflect negatively
against him or their movemenet.

Also what about the fact that the Brailewis consider
the Deobandis to be kuffaar? Why has the author of
this nonsense neglected to mention that? And how does
he reconcile that?

>   and I have been collecting material on this for a
> long time since many of my students and
acquaintances
> in Pakistan were afghans with unique knowledge;

Well so have others. You have been collecting
materials others have gone there and seen first hand;
not second or third hand. I would suggest Abdul-Qaadir
that you pay a visit to Dr Abdullah ar-Rayyis in KSU.
He has first hand knowledge of them.

> thus I
> have said that bin ladin has among him some truly
> takfeeri types

What does "takfeeri types" mean? Those with him do
have extremism but they are not from jama'aat
at-takfeer in any way. While these jihaadi movements
have tendency to swing to that extremism; the Salafi
movements have the tendency to swing to the
pro-government Irjaa' extreme. But when should not
paint a group or a phenomenon with a broad brush based
on a few members. This is injustice and ignorance.
Those who seek to rectify the affairs of the ummah
need to understand the historical and contemporary
dimensions of these movements and steer them to the
truth.

>and I don't know about him personally
> but he has made baiah to mulla umar

Again the author, admits ignorance but tries to tie in
something.

> and many afghan
> arabs used to be extremist in fighting along with
the
> taliban against the northerners and allies and there
> are many stories indeed of terrible wrongdoing and
> tribalism etc on both sides-fitnah fitnah..."

Again stories no real information. Ask this student of
knowledge to explain for us the massacre at Taif by
the "Wahhabis" and ask him to explain what the a'imma
of ad-dawah an-najdiya replied to that massacre.

Ask this student of knowledge to explain for us the
Iraqi salafi scholar al-Aloosi's comments in his
history of Najd (which the relvant pages are ripped

**Govt. Exh. 10D19**

out in editions found in the Kingdom) regarding the extremism of the Wahhabis.

Ask this student of knowledge to explain for us Sh al-Albani's statement in the 7 tape series he did in Makkah in the late 70s when being read portions from Majmu'atut-Tawheed the Shaikh remarks that Ibn Abdul-Wahhab had extremism in the issues of takfeer.

What I am trying to show by these comments is that this student of knowledge still needs to learn a lot more knowledge, manhaj, and adab wise.

To try to voice concerns that perhaps Mullah Umar will turn into the Dajjal or that the Pathans are said to be of Jewish origin (even though the hadeeth mentions 70,000 Jews from Isfahan which is I would guess a good 1000 miles - maybe more - to the east of Kandahar) or this or that based upon stories or feelings of creepiness is not the mathodology of Ahl as-Sunna.

Moreover, to distribute this nonsense does nothing for the cause of Muslims at this time even with the first line I agree with the fatwa. Well who are you for us to care if you agree or not?

As Muslims we are to deal with the facts. If the Taliban and Mullah Umar and the Arabs with them turn out to be the Dajjaal and his army we will deal with that then when it is apparent. Until that time they are Muslim whom we are obligate to support by body, wealth and word even if some find that distasteful.

Ali

---

Do You Yahoo!?
Make a great connection at Yahoo! Personals.
http://personals.yahoo.com

Page 1 of 27

## Govt. Exh. 10H1A

☒

Mar 31, 2005
**Name: Altimimi & aqdcksa 2**
Comment:
File Count: 1

Selected Text:

[<1473a734d35872b1c6bfddf312cfc9db><1473a734d35872b1c6bfddf312cfc9db>] >> startxref 19455 %%EOF

All praise belongs to Allah. We praise Him, seek His aid, seek His forgiveness. And we seek refuge with Him from the wicked [promptings] of our souls and the evil [consequences] of our deeds. And I bear witness that there is none worthy of worship but Allah alone and I bear witness that Muhammad is His slave and His messenger.

To proceed.

So here is America, Allah has struck it in one of its vital points, so He destroyed her greatest of buildings. And unto Allah is all praise (al-hamd) and He has favored us with this blessing (al-minna).

And here is America filled with terror from its north to its south, from its east to its west. And unto Allah is all praise (al-hamd) and He has favored us with this blessing (al-minna).

So what America tastes today is just a little of what we have tasted for decades. For indeed our ummah for some 80 plus years has tasted this humiliation; so its children are killed, and its blood shed, and its holy places transgressed; and it is slaughtered by what Allah has not sent down. And there is none to hear or respond [to our cries].

So when Allah -- subhanahu wa ta'ala -- led to success a star from the stars of Islam and a vanguard from the vanguards of Islam -- [so] Allah gave them victory so they destroyed America with a great destruction --- I ask Allah --- subhanahu wa ta'ala --- to raise their position and provide them with the high Firdaws.

So when these [men] replied on behalf of their oppressed children, and on behalf of their brothers and sisters in Palestine and in many lands of Islam -- the world in its entirety shouted. Unbelief (kufr) shouted and hypocrisy (nifaq) followed it.

Until this moment which I am speaking, a million innocent children have been murdered [and are still being murdered] for no sin they have committed and we do not hear [any voice] denouncing that and we do not hear any fatwa from the scholars of the rulers [regarding that].

And during these days, Israeli tanks and death machines spread destruction in the lands -- in Janeen, in Ramallah, in Rafah, in Bait Jaalo, and elsewhere in the lands of Islam and we do not hear anyone raising a voice or getting up to do something [about that].

So if after 80 years the sword befalls on America, the head of hypocrisy comes out and feels sorry for those murderers who played with the blood, honor, and holy places of the Muslims. The least what can be said reagrading [those scholars] is that they are sinful (fasiqa). They followed falsehood, and they gave victory [by their words] to the butcher over the lamb and the gave victory [by their words] to the oppressor over the innocent [Muslim] child. So Allah is suffucent for me against them and I ask Allah -- subhanahu wa ta'ala -- to show us what they deserve [from His punishment].

I say the matter is clear and obvious. So it is necessary for every Muslim after this event and after the leaders in the United States of America -- beginning with the head of world infidelity (kufr), Bush, and those with him, have spoken. They have come out with their men and steeds [of war]. They have gathered against us. Even the nations that identify themselves with Islam [have gathered] against this group that has come forth [to establish] its religion for Allah -- subhanahu wa ta'ala -- [and] which refuses to humilate their religion. [These] nations have come out seeking to fight Islam and humanity in the name [of fighting] terrorism.

GOVERNMENT
EXHIBIT
10H1A

file://F:\Altimimi%20&%20aqdcksa%202[26].htm

4/7/2005

## Govt. Exh. 10H1A

A people in the far ends of the earth .., in Japan ,.. hundreds of thousands of its people -- young and old -- were killed [by America's atomic bombs]. This is not a war crime [rather] this is an issue that has to be contemplated. Today [the slaughter due to sanctions] in Iraq .. this is an issue that needs to be contemplated.

However when tens killed in Nairobi and Dar as-Salam, Afganistan is bombed, Iraq is bombed. And hypocrisy in its entirety stands behind the head of world infidelity .. behind the Hubal [Note: Hubal was an idol worshipped by Quraish] of today -- America and those with it.

I say these events have divided the world in its entirety into two camps: a camp of faith having no hypocrisy and a camp of unbelif (kufr). May Allah protect us and you from [hypocrisy and unbelief]. It is necessary for every Muslim to rise up and give victory to his deen, The winds of faith have blown. And the winds of change to remove the falsehood in the peninsula of Muhammad -- sallallahu alaihi wa sallam - have blown.

As for America I say to it and its people just a few words: I swear by Allah the Greatest Who raised the heavens [above the earth] without pillars .., neither America nor those who live there will dream of security until we live it in reality in Palestine and before all the infidel armies leave the lands of Muhammad -- sallallahu alaihi wa sallam.

Allah is greatest and glory and might is for Islam alone. And may Allah's peace, mercy, and blessings be upon you.

altimimi: as-salaamu alaikum

altimimi: are u on line brother?

aqdcksa: Yup. As-Salaam 'alaikum

altimimi: so how are you and the family

aqdcksa: We are fine and you?

altimimi: im going through a lot ,.. as you might imagine

aqdcksa: Investigations?

altimimi: yes

altimimi: very severe

aqdcksa: Allahul musta'aan

altimimi: anyway enough about that

aqdcksa: Andak muhaamy?

altimimi: yes

aqdcksa: Jayyid

altimimi: 300 dollars an hour

aqdcksa: How is Abu Umar?

aqdcksa: havent heard hide nor tail of him

altimimi: i think he is also has problems

file://F:\Altimimi%20&%20aqdcksa%202[26].htm

4/7/2005

J.A. 3234

# Govt. Exh. 10H1A

altimimi: we havent spoken much

aqdcksa: did he move?

altimimi: i just go to work and come home

altimimi: go to class and coem home

altimimi: yes he did

altimimi: hes now in Virginia

aqdcksa: Dawud arrived here yesterday and he is fine alhamdulillah

altimimi: al-hamdulillah

altimimi: listen brother i was very disappointed with your earlier fatwas that you sent out

altimimi: of course i couldnt comment

altimimi: and i still cant

altimimi: but there are a number of other fatwas from teh kingdom

aqdcksa: what fatwas? Sadlan and Alishaykh and AlLehaydan

altimimi: yes

altimimi: i know of four

aqdeksa: Just doing my job. i have sent out others

altimimi: plus two articles by Sh Salmaan

altimimi: i understand

altimimi: and i am just registering my feelings

altimimi: for what its worth

aqdcksa: I have been begging for statements and have been begged for them but they are not all forthcoming

altimimi: anyway I hear Sh Safar will have something on the topic tomorrow or the next day

altimimi: who are they?

aqdeksa: uh huh

aqdcksa: I mean people have been asking what are the scholars saying and I am not getting much myself

altimimi: they are all on teh web ... i have no inside channels

altimimi: just go to any arabic web site

# Govt. Exh. 10H1A

altimimi: there was a ftawa by sh humood aluqla a couple of days after the incident

altimimi: one by Ali khudair

aqdcksa: in other words they need to be translated

altimimi: one by Slaman al-Ulwan

aqdcksa: I got that Uqalaa one and sent it out

altimimi: yes they do ,,, but you can benefit yourself at least

aqdcksa: I got the al-ulwan one but no chance to read yet

altimimi: at least see what the non-official fatawaas are

aqdcksa: just yesterday

altimimi: there was a strong khutba two weeks ago in riyad

altimimi: by al-Maajid who just got sacked for it

aqdcksa: how is your family back home? Please convey my wife's greetings to her

altimimi: i will

altimimi: she is like many sisters are afraid

aqdcksa: Back up. Who is al-maajid and where? I definitely heard a strong one last Friday

aqdcksa: I don;t know the name of the khateeb however

altimimi: al-Maajid is a khateeb in riyad ., he broke the rules and spoke and has been banned from his masjid

aqdcksa: if his is any indication no doubt such khutbahs are all over. I was surprised a little for the openness

aqdcksa: IC

altimimi: from day one ,.. there was a warning issued by the gov that no speaking ... and no qunoot in prayers

altimimi: but i think after yesterdays videos by Usama and crew ... all that is over

altimimi: u did hear about that

aqdcksa: Off the subject quickly, Where is the hadeeth about the majority of the inhabitants of An-Naar being nissaa?

altimimi: I believe in Bukhaari

aqdcksa: How can you not hear about that video!?

aqdcksa: It is all over as well as the transcript

altimimi: well teh kufaar are going wild here

**J.A. 3236**

## Govt. Exh. 10H1A

altimimi: heres a quick translation

altimimi: accept the file

altimimi: its rough but to the point

aqdcksa: done

altimimi: so how is Abdul-Qudduws fairing

altimimi: how are his kids

aqdcksa: activitities curtailed at dar ul arqam?

aqdcksa: AQ has serious family related problems

altimimi: i basically have been kicked out of darul-arqam

aqdcksa: otherwise okay

altimimi: i c

aqdcksa: haven;t talked ot him for a week or so

altimimi: well give him my salaams

aqdcksa: Have asked others to talk to him. Very serious

altimimi: can i help in anyway?

aqdcksa: Not sure at this point, Very long and camplicated

altimimi: ok -- but send me an email if you think if i call from my end can help

aqdcksa: I do not want to widen the circle of who knows his problems too wide

altimimi: i understand and that is proper may Allah reward u

aqdcksa: I have already struggled with leaving the basic principle of covering ones brother's faults

aqdcksa: it is beyond that

altimimi: well dont forget what he went through

aqdcksa: if lateststrategy does not work perhaps I will contact you

altimimi: sometimes events like that can make the worse come out of someone do not the internal pressures

altimimi: if u see what i am sayong

altimimi: that was ,. due to the internal pressures

aqdcksa: I know. But the problem has to be resolved nevertheless and cannot continue as is. Thats all Ican say now

J.A. 3237

aqdcksa: I got the file

altimimi: right ... well as the hadeeth say help ur brother be he a dhaalim or madhloom

aqdcksa: Make duaa for him and his daughters and whole family

altimimi: ameen

aqdcksa: back to dawah

altimimi: ok

aqdcksa: stopped? slowed? upswing?

altimimi: stopped at first but now is so perverted

altimimi: everyone is waving the flag

altimimi: making dua for the country ...

aqdcksa: I have heard amazing stories and even had a someone tell me their story of conversion after our correspondence alhamdulillah

aqdeksa: Top seller "Koran"!

altimimi: yes well you will have that of ocurse

aqdcksa: What version? Penguin Books?

altimimi: yes NJ Dawood ... Iraqi christian

aqdcksa: Oh no

altimimi: but the issue is what type of Islam

aqdcksa: Islam being redefined

altimimi: absolutely

aqdcksa: I saw the transcript from 60 minutes

altimimi: islaam where everyone goes to jannah

aqdcksa: authubillah

altimimi: its much worse

altimimi: making du'aa for the country for the ra'ees

altimimi: showing our support for the troops

altimimi: flags going up in front of masaajid

## Govt. Exh. 10H1A

aqdcksa: What about oprah? Nightline?

aqdcksa: Wheres WD in all this?

altimimi: no where to be seen

altimimi: anyway what WD used to say would make him seem like a fanatic considering what is going on now

aqdcksa: Strange or what? no WD i mean

altimimi: who knows

altimimi: well lets be frank

aqdcksa: I expected the flag waving from the Muslims

aqdcksa: you know we are weak

altimimi: no black Muslim will influence people overseas

altimimi: but Arab and Pak Muslims will

altimimi: and of course the great white man HY

aqdcksa: yeah

aqdcksa: maybe thats why they are being attacked

altimimi: so they put these ISNA -- ICNA types on tv for that purpose

altimimi: BBC had Ahlul-hadeeth on tonight

altimimi: imagine Salafis in support of teh crown

aqdcksa: I mean the sins of racism nationalism qaumiyyah

aqdcksa: ahlul hadeeth legit or the sufis

altimimi: no legit

altimimi: well its all the sins of living amongst the kuffaar

altimimi: racism is frankly quite low on the ladder

altimimi: not to belittle it

aqdcksa: i' m sure a lot of people are rethinking their status now

altimimi: how so .. the blind are getting blinder

altimimi: and more drunk on their slogans

aqdcksa: maybe this was the little or BIG push needed to get them to make the move they have been making excuses not to for

4/7/2005

**J.A. 3239**

## Govt. Exh. 10H1A

so long

altimimi: and those who have life in tehir heart are confused because no one is guiding them what to do

aqdcksa: It is a time of fitnah

altimimi: yes and it hasnt yet begun

altimimi: actually i saw all these things in a number of dreams last year

aqdcksa: I personally understand OBL to be a khariji takfeeri

aqdcksa: it is not to say all of his kalaam is totally out to lunch

altimimi: it depends on ur definition of khawaarij and takfeer

aqdcksa: no excuse for walaa to the kuffaar

aqdcksa: or assisting them against mumineen

aqdcksa: cant excuse sept 11

aqdcksa: that is my understanding

altimimi: i mean if believe the gov to be in the fold of islaam then yes he makes takfeer of them and he obviously wants to make khurooj against them

altimimi: go back and read sh humood's fatwa

aqdcksa: i find all the propaganda unbeleivable

altimimi: regarding 9--11

aqdcksa: still no proof

aqdcksa: all that might for the poorest nation on earth

aqdcksa: just waitng fo the other shoe to drop

altimimi: look let us be frank .,. the ulema have left the issues of the ummah

altimimi: and if you want a non-emotional proof for that then i ask you to find a set of the fatawaa of hayat kibaar al-ulamaa

altimimi: these are the fatwaa that are being printed with Daweesh as the editor

altimimi: i have the first four volumes on aqeedah

altimimi: and i saw about 8 or 10 in the Uk this simmer

altimimi: anyway ... when you look at the fatwa that has come out re: issue of jihaad and hijra

altimimi: all teh hot topics they are about ten in number

**Govt. Exh. 10H1A**

aqdcksa: i ahve been asked to review a project by some professor here who headed translation of fatwaas

aqdcksa: dont know what they are yet

aqdcksa: maybe the same?

altimimi: maybe

altimimi: but what i am saying that in a 30 year period or so only 10 or 20 fatwas

aqdeksa: Recent fatwaas?

aqdeksa: OIC

altimimi: no by hayat kibaar alulaama in the kingdom

aqdeksa: its too hot baby!

altimimi: huh?

aqdcksa: I have never been able to totally resolve the matter of not spreading the faults or the sins of the hukaam and yet standing against munkar

altimimi: anyway my point is this distinguished body of the most knowledge and most pious have only given 20 atwa at most over 30 years

aqdcksa: ...is a duty right even if just in the heart and that is the weakest of faith

aqdcksa: what have they said in private and on tapes however?

altimimi: while if you look at ad-Durrar as-Saniya which is a collection by Ibn Qaasim of all the fatawaa and writings by Ibn Abdul-Wahhab and his students

aqdcksa: what is in books is one thing

aqdcksa: what is given in the duroos is another

altimimi: you find jihaad and so forth in two or three volumes

aqdcksa: how about the individual collections?

altimimi: what they give in duroos means nothing compared to what they write as a body

aqdcksa: I mean those separate collections of fataawa by the major scholars

altimimi: outside of S

Ibn Baz -- rahimahullah -- who else

aqdcksa: what do you mean nothing? as far as influence?

altimimi: yes

aqdcksa: Also are the ulamaa of SA the only ulamaa?

Govt. Exh. 10H1A

altimimi: no .. but the trust of the ummah is in them

aqdcksa: where are others of stature and standing

altimimi: in their graves

aqdcksa: should we not also consider that as ulaamaa that they may have strategy and wisdom we dont?

aqdcksa: I am very impatient and so are you bin mahdi

altimimi: akhee ... i am making a historical observation over a 30 year period

altimimi: not for a single event

altimimi: which might have strategy involved in it

altimimi: im saying you will find volumes of fatawaa regarding social problems and issues of ritual worship

aqdcksa: I understand. Nevertheless historical perspective is important. A long vision

aqdcksa: I cant claim to have it

altimimi: however issues of the ummah are almost defeaning in silence

aqdcksa: those are basic

altimimi: so whetehr by choice or coercion they have been regulated to the sidelines

aqdcksa: IC and agree to an extent

aqdcksa: but people are the basic problem in my view

altimimi: so when obl or whomever act

altimimi: everyone raises a flag and who are u to act

aqdcksa: if a man is dirty inside how can he clean up society?

altimimi: well what do u expect ... if there is a vacuum

aqdcksa: people hardly come to the masjid outside of this and a handful of countries

altimimi: someone whetehr correctly or incorrectly is going to fill it

altimimi: ok .. granted

aqdcksa: i agree the vaccuum is a huge problem

altimimi: but thats partly (or to a greta degree) because teh secularist have an upper hand in education and the media

altimimi: when the schoalrs lost their hold on the people .. other forces took over

aqdcksa: but the us or the kuffaar dont make me or u go to diney or buy the latest garbage mag or cheat to get the latest car

J.A. 3242

## Govt. Exh. 10H1A

altimimi: thats not the point

aqdcksa: it is a battle fundamentally as always between man and his nafs

altimimi: think wider in terms of societies

aqdcksa: it is the point

aqdcksa: i mean the dichotomy and the contradicitons start from within

altimimi: yes ... but islaam has not left it for a monk to work out his problems by himself in a monastery

aqdcksa: this bleeds over into everything we do

aqdcksa: as muslims

aqdcksa: the kufaar surely want to separate us from our daily actions and pronciples and our internal convictions as they do

altimimi: the issue there are societal and parental influences and educational and media ones that need to be corrected

altimimi: in order to raise a generation taht is pious

aqdcksa: but noone put a gun to my head to indulge in those things which weaken my eemaan

aqdcksa: the govts are hugely responsible for miseducation

altimimi: aq ... think what u are saying

aqdcksa: they play a big role and responsibility

altimimi: we are talking about preserving millions of human beings

altimimi: not everyone has that degree of conviction

aqdcksa: right

aqdcksa: agreed

altimimi: islaam didnt just forbid zina .. it forbad everything leading up to it

aqdcksa: yep

aqdcksa: where are we disagreeing here?

altimimi: well i think we are in ho wreform will come about

altimimi: if you try the self conviction ... struggle against one's nafs mode

aqdcksa: how bro how?

altimimi: you will loose

altimimi: a society

**Govt. Exh. 10H1A**

aqdcksa: how to force people to listen and obey the scholars or islam?

aqdcksa: taleban style?

altimimi: if u say u need to correct society and reform the individual then u have a prescription for change

aqdcksa: Waht?

altimimi: well its also saudi style ... they force people to pray dont they

aqdcksa: nope

altimimi: what there are no long mutaween closing shops

altimimi: things have changed

aqdcksa: you can sty in your house or duck around a corner or close the blinds to your shop

aqdcksa: nope

aqdcksa: just here and there

altimimi: but the point is the style didnt originate with the taleban

aqdcksa: presence of the hayat has dropped hugely even since i have been here

altimimi: anyway thats not the pt

aqdcksa: not even the drive by announcment salaah salaalH!

aqdcksa: i am admittedly in riyadh and not Qaseem

altimimi: what i am saying is that it is obvious that the scholars allowed a situation for them to be marginalized

aqdcksa: allowed?

altimimi: yes ... allowed

altimimi: collectively that is

aqdcksa: come on young man you know other forces are at work

altimimi: while there were a few scholars who stood up in the truth

aqdcksa: they should all go to the joint?

altimimi: the majority were content with the status quo

aqdcksa: stand up as one body and get fired?

aqdcksa: you may know better

aqdcksa: i see dozens of lectures

**J.A. 3244**

**Govt. Exh. 10H1A**

aqdcksa: duroos every day

aqdcksa: halaqaat all over

altimimi: and .....

altimimi: what does that mean

aqdcksa: in what other country?

altimimi: there are hundreds of books printed

aqdcksa: no excuse to be ignorant or blame others for not knowing your deen

altimimi: the same thing happened elsewhere

aqdcksa: i see an attack on this balad as an attack on islam despite the corruption or shortcomings of the regime

altimimi: teh common folk will always follow who ever is in charge

aqdcksa: hamza and siraj played right along on 60 minute

altimimi: tahts allah';s sunnah on earth

aqdcksa: the professor was blatant

altimimi: yes it was

altimimi: but it was an attack on the muftee

altimimi: teh western press are quoting him all over

altimimi: as a reprsentative of true islaam

aqdcksa: i have never heard a single scholar here condone anything from shaving the beard to accepting ribaa

aqdcksa: nor condone the satellites or the magazines

aqdcksa: but they are all here

aqdcksa: i cant make everyone listen to idhaa'ah al-qur'aan but it is there

altimimi: is the issue condoning or changing evil

aqdcksa: and the lectures are often smokin!

aqdcksa: constant attack againt evil and laxity in public

altimimi: right ... ok and then what

aqdcksa: i cant accept most scholars are allowing anything

altimimi: is that where the deen stops

**J.A. 3245**

## Govt. Exh. 10H1A

aqdcksa: where do you get your info

aqdcksa: i live here now for 8 years

**aqdcksa:** the secularists are in high places

altimimi: how did they get there in a state founded on religion

aqdcksa: scholars don;t have economic control nor of policy

altimimi: if u can answer that question then you will know what i am saying

aqdcksa: the guys who vacation in enrope and america and whose wives want to drive in this madhouse are the cats in the posts

altimimi: its a simple historical question

altimimi: look to get ahead of yourself

altimimi: sorry dont get ahead of yourself

altimimi: 70 years ago there were no secularists in Arabia

altimimi: how did they get in those positions

altimimi: how were they able to build such influence

aqdcksa: there wer no schools in sa!

altimimi: i didnt happen over night

altimimi: but there were the masaajid

aqdcksa: saheeh

altimimi: and teh schoalrs were they only literate people

altimimi: so what happened

aqdcksa: uh huh

aqdcksa: what?

altimimi: how did they loose power in society

altimimi: its a historical question

aqdcksa: okay how?

altimimi: a sevebty year process

altimimi: well its complex

## Govt. Exh. 10H1A

altimimi: but the point is they left teh affairs of govt to the rulers

altimimi: they said we take teh masjid and u take the cástke

aqdcksa: and how what I said contradictory to what is needed to reform I never said a radio station was enough

altimimi: no hear me out

aqdcksa: they said that or was there no pressure and push against them?

aqdcksa: oaky 'listening'

altimimi: no someone stood up

altimimi: and were marginalized

altimimi: but the majority ,,, were pleased

altimimi: with that arrangement

altimimi: and then the castle took the masjid

altimimi: if you know what i mean

aqdcksa: when historically have the ulamaa ruled akhee?

altimimi: initially they ran the country

aqdcksa: the history is replete with hukaam first scholars second

altimimi: not ksa

altimimi: and also u cant look at medieval history

aqdcksa: initially the ulamaa ran the show?

altimimi: the functions of a medieval state was nothing like the moidern state

altimimi: yes in ksa

aqdcksa: ksa was in teh dust literally and figuatratively in modern times was it not?

aqdcksa: you expect it to be another afghanistan?

altimimi: but the point is when the ulamaa didnt keep up

aqdcksa: sit back and let the world go by?

altimimi: what does that mean?

altimimi: the ulamaa needed to bring themselves up with modern times

altimimi: not let others

**J.A. 3247**

Govt. Exh. 10H1A

altimimi: they (as a group) fell behind teh world as it changed

altimimi: teh secularists understood how the world was changing and they took over

altimimi: same story in every muslim country

aqdcksa: i agree totally

aqdcksa: so what about now akhee?

altimimi: ksa is now seeing what the rest of the muslim world experienced 70 years ago

aqdeksa: i don;t believe all the ulamaa are out of touch

aqdcksa: they all have mobiles! (lol)

altimimi: look you cant expect sh ibn baz -- rahimahullah -- to solve the problesm of all the ummah

altimimi: the point is if he was enlightend then what about the rest

aqdcksa: especially now rahimahullah

altimimi: i meant when he was alive

altimimi: collectively they became pleased with the status quo

aqdcksa: akhee a lot of these men get around

aqdcksa: i dont believe ibn baz was pleased at all

aqdcksa: i dont believe most are pleased at all

altimimi: collectively

altimimi: no individually

altimimi: ibn baz does no equal the ulamaa

altimimi: he is one aalom

altimimi: yes maybe the leader of them

aqdcksa: i do beleive some have become complacent or consigned themselves to accepting things as they are as the alternative is not clear or worse

altimimi: but still one of grpoup

altimimi: u are looking at things now

altimimi: i said you have to look at things over a history

altimimi: let me give u an example

J.A. 3248

**Govt. Exh. 10H1A**

aqdcksa: the ulamaa and the budding ulamaa today i think are more aware of the world in a larger sense but few posses the ilm the hilm and the hikmah to deal with it

altimimi: ok ....

aqdcksa: they are not all stuck in the 6th century as

e hear over and over in the press

altimimi: but those who have the ilm and the hilm and the hikma are sidelined

altimimi: look dont get trapped into the secualrist arguments

aqdcksa: not know yance?

aqdcksa: not out front?

altimimi: its easy to avoid a problem whenever someone is critical a doubt is catsed on motive or aqeeda

altimimi: take the events taht occurred

altimimi: this last month

aqdcksa: i mean the those who have the ilm and the hilm and the hikma are sidelined you mean not known no vioce or forum?

altimimi: a world event

altimimi: no what i am saying if u say that those who are aware dont have the ilm and the hikma

altimimi: were are those who do have that

altimimi: are the sidelined

altimimi: and if so ,. why?

altimimi: why is it that they have lost popularity and trust even among the religious

altimimi: its important akhee when looking at any situation

altimimi: to see it from all angles

altimimi: let me give a small example

aqdcksa: I have a presumption but no data and only personal observation

altimimi: lets say someone has a teenage Muslim boy

altimimi: who is behaving unIslamic

altimimi: wisdom might tell the person well its best not to come down hard on him

altimimi: as he will get worse

**J.A. 3249**

Govt. Exh. 10H1A

altimimi: i can accept that

aqdcksa: an example that hits home

altimimi: but let us say that we also have a 6 year old boy in that household

altimimi: unless i understand what let my 14 year old boy to rebel

altimimi: a process that didnt happen over nite ...

altimimi: how can i protect my 6 year old from not being worser

altimimi: agreed?

aqdcksa: ana ma'ak

altimimi: somewhere the parents or the school or the neighbors or all messed up

aqdcksa: however there is something i must point out as a parent if you are finished

altimimi: ok now look at scoiety and Muslims in the world

altimimi: while there are some healthy signs

altimimi: however there i a clear degredation

aqdcksa: step-parent

altimimi: maybe step parent

aqdcksa: let me know

altimimi: it doesnt help to say ... well alhamdulillah things are better here than elsewhere

altimimi: nor is good to say that well he was ok today even yesterday he was a shaytaan and tomorrow he will be a shaytaan

altimimi: u have to deal with the roots of teh problem

altimimi: now ... find me a book or a tape that deals with the roots of the problem

altimimi: in detailed

altimimi: you wont find one

altimimi: what you will find is general kalaam

altimimi: but you know general kalaam can help only so much

altimimi: its like when they say ., eat right and get plent of exercise

altimimi: makes sense

altimimi: but if you are haqving a heart attack ... its not the time for genereal advice

J.A. 3250

## Govt. Exh. 10H1A

aqdcksa: what is the root problem as you see it and how can you say the tape(s) doesn't exist you know all that is published?

altimimi: its not a question of knowing all that is published

altimimi: but one knows what the main publications are and that can suffice to have a baramoter

altimimi: i think ive read most of what salafis have written over the last 20 years re: the ummah

aqdcksa: if you are leading to that it is all the fault of the hukaam and they should be named one by one and their specific action or lack thereof is necessary then i don't indeed expect a tape or a book on that one out of here

altimimi: and how to come out of the problem

altimimi: its not that

altimimi: akhee .. i think the hukaam are not the issue

altimimi: but take this issue for example

altimimi: teh recent events

aqdcksa: let me say it" return to the qur'aan and sunnah and correct aqeedah and we wll be alright" with no details

altimimi: teh fact is that teh common muslim is getting his her infro from were

aqdcksa: CNN

altimimi: bravo

altimimi: in fact you cannot find serious discussion from the ulamaa

altimimi: its almost a deafening silence

aqdcksa: can i have a turn yet

altimimi: ok

aqdcksa: just let me know when

altimimi: go for it

altimimi: u there bro?

altimimi: ok bro it seems ur gone

aqdcksa: ru there?

altimimi: ye

altimimi: yes

aqdcksa: i lost my connection

## Govt. Exh. 10H1A

altimimi: i was waiting for u

altimimi: no prob

aqdcksa: as i was saying...i live right here and don;t know what is happening half the time. I have ears and interest but not the resources or time to hear all that is to be heard

altimimi: i understabd

altimimi: akhee its not u who i am harping on

aqdcksa: if i had more time i couldnt be everywhere but i keep my ears on teh radio for what benefits my soul

altimimi: may allah reard u for the work that u are doing

aqdcksa: im giving an example

altimimi: ok

aqdcksa: there is nothing that prevents others from doing this or more except what?

aqdcksa: basic stuff like hanging out with knockleheads

aqdcksa: folliwing desires

aqdcksa: listening to britney spears

aqdcksa: or whatever arab singers

aqdcksa: and so on

aqdcksa: in otehr words getting back to what i wrote a while back

aqdcksa: people are losing the battle with themselves and the shaitan at the root thus they accept and are susceptible to what ever comes from him or his helpers

aqdcksa: i know this is somewhat philosophical

altimimi: i think it is somewhat sufi

aqdcksa: but you dont need a detailed analysis and plan to get your behind to salaat and sit and take time to learn your deen

altimimi: thats not the point

altimimi: the point is the dawa of Muhammad sallalllahu alaihi wa sallam

altimimi: was to help people get behind there salaah

aqdcksa: i was a kaafir with no epocuragement to learn islam or anything else

aqdcksa: why would i become a muslim?

aqdcksa: why did i

# Govt. Exh. 10H1A

aqdcksa: an so many millions?

altimimi: akhee allah gave you a blessing

**altimimi: be thankful**

altimimi: but tahts not the point

aqdcksa: despite bing in total abject kufr?

aqdcksa: believe me i am

altimimi: i think you are missing a critical factor

**altimimi: you are dealing with humanity**

altimimi: and human beings are not all so blessed

altimimi: with the intellect or with the desire for good

aqdcksa: i am not disagreeing that the infrastructure, schools education environment should be conducive to islam

altimimi: ok so what happens when they are not

altimimi: do you wait for them to change on their own

aqdcksa: what im am saying is that i cant make anybody understand the deen or implement it or accept it can i

**altimimi: or at least do you set up yoru own schools**

aqdcksa: can we?

aqdcksa: we can only put the dawah out there and it is allah who makes anyone answer the call

altimimi: brother ., i think you have a big misunderstanding regarding the role of societal reform

altimimi: no thats what the christians say

altimimi: or the sufis

altimimi: or the murjia

altimimi: not ahlussunna

aqdcksa: if i am blocked from siting up the schools and teh forums for dawah and education that is indeed an obstacle that must be fought against

aqdcksa: your loding me

aqdcksa: loding=losing

**altimimi: im just saying that to say we just put out teh dawah**

altimimi: without trying to remove the evil influences is not the dawah of the prophjet (saw)

altimimi: yes there is away to remove the evil influences

altimimi: a way according to the sunna

altimimi: and a bida way

aqdcksa: if you used that terminology with a staunch im the real salafi type he would have been insulted and accused you by now. im listening just temper it

aqdcksa: okay akhee what esle in addition to dawah?

altimimi: go read surah al imran

aqdcksa: actions on our part as individuals and as a whole but what esle

altimimi: an ummah from you calling to the good and commanding teh maroof and forbidding the munkar

altimimi: so there has to be teh last two ingredients

aqdcksa: ana ma'ak

altimimi: jayyid

aqdcksa: leaving htis off was a cause of the fall of andalus

aqdcksa: i have a tape (lol)

altimimi: so if the methods u are using for any of the three aims dont produce the results after 30 years after 60 years

altimimi: what can u say

aqdcksa: brother what are you getting at?

aqdcksa: what is the timeline?

altimimi: either u dont have the right methods or u are not aiming

aqdcksa: at the right target?

altimimi: no i meant that you are not really trying dawah or commanding or forbiiding

altimimi: you are only half in it

altimimi: teh issue of reform in teh ummah is not new

aqdcksa: Okay now lets go bake to the raisng the teenager example

altimimi: we have 13 centuries before us

altimimi: ok back to the teenager example

## Govt. Exh. 10H1A

altimimi: u raise one kid he goes rotten

altimimi: 4 others go fine

altimimi: one bad seed

altimimi: you raise five rotten kids

aqdcksa: is is not possible that a parent(s) teaches disciplines cojoles the kid but he or she still goes off the bath

altimimi: something more fundamental is wring

aqdcksa: did not prophets have kids who went astray?

altimimi: yes one kid

altimimi: but all the children

aqdcksa: were they shortcoming in their dawah

altimimi: one child yes

altimimi: but all teh children

altimimi: and all your neighbors children

altimimi: and yoru neighbors neighbors children

altimimi: how many wrong kids before u say there is bad parenting

aqdcksa: arent there people who live together for years and know each other intimately still differ and some go astray?

altimimi: yes

altimimi: but when is the parenting called at fault

aqdcksa: is the influence of the parents all that determines the outcome of the child?

altimimi: i agree .. one child

altimimi: but is there at any point when we can say teh parents are at fault

altimimi: or a scoiety is at fault

aqdcksa: i think so if their sins or shortcomings are blatant

altimimi: but is it only blatant sins

aqdcksa: our nations are like parents who say be good but live opposite example themselves

altimimi: can also righteouness in oneself but neglect be a cause

altimimi: thats the obvious example

Govt. Exh. 10H1A

aqdcksa: and then they beat the kids when they rebel

altimimi: one of hypocrisy

altimimi: i want teh subtle example

aqdcksa: ahh

altimimi: one of being righteous but being neglectful

aqdcksa: i love you and we are muslims and we must follow the qur'aan and sunnah but

altimimi: not worrying only about ur kids but ur neighbors kids

aqdcksa: dad is
never at home

aqdcksa: mom does not teach and leaves the kid to the tv or the street

altimimi: or dad never cares what the neighbors kids are doing

aqdcksa: yup

altimimi: i remember growing up i was almost afraid of other parents telling my parents about something i would do as if they foudn out themselves

aqdcksa: but in the end..and im about to go back to my sufism

altimimi: thats your choice

aqdcksa: dont go hillary clinton on me now!

altimimi: if you dont see the mission yuo have for your neighbors kids for teh school for the local masjid

altimimi: plus your own deen

altimimi: you will always loose in the ened

altimimi: thats just human nature

aqdcksa: okay akhee where are we really disagreeing?

aqdcksa: something in our expressions is incomplete

altimimi: now let us extrapolate for our issue of the month

aqdcksa: ana ma'ak

aqdcksa: whats the solution?

altimimi: no the solution is not the problem we have all teh solutions

J.A. 3256

**Govt. Exh. 10H1A**

aqdcksa: im neglecting my work!

altimimi: ok and i my sleep

aqdcksa: your up totally too late

altimimi: hey phd studnet

altimimi: i should be looking at some interesting genes

aqdcksa: caffien addict

aqdcksa: jolt cola

altimimi: no just cut sleep out of my life a long time ago

aqdcksa: red bull

altimimi: we divirced for go

altimimi: for good

altimimi: just to some up ..., teh fact that the ummah through its scholars cannot voice any opinion with any sort of vigor

aqdcksa: please read todays Doonesbuty somewhere!

altimimi: ok ill try to find it

altimimi: anyway akhee ..., lets leave it at this

altimimi: please give my salaams to everyone

aqdcksa: i think you can find the scholars and the knowledge you need if you really want it

altimimi: if there is anyway i can help with aq2 just give me a hollar

aqdcksa: but you are not always in control of how much you can get

altimimi: that was never the issue

altimimi: i got all i needed ... i just phoned them up

aqdcksa: i will let you know as far as aq

aqdcksa: i don't have the answers to the problems of the ummah

aqdcksa: if i did i would publish it

aqdcksa: pass on the good you find

altimimi: no but neither of us are expected

aqdcksa: i am not afraid of putting out the truth

altimimi: but we are both concerned and intelligent men

aqdcksa: in shaa allah

altimimi: and we should try to understand why things are the way they are

altimimi: at least thats half of the problem

aqdcksa: as i sit here comfortable at a terminal with plenty of food and no bombs dropping

aqdcksa: yet

aqdcksa: take it easy

altimimi: u too bro

altimimi: hey im still a salafi

aqdcksa: istaudiukumullah

aqdcksa: glad to hear it

altimimi: wa antum astawdiukkummullah

altimimi: just different than most

altimimi: wal-hamdulillah

altimimi: tayyib akhee

altimimi: as-sallaamu alaikum

altimimi: by the way ... make lots of dua for zaid my bro

altimimi: they really rattled his cage because of me

altimimi: threatened to put him in the pokey for good

altimimi: u there?

%PDF-1.2 %

**File: DriveFreeSpace1**
Full Path: zd1\ZIP-100-FAT16\DriveFreeSpace1
Alias:
Ext:
L-Size: 26214400
File Type: Drive Free Space

## Govt. Exh. 10H1A

Category: Slack/Free Space
Subject:
Cre: N/A
Children: 0
Mod: N/A
Acc: N/A
P-Size: 98791424
Descendants: 0
Enc:
Del:
Recyc:
Idx: Full
Sector:
Cluster:
Alt Name:
Dup:
RO:
Sys:
Hid:
Item #: 13569
Cmp:
KFF: N/A
Badxt:
Emailed:
Header: 006F140100741401
MD5: N/A
SHA1: N/A
Hash Set:
Email Date:
From:
To:
CC:
Attachment Info:
Exported as: DriveFreeSpace1[13569]

| ☒ |

**J.A. 3259**

**Govt. Exh. 10J7**

## Shaikh Ali Timimi on the Taliban and the Statues
### By Shaikh Ali Timimi, 7 March 2001

I just wanted to share a few quick thoughts on the Taliban and their destruction of
Buddhist idols in Afghanistan.

1. Over the past two to three years, I have been increasingly asked by Muslims both
locally (i.e., here in the US) and abroad regarding the Taliban and our responsbilities
toward that regime. I will never forget one incident in Singapore two summers ago
when I was asked to convey a letter to Shaikh Ibn Uthaymeen --- may Allah's mercy be
on his soul --- asking for an unambigious ruling on the Taliban government and a
Muslim's responsbility to that goverment. Shaikh Ibn Uqla's recent fatwa I think is a
positive step in the right direction but there still is a need for more voices to be heard
on the topic so a consensus or majority opinion may be formed.

In general my response when asked is that while I do not have all the facts to say
unequivocally that the Taliban represent THE Islamic state of our time and their emir
THE emir of the Muslims --- for to do so has its implications on bay'a, hijra, nusra, etc.
--- we can say the following we are obliged to support all that they do which is in
agreement with Islam. This is the same principle which is used time and time again
regarding those contemporary states (few as they are) which still remain in the pale of
Islam and the various Islamic groups movements when they are do something that is
within the bounds of the Sunna. In other words, our wala' does not have to be 100% or
nothing --- rather the principle of Ahl as-Sunna is that wala' is shown to the degree
someone is in agreement with Islam and the Sunna. Likewise bara'a is also not 100%
or nothing rather again it is to be shown to the degree someone is at variance with
Islam and the Sunna.

2. One brother correctly remarked that there are two issues here, a purely Islamic
ruling and what we may term a timing ruling. The first is clear and has overwhelming
evidence from the Quran and the Sunna where we have been commanded to destroy
all images and flatten all graves. The famous hadith of Abul-Hayyaj al-Asadi upon Ali
ibn Abi Talib -- radi Allahu anhu - is just one evidence. The second question on timing,
this is an issue of the fiqh of masaalih and mafaasid which is primarily one of ijtihaad.
It is clear from the Prophet's sira --- sallallahu 'alaihi wa sallam --- (as well as there
exists evidences to be taken from the Quran and the Sunnah) that while the Prophet --
- sallallahu alaihi wa sallam --- made it clear from the onset that his da'wa was one of
"breaking idols" (kasrul-awthan) as is the wording of the famous hadith of Amr ibn
Abasa as-Sulami, he did not actual implement that until he was in a position of
strength after the conquest of Makka and the entry en masse of the Arabs into Islam .
(There is one hadith however in Musnad of Imam Ahmad that idols were broken in
Makka covertly. However this hadith if authentic would be the exception not the rule as
it was clearly done covertly.)

Even if someone was to argue that given the geopolitical situation of the umma as a
whole the timing is questionable, it is, however, highly questionable to publicly decry
the Taliban for an action which is without doubt Islamic even if for the sake of
argument poorly timed. Indeed to add one's voice to the chorus of the shouts of the
unbelievers is an action which resembles that of the hypocrites who command evil and
forbid good.

3. One should not be surprised by the statements of the so-called scholars and
representatives of the Muslims in the United States. I think it has been suprisingly
quite tame thus far perhaps due to the hajj season. If world opinion (and especially

GOVERNMENT
EXHIBIT
10J7

**Govt. Exh. 10J7**

opinion in the United States) turns more severe against the Taliban you should expect them to clap along singing Amen. As I have said before on this forum and elsewhere the struggle with the modernist movement is not one simply of a secondary issue like voting or something dealing with women's fiqh issues, etc. It is primarly one of iman and kufr. Until we realize that and begin to formulate our responses in that tone we will remainineffective before this trend.

4. Jihad and Tawhid.... There is an undeniable relationship between the two. Indeed when I first heard of the intention of the Taliban to destroy these idols two historical incidents came to mind.

a. The first was from Salahuddin al-Ayyubi (Saladin) may Allah have mecy on his soul. It is reported by his biographer the Qadi Ibn Shidad in an-Nawadir as-Sultaniya wal-Mahasin al-Yusufiya that after the conquest of Jerusalem (may Allah hasten its rescue from the hands of the evil Zionists), Richard the King of England wrote Salahuddin regarding three matters Jerusalem, Christian settlements in Palestine and Lebanon, and the "true" cross (and we bear witness to what Allah has said that they neither cricuified nor killed the Messiah alaihi as-salaam). Regarding the cross, Richard wrote "as for the cross it is only wood in your eyes and of no value but for us it is great so be charitable with us..." Salahuddin wrote back ... "As for the cross its destruction is a great act of piety we can not allow ourselves to be negligent regarding that unless there was some greater benefit [in not doing so] that would return to Islam."

b. The second incident is from the the sira of Mahmud ibn Subuktikin may Allah have mecy on his soul of Ghazna (which today is in Afghanistan) this great leader and mujahid has been chronicled by Islamic historians like Ibn Athir and Ibn Kathir ay Allah have mecy on them. Ibn Kathir remarks in al-Bidaya wa n-Nihaya, "The Muslims invaded India during the days of Mu'awiya in the year 44 A.H and [great] events transpired then. And [likewise] the mighty and magnificent King Mahmud b. Subuktikin the ruler of Ghazna invaded the lands of India at the turn of the fifth century. He entered India and killed, took captive, [and] enslaved [many]. He took [much] booty. He entered as-Sumanat and destroyed the great al-Budda which they worship and he stripped it of its jewlery. He then returned [to Ghazna] safe, [Divinely-]aided, and victorious."

5. Finally, I would like to say al-hamdulillah for this step taken by the Taliban. It brought a joy to my heart that I have not felt for a very long time. Especially for it to have occured during these days of hajj when we revive the milla of Ibrahim --- alaihi as-salaam. I ask Allah with all His beautiful names and exalted attributes to protect, guide and strengthen the Taliban and to break the backs and put to shame the forces of unbelief and hypocrisy.

[Jihad] [Mainpage] [What's New?]

**Govt. Exh. 10J9**

*Presented to*
*Ali Al-Timini*
*on 11/17/03*
*gw*

```
From altimimi@yahoo.com Thu Dec 13 23:01:03 2001
X-RocketMail: 00000002;R--------------;3263
Received: from [165.247.116.56] by web13808.mail.yahoo.com via HTTP;
Thu, 13 Dec 2001 23:01:03 PST
Date: Thu, 13 Dec 2001 23:01:03 -0800 (PST)
From:    <altimimi@yahoo.com>
Subject: A call to reflect and repentance
To: flowe@northwestern.edu, nsast6+@pitt.edu, tamim11@yahoo.com,
    TariqN@aol.com, Shibli@Zaman.net
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Length: 2429
```

as-Salaamu alaikum wa rahmatullahi wa barakaatuhu:

My dear brothers, insha'allah this e-mail finds each
and everyone well. May Allah accept our deeds and
forgive our sins, enter us into His Paradise and
release us from Hell with the conclusion of this
blessed month of Ramadan. May Allah also give victory
to this ummah and raise its rank and prestiage in this
world and the next.

The reason for this unexpected e-mail on my behalf is
the disturbing comments I recently read from the
brothers on the Jazirah list.

So I thought I would offer some words of advice from
your elder brother.

First of all, I want each and every one of you to know
that each and everyone of you has a special place in
my heart. I look at each and every one of you as amomg
the best brothers in the States. All of you (with the
exception of one brother), I have met at least once.
So of you I have had the pleasure of meeting at the
Kaaba, the most holiest of places on earth. And I ask
Allah to join us in the best of conditions again in
this world and in the hereafter.

Many of you have noticed my silence on the recent
events. This is not because I am not with opinion; but
rather I have decided to apply the Prophetic ordinance
(upon our Prophet the best salaah and salaam): Man
samata naja (Whoever is silent will be saved).

Al-hamdulillah, those brothers in my area have been
able to benefit from what I have had to say (and all
praise belongs to Allah). But this unfortnately due to
the circumstances has been limited to private visits
and not public statements.

I do not want to be labor the point, but, my earnest
belief is that the brothers have been motivated in
their positions by a great amount of emotionalism, and
at times, I am afraid to say delusion.

These are without difficult times. And in reflection
of the confusion among the ummah, there is no unamity
of opinion among the scholars of Ahlus-Sunnah on these
matters.

GOVERNMENT
EXHIBIT
10J9

**Govt. Exh. 10J9**

It is possible to easily find a scholar of good
aqeeda, known for his piety and pariseworthy character
--- having an opinion from one end of the spectrum to
the other. I believe some of these conflicting
opinions have been sent on this list. This by no means
is to be understood that the truth is not known in
this matter. No, may Allah forbid! For this ummah does
not gather on error. But due to the lack of any
unified leadership in this ummah (political or
religious) coupled with the Internet age and mass
communication --- we see a proliferation of opinions.
As Shaikh Safar has commented in his 30 page
declaration to the ummah (unfortunately untranslated
into English) -- which by the way is a summary of a
200 page treatise --- the general body ummah was of a
single opinion regarding the events until the scholars
began to speak! (What that opinion was, I will refrain
from answering. But I think if everyone notices his
initial reaction then he insha'allah will know what
the answer is)

*p. 2 of transcription*

I do not want to to take any more time of the
brothers. However, my sincere advice to the brothers
is to quit from public commentary of the events. Stick
to what is clear as to what is from the deen. The
truths of the deen have not changed because of this or
any other event.

As for application of these clear matters to this or
any other event, then I suggest unless one possesses
the ability to exercise ijtihaad or has the certitude
as mentioned in the hadeeth "'ala mithliha fash-had"
(upon its like, bear witness --- meaning the sun. I.e.
Don't give testimony until it is clear as the sun at
high noon on a cloudless day.)--- then one should
remain silent following the Prophetic guidance to
which I alluded earlier.

What has passed from events, has passed. And what will
come from events, one cannot turn back. The question
that I would hope the brothers would spend their
energies and time is how to preserve the true aqeeda
of Islam (tawheed, ittibaa' and wala wal-bara': see 3
fundamentals of tawheed) given this situation. I
imagine that the majority of you are remaining here in
the United States for the short (and perhaps) long
term. This is a challenge that each and everyone of
you will need to deal with on a daily basis.

This is not to dismiss the greater issues of the
ummah, but I cannot see how commenting on the Jazira
list will sway events this way or that.

In conclusion, I ask the brothers not to hold toward
me any anger for what I have said. If I have
overstepped my bounds, then I ask for your pardon. And
may Allah gather us soon in better circumstances.

Jazakumullahu khairan.

**Govt. Exh. 10J9**

Your brother,

Ali Al-Timimi

## AFFIDAVIT OF YOUSUF IDRIS

1. My name is Yousuf Idris and I reside at 7924 Peyton Forest Trail, Annandale, Virginia, 22003. I am over 18 years of age.

2. On or about 2000-2001, Ali Al-Timimi gave me a ride home after one of Mr. Al-Timimi's lectures.

3. When we arrived at my house, Mr. Al-Timimi said that he was angry because he had learned from a paintball player that a group of young Muslim men in the DC area had been and were organizing paintball games and had selected a leader for those games.

4. Mr. Al-Timimi said that he told one of the paintball players that, "This is nonsense and they need to stop this now."

_____
Yousuf Idris

$8/12/2003$
Date



GOVERNMENT
EXHIBIT
10J 15

0000153

**Govt. Exh. 10S1**



**Govt. Exh. 10S2**



**Govt. Exh. 10S3**

Call Activity for Yong Kwon's cellular phone (703) 200-8024:
09/16/2001 - 09/20/2001

| Date | Time | Duration (in minutes) | Number | Subscriber/Phone User (if known) |
|---|---|---|---|---|
| 9/16/2001 | 2:38pm | 1 | 240-602-8849 | Donald Surratt (cell) |
| 9/16/2001 | 2:39pm | 2 | 301-736-0299 | Donald Surratt (residence) |
| 9/16/2001 | 2:40pm | 1 | 240-602-8849 | Donald Surratt (cell) |
| 9/16/2001 | 2:43pm | 1 | 571-214-4433 | Randall Royer (cell) |
| 9/16/2001 | 2:45pm | 2 | 703-475-5559 | Ibrahim Hamdi (cell) |
| 9/16/2001 | 2:47pm | 7 | 703-330-0186 | Randall Royer (home) |
| 9/16/2001 | 2:54pm | 1 | 703-906-0699 | Nabil Gharbieh |
| 9/16/2001 | 2:55pm | 1 | 703-568-1073 | Mahmood Hasan |
| 9/16/2001 | 3:36pm | 1 | 703-200-8024 | Yong Kwon (cell) |
| 9/16/2001 | 3:37pm | 2 | 703-568-1073 | Mahmood Hasan |
| 9/16/2001 | 4:30pm | 3 | 301-977-6577 | Masood Khan |
| 9/16/2001 | 4:33pm | 2 | 301-977-6577 | Masood Khan |
| 9/16/2001 | 5:01pm | 3 | 703-263-1600 | Kabobs Etc. (restaurant) |
| 9/16/2001 | 5:36pm | 1 | incoming | n/a |
| 9/16/2001 | 5:50pm | 2 | 703-626-3647 | Abdullah Zikria |
| 9/16/2001 | 6:00pm | 1 | 703-200-8024 | Yong Kwon (cell) |
| 9/16/2001 | 6:03pm | 1 | incoming | n/a |
| 9/16/2001 | 6:29pm | 1 | incoming | n/a |
| 9/6/2001 | 6:40pm | 1 | incoming | n/a |
| 9/16/2001 | 6:46pm | 1 | 703-622-4388 | Ali Al-Timimi |
| 9/16/2001 | 7:06pm | 2 | 703-475-5559 | Ibrahim Hamdi (cell) |
| 9/16/2001 | 7:12pm | 1 | incoming | n/a |
| 9/16/2001 | 7:14pm | 2 | 571-214-4433 | Randall Royer (cell) |
| 9/16/2001 | 7:16pm | 2 | 703-906-0699 | Nabil Gharbieh |
| 9/16/2001 | 7:36pm | 1 | 703-622-4388 | Ali Al-Timimi |
| 9/16/2001 | 7:43pm | 1 | incoming | n/a |
| 9/16/2001 | 7:47pm | 2 | 703-475-5559 | Ibrahim Hamdi (cell) |
| 9/16/2001 | 7:51pm | 1 | incoming | n/a |
| 9/17/2001 | 11:18am | 1 | 703-886-2661 | |

Page 1 of 4

GOVERNMENT EXHIBIT 1053

**J.A. 3268**

**Govt. Exh. 10S3**

Call Activity for Yong Kwon's cellular phone (703) 200-8024:
09/16/2001 - 09/20/2001

| Date | Time | Duration (in minutes) | Number | Subscriber/Phone User (if known) |
|---|---|---|---|---|
| 9/17/2001 | 11:20am | 1 | 703-886-7007 | possibly Abdul Hafiz |
| 9/17/2001 | 11:30am | 1 | 703-886-7007 | possibly Abdul Hafiz |
| 9/17/2001 | 11:39am | 1 | 703-886-2660 | |
| 9/17/2001 | 11:55am | 1 | 703-886-7007 | Yong Kwon (work number) |
| 9/17/2001 | 12:15pm | 1 | 703-270-0200 | |
| 9/17/2001 | 12:19pm | 1 | 703-478-3302 | |
| 9/17/2001 | 12:41pm | 1 | incoming | n/a |
| 9/17/2001 | 1:01pm | 1 | incoming | n/a |
| 9/17/2001 | 8:27pm | 1 | 703-568-1073 | Mahmood Hasan |
| 9/17/2001 | 8:29pm | 1 | incoming | n/a |
| 9/17/2001 | 8:54pm | 1 | incoming | n/a |
| 9/17/2001 | 9:19pm | 1 | incoming | n/a |
| 9/17/2001 | 10:20am | 1 | incoming | n/a |
| 9/18/2001 | 10:21am | 1 | 703-200-8024 | Yong Kwon (cell) |
| 9/18/2001 | 10:23am | 2 | 703-400-4561 | |
| 9/18/2001 | 10:36am | 1 | incoming | n/a |
| 9/18/2001 | 12:30pm | 2 | 240-372-4587 | |
| 9/18/2001 | 2:04pm | 1 | 0 | Operator |
| 9/18/2001 | 2:05pm | 3 | 411 | Directory Assistance |
| 9/18/2001 | 2:06pm | 3 | 800-374-9300 | Citibank |
| 9/18/2001 | 2:29pm | 3 | 703-886-7007 | |
| 9/18/2001 | 2:58pm | 2 | 703-626-3647 | Abdullah Zikria |
| 9/18/2001 | 3:03pm | 1 | 703-886-2661 | |
| 9/18/2001 | 3:11pm | 1 | 703-886-2661 | |
| 9/18/2001 | 3:12pm | 3 | 703-200-8068 | |
| 9/18/2001 | 3:38pm | 1 | incoming | n/a |
| 9/18/2001 | 3:45pm | 1 | incoming | n/a |
| 9/18/2001 | 4:09pm | 1 | 571-214-4433 | Randall Royer (cell) |
| 9/18/2001 | 4:54pm | 1 | incoming | n/a |

J.A. 3269

**Govt. Exh. 10S3**

**Call Activity for Yong Kwon's cellular phone (703) 200-8024:**
**09/16/2001 - 09/20/2001**

| Date | Time | Duration (in minutes) | Number | Subscriber/Phone User (if known) |
|------|------|------|--------|----------------------------------|
| 9/18/2001 | 5:47pm | 1 | 703-568-1073 | Mahmood Hasan |
| 9/18/2001 | 7:08pm | 2 | 703-200-8024 | Yong Kwon (cell) |
| 9/18/2001 | 7:15pm | 1 | 571-214-4433 | Randall Royer (cell) |
| 9/18/2001 | 7:16pm | 1 | 703-330-0186 | Randall Royer |
| 9/18/2001 | 7:21pm | 1 | incoming | n/a |
| 9/18/2001 | 7:23pm | 1 | 703-934-0987 | n/a |
| 9/18/2001 | 7:24pm | 1 | incoming | n/a |
| 9/18/2001 | 7:36pm | 1 | incoming | n/a |
| 9/18/2001 | 7:41pm | 4 | 301-977-3577 | Masood Khan |
| 9/18/2001 | 7:45pm | 3 | 703-568-1073 | Mahmood Hasan |
| 9/18/2001 | 7:46pm | 1 | incoming | n/a |
| 9/18/2001 | 7:46pm | 1 | 301-977-6577 | Masood Khan |
| 9/18/2001 | 7:52pm | 1 | incoming | n/a |
| 9/18/2001 | 8:33pm | 1 | 703-568-1073 | Mahmood Hasan |
| 9/18/2001 | 8:39pm | 1 | 703-568-1073 | Mahmood Hasan |
| 9/18/2001 | 8:45pm | 1 | incoming | n/a |
| 9/18/2001 | 8:49pm | 1 | 610-792-7084 | Mohammad Aatique |
| 9/18/2001 | 9:12pm | 2 | 703-338-2544 | Hammad Abdur Raheem |
| 9/18/2001 | 9:13pm | 1 | 703-626-3647 | Abdullah Zikria |
| 9/18/2001 | 9:14pm | 1 | incoming | n/a |
| 9/18/2001 | 9:15pm | 1 | 703-626-3647 | Abdullah Zikria |
| 9/18/2001 | 9:48pm | 1 | incoming | n/a |
| 9/18/2001 | 10:06pm | 1 | incoming | n/a |
| 9/18/2001 | 10:18pm | 1 | 703-200-8024 | Yong Kwon (cell) |
| 9/18/2001 | 10:38pm | 1 | incoming | n/a |
| 9/18/2001 | 2:18am | 1 | incoming | n/a |
| 9/19/2001 | 2:31am | 2 | 610-792-7084 | Muhammad Aatique |
| 9/19/2001 | 2:43am | 2 | 610-792-7084 | Muhammad Aatique |
| 9/19/2001 | 8:31am | 1 | incoming | n/a |

Page 3 of 4

**J.A. 3270**

**Govt. Exh. 10S3**

Call Activity for Yong Kwon's cellular phone (703) 200-8024:
09/16/2001 - 09/20/2001

| Date | Time | Duration (in minutes) | Number | Subscriber/Phone User (if known) |
|---|---|---|---|---|
| 9/19/2001 | 9:03am | 1 | 703-934-0987 | Yong Kwon (cell) |
| 9/19/2001 | 9:59am | 1 | incoming | n/a |
| 9/19/2001 | 11:20am | 1 | 610-792-7084 | Muhammad Aatique |
| 9/19/2001 | 11:32am | 4 | 571-214-4433 | Randall Royer |
| 9/19/2001 | 1:09pm | 1 | 703-626-3647 | Abdullah Zikria |
| 9/19/2001 | 1:10pm | 2 | 703-338-2544 | Hammad Abdur Raheem |
| 9/19/2001 | 1:11pm | 3 | incoming | n/a |
| 9/19/2001 | 1:14pm | 1 | 571-214-4433 | Randall Royer |
| 9/19/2001 | 1:19pm | 2 | incoming | n/a |
| 9/19/2001 | 1:35pm | 1 | incoming | n/a |
| 9/19/2001 | 1:35pm | 1 | incoming | n/a |
| 9/19/2001 | 1:37pm | 1 | incoming | n/a |
| 9/19/2001 | 1:41pm | 1 | 703-200-8024 | Yong Kwon (cell) |
| 9/19/2001 | 1:41pm | 1 | 703-200-8024 | Yong Kwon (cell) |
| 9/19/2001 | 1:53pm | 2 | 703-200-8024 | Yong Kwon (cell) |
| 9/19/2001 | 1:55pm | 1 | 703-622-4388 | Ali Al-Timimi |
| 9/19/2001 | 2:09pm | 2 | 703-263-1600 | Kabobs Etc. (restaurant) |
| 9/19/2001 | 5:15pm | 1 | 703-200-8024 | Yong Kwon (cell) |
| 9/19/2001 | 5:19pm | 2 | 703-869-5282 | |
| 9/19/2001 | 7:57pm | 1 | 571-214-4433 | Randall Royer (cell) |
| 9/19/2001 | 9:19pm | 3 | 703-669-2799 | |
| 9/19/2001 | 9:22pm | 3 | 571-214-4433 | Randall Royer (cell) |
| 9/19/2001 | 9:58pm | 1 | incoming | n/a |
| 9/19/2001 | 10:02pm | 1 | incoming | n/a |
| 9/19/2001 | 11:58pm | 3 | 703-661-6655 | Washington Flyer Taxi |
| 9/20/2001 | 2:49am | 2 | 703-200-8024 | Yong Kwon (cell) |

Page 4 of 4

**J.A. 3271**



Dar Al Arqam Publications
All Rights Reserved.
www.ciie.org

CENTER FOR ISLAMIC INFORMATION & EDUCATION

DAR AL-ARQAM

NEW WORLD ORDER

Ali Al-Timimi

DAR AL-ARQAM
CENTER FOR ISLAMIC INFORMATION & EDUCATION

Ali Al-Timimi

GOVERNMENT EXHIBIT
10T1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:04cr385 |
| | ) | |
| v. | ) | The Hon. Leonie M. Brinkema |
| | ) | |
| ALI AL-TIMIMI | ) | |

STIPULATION NO. 1.

The United States and the defendant hereby stipulate and agree that:

The Taliban, at all times relevant to this Superseding Indictment until early 2002, was the

ruling party that governed the country of Afghanistan. It was driven from power in late 2001 and

early 2002 by a multi-national coalition led by the United States.

Al-Qaeda, at all times relevant to this Superseding Indictment, was an international

terrorist group founded by Usama Bin Laden and others, dedicated to opposing the United States

and many other governments with force and violence. Bin Laden declared a violent jihad

against the United States and its citizens, which he carried out through Al-Qaeda and its affiliated

organizations. Beginning in or about 1996, Bin Laden and others operated Al-Qaeda from

Afghanistan, and forged close relations with the Taliban.

On July 4, 1999, President Clinton declared a national emergency to deal with the threat

posed by Al-Qaeda and the Taliban. Specifically, the President found that:

> [T]he actions and policies of the Taliban in Afghanistan, in
> allowing territory under its control in Afghanistan to be used as a
> safe haven and base of operations for Usama bin Ladin and the Al-
> Qaida organization who have committed and threaten to continue
> to commit acts of violence against the United States and its
> nationals, constitute an unusual and extraordinary threat to the
> national security and foreign policy of the United States.

**J.A. 3273**

Govt. Exh. 12-1

U.S. v. *Al-Timimi*, Crim. No. No. 1:04cr385
Stipulation No. 1
Page 2

In Executive Order 13129, President Clinton prohibited, among other things, United States

persons from making or receiving any contribution of funds, goods, or services to or for the

benefit of the Taliban.

On October 9, 1999, the United States designated Al-Qaeda a foreign terrorist

organization pursuant to Section 219 of the Immigration and Nationality Act, and redesignated it

as such on or about October 5, 2001. In addition, at all times material to this Superseding

Indictment, the making of any contribution of funds, goods, or services to Al-Qaeda by United

States persons was prohibited pursuant to Presidential Orders and regulations issued under the

International Emergency Economic Powers Act.

On June 30, 2000, the national emergency with respect to the Taliban was continued.

One year later, the national emergency was again continued, pursuant to a finding by President

Bush that "[t]he Taliban continues to allow territory under its control in Afghanistan to be used

as a safe haven and base of operations for Usama bin Laden and the Al-Qaida organization who

have committed and threaten to continue to commit acts of violence against the United States and

its nationals."

On September 11, 2001, in a coordinated attack against the United States, terrorists

affiliated with Al-Qaeda hijacked four commercial airplanes. They flew two of the planes into

the World Trade Center towers in Manhattan, and one into the Pentagon in Virginia.

The fourth plane crashed in Pennsylvania. Thousands of victims were killed or injured, and there

was enormous destruction of property.

April 5, 2005 (1:28pm)

J.A. 3274

Govt. Exh. 12-1

U.S. v. *Al-Timimi*, Crim. No.  No. 1:04cr385
Stipulation No. 1
Page 3

By September 13, 2001, newspapers reported that the Bush administration won NATO

support for a possible strike against Usama bin Laden and his supporters in Afghanistan, and was

pressuring Pakistan for intelligence and logistical backing.  That same day, newspapers further

reported that the Taliban was bracing for an imminent attack by the United States and sent its top

leader Mullah Mohammad Omar into hiding.

In a nationally-televised speech at the United States House of Representatives on

September 20, 2001, President Bush demanded that the Taliban turn over Bin Laden or face

military action.  After the Taliban refused those demands, the United States and allied forces

attacked Afghanistan and engaged the Taliban in combat to prevent it from allowing Al-Qaeda to

use Afghanistan as a base for terrorist acts against the United States and around the world.

Airstrikes were launched against the Taliban in Afghanistan on October 7, 2001.

American troops started the ground war against the Taliban on or about October 20, 2001.  On or

about October 21, 2001, American commandos seized an airfield in southern Afghanistan and

then raided a compound of Taliban leader Mullah Mohammed Omar.  On or about November 10,

2001, the Taliban lost the key city of Mazar-e-Sharif, and the northern provincial capitals of

Shibarghan, Aybak, and Maimana.  By November 11, 2001, the Taliban was being routed

through northern Afghanistan.  On or about November 13, 2001, the Taliban withdrew from the

Afghan capital of Kabul and Northern Alliance forces allied with the United States took control

of the city.  By November 15, Taliban forces had retreated to Kandahar.

April 5, 2005 (1:28pm)

J.A. 3275

**Govt. Exh. 12-1**

U.S. v. *Al-Timimi*, Crim. No. No. 1:04cr385
Stipulation No. 1
Page 4

On December 24, 2001, the United States designated Lashkar-e-Taiba a foreign terrorist

organization pursuant to Section 219 of the Immigration and Nationality Act.

Respectfully submitted,

Paul J. McNulty
United States Attorney

By      _____
Gordon D. Kromberg
Assistant United States Attorney


_____

ALI AL-TIMIMI


_____

Edward B. MacMahon, Jr.
Counsel for ALI AL-TIMIMI

April 5, 2005 (1:28pm)

**Govt. Exh. 12-60**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:04cr385 |
| | ) | |
| v. | ) | The Hon. Leonie M. Brinkema |
| | ) | |
| ALI AL-TIMIMI | ) | |

## STIPULATION NO. 60

The United States and the defendant hereby stipulate and agree that the defendant was subject to court-authorized electronic surveillance for a significant portion of 2003. During that period, several thousand of the defendant's telephone calls were intercepted. In addition, the government obtained an extensive number of defendant's email messages during that same period.

Respectfully submitted,

Paul J. McNulty
United States Attorney

By _____

Gordon D. Kromberg
Assistant United States Attorney

_____
ALI AL-TIMIMI

_____
Edward B. MacMahon, Jr.
Counsel for ALI AL-TIMIMI

GOVERNMENT
EXHIBIT
12-60

April 13, 2005 (7:58pm)

Govt. Exh. 12-61

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA      )

                              )

          v.                    )

                              )

ALI AL-TIMIMI                  )

Criminal No. 1:04cr385

The Hon. Leonie M. Brinkema

## STIPULATION NO. 61

The United States and the defendant hereby stipulate and agree that:

Government Exhibit 10T1, *New World Order*, is a recording of a lecture series conducted by the defendant between 1994 and 1996 that was seized from the residence of Donald "Idris" Surratt.

Government Exhibit 10T2, *Tawheed & Shirk*, is a recording of a lecture conducted by the defendant as part of a seminar at a mosque in New York City in the early 1990's, that was provided to the government by Dar al-Arqam pursuant to a subpoena.

Government Exhibit 10T4, *The Role of Muslim Students in North American Universities*, is a recording of a lecture conducted by the defendant at a time and location he could not specifically recall, possibly during a Ramadan holiday, and was provided to the government by Dar al-Arqam pursuant to a subpoena.

Government Exhibit 10T7, *Luminous Creed,* is a recording of a presentation by the defendant given in the United Kingdom in the mid-1990s', that was provided to the government by Dar al-Arqam pursuant to a subpoena.

Government Exhibit 10T9, *Purification of the Soul,* is a recording of a series of lectures given by the defendant at the Dar al-Arqam in 2001, a few months before 9/11, that was provided to the government by Dar al-Arqam pursuant to a subpoena.

Government Exhibit 10T10, *Word of Advice to the Salafis of the UK*, is a recording of a presentation given in London sometime between 1994 and 1996, that was seized from the defendant's residence in February 2003.

Government Exhibit 10T13, *Principles of Fiqh*, is a recording of a weekly lecture series conducted at a mosque in Wasington, D.C. in the early 1990's, that was seized from the residence of Ibrahim Al-Hamdi in February 2003.

**Govt. Exh. 12-61**

Government Exhibit 10T11, *Acts of Worship During Shawal*, is a recording of a lecture by the defendant that was provided to the government by Dar al-Arqam pursuant to a subpoena.

Government Exhibit 10T16, *Shiaism*, is a recording of a lecture by the defendant that was seized from the residence of Mohammad Aatique in May 2003.

Respectfully submitted,

Paul J. McNulty
United States Attorney

By _____

Gordon D. Kromberg
Assistant United States Attorney

_____

ALI AL-TIMIMI

_____

Edward B. MacMahon, Jr.
Counsel for ALI AL-TIMIMI

April 15, 2005 (1:58pm)

**Def. Exh. 33**

# Muslims in America in the Face of Accusations of "Fundamentalism" and "Terrorism"

### Delivered at Purdue University, October 20, 1993

All praise belongs to God and may His blessings and peace be upon the Messenger.

The topic that I have been asked to address is of immense personal interest. For it pains me to see Muslims en masse, without any qualification, vilified with labels of "terrorist" or "fundamentalist," as is so often the manner of our portrayal in today's media. **It pains me even more when Muslims commit in the name of their religion acts which Islam condemns.** Before addressing these two labels, terrorist and fundamentalist, I would like to preface my remarks begin with a brief historical introduction to the portrayal of Islam as violent.

## The spread of Islam by the sword

First we need to recognize that there is a certain historical context that has caused much of the confusion regarding the Islamic religion. This historical context is centered on the notion that Islam was spread by the sword.[1] Initially, this allegation was employed by certain European Christian authors in their polemical works against the Islamic religion. Their argument was that Islam could not be a true religion since it was spread by the sword and further how could the prophet Muhammad truly be God's prophet while his message contains warfare or jihad? I am amazed to see such an argument while in the Gospel of Matthew 'Isa ibn Maryam, Jesus the son of Mary, is reported to have said:

> Think not that I have come to send peace on earth, I have come not to send peace, but a sword.

---

[1] The Qur'an is clear on this subject: There is no compulsion in religion. The right direction is henceforth distinct from error. (The Qur'an 2:256) The biographical works on the life of the prophet Muhammad, or *sira* works, provide us with a background to the revelation of this verse namely that when some of the companions of the Prophet became Muslim they then attempted to force their new faith upon their children. God revealed the instructions that there can be no compulsion in religion.

DEFENDANT'S EXHIBIT 33

1

**Def. Exh. 33**

So even with such a clear statement where Jesus Christ describes himself that he has not "come to send peace on earth, but a sword," that is war; these authors conveniently overlooked this to lay a charge against Muslims because there are certain Islamic rulings regarding warfare or jihad; and they then further argued from this that Islam is a false religion and that the prophet Muhammad is a false prophet not truly sent by God.

## Validity of the prophet Muhammad's claim

As I have remarked in an earlier lecture that entire validity of Islam centers upon the claim that Muhammad was truly sent by God for humanity's guidance. This is true irrespective if we are investigating Islam's beliefs, practices, manner of dealing with others, moral code, view on women, or whatever. There would be no validity to any of Islam's positions regarding these or other issues unless we accept that Muhammad was God's messenger. If we reject such a claim then in reality Islam is no longer worthy of our investigation, as the foundation for its teachings would be inherently false.

For this reason, any debate or discussion regarding the validity of Islam's view regarding a particular topic should be preceded with a discussion on the validity of the prophethood of the Muhammad. Was he, as he claimed, truly a prophet sent by God for the guidance of all of humanity? Thus implying that anything he said and did true? Or was he not a prophet sent by God, but merely an imposter? And if the latter then whatever is attributed to the Islamic religion can be have little value at best.

## Europe's "enlightenment"

The second factor in this historical context is what occurred in Europe during what was known as the age of enlightenment. This period followed the Renaissance when Europe shed what it viewed as the yoke of an oppressive church. As an alternative to religious teaching, a philosophy developed in Europe known as humanism which in turn had a certain political ramification known as secularism.

Now since the Islamic world, or we should say at least as how it should be, according to its teachings makes no distinction between personal religious belief and societal practice. For Muslims believe humans have been created to worship God and further they believe that this worship of God extends to all spheres of life. Hence modern Western authors, who tend to look at the Islamic world from the backdrop of their civilization, find it something

2

**J.A. 3281**

**Def. Exh. 33**

medieval, backwards, oppressive. They derive such ideas from their civilizational experiences with the Catholic Church and what subsequently happened during the Protestant reformation and the age of Enlightenment.

Thus with Western civilizational embrace of humanism and secularism, in addition to old religious prejudices that stemmed from the historical conflict between the Islamic world and Europe; certain perceptions of Islam are found in the modern West as these societies are still Christian in nature or at least have their roots in Christianity. It is not uncommon therefore for certain individuals nowadays to employ certain expressions to describe Muslims. Among these are the labels of fundamentalist or terrorist. However, before I address these two terms specifically, it would be instructive to first see how Muslims look toward unbelievers.

### Viewing 'the other': classification of non-Muslims under Islamic law

Obviously when a Muslim looks at the world he will see coreligionists who embrace the central tenet of Islamic faith by their recognizing that only God is to be worshipped and none other besides Him neither prophet like Jesus Christ or the prophet Muhammad or anyone or thing else. These individuals will also believe in the finality of the prophethood with the sending of the prophet Muhammad. A Muslim will also recognize that there are individuals outside of his community. There are people who adhere to other religions whether those religions Muslims would believe were originally rooted in the revelation sent by God, and subsequently corrupted only like Judaism and Christianity; or they believe that these religions have no basis from God and were invented by their peoples like the various pagan religions.

These non-Muslims according to Islamic law fall into two major categories: (1.) unbelievers with whom Muslims are at war, and (2.) unbelievers with whom Muslims have a treaty.[2]

### Unbelievers with whom Muslims are at war

The first category of unbelievers, we said, are those non-Muslims with whom Muslims are in a formal war setting. For example, let us imagine two countries at war: one Muslim and the other non-Muslim. These non-Muslim combatants are referred to in the books of *fiqh* (Islamic jurisprudence) as *al-harbiyun* (combatants). With regards to these specific individuals, clearly

---

[2] Ibn al-Qayyim (died 751 A.H.), *Ahkam Ahl adh-Dhimma*, Vol. 2, p. 475.

3

**J.A. 3282**

**Def. Exh. 33**

Muslims would not show them gentleness, as they are enemy combatants during a war.

> Muhammad is the messenger of God. And those with him are hard against the disbelievers and merciful among themselves. (The Qur'an, 48:29)

### Non-combatants during war

Yet at the same, it must be emphasized that Islam has prohibited under all circumstances the intentional taking of the lives of non-combatants. The Prophet has instructed:

> Do not kill a decript old man, or a young infant, or a woman.[3]

Based on this and similar statements by the Prophet, the Muslim scholars are in agreement that it is forbidden to kill the children and womenfolk of the unbelievers so long as they themselves do not participate in the war.[4]

Thus innocents, like women, children, elderly men who are incapable of participating in warfare, and likewise by the prophet Muhammad's instructions, those religious monks who are typically pacifists and hence do not engage in warfare; regarding all these people, the prophet Muhammad has forbidden us under any circumstance to deliberately take any of their lives. On one occasion during the lifetime of the prophet Muhammad, the Muslims attacked an inhabitation and during the heat of battle entered into a household and killed some women and children. When the Prophet came to know of this, he became angered and remarked that God has not sent us to kill the likes of these persons.

### The application of weapons of mass destruction upon civilian populations

Also if you look at the books of *fiqh* written in earlier centuries a question appeared concerning the use of catapults and cannons against civilian populations. As at the time of the sending of the prophet Muhammad, the weapons employed in Arabia were simple sword, javelin, arrows, and so forth. It was only much later that the use of the catapult and the cannon became

---

[3] Reported by Abu Dawud.
[4] Ibn Rushd (died 595 A.H.), *Bidayat al-Mujtahid*, vol. 1, p. 383.

4

**Def. Exh. 33**

prevalent in warfare. The Muslim scholars writing at that time were in agreement that it was impermissible to use the catapult or the cannon against civilian populations. Their reasoning was that when laying siege to a city and you bombard it with catapults and cannons, this would necessarily result in the death of non-combatants. So therefore the Muslim army when laying siege to a city of a country to which they were at war, they should not use these weapons that in the modern times we would equate with weapons of mass destruction.

Such attitudes show how Islam values the sanctity of life and only permits the taking of the lives of those specific individuals who are actually engaged in warfare on the battlefield.

**The rules of war**

The point here is that the rules of war have been unambiguously laid down in Islam. Among these rules, as we have mentioned, is that Islam does not permit the taking of innocent life even when you are at war. Interestingly, some researchers into the code of conduct during war have shown that a large part of the modern rules of engagement were actually adopted by West from the very rules of engagement applied by the Muslims during the wars between the two civilizations in the Middle Ages.

**Unbelievers with whom Muslims have a treaty**

Islamic law recognizes three forms of treaties with the unbelievers.[5]

1. A treaty for protective status, or, *'aqd adh-dhimma*
2. A treaty for cessation of hostilities, or *'aqd al-hudna*
3. And a treaty for safe passage, or *'aqd aman*

Let us separately investigate each one of these three treaties.

**Unbelievers under protective status**

The first form of treaty regards unbelievers, who are known as *ahl adh-dhimma*. They have been given a covenant that God's judgment and that of His messenger will be applied to them in perpetuity as they have decided to live on a permanent basis in a land governed by Islamic law. They are allowed to

---

[5] Ibn al-Qayyim, Vol. 2, p. 475.

5

**J.A. 3284**

**Def. Exh. 33**

remain upon their religion and in return they pay a tax that is known as the *jizya*.

### Unbelievers under a treaty of cessation of hostilities

The second type of treaty covers unbelievers who have agreed to refrain from warring against the Muslims. They are referred to as either *ahl al-'ahd*, or *ahl as-sulh*, or *ahl al-hudna*. They differ from the previous group, *ahl adh-dhimma*, as they reside in their own lands. Hence Islamic law does not extend to them. The main stipulation for this treaty is that they will refrain from in engaging in any act of warfare against the Muslims. With these unbelievers, God instructs us in the Qur'an with the following:

So long as they are true to you, be true to them. (The Qur'an 9:7)

In other words, so long as these unbelievers observe their part of the treaty, observe your part of the treaty. The verse then concludes with the following exhortation:

Lo! God loveth those who keep their duty.

So here in this verse, God teaches us that God loves for the Muslims to uphold their treaties with the unbelievers and that so long as the unbelievers uphold their treaty with us, we are obliged to uphold our treaty with them.

### Unbelievers under a treaty of safe passage

The final treaty covers unbelievers who find themselves in an Islamic land for a short period of time. Here Islamic law recognizes four groups of unbelievers who would fall under this treaty, namely: (1.) emissaries; (2.) traders; (3.) individuals seeking shelter; (4.) and finally individuals in need.

In all these cases, these individuals known as *al-musta'minun* have come to an Islamic land without seeking permanent residence.

Again these individuals have asked for safe passage through Islamic lands because they are traders, or members of a diplomatic delegation, or merely just individuals who need to pass through a Muslim land as they seek to go from one end of the earth to another. Regarding these individuals God has very clearly stated:

6

**J.A. 3285**

**Def. Exh. 33**

> And if anyone of the idolaters seeketh thy protection (O Muhammad), then protect him so that he may hear the word of God, and afterward convey him to his place of safety. (The Qur'an 9:6)

In other words afford him the opportunity to be invited to the religion of Islam, and then deliver him to wherever he has asked you to take him. This is a very clear verse in the Qur'an.

Based upon this, it is clearly forbidden for Muslims to take the lives of diplomatic embassies, businessmen, individuals passing through Muslim lands, and likewise people in transit that are going from one point of the earth to another point and are required to pass through an Islamic land.

### Acts of violence perpetuated by Muslims

So these are the categories of unbelievers as viewed by Islamic law. If you consider this, then we can frankly say that certain acts of violence perpetrated by Muslims against non-combatant unbelievers over the last ten or fifteen years clearly contradict Islam. **It is exceedingly important that Muslims are the first and foremost to condemn and reject such actions.**

### Violence against diplomatic missions

Among the directives given by the Prophet was his prohibition that emissaries be killed.[6] The Prophet, likewise, forbade that emissaries be imprisoned.[7]

Thus the taking hostage of the US diplomatic mission to Iran some fourteen years ago[8] is an act that the Prophet himself forbade. Unfortunately, it was perhaps this specific act that perhaps began the recent cycle of labeling Muslims as terrorists.

---

[6] Reported by Abu Dawud and Ahmad. See *Mishkat al-Masabih*, Vol. 2, p. 847. Ibn Jama'ah (died 733 A.H.) remarks that in addition to the Prophet's specific prohibition, the general welfare prohibits such acts. See *Tahrir al-Ahkam fi Tadbir Ahl al-Islam*, p. 184. Within Islamic law we find a strong tradition of what we would today refer to today as diplomatic immunity. This practice traces back to the direct instructions of the Prophet. These prophetic directives form a nucleus for the rules governing diplomatic missions that were subsequently elaborated upon by scholarly works and the conduct of Muslim rulers during war and peace.

[7] Reported by Abu Dawud. See *Mishkat al-Masabih*, Vol. 2, p. 847.

[8] The emabassy takeover occurred in November 1979.

7

**Def. Exh. 33**

All diplomatic missions are considered by the Islamic law to fall under the category of those individuals who have come to the Muslim world under a guarantee of safety, or an *aman*. Hence they are given safe passage and permitted to remain in a Muslim land for some temporary period of time without fear of any harm to their persons or property.

## Violence against tourists

Similar to the prohibition of violence against diplomatic missions would be violence against tourists as is with the recent events in Egypt. Like diplomats, these people have entered the lands of the Muslims assuming that they will be unharmed. Now whether certain forms of tourism are approved by Islam or not is not the issue here. The issue is that these individuals have come to a Muslim land under the assumption that while in these lands both their person and property will be unharmed. Therefore to take their lives is a breach on our part of that agreement.

## Hijacking of airplanes

Individuals in transit, like passengers on an airplane that either originates in a Muslim land or happens to stop in a Muslim land, also fall under the category of *al-musta'minun*. We are required to provide them all assistance they require while they are in transit from one point to another. Consequently, hijacking passenger airplanes is forbidden according to the religion of Islam. If this is the case with merely hijacking an airplane and diverting it from its course, then how much greater would the prohibition be if the hijacking entailed blowing up the airplane resulting in loss to either person and/or property.

## Deliberate killing of non-combatants

To intentionally kill non-combatants (like innocent women and children) would be under any circumstance forbidden irrespective if those women and children are citizens of a country with which Muslims are at war with the Muslims or not and irrespective if there exists an actual formal declaration of war or not.

When we witness any of these or similar acts perpetrated by some Muslims, we must condemn these acts. It is very sad to see Muslims ignorant of their religion and not adopting the guidance of the prophet Muhammad. Due to their ignorance they commit these acts assuming they have religious sanction justifying such acts. They therefore smear the religion of Islam by their

8

**J.A. 3287**

**Def. Exh. 33**

ignorance. In no way are we trying to be apologetic for our beliefs, however when we find something that our religion forbids we must clearly declare that it is forbidden without any hesitation. These acts when perpetrated by Muslims have led to the perception of Muslims as terrorists in addition to the prejudices that were derived from the historical context to which I alluded.

**Muslims living in non-Muslim countries**

The next matter I would like to discuss is with regards to Muslims living under non-Muslim rule. This is the case with Muslims currently residing in the United States, Europe, Australia, or for that matter anywhere in the world where Muslims reside in a non-Muslim country. First it should be pointed out that according to Islamic law, Muslims in general should not seek to live among non-Muslims. This is the ruling of Islamic law even though many Muslims seeking to better their economic fortunes have become lax with regards to this ruling and have chosen to permanently reside among non-Muslims. And yes of course, there are those Muslims, like students, persons seeking medical care, and the like who are in non-Muslim lands only on a temporary basis. These individuals among others would be exempted from the prohibition of residing among non-Muslims.

Nevertheless whether Muslims find themselves in a non-Muslim land on a permanent or temporary basis they are required by Islamic law under all circumstances to uphold their contracts with the unbelievers. When God instructs us by saying:

O ye who believe! Fulfill your contracts! (The Qur'an 5:1)

This means with everyone, Muslim and non-Muslim alike.

**So therefore any Muslim who, for instance, comes to the United States and then in order to facilitate his entrance lies, then that individual would be sinful for breaching his contract. Similar in sinfulness to the Muslim who comes to this country on a false pretense, would be, for example, that Muslim who stays in this country illegally after he has given his word that he will remain only for that specific duration allotted to him and then subsequently leave. So if only by such minor breaches of contract a Muslim would be considered sinful, then how much more sinful would a Muslim be if he not only commits such acts but then further proceeds to takes lives that are inviolable by Islamic law.**

**J.A. 3288**

**Def. Exh. 33**

Regarding the taking of any innocent life of an unbeliever, the Prophet has said:

> Whoever kills an unbeliever protected by a treaty (*mu'ahad*) that person would not smell the scent of paradise even though its scent will be smelt from a distance of forty years.[9]

This means such individuals who unjustly kill non-Muslims will face the threat of a great punishment on the Day of Judgment of being barred from paradise.

I hope this clears up the accusation that Islam condones, let alone promotes, terrorism. **Muslims categorically say that what is done by our fellow Muslims from acts of terrorism is indisputably contrary to our religion.**

### The World Trade Center bombing

I remember that when I was told that some Muslims were implicated in the World Trade Center bombing.[10] I was very saddened. At that moment, I jotted down on these two sheets of paper some thoughts that came to my mind that illustrate that this act is forbidden in Islam.

The first point I wrote was that this act of bombing the World Trade Center, if Muslims did do so, would be counted among the great sins[11] and falls under the category corruption upon earth that God has forbidden.

> Those who break the covenant of God after ratifying it, and sever that which God has ordered to be joined, and (who) cause corruption on earth: Those are they who are the losers. (The Qur'an 2:27)

That was my first point. I also wrote nine other points that are perhaps not directly relevant to our topic. What I would like to emphasize is that according to Islamic law, this act perpetrated by those Muslims is forbidden. **It is**

---

[9] Reported by Al-Bukkhari.

[10] The World Trade Center bombing occurred in March 1993.

[11] Sins in Islam are two categories: greater and lesser. Adh-Dhahabi (died 748 A.H.) does not distinguish between murdering a believer and murdering an unbeliever protected by treaty in his book on majors sins. See *al-Kaba'ir*, p. 43.

10

**exceedingly important that we Muslims have no hesitation in declaring that. Yes we should be strict with our religion. And yes we should hold firm to it. But at the same time, when a Muslim does something criminal we Muslims will all say that it is immoral without any uneasiness on our part to assert that.**

### Fundamentalism

The next matter that I will discuss concerns the accusation of fundamentalism. The question of fundamentalism really stems from an issue that it is significant to Protestant theology. Specifically, that following the period referred to as the Enlightenment a debate arose in European Protestant circles as to whether the Bible should be viewed as the literal word of God? In other words, are the events mentioned in the Bible, and in particular those found in the Old Testament, like the creation of Adam or the flood of Noah, are these stories to be taken literally? Or are these stories simply a reflection of the ideas held by the individuals who authored these books. On this matter, Protestant theologians basically divided into two groups: those who accepted these stores as literal and those who did not accept them as literal. The former came to be known as fundamentalists in opposition to those who were more liberal in their views.[12]

However, if we were to adopt this original definition of fundamentalism and then attempt to apply it to Muslims, we would find it to be completely without foundation. Why? Because all Muslims believe the Qur'an to be the literal word of God; meaning Muslims believe that God actually spoke the words of the Qur'an to the angel Gabriel who then transmitted it to the prophet Muhammad who in turn proclaimed those very words to all humanity.

So since Muslims hold the Qur'an to be God's literal words, every Muslim would be by the very definition of fundamentalism a fundamentalist! And hence to say "Muslim fundamentalist" is a misnomer as the term

---

[12] In his work *Understanding Fundamentalism and Evangelicalism*, George M, Mardsen (1991) writes on the origin of the term fundamentalist: "The vast cultural changes of the era from the 1870s to the 1920s created a major crisis within [the] evangelical coalition. On the one hand were theological liberals who, in order to maintain better credibility in the modern age, were willing to modify some central evangelical doctrines, such as the reliability of the Bible or the necessity of salvation only through the atoning sacrifice of Christ. On the other hand were conservatives who continued to believe the traditionally essential evangelical doctrines. By the 1920s a militant wing of conservatives emerged and took the name fundamentalist."

11

**Def. Exh. 33**

fundamentalist in its original context is not really applicable as the question of the validity of the text of the Qur'an is inapplicable.

So any Muslim by virtue of being a Muslim is a fundamentalist. You can see that this misconception that there are certain Muslims who are fundamentalist, and therefore necessarily backward in their views, and other vulgar portrayals, is really a problem dealing with their doubts regarding the validity of their own religious beliefs. These doubts that they harbor have caused them this bias against religion as a whole and specifically their own religion. They have then reassigned these biases to the Muslim faith. Again the issue of fundamentalist vs. non-fundamentalist Muslim should not be an issue that needs to be addressed for as we have said every Muslim is a fundamentalist in the sense that he believes the Qur'an to be God's literal word. This is a stipulation for faith regarding which there is no difference of opinion.[13]

Now if the charge of fundamentalist is used to describe how certain Muslims deal with the modern world, as opposed to another group of Muslims who are referred to as modernist; then in actuality, those Muslims who are labeled as fundamentalist often do not differ greatly from what would be considered as proper conduct for change by secular norms. For example, the Algerians who sought to reform their society did so via elections and what would be called here in the US as the democratic process, irrespective if secular democracy is permissible by Islamic law or not. When the military junta in Algeria decided to cancel the elections, usurp the process and further imprison, and then torture the leaders of the FIS there was no uproar or condemnation by anyone in the "Democtratic" West. Unfortunately where the media emphasis is upon is on that minority who commit acts outside the law.

In summary, we may say these accusations of terrorism and fundamentalism have an historical context: ancient Christian intolerance against Islam that was then amplified after the period known as the European enlightenment due to the West's subsequent adoption of humanism as its philosophy and secularism as its political system. It is in this light, that the West continues to look at the Islamic world. These prejudices have been compounded by acts of certain Muslims who regrettably adopt as a method for effecting political change in their society the guidance of Marx rather than that of Muhammad These Muslims engage in activities that are very clearly according to Islamic law– again this is not just one interpretation of some Muslim scholars – against

---

[13] It should be noted that in addition to the Qur'an, Muslims also view the words and deeds of the prophet Muhammad as authoritative.

**J.A. 3291**

**Def. Exh. 33**

Islam as those acts entail the taking of life forbidden under these circumstances.

With this I will conclude my remarks and open the floor for questions and comments.

13

**Def. Exh. 57**



**U.S. Department of Justice**

*United States Attorney's Office*

*Eastern District of Virginia*

| | |
|---|---|
| *2100 Jamieson Avenue* | *703/299-3721* |
| *Alexandria, Virginia 22314* | *FAX 703/299-3981* |

July 23, 2003

*Transmitted by Facsimile to 202.887.4288*

Mark J. MacDougal
Heather Pellegrino
Akin Gump Strauss Hauer & Feld LLP.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564

      Re:    <u>Yong Ki Kwon</u>

Dear Mark and Heather:

      Thank you for your letter of July 21, 2003, in which you request our consent for the pre-trial release of Yong Ki Kwon. I will discuss your proposal with my colleagues and supervisory chain but I don't think any decision can be made on it at least until we get through the detention hearings for co-defendants Hasan, Chapman, and Benkhala, which hearings are scheduled to start tomorrow.

      Notwithstanding the pre-trial release issues, I would like to resolve Mr. Kwon's case with the entry of a guilty plea as soon as possible. I realize that you are relatively new to the case, but at least with respect to Mr. Kwon, the facts are pretty straightforward: not only did he help others to do so, but he himself traveled to Pakistan to die as a martyr in support of violent jihad against India, and he used firearms in Pakistan in connection with his jihad plans. Multiple witnesses will testify to these facts and, in any event, Mr. Kwon admitted them. Indeed, as Heather saw last week when she was here, Mr. Kwon admitted the most significant facts to FBI agents during an interview at Dube Kahanamoku Park next to the Hilton Hawaiian Village Hotel, in Honolulu, on the morning of March 23, 2003.

      Moreover, as you know, for months before the indictment, Mr. Kwon was proceeding on a course to enter his guilty plea and testify as a government witness, and we have acted accordingly. Indeed, charging decisions were made in the indictment on the assumption that Mr. Kwon was going to continue on the course on which he had set forth. Nevertheless, since the case has been indicted, I have perceived troubling signals that Mr. Kwon may no longer be willing to plead guilty and testify truthfully as to what happened. For Mr. Kwon's sake as well as that of the government's case, I hope that my impression is incorrect.

DEFENDANT'S EXHIBIT 57
PENGAD-Bayonne, N. J.

**Def. Exh. 57**

Letter to Mark MacDougal and Heather Pellegrino
July 23, 2003
Page 2

As you and I have discussed, Mr. Kwon impressed all of the agents and prosecutors as an individual seeking to accept responsibility for his past actions and take the necessary steps to move past this unfortunate episode in his life. As a result, until the case was indicted, Mr. Kwon was well positioned for a dramatically reduced sentence as a result of cooperation . Accordingly, it would be shame for him ultimately to serve more time than necessary because of cold feet at this hour.

Regardless of whether I am incorrect in my perception that Mr. Kwon is no longer intent on minimizing his jail time by pleading guilty and cooperating, the perception itself is significantly affecting preparation of the case against other defendants. As a result, we need to know as soon as possible whether Mr. Kwon is, in fact, on board as a cooperator and witness. Accordingly, I write this letter to inform you that, if Mr. Kwon agrees to enter his plea to Counts 1 and 33 (Count 33 obviously must be charged against Mr. Kwon through a separate criminal information) by August 8, 2003, I will recommend to my approval authorities that we accept that plea, dismiss the remaining counts against him, and omit him from a superceding indictment. If he does not so agree to enter such a plea by that date, then I expect that he will be included in a superceding indictment that, among other things, will add him as a defendant in at least Counts 33, 35, and 36. Finally, as you can imagine, additional evidence continues to be gathered from multiple sources about the existing charges and even new ones. Accordingly, I cannot predict what our position will be after August 8th with respect to an acceptable plea.

For Mr. Kwon's sake and that of the prosecution of others, this is one instance where I look forward to being shown that I am wrong; indeed, I am eager to hear that Mr. Kwon is just as interested now as he formerly indicated he was in pleading guilty and seeking a substantial sentence reduction for cooperation. Accordingly, please let me know at your earliest convenience whether Mr. Kwon will agree to enter a plea along the lines proposed above.

Thank you for your cooperation.

Sincerely,

Paul J. McNulty
United States Attorney

By:

Gordon D. Kromberg
Assistant United States Attorney

cc:    Matthew Wartel

**J.A. 3294**

000073

**Def. Exh. 80**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:04cr385 |
| | ) | |
| v. | ) | The Hon. Leonie M. Brinkema |
| | ) | |
| ALI AL-TIMIMI | ) | |

<u>STIPULATION NO. 55</u>

The United States and the defendant hereby stipulate and agree that within one month of

Dr. Al-Timimi's being added by the moderator to the Taiba Bulletin list, the following U.S.

Citizens were also added by the moderator to the Taiba Bulletin list:

> William Jefferson Clinton (president@whitehouse.com) on October 3, 2000;
> Hillary Clinton (first.lady@whitehouse.com) on October 3, 2000;
> Albert Gore, Jr. (vice.president@whitehouse.gov) on October 6, 2000;
> Tipper Gore (mrs.gore@whitehouse.com) on October 6, 2000;
> John Ashcroft (john_ashcroft@ashcroft.senate.gov) on October 18, 2000.

With the exception of Dr. Al-Timimi, none of the above named U.S. citizens ever

unsubscribed from the Taiba Bulletin.

In addition to Dr. Al-Timimi, William Jefferson Clinton, Hillary Clinton, Al Gore, Tipper

Gore, and John Ashcroft, one-thousand and sixty-four (1064) other individuals (both known and

unknown) were added by the moderator to the Taiba Bulletin list. Among the one-thousand and

sixty four (1064) are forty-six (46) United States Senators, including Senator Phil Gramm of

Texas, Senator Richard Shelby of Alabama, Senator Strom Thurmond of South Carolina, Senator

John McCain of Arizona, Senator Ted Stevens of Alaska, Senator John Warner of Virginia,

Senator Fred Thompson of Tennessee, Senator John Kerry of Massachusetts, Senator Edward

Kennedy of Massachusetts, Senator Robert Byrd of West Virginia, Senator Jay Rockefeller of

DEFENDANT'S EXHIBIT 80

**J.A. 3295**

**Def. Exh. 80**

West Virginia, Senator Barbara Mikulski of Maryland, and Senator Paul Sarbanes of Maryland.

The action received mail to owner was done 1,207 times on the Taiba bulletin list. This action was done:

- 43 times by email senator@akaka.senate.gov identified via Internet search

with Daniel Akaka Democratic Senator of Hawaii;

- 14 times by email senator@conrad.senate.gov identified via Internet search

with Kent Conrad Democratic Senator of North Dakota;

- 8 times by email senator_mccain@mccain.senate.gov identified via Internet

search with John McCain Republican Senator of Arizona;

- 1 time by altimimi@myself.com on Mar 25 2001 02:43PM PST.

The following foreign national's email was identified on the logs of the Taiba Bulletin:

president@pak.gov.pk

An internet search has identified this individual as General Parvez Musharraf, President

of Pakistan, a nation located in the Indian Subcontinent and which according to the CIA World

Fact Book is currently in a dispute with India over a mountainous region known as Kashmir.

The following emails were voluntarily subscribed to the Taiba Bulletin log:

affairsofmuslims@hotmail.com (September 28, 2001);

ismailroyer@yahoo.com (January 2, 2002);

All posts shown on the Taiba Bulletin log were posted by the list moderator.

Respectfully submitted,

Paul J. McNulty
United States Attorney

By _____

Gordon D. Kromberg

**J.A. 3296**

**Def. Exh. 80**

Assistant United States Attorney

ALI AL-TIMIMI

Edward B. MacMahon, Jr.
Counsel for ALI AL-TIMIMI

**Def. Exh. 81**



© 2005 Evan Kohlmann (*http://www.globalterroralert.com* – *info@globalterroralert.com*)

# Summary Report of an Interview with Ismail Royer



Ismail Royer's first experience fighting in jihad was in Bosnia-Herzegovina during the mid-1990s. Royer learned about jihad and Bosnia at Islamic conventions held in the U.S. and propaganda spread primarily by radical organizations based in the U.S. and Great Britain. When he arrived in Bosnia, he first traveled to the central Muslim city of Travnik. A bus driver took Royer to the headquarters of a secular Bosnian brigade. He explained to the Bosnians he found there that he desired to go fight with Muslims against the Serbs. They recommended him to go up the street to the 737 Muslim Brigade. Brigade officials invited him to their offices and took his passport for safekeeping. Afterwards, Royer went to Jumuah prayer and met with several Arabs, primarily Saudi nationals. These men were members of a unit known as the "Abu Zubair Group"—including Saudis, Kuwaitis, and Qataris led by a very large Saudi commander known as Abu Zubair. According to Royer, Abu Zubair first fought in the Soviet-Afghan jihad, then in Tajikistan, and finally in the Balkans. From Royer's description, it appears the commander of the unit was Abu Zubair al-Haili (a.k.a. "The Bear"), a detained senior Al-Qaida operative in Europe. Members of the Abu Zubair Group arranged for Royer to travel on from Travnik to the town of Zenica—the primary base of the Bosnian army's foreign mujahideen battalion. Nonetheless, Royer maintains that the Abu Zubair Group was distinct from the main battalion and was considered akin to a "rogue faction." When Royer returned to Bosnia in 1996, he learned that numerous members of the Abu Zubair Group had left Bosnia in order to fight the Russian army in Chechnya.

In early 1995, Ismail Royer arrived at the headquarters of the foreign mujahideen battalion in Zenica at the Vatrostalno Factory Complex. Royer witnessed individuals of various nationalities at the camp, including many Egyptians and Algerians living in Italy. After his Bosnian guides left him, Royer milled around inside the complex until a Pakistani national named Abu Ayesha approached him and spoke English. He took Royer to speak with Abu Isa al-Masri, a mid-level Egyptian commander who spoke English. Abu Isa interrogated Royer and demanded to know what he was doing in Bosnia. Royer characterized the mujahideen battalion in Zenica as "very Salafist oriented." He recalled a story about a Turkish national fighting with the mujahideen who had entered Zenica with Royer. When battalion leaders heard that the Turk was listened to an audiotape of the Ayatollah Khomeini of Iran, he was "booted out" for supporting Iran. According to Royer, there was a great deal of animosity between the Iranians the primarily Arab mujahideen battalion in Zenica. Some Iranian nationals did train Bosnian soldiers, but they did not train any Arabs nor were any of them known to be fighting amongst the mujahideen. Royer also knew Hisham Diab, an Egyptian national killed in 1997 by members of the mujahideen battalion for his purported links to Iran. Diab spoke English and was congenial, so he became friends with Royer. Diab had grown up in Saudi Arabia and had taken courses at a mujahideen training camp. After the mujahideen noticed Diab driving around in a nice car with nice clothes, they became suspicious of his alleged association with Iran and killed him.

In Zenica in 1995, there was no talk about Usama Bin Laden, but there was talk about the Egyptian Shaykh Anwar Shaaban (former Imam of the Islamic Cultural Institute in Milan and a major exiled leader of Al-Gamaat Al-Islamiyya). Shaaban was considered to be the foreign mujahideen battalion's top commander, and directly underneath him was an infamous Algerian militant known as Abu el-Maali. Royer met Abu el-Maali on several occasions, describing him as very slight, small, even diminutive—with a very young, baby-face. Royer was later told by a Bosnian from the 7th Muslim Brigade who had known the Algerian since the beginning of the

DEFENDANT'S EXHIBIT 81

**Def. Exh. 81**



© 2005 Evan Kohlmann (http://www.globalterroralert.com – info@globalterroralert.com)



**Egyptian Anwar Shaaban**



**Algerian Abu el-Maali**

war that Abu el-Maali had risen through the ranks by merit, gaining the protection of Bosnian Muslim President Alija Izetbegovic, who was very appreciative of the Arab fighters who had come to help defend Bosnia. After speaking with him, Abu el-Maali instructed Royer to return to the U.S. in order to help raise money for the mujahideen battalion in Bosnia. However, he refused to give Royer any kind of official authority under which to collect donations. However, as Royer explained, if you wanted to stay in Zenica, you had to obey the commander—in this case, Abu el-Maali. Thus, he would later follow the instructions given to him. Before leaving Zenica, Royer also met several other top leaders of the mujahideen, including military commander Moataz Billah. Billah was an Egyptian trained at Al-Qaida-run camps in Afghanistan who had excelled in his combat skills. Royer described him as a "very serious guy, a very severe guy. He was very no-nonsense. He was extremely fit and walked with an authority." According to Royer, Billah—who always carried a 9mm pistol with him—had once been an officer in the Egyptian military. In Bosnia, Moataz was no longer himself a combat trainer, but instead was in charge of military planning for the mujahideen battalion. Royer added that the death of Moataz Billah in early September 1995 was "a big blow to the movement." Ismail Royer also encountered Imad al-Misri at the Vatrostalno Factory complex. Imad was an Egyptian militant, described as short in stature, very muscular, with "a very fierce face." According to Royer, al-Misri settled and went underground in Travnik after the end of the Bosnian war in 1995.



**Egyptian Moataz Billah**

Royer arrived back in central Bosnia only two or three days before the first of a series of pivotal battles for the Bosnian Muslim army spearheaded by foreign mujahideen commando units. This first battle, "Operation Black Lion", was named after its commander, Abu Abdullah al-Liby—a Libyan national whom Royer had first met at the mujahideen battalion headquarters in Zenica approximately four months prior to 'Black Lion.' According to Royer, the mujahideen planned to launch their operation in the early morning with an infantry assault. They would seize control of their objective, security it, and then attempt to advance as far forward as possible. The operation targeted Serb-held bunkers near the town of Zavidovici. Initially, the mujahideen had intended only to take the first group of opposing peaks—but after facing little resistance, they continued in their advance. Abu Abdullah al-Liby was killed during the very operation that he had masterminded.

Royer recalled that in the fall of 1995, British UN soldiers had killed a former Bosnian member of the mujahideen battalion. The leadership of the battalion believed that the British had done this on purpose in order to provoke a confrontation. Numerous ambush attacks took place later that fall targeting British UN personnel in central Bosnia.

Ismail Royer had contact with the following organizations in Bosnia:

- *Benevolence International Foundation (BIF)*
  - Royer had first attempted to make contact with BIF in the U.S. at a convention organized by the Islamic Society of North America (ISNA). However, they appeared nervous when he began asking about jihad and did not respond when he later called them asking for help traveling to Bosnia. When he was finally able to enter the Balkans, Royer visited the BIF office in Zenica with another member of the mujahideen. According to Royer, BIF "was doing a lot." Royer claims to have witnessed Pakistani UN personnel at the BIF office in Zenica. He also learned that BIF had a program in Tesanj, but never went there to see for himself.
  - In 1996, when Royer went back to Bosnia, he began working for a college that was a fraudulent cover set up by a former BIF employee and Syrian national named Rifat Mavlavi. According to Royer, Mavlavi had lived in the U.S. for a long period of time and was eventually expelled from

DEFENDANT'S EXHIBIT 81

**Def. Exh. 81**



© 2005 Evan Kohlmann (http://www.globalterroralert.com – info@globalterroralert.com)

*Bosnia for tax evasion. Mavlavi had used his college as a cover to import electronic equipment into Bosnia.*
- *Royer also knew the head of the Bosnian office of BIF and, separately, BIF Zenica employee Munir Zaharagic. Royer could not recall the name of the Bosnian office chief but described him as very thin and intelligent. According to Royer, he was responsible for changing the name of BIF to "Bosnian something Fund."*

- **Global Relief Foundation (GRF)**
  - *Royer did not recall much about GRF but did remember seeing their truck traveling around Bosnia. He also admitted to working in the past with former GRF chief Rabih Haddad.*

- **Al-Haramain Islamic Foundation (HIF)**
  - *According to Royer, Al-Haramain had their own office in Zenica but also helped run the Balkan Islamic Centre in the town. They had an entire room full of literature that was later closed down. Royer commented that he associated Al-Haramain with the mujahideen battalion.*

- **American Islamic Group (AIG)**
  - *Royer refused to comment other than to say that AIG was "widely believed to be an intelligence operation by the U.S. government."*

- **Al-Muhajiroun**
  - *Royer admits to exchanging e-mails with the founder of Al-Muhajiroun, Shaykh Omar Bakri Mohammed. According to Royer, members of the mujahideen battalion in Bosnia talked about Al-Muhajiroun and complained that "all they do is say jihad, jihad, who wants to sign up for jihad." Royer knew of only one woman inside the U.S. who was a follower of Al-Muhajiroun. Royer further commented that the Hizb-ut-Tahrir movement is much stronger in America than Al-Muhajiroun. Royer was later told by a senior representative of the Pakistani terrorist group Lashkar-e-Taiba that they actually discouraged new recruits from Al-Muhajiroun.*

- **Human Concern International (HCI)**
  - *Royer had learned about HCI's operations in Bosnia. He could only recall that their office was in a building in Zenica that housed approximately 50 other similar non-governmental organizations.*

- **Muslim World League (MWL)/International Islamic Relief Organization (IIRO)**
  - *According to Royer, IIRO was well known in Bosnia as "Igatha" (part of IIRO's name in Arabic). Royer recalled another member of the mujahideen battalion telling him that he was attempting to obtain humanitarian worker identification cards from IIRO. Royer added that it was "well-known" that IIRO had helped such individuals to enter Bosnia-Herzegovina.*

- **Saudi High Commission in Bosnia**
  - *Royer was familiar with the Sarajevo office of the Saudi High Commission, which was comprised of a mixed group of Bosnians and Arabs. Royer indicated that the office was largely managed by a Saudi national and a Sudanese national. Royer also noted that he had seen personal evidence of Saudi support for the mujahideen battalion in Bosnia—during one occasion alone in Zenica, Royer claims to have witnessed Saudi representatives arrive at the mujahideen headquarters in order to "drop off" six or seven land cruiser vehicles as a donation to their cause.*

**Def. Exh. 81**



© 2005 Evan Kohlmann (http://www.globalterroralert.com – info@globalterroralert.com)

 

In 1996, Royer finally met the founder and first commander of the Bosnian mujahideen battalion—Saudi Arabian national Abu Abdel Aziz "Barbaros"—at a conference in Detroit, Michigan organized by the Islamic Assembly of North America (IANA). Royer considered Abu Abdel Aziz to be a very wise and thoughtful guy—"understated, not raving. He was quiet, logical." Abu Abdel Aziz would lecture to people about the virtues of jihad, and admonish them, "You people are afraid to die, but of the 5,000 who went to Bosnia, only 200 of them were killed." Abu Abdel

**Saudi mujahideen commander Abu Abdel Aziz "Barbaros"**

Aziz told attendees at the 1996 IANA conference that if anyone sought jihad training to contact him afterwards for a contact number. Royer did so and was given a phone number in Pakistan (which he claims he lost before he was able to make contact). At the time, Abu Abdel Aziz did not mention the name of the group responsible for the training, Laskhar-e-Taiba (LET). Royer had first learned about LET from "Khattaf", an Indo-Pakistani from Kashmir who was a member of the mujahideen battalion in Bosnia in 1995.

After losing the number given to him by Abu Abdel Aziz, Royer looked up the telephone contact information for LET on its former website, dawacenter.com. He first traveled to Karachi, Pakistan and telephoned LET's Muridke camp near Lahore. Royer described Muridke as less like a training camp, and more akin to a university camps with modern buildings, wheat fields, and even fish ponds. Royer attributed this aspect of the camp to the fact that it was run by LET's political wing Markaz ad-Dawa wal Irshad. After visiting Muridke, Royer was instructed to return to the LET office in Lahore on the third floor of a building in a slum. There were a number of LET-linked businesses housed in this building. Everyone knew everyone else in the building. Royer met several Saudi nationals at the LET office in Lahore headed to LET's Moaskar al-Aqsa military training camp. Royer added that the LET also maintained an office in Riyadh, Saudi Arabia, run by a local Pakistani resident.

In Pakistan, LET personnel talked to Royer about how Shaykh Abu Abdel Aziz "Barbaros"—the former head of Saudia Airlines—had co-founded LET with Hafiz Mohammed Saeed, a Pakistani cleric from the Ahl-e-Hadith movement. According to Royer, Abu Abdel Aziz and Hafiz Mohammed Saeed had fought together in the same mujahideen brigade in Afghanistan during the 1980s, possibly under the command of Abdul Rasool Sayyaf. Royer also heard that Abu Abdel Aziz was helping to run LET's training camps. He learned that Abu Abdel Aziz had been arrested by Saudi authorities in 1996, but that the Saudis were lenient and he was still able to travel back and forth between Saudi Arabia and Pakistan—including after September 11, 2001.

LET's military training camps were all situated in the same mountain range near Zaffarabad. Other LET camps in this region included the Ibn Taimiyya camp and the Abdullah bin Massoud camp. Royer also learned that LET "had access" to an additional military training camp located inside Afghanistan. The LET had various training courses for different levels—everything from basic to more advanced. Basic training was really basic and consisted mostly of physical conditioning. Second-level courses featured LET commando training. Finally, a third course was offered at a camp in Afghanistan in heavy weapons, heavy machine guns, and anti-aircraft guns. According to LET officials who spoke to Royer, the group did not offer explosives training at its camp in Afghanistan in order to avoid being held responsible for potential random acts of terrorism. The camp used by LET was located in an autonomous province in Afghanistan that was only nominally under Taliban control. According to Royer, the Taliban do not like the LET but have reached a mutual understanding with them where LET recognizes their authority in Afghanistan but continues to disagree with them ideologically. Royer believed that the agreement "probably had something to do with Abdul Rasool Sayyaf." Royer affirmed that the LET admired Bin Laden's struggle against the Soviets, but were suspicious of his malleable personality and the way that the Egyptians had influenced him afterwards towards a more extremist political philosophy.

**Def. Exh. 81**



© 2005 Evan Kohlmann (*http://www.globalterroralert.com* – *info@globalterroralert.com*)

While in Pakistan, Royer came to be familiar with an LET official of Punjabi descent known as "Abu Umer." Abu Umer had a long beard but spoke English very fluently. He was a year younger than Royer "but walked with a lot of gravitas." Abu Umer was "very serious" and "did not make a lot of jokes." During conversations with Royer, Abu Umer mentioned an Iranian-American from Boston, Massachusetts who had converted to Islam and joined LET. According to Abu Umer, the former Boston resident had died fighting in combat with the Indian army. Abu Umer also stated that the LET had no immediate interest in fighting the U.S. because though they disagreed with American foreign policy, a military conflict with the U.S. at the present time would be "impractical."

Royer noted that foreigners who joined LET would be on a "fast track" for military training and combat experience. Abu Umer had even suggested that he could get Royer to LET's "elite" training camp in Afghanistan. During his time in Pakistan, Royer met at least two Australians (including David Hicks) and several other Britons of Pakistani descent. Royer recalled Hicks complaining bitterly that LET training camps were inadequate and "very, very weak." Royer also witnessed four other British nationals at LET camps in Pakistan who were dispatched from a UK mosque in order to film Islamic "martyrs" from battles on the Indian line of control.

Royer affirmed that LET had received "most of their funding" from Saudi Arabia, but was unsure in what form it had been received in. He did not witness the explicit Saudi funding of LET that he had seen in Bosnia with the foreign mujahideen battalion. Though LET was in general hostile to working with other competing jihadi organizations in Pakistan, they were cooperating with an indigenous Kashmiri group known as the "Al-Badr" organization. LET also "hooked up" with a brigade of the Pakistani army. According to Royer, the LET had a "close relationship" with the Pakistani military, and at times, it seemed as if the LET was actually a unit of the Pakistani military. Pakistani army officers even took them up to the Indian line of control.

<300. 470690 — d19.

# Abu Umer
Foreign Affairs Department

## Markaz ud Daawa wal Irshad Pakistan

- Flat No.9 Trade Centre, 180-Multan Rd.Lahore
  P.O.Box 259 Lahore
  Ph:0092- 42- 7412565 Fax:0092- 42- 7462420
- H.NO.22, St.38, G-6/2 Islamabad
  Ph.& Fax:0092- 42- 821226
  E-mail:abuumer@hotmail.com
  Web Site:www.dawacenter.com

Business card of an LET official known as "Abu Umer."

**Def. Exh. 82**



# Home of Yong Kwon (Front)



**Def. Exh. 83**



Home of Yong Kwon (Back)



**Def. Exh. 85**

# Yong Kwon's calls
# September 16th, 2001

| Time | Number | Description | Count |
|---|---|---|---|
| 2:38 PM | 240-602-8849 | Donald Surratt's mobile | 1 |
| 2:39 PM | 301-736-0299 | Donald Surratt's residence | 2 |
| 2:40 PM | 240-602-8849 | Donald Surratt's mobile | 1 |
| 2:43 PM | 571-214-4433 | Randall Royer's mobile | 1 |
| 2:45 PM | 703-475-5559 | Ibrahim Al-Hamdi's mobile | 1 |
| **2:47 PM** | **703-330-0186** | **Randall Royer's residence** | 2 |
| 2:54 PM | 703-906-0699 | Nabil Gharbieh's mobile | 1 |
| 2:55 PM | 703-568-1073 | Mahmoud Hasan's mobile | 1 |
| 3:36 PM | 703-200-8024 | message retrieval | 1 |
| 3:37 PM | 703-568-1073 | Mahmoud Hasan's mobile | 2 |
| 4:30 PM | 301-977-6577 | Masoud Khan's mobile | 1 |
| 4:33 PM | 301-977-6577 | Masoud Khan's residence | 2 |
| **5:01 PM** | **703-263-1600** | **Kabobs Etc** | 3 |
| 5:36 PM | | incoming | 7 |
| 5:50 PM | 703-626-3647 | incoming — Abdullah Zikria's mobile | 2 |
| 6:00 PM | 703-200-8024 | incoming — message retrieval | 1 |
| 6:03 PM | | incoming | 1 |
| **6:29 PM** | | **incoming — Ali Al-Timimi's mobile** | 2 |

PENGAD-Bayonne, N. J.

DEFENDANT'S EXHIBIT 85

**Def. Exh. 86**

# Calls Made by Yong Kwon September 13th-15th, 2001

| Thursday 9/13/2001 | | |
|---|---|---|
| **8:24 PM** | **Mohammed Aatique's residence\*** | **8** |
| 8:31 PM | Nabil Gharbieh's mobile | 3 |
| 8:35 PM | Mahmoud Hasan's mobile | 2 |
| **Friday 9/14/2001** | | |
| **6:29 PM** | **Masoud Khan's residence** | **8** |
| 6:52 PM | Mahmoud Hasan's mobile | 2 |
| **Saturday 9/15/2001** | | |
| **4:47 PM** | **Masoud Khan's residence\*\*** | **3** |
| 10:00 PM | Mahmoud Hasan's mobile | 2 |

\* Aatique has purchased a ticket to go to LET on 9/10/2001

\*\* Khan purchases a mountain jacket 10:45 PM, Kwon purchases three more jackets after the dinner on the 16th at 1:15 AM (9/17).

DEFENDANT'S EXHIBIT
86

J.A. 3306

**Def. Exh. 87**

## Al-Timimi calls on the evening of Wednesday, 9/19/2001

| Time | Number | Description |
|------|--------|-------------|
| 7:32 PM | 703-862-4847 | Yusuf Idris' mobile |
| 7:47 PM | 703-967-8176 | M. Al-Kahtani's mobile |
| 7:52 PM | 703-862-4847 | Yusuf Idris' mobile |
| 7:55 PM | 703-391-0555 | M. Al-Kahtani's residence |
| 8:01 PM | 703-573-5331 | Yusuf Idris' residence |
| 8:29 PM | | incoming |
| **8:35 PM** | **703-862-4847** | **Yusuf Idris' mobile** |
| **10:30 PM** | **703-568-1073** | **Mahmoud Hasan's mobile** |
| **10:35 PM** | **703-200-8024** | **Yong Kwon's mobile** |

DEFENDANT'S EXHIBIT 87

PENGAD-Bayonne, N. J.

**Def. Exh. 90**

## Al-Timimi calls on the evening of Wednesday, 9/19/2001

| | | |
|---|---|---|
| 7:32 PM | 703-862-4847 | Yusuf Idris' mobile |
| 7:47 PM | 703-967-8176 | M. Al-Kahtani's mobile |
| 7:52 PM | 703-862-4847 | Yusuf Idris' mobile |
| 7:55 PM | 703-391-0555 | M. Al-Kahtani's residence |
| 8:01 PM | 703-573-5331 | Yusuf Idris' residence |
| 8:29 PM | | incoming |
| **8:35 PM** | **703-862-4847** | **Yusuf Idris' mobile** |
| **10:30 PM** | **703-568-1073** | **Mahmoud Hasan's mobile** |
| **10:35 PM** | **703-200-8024** | **Yong Kwon's mobile** |

DEFENDANT'S EXHIBIT

PENGAD-Bayonne, N. J.

J.A. 3308