IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CA No. 14-4451 |
| v. ) | (1:04cr385) |
| ) | |
| ALI AL-TIMIMI ) | |

UNOPPOSED MOTION FOR EXTENSION OF
TIME IN WHICH TO FILE RESPONSIVE BRIEF

Appellee, the United States of America, moves for an extension of three weeks time in which to file a responsive brief. This is the first request for an extension of time made by Appellee in the nearly 20 years since Appellant first appealed his conviction to this Court.[1]

Earlier this week, Appellant filed his opening brief, which consisted of more than 100 pages and 26,000 words, and which relies on a Joint Appendix of more than 3000 pages. Appellant's opening brief raises at least seven issues of significant complexity - - including the sufficiency of the evidence in a long trial that occurred in 2005. Appellee cannot reasonably and appropriately respond to a

---

[1] When Appellant first noticed his appeal, it was docketed as No. 05-4761. On April 25, 2006, and upon Appellant's request, his case was remanded to the district court for consideration of allegations of discovery violations. Dkt. #75, No. 05-4761. After those allegations were resolved by the district court in 2014, the appeal was refiled, and docketed anew as No. 14-4451.

brief of such length and complexity in the 21 days allocated for a response in the Court's latest scheduling order. Dkt. #164.

This appeal presents a unique procedural context. Appellant was sentenced on July 13, 2005. Since that time, this Court has granted him extensions of time to file his brief on the following 17 occasions:

| Appeal # | Docket # | Date |
|---|---|---|
| 05-4761 | 35 | November 3, 2005 |
| 05-4761 | 40 | November 15, 2005 |
| 05-4761 | 42 | December 9, 2005 |
| 14-4451 | 22 | August 7, 2014 |
| 14-4451 | 24 | October 2, 2014 |
| 14-4451 | 27 | November 10, 2014 |
| 14-4451 | 29 | November 26, 2014 |
| 14-4451 | 35 | January 31, 2015 |
| 14-4451 | 37 | March 26, 2015 |
| 14-4451 | 42 | April 16, 2015 |
| 14-4451 | 48 | May 22, 2015 |
| 14-4451 | 50 | June 22, 2015 |
| 14-4451 | 151 | September 20, 2024 |
| 14-4451 | 155 | October 23, 2024 |
| 14-4451 | 160 | November 22, 2024 |
| 14-4451 | 162 | March 27, 2025 |
| 14-4451 | 164 | April 22, 2025 |

While Appellant's lead counsel today only noticed their appearance in October 2024, Dkt. # 157, 158, other appellant counsel for Appellant have had ample time to select and hone his arguments over the last 19 years.[2] Indeed, it was

---

[2] Attorney Turley noticed his appearance in 2005 to handle Appellant's appeal, and remained as Appellant's lead counsel until October 2024. *See* Dkt. #20 (Appeal No. 05-4761); Dkt. # 156 (Appeal No. 14-4451).

2

more than 10 years ago when one of Appellant's present counsel requested leave to file a brief of up to 50,000 words, on the grounds of the complexity and number of the issues that he sought to raise. Dkt. ## 38, 40.

Counsel for Appellant consents to this motion for an extension of three weeks time in which to file a responsive brief.

                                                    Respectfully submitted,

                                                    Eric S. Siebert
                                                    United States Attorney

By:   *Gordon D. Kromberg*
          Gordon D. Kromberg
          Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I certify that on May 1, 2025, I electronically filed the foregoing MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSIVE BRIEF with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

                                              */s/ Gordon D. Kromberg*
                                              Gordon D. Kromberg
                                              Assistant United States Attorney

4