IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CA No. 14-4451 |
| v. | ) | (1:04cr385) |
| | ) | |
| ALI AL-TIMIMI | ) | |

<u>GOVERNMENT'S MOTION TO EXCEED WORD LIMIT</u>

On May 7, 2015, the Court granted leave for appellant Al-Timimi to file an opening brief of not more than 30,000 words. Doc. 45. Earlier this week, Al-Timimi filed an opening brief of 26,593 words. Doc. 165.

To respond appropriately to the arguments raised in Appellant's brief, the United States seeks leave to exceed the word limit as well. Accordingly, pursuant to Fed. R. App. P. 27 and Circuit Rule 32(b), Appellee moves this Court for leave to file an oversize brief not to exceed 30,000 words.

Counsel for Appellant consents to this motion, and requests that its reply be expanded to 15,000 words (that is, half the amount of the opening and response briefs).

                                                   Respectfully submitted,

                                                   Eric S. Siebert
                                                   United States Attorney

By:    *Gordon D. Kromberg*
                Gordon D. Kromberg
                Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on May 1, 2025, I electronically filed the foregoing GOVERNMENT'S MOTION TO EXPAND WORD LIMIT with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

*Gordon D. Kromberg*
Gordon D. Kromberg
Assistant United States Attorney