UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 14-4451
(1:04-cr-00385-LMB-1)
———————————

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

ALI AL-TIMIMI

        Defendant - Appellant

———————————

O R D E R
———————————

Upon consideration of appellee's unopposed motion to exceed the length limitations of Fed. R. App. P. 32(a)(7) and Local Rule 32(b), the court grants the motion and grants leave for appellee to file a brief not in excess of 30,000 words. Further, appellant is allowed to file a reply brief not in excess of 15,000 words.

For the Court

/s/ Nwamaka Anowi, Clerk