## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 9, 2025

_____

RESPONSE REQUESTED - SIMILAR CASES
_____

No. 14-4451,   US v. Ali Al-Timimi
               1:04-cr-00385-LMB-1

TO:    United States of America
       Ali Al-Timimi

RESPONSE DUE: 06/12/2025

Response is required to the notice requesting information regarding similar cases on or before 06/12/2025. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Cathi Bennett, Deputy Clerk
804-916-2702