IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellee, ) | |
| ) | |
| v. ) | No. 14-4451 |
| ) | |
| ALI AL-TIMIMI, ) | |
| ) | |
| Defendant-Appellant. ) | |

**Government's Unopposed Motion for an
Extension of Time to File Its Response Brief**

The defendant has filed his opening brief in this matter and the government's response brief is currently due on June 11, 2025. The government respectfully moves this Court for a 21-day extension, until July 2, 2025, to file its brief. The government has consulted with defense counsel, who consent to this request.

The government is proceeding diligently in preparing its response but believes that an extension is warranted. The defendant's current counsel obtained a total of 149 days of extensions of time to file the opening brief, and the government has obtained one prior extension of 21 days to file its response. The opening brief raises four issues, including multiple sub-issues, and the joint appendix comprises over 3,100 pages. The proceedings in this case date back more than ten years. Accordingly, the undersigned requires additional time to review the record, research the legal issues, and revise the government's response brief.

In recent weeks, the undersigned devoted substantial time to reviewing the government's response briefs in *United States v. Scott*, No. 25-4048 (filed on June 5, 2025), and *United States v. Lawrence*, No. 24-4596 (filed on June 6, 2025), and is currently reviewing the government's response briefs in *United States v. Dadzie*, No. 24-4620 (due on June 11, 2025), and *United States v. Trapp*, No. 25-4009 (due on June 17, 2025). The undersigned is also currently preparing the government's response briefs in *United States v. Arevalo Arias et al.*, No. 24-4308 (L) (due on June 17, 2025), and in *United States v. Castellano*, No. 25-4012 (due on June 17, 2025).

Given this recent activity, as well as other obligations, an extension of the filing deadline would assist the government in preparing its response in this matter. Therefore, the government requests a 21-day extension, until July 2, 2025, to file its response brief.

                                            Respectfully submitted,

                                            Erik S. Siebert
                                            United States Attorney

By:             /s/           
                                            Jacqueline R. Bechara
                                            Assistant United States Attorney
                                            Eastern District of Virginia
                                            2100 Jamieson Avenue
                                            Alexandria, Virginia 22314
                                            (703) 299-3700