IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellee, ) | |
| ) | |
| v. ) | No. 14-4451 |
| ) | |
| ALI AL-TIMIMI, ) | |
| ) | |
| Defendant-Appellant. ) | |

**Government's Unopposed Motion for an Extension
of Time to File Any Petition for Rehearing**

On January 9, 2026, the Court issued a published decision reversing the convictions of the defendant. Any petition for panel rehearing or rehearing *en banc* is currently due by January 23, 2026. *See* Fed. R. App. P. 40(d)(1).

As the Court knows, the Solicitor General of the United States must personally determine whether the government will file a petition for rehearing *en banc*. *See* 28 C.F.R. § 0.20(b). That determination requires careful review of the Court's decision and input from several components within the Department of Justice.

The Court's opinion considers important questions regarding the scope of protected speech under the First Amendment and warrants careful consideration. Therefore, the government requires adequate time to allow the Solicitor General to review the opinions in this case and the recommendations of other components of the Department of Justice before deciding whether to seek further review.

Accordingly, the government moves this Court for a 30-day extension of time, until February 22, 2026, to file any petition for panel rehearing or rehearing *en banc*. *See* Fed. R. App. P. 26(b).

Al-Timimi will not be prejudiced by this extension, as he was released pending appeal in 2020. The government has consulted with defense counsel, who does not oppose this request. *See* Loc. R. 27(a).

For these reasons, the government requests a 30-day extension, until February 22, 2026, to file any petition for panel rehearing or rehearing *en banc*.

Respectfully submitted,

Lindsay Halligan
Acting United States Attorney and
Special United States Attorney

Todd W. Blanche
Deputy Attorney General

By: _____/s/_____
Gordon D. Kromberg
Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700

2

3

<u>Certificate of Service</u>

I certify that on January 12, 2026, I filed electronically the foregoing brief with the Clerk of Court using the CM/ECF system, which will send notice of the filing to counsel of record.

_____
Gordon D. Kromberg
Assistant United States Attorney

**Certificate of Compliance**

I certify that this motion was written using 14-point Times New Roman typeface and Microsoft Word 365. I further certify that this motion does not exceed 5,200 words, as required by Federal Rule of Appellate Procedure 27(d)(2)(A), and is specifically 318 words. I understand that a material misrepresentation can result in the Court's striking the motion and imposing sanctions.

By:         /s/        
Gordon D. Kromberg
Assistant United States Attorney