FILED: January 15, 2026

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————

No. 14-4451
(1:04-cr-00385-LMB-1)

———————————

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

ALI AL-TIMIMI

Defendant - Appellant

———————————

O R D E R

———————————

Upon consideration of the unopposed motion to extend the filing time to file a petition for rehearing or rehearing en banc, the court grants the motion. The petition shall be filed by February 23, 2026.

For the Court

/s/ Nwamaka Anowi, Clerk