IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellee, ) | |
| ) | |
| v. ) | No. 14-4451 |
| ) | |
| ALI AL-TIMIMI, ) | |
| ) | |
| Defendant-Appellant. ) | |

**Government's Motion for an Extension
of Time to File Any Petition for Rehearing**

On January 9, 2026, the Court issued a published opinion vacating Ali Al-Timimi's convictions. Doc. No. 199. The next business day, the government filed an unopposed motion for a 30-day extension of time to file any petition for panel rehearing or rehearing en banc. Doc. No. 201. The Court granted the motion and extended the deadline for filing any petition for rehearing to February 23, 2026. Doc. No. 202. As the Court knows, the Solicitor General of the United States must personally determine whether the government will file a petition for rehearing en banc. *See* 28 C.F.R. § 0.20(b). The Office of the Solicitor General has not yet completed its review. Accordingly, the government respectfully moves this Court for an additional, 14-day extension of time, until March 9, 2026, to file any petition for panel rehearing or rehearing en banc. *See* Fed. R. App. P. 26(b). The government has consulted with defense counsel, who opposes this request. *See* Loc. R. 27(a).

This case involves a significant national security prosecution with a record dating back more than two decades. The Court's opinion addresses difficult questions about the categories of speech excepted from First Amendment protection and implicates multiple lines of Supreme Court and Fourth Circuit authority. For these reasons, the government requires additional time to allow the Solicitor General to complete his review and determine whether to file a petition for rehearing en banc. Because Al-Timimi is not in custody, he will not be prejudiced by this short, additional extension.

Therefore, the government respectfully requests a 14-day extension, until March 9, 2026, to file any petition for panel rehearing or rehearing en banc.

                                      Respectfully submitted,

                                      Todd W. Blanche
                                      Deputy Attorney General

By:            /s/
                                      Jacqueline R. Bechara
                                      Assistant United States Attorney
                                      Eastern District of Virginia
                                      2100 Jamieson Avenue
                                      Alexandria, Virginia 22314
                                      (703) 299-3700

## Certificate of Compliance

I certify that this motion was written using 14-point Times New Roman typeface and Microsoft Word 365. I further certify that this motion does not exceed 5,200 words, as required by Federal Rule of Appellate Procedure 27(d)(2)(A), and is specifically 285 words. I understand that a material misrepresentation can result in the Court's striking the motion and imposing sanctions.

By:           /s/          

Jacqueline R. Bechara
Assistant United States Attorney