FILED: February 19, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4451
(1:04-cr-00385-LMB-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ALI AL-TIMIMI

    Defendant - Appellant

_____

O R D E R
_____

Upon consideration of appellee's motion for an extension of time to file any petition for rehearing, the court denies the motion.

    For the Court

    /s/ Nwamaka Anowi, Clerk